# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Ashik Desai, et al.

                Defendant.

Case No.: 1:19−cr−00864
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2019:

    MINUTE entry before the Honorable Jeffrey Cummings:Per defense counsel's request, the arraignment date of 12/9/19 for defendants Rishi Shah (1) and Shradha Agarwal (2) is stricken and reset for 12/16/2019 at 09:15 a.m. in courtroom 1350. The arraignment date of 12/9/19 for defendant, Brad Purdy (3) remains unchanged. In the interest of justice and without objection from defendants, time is excluded from 12/6/19 to and including 12/16/19. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.