# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 19-CR-864 |
| RISHI SHAH, ) | |
| SHRADHA AGARWAL, ) | Hon. Thomas M. Durkin |
| BRAD PURDY, and ) | Hon. Jeffrey I. Cummings (Mag.) |
| ASHIK DESAI ) | |
| ) | |

## UNOPPOSED MOTION OF WILLIAM A. BURCK AND JONATHAN C. BUNGE TO ENTER LIMITED APPEARANCES ON BEHALF OF RISHI SHAH

Non-parties William A. Burck and Jonathan C. Bunge of Quinn Emanuel Urquhart & Sullivan, LLP, on their own behalf, respectfully move this Court for leave (1) to enter limited appearances on behalf of Defendant Rishi Shah for purposes of (a) representing Mr. Shah at his arraignment, currently scheduled for December 16, 2019, and (b) filing and litigating a Motion to Amend Protective Order and Vacate Seizure Warrant; and (2) to withdraw their limited appearances at their option after the Court's resolution of the Motion to Amend Protective Order and Vacate Seizure Warrant.

Mr. Burck and Mr. Bunge have met and conferred with the Government, who do not oppose this Motion to Enter Limited Appearances on Behalf of Rishi Shah, but do oppose the Motion to Amend Protective Order and Vacate Seizure Warrant, which Mr. Burck and Mr. Bunge intend to file at a later date.

A Proposed Order to Enter Limited Appearances has been submitted to the Court pursuant to its Standing Order on Proposed Orders.

Dated: December 13, 2019

Respectfully submitted,

*s/ Jonathan C. Bunge*
Jonathan C. Bunge
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
jonathanbunge@quinnemanuel.com

William A. Burck (*pro hac vice application forthcoming*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

# CERTIFICATE OF SERVICE

    I, Jonathan C. Bunge, certify that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses on this 13th day of December 2019.

Date: December 13, 2019                                          */s/ Jonathan C. Bunge*