# ATTACHMENT A

| JURISDICTION | DATE ADMITTED |
|---|---|
| New York State Bar | 12/17/2001 |
| Southern District of New York | 3/10/2003 |
| District of Columbia Bar | 3/7/2008 |
| U.S. Supreme Court Bar | 3/17/2008 |
| U.S. Court of Appeals for the Second Circuit | 1/5/2012 |
| U.S. Court of Appeals for the Fourth Circuit | 3/16/2015 |
| U.S. District Court of DC | 2/1/2016 |
| Eastern District of New York | 12/20/2016 |