IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 19 CR 864 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| Rishi Shaw and Shradha Agarwal | ) ) |  |

## ORDER

Motion hearing held on 1/8/2020. Defendants' unopposed motion for leave to file brief in excess of 15 pages [75] is granted. Government's response to defendants' motion to amend protective order and vacate seizure warrant is due by 1/22/2020. Defendants' response is due by 1/29/2020. The 1/23/2020 status hearing is vacated and reset to 2/12/2020 at 9:00 a.m. The Clerk is directed to unseal defendants' motion, docket #75. The Government is directed to turn over the hard drives to current counsel. In the interest of justice and without objection, time is excluded from today to and including 2/12/2020 under 18:3161(h)(1)(D) of the Speedy Trial Act. (XE)

Date: 1/8/2020                                                          /s/ Thomas M. Durkin