IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 19-CR-864 |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, | ) | Hon. Thomas M. Durkin |
| BRAD PURDY, and | ) | |
| ASHIK DESAI | ) | |
| | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Rishi Shah and Shradha Agarwal respectfully move to extend the time by one week to submit their response to the Government's February 19, 2020 brief (Dkt. 94) until March 5, 2020. Pursuant to this Court's February 20, 2020 Minute Order (Dkt. 95), Defendants' reply is currently due on February 27, 2020. Defendants request this short extension in order to prepare their response. Defendants have met and conferred with counsel for the government, who state no objection to the requested extension.

Dated: February 25, 2020

Respectfully submitted,

*/s/ Jonathan C. Bunge*
Jonathan C. Bunge
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
jonathanbunge@quinnemanuel.com

William A. Burck (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

***Attorneys for Defendant Rishi Shah***

Christina M. Egan
John D. Adams *(pro hac vice)*
McGuireWoods LLP
77 W. Wacker, Suite 4100
Chicago, Illinois 60601
(312) 750-8644
cegan@mcguirewoods.com
jadams@mcguirewoods.com

***Attorneys for Defendant Shradha Agarwal***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses on this 25th day of February 2020.

Dated: February 25, 2020                                    */s/ Jonathan C. Bunge*
                                                                              Jonathan C. Bunge