UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 19 CR 864 |
| v. | ) | |
| | ) | Judge Thomas Durkin |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, and | ) | |
| BRAD PURDY, | ) | |
| | ) | |

**ORDER**

Before the Court is an Unopposed Motion for a Protective Order under Federal Rule of Evidence 502(d) concerning certain electronic evidence the Government wishes to produce to the defendants. Specifically, the Government possesses (1) Outcome Health devices used by defendants Rishi Shah, Shradha Agarwal, and Brad Purdy, and co-defendants Ashik Desai, Oliver Han, and Kathryn Choi; (2) Apple iCloud accounts used by defendants Shah, Agarwal, Purdy, and Desai; and (3) text and voice messages for accounts with the application Voxer. Some of these devices and accounts may contain materials protected by one or more parties' attorney-client privileges. Having considered the Joint Motion and good cause appearing therefor, the Court will enter a protective order under Federal Rule of Evidence 502(d) as follows:

The following items and accounts may be produced to the defendants by the Government as identified below without effecting waiver of any defendant's or any

third-party's attorney-client privilege, attorney work product privilege, or other valid legal privilege in this proceeding or any other federal or state proceeding:

a. The contents of all the Voxer accounts to defendants Shah, Agarwal, and Purdy;

b. The Apple iCloud account used by defendant Shah to defendant Shah;

c. The Apple iCloud account used by defendant Agarwal to defendant Agarwal;

d. The Apple iCloud account used by defendant Purdy to defendant Purdy;

e. The devices used by defendant Shah to defendant Shah;

f. The devices used by defendant Agarwal to defendant Agarwal;

g. The devices used by defendant Purdy to defendant Purdy;

h. The Apple iCloud account used by defendant Desai to defendants Shah, Agarwal, and Purdy; and

i. The devices used by Ashik Desai, Oliver Han, and Kathryn Choi to defendants Shah, Agarwal, and Purdy.

SO ORDERED this 3rd day of November 2020.

*Thomas M Durkin*
_____
Honorable Thomas M. Durkin
United States District Judge