UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v. )<br> )<br>RISHI SHAH, )<br>SHRADHA AGARWAL, and )<br>BRAD PURDY )<br> ) | No. 19 CR 864<br>Judge Thomas Durkin |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY**

The UNITED STATES OF AMERICA, by LINDSAY JENKINS, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and DANIEL S. KAHN, Acting Chief of the Fraud Section of the Criminal Division, U.S. Department of Justice, respectfully requests leave to file a surreply in opposition to defendants' motion for a bill of particulars.

On December 22, 2020, defendants filed a 15-page reply in support of their motion for a bill of particulars. The government seeks to leave to file a short surreply (5 pages or less) on or before Friday January 8, 2021.

Counsel for Shah and Agarwal advised the government that Shah and Agarwal had no objection to this motion for leave, as long the government does not object to a defense motion for leave to file a short sur-sur-reply, if necessary. The government advised the defense that it would not take a position on a motion for leave to file a sur-sur-reply.

1

As a result, the government has not styled this as an unopposed motion.

Dated: January 4, 2021

      Respectfully submitted,

      LINDSAY JENKINS
      Attorney for the United States
      Acting under Authority Conferred by 28 U.S.C. § 515

By:    /s/ Matthew F. Madden
      MATTHEW F. MADDEN
      SAURISH APPLEBY-BHATTACHARJEE
      Assistant United States Attorneys
      United States Attorney's Office

      DANIEL S. KAHN
      Chief, Fraud Section
      Criminal Division
      U.S. Department of Justice

By:    /s/ William E. Johnston
      WILLIAM E. JOHNSTON
      Assistant Chief
      KYLE C. HANKEY
      Trial Attorney
      1400 New York Ave. NW
      Washington DC 20530
      (202) 514-0687