UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
    )   No. 19 CR 864
    v.    )
    )   Judge Thomas Durkin
RISHI SHAH,    )
SHRADHA AGARWAL, and    )
BRAD PURDY,    )
    )

**ORDER**

Before the Court is an Unopposed Motion for a Protective Order under Federal Rule of Evidence 502(d) concerning certain electronic evidence the Government wishes to produce to the defendants. Specifically, the Government possesses (1) Outcome Health devices used by defendants Rishi Shah, Shradha Agarwal, and Brad Purdy; and (2) Apple iCloud accounts used by defendants Shah, Agarwal, Purdy, and Desai. Some of these devices and accounts may contain materials protected by one or more parties' attorney-client privileges. Having considered the Unopposed Motion and good cause appearing therefor, the Court will enter a protective order under Federal Rule of Evidence 502(d) as follows:

The following items and accounts may be produced to the defendants by the Government as identified below without effecting waiver of any defendant's or any third-party's attorney-client privilege, attorney work product privilege, or other valid legal privilege in this proceeding or any other federal or state proceeding:

1

a. The Apple iCloud account used by defendant Shah, with the exception of the files that hit on the privilege screen, to defendants Agarwal and Purdy;

b. The Apple iCloud account used by defendant Agarwal, with the exception of the files that hit on the privilege screen, to defendants Shah and Purdy;

c. The Apple iCloud account used by defendant Purdy, with the exception of the files that hit on the privilege screen, to defendants Shah and Agarwal;

d. The devices used by defendant Shah, with the exception of the files that hit on the privilege screen, to defendants Agarwal and Purdy;

e. The devices used by defendant Agarwal, with the exception of the files that hit on the privilege screen, to defendants Shah and Purdy;

f. The devices used by defendant Purdy, with the exception of the files that hit on the privilege screen, to defendants Shah and Agarwal.

SO ORDERED this 9th day of March 2021.

_____
Honorable Thomas M. Durkin
United States District Judge

2