UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | |
| RISHI SHAH, | ) | Judge Thomas M. Durkin |
| SHRADHA AGARWAL, and | ) | |
| BRAD PURDY | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO MODIFY PROTECTIVE ORDER**

Now comes the UNITED STATES OF AMERICA, by MATTHEW F. MADDEN, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and JOSEPH S. BEEMSTERBOER, Acting Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and states as follows in support of its Motion to for an Extension of Time:

On November 3, 2021, defendants filed a motion to modify the protective order to allow for production and use of materials produced in this case in the SEC case. As noted by defendants, the government opposes the motion.

The Court ordered the government to respond by December 3, 2021, with the defense reply due on December 17, 2021.

The government respectfully requests an additional 10 days to file its response, to and including December 13, 2021.

Counsel for defendants advised the government that they have no objection to this motion. If the motion for an extension of time is granted, defendants request

1

additional time, to an including December 23, 2021, to file a reply. The government has no objection to granting defendants additional time to file a reply.

                                      Respectfully submitted,

By:   /s/ Matthew F. Madden
       MATTHEW F. MADDEN
       Attorney for the United States
       Acting Under Authority Conferred
       By 28 U.S.C. § 515
       Northern District of Illinois

       Saurish Appleby-Bhattacharjee
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

       JOSEPH S. BEEMSTERBOER
       Acting Chief, Fraud Section
       Criminal Division

By:   /s/ William Johnston
       William Johnston
       Assistant Chief
       Kyle C. Hankey
DATE: December 2, 2021       Trial Attorney