UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 19 CR 864-1 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| RISHI SHAH | ) | |

## WAIVER OF FORFEITURE DETERMINATION BY JURY

Comes now, RISHI SHAH, defendant in the above-entitled matter, and by his attorneys, Vicki Chou, John C. Hueston, Michael Todisco, and Karen Ding, states as follows:

1. On November 21, 2019, defendant RISHI SHAH was charged with violations of Title 18, United States Code, Sections 1341, 1343, and 1344. The superseding indictment included an allegation that certain property is subject to forfeiture;

2. In the event defendant RISHI SHAH is found guilty of the charged offense requiring forfeiture, he has a right to have a jury decide whether certain property belonging to him is subject to forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2)(A) by a preponderance of the evidence;

3. The verdict of the jury on the forfeiture allegation must be unanimous;

4. Defendant RISHI SHAH has had an opportunity to discuss this waiver with counsel and he understands that by signing this waiver he relinquishes his right to have a jury consider whether certain property is subject to forfeiture;

5. If a jury is waived, the judge alone will decide whether certain property belonging to defendant RISHI SHAH is subject to forfeiture to the United States pursuant to the provisions of Title 18, United States Code,

Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2)(A);

6. Understanding the above, defendant RISHI SHAH hereby waives his right to a jury determination of the forfeiture allegation and agrees, instead, to allow the court to determine issues relating to the forfeiture.

---
RISHI SHAH
Defendant

---
VICKI CHOU
JOHN C. HUESTON
MICHAEL TODISCO
KAREN DING
Attorneys for Defendant

MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby consents to the waiver by the above-named defendant of a jury determination of the forfeiture allegation in the above-entitled matter.

MORRIS PASQUAL
Acting United States Attorney

By: _____
Matthew F. Madden
Saurish Appleby-Bhattacharjee
Assistant United States Attorneys

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: _____
William E. Johnston
Kyle C. Hankey
Assistant Chiefs

2

7. Having considered all of the circumstances surrounding the defendant's choice of a non-jury deliberation of the forfeiture allegation and the due administration of justice, the defendant's waiver of his right to a jury determination of the forfeiture allegation is approved.

_____
THOMAS M. DURKIN
United States District Judge