**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 11 2023

JUDGE THOMAS M. DURKIN
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

RISHI SHAH,
SHRADHA AGARWAL, and
BRAD PURDY

No. 19 CR 864

Hon. Thomas M. Durkin
United States District Judge

<u>**VERDICT FORM**</u>

We, the jury, as to the following charges of the indictment, find as follows regarding defendant RISHI SHAH:

|  | <u>NOT GUILTY</u> | <u>GUILTY</u> |
|---|:---:|:---:|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Five | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Ten | ☐ | ☑ |
| Count Eleven | ☐ | ☑ |
| Count Twelve | ☐ | ☑ |
| Count Thirteen | ☐ | ☑ |
| Count Fourteen | ☐ | ☑ |
| Count Fifteen | ☐ | ☑ |
| Count Sixteen | ☐ | ☑ |

| | NOT GUILTY | GUILTY |
|---|---|---|
| Count Seventeen | ☐ | ☑ |
| Count Eighteen | ☐ | ☑ |
| Count Nineteen | ☐ | ☑ |
| Count Twenty | ☑ | ☐ |
| Count Twenty-One | ☑ | ☐ |
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☑ | ☐ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

We, the jury, as to the following charges of the indictment, find as follows regarding defendant SHRADHA AGARWAL:

| | NOT GUILTY | GUILTY |
|---|---|---|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Eleven | ☐ | ☑ |
| Count Thirteen | ☐ | ☑ |
| Count Fourteen | ☐ | ☑ |
| Count Fifteen | ☐ | ☑ |

|  | NOT GUILTY | GUILTY |
|---|:---:|:---:|
| Count Sixteen | ☐ | ☑ |
| Count Seventeen | ☐ | ☑ |
| Count Eighteen | ☐ | ☑ |
| Count Twenty | ☑ | ☐ |
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☑ | ☐ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

We, the jury, as to the following charges of the indictment, find as follows regarding defendant BRAD PURDY:

|  | NOT GUILTY | GUILTY |
|---|:---:|:---:|
| Count One | ☐ | ☑ |
| Count Two | ☐ | ☑ |
| Count Three | ☐ | ☑ |
| Count Four | ☐ | ☑ |
| Count Seven | ☐ | ☑ |
| Count Eight | ☐ | ☑ |
| Count Nine | ☐ | ☑ |
| Count Eleven | ☑ | ☐ |
| Count Thirteen | ☐ | ☑ |
| Count Twenty-One | ☑ | ☐ |

| | | |
|---|---|---|
| Count Twenty-Two | ☐ | ☑ |
| Count Twenty-Three | ☐ | ☑ |
| Count Twenty-Four | ☐ | ☑ |
| Count Twenty-Five | ☐ | ☑ |
| Count Twenty-Six | ☐ | ☑ |

SO SAY WE ALL:

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

____4/11/2023____
DATE