Exhibit A

(a)     $60,000.00 in capital contributions submitted on or around May 31, 2018 in Investment Fund A, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(b)     the property located at 924-926 N. Clark Street, Chicago, Illinois 60610 and legally described as:

LOT 6 (EXCEPT THE SOUTH 23.00 FEET THEREOF) AND ALL OF LOTS 7 AND 8 IN SUBDIVISION OF THE SOUTH HALF (EXCEPT THE WEST 171.25 FEET THEREOF) OF BLOCK 11 BUSHNELLS'S ADDITION TO CHICAGO IN SECTION 4, TOWHHSIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT ENTITLED "PLAT OF SUBDIVISION CONTINUED OF THE SOUTH HALF OF BLOCK 11 IN BUSHNELL'S ADDITION RECORDED IN THE RECORDER'S OFFICE OF COOK COUNTY, ILLINOIS IN BOOK 12 OF PLATS PAGE 68 AS DOCUMENT 143621, IN COOK COUNTY, ILLINOIS.

PIN: 17-04-431-014-0000;

(c)     Approximately 17.747958% of Investment Company A, held by Gravitas Holdings, LLC, purchased for approximately $2,537,695.00 on or about October 10, 2017, plus any appreciation on those funds;

(d)     $15,000.00 in capital contributions submitted on or about April 24, 2018 in Investment Fund B, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(e)     $475,000.00 in capital contributions submitted between August 1, 2017, and November 27, 201 in investments made with Investment Company B entities, held in the name of Gravitas Holdings, LLC and Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(f)     $12,000.00 in capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about May 2, 2018 in Investment Fund C, plus any appreciation on those funds;

(g)     $1,800,000.00 in capital contributions in Investment Fund D, including, submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, between March 2, 2018, and July 9, 2019, plus any appreciation on those funds;

Exhibit A

(h)     $303,045.00 in capital contributions submitted between September 27, 2017, and July 17, 2019 in Investment Fund E, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds;

(i)     $2,235,621.00 in capital contributions submitted between June 2, 2017, and July 18, 2017 in Investment Fund F and Investment Fund G, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds;

(j)     $2,980,631.00 in capital contributions submitted between July 28, 2017, and July 1, 2019 in Investment Fund H, held by Gravitas Holdings, LLC, including, but not limited to, plus any appreciation[1];

(k)     $319,489.00 in capital contributions submitted on or about June 28, 2019 in Investment Fund I, held by Gravitas Holdings, LLC, including, plus any appreciation on those funds;

(l)     $1,526,821.96 in capital contributions submitted between May 9, 2019, and July 25, 2019 in Investment Fund J, held in the name of Gravitas Holdings, LLC;[2]

(m)     Approximately 60,053 shares of Series A2 Preferred Stock of Start-up Company A, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(n)     Approximately 90,425 shares of Series B3 Preferred Stock of Start-up Company A, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds;

(o)     Approximately 252,045 shares of Series B4 Preferred Stock of Start-up Company A, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds;

(p)     $2,222,238.00 in capital contributions submitted on or about August 14, 2017 in Investment Fund K, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds;

(q)     $2,000,000.00 in Account xxxxxx7618 at Kotak Mahindra Bank, held in the name of RISHI SHAH, plus any appreciation on those funds;

(r)     $7,461,413.17 in Account xxxxx6290 and all linked accounts at Pershing, LLC, held in the name of Gravitas Holdings, LLC, including, but not limited

---

[1] On September 30, 2021, funds in the amount of $3,642,189.00 were seized from this account.

[2] On June 14, 2021, funds in the amount of $1,055,432.05 were seized from this account.

Exhibit A

  to, Accounts xxxxx6076, xxxxx6159, xxxxx3123, xxxxx3129, xxxxx7090, and xxxxx7108, plus any appreciation on those funds;

(s)   $2,050,383.62 in Account xxxxx6647 and all linked accounts at Pershing, LLC, held in the names of RISHI SHAH and AGARWAL Relative A, plus any appreciation on those funds;

(t)   $280,000.00 in capital contributions submitted on or about January 5, 2017 in Investment Fund A, held in the name of Jumpstart Ventures II, LLC, including, plus any appreciation on those funds;

(u)   Approximately 3,291 shares of common stock of Start-Up Company B, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(v)   $18,161.00 in capital contributions in Start-Up Company C, submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about January 5, 2017, plus any appreciation on those funds;

(w)   $1,000,000.00 in capital contributions submitted on or about May 9, 2016 in shares of Investment Fund L, formerly known as Investment Fund M, held by Jumpstart Ventures II LLC, plus any appreciation on those funds[3];

(x)   $100,000.00 in capital contributions submitted on or about June 28, 2016 in Investment Fund N, held by Jumpstart Ventures II LLC, plus any appreciation on those funds;[4]

(y)   $50,000 in capital contributions submitted on or about January 5, 2017;in Investment Company C, held in the name of Jumpstart Ventures II, LLC, plus an appreciation on those funds;[5]

(z)   $200,000.00 in capital contributions submitted on or about August 8, 2016 in Investment Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(aa)   $175,000.00 in capital contributions submitted between July 15, 2016, and June 14, 2017 in Investment Fund B, held in the name of Jumpstart Ventures II, LLC, pls any appreciation on those funds;

---

[3] On December 20, 2020, funds in the amount of $25,004.00 were seized from this account.

[4] On May 3, 2021, funds in the amount of $463,690.00 were seized from this account.

[5] On July 8, 2021, funds in the amount of $194,616.25 were seized from this account.

Exhibit A

(bb) $158,879.00 in capital contributions submitted between August 8, 2016, and April 28, 2017 in Investment Fund O, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(cc) $75,000.00 in capital contributions submitted on or about August 12, 2016 in investments made with Investment Company B entities, held in the name of Gravitas Holdings, LLC and Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(dd) $22,000.00 in capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about October 27, 2016 in Investment Fund C, plus any appreciation on those funds;

(ee) $35,000.00 in capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about January 5, 2017 in Investment Company E, plus any appreciation on those funds;

(ff) $80,000.00 in capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about January 5, 2017 in Investment Fund P, plus any appreciation on those funds;

(gg) $40,000.00 in capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, on or about July 15, 2016 in Investment Company F, plus any appreciation on those funds;

(hh) $45,000.00 in capital contributions submitted on or about October 11, 2016 in Investment Fund Q, held in the name of Jumpstart Ventures II LLC, plus any appreciation on those funds;

(ii) Approximately 250,454 shares of Series Preferred AA stock of Start-up Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(jj) Approximately 751,362 shares of common stock of Start-up Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(kk) Approximately 361,702 shares of Series B Preferred Stock of Start-up Company A, plus any appreciation on those funds;

Exhibit A

(ll) Various items of jewelry purchased from Jewelry Company A on or about December 1, 2017, using funds from Account XXX3805 at Gold Coast Bank, jewelry and precious gems valued at approximately $200,000.00;

(mm) $1,580,917.97, held in the name of RISHI SHAH in Account xxxxxxxx3548 at RBL Bank Ltd., plus any appreciation on those funds;

(nn) $333,977.77, held in the name of AGARWAL Relative A in Account xxxxxxxx7836 at RBL Bank Ltd., plus any appreciation on those funds;

(oo) $110,166.42, held in the name of AGARWAL Relative A in Account xxxxxxxx2006 at HSBC, plus any appreciation on those funds; and

(pp) Approximately 705,417 shares of Series Seed-3 Preferred Stock of Start-up Company E, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds.