Exhibit B

(a) All capital contributions in Investment Fund A, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(b) All shares of Investment Company A, held by Gravitas Holdings, LLC, plus any appreciation on those funds,

(c) All capital contributions in Investment Fund B, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(d) All capital contributions in investments made with Investment Company B entities, held in the name of Gravitas Holdings, LLC and Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(e) All capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, in Investment Fund C, plus any appreciation on those funds,

(f) All capital contributions in Investment Fund D, submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, plus any appreciation on those funds,

(g) All capital contributions in Investment Fund E, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds,

(h) All capital contributions in Investment Fund F and Investment Fund G, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds,

(i) All capital contributions in Investment Fund I, held by Gravitas Holdings, LLC, plus any appreciation on those funds,

(j) All funds in Investment Fund J, held in the name of Gravitas Holdings, LLC, plus any appreciation,

(k) All shares of Series A2 Preferred Stock of Start-up Company A, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds;

(l) All shares of Series B3 Preferred Stock of Start-up Company A, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds,

(m) All shares of Series B4 Preferred Stock of Start-up Company A, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds,

(n) All capital contributions in Investment Fund K, held in the name of Gravitas Holdings, LLC, plus any appreciation on those funds,

(o) All funds in Account xxxxxx7618 at Kotak Mahindra Bank, held in the name of RISHI SHAH, plus any appreciation on those funds,

(p) All funds in Account xxxxx6290 and all linked accounts at Pershing, LLC, held in the name of Gravitas Holdings, LLC, including, but not limited to, Accounts xxxxx6076, xxxxx6159, xxxxx3123, xxxxx3129, xxxxx7090, and xxxxx7108, plus any appreciation on those funds,

(q) All funds Account xxxxx6647 and all linked accounts at Pershing, LLC, held in the names of RISHI SHAH and AGARWAL Relative A, plus any appreciation on those funds,

(r) All capital contributions in Investment Fund A, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(s) All shares of common stock of Start-Up Company B, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(t) All capital contributions in Start-Up Company C, submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, plus any appreciation on those funds,

(u) All shares of Investment Fund L, formerly known as Investment Fund M, held by Jumpstart Ventures II LLC, including, plus any appreciation on those funds,

(v) All capital contributions in Investment Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(w) All capital contributions in Investment Fund B, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(x) All capital contributions in Investment Fund O, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(y)      All capital contributions in investments made with Investment Company B entities, held in the name of Gravitas Holdings, LLC and Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(z)      All capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, in Investment Fund C, plus any appreciation on those funds,

(aa)      All capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, in Investment Company E, plus any appreciation on those funds,

(bb)      All capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, in Investment Fund P, plus any appreciation on those funds,

(cc)      All capital contributions submitted by or on behalf of Rishi SHAH, RISHI SHAH, Brad PURDY, Gravitas Holdings, LLC, and Jumpstart Ventures II LLC, in Investment Company F, plus any appreciation on those funds,

(dd)      All capital contributions in Investment Fund Q, held in the name of Jumpstart Ventures II LLC, plus any appreciation on those funds,

(ee)      All shares of Series Preferred AA stock of Start-up Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(ff)      All shares of common stock of Start-up Company D, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds,

(gg)      All shares of Series B Preferred Stock of Start-up Company A, plus any appreciation on those funds,

(hh)      All funds held in the name of RISHI SHAH in Account xxxxxxxx3548 at RBL Bank Ltd., plus any appreciation on those funds,

(ii)      All funds held in the name of AGARWAL Relative A in Account xxxxxxxx7836 at RBL Bank Ltd., plus any appreciation on those funds,

(jj)     All funds held in the name of AGARWAL Relative A in Account xxxxxxxx2006 at HSBC, plus any appreciation on those funds, and

(kk)     All shares of Series Seed-3 Preferred Stock of Start-up Company E, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on those funds.