**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:19−cr−00864
                                                            Honorable Thomas M. Durkin

Ashik Desai, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 21, 2023:

MINUTE entry before the Honorable Thomas M. Durkin as to Rishi Shah: Telephone status hearing held on 9/21/2023. For the reasons stated on the record, the Court will continue deadlines and set dates for argument as follows. As to Rishi Shah, Defense version of the offense is due by 10/6/2023. The presentence report is due by 10/27/2023. Sentencing memorandum and objections to the presentence report are due by 11/14/2023. Any responses are due by 11/21/2023. Sentencing is set for 12/5/2023 at 10:00 a.m. in courtroom 1441. Additionally, the continued forfeiture hearing as to Rishi Shah and oral argument on the motions to dismiss the indictment filed by Rishi Shah [490] and Shradha Agarwal [488] is set for 10/27/2023 at 11:00 a.m. in courtroom 1441. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.