UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RISHI SHAH | ) | |
| SHRADHA AGARWAL, and | ) | |
| BRAD PURDY. | ) | No.   19 CR 864 |
| | ) | |
| Defendants. | ) | Judge Thomas Durkin |

## WITHDRAWAL OF ASSISTANT CHIEF KYLE HANKEY

Please take notice that Fraud Section Assistant Chief Kyle Hankey is no longer assigned to this case.

Respectfully submitted,

MORRIS PASQUAL
Attorney for the United States Acting under Authority Conferred by 28 U.S.C. § 515

By:   *s/ Matthew F. Madden*
Matthew F. Madden
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 469–6045

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

|  |  |
|---|---|
|  | By:   *s/ William Johnston* |
|  | William Johnston |
|  | Assistant Chief |
|  | 1400 New York Ave NW |
| Dated: December 15, 2023 | Washington, D.C. 20530 |