UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | |
| RISHI SHAH, | ) | Judge Thomas M. Durkin |
| SHRADHA AGARWAL, and | ) | |
| BRAD PURDY | ) | |

**MOTION TO AMEND PRELIMINARY ORDER OF
FORFEITURE AS TO DEFENDANT RISHI SHAH**

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney, and GLENN LEON, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and states as follows in support of its Motion to Amend the Preliminary Order of Forfeiture as to defendant Rishi Shah.

On November 15, 2023, the Court granted in part and denied in part the government's motion for a preliminary order of forfeiture as to Shah. R. 580. On November 30, 2023, the Court entered the preliminary order of forfeiture ("POF") as to Shah. R. 622.

On November 15, 2023, the United States Marshals Service escrow account received a wire from Chicago Ventures Founders Fund, LP in the amount of $53,333. Prior to this wire, the USMS escrow contained $262,448.54 that the government had received from Chicago Ventures Founders Fund, LP, as reflected in paragraph (s) of Exhibit A of the POF. The government seeks to amend paragraph (s) to update the

1

current amount of funds from Chicago Ventures Founders Fund, LP held in the USMS escrow, which is now $315,781.54.

Further, the government seeks to delete a reference to "$50,000 in capital contributions submitted on or about January 5, 2017" from paragraph (f) of Exhibit A to the POF and from paragraph iv of Exhibit B of the POF, pertaining to HealthX Ventures Fund. This reference was an error.

In addition, the government realized that it forgot to include two of the relevant Jumpstart Ventures II, LLC and Gravitas Holdings, LLC investments in Exhibits A and B of the preliminary order of forfeiture. Specifically, as to Corazon Capital II LP, which was referred to as Investment Company C in the indictment and protective order, and as to Impact Engine IV LLC, which was referred to as Investment Company E in the indictment and protective order, the government seeks to add the language set forth below in the proposed amendment to Exhibits A and B of the POF. Both investments are reflected in GX 1029.

Finally, the government seeks to include the unredacted account numbers at Pershing LLC whose deposits and assets are subject to this order, as identified in paragraph (o) of Exhibit A and paragraph (xi) of Exhibit B. Federal Rule of Criminal Procedure 49.1(b)(1) exempts from redaction "a financial-account number . . . that identifies the property allegedly subject to forfeiture in a forfeiture proceeding." This amendment is needed so the financial institution knows exactly which accounts are subject of this order.

## New Paragraphs in Exhibit A

(z) All right, title and interest in Corazon Capital II, LLC, held in the name of Jumpstart Ventures II, LLC, that was acquired by or exchanged for $50,000 in capital contributions submitted on or about January 5, 2017, plus any appreciation on that right, title and interest, including $38,923.25, currently held in a United States Marshals Service escrow account, plus any appreciation on those funds; and

(a)(a) All right, title and interest in Impact Engine IV, LLC, held in the name of Gravitas Holdings, LLC, Jumpstart Ventures II LLC and RISHI SHAH, that was acquired by or exchanged for $35,000 in capital contributions submitted on or about January 5, 2017 plus any appreciation on that right, title and interest.

## New Paragraphs in Exhibit B

xviii. All right, title and interest in Corazon Capital II, LLC, held in the name of Jumpstart Ventures II, LLC, plus any appreciation on that right, title and interest, less the right, title and interest that was acquired by or exchanged for $50,000 in capital contributions (plus any appreciation) directly forfeitable; and

xix. All right, title and interest in Impact Engine IV, LLC, held in the name of Gravitas Holdings, LLC, Jumpstart Ventures II LLC and RISHI SHAH, plus any appreciation on that right, title and interest, less the right, title and interest that was acquired by or exchanged for $35,000 in capital contributions (plus any appreciation) directly forfeitable.

 The government sent a copy of this motion and a draft proposed order to Shah's counsel on the morning of December 13, 2023, who advised the government that they would respond with Shah's position this week. The government has yet to hear back from Shah's counsel about their position.

 The government respectfully requests that the Court GRANT the motion to amend the protective order. A proposed order will be submitted to the Court.

Respectfully submitted,
MORRIS PASQUAL
Acting United States Attorney

By: *s/ Matthew F. Madden*
Matthew F. Madden
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 886-2050

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: *s/ William E. Johnston*
William E. Johnston
Assistant Chief
1400 New York Ave NW
Washington, D.C. 20530