# EXHIBIT 1

# REPORT BY CARL SABA

**United States v. Shah, et al.**

**Case # 19-CR-00864**

**Initial Draft Expert Report of Carl S. Saba, MBA, CVA, ASA, ABV**

**Confidential**

**June 14, 2024**

# Table of Contents

I.   Qualifications ........................................................................................................................... 1

II.  Assignment ............................................................................................................................. 2

III. Evidence Relied Upon ............................................................................................................. 5

IV. Summary of Opinions ............................................................................................................. 5

V.  Introduction ........................................................................................................................... 7

    A.   Standard and Premise of Value ...................................................................................... 7

    B.   Statement of Scope, Limitations and Disinterest .......................................................... 8

VI. Outcome Holdings Background ............................................................................................... 8

VII. Industry Analysis .................................................................................................................. 13

VIII. Economic Conditions ........................................................................................................... 14

IX. Financial Review ................................................................................................................... 15

    A.   Adjustments to Reported Financial Statements .......................................................... 17

    B.   Balance Sheet Review ................................................................................................... 17

    C.   Income Statement Review ............................................................................................ 18

    D.   Financial Ratios Review ................................................................................................. 19

X.  The Fixed Claim Nature of the Interest of Class A and C-1 Investors ................................... 20

XI. Estimate of Value ................................................................................................................. 26

XII. Value of Outcome Holdings on March 1, 2017, Prior to Adjusting for the Fraud ................ 27

    A.   Income Approach – Discounted Cash Flow Method under the Credit Case. ............... 28

    B.   Income Approach – Discounted Cash Flow Method under the Growth Case. ............. 35

    C.   Guideline Public Company Approach—Credit Case, Prior to Adjusting for the Fraud ............. 36

    D.   Guideline Public Company Approach—Growth Case, Prior to Adjusting for the Fraud ........... 41

    E.   Market Approach – Outcome Holding Valuation Implied by Goldman Sachs' December 2016 Investment Analysis ............................................................................................................. 41

    F.   Conclusion of 100% Equity Value, Prior to Adjusting for the Fraud ............................ 43

XIII. Value of Outcome Holdings on March 1, 2017, After Adjusting for the Fraud ................... 43

    A.   Adjustment to Valuation for Fraud .............................................................................. 43

    B.   Value of Outcome Holdings on March 1, 2017, Adjusted for Effects of Fraud. ........... 44

**XIV. Value of Outcome Holdings on October 13, 2017, After Adjusting for the Fraud** .................... **45**

**XV. Value of Outcome Holdings on February 1, 2018, After Adjusting for the Fraud** ...................... **46**

**XVI. Value of Outcome Holdings as of September 30, 2023** ................................................................ **51**

**XVII. Conclusion of Values** ................................................................................................................... **51**

**XVIII.            Investor Loss** .............................................................................................................. **52**

**XIX. Lender Loss** .................................................................................................................................. **57**

**XX. Consideration of Loss and Restitution to Outcome Holdings' Pharmaceutical Clients** ............... **61**

**XXI. Exhibits** ....................................................................................................................................... **69**

**XXII. Appendices** ................................................................................................................................. **70**

Appendix A:  Curriculum Vitae of Carl S. Saba, MBA, CVA, ASA, ABV ................................................. 70

Appendix B:  List of Documents Considered (provided in Excel format due to size of document) .... 71

## I.    Qualifications

1.    I am a Partner in the Financial and Forensic Consulting Group at Hemming Morse, LLC.[1] I received a Bachelor of Science degree in Business Administration and Finance from The Haas School of Business at the University of California (Berkeley) in 1995. I received an M.B.A. with an emphasis in Finance from the Marshall School of Business at the University of Southern California, where I graduated with honors in 2003. I have been designated as a Certified Valuation Analyst ("CVA") by the National Association of Certified Valuators and Analysts ("NACVA").  I am an Accredited Senior Appraiser ("ASA") by the American Society of Appraisers and Accredited in Business Valuation ("ABV") by the American Institute of Certified Public Accountants. Prior to Hemming Morse, I was the Partner in Charge of the valuation and financial Consulting Practice at Burr Pilger Mayer, Inc., a regional certified public accounting firm with approximately 400 employees.

2.    I have twenty-seven years of experience in the valuation of businesses, analyzing the financial condition of businesses, and consulting to businesses and business owners. The last nineteen years of my experience have focused on business valuation, economic damages analyses, transaction due diligence support, and fraud and forensic investigations. In that period, I have been retained to prepare over eight hundred valuations of businesses, intellectual property, debt instruments, and complex derivatives. These valuations have

---

[1] Effective January 1, 2024, my firm converted its legal form from a limited liability partnership to a limited liability company. Therefore, as of the date of this report, I am a Member of the Financial and Forensic Consulting Group at Hemming Morse, LLC. Only the legal form of Hemming Morse has changed.

been prepared for litigation, tax reporting, financial reporting, and transaction support purposes, including bankruptcy. The majority of my valuations have focused on my expertise with technology, life sciences, and medical device companies, from very early-stages of development through late stage publicly traded companies.

3.    I am the Co-Founder and former Chair of the Fair Value Forum, a San Francisco Bay Area based business valuation expert group that met periodically to discuss technical issues and best practices in the profession. I was formerly on the Board of the Valuation Roundtable of San Francisco for several years and served a term as President of that organization. I have presented in a number of national conferences on the topic of business valuation and have authored articles and publications on the same. Many of my presentations and publications are focused on the valuation issues specific to technology, life sciences, and medical device companies. As an example, in 2013 I co-authored the valuation section of *The 409A Administration Handbook, Compliance and Company Valuation*, published by Thomson Reuters. My current curriculum vitae is attached to this report as Appendix A and provides additional details.

4.    My employer Hemming Morse, LLC is being compensated at an hourly rate of $540 for my time, and at hourly rates ranging from $245 to $440 for employees who assisted me on this assignment.

## II.    Assignment

5.    I have been retained through my employer, Hemming Morse, LLC, Financial and Forensic Consultants by Bryan Cave Leighton Paisner LLP and Quinn Emanuel Urquhart & Sullivan, LLP

("Counsel") in the matter of United States v. Shah, (referred to as the "Government," and Mr. Shah or "Defendant," respectively) to estimate the fair market values of 100% of the equity in Outcome Holdings, LLC. (referred to as "Outcome Holdings" or "Company")[2] as of the following dates (collectively, the "Valuation Dates"):

- March 1, 2017 (the "3/1/2017 Valuation Date"). This date corresponds to the beginning of $487 million (rounded) investment by Goldman Sachs[3] and other investors into Outcome, Inc. over the period March to July 2017 (the "2017 Equity Raise");

- October 13, 2017 (the "10/13/2017 Valuation Date"). This is the date on which the fraud alleged by the Government (the "fraud") was revealed by the Wall Street Journal.

- February 1, 2018 (the "2/1/2018 Valuation Date"). This is the date on which the Company restructured, and Defendant reimbursed funds to the Company and investors in a settlement agreement (the "2018 Restructuring").

6.    I was also asked to determine what if any loss had been suffered by the Class A and C-1 Investors on February 1, 2018 as a result of the fraud.

---

[2] Outcome Holdings, LLC owns 100% of Outcome, LLC, which owns 100% of ContextMedia Health, LLC. See Exhibit 2.5.2, which shows the Company's structure as of March 24, 2017, as a result of the 2017 Equity Raise. The change in structure resulting from the 2018 Restructuring is discussed in in Section XIV of this report.
[3] Specifically, Goldman Sachs Investment Partners ("GSIP"). See Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144.

7.    As discussed below, my estimations of fair market value used the discounted cash flow, and guideline public company methods.

8.    I performed my valuation estimates based on unadjusted information as presented to investors, and then by adjusting for the estimated effect of the fraud on value.

9.    I have also been asked to review the Government position on loss caused by Mr. Shah for purposes of sentencing.[4]  Should the Government augment or change their analysis of loss, I reserve the right to amend my report and opinions.  I have also been asked to review, analyze and if necessary, provide rebuttal to any opinions put forth by the Government and any expert the Government designates, prior to and at trial.

10.  This report summarizes my current opinions given the information available to me to date; I may consider any additional materials that become available and amend or supplement my opinions and this report, if appropriate.  I may also be asked to perform additional analyses by Counsel for Defendant, and will do so if asked.

11.  In connection with my anticipated testimony, I may be asked to create, from various documents produced in this litigation and obtained through independent research, demonstrative schedules which refer or relate to the matters discussed in this report.  I have not yet created such demonstrative schedules.

---

[4] As I understand it, this is contained in 1) the Government's Version of the Offense, dated July 31, 2023, 2) the Supplement To Government's Version of the Offense Regarding the Amount of Loss, dated September 1, 2023, and 3) the Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023.

12.  In my work I have been assisted by others in my firm who have acted under my direction and control. However, the opinions in this report are my own.

13.  I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court in connection with sentencing. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced or circulated for any other purpose, in whole or in part, without my prior written consent. No other party is entitled to rely on this report for any purpose whatsoever.

### III.    Evidence Relied Upon

14.  My understanding of the relevant facts comes from the documents provided by Counsel, conversations with former officers of the Company Mr. Rishi Shah, and Mr. Brad Purdy, and materials I gathered through my research[5]. I have been provided internal Company and investor communications, and significant documents with regards to the Company's assets and liabilities, historical and future performance, and business operations. I was not able to interview current Outcome Holdings' management or employees directly.[6] The documents I considered or relied upon are identified in Appendix B.

### IV.    Summary of Opinions

15.  My opinions of value are based on consideration and application of the three categories of widely accepted valuation methods; the income, market, and asset / cost approaches. I

---

[5] My research includes information available through a subscription to the S&P Capital IQ and other databases.
[6] I have been unable to speak with current management or employees of Outcome Holdings, its affiliates or successor entity PatientPoint Health Technologies.

applied the discounted cash flow method (the "DCF method," an income approach) and the guideline public company method (the "GPC method," a market approach) to value Outcome Holdings on the Valuation Dates. I applied market multiples contained in Goldman Sachs Investment Partners ("GSIP") and CapitalG[7] investment committee presentations prepared for the 2017 Equity Raise to infer the value of Outcome Holdings based on the price paid by investors for their Class A and Class C-1 Common Stock in Outcome, Inc., which owned an equity interest in Outcome Holdings. This method and resulting value is not my opinion of Outcome Holdings' fair market value, it was prepared to demonstrate the implied value placed on the Company by the Class A and C Investors. A summary of my estimated fair market values of Outcome Holdings at the Valuation Dates and of the gain or loss to Class A and C-1 Investors at February 1, 2018, is shown in Exhibit 1 and in the tables below. These include the Company's substantial cash balances.

| _$ Thousands_ | Outcome Holdings | | Common Stock A and C-1 Investors |
|---|---|---|---|
| **Valuation Date** | **Unadjusted** | **Adjusted for Fraud** | **Fixed Claim Investment** |
| **March 1, 2017** | $970,000 | $780,000 | $487,737 |
| **October 13, 2017** | | $730,000 | $487,737 |

---

[7] GSIP was the lead investor in the 2017 Equity Raise, and invested $100 million. CapitalG is Alphabet's investment arm which invested $50 million in the same financing. Both are considered to be sophisticated investors.

| $ Thousands | Outcome Holdings | | Common Stock A and C-1 Investors | | | |
|---|---|---|---|---|---|---|
| Valuation Date | Unadjusted | Adjusted for Fraud | Original Investment | Value of Fixed Claim Investment | Cash Returned to Investors | Gain / (Loss) to Investors |
| February 1, 2018 | $970,000 | $830,000 | $487,737 | $483,296 | $31,025 | $26,583 |
| February 1, 2018 (Minimum Breakeven Value) | | $762,255 | $487,737 | $456,713 | $31,025 | $0 |

## V.  Introduction

### A.  Standard and Premise of Value

16.  As the standard of value for this report, I have employed a definition of fair market value used in appraisal practice,[8] originally found in Section 20.2031-1(b) of the Estate Tax Regulations and Section 25.2512-1 of the Gift Tax Regulations and incorporated into Section 2.02 of Revenue Ruling 59-60.

17.  I have appraised Outcome Holdings' stock under a going concern premise. This premise assumes that the Company is an ongoing business enterprise with management operating in a rational way with a goal of maximizing owner value.[9]

---

[8] "The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts." This definition, or one very similar, has been adopted by The Institute of Business Appraisers, The National Association of Certified Valuation Analysts, The American Society of Appraisers, and The Appraisal Foundation. Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as willing, to trade and to be well informed about the property and concerning the market for such property. Fair market value is defined in the U.S. tax regulations, and it is a widely used standard of value for non-tax related matters.

[9] A going concern premise assumes the business is not about to be dissolved or liquidated. Pratt, Shannon P. and Alina Niculita, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 5th Ed., New York: McGraw-Hill, 2008, p. 1072.

### B. Statement of Scope, Limitations and Disinterest

18.  This Summary Report was prepared, and my analyses, opinion and conclusions were developed, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services No. 1 ("SSVS") and the Uniform Standards of Professional Appraisal Practice ("USPAP") from the Appraisal Foundation.

19.  I obtained a variety of financial, operational, economic, and industry documents and information from Counsel as well as from outside sources. I have assumed all information is accurate and complete.  This report reflects my understanding of facts and conditions existing at the Valuation Dates. Subsequent events have not been considered unless they were known or knowable on the Valuation Dates.[10]  However, I reserve the right to update my report for new information that is provided to me.

20.  I have no present or contemplated future interest in the subject property of this Appraisal Report. I have no interest in or bias with respect to the subject property or the owners thereof.

### VI.    Outcome Holdings Background

21.  I understand that Outcome Holdings owned and operated ContextMedia Health LLC ("CMH").[11] Outcome Holdings' business model encompassed:[12]

---

[10] I have also considered subsequent events that provide evidence of facts and conditions existing as of the Valuation Dates.

[11] March 1, 2017 Project C Contribution and Redemption Agreement [3_1]_(45529669_14); Project C Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF,  Project C 2.0 _ Outcome, inc. Second A&R Charter [EXECUTED]_(45160010_25).PDF and Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF.

[12] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0147-0163.

- Providing direct-to-consumer, point-of-care HIPAA[13] compliant advertising solution for pharmaceutical companies via waiting room screens, exam room tablets and wallboards, and patient mobile devices.

- High-quality education content that is provided by pharmaceutical companies, health associations[14] and developed in-house by CMH staff is streamed over physician office and patient mobile devices[15] to educate patients and aid in the medical decision-making process.

- Physicians may control the content that is provided and remove any content they do not want on the platform.

- An Outcome Holdings affiliate provided the display screens on which content was displayed.

22.  As of the third quarter of 2016, CMH had its media platform installed in approximately 17,500 physician offices with 4.5 devices per office on average and was generating $824 per office per month in advertising revenue.[16] Annual run-rate revenue was $145 million (up 122% from prior year) with an EBITDA margin of 36%. CMH had 55 customers which included

---

[13] HIPAA means Healthcare Insurance Portability and Accountability Act, legislation designed to protect the confidentiality of patient information.
[14] Content was obtained from well-known health association sources such as the American Heart Association and the American Diabetes Association.
[15] Patients may connect to a free, Wi-Fi portal through their personal mobile devices which requires them to watch a video advertisement or view a banner advertisement prior to making the WiFi connection.
[16] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0147.

37 of the top 40 pharmaceutical companies and 113 brand partners.[17] Employee headcount was approximately 371 prior to the acquisition of AccentHealth.[18]

23. As of the Valuation Dates, CMH had achieved the following key milestones:

- On December 23, 2016, CMH obtained a secured $325 million term loan and a $50 million revolving line of credit from JPMorgan Chase Bank N.A. which was initially guaranteed by ContextMedia Holdings LLC and other affiliates and subsidiaries. The loans were subject to maintenance of certain financial covenants. Proceeds were used to consummate the acquisition of AccentHealth Holdings LLC and AccentHealth LLC. [19]

- On December 23, 2016 CMH acquired all of the outstanding membership interests of AccentHealth Holdings LLC and AccentHealth LLC pursuant to the Membership Interest Purchase Agreement dated October 31, 2016. The purchase price was approximately $210.3 million, net of cash.[20]

- In or around March - July 2017, Outcome, Inc. raised $487.8 million from investors in Outcome, Inc. which was used to purchase a 9.9% interest in Outcome Holdings[21] which owned Outcome LLC that in turn owned ContextMedia Health, LLC. The

---

[17] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0147 and 0183.
[18] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0203.
[19] Credit Agreement dated as of December 23, 2016 among ContextMedia Health Holdings, LLC, ContextMedia Health, LLC, JPMorgan Chase Bank N. A. (and other lenders); JPMorgan Chase Bank N. A. was administrative agent; JPMorgan Chase Bank N. A., Goldman Sachs Bank N. A. and Citizens Bank, N. A. were joint lead arrangers and joint bookrunners.
[20] ContextMedia Health LLC – 2016 Audited Financials.pdf, p. 7.
[21] By unit count. As discussed later in this report, minimum return rights that are functionally equivalent to liquidation preferences mean the investors owned a greater than 9.9% of the Company's future cash flow and exit value.

investment was made in several rounds and consisted of Class A and Class C

common stock of Outcome, Inc.[22]

24.  On October 13, 2017, I understand that the Wall Street Journal published an article

alleging various misrepresentations made by the Company to customers and investors which

led to the detection of the fraud.[23]  The fraud included sale of non-existent advertising

inventory, under-delivery of advertising, inflation of patient viewing metrics, over-invoicing

and overstatement of revenue among other misrepresentations.[24]

25.  On January 26, 2018, the founders (Rishi Shah and Shradha Agarwal) and entered into a

settlement agreement that was signed with the Company, investors and lenders which I

understand was effective on February 1, 2018. This settlement agreement included the

following provisions: $190 million was paid to Outcome Holdings LLC, which in turn

contributed $100 million to Outcome LLC, lent $59 million in subordinated debt to

ContextMedia Health, LLC,  paid $31 million to investors, and founders Rishi Shah and

Shradha Agarwal agreed to resign from the Company and give up control and waive

---

[22] The final structure resulted from various reorganizations concurrent with the financing round. Outcome Holdings, LLC units purchased by Outcome, Inc. are calculated based on a ratio of 0.01 share purchased per dollar invested. Outcome Inc Cap Table 09302017.xlsx; Project C Ownership and Capitalization post-Round 3_(46780221_1).XLSX; Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form] (45159779_32).PDF. We understand that the founders owned 50 million units of Outcome Holdings, LLC prior to the transaction and contributed them.

[23] Rolfe Winkler, "Outcome, a Hot Tech Startup, Misled Advertisers With Manipulated Information, Sources Say", Wall Street Journal, October 13, 2017. A federal jury convicted former executives of Outcome Health, a Chicago-based health technology start-up for their alleged roles in a fraud scheme that targeted the company's clients, lenders, and investors and involved approximately $1 billion in fraudulently obtained funds. Office of Public Affairs, Department of Justice, "Former Executives of Outcome Health Convicted in $1B Corporate Fraud Scheme", Press Release, April 11, 2023.

[24] Office of Public Affairs, Department of Justice, "Former Executives of Outcome Health Convicted in $1B Corporate Fraud Scheme", Press Release, April 11, 2023.

Company-provided indemnification coverage.[25] This settlement and restructure resulted in the investors receiving revised liquidation preference rights in lieu of their previous fixed priority claim, a higher ownership percentage, and Preferred Unit Holders had the right to obtain a majority of seats on the board of directors if their units were not redeemed by a specific date.

26. I also understand that on this date, the Company loan was restructured in a separate set of documents. Approximately $77.5 million in term debt was prepaid, although the original December 23, 2021 maturity date was maintained among other provisions. [26] As a result of this transaction, the Company's debt obligations to third party lenders totaling $317.8 million were reduced to a term loan of $240.5 million and a line of credit balance of $6.3 million. These amounts were in addition to the related party subordinated loan of $59 million from Outcome Holdings, LLC to ContextMedia Health, LLC.

27. On May 9, 2019, Outcome Holdings announced that it had reached an agreement to complete a recapitalization with its lenders and investors. Under the agreement, Littlejohn & Co., LLC acquired a majority interest in the Company. This recapitalization included an infusion of $85 million in new capital in the form of debt convertible to equity.[27]

---

[25] Mr. Shah, Ms. Agarwal and the investors and lenders also agreed to release claims against each other, the investors and lenders also agreed to permit Mr. Shah and Ms. Agarwal to retain their equity in Gravitas, and retain their legal retainers. U.S.A v. Rishi Shah, et al., Defendants' Memorandum of Law in Support of Motion to Amend Protective Order and Vacate Seizure Warrant, p. 4 and Exhibit 1.

[26] Settlement Agreement and Mutual Release dated January 26, 2018, Exhibit A – Restructuring Transactions, Exhibit A-2 - Waiver and First Amendment to Credit Agreement dated January 2018, and Amended and Restated Credit Agreement dated January 2018.

[27] https://www.prnewswire.com/news-releases/outcome-health-completes-comprehensive-recapitalization-and-secures-significant-new-equity-capital-300847416.htm; https://www.littlejohnllc.com/outcome-health-completes-comprehensive-recapitalization-and-secures-significant-new-equity-capital/.

28. On March 9, 2021, Outcome Holdings was acquired by competitor PatientPoint. The new combined entity would be called PatientPoint Health Technologies, managed by PatientPoint's management team, and would be majority-owned by a group of investors that include the funds that owned PatientPoint (L. Catterton) and Outcome Holdings (Littlejohn & Co.).[28]

## VII. Industry Analysis[29]

29. Outcome Holdings operates in both the Billboard and Outdoor Advertising ("Billboard") and the Digital Advertising Agency ("Digital") industries in the U.S. which include companies that design and place advertising materials (paper and electronic) for public display including indoor sites, and also place advertising across digital media outlets.

30. Over the past five years through December 2016, the Digital industry has performed well with real annual revenue growth of 13.3%, benefiting from the rapid switch away from traditional print advertising. In contrast, the Billboard industry has had flat (less than 0.1%) real annual revenue growth as advertisers shifted their spending towards online outlets which can better measure and report who has viewed the content. Nonetheless, the digital display sector within the Billboard industry has grown 1.8% through 2016, offsetting revenue contraction in other sectors.

---

[28] PatientPoint Combines with Outcome Health to Create PatientPoint Health Technologies; https://patientpoint.com/news/introducing-patientpoint-health-technologies/#.
[29] IBISWorld, *IBISWorld Industry Report OD5889, Digital Advertising Agencies in the US*, December 2016 and December 2023; IBISWorld, *IBISWorld Industry Report 54185, Billboard & Outdoor Advertising in the US*, July 2016 and April 2023.

31. However, due to expected continuing growth in advertising expenditures, positive real[30] annual revenue growth was anticipated for both industries. The Billboard industry was expected to grow at a real annualized 2.4% to $9.2 billion over the five years through 2021, while maintaining its high 16.3% profit margins.  The Digital industry is expected to grow at a real, annualized 11.1% to $23.2 billion over the same period with a lower average industry profit of 8.5%. Profitability in both industries has risen over the past five years due to the switch to digital content.

32. As of December 2023, the Digital industry appears to have outperformed expectations posting 25.2% average annual growth during the past five years with 8.0% profit margins. In contrast, the Billboard industry appears to have contracted 2.3% but maintained higher profit margins averaging 13.5% than the Digital industry. During the next five years through 2028, further revenue contraction is expected from the Billboard industry, with profit margins remaining around 12.5%, while the Digital industry is expected to grow 10.5%.

**VIII.    Economic Conditions[31]**

33. The relevant time periods for a review of the state of the U.S. economy are the Valuation Dates. Throughout 2017 and early 2018, the majority of U.S. economic indicators continued to improve.

---

[30] Real growth does not factor in the impact of inflation. Our forecasts in an income approach to valuation make use of nominal figures that include inflation, but the data cited above does not include inflation.

[31] KeyValueData, "National Economic Report", February 2017, September 2017, and January 2018; Centers for Medicare and Medicaid Services, "National Health Expenditures 2017 Highlights" and "NHE Fact Sheet" 2023, https://www.cms.gov/research-statistics-data-and-systems/statistics-trends-and-reports/nationalhealthexpend data; Deloitte Insights, United States Economic Forecast Q4 2023; ;and Federal Reserve Bank of Philadelphia Research Department, "Survey of Professional Forecasters", Fourth Quarter 2023.

34.  Although growth in gross domestic product ("GDP") slowed slightly in the first quarter of 2017, by the third quarter of 2017 GDP growth had rebounded to 3.0% which was higher than anticipated. Growth slowed again slightly in the fourth quarter of 2017 to 2.5% but GDP growth of 2.3% for the full year of 2017 was an improvement over 2016 growth of 1.6%. Health care spending as a share of GDP remained stable for the past two years. Unemployment which declined to 4.7% in February 2017 continued to decline through January 2018 to 4.1%. Construction starts, manufacturing activity and productivity were generally improved throughout 2017. Personal income and consumer spending improved  in February 2017 which continued through January 2018. Despite some intra-year fluctuation, all major stock market indices ended January 2018 higher than at the end of 2017 which was higher than at year-end 2016. Inflation remained subdued in 2017 and early 2018 and these trends were expected to remain steady at the time.

## IX.    Financial Review

35.  In valuing an entity, it is useful to examine the financial position of the company. This allows the appraiser to review the history of the firm, compare it to its industry, and use the analysis to assist in assessing the future prospects of the company.

36.  I have analyzed CMH audited financial statements[32] for the years ended December 31, 2013, to December 31, 2016, the period closest to the last of my three Valuation Dates.[33] I

---

[32] The financial statements are those ContextMedia, Inc., which is own by Outcome Holdings.

[33] I understand ContextMedia, Inc. ("CMI") houses the primary business operations of Outcome Holdings, LLC. ContextMedia, Inc. Financial Statements and Independent Auditors' Report for the years ended December 31, 2014 and 2013; ContextMedia, Inc. Financial Statements for the year ended December 31, 2014 and ContextMedia Health LLC Combined Financial Statements and Independent Auditors' Report for the year ended 2015 (the "2015 CMH Audit"), and ContextMedia Health, LLC Consolidated Financial statements for the year ended December 31,

also had available to me monthly financial statements for the months of January and

February 2017[34]—this allowed me to value the Company as of 3/1/2017 Valuation Date. As

the purpose of my analysis was to determine how investors fared at each Valuation Date, it

was therefore important to include financial data from AccentHealth Holdings LLC

("AccentHealth")[35], which had already been acquired at the time the investors invested.

Hence my historical presentation includes a summation of data from CMH and that of

AccentHealth.

37.  CMH historical financial statements are presented in Exhibits 2.2.1 through 2.2.6 which

include common size presentations and comparative industry metrics. My analysis includes a

comparison of CMH to industry averages of a guideline public company peer group, and

industry data published by the Risk Management Association ("RMA") and Bizminer

databases as shown in Exhibits 2.2.4 through 2.2.6.[36]  I have used data for companies

defined in Exhibit 2.4.3 as a peer group to CMH.

38.  I note that because CMH had not reached a mature state of low growth, and stable

margins as of the 3/1/2017 Valuation Date, future results were expected to deviate from

---

2016 and Independent Auditors' Report. ContextMedia Health LLC ("CMH") entered into a reorganization
agreement with ContextMedia, Inc. such that CMI contributed its assets to CMH in exchange for an ownership
interest on March 20, 2015, per p.7 Note 1 of the 2015 CHM Audit.

[34] Outcome Inc. – Nov 2017 monthly.xlsx, Monthly Nov 17 BS and Monthly Nov 17 IS tabs.

[35] AccentHealth Holdings LLC and Subsidiary Consolidated Financial Statements December 31, 2014 and 2013
(audited) and AccentHealth Holdings LLC and Subsidiary Consolidated Financial Statements December 31, 2015
and 2014 (audited). The acquisition of AccentHealth had been completed on December 23, 2016, however, the
total results of the combined AccentHealth/CMH entity for only 9 days was reflected in the 2016 audited financials
for CMH. Therefore, my presentation for fiscal year end 2016 is the sum of internally prepared financial data for
CMH (ContextMedia_Dec_2016_Financial Statements – final) plus internally prepared financial data for
AccentHealth (12-31-16 Trial Balance as of 1-23-17). Summing the two entities properly reflects the investment
made by investors and the source of cash flows expected in the future.

[36] The guideline public company data was obtained from S&P Capital IQ, and the selection of these companies is
discussed in the estimate of value section of this report.
https://www.spglobal.com/marketintelligence/en/solutions/sp-capital-iq-platform

past results.  In the valuation section of this report, I discuss in greater detail the financial

projections used for valuing CMH and Outcome Holdings.

### A. Adjustments to Reported Financial Statements

39.  Based on my review, I identified items that require adjustments[37] in CMH's financial

statements.  These adjustments to the income statement were related to removing non-

recurring or non-operating expenses, and included interest, gains and losses on sales of fixed

assets, and other income and expenses.  It is noted that these adjustments to the financial

statements were very small in relation to the total revenues and expenses for each period,

and are shown in Exhibits 2.2.3.

### B. Balance Sheet Review

40.  CMH's adjusted historical balance sheet is shown in Exhibit 2.2.4.

41.  *Assets*.  CMH's assets were primarily comprised of cash generated from sales, point-of-

care displays, media computing and related fixed assets, and intangible assets, including

goodwill. Compared to its peer group, CMH was lighter in its cash holdings, at $4.2 million at

3/1/2017.  CMH also carried higher levels of accounts receivable on its balance sheet as

compared to its peer group, to bring current assets to $50.3 million at 3/1/2017.  Adding

---

[37] In analyzing a company's historical earnings as a guide to estimating the company's earnings base, it is important to make the distinction between past earnings that represent ongoing earning power and those that do not. Financial statements should be adjusted to eliminate the effect of past items that would tend to distort the company's current and future earning power, such as items that are unusual or non-recurring in nature, occur infrequently, are discretionary, or are derived from non-operating sources, such as interest income.  These adjustments provide a consistent basis (by only considering operating income) by which to compare Outcome Holdings to other publicly traded companies whose financials were reported by Capital IQ using the same method.

fixed assets of $72.9 million, net of depreciation and non-current assets of $191.7 million, CMH's assets summed to $314.9 million at 3/1/2017.

42. **Liabilities and Equity**. CMH had $48.1 million in current liabilities in relation to its $4.2 million of cash holdings. CMH carried significant amounts of long-term liabilities in the form of a line of credit and of long-term debt totaling $317.1 million. In total, CMH's liabilities were $368.3 million at 3/1/2017. As a result, CMH's equity was negative $53.4 million at 3/1/2017, before adjusting for the impact of net proceeds from the $487 million in investor funding that occurred between March 2017 and July 2017.

### C. Income Statement Review

43. CMH's historical income statement, adjusted as described below, is shown in Exhibit 2.2.5.

44. **Sales and Cost of Goods Sold**. CMH's revenue was significant in the years leading to 3/1/2017. Revenues grew significantly in the period 2013 to 2016, at $104.7 and $175.0 million in 2015 and 2016, respectively, against cost of goods sold of $13.2 and $5.7 million. These figures include the effects of the AccentHealth acquisition.

45. **Operating Expenses**. Operating expenses were significant and increasing in the years leading up to 3/1/2017, with increases in membership, sponsorship sales, product development, marketing and general and administrative expenses, totaling of $54.7 and million and $126.9 million in 2015 and 2016, respectively. I understand that CMH had invested in 2016 to fuel expected growth in 2017 and 2018. I also understand that CMH's

operating expenses were expected to shrink in comparative terms, as the company dealt with certain efficiencies resulting from the AccentHealth acquisition.

46. **Net Income.** CMH was profitable, with EBITDA of $36.8 and $42.5 million in 2015 and 2016, respectively, and net income of $19.2 and $2.3 million. The effects of the fraud are not included in this first historical analysis, but will be included in the analysis and discussed later in this report.

**D. Financial Ratios Review**

47. I have reviewed CMH's financial ratios shown in Exhibit 2.2.6 and compared them to a peer group.[38] CMH had a lower current ratio but higher working capital and days receivable as compared to its peers. It had worse coverage ratios and leverage ratios than its peers. The financial ratios reflect the fact that CMH was a growing early-stage company that had achieved growth and profitability while still being dependent on access to capital markets to fund future growth.

48. **Summary:** In conclusion, CMH's financial metrics and financial condition at the Valuation Dates are in keeping with the fact that it was an early-stage company that had already achieved revenue and profits, and which had already significantly increased its cost structure in preparation for future growth and as a result of the AccentHealth acquisition. This increased cost structure resulted in historically profitable operations shifting to operating losses as of the 2017 Valuation Dates. This factor along with significant financing

---

[38] The purpose of financial ratios review is to compare Outcome Holdings' historic financial performance with benchmark data available in the marketplace, i.e., the peer group I have selected. The peer group is comprised of public companies identified as having similar characteristics to Outcome Holdings, as shown in Exhibit 2.4.3.

debt secured in December 2016 to fund the AccentHealth acquisition, increased the Company's risk profile. These risk factors are discussed later in this report, as to their significance to loss calculations to investors and creditors.

### X. The Fixed Claim Nature of the Interest of Class A and C-1 Investors

49. I understand that the investment by Class A and C-1 investors into Outcome Holdings was structured in such a way to ensure that in any future exit event for the Company, Class A and C-1 investors would receive a fixed return, or the entire value of the company if it was less than their fixed return claim. This is based on my own review of the relevant documents as discussed below, and on an analysis performed by Counsel for Defendant. I also considered the understanding of investors as to their rights in Outcome Holdings.

50. According to a side letter[39] agreement that I reviewed, investors holding Class C-1 Common Stock in Outcome Inc. were provided a minimum return of the greater of 20% per annum on their investment, or 150% of their initial investment amount ("Target Return"). This minimum return would take effect in an Initial Public Offering ("IPO") exit event that occurs within 6 years of the 2017 financing date. The mechanism by which this would occur is that Mr. Shah pledged to contribute cash or additional units to Outcome Inc. such that it will own an increasing share of Outcome Health at the date of the liquidity event. This side letter guaranteed a minimum return to investors, at a 20% internal rate of return ("IRR").

51. In addition to the provisions of the side letter described above, Section 3 of Outcome Inc.'s Stockholder Agreement contained provisions that would ensure the Target Return is

---

[39] I understand that, typically, such side letters are issued at the request on an investor seeking clarification in writing of the terms of a transaction..

achieved by Class C-1 investors in both the event of an IPO within 6 years, and a change of control event such as the sale of the Company.[40] These provisions appeared to provide a fixed return – the Target Return, to Class A and C-1 investors in a liquidity event for the Company, characteristics that made it very similar to a debt instrument.

52.  Likewise, Section 13(b) of Outcome Inc.'s Stockholder Agreement indicates that any interim distributions to Class A and C-1 Investors would not exceed the Target Value, and that if such interim distributions were equal to the Target Value, the Class A and C-1 Investors' shares would be cancelled upon payment.[41]

53.  This fixed return mechanism is also described in this preliminary term sheet summarizing the investment by Class A and C-1 Investors, and guaranteeing those investors a 20% return to a "Target Value":[42]

| Interim Distributions Pre-IPO: | In case of an interim distribution by the Company pre-IPO (other than tax distributions), at the Investor's option, shareholders of TopCo will receive their ratable share of the distribution as a dividend from TopCo (which will reduce the IRR thresholds described below) or TopCo will reinvest the distribution into additional Units at a contemporaneous valuation using the same metrics as were used to determine the Valuation; provided, for the avoidance of doubt such additional Units will not change the calculation of Target Value (i.e., the Target Value on all equity will be calculated with respect to the interest on the initial investment amount). |

---

[40] Amended and Restated Stockholder's Agreement by and among Outcome, Inc. et al., March 17, 2017, Sections 3(c)(i) and 3(d)(i).
[41] Amended and Restated Stockholder's Agreement by and among Outcome, Inc. et al., March 17, 2017, Sections 13(b).
[42] 1071 at pp.5-6.

| IPO | Traditional IPO Structure |
|---|---|
| | The Founders contribute all of their Units to TopCo in exchange for TopCo shares. The number of TopCo shares received by the Founders will be set at a number designed to cause the value of the TopCo shares held by the Investor (calculated at the price at which shares are sold to the public in the Qualified IPO (the "Qualified IPO Price")) to achieve the Target Value. |
| | If desired by the Founders for marketing or other reasons, the High-Vote Shares could be recapitalized into TopCo Common Shares prior to the Qualified IPO. |
| | "Up-C" IPO Structure (if desired by Founders) |
| | The Founders transfer their Units to TopCo over time (rather than all at once). |
| | If, based on the Qualified IPO Price, the value of Investor's TopCo shares exceeds the Target Value, Investor surrenders TopCo shares (as a contribution to capital) in the amount necessary such that the value of the Investor's shares equals the Target Value. |
| | If, based on the Qualified IPO Price, the value of the Investor's TopCo shares is below the Target Value, at the Founder's election, either (a) the Founders surrender TopCo shares until the value of the Investor's TopCo shares equals the Target Value, or (b) the Founders contribute additional Units to the TopCo as a contribution to capital (with no or little additional consideration paid to the Founders in exchange therefor); provided that, at the Founders' sole election, in lieu of contributing Units, the Founders may elect to contribute cash to TopCo with any such cash contributed by the Founders to be contributed for nominal consideration to the Founders and invested by TopCo in Units, until the value of the Investor's |

| | TopCo shares equals the Target Value. |
|---|---|
| | A "Qualified IPO" shall mean a bona fide underwritten public offering of TopCo's common stock in which such stock is listed on a national securities exchange and at least 5% of the TopCo's common stock is sold in the offering for a minimum aggregate gross proceeds of $500 million; provided that Investor shall have the option to treat any underwritten public offering of TopCo's common stock in which such stock is listed on a national securities exchange as a "Qualified IPO" even if such offering does meet not the thresholds above. |
| | "Target Value" shall mean an internal rate of return of 20% on the investment to the date of the Qualified IPO or Liquidity Right (as defined below) exercise. |

| Liquidity Right: | Investor has a right (the "Liquidity Right") at the end of year 6 exercisable on one-year's notice to cause an IPO of TopCo (structured as determined by the Founders), which can be accelerated by giving notice at the end of year 4. The Liquidity Right is deemed satisfied if a Qualified IPO occurs prior to the end of year 6, even if notice has been given. |
| --- | --- |
| | If Investor gives notice of intention to exercise the Liquidity Right, and if the Company is unable or unwilling to cause a Qualified IPO prior to the later of the end of year 6 or one year after notice of exercise of the Liquidity Right is delivered, the Company shall require Investor to sell its TopCo shares to Newco for a cash price equal to the Target Value on the date of sale. |
| | Investor would also have the right to receive the Target Value in the event of a change of control transaction or liquidation, which would be required to be settled on the date of such transaction and shall be paid in cash or, at the election of the Founders, the same form of consideration as paid to the Founders in connection with such transaction; provided that the Investor shall receive cash unless the other consideration would be in the form of less than 1% of the equity of a publicly traded company. |

54. Goldman Sachs[43] also understood this to be the case, as shown in its December 2016 investor presentation in which Goldman Sachs discusses a "fixed IRR of [20%]."[44]

- GSIP has the opportunity to invest [$200-300M] in an entity with a forward agreement to convert in an IPO event (see attached document) or redeem at a fixed IRR of [20%] in case there is no IPO event by the end of year [4]

55. This 20% fixed return aspect of the investment of Class A and C-1 Investors is also conveyed in email correspondence by Goldman Sachs.[45]

---

[43] As shown in Exhibit 2.5.1, I understand that Goldman Sachs was the lead investor in the March 2017 investment in Outcome Holdings, investing $100 million of the $487.7 million total investment, through its investment conduit GPOP.

[44] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144 at 147.

[45] December 22, 2016 email from Kenneth Eberts to Orbit Drive, GX697, p.1.

○ Similar to the ⌐----⌐convertible note, in the case of an IPO, GSIP would receive additional shares representing the discounted value of our security (i.e. we receive additional shares that equate to the 20% implied return).  Also similar to ⌐----⌐ management ultimately determines if/when the company will go public, at which point the market dictates the valuation.  What's unique about this security relative to Uber is that GSIP has the right to redeem the instrument for a 20% yield at maturity (in ⌐----⌐we were forced to convert at a discount *or* receive par + PIK).  We think this is a really attractive differentiator and provides more certainty in the 'limbo' nodes in which the company decides to stay private.

56.  This 20% fixed-return mechanism was also understood by investor CapitalG,[46] as shown in the following excerpt from its January 2017 Investment Committee Presentation.[47]



| | |
|---|---|
| Description of Security | • CapitalG would be investing alongside Goldman Sachs in a $300-400mm equity instrument in ContextMedia Health ("CMH") with a 20% IRR until the date of an IPO or sale of CMH<br>　○ When CMH goes public, CapitalG would receive shares worth the initial $ amount invested in CMH, compounded at a 20% IRR (i.e., a $100mm investment would lead to $144mm worth of shares if CMH goes public 2 years after investment)<br>　○ If CMH gets acquired, CapitalG is entitled to 20% IRR irrespective of the acquisition price<br>• CapitalG can force an IPO of CMH if the company is still private 6 years after investment, which can be accelerated by giving 1 year notice at the end of year 4. If CMH is unable or unwilling to go public, CapitalG will be paid cash proceeds equal to a 20% IRR on its investment<br>• Founders will retain voting control of CMH through high vote shares and the seniority of the CapitalG equity security is unknown |
| Strengths | • This structure is intended to provide a 20% annual return (2.5x over 5 years if company stays private)<br>• CMH has plenty of runway for growth and CapitalG can realize upside from the public stock post-IPO<br>• Goldman  will receive a board seat as part of this investment (CapitalG may receive Board or Board Observer seat)<br>• IPO lock-up period equal to the shortest applicable term (likely 6 months)<br>• Structure provides a liquidity mechanism potentially within 5 years (4 years plus 1 year notice) |

57.  This was also reflected in CapitalG's financial modeling of its investment.  As seen below, the 3-Year M&A and 5-Year No IPO Outcomes both yield a 20% overall IRR.  In addition, in all exit scenarios, the Pre-IPO IRR yields a fixed 20%.[48]

---

[46] As shown in Exhibit 2.5.3, CapitalG invested $50 million in Outcome Holdings.
[47] CapitalG, *ContextMedia – IC Materials*, January 24, 2017, GX777, p. 7.
[48] CapitalG, *ContextMedia – IC Materials*, January 24, 2017, GX777, p. 42.

## Returns Fan

| | 3-Year M&A Outcome (2019 Exit) | 5-Year No IPO Outcome (2021 Exit) | Deteriorating Business Case (2021 Exit) | Ratings Agency Case (5 Year Hold, 2021 Exit) | Ratings Agency Case (7 Year Hold, 2023 Exit) | CG Base Case (5 Year Hold, 2021 Exit) | CG Base Case (7 Year Hold, 2023 Exit) | Management-Inspired Bull Case (5 Year Hold, 2021 Exit) | Management-Inspired Bull Case (7 Year Exit) |
|---|---|---|---|---|---|---|---|---|---|
| Number of Offices | | | 24,203 | 61,431 | 79,419 | 63,484 | 82,169 | 157,077 | 229,362 |
| *TAM Penetration* | | | 3.8% | 8.7% | 11.5% | 9.0% | 11.9% | 21.1% | 32.5% |
| Total Devices | | | 134,981 | 452,275 | 584,708 | 447,278 | 578,927 | 1,150,080 | 1,679,333 |
| *Devices Per Office* | | | 5.6x | 7.4x | 7.4x | 7.0x | 7.0x | 7.3x | 7.3x |
| Revenue Per Office | | | $4,728 | $12,814 | $12,821 | $14,466 | $15,538 | $33,402 | $34,856 |
| *Blended Ad Inventory Utilization* | | | 39% | 39% | 39% | 44% | 48% | 37% | 37% |
| **Revenue** | | | **$174.8** | **$783.6** | **$1,021.1** | **$910.2** | **$1,263.0** | **$4,654.0** | **$7,439.8** |
| *Growth Rate* | | | (12%) | 19% | 13% | 23% | 17% | 48% | 22% |
| **EBITDA** | | | **$79.1** | **$293.1** | **$389.3** | **$431.9** | **$607.3** | **$2,601.3** | **$4,236.8** |
| *% Margin* | | | 45% | 37% | 38% | 47% | 48% | 56% | 57% |
| (x) LTM EBITDA Multiple | | | 14.0x | 17.0x | 15.0x | 17.0x | 15.0x | 17.0x | 15.0x |
| Enterprise Value at Exit | | | $1,108.1 | $4,982.7 | $5,839.1 | $7,341.8 | $9,109.4 | $44,221.4 | $63,551.6 |
| (-) Debt | | | (308.8) | (308.8) | (302.3) | (308.8) | (302.3) | (308.8) | (302.3) |
| (+) Cash | | | 163.9 | 257.0 | 568.4 | 422.2 | 965.2 | 2,294.9 | 6,412.6 |
| **Equity Value at Exit** | | | **$963.2** | **$4,930.9** | **$6,105.3** | **$7,455.3** | **$9,772.4** | **$46,207.5** | **$69,661.9** |
| | | | | | | | | | |
| **Returns (Assuming 2018 IPO):** | | | | | | | | | |
| Invested Capital | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| CapG Proceeds at Exit | $172.8 | $248.8 | $70.9 | $257.9 | $319.3 | $325.5 | $426.6 | $635.8 | $958.5 |
| | | | | | | | | | |
| Pre-IPO MoM | 1.7x | 2.5x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x |
| Post-IPO MoM | - | - | 0.5x | 1.8x | 2.2x | 2.3x | 3.0x | 4.4x | 6.7x |
| **Overall MoM** | **1.7x** | **2.5x** | **0.7x** | **2.6x** | **3.2x** | **3.3x** | **4.3x** | **6.4x** | **9.6x** |
| Pre-IPO IRR | | | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Post-IPO IRR | | | (21%) | 21% | 17% | 31% | 24% | 64% | 46% |
| **Overall IRR** | **20%** | **20%** | **(7%)** | **21%** | **18%** | **27%** | **23%** | **45%** | **38%** |
| | | | | | | | | | |
| % Probability | 5.0% | 20.0% | 10.0% | 12.5% | 12.5% | 17.5% | 17.5% | 2.5% | 2.5% |

**Probability Weighted Returns:**
MoM: 3.1x
IRR: 20%

| 35% | 25% | 35% | 5% |

G

*Proprietary & Confidential © CapitalG*   42

58.  This 20% fixed-return mechanism was also present in CapitalG's assessment of return sensitivities leading to a potential 2018 IPO:  in both the 5-Year Hold and 7-Year Hold scenarios considered by CapitalG, the Pre-IPO IRR, that it expected to earn on its investment was a fixed 20.0%, as shown below.[49]

---

[49] CapitalG, *ContextMedia – IC Materials*, January 24, 2017, GX777, p. 39.

## CG Base Case - Returns Sensitivity

| Returns Sensitivities - 2018 IPO | | | | | | |

| MoM (5-Yr. Hold) | | | | MoM (7-Yr. Hold) | | |
|---|---|---|---|---|---|---|
| Pre-IPO | Post-IPO | Total | | Pre-IPO | Post-IPO | Total |
| 1.4x | 2.3x | 3.3x | | 1.4x | 3.0x | 4.3x |

| IRR (5-Yr. Hold) | | | | IRR (7-Yr. Hold) | | |
|---|---|---|---|---|---|---|
| Pre-IPO | Post-IPO | Total | | Pre-IPO | Post-IPO | Total |
| 20.0% | 31.2% | 26.6% | | 20.0% | 24.3% | 23.0% |

59. Based on the above, I understand the Class A and C-1 Investors investment was for a fixed priority claim[50] against the value of Outcome Holdings, with a fixed rate of return of 20% per annum or a total return of 150% of initial investment, whichever was greater.

### XI. Estimate of Value

60. The value of a closely held business is derived from the relevant facts and circumstances of a company and is based on informed judgment with regard to those facts. In determining fair market value, I considered available financial data, as well as all relevant factors affecting the fair market value. I have performed my valuation on a 100% controlling and marketable basis.[51] I have therefore applied no discounts for lack of control or marketability.

---

[50] The priority claim is ahead of other equity holders such as founders.

[51] The 100% interests being valued in Outcome Holdings on the Valuation Dates represented majority ownership interests in the entire company, and therefore possessed the ability to control management and financial decisions impacting the entire company or the business segment. These decisions included the ability to elect directors and appoint management, determine management compensation and perquisites, set policy, acquire and liquidate assets, determine dividend distribution policy, and other significant policies. While Outcome Holdings was an

61.  The appraisal profession generally recognizes three primary approaches to determine value: the income approach, the market approach, and the asset approach.  Each approach is distinctive and contains many variations. While all valuation approaches are generally considered, not all may be used; which approach or approaches are used depends upon the specific facts of that engagement.

62.  In valuing Outcome Holdings, I considered several valuation methods.  Among those I have used an income approach—the Discounted Cash Flow Method, and one market approach—the Guideline Public Company Method.

63.  I also used an option pricing model ("OPM")[52] as an equity allocation model to allocate my estimates of the value of Outcome Holdings as of the February 1, 2018 Valuation Date to Class A and C-1 Investors.

XII.    **Value of Outcome Holdings on March 1, 2017, Prior to Adjusting for the Fraud**

64.  The following discussion describes my process in estimating the fair market value of a 100% equity interest in Outcome Holdings as of March 1, 2017.

---

early-stage private company and the Class A and C-1 Common Stock Investors could not unilaterally order a sale of the company, they had significant liquidation preferences in first order of priority ahead of all of other securities, which render them more marketable. They had access to information that would make it easier to access an exit market for their securities.  In addition, I understand that the investors planned on holding their securities until an initial public offering ("IPO") that was contemplated within 3 to 6 years.

[52] AICPA Practice Aid:  Valuation of Privately-Held-Company Equity Securities Issued as Compensation, 2013, Sections 6.30 – 6.41. [accessed via Commerce Clearing House Accounting Research Manager Subscription]

The OPM will model future possible exit values for the company on a lognormal (bell shaped) distribution curve, based on an estimated current equity value for the company, and an estimated volatility of the company's equity in the future. The key inputs that the OPM requires to estimate a distribution of future possible exit values from a liquidity event include equity value on the valuation date, a risk-free rate of return, an estimated term to a future liquidity event, and an estimated volatility of the underlying equity value of the company. The higher the volatility input and the longer the term to liquidity, the more widely dispersed will be the resulting possible exit values on the bell-shaped distribution curve.

A. **Income Approach – Discounted Cash Flow Method under the Credit Case.**[53]

65. The discounted cash flow method is based upon the theory that the total value of a business is equal to the present value of the forecast future cash flows plus the present value of the terminal value. The present value determination is based on using a discount rate that reflects the expected rate of return that the market requires in order to attract funds to the particular investment. This rate is often referred to as a company's "cost of capital."

66. I performed this discount cash flow analysis using both the Credit and Growth Case[54] forecasts prepared by Outcome Holding's management in the context of the 2017 Equity Raise.

*Earnings Base*

67. My determination of value was calculated using a free cash flow to invested capital[55] earnings base. An invested capital earnings base considers the cash flows of the subject company available to both debt and equity holders, which permits comparability of firms with differing capital structures. For my calculations, I defined debt as all interest-bearing

---

[53] The Credit Case is the more conservative of two scenarios presented to potential investors and the Growth Case was the more aggressive scenario, as seen in the Goldman Sachs Investment Partners IC Presentation dated December 2016; GSOHDOJ0000144-220 at 0194-0198.

[54] The Credit Case DCF is shown in Exhibits 2.3.1.C through 2.3.6.C. The Growth Case DCF is shown in in Exhibits 2.3.1.G through 2.3.6.G.

[55] Invested Capital is defined as "…the sum of equity and debt in a business enterprise. Debt is typically either (a) all interest-bearing debt or (b) long-term Interest-bearing debt. When the term is used, it should be supplemented by a specific definition in the given valuation context." In the International Glossary of Business Valuation Terms as published in Valuing a Business: The Analysis and Appraisal of Closely Held Companies by Shannon P. Pratt and Alina V. Niculita, 5th Edition, Appendix A, p. 1072.

debt, which includes capital leases. These invested capital earnings-based cash flows are calculated for a period through 2027 as shown in Exhibit 2.3.6.C & .G.

68.  The fair market value of Outcome Holdings' invested capital was equal to the present value of Outcome Holdings' free cash flow to invested capital, calculated as shown in Exhibit 2.3.4.C & .G.[56]

69.  For the free cash flow to invested calculation, I established a Weighted Average Cost of Capital ("WACC").  I calculated the cost of equity component of the WACC using the Modified Capital Asset Pricing Model ("CAPM") for the Credit Case, and venture capital rates of return for the Growth Case, as shown in 2.3.5.C & .G. The terminal value was determined by applying the Gordon Growth Model[57] to Outcome Holdings' 2027 projected revenue and earnings before interest, taxes, depreciation, and amortization ("EBITDA").

### *Selection of Forecasts*

70.  For purposes of my analysis, I requested from Counsel any available forecasts that the Company prepared in close proximity to the Valuation Dates. The available documents contained forecasts that were provided to investors in the context of the 2017 Equity Raise led by Goldman Sachs.[58] It is noted that Goldman Sachs, and CapitalG, another significant

---

[56] Free Cash Flow to Invested Capital = Net Income (after tax, excluding interest expense) + Depreciation and Amortization +/− Increases or Decreases in Working Capital − Capital Expenditures.
[57] The formula for the Gordon Growth Model is Present Value=(FCFo x (1+g))/(k-g) where FCFo=free cash flow in the last forecast period, where g=expected long-term growth rate, and where k=discount rate.
[58] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0188-0198. The Goldman Sachs dataroom also contained updated projections called the Ratings Agency Model 3 Statements which appeared to contain later updates to the projections in the IC Presentation.

investor, appear to have considered and analyzed these forecasts in making their investment decision in the 2017 Equity Raise[59].

71.  I understand that the Credit Case forecasts are a more conservative set of forecasts, whereas the Growth Case Forecasts represent a more expansive view of the company's future and which would have expanded beyond Direct to Consumer Point of Care marketing ("DTC POC marketing") to areas that would have inserted Outcome Health into the decision making process at the patient and doctor level.  This would have included an expansion into the global healthcare markets, and beyond just marketing services.  This would have allowed Outcome Health to seek greater markets than the $4.6 billion direct-to-consumer ("DTC") market below.[60]

---

[59] Goldman Sachs presentation contained the Credit Case and Growth Case forecasts. The CapitalG presentation contained the Credit Case, and a "Bull Case" that had elements of similarity to the Growth Case forecasts.
[60] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0171.



72.  I understand that both were prepared in the context of 2017 Equity Raise.  Both were contained in the Goldman Sachs presentation to investors, and the Credit Case was also contained in the CapitalG presentation to investors.[61]  I relied on these forecasts as a starting point for applying my discounted cash flow method for Credit Case and the Growth Case.

**Key Assumptions**

---

[61] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0188-0198. GX777, pp. 38, 40.

73. The key assumptions incorporated in the cash flow forecasts are set forth in Exhibits 2.3.1.C to 2.3.3.C and Exhibit 2.3.1.G to 2.3.3.G. In vetting these forecasts, I considered the historical operations of Outcome Holdings, the Company's stage of development, historical and forecast industry growth information, and economic conditions. My key assumptions for the Credit Case as shown Exhibits 2.3.1.C through 2.3.3.C and in 2.4.1.C, and are explained as follows:

74. *Revenue:* Revenue was forecast to grow significantly through 2021, at which point it would still be higher than a long-term sustainable level, at 20.4% annual growth. Outcome Holdings had demonstrated the ability to achieve significant growth and gain market share in the periods preceding the valuation date. I assumed declining growth over the period 2022 through 2027 to a long sustainable rate. While I have relied on the projections contained in the Goldman Sachs presentation, I am also aware that CapitalG's Investment Committee presentation[62] contains "ContextMedia Ratings Agency Case" projections that appear identical to those used by Goldman Sachs for the year 2017 to 2021.[63] CapitalG's projections also contain projections for the years 2022 and 2023: I have compared my projections to CapitalG's and they are very similar in regard to revenue, EBITDA and capital expenditures.

75. *Cost of Revenues:* The forecasts did not include any cost of revenue, and included such variable costs in Operating Expenses.

76. *Operating Expenses:* Operating expense levels were forecast to decrease from 72.5% of revenue in 2016 to 62.6% in 2021. I have maintained that percentage in the period 2022

---

[62] I understand CapitalG to be an investment arm of Alphabet Inc., which owns Google LLC.
[63] CapitalG, *ContextMedia – IC Materials*, January 24, 2017, GX777, pp. 40-41.

through 2027.  The forecasted operated expenses and cost of revenues result in an EBITDA margin of 37.4% in the period 2022 through 2027, which is significantly above the peer group, BizMiner, and RMA industry medians of 19.5%, 11.4% and 17.4% respectively (Exhibit 2.2.5).  I did not alter these optimistic margin assumptions applied by Outcome Holdings management, however I did consider this variable in determining the appropriate WACC discount rate to apply to the forecasts.

77.  **Capital Expenditures:** Capital expenditures ("Capex") were forecast in the Credit Case[64] to decrease from 14.1% for the 10 months ended 12/31/2017 to 8.0% of revenue in 2022.  Over the period 2022 to 2027, I set Capex at 8.0% of revenue, as shown Exhibit 2.3.2.C.

78.  **Depreciation and Amortization:**  As shown in Exhibit 2.3.2.C, depreciation was forecast to decrease from 11.2% in 2017 to 7.3% in 2021.  Projected depreciation for the period 2022 to 2027 is based on an estimated economic life of 3.3 years for new purchases, and 2.2 years of existing fixed assets. These lives were inferred based on an analysis of historical depreciation and accumulated depreciation relative to cost basis for the Company's fixed assets contained in the forecast model and in the Company's financial statements.

79.  **Income Tax Rate:** I applied a 28% income tax rate which approximates combined State and Federal statutory corporate tax rates on the Valuation Dates.[65]

80.  **Working Capital:** Outcome Holdings' forecasted working capital was 14.2% of revenue in 2016, as shown in Exhibit 2.3.3.C.  Based on maintaining 60 days of operating expenses as

---

[64] Ratings Agency Model - 3 Statements.xlsx
[65] The corporate income tax rate in Illinois in 2017 was 7% plus Federal income tax rate of 21%; https://tax.illinois.gov/research/taxrates/income.html.

cash and on other working capital assumptions in line with historical averages, I have projected working capital to increase to 20.2% of revenue over the 10 months ended 12/31/2017, decreasing to 17.% in 2018, and stabilizing at 17.3% over the remaining period to 2027, as shown in Exhibit 2.3.3.C. This is above the upper bound of the 11.6% to 13.8% range based on industry comparable data.

81. **_Terminal Value:_** I developed the Company's terminal value by capitalizing forecast 2027 cash flows in perpetuity using the Gordon Growth Model and the long-term growth rate.[66]

### _Discount Rate_

82. In order to determine the appropriate discount rate[67] that equity investors in Outcome Holdings required - the cost of equity of Outcome Holdings – I considered several commonly accepted approaches.[68] Given the level of risk, and the resulting required rate of return of investor for an early-stage investment such as Outcome Holdings under the Credit Case forecast, I used the Modified CAPM method to estimate Outcome Holdings' WACC using inputs for the cost of equity from Duff and Phelps U.S. Guide to Cost of Capital, the S & P

---

[66] The formula for the Gordon Growth Model is Value = FCFo * ( 1 + g ) / ( k − g ) where, "FCFo" is free cash flow for period "o," the period immediately preceding the effective valuation date; where "g" is long term growth rate (selected at 4%); and "k" is the present value discount rate.

[67] When considering any investment, an investor is exposed to various risks. These include company, industry, economic, market, interest rate, and credit risks. The riskier the investment, the higher the return expected. Discount and capitalization rates, as used in an Income Approach to value a business, represent the return an investor would require in order to choose a particular investment. It represents anticipated future return; past returns, however, are often used to help determine a reasonable future rate.

[68] Two widely used approaches for privately held companies are the Modified Capital Asset Pricing Model ("Modified CAPM"), and the Ibbotson's Build-Up Model. For early-stage companies, another method is to rely on venture capital rates of return from several widely cited studies.

Capital IQ database and a levered beta that I derived using the selection of guideline public companies used elsewhere in this analysis.[69]

83.  As shown in Exhibit 2.3.5.C, I selected a cost of equity of 21% (rounded), using the CAPM.  I identified a cost of debt of 7.3% in the Company's financial statements for the year ended 12/31/2016.  I then developed a WACC, by weighing the cost of equity and the after-tax cost of debt by their respective amounts in Outcome Holdings' invested capital (based on industry capital structure), resulting in a WACC of 18% (rounded).

84.  Utilizing the DCF to invested capital method with a WACC of 18.0%, I derived an estimate of equity value for Outcome Holdings of **$930 million** (rounded), on a 100%-controlling, marketable interest basis, <u>prior to adjusting for the effects of the fraud</u>, as shown in Exhibit 2.3.6.C.  This is inclusive of excess cash and net of interest-bearing debt.

### B.  Income Approach – Discounted Cash Flow Method under the Growth Case.

85.  I performed a similar DCF analysis for the Growth Case, relying on the Growth Case forecast prepared by Outcome Holdings' management for the period 2018-2021.[70]  This DCF analysis is shown in Exhibits 2.3.1.G through 2.3.6.G.

86.  The Growth Case revenue assumptions, shown Exhibit 2.3.1.G, have annual revenue growth decreasing to 40.0% in 2021 and then moderating to a long-term growth rate of 5.0% in 2024, which remains through the end of the projection period through 2027.  I maintained

---

[69] See footnotes 1 through 5 of Exhibit 2.3.5C. It should be noted that after 2017 Duff and Phelps was re-branded as Kroll.
[70] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144-GSOHDOJ00000220 at 0188-0193.

operating expenses at their 2021 level of 44.6% through 2027.  I used the same income tax rate of 28% as for the Credit Case.

87.  As shown in Exhibits 2.3.2.G and 2.3.3.G, respectively, I  used similar working capital assumptions and Capex assumptions for the Growth Case as the Credit Case.

88.  I estimated a WACC of 75% for the Growth case, based on venture capital rates of return to estimate cost of equity at 92.5%[71] and the same cost of debt of 7.3%.  I used the same capital structure assumption as for the Credit Case.  This higher WACC reflects the fundamentally riskier nature of the Growth Case forecasts as compared to the Credit Case forecasts.  This is shown in Exhibit 2.3.5.G.

89.  Otherwise using the same DCF to invested capital method as for the Credit Case and a WACC of 75.0%, I derived an estimate of equity value for Outcome Holdings of **$920 million** (rounded) under the Growth Case, on a 100%-controlling, marketable interest basis, <u>prior to adjusting for the effects of the fraud</u>, as shown in Exhibit 2.3.6.G.  This is inclusive of excess cash and net of interest-bearing debt.

### C.  Guideline Public Company Approach—Credit Case, Prior to Adjusting for the Fraud

90.  The guideline public company ("GPC") method develops an estimate of value based on prices at which stocks of similar companies are trading in a public market.  The estimate of value is derived by value multipliers such as price to earnings and price to cash flow.  These

---

[71] This was based primarily from review of early stage investments target rates of return from Tables 3 and 4 in Exhibit 2.3.5.G.

value multipliers are then adjusted and applied to the subject company's fundamental data to reach an estimate of value for the subject company.

91.  Application of the guideline public company method requires the selection of sufficient "comparable companies" to facilitate the determination of a value conclusion for the subject company.  In selecting comparable guideline companies, "the standard sought is usually one of reasonable and justifiable similarity."[72]

92.  Outcome Holdings displayed streamed digital content provided primarily by pharmaceutical companies on its physician-office monitors. I therefore compared the Company to  guideline public companies in three different sectors: (1) video streaming companies, (2) advertising firms including outdoor advertising and billboard companies, and (3) the large high-growth technology companies identified by Goldman Sachs and included in the Goldman Sachs Investment Partners IC Presentation, December 2016.[73]

93.  Criteria used in the selection of comparable GPCs included; (1) the GPC needed to have a substantial involvement in the business of the listed sector (streaming, outdoor advertising) or be listed by Goldman Sachs, (2) The GPC needed to have an active trading market, (3) GPC financial information had to be publicly available, and (4) the GPC could not be involved in negotiations to be acquired as of the Valuation Date for which the GPC was used. The 22 GPCs used in my analysis are listed in Exhibit 2.4.1.C, key metrics from these

---

[72] Frank M. Burke Jr., Valuation and Valuation Planning for Closely Held Businesses (Englewood Cliffs, NJ: Prentice-Hall, 1981), p. 49.
[73] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144–GSOHDOJ00000220 at 0199.

GPCs are shown in Exhibit 2.4.2 and a brief description of their business activities are provided in Exhibit 2.4.3.

94. The 22 GPCs were reviewed in detail, regarding their financial performance. To value the Company, we considered the following valuation multiples:

- Price to Revenue

- Price to Net Income

- Market Value of Invested Capital[74] ("MVIC") to Revenue

- MVIC to Earnings Before Interest and Taxes ("EBIT")

- MVIC to Earnings Before Interest, Taxes, Depreciation and Amortization ("EBITDA")

95. I considered multiples appropriate for the valuation of Outcome Holdings with reference to both the range of and the median of the GPCs. As the Company was profitable during most of its years of operation, I relied primarily on the earnings multiple (MVIC/EBITDA). In general earnings multiples provide better estimates of value than revenue multiples, because they more closely capture the benefit streams directly available to investors after all expenses and costs have been paid. This is especially true for Outcome Holdings, as investors received preferential rights with respect to profits than other classes of equity holders.

---

[74] Market Value of Invested Capital is defined as "…the sum, at market value, of a business' equity, debt and debt equivalents, hybrid securities, and non-equity claims"; November 2021 International Business Valuation Glossary, jointly published by the American Society of Appraisers (in the U.S.), the Chartered Business Valuators Institute, the Royal Institution of Chartered Surveyors and the Saudi Authority for Accredited Valuers.

96.  I used MVIC multiples which are better indicators of value than equity value multiples because MVIC multiples do not consider impact of capital structure decisions which may vary widely between individual companies. Using data in Exhibits 2.4.1.C and 2.4.2, I compared the GPCs to Outcome Holdings based on the following criteria:

- **Size:** Outcome Holdings is much smaller than any of the GPCs and there is a documented size effect on multiples and rates of return.

- **Access to public capital:** The Company was not public at any of the Valuation Dates, unlike the GPCs. Access to public capital markets decreases the risk profile of a company, and therefore this factor reduced the applicable multiples to the Company as compared to the GPC peer group.

- **Profitability:** The Company has pre-tax profit margins near the median of GPCs which would indicate comparable multiples to the peer group of GPCs.

- **Leverage and Liquidity:** Outcome Health's leverage ratios are negative and its liquidity ratio is below the lower quartile of the GPCs. This factor is neutral to negative relative to the GPC peer group.

- **Revenue Growth:** The Company's revenue growth rates are much higher than the peer group GPCs which is partly due to its much smaller size. However it this trend were to continue, this factor would indicate a higher multiple of historical revenues, earnings, or cash flows relative to the GPC peer group.

- **Reliance on Working Capital:** The Company has higher working capital relative to sales when compared to the GPC peer group, which causes the company to

reinvest a higher proportion of its cash flows and earnings into working capital
as it grows leaving less cash for distribution to its owners which implies a lower
multiple for the Company.

97. Based on all of the factors discussed above, Outcome Holdings appears to present a
roughly comparable risk relative to the peer group GPCs. I selected an MVIC to revenue
multiple that was between the mean and the upper quartile in consideration of the
Company's rapid historical and forward growth rates, EBITDA margins that were modestly
above the mean and median of the peer group and expected to increase in the near term,
tempered by its small revenue size relative to the GPC peers and lack of access to public
markets. I selected an MVIC to EBITDA multiple that was between the mean and the median
for the same reasons discussed above, with exclusion of profitability as a factor – since it was
inherent in the metric to which the multiple was being applied. These multiples were applied
to Credit Case estimated revenue and EBITDA for the fiscal year ended December 31, 2017
as projected in mid-2016 by the Company to derive an indicated value.[75]

98. From the initial indicated value I subtracted interest bearing debt owed by the Company
to derive and Indicated Equity Value based on the revenue and the EBITDA multiples. I
weighted the EBITDA multiple 66.7% and the revenue multiple 33.3% for the reasons
discussed above, then added the March 2017 financing proceeds and Company cash to

---

[75] It should be noted that the multiples were applied to EBITDA values that were available to minority owners, like investors. I have not adjusted these earnings indicators for changes that only a control owner could make to improve Company cash flows such as officer compensation and elimination of discretionary expenses which do not support core operations. As such the resulting value results in a minority marketable interest value.

derive a controlling, marketable interest equity value of **$1,070 million** as of March 1, 2017, prior to adjusting for the effects of the fraud, as shown in Exhibit 2.4.1.C.

### D. Guideline Public Company Approach—Growth Case, Prior to Adjusting for the Fraud

99. I repeated the analysis performed above with the same population of GPCs, but instead using Outcome Holdings' Growth Case revenue and EBITDA as estimated for fiscal year end 2017 in the Goldman Sachs IC Presentation.[76] My selection of multiples well below the lower quartile was more conservative to show how aggressively investors discounted these very optimistic forecasts. I again weighted the MVIC/EBITDA multiple more heavily at 66.7% than the MVIC/revenue multiple at 33.3% which after subtracting the same items described above resulted in an equity value of **$1,070 million** at the March 1, 2017 Valuation Date, prior to adjusting for the effects of the fraud, per Exhibit 2.4.1.G.

### E. Market Approach – Outcome Holding Valuation Implied by Goldman Sachs' December 2016 Investment Analysis

100. In Exhibit 2.1.2, I have estimated the value of Outcome Holdings using revenue and EBITDA multiples selected by Goldman Sachs in its December 2016 investor presentation, and multiples selected by CapitalG in its January 2017 investor presentation.[77] The basis for application of this method is that Goldman Sachs was a sophisticated, unrelated lead investor presenting to other investors, that included private equity funds and family offices.

---

[76] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144–GSOHDOJ00000220 at 0188-0193.
[77] Goldman Sachs Investment Partners IC Presentation, GSOHDOJ00000144. Capital G, ContextMedia – IC Materials, GX777, p.36.

Goldman Sachs had the opportunity to perform significant due diligence, and eventually invested in Outcome Inc. CapitalG was a similarly sophisticated investor, and both investors made large investments totaling $150 million in aggregate. Therefore, based on the available information, the valuation implied by Goldman Sachs' and CapitalG's multiples was a reliable indicator of the Company's equity value (absent the fraud).

101. As shown in Exhibit 2.1.2, Goldmans Sachs selected revenue and EBITDA multiples derived from a) high-growth tech and b) digital media comparable companies. CapitalG selected multiples from online health, digital health, and digital advertiser comparable companies. I applied these multiples to the corresponding revenue and EBITDA metrics of Outcome Holdings to calculate the value of invested capital of Outcome Holdings that was implied by these multiples. In doing so, I excluded Goldman Sachs' Median (High-Growth Tech) EBITDA multiple, which implied an outlier value of invested capital of $5.1 billion.

102. I then added excess working capital and subtracted financing debt. Excess working capital was defined as working capital (including net proceeds of the 2017 financing) that exceeded required levels to sustain operations.

103. The resulting implied equity value for Outcome Holdings based on my interpretation of Goldman Sachs' and CapitalG's valuation is **$970 million** at the 3/1/2017 Valuation Date, prior to adjusting for the effects of the fraud,[78] as shown in Exhibit 2.1.2.

---

[78] These are not my opinions of the equity value of Outcome Holdings, they represent the values assigned to the Company based on investors' willingness to pay the $10 per share for Common Class A and Common Class C-1 units offered by Outcome Holdings management.

### F. Conclusion of 100% Equity Value, Prior to Adjusting for the Fraud

104. My analysis results in a fair market value of Outcome Holdings under the Credit Case on the 3/1/2017 Valuation Date of approximately **$980 million** as shown in Exhibit 2.1.1, using a weighting of 66.7% to the DCF method and 33.3% to the GPC method.[79] Similarly, under the Growth Case, my analysis results in a fair market value of Outcome Holdings under the Credit Case on the 3/1/2017 Valuation Date of **$970 million**, <u>prior to adjusting for the effects of the fraud</u>, as shown in Exhibit 2.1. As discussed above, the implied equity values for Outcome Holdings implied by Goldman Sachs' valuation multiples is **$970 million** at the 3/1/2017 Valuation Date, <u>prior to adjusting for the effects of the fraud</u>, as shown in Exhibit 2.1.2. As a reasonableness check, I reconciled this fair market value of Outcome Holdings to the terms and consideration of the investment made by the Class A and C-1 Investors.

### XIII. Value of Outcome Holdings on March 1, 2017, After Adjusting for the Fraud

#### A. Adjustment to Valuation for Fraud

105. Exhibit 3.3.7.C lists the overstatement of revenue identified by the Government's expert, Mr. Petron for 2015 and 2016 and by Gibson Dunn. I used this data to adjust Outcome Holdings' revenue for the effects of the fraud in 2015, 2016 and in the first two months of 2017. This is shown in Exhibit 3.2.3.

---

[79] Basis for 66/33 allocation. I weighted the DCF more heavily because it is more directly derived from the specific financial data and projections which investors considered in making their investments. The GPC is based on firms that were or could reasonably be considered peers.

106. Also shown in Exhibit 3.2.3 is my adjustment for the cumulative effect of the fraud on the cash balance at year end 2015 and 2016 and on March 1, 2017.

107. In Schedule 3.3.8.C I adjusted management's Credit Case forecasts for the effects of the fraud, for both revenue and operating expenses. As revenue is delayed, I estimated the growth rate for the next year based on where the on the growth-to-revenue curve the current revenue would be situated. For example, in 2015 and 2016, when revenues were at $104.8 million and $175.0 million, respectively, the company grew at 67.0% and 63.7% in the following year, respectively. As 2016 revenue, adjusted for fraud is $145.1 million, I estimated a growth rate of 65.1% for 2017, which is between the two aforementioned growth rates. I have done the same for operating expenses. As a result of the lower revenue, the decline in revenue growth is slightly delayed. Similarly, the decrease in operating expenses, due to economies of scale, is also delayed. The effect of these changes is shown in Exhibit 3.3.1.C.

### B. Value of Outcome Holdings on March 1, 2017, Adjusted for Effects of Fraud.

108. I applied these adjusted Credit Case forecasts in my DCF and GPC models, as shown in schedules, 3.3.1.C through 3.3.6.C, and 3.4.1.C, respectively. I increased the cost of equity component of the discount rate by 2% under the DCF method, to account for the transition risk that would occur, should investors decide to change management due to the fraud, and due to greater implementation risk on the forecasts due to the fraud (including customer retention risk). For the same reason, I selected lower multiples under the GPC method. My methodology is otherwise unchanged.

109. This results in an equity value of **$780 million** at the March 1, 2017 Valuation Date, <u>after adjusting for the effects of the fraud</u>, per Exhibit 3.1.

**XIV.    Value of Outcome Holdings on October 13, 2017, After Adjusting for the Fraud**

110. To calculate the value of Outcome Holdings at the 10/13/2017 Valuation Date, I used the same DCF and GPC models as at the 3/1/2017 Valuation Date.  This was done after adjusting for the effects of the fraud.  I also updated the historical balance sheet and income statement to reflect the passage of time, from 3/1/2017 to 10/13/2017, using Outcome Holdings Monthly financial statements,[80] as shown in Exhibit 4.2.1 and 4.2.2.  Compared to the March 2017 fraud adjustment cost of equity, I increased the cost of equity component of the discount rate by an additional 2% under the DCF method. This adjustment is to account for the integration difficulties experienced by Outcome Holdings as a result of its acquisition of AccentHealth on December 23, 2016, and underperformance between March and October 2017.  For the same reason, I selected lower multiples under the GPC method, than I otherwise would have.  My methodology is otherwise unchanged.

111. This results in an equity value of **$730 million** on the October 13, 2017 Valuation Date, <u>after adjusting for the effects of the fraud</u>, per Exhibit 4.1.

---

[80] Outcome Inc – Nov 2017 monthly, Detail BS and Monthly Nov 17 IS tabs.

### XV. Value of Outcome Holdings on February 1, 2018, After Adjusting for the Fraud

112. As part of the February 2018 Restructuring, the structure of Outcome Holdings and of the related entities changed and various cash distributions were made.[81] The new structure resembles the previous one, as shown in the chart below.[82]



113. Outcome Holdings LLC owns 100% of Outcome, LLC which owns 100% of ContextMedia Health, LLC and its wholly-owned subsidiary AccentHealth, LLC. Outcome Holdings' three direct and indirect subsidiaries are parties to the restructured loan with JP Morgan Chase

---

[81] Outcome Holdings, LLC Third Amended and Restated Limited Liability Company Agreement, dated January 26, 2018 ("the 3rd OHLLC Agreement").
[82] Summary Legal entity chart 2-6-2018.pdf.

Bank N.A. Outcome, Inc., the original entity in which investors received equity, became New Outcome, Inc. and came to own 100% of the Preferred Units and 100% of the Class B Units in Outcome Holdings LLC. ContextMedia Health Holdings LLC owns 100% of the Class A Units of Outcome Holdings LLC and Blake Chandlee owns 100% of the Class D Units. Hence, via their ownership of the Preferred and Class B Units, the investors came to own approximately two thirds of Outcome Holdings, LLC.

114. The Class A, B, D and Preferred Units are the only classes of equity in Outcome Holdings LLC with units outstanding when the 3rd OHLLC Agreement became effective although Class C and C-1 were authorized. Class A and B have voting rights. Class C, C-1, D and Preferred units are non-voting interests, however if the Preferred unit holders did not have their units redeemed by January 2024, they had the right to increase the size of the board of directors and appoint a majority of the board members.

115. The Preferred Units owned by New Outcome, Inc. had a first liquidation preference, with Preferred receiving 100% of value prior to other equity holders. Thereafter, proceeds from a liquidity event or distributions would be shared in varying proportions between Class A, B, and D Units.

116. As part of the transaction, the following distributions[83] were made from $190 million in cash residing in Gravitas Holdings, LLC:[84]

---

[83] Outcome Health – Funds Flow Final.xlsx
[84] Gravitas Holdings, LLC is an entity controlled by Mr. Shah.

**Outcome Health**
**Summary Sources & Uses**

| Source of Funds | | |
|---|---|---|
| Gravitas Holdings cash | $ | 190,024,513.36 |
| **Total** | **$** | **190,024,513.36** |
| Use of Funds | | |
| Severance payments to Shradha Agarwal (net of withholdings) | $ | 348,443.37 |
| Severance payments to Rishi Shah (net of withholdings) | | 277,515.64 |
| Withholdings related to Shradha Agarwal severance | | 151,556.63 |
| Withholdings related to Rishi Shah severance | | 122,484.36 |
| Net settlement with Gravitas Management and Gravitas Hardware | | 192,649.80 |
| Franchise Taxes for Dissolution (estimated) | | 182,308.75 |
| Cash distribution to NewOutcome, Inc (Newco) | | 31,024,513.36 |
| Prepayment of the outstanding principal amount of the Initial Term Loan | | 75,000,000.00 |
| Prepayment of the Additional Term Loans (Revolver) | | 2,250,000.00 |
| Professional Fees | | 5,465,924.04 |
| Cash to balance sheet | | 75,009,117.41 |
| **Total** | **$** | **190,024,513.36** |

117. These include $150 million contributed to ContextMedia Health LLC and $31 million distributed to the Outcome, Inc Investors.[85]

118. In my February 1, 2018 valuation models, I have allocated equity value of the Company amongst the various unit holders by applying an option pricing model framework that is commonly used for complex capital structures.[86] The model reflects the economic rights of the various unit holders as stated in the 3rd OHLLC Agreement.[87]

---

[85] As part of the restructuring, this entity is referred to as "New Outcome, Inc.," or "NewCo" and the minority ownership of founders in this entity is redeemed for a nominal price, resulting in this entity being 100% owned by investors.

[86] The OPM considers the rights and preferences of each security, and at each possible future total exit value (typically from an IPO or sale of the company) it will allocate proceeds from that exit value to each class of securities. At high exit values, preferred stock will convert to common . At low exit values preferred stock will not convert to retain their liquidation preferences that exceed the value of common stock. At very low exit values, there may be zero payout to common stock and the preferred securities may not recover their full liquidation preferences. As a final step, the OPM will aggregate all the payouts to each security under future possible exits to determine the probability weighted present value of each class of securities. All the securities will sum to the total value of the company on the valuation date.

[87] 3rd OHLLC Agreement, Article V, Sec. 5.1 and Article I Definitions.

119.The first breakpoint in my equity allocation model is the distribution of the subordinated loan and second lien credit claims. Per Article V of the 3rd OHLLC Agreement, Class A unit holders receive $23.4 million in subordinated loan claims and the $0.75 million second lien credit claims. Class B unit holders received $35.6 million in subordinated loan claims.

120.The second breakpoint in my equity allocation is the liquidation preference of the Preferred Units at $420.9 million. The third breakpoint is the distribution to the Class A, B and D unit holders of the next $1.55 billion. Class A unit holders received 49.96%, Class B unit holders received 49.96% and Class D unit holders received a 0.075% portion. Any subsequent distributions were paid 66.63% to the Class A unit holders, 33.3% to the Class B unit holders and 0.075% to the Class D unit holders. Payments to individual unit holders were to be distributed pro-rata based on the number of units held by that member.

121.I used a February 1, 2018 risk-free interest rate and a maturity date of March 1, 2022 which is five years from the date of investment. My volatility assumption was computed from the same group of GPCs used in my March 1, 2017 valuation.[88]

122.In order to estimate the value Outcome Holdings as of February 1, 2018, I asked for copies any projections, forecasts, budgets or third-party valuations that had been prepared in connection with this restructuring. I understand that these documents were requested from Patient Point, the current successor company to Outcome Holdings, and such documents were not provided. As a result, the only forecasts available to me were those that were prepared and reviewed by investors in the capital raise that occurred between

---

[88] One firm (NasdaqGS:WBD) had no trading history on February 1, 2018 because it had been taken private and could therefore not be used in a volatility analysis.

March and July 2017. I have therefore prepared an estimate of the Company's value conditional on the assumption that investor forward outlook would not have materially changed between November 2017 and February 1, 2018. I assumed that the company's value was diminished by the amount of historical operating losses that occurred between these dates, and that the company's ability to implement on these forecasts was also delayed by that 2-3 month period.

123. I performed two calculations on February 1, 2018[89]. First, I estimated the value of the Outcome Holdings on February 1, 2018 by carrying forward the October 13, 2017 valuation of $730 million, by accounting for cash flow gains and losses which occurred in the intervening periods and for the return of $159 million into Outcome Holdings as part of the 2018 Restructuring. This is shown in Exhibit 5.1, and leads to an estimated value of Outcome Holdings at February 1, 2018 of **$830 million**. I allocated this value using the equity allocation model, resulting in **$483.3 million** value to the original Class A and C-1 Investors.[90] As shown in Schedule 5.1, when compared to their original investment of $487.7 million, and when adding the $31.0 million distributed to them directly as part of the February 2018 Restructuring, the Class A and C-1 Investors experienced a **gain of $26.6 million** on February 1, 2018. The supporting equity allocation models are contained in Exhibits 5.2 and 5.3.

124. I also calculated the minimum value of Outcome Holdings that would cause the original Common Stock A and C-1 investors in Outcome Inc. to break even. This was done using a

---

[89] I note that I did not have financial statements for the Company past 2017, and forecasts as of the settlement date of February 2018 were not made available to me. My estimate on this date approximates the value of the Company in reference to its November 2017 value, and what is known regarding subsequent operating results and settlement transaction events.

[90] These investors now own Class B and Preferred shares, as a result of the February 2018 Restructuring.

similar equity allocation model, and when including the $31 million distribution to investors, results in a minimum break-even value of Outcome Holdings of **$762.3 million** on February 1, 2018. These calculations are shown in Exhibits 5.5 through 5.6.

### XVI.     Value of Outcome Holdings as of September 30, 2023

125. I have reviewed a third-party valuation of Patient Point Health Technologies, LLC which is the entity into which Outcome Holdings merged on March 8, 2021 ████████████ ███████████████████████.[91] The valuation was prepared by KPMG as of September 30, 2023, and estimated the combined company enterprise value ████████████[92]. Outcome shareholders owned ██████ of the equity value of the company (enterprise value less debt claims)[93]. This presentation does not show the proportion owned by original 2017 investors, but it does demonstrate that the company continued to generate a significant revenue stream, and retained a significant going concern equity value as late 2023.

### XVII.     Conclusion of Values

126. A summary of my estimated fair market values as of the Valuation Dates, and of loss or gain to the original Class A and C-1 Investors as of February 1, 2018, is outlined below, and these include the Company's substantial cash balances. These can also be seen in Exhibit 1.

---

[91] OH2909285 at 291.
[92] The issuance date of the valuation report is April 25, 2024, less than two months before the date of this report. The recent production of this report by Patient Point and the issuance date of the report suggest that this may be the most recent third-party prepared valuation of the Company's successor entity that is available of the date of this report.
[93] OH2909662 at 665.

| $ Thousands | Outcome Holdings | | Common Stock A and C-1 Investors |
|---|---|---|---|
| Valuation Date | Unadjusted | Adjusted for Fraud | Fixed Claim Investment |
| March 1, 2017 | $970,000 | $780,000 | $487,737 |
| October 13, 2017 | | $730,000 | $487,737 |

| $ Thousands | Outcome Holdings | | Common Stock A and C-1 Investors | | | |
|---|---|---|---|---|---|---|
| Valuation Date | Unadjusted | Adjusted for Fraud | Original Investment | Value of Investor Shares | Cash Returned to Investors | Gain / (Loss) to Investors |
| February 1, 2018 | $970,000 | $830,000 | $487,737 | $483,296 | $31,025 | $26,583 |
| February 1, 2018 (Minimum Breakeven Value) | | $762,255 | $487,737 | $456,713 | $31,025 | $0 |

## XVIII.    Investor Loss

127. understand that the Government's position is that the original Class A and C-1 Investors lost the majority value of their investment, based on a current valuation date, as a result of the fraud.[94]  However, the Government does not consider a number of important factors in its analysis of loss.  In particular, as I understand it, the Government bases its analysis solely on write-offs recorded by investors in the months and years after the settlement, citing to witness statements by CapitalG, Leerink, Pritzker Group Venture Capital and Goldman Sachs, and describes a conservative estimate of the total loss amount as being equal to $438.75

---

[94] Supplement To Government's Version of the Offense Regarding the Amount of Loss, dated September 1, 2023, p. 8.

million.[95] It is unclear how the investors determined the amount of write-off they should record to their investments. A more complete analysis requires the consideration of intervening factors which occurred before and after Mr. Shah left Outcome Holdings and was no longer in control of the Company. As I understand it, the Government relies on events that occurred after the 2018 settlement, at which point the investors may have experienced a gain as explained above, and resulted from events over which Mr. Shah had no control as a result of his exit from the Company. In particular, the circumstances and negotiations surrounding the majority take-over of Outcome Holdings by Littlejohn & Co., LLC in May 2019[96] and the subsequent sale of Outcome Holdings to PatientPoint occurred after Mr. Shah's departure and resulted in significant dilution of the original Class A and C-1 Investors' investment.

128. Based on the documents that I reviewed, several factors appear to have contributed to the May 2019 recapitalization and dilution of 2017 investor interests. Over the historical years from 2013 – 2016 the Company reported significant revenue growth and operating profitability, after my adjustments for the removal of overstated revenues. This was previously discussed and is shown in Exhibit 3.2.5 of this report[97]. On December 23, 2016, the Company acquired AccentHealth. In October and November 2016, the Company's historically profitable operations change to modest operating losses. In the month of

---

[95] Supplement To Government's Version of the Offense Regarding the Amount of Loss, dated September 1, 2023, pp. 8-11.
[96] https://www.littlejohnllc.com/newsitem/outcome-health-completes-comprehensive-recapitalization-and-secures-significant-new-equity-capital/
OH2909204 and OH 2909209 indicate that Cetus Capital LLC (which includes Littlejohn Opportunities Master Fund LP) was the largest investor in the infusion of $85 million of new money convertible debt capital in the Company on May 8, 2019.
[97] Figures presented on Exhibit 3.2.5 include combined results of AccentHealth and the Company.

December 2016, the date of the acquisition, the Company posts an operating loss of $6.9 million (before interest expense) demonstrating a dramatic downturn in profitability. Throughout the first half of 2017, the Company continues to incur similarly large operating losses that had not occurred in the years and months leading up to the acquisition of AccentHealth.

129. In the first half of 2017 the company generated $82.1 million of revenue[98], which averaged to $13.7 million of monthly revenue between January – June 2017. As previously discussed, I have estimated that the company's 2017 revenue was overstated by $20.6 million[99]. After adjustment for this overstatement, average monthly revenue for the first half of 2017 was approximately $12 million.[100] This monthly revenue run rate is nearly identical to monthly average revenues for 2016 of $12.1 million[101]. This consistency in revenue between 2016 and the first half of 2017, indicates that the large operating losses that began in December 2016 concurrent with the AccentHealth acquisition were due primarily to post-acquisition increases in costs, not loss of revenues due to clients halting their advertising campaign, and refusing to sign new contracts. From January to November 2016, operating expenses averaged approximately $9 million per month. In December 2016, this figure ballooned to $19.2 million, and averaged $18.1 million per month in the first half of 2017.

---

[98] Outcome Inc – Nov 2017 monthly (Excel workbook), Monthly Nov 17 IS tab.
[99] Exhibit 3.3.7.C. This is the difference between the amounts estimated by government expert Mr. Petron for 2015 and 2016, and total amount of restitution provided to customers as estimated by Gibson Dunn.
[100] $82.101 million minus half of $20.561 million revenue overstatement = $71.821 million. This figure divided by 6 months equals $11.970 million.
[101] Exhibit 3.2.5. 2016 revenues of $145.136 million divided by 12 = $12.095 million. This includes a full year of AccentHealth results for comparability.

130. In the latter half of 2017, the Company's revenues began to decline, and were particularly low in October 2017, the month in which the Wall Street Journal article was published. Revenues partially recovered in November 2017[102].  Thereafter, revenues declined significantly in 2018 to $30.6 million[103] for that year, with customer loss due to the fraud as one of the likely causal factors.

131. As of early 2019, due to the ongoing operating losses that the Company incurred from December 2016 through the first quarter of 2019 - which appeared to be caused by several factors, some of which were unrelated to the fraud - the Company's balance sheet was undercapitalized, with a large deficit equity balance[104]. In addition, the Company's unrestricted cash balance had declined below the $20 million minimum required under the credit agreement in place with the Company's lenders[105], resulting in covenant default. This covenant was one of a number of conditions that the Company had to meet in order to maintain a good standing with its lenders. These factors led to negotiations between lenders, investors, and the Company that resulted in the May 8, 2019 restructuring[106], whereby the company was recapitalized, and original 2017 Class C-1 investors' ownership was significantly diluted.

---

[102] Outcome Inc – Nov 2017 monthly (Excel workbook), Monthly Nov 17 IS tab.
[103]OH 2019 Forecast 20190115s (January 15, 2019 Outcome Health management financial forecast presentation) P. 15.
[104] OH2909211_CONFIDENTIAL (Excel workbook with OH Standalone 2019 and 2020 financial statements).
[105] Amended and Restated Credit Agreement, January 2018, between Outcome LLC, ContextMedia Health LLC, and Several Lenders, with JPMorgan Chase Bank NA as Administrative Agent, Section 8.14, Minimum Cash Covenant.
[106] OH – April 10 Board_04.10.19 1030, Class A Proposal – confirmation 4.8.19. OH2908346, OH2908426, OH2909204, OH2909209.

132. Based on the information that I reviewed, it appears that this restructuring may have been avoided if the Company had not been in covenant default and in need of additional capital. The sequence of events that led to the covenant default included operating losses that appear to have been triggered initially not by declining revenues from the fraud (which became noticeable in the latter half of 2017), but due to post-acquisition integration issues with AccentHealth, and cost inefficiencies between the two merged companies that started in late 2016. The additional debt capital raised in late 2016 to acquire AccentHealth for $210.3 million[107] also increased the company's leverage and risk to equity investors. If for example one assumes that the Company would have continued to perform similarly between December 2016 and June 2017 if it had not acquired AccentHealth, as it did for January to November 2016, instead of incurring $33.4 million of operating losses between December 2016 – June 2017[108], the Company would have realized approximately $1.6 million of operating profits per month[109], or $11.2 million of profits over that seven-month time period. The difference between these two scenarios is <u>$44.6 million of additional operating profits or $44.6 million of avoided operating losses</u>, that would likely have led the Company not to be in default of its cash covenant in early 2019 (all other factors being equal). The acquisition of AccentHealth therefore appears to be an example of a significant intervening factor that contributed to the covenant default, recapitalization, and ensuing investor loss from ownership dilution.

---

[107] ContextMedia Health LLC – 2016 Audited Financials, p.3, p.9.
[108] Outcome Inc – Nov 2017 monthly (Excel workbook), Monthly Nov 17 IS tab.
[109] Outcome Inc – Nov 2017 monthly (Excel workbook), Monthly Nov 17 IS tab.

133. I understand that the Government is aware of these intervening factors.[110] It is not apparent to me why the Government believes that these were "the predictable and foreseeable results of the defendants' fraud,"[111] and why this is a sufficient basis to attribute the resulting dilution of the original Class A and C-1 Investors entirely to Mr. Shah's action. The AccentHealth Merger appears to have significantly impacted the Company's financial condition, and is not a result of the fraud. As I understand it, the Government has not performed an analysis to isolate the effects of the fraud on the value of the Class A and C-1 Investors' investment from the effect of other intervening factors.

### XIX.    Lender Loss

134. The series of events leading to the May 2019 restructuring that were discussed in the preceding section, impacted both investors and lenders. The Government has assessed lender losses of $25.642 million[112] based on letters sent to letters and responses from those lenders as to the amount of losses they incurred. This polling of lenders does not include an analysis to isolate the effects of fraud on losses incurred by lenders, from other intervening factors discussed in the preceding section.

---

[110] The Government wrote: "To be sure, there have been a number of restructuring transactions following the October 2017 revelation of fraud that resulted in changes in ownership and capital structure, thereby diminishing the original investments' value. But all these restructurings were not supervening causes of the investments' diminution; they were the predictable and foreseeable results of the defendants' fraud. A company premised on defrauding its clients would suffer such a reputational hit and a loss of clients (and accompanying revenue) when that fraud was exposed that it was entirely foreseeable that restructurings would occur to stave off bankruptcy and the company's dismemberment by creditors."  Supplement To Government's Version of the Offense Regarding the Amount of Loss, dated September 1, 2023, p. 10.

[111] Supplement To Government's Version of the Offense Regarding the Amount of Loss, dated September 1, 2023, p. 10.

[112] Second Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023, p. 3.

135. Based on my review of documents provided to me, the Company obtained financing on April 8, 2016 which included a term loan commitment of $90 million, and a revolving credit facility with commitments of $20 million.[113] On December 22, 2016, the Company refinanced its debt with new loans that included a $325 million term loan, and a $50 million revolving credit facility[114]. The proceeds of these new loans were used to (1) pay the consideration for the acquisition of AccentHealth, and (2) refinance in full (and pay off) the April 8, 2016 credit facilities[115]. I understand that this resulted in the April 8, 2016 lenders being fully repaid. The December 23, 2016 loans included a Guarantee and Collateral Agreement that pledged all of the assets of ContextMedia Health LLC (borrower), and of related entities ContextMedia Health Holdings LLC and AccentHealth LLC (acquired company) as collateral for the loans[116]. This security interest in all assets of the Company was obtained by lenders through the filing of a UCC-1 Financing Statement.[117]

136. In January 2018, in connection with the restructuring and settlement transaction that I discussed earlier in this report, the December 23, 2016 lenders amended and restated their credit agreement with the Company.[118] In that January 2018 restructuring, approximately $77.5 in term debt and line of credit balance was repaid to lenders with monies returned to

---

[113] ContextMedia_2016 Credit Agreement (Executed) (2), Credit Agreement among ContextMedia Health, LLC, ContextMedia Health Holdings, LLC, and lenders with JPMorgan Chase Bank N.A. as administrative agent, April 8, 2016, p. 126, Commitment Schedule.
[114] Credit Agreement Executed, Credit Agreement among ContextMedia Health, LLC, ContextMedia Health Holdings, LLC, and lenders with JPMorgan Chase Bank N.A. as administrative agent, December 23, 2016, p. 6.
[115] Credit Agreement Executed, Credit Agreement among ContextMedia Health, LLC, ContextMedia Health Holdings, LLC, and lenders with JPMorgan Chase Bank N.A. as administrative agent, December 23, 2016, p. 6.
[116] Guarantee and Collateral Agreement, Section 4.01, Security Interest.
[117] Guarantee and Collateral Agreement, Schedule 5(a), UCC-1 Financing Statements.
[118] OH – 1L Amended Credit Agreement, Amended and Restated Credit Agreement among Outcome LLC, and ContextMedia, LLC, and JPMorgan Chas Bank N.A. as administrative agent, January [ ], 2018, p. 6.

the Company by founders. As a result, the remaining balance on the term loan was $240.5 million, and $6.3 million on the line of credit[119]. As of the end of the first quarter in 2019, the Company had approximately $301 million in outstanding notes payable[120], and was in default of the $20 million minimum cash covenant discussed previously under the January 2018 Amended and Restated Credit Agreement with lenders. The documents provided to me indicate that these December 2016 secured lenders engaged in a negotiation that would restructure their $247 million in outstanding term loans into a $125 million claim in "Take-Back Paper" secured by all assets of the restructured company as well as 100% equity interest in the company that would be diluted to 20% of the equity once new money lenders converted their debt claim to preferred equity.[121] This led to the May 2019 restructuring transaction that I previously described.

137. I understand that the Government's assessment of lender loss is associated with sales that occurred on the secondary markets after the October 2017 Wall Street Journal article was published, and based on the restructuring that occurred in May 2019.[122] Based on the information provided to me, I cannot determine how much of the $25.641 million in reported lender losses is associated with secondary market sales, or May 2019 restructuring.

---

[119] Settlement Agreement and Mutual Release dated January 26, 2018, Exhibit A – Restructuring Transactions, Exhibit A-2 - Waiver and First Amendment to Credit Agreement dated January 2018, and Amended and Restated Credit Agreement dated January 2018.

[120] OH2909211_CONFIDENTIAL. OH – April 10 Board_04.10.19 1030, Investor Update, April 10th 2019 Board Meeting, p. 20. This amount is comprised of approximately $247 million in outstanding term loans, with the remainder representing $65 million in second lien debt, which appears to represent the balance on the $59 million subordinated loan that was made from Outcome Holdings LLC, to ContextMedia Health LLC as part of the January 2018 restructuring. These figures are as of December 2018, and will not exactly match the $301 million in total outstanding loans as of March 31, 2019.

[121] OH – April 10 Board_04.10.19 1030, Investor Update, April 10th 2019 Board Meeting, p. 7.

[122] Second Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023, pp. 2-3

138. I have been asked to determine if as of the date of this report, the collateral in the Company's assets that was originally pledged to the December 2016 lenders to secure their loans, exceeds the initial $325 million term loan plus $50 million revolving credit facility provided to the Company. The September 30, 2023 valuation of valuation of Patient Point Health Technologies, LLC ("PPHT"), the successor entity to the Company, prepared by KPMG indicates a total enterprise value of $1.075 billion. $364.4 million is allocated to Outcome's 42.5% ownership claim after deduction of debt claims attributable to the PPHT parent company. Of this amount, $196.6 million is then allocated to "Takeback Loan Facility", which I understand to be the same replacement "Take-Back Paper" loan that was provided to the original December 2016 lenders in the May 2019 restructuring.

139. The $364.4 million of available enterprise value to Outcome, would provide collateral that would satisfy 97% of the December 2016 lenders' $375 million in credit facilities made available to the Company. However, the Company does not appear to ever have drawn the full amount of $375 million. The balance as of December 2016 was approximately $325 million, and declined to $293 million by November 2017[123]. As previously discussed in this report, the loans were paid down to a term loan balance of $240.5 million, and a line of credit balance of $6.3 million as of the January 2018 restructuring. Before the May 2019 restructuring, the term loan balance was approximately $247 million. None of these figures exceed the $364.4 million of available enterprise value and collateral determined in the September 30, 2023 valuation prepared by KPMG.

---

[123] Outcome Inc – Nov 2017 Monthly.

### XX.     Consideration of Loss and Restitution to Outcome Holdings' Pharmaceutical Clients

140. I have reviewed the analysis of overstatement and restitution prepared by Gibson Dunn and dated August 15, 2019 (the "Gibson Dunn Analysis").[124]  Gibson Dunn found that total paid and future restitution to Outcome Holdings' pharmaceutical clients amounts to $65.47 million as of August 15, 2019, as shown below.[125]

| Remediation Outcome's Commitment to Customer Restitution | | | | | |
|---|---|---|---|---|---|
| **Totals** | | | | | |
| | **2015 Revenue** | **2016 Revenue** | **2017 Revenue** | **2015-2017 Revenue** | **Approximate Total Restitution (Paid + Future)** |
| Top 20 Customers | $55,756,037 | $94,032,729 | $89,450,468 | $239,239,234 | $63,104,766 |
| All Other Customers | $6,312,032 | $6,625,872 | $10,869,407 | $23,807,$311 | $2,363,722 |
| Totals | $62,068,069 | $100,658,600 | $100,319,876 | $263,046,545 | $65,468,489 |

141. I have reviewed the analysis of overstatement prepared by Government's expert Michael Petron (the "Petron Analysis),[126] which the Government considers to be a "conservative estimate of client financial loss."[127]  Mr. Petron separately estimated the overstatement for each individual pharmaceutical client and advertising campaign.[128]  In

---

[124] DOJ-0003832077 - Restitution & Loss.pdf.  I have not assessed the reliability of the Gibson Dunn Analysis:  as I understand it, this is not in dispute, and the Government has relied on it.
[125] DOJ-0003832077 - Restitution & Loss.pdf, p.8.
[126] GX 1973.
[127] Second Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023, pp.5-6.
[128] GX 1973, pp.1-2.

aggregate, the Petron Analysis estimated that Outcome Holdings had overstated its revenues by $15.08 million in 2015 and $29.83 million in 2016, for a total of $44.9 million.[129] Mr. Petron did not estimate the overstatement in Outcome Holdings' revenue in 2017.

142. I have also reviewed the Government's analysis of restitution (the "Government Restitution Analysis") that the Government claims is still owed as of August 31, 2023, in an amount equal to $11.98 million.[130]  The breakdown of this amount is shown in the Government's table below.[131]

---

[129] GX 1973, pp.1-2. This is net of a 2016 deferred revenue topside adjustment of $1.174 million.
[130] Second Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023, pp.5-6.

| Pharma Client | Amount Owed |
|---|---|
| Abbvie | $2,032,846.00 |
| Acorda | $61,824.00 |
| Akrimax | $24,919.00 |
| Avanir | $86,192.00 |
| Biogen | $3,141,453.00 |
| Bristol-Myers Squibb | $430,938.00 |
| Celgene | $79,120.00 |
| Crescendo Bioscience | $35,333.00 |
| Daiichi Sankyo | $104,340.00 |
| Emispher | $284,749.00 |
| Genzyme | $24,192.00 |
| Gilead Science | $1,334,577.00 |
| GlaxoSmithKline | $1,059,800.00 |
| Horizon Pharma | $114,345.00 |
| JDRF | $13,108.00 |
| Jeffrey Modell Foundation | $13,423.00 |

| | |
|---|---|
| New York State | $32,800.00 |
| Novartis | $1,108,533.00 |
| Sanofi | $1,637,052.00 |
| Takeda | $364,304.00 |
| RESTITUTION TOTAL | $11,983,848.00 |

143. I have not been asked to create my own independent estimate of overstatement and restitution to Outcome Holdings' pharmaceutical clients; rather I have relied on the Gibson Dunn Analysis, on the Petron Analysis and on the Government Restitution Analysis.

144. The Petron Analysis appears to be incomplete. As can be seen in Exhibit 6.1, the Petron Analysis does not list overstatement amounts for certain pharmaceutical clients for which the Gibson Dunn Analysis shows that restitution has been paid or promised in the future. For example, the Petron Analysis shows no overstatement for Acadia Pharmaceutical, yet the Gibson Dunn analysis shows restitution of $211,052. The total of such differences is $27.89 million, as shown in Exhibit 6.1. For purposes of adjusting for the effects of the fraud in my valuation analyses, I have assumed that the amount of overstatement is the larger of the two amounts, i.e., the amount per Gibson Dunn, as discussed in section XIII.A and shown in Exhibit 3.2.3.

145. Exhibit 6.1 also shows the total instances for which the amount of a specific customer's overstatement per the Petron Analysis is greater than the restitution per the Gibson Dunn Analysis. This amount of $11.98 million in total, is the amount claimed by the Government that is still due in restitution.

146. Neither the Petron nor the Gibson Dunn Analyses provide any indication as to the timing of the restitution amounts and as to which of these occurred before October 13, 2017 (the date the fraud was revealed) or before February 1, 2018 (the date on which the January 26, 2018 settlement became effective and when Mr. Shah stepped down as CEO of Outcome Holdings). As I understand it, the timing of these restitution amounts may be relevant to sentencing. I have performed such an analysis based on available information, which is shown in Exhibit 6.2.[132]

---

[132] Exhibit 6.2 is summary of data contained in Exhibit 6.3. I have produced Exhibit 6.3 as an Excel file.

147. Exhibit 6.2 reflects the following:

- Restitution amounts per the Gibson Dunn Analysis, by client/product. This also includes information regarding whether a client was still doing business with Outcome Holdings as of August 15, 2019, and whether there existed a Completion Agreement between Outcome Holdings and the client. Of note, the restitution is classified as future or past, using what I understand to be August 15, 2019 as a cut-off date: past and future restitution amounts are equal to $50.36 million and $15.11 million respectively, for a total of $65.47 million.

- Overstatement amounts by client/product per the Petron Analysis and, for the year 2012 to 2014, per the Government Restitution Analysis.

- An assessment of whether, for each client/product, restitution commenced before October 13, 2017. I did so by applying the following criteria: There needed to be some written evidence of the beginning of providing restitution, which took the form of at least one of the following: 1) an email exchange with the client; 2) an email exchange internally discussing process for making restitution; 3) calculations of under-delivery; 4) drafts of completions or termination agreements evidencing restitution made or to be made; 5) internal documentation or evidence from a third party that payment had been or was to be made. As seen in Exhibit 6.2, for 9 of the top-20 clients and 1 of the other 118 clients, restitution was underway by October 13, 2017.

- An assessment of the amount, for each client/product, of restitution that was paid or offered to be paid before October 13, 2017. I did so by applying the following criteria:

1) the amount and type had to be specified in the written evidence; 2) the amount could reasonably be computed by looking at other written evidence, such as the original contract for which there was under-delivery. As seen in Exhibit 6.2, Outcome Holdings paid or offered to pay $10.19 million before October 13, 2017, i.e., before the date on which the fraud was uncovered.

- An assessment of whether, for each client/product, restitution commenced before February 1, 2018. I did so by applying the same criteria as when determining whether restitution commenced before October 13, 2017, above. As seen in Exhibit 6.2, all 20 o of the top-20 clients and 12 of the 118 other clients, restitution was underway by February 1, 2018.

- An assessment of the amount, for each client/product, of restitution that was paid before February 1, 2018. I did so by applying the following the same criteria as when determining whether restitution commenced before October 13, 2017, above. As seen in Exhibit 6.2, Outcome Holdings paid or offered to pay $19.66 million after October 13, 2017 and before February 1, 2018, i.e., before the date on which the 2018 settlement became effective and on which Mr. Shah left the Company.

148. On October 30, 2019, the Government issued a press release stating that the Company committed to $70 million in compensation to pharmaceutical clients, of which $65.5 million has already been made through a combination of cash payments and in-kind services, and had set aside an additional $4.5 million to compensate additional clients that had not yet

been made whole.[133] The $65.5 million figure is consistent with the Gibson Dunn Analysis that I have described and relied upon in this report.

149. Based on the information that was available to me, my analysis of restitution is incomplete. I was not able to estimate, due to limited information, on what dates $35.6 million of the total $65.5 million of restitution was provided to pharmaceutical customers.

150. I further understand that in May 2017, Outcome Holdings contacted audit firm BPA to conduct an audit of its advertisement impression measurement and reporting platform.[134] A statement of work by BPA was proposed June 7, 2017 was signed in July 2017.[135] BPA's audit report and Platform Review Management Report were issued August 31, 2017.[136] BPA did not identify any material weaknesses in the Outcome Holdings' impression measurement and reporting platform.

151. I also understand that in the period October to December 2017, Outcome Holdings hired law firm Dykema to review Outcome Holdings contracts with its customers.[137] Dykema issued 211 memoranda covering these contracts to Outcome Holdings.  These memoranda listed Outcome Holdings' deliverables and other important terms and obligations, including requirements in regard to healthcare provider lists, termination provisions, remedies for nonperformance, and indemnity provisions.[138]

---

[133] https://www.justice.gov/opa/pr/outcome-health-agrees-pay-70-million-resolve-fraud-investigation
[134] DX4997 (OH0797769—809), at 769.
[135] DX5179 (OH079819-612), at 819.
[136] DX5116 and DX5117.
[137] See, e.g., (188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf, (242_) - 4835-1343-8039.1 - FINAL - Abbvie - Humira Derm (1.27.16).pdf, (852_) - 4836-7095-9446.1 - FINAL - Allergan - Botox - 12.12.16.pdf or 1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf.
[138] See, e.g., (188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf.

Dated:  June 14, 2024

Carl S. Saba, MBA, CVA, ASA, ABV

**XXI.    Exhibits**

**Outcome Holdings LLC**                                                                                          **Exhibit 1**

Business Valuation - Adjusted                                                                    Summary of Value and Damages
As of March 01, 2017                                                                                    *(in thousands of USD)*

**March 1, 2017 Valuation Date**

| | | Value | Class A and C-1 Investor Fixed Claim Investment |
|---|---|---|---|
| **Value of Outcome Holdings, Unadjusted for Effects of Fraud - Exhibit 2.1.1** | | | |
| Credit Case | | $ 980,000 | |
| Growth Case | | $ 970,000 | |
| **Implied Value of Outcome Holdings, LLC Based on GSIP and CapitalG Investment Analysis** | | $ 970,000 | |
| | | | |
| **Value of Outcome Holdings, Adjusted for Effects of Fraud - Exhibit 3.1** | | $ 780,000 | $ 487,737 |

**October 13, 2017 Valuation Date**

| | | | |
|---|---|---|---|
| **Value of Outcome Holdings, Adjusted for Effects of Fraud - Exhibit 4.1** | | $ 730,000 | $ 487,737 |

**February 1, 2018 Valuation Date**

| | | |
|---|---|---|
| **Value of Outcome Holdings, Adjusted for Effects of Fraud - Exhibit 5.1** | | $ 830,000 |

| Equity Allocation - Exhibit 5.1 and 5.3 | Adjusted Value | Class A and C-1 Investor Original Investment | Class A and C-1 Investor Gain (Loss) |
|---|---|---|---|
| Class A | $ 346,286 | | |
| Class D | 418 | | |
| **Total** | **$ 346,704** | | |
| Preferred @ $4,209,000 | $ 221,122 | | |
| Class B | 262,174 | | |
| **Total** | **$ 483,296** | $ 487,737 | $ (4,441) |
| **Total Equity Value** | **$ 830,000** | | |
| **Plus Cash to Investors, from 2018 Restructuring** | | | 31,025 |
| **Total Gain (Loss) to Investors at February 1, 2018** | | $ 26,583 | |
| **Outcome Holding Minimum Value Resulting In Zero Loss to Investors - Exhibit 5.6** | | $ 762,255 | |



**Outcome Holdings LLC**  **Exhibit 2.1.1**

| Business Valuation | Summary of Values |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

| Method | Reference | Value | Weighting | Weighted Value |
|---|---|---|---|---|
| **Credit Case** | | | | |
| Discounted Cash Flow Method | Exhibit 2.3.6.C | $ 930,000 | 66.7% | 620,000 |
| Guideline Public Company Method | Exhibit 2.4.1.C | 1,070,000 | 33.3% | 356,667 |
| **Indicated Value – 100% Controlling, Marketable Interest Basis** | | | 100.0% | $ 976,667 |
| **Fair Market Value – 100% Controlling, Marketable Interest Basis (rounded)** | | | | $ 980,000 |
| | | | | |
| **Growth Case** | | | | |
| Discounted Cash Flow Method | Exhibit 2.3.6.G | $ 920,000 | 66.7% | 613,333 |
| Guideline Public Company Method | Exhibit 2.4.1.G | $ 1,070,000 | 33.3% | 356,667 |
| **Indicated Value – 100% Controlling, Marketable Interest Basis** | | | 100.0% | $ 970,000 |
| **Fair Market Value – 100% Controlling, Marketable Interest Basis (rounded)** | | | | $ 970,000 |
| **Implied Value of Outcome Holdings, LLC Based on GSIP and CapitalG Investment Analysis** | Exhibit 2.1.2 | | | $ 970,000 |



**Outcome Holdings LLC**          **Exhibit 2.1.2**

| Business Valuation | Outcome Holding Valuation Implied by GSIP and CapitalG Investment Analysis |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

**Valuation Multiples in the Goldman Sachs Investment Partners December 2016 Investment Committee Presentation**

| | TEV / Revenue | | TEV / EBITDA | | |
|---|---|---|---|---|---|
| | **2016E** | **2017E** | **2016E** | **2017E** | |
| Median (High-Growth Tech) | 5.0 | 4.0 | 22.5 | 40.0 | [1] |
| Median (Digital Media) | 5.3 | 4.5 | 17.0 | 14.3 | [1] |
| Average | 5.1 | 4.3 | 19.8 | 27.1 | [1] |

**Valuation Multiples in CapitalG (Alphabet) January 2017 Investment Committee Presentation**

| | TEV / Revenue | | TEV / EBITDA | | |
|---|---|---|---|---|---|
| | **2016E** | **2017E** | **2016E** | **2017E** | |
| Median (Online Health) | 2.1 | 1.9 | 8.3 | 6.8 | [2] |
| Median (Digital Health) | 6.0 | 4.4 | 27.9 | 23.3 | [2] |
| Median (Digital Advertisers) | 4.0 | 3.4 | 16.9 | 12.9 | [2] |

**Actual and Estimated Revenue and EBITDA as of December 2016 Results**

| | Revenue | | Adjusted EBITDA | | |
|---|---|---|---|---|---|
| | TTM 3/1/2017 | TTM 3/1/2018 | TTM 3/1/2017 | TTM 3/1/2018 | |
| Outcome Holdings | $ 171,382 | $ 308,188 | $ 33,920 | $ 127,400 | [3] |

**Implied Outcome Holding Value of Invested Capital - Goldman Sach Multiples**

| | Based on Revenue Multiple | | Based on EBITDA Multiple | |
|---|---|---|---|---|
| Median (High-Growth Tech) | $ 856,911 | $ 1,232,753 | $ 763,207 | $ 5,095,998 |
| Median (Digital Media) | $ 908,326 | $ 1,386,847 | $ 576,645 | $ 1,821,819 |
| Average | $ 874,049 | $ 1,325,209 | $ 671,622 | $ 3,452,539 |

**Implied Outcome Holding Value of Invested Capital - CapitalG Multiples**

| | Based on Revenue Multiple | | Based on EBITDA Multiple | |
|---|---|---|---|---|
| Median (Online Health) | $ 359,903 | $ 585,558 | $ 281,539 | $ 866,320 |
| Median (Digital Health) | $ 1,028,293 | $ 1,356,028 | $ 946,377 | $ 2,968,419 |
| Median (Digital Advertisers) | $ 685,529 | $ 1,047,840 | $ 573,253 | $ 1,643,459 |

| | | |
|---|---|---|
| Overall Average Total Value of Invested Capital - Goldman Sachs | $ | 1,580,313 |
| Overall Average Total Value of Invested Capital - CapitalG | $ | 1,028,543 |
| Overall Average Total Value of Invested Capital - CapitalG, Excluding Outliers | $ | 901,420 |
| **Overall Average Total Value of Invested Capital - Goldman Sachs, Excluding Outliers** | **$** | **1,078,073** [4] |
| Excess Working Capital | $ | 223,965 [5] |
| Less Financing Debt | $ | (333,784) [6] |
| **Implied Value of Outcome Holdings, LLC Based on GSIP and CapitalG Investment Analysis** | $ | 968,253 |
| **Implied Value of Outcome Holdings, LLC Based on GSIP and CapitalG Investment Analysis (rounded)** | **$** | **970,000** |

**Notes**
[1] GSOHDOJ00000144, at 199.
[2] GX777, p. 36.
[3] 2016 and 2017 trailing twelve month revenue revenues are estimated by apportioning historical data found in Exhibit 2.2.5, and data in Exhibit 2.3.4.C
[4] Excludes the indication of value provided by the Median (High-Growth Tech) TTM 3/1/2018 multiple.
    Calculated as proceeds from financing less $225 million to the founders, minus increase in working capital in the first projection period.
[5] See Exhibits 2.3.3.C and 2.3.6.C.
[6] Interest bearing debt as shown in Exhibit 2.3.6.C.



**Outcome Holdings LLC**                  **Exhibit 2.2.1**

Business Valuation             Historical Balance Sheets (Consolidated)
As of March 01, 2017            *(in thousands of USD)*

| | Audited As of 12-31-13 | Audited As of 12-31-14 | Audited As of 12-31-15 | Audited As of 12-31-16 | Co. Prepared As of 03-01-17 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current Assets | | | | | |
| Current Operating Assets | | | | | |
| Cash & Equivalents | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 4,210 |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 4,993 |
| Amounts Due From Related Parties and Members | 155 | 257 | 182 | 1,500 | - |
| Other Current Assets | - | - | - | - | 273 |
| Total Current Operating Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 |
| Current Non-Operating Assets | | | | | |
| NOA1 | - | - | - | - | - |
| NOA2 | - | - | - | - | - |
| NOA3 | - | - | - | - | - |
| Total Current Non-Operating Assets | - | - | - | - | - |
| Total Current Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 |
| | | | | | |
| Fixed Assets | | | | | |
| Point-of-Care Displays, Media Computing and Related | 40,753 | 50,535 | 72,732 | 82,317 | 87,556 |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 4,170 |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 299 |
| Furniture and Equipment | 979 | 1,806 | 3,666 | 2,167 | 2,167 |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 4,793 |
| Capital Lease | - | - | - | 630 | 630 |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,697 |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 388 |
| Point-Of-Care Displays and Related Equip. not yet in Serv | - | 554 | 3,909 | 3,929 | 3,456 |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (35,278) |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| | | | | | |
| Non Current Assets | | | | | |
| Intangible Assets | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 119,352 |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 72,273 |
| Accumulated Amortization | - | - | - | - | (2,159) |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 189,466 |
| Total Long Term Receivables | | | | 588 | - |
| Other Non-Current Assets | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - |
| Origination Fees | - | - | - | - | 1,465 |
| Amounts Due from Related Partners and Members | - | - | - | 140 | - |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 762 |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 2,259 |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 191,725 |
| | | | | | |
| **Total Assets** | $ 137,624 | $ 137,561 | $ 181,932 | $ 325,622 | $ 314,932 |
| | | | | | |
| **Liabilities and Equity:** | | | | | |
| | | | | | |
| Liabilities | | | | | |
| Current Liabilities | | | | | |
| Current Operating Liabilities | | | | | |
| Accounts Payable | $ 2,571 | $ 4,459 | $ 9,496 | $ 17,607 | $ 14,118 |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 311 |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 10,292 |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 1,483 |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 26,204 |
| Current Debt Obligations | | | | | |
| Current Maturities of Long-Term Debt | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 |
| Amounts Due to Related Parties and Members | - | - | - | 3,132 | 5,195 |
| Convertible Notes Payable- Current | 427 | 75 | - | - | - |
| Capital Lease Liability | - | - | - | - | 435 |
| Line of Credit | - | 4,113 | 2,251 | - | - |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 21,880 |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 48,084 |
| | | | | | |
| Non Current Liabilities | | | | | |
| Long Term Debt | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | 32,000 |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 285,099 |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 317,099 |
| Other Non Current Liabilities | | | | | |
| Deferred Rent and Other LT Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 |
| Sublease Liability | - | - | - | - | - |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 320,216 |
| | | | | | |
| Total Liabilities | 39,642 | 66,624 | 106,782 | 365,829 | 368,300 |
| | | | | | |
| Equity | | | | | |
| Equity Context Media | 4,686 | (2,314) | (4,206) | (40,207) | (53,368) |
| Equity AccentHealth | 93,296 | 73,251 | 79,356 | - | - |
| Adjustment for Overstated Revenue | - | - | - | - | - |
| Retained Earnings | - | - | - | - | - |
| | | | | | |
| Total Equity | 97,982 | 70,937 | 75,150 | (40,207) | (53,368) |
| | | | | | |
| **Total Liabilities and Equity** | $ 137,624 | $ 137,561 | $ 181,932 | $ 325,622 | $ 314,932 |

**HM**    **HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**            **Exhibit 2.2.2**

Business Valuation        Historical Income Statements (Consolidated)
As of March 01, 2017        *(in thousands of USD)*

| | Audited FYE 12-31-13 | Audited FYE 12-31-14 | Audited FYE 12-31-15 | Audited FYE 12-31-16 | Co. Prepared 2 Mo. Ended 03-01-17 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ 128,118 | $ 25,575 |
| WR Screens | - | 19,577 | 34,137 | - | - |
| ER Tablets | - | 3,729 | 27,931 | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| Context Media Revenue | 15,102 | 23,306 | 62,068 | 128,118 | 25,575 |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - |
| Revenue Adjustment | - | - | - | - | - |
| Total Revenue | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 25,575 |
| | | | | | |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - |
| | | | | | |
| Gross Profit | 46,317 | 55,817 | 91,511 | 169,320 | 25,575 |
| | | | | | |
| **Operating Expenses** | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 4,814 |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 5,753 |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 4,201 |
| Marketing | 294 | 878 | 3,726 | 14,555 | 3,215 |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 9,046 |
| Non-Recurring Legal and Professional Fees | - | - | - | - | - |
| Non-Recurring Legal Settlement | - | - | - | - | - |
| Accent Health Acquisition Costs | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Context Media Total Expenses | 8,908 | 17,533 | 43,086 | 96,045 | 27,030 |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | 21,573 | 29,817 | 55,832 | 129,401 | 27,030 |
| | | | | | |
| Total Officers' Compensation | - | - | - | - | - |
| | | | | | |
| **EBITDA** | **24,745** | **26,001** | **35,679** | **39,918** | **(1,455)** |
| | | | | | |
| **Depreciation & Amortization** | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 2,287 |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 5,481 |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 |
| | | | | | |
| **EBIT** | **15,444** | **15,795** | **21,431** | **8,415** | **(9,223)** |
| | | | | | |
| **Miscellaneous Income/(Expense)** | | | | | |
| Interest Income | 2 | 11 | 27 | 48 | 1 |
| Gain/(Loss) on Sale of Fixed Assets | 1 | (59) | - | - | - |
| Other Income/(Expense) | 10 | 6 | 2 | - | - |
| Total Miscellaneous Income/(Expense) | 14 | (42) | 29 | 48 | 1 |
| | | | | | |
| Interest Expense | 2,410 | 2,519 | 3,326 | 8,609 | 5,358 |
| | | | | | |
| Pre-Tax Income | 13,048 | 13,234 | 18,135 | (147) | (14,580) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| | | | | | |
| **Net Income/(Loss)** | **$ 13,048** | **$ 13,234** | **$ 18,135** | **$ (147)** | **$ (14,580)** |


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                               **Exhibit 2.2.3**

Business Valuation                                                       Adjustments to Financial Statements

As of March 01, 2017                                                          *(in thousands of USD)*

| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 |
|---|---|---|---|---|---|
| **Balance Sheet Adjustments:** | | | | | |
| Cash & Equivalents [1] | | | | | - |
| **Total Balance Sheet Adjustments** | - | - | - | - | - |
| **Income Statement Adjustments:** | | | | | |
| Revenue | | | | | |
| Context Media | | | | | |
| WR Screens | $ - | $ - | $ - | $ - | $ - |
| ER Tablets | - | - | - | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| AccentHealth Revenue | - | - | - | - | - |
| Revenue Adjustment | - | - | - | - | - |
| Total Revenue | $ - | $ - | $ - | $ - | $ - |
| Total Cost of Goods Sold | | - | - | - | - |
| Gross Profit | - | - | - | - | - |
| Operating Expenses | | | | | |
| Membership | - | - | - | - | - |
| Sponsorship Sales | - | - | - | - | - |
| Product Development | - | - | - | - | - |
| Marketing | - | - | - | - | - |
| G&A | - | - | - | - | - |
| Non-Recurring Legal and Professional Fees [2] | (764) | (1,987) | (1,092) | (526) | - |
| Non-Recurring Legal Settlement [3] | - | (750) | - | - | - |
| Accent Health Acquisition Costs [4] | - | - | - | (2,006) | - |
| Context Media Total Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| AccentHealth Selling Expenses | - | - | - | - | - |
| AccentHealth G&A | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| Total Officers' Compensation | - | - | - | - | - |
| **EBITDA** | **764** | **2,737** | **1,092** | **2,532** | **-** |
| Amortization (Context Media) | - | - | - | - | - |
| Depreciation (Context Media) | - | - | - | - | - |
| Depreciation & Amort (Accent Health) | - | - | - | - | - |
| Total Depreciation & Amortization | - | - | - | - | - |
| **EBIT** | **764** | **2,737** | **1,092** | **2,532** | **-** |
| Miscellaneous Income/(Expense) | | | | | |
| Interest Income | (2) | (11) | (27) | (48) | (1) |
| Gain/(Loss) on Sale of Fixed Assets | (1) | 59 | - | - | - |
| Other Income/(Expense) | (10) | (6) | (2) | - | - |
| Total Miscellaneous Income/(Expense) | (14) | 42 | (29) | (48) | (1) |
| Interest Expense | - | - | - | - | - |
| Pre-Tax Income | 750 | 2,779 | 1,063 | 2,485 | (1) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| **Total Income Statement Adjustments** | **$ 750** | **$ 2,779** | **$ 1,063** | **$ 2,485** | **$ (1)** |

**Notes**

[1] Adjustment to cash to reflect proceeds from March 2017 equity raise. Equal $487.74 million (rounded) less $225 million dividend to founders. We understand that the investors had contemplated this dividend at the time of the transaction.

[2] One time legal costs for stock redemption, forming LLC sub, immigration for president Agrawal. Figures through 2015 included in QOE Study.

[3] One time legal costs to settle unfair competition cases, included in QOE Study.

[4] Non-operating acquisition costs for AccentHealth in December 2016.

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** | **Exhibit 2.2.4**

Business Valuation | Adjusted Balance Sheets

As of March 01, 2017 | *(in thousands of USD)*

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 03-01-17 | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 03-01-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Assets** | | | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | | | |
| Current Operating Assets | | | | | | | | | | | | | |
| Cash & Equivalents | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 4,210 | 5.7% | 2.8% | 1.4% | 1.3% | 1.3% | 17.0% | 8.2% | 16.6% |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 | 9.9% | 8.8% | 20.8% | 15.3% | 13.0% | 8.8% | 28.8% | 34.3% |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 4,993 | 0.7% | 0.9% | 2.6% | 1.3% | 1.6% | 1.3% | 7.7% | 3.3% |
| Amounts Due From Related Partie | 155 | 257 | 182 | 1,500 | - | 0.1% | 0.2% | 0.1% | 0.5% | 0.0% | NA | NA | NA |
| Other Current Assets | - | - | - | - | 273 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 4.8% | 1.8% | 7.8% |
| Total Current Operating Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 | 16.4% | 12.7% | 24.9% | 18.3% | 16.0% | 31.9% | 46.5% | 62.0% |
| Total Current Non-Operating Assets | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 | 16.4% | 12.7% | 24.9% | 18.3% | 16.0% | 31.9% | 46.5% | 62.0% |
| Fixed Assets | | | | | | | | | | | | | |
| Point-of-Care Displays, Media Compu | 40,753 | 50,535 | 72,732 | 82,317 | 87,556 | 29.6% | 36.7% | 40.0% | 25.3% | 27.8% | NA | NA | NA |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 4,170 | 0.2% | 0.4% | 0.8% | 1.1% | 1.3% | NA | NA | NA |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 299 | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | NA | NA | NA |
| Furniture and Equipment | 979 | 1,806 | 3,666 | 2,167 | 2,167 | 0.7% | 1.3% | 2.0% | 0.7% | 0.7% | NA | NA | NA |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 4,793 | 0.1% | 0.4% | 0.8% | 1.2% | 1.5% | NA | NA | NA |
| Capital Lease | - | - | - | 630 | 630 | 0.0% | 0.0% | 0.0% | 0.2% | 0.2% | NA | NA | NA |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,697 | 0.0% | 2.3% | 1.9% | 1.4% | 1.5% | NA | NA | NA |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 388 | 0.1% | 0.1% | 0.1% | 0.2% | 0.1% | NA | NA | NA |
| Point-Of-Care Displays and Related E | - | 554 | 3,909 | 3,929 | 3,456 | 0.0% | 0.4% | 2.1% | 1.2% | 1.1% | NA | NA | NA |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (35,278) | -18.8% | -23.8% | -23.8% | -9.2% | -11.2% | NA | NA | NA |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 | 11.9% | 18.0% | 23.9% | 22.2% | 23.1% | 12.3% | 25.2% | 15.7% |
| Non Current Assets | | | | | | | | | | | | | |
| Intangible Assets | | | | | | | | | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 119,352 | 57.3% | 57.3% | 43.3% | 36.7% | 37.9% | NA | NA | NA |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 72,273 | 13.2% | 11.2% | 6.9% | 22.1% | 22.9% | NA | NA | NA |
| Accumulated Amortization | - | - | - | - | (2,159) | 0.0% | 0.0% | 0.0% | 0.0% | -0.7% | NA | NA | NA |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 189,466 | 70.4% | 68.5% | 50.3% | 58.8% | 60.2% | 44.6% | 22.2% | NA |
| Total Long Term Receivables | - | - | - | 588 | - | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | NA | NA | NA |
| Other Non-Current Assets | | | | | | | | | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - | 0.0% | 0.0% | 0.3% | 0.5% | 0.0% | NA | NA | NA |
| Origination Fees | - | - | - | - | 1,465 | 0.0% | 0.0% | 0.0% | 0.0% | 0.5% | NA | NA | NA |
| Amounts Due from Related Partne | - | - | - | 140 | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 762 | 1.3% | 0.8% | 0.6% | 0.0% | 0.2% | NA | NA | NA |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 2,259 | 1.3% | 0.8% | 0.9% | 0.5% | 0.7% | 11.2% | 6.1% | 22.3% |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 191,725 | 71.8% | 69.3% | 51.2% | 59.5% | 60.9% | 55.8% | 28.2% | 22.3% |
| **Total Assets** | **$ 137,624** | **$ 137,561** | **$ 181,932** | **$ 325,622** | **$ 314,932** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| **Liabilities and Equity:** | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | |
| Current Operating Liabilities | | | | | | | | | | | | | |
| Accounts Payable | $ 2,571 | $ 4,459 | $ 9,496 | $ 17,607 | $ 14,118 | 1.9% | 3.2% | 5.2% | 5.4% | 4.5% | 6.3% | 15.3% | 18.9% |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 311 | 0.1% | 0.3% | 3.8% | 0.6% | 0.1% | 2.7% | NA | NA |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 10,292 | 0.6% | 1.1% | 1.2% | 3.8% | 3.3% | NA | NA | NA |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 1,483 | 1.6% | 0.8% | 1.1% | 0.0% | 0.5% | 7.7% | 11.8% | 22.6% |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 26,204 | 4.2% | 5.4% | 11.4% | 9.8% | 8.3% | 16.7% | 27.1% | 41.5% |
| Current Debt Obligations | | | | | | | | | | | | | |
| Current Maturities of Long-Term D | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 | 2.4% | 7.4% | 5.2% | 5.0% | 5.2% | 0.4% | 6.1% | NA |
| Amounts Due to Related Parties a | - | - | - | 3,132 | 5,195 | 0.0% | 0.0% | 0.0% | 1.0% | 1.6% | 0.9% | 3.8% | NA |
| Convertible Notes Payable- Currer | 427 | 75 | - | - | - | 0.3% | 0.1% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Capital Lease Liability | - | - | - | - | 435 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | NA | NA | NA |
| Line of Credit | - | 4,113 | 2,251 | - | - | 0.0% | 3.0% | 1.2% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 21,880 | 2.7% | 10.5% | 6.4% | 6.0% | 6.9% | 1.4% | 9.9% | 4.3% |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 48,084 | 6.9% | 15.9% | 17.7% | 15.7% | 15.3% | 18.0% | 37.0% | 45.8% |
| Non Current Liabilities | | | | | | | | | | | | | |
| Long Term Debt | | | | | | | | | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | 32,000 | 0.0% | 0.0% | 21.3% | 7.7% | 10.2% | NA | NA | NA |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 285,099 | 1.0% | 4.4% | 12.0% | 87.3% | 90.5% | NA | NA | NA |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - | 20.9% | 17.5% | 5.9% | 0.0% | 0.0% | NA | NA | NA |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - | 0.0% | 8.5% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 317,099 | 21.9% | 30.4% | 39.1% | 94.9% | 100.7% | 33.4% | 38.5% | 21.4% |
| Other Non Current Liabilities | | | | | | | | | | | | | |
| Deferred Rent and Other LT Liabili | - | 2,908 | 3,287 | 5,501 | 3,117 | 0.0% | 2.1% | 1.8% | 1.7% | 1.0% | NA | NA | NA |
| Sublease Liability | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 8.7% | 7.1% | NA |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 | 0.0% | 2.1% | 1.8% | 1.7% | 1.0% | 8.7% | 7.1% | NA |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 320,216 | 21.9% | 32.5% | 40.9% | 96.6% | 101.7% | 42.1% | 45.6% | 21.4% |
| Total Liabilities | 39,642 | 66,624 | 106,782 | 365,829 | 368,300 | 28.8% | 48.4% | 58.7% | 112.3% | 116.9% | 60.1% | 82.6% | 67.2% |
| Equity | | | | | | | | | | | | | |
| Equity Context Media | 4,686 | (2,314) | (4,206) | (40,207) | (53,368) | 3.4% | -1.7% | -2.3% | -12.3% | -16.9% | NA | NA | NA |
| Equity AccentHealth | 93,296 | 73,251 | 79,356 | - | - | 67.8% | 53.2% | 43.6% | 0.0% | 0.0% | NA | NA | NA |
| Adjustment for Overstated Revenue | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Retained Earnings | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Equity | 97,982 | 70,937 | 75,150 | (40,207) | (53,368) | 71.2% | 51.6% | 41.3% | -12.3% | -16.9% | 39.8% | 17.3% | 32.9% |
| **Total Liabilities and Equity** | **$ 137,624** | **$ 137,561** | **$ 181,932** | **$ 325,622** | **$ 314,932** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.

[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.

[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.

**Outcome Holdings LLC**          **Exhibit 2.2.5**

Business Valuation

As of March 01, 2017

Adjusted Income Statements

*(in thousands of USD)*

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Revenue** | | | | | | | | | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ - | $ 128,118 | $ 25,575 | 26.5% | 0.0% | 0.0% | 0.0% | 73.2% | 100.0% | NA | NA | NA |
| WR Screens | - | 19,577 | 34,137 | - | - | 0.0% | 29.0% | 32.6% | 0.0% | 0.0% | NA | NA | NA |
| ER Tablets | - | 3,729 | 27,931 | - | - | 0.0% | 5.5% | 26.7% | 0.0% | 0.0% | NA | NA | NA |
| WB Screens | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| WIFI | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Context Media Revenue | $ 15,102 | $ 23,306 | $ 62,068 | $ 128,118 | $ 25,575 | 26.5% | 34.6% | 59.3% | 73.2% | 100.0% | NA | NA | NA |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - | 73.5% | 65.4% | 40.7% | 26.8% | 0.0% | NA | NA | NA |
| Revenue Adjustment | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| **Total Revenue** | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 25,575 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - | 18.7% | 17.2% | 12.6% | 3.2% | 0.0% | 43.7% | 0.0% | 49.9% |
| **Gross Profit** | 46,317 | 55,817 | 91,511 | 169,320 | 25,575 | 81.3% | 82.8% | 87.4% | 96.8% | 100.0% | 56.3% | 100.0% | 50.1% |
| **Operating Expenses** | | | | | | | | | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 4,814 | 2.3% | 3.7% | 21.1% | 12.9% | 18.8% | | | |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 5,753 | 2.9% | 5.1% | 8.0% | 12.1% | 22.5% | NA | NA | NA |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 4,201 | 4.2% | 6.0% | 8.0% | 8.2% | 16.4% | NA | NA | NA |
| Marketing | 294 | 878 | 3,726 | 14,555 | 3,215 | 0.5% | 1.3% | 3.6% | 8.3% | 12.6% | NA | NA | NA |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 9,046 | 5.6% | 9.8% | 0.5% | 13.3% | 35.4% | NA | NA | NA |
| Non-Recurring Legal and Professional Fees | (764) | (1,987) | (1,092) | (526) | - | -1.3% | -2.9% | -1.0% | -0.3% | 0.0% | NA | NA | NA |
| Non-Recurring Legal Settlement | - | (750) | - | - | - | 0.0% | -1.1% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Accent Health Acquisition Costs | - | - | - | (2,006) | - | 0.0% | 0.0% | 0.0% | -1.1% | 0.0% | NA | NA | NA |
| Context Media Total Expenses | 8,144 | 14,797 | 41,994 | 93,513 | 27,030 | 14.3% | 21.9% | 40.1% | 53.4% | 105.7% | NA | NA | NA |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - | 13.1% | 11.3% | 7.1% | 0.0% | 0.0% | NA | NA | NA |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - | 9.2% | 6.9% | 5.1% | 19.1% | 0.0% | NA | NA | NA |
| **Total Operating Expenses** | 20,809 | 27,080 | 54,740 | 126,869 | 27,030 | 36.5% | 40.2% | 52.3% | 72.5% | 105.7% | 36.8% | 88.6% | 30.1% |
| Total Officers' Compensation | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | 0.0% | 2.6% |
| **EBITDA** | 25,509 | 28,737 | 36,771 | 42,451 | (1,455) | 44.8% | 42.6% | 35.1% | 24.3% | -5.7% | 19.5% | 11.4% | 17.4% |
| **Depreciation & Amortization** | | | | | | | | | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 2,287 | 0.0% | 0.3% | 0.8% | 0.6% | 8.9% | NA | NA | NA |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 5,481 | 1.8% | 3.2% | 4.7% | 11.4% | 21.4% | NA | NA | NA |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - | 14.5% | 11.6% | 8.1% | 6.0% | 0.0% | NA | NA | NA |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 | 16.3% | 15.1% | 13.6% | 18.0% | 30.4% | 9.0% | 4.9% | 2.1% |
| **EBIT** | 16,208 | 18,531 | 22,523 | 10,947 | (9,223) | 28.5% | 27.5% | 21.5% | 6.3% | -36.1% | 10.5% | 6.5% | 15.3% |
| Total Miscellaneous Income/(Expense) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.9% | -3.7% | 3.0% |
| Interest Expense | 2,410 | 2,519 | 3,326 | 8,609 | 5,358 | 4.2% | 3.7% | 3.2% | 4.9% | 20.9% | 5.2% | NA | 1.2% |
| Pre-Tax Income | 13,798 | 16,013 | 19,198 | 2,337 | (14,581) | 24.2% | 23.7% | 18.3% | 1.3% | -57.0% | 4.3% | 2.8% | 17.0% |
| Less: Income Taxes/(Benefit) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -42.2% | NA | 583.0% |
| **Net Income/(Loss)** | $ 13,798 | $ 16,013 | $ 19,198 | $ 2,337 | $ (14,581) | 24.2% | 23.7% | 18.3% | 1.3% | -57.0% | 46.5% | 2.8% | -566.0% |

**Growth Analysis:**

| | Revenue Growth | | | | | EBITDA Margin Growth | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Subject - 1 year | NA | 18.4% | 55.3% | 67.0% | NA | NA | NA | NA | NA | NA |
| Guideline Public Company Group [4] - 1 year | 21.7% | 22.3% | 18.4% | 21.7% | 21.7% | 13.6% | 10.1% | -2.0% | 20.5% | 20.5% |
| Industry [5] - 1 year | -2.6% | -0.7% | 1.3% | 1.8% | 2.5% | NA | NA | NA | NA | NA |
| Subject - 3 year | | | NA | NA | 45.4% | 31.5% | | | NA | NA | NA | NA |
| Guideline Public Company Group - 3 year | | | 14.6% | 15.1% | 13.7% | 13.7% | | | 5.9% | 11.5% | 16.0% | 16.0% |
| Industry - 3 year | | | NA | -0.7% | 0.8% | 1.9% | | | NA | NA | NA | NA |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.

[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.

[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM and $100MM.

[4] Figures represent median of dataset as reported by S&P CapitalIQ.

[5] Source: IBISWorld: NAICS OD5889: Digital Marketing

Numbers may be annualized where applicable.




**HEMMING | MORSE**

FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                   **Exhibit 2.2.6**

Business Valuation                                                 Comparative Financial Ratios

As of March 01, 2017

|  | Subject Company | | | | | Benchmark | | |
|---|---|---|---|---|---|---|---|---|
|  | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 | GPC [1,4] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Liquidity Ratios** | | | | | | | | |
| Current Ratio | 2.4 | 0.8 | 1.4 | 1.2 | 1.0 | 1.6 | 1.1 | 1.4 |
| Quick (Acid-Test) Ratio | 2.3 | 0.7 | 1.3 | 1.1 | 0.9 | 1.3 | 0.8 | 1.1 |
| Working Capital as a % of Revenue | 29.5% | 14.9% | 23.6% | 15.9% | 15.7% | 2.3% | 13.8% | 11.6% |
| Days' Receivables | 43.5 | 69.6 | 87.2 | 91.4 | 107.7 | 51.6 | NA | 89.7 |
| Days' Inventory | 15.7 | 33.4 | 81.7 | 285.3 | NA | 0.0 | NA | 8.7 |
| Days' Payables | 44.1 | 110.5 | 192.4 | 875.6 | NA | 32.3 | NA | 99.2 |
| **Coverage Ratios** | | | | | | | | |
| Times Interest Earned | 6.7 | 7.4 | 6.8 | 1.3 | (1.7) | 3.4 | 2.6 | 0.1 |
| NI+Non-Cash Expenditures | | | | | | | | |
|   / Current L.T. Debt | 6.2 | 1.8 | 2.9 | 1.7 | (1.9) | NA | | 4.32 |
| **Leverage Ratios** | | | | | | | | |
| Fixed Assets/Tangible Worth | 15.7 | -1.1 | -2.7 | -0.3 | -0.3 | -1.2 | 6.1 | 0.5 |
| Debt-to-Equity | 0.3 | 0.8 | 1.1 | -8.2 | -6.4 | 0.6 | 2.8 | 0.8 |
| **Operating Ratios** | | | | | | | | |
| EBT/Tangible Worth | 1324.4% | -68.8% | -117.7% | -1.0% | 36.0% | NA | 45.3% | 72.1% |
| EBT/Total Assets | 10.0% | 11.6% | 10.6% | 0.7% | -27.8% | NA | 3.7% | 23.7% |
| Fixed Asset Turnover | 3.5 | 2.7 | 2.4 | 2.4 | 2.1 | 4.0 | 8.6 | 8.9 |
| Total Asset Turnover | 0.4 | 0.5 | 0.6 | 0.5 | 0.5 | 0.5 | 2.0 | 1.4 |

**Notes:**
[1]  Source: Refer to report for selection of public comparables that represent comparable group. Figures represent median of dataset as reported by S&P CapitalIQ.
[2]  Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3]  Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.
[4]  Comparable group working capital is presented as net of cash.



**Outcome Holdings LLC**      **Exhibit 2.3.1.C**

Business Valuation     Discounted Cash Flow Key Assumptions -- "Credit Case"
As of March 01, 2017     *(in thousands of USD)*

| | Historical | | | 10 Mo. Ended | For the Twelve Month Period Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12-31-16 | % | Basis | 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| **Revenue** | | | | | | | | | | | | | | |
| Context Media Revenue | - | | Annual Growth Rate | | 52.8% | 33.9% | 23.8% | 20.4% | 17.5% | 15.0% | 12.0% | 10.0% | 7.0% | 5.0% |
| AccentHealth Revenue | - | | Annual Growth Rate | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | |
| Revenue Adjustment | - | | Annual Growth Rate | | 157.1% | 50.0% | 3.7% | 0.0% | 0.0% | | | | | |
| Total Revenue | 174,969 | 100.0% | Annual Growth Rate | 63.7% | 45.8% | 30.6% | 21.4% | 18.6% | 16.2% | 15.0% | 12.0% | 10.0% | 7.0% | 5.0% |
| Long Term Growth Rate | | | Annual Growth Rate | | | | | | | | | | | 4.0% |
| Total Cost of Revenue | - | 0.0% | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Context Media | - | | % of Revenue | 55.6% | 57.5% | 58.4% | 59.2% | 59.5% | | | | | | |
| Accent Health | - | | % of Revenue | 12.6% | 8.6% | 6.6% | 5.4% | 4.6% | | | | | | |
| Opex Synergies | - | | % of Revenue | -3.2% | -2.9% | -2.2% | -1.8% | -1.5% | | | | | | |
| Other Operating Expenses | - | | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | | |
| Total Operating Expenses | 126,869 | 72.5% | % of Revenue | 65.0% | 63.2% | 62.8% | 62.8% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% |
| Depreciation & Amortization | 7,768 | 4.4% | Exhibit 2.3.2.C | 11.2% | 12.6% | 9.1% | 7.9% | 7.3% | 6.8% | 6.6% | 6.7% | 6.8% | 7.0% | 7.3% |
| Interest Expense | 5,358 | 1.6% | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Income Tax Rate | - | | % of Pre-Tax Net Income | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Adj. Oper. Working Capital | 18,931 | 10.8% | Exhibit 2.3.3.C | 20.2% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| Adj. Oper. Working Capital | | | | 57,703 | 72,422 | 94,491 | 114,670 | 135,923 | 157,920 | 180,074 | 200,456 | 219,479 | 234,127 | 245,322 |
| Yr/yr Working Capital (Increase)/Reduction | | | | (38,772) | (14,719) | (22,069) | (20,179) | (21,252) | (21,997) | (22,154) | (20,382) | (19,023) | (14,648) | (11,195) |
| Capital Expenditures | 8,330 | 4.8% | % of Revenue | 14.1% | 13.0% | 9.9% | 9.0% | 8.4% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Interest-Bearing Debt | 338,979 | NA | NA | - | - | - | - | - | - | - | - | - | - | - |

HM   **HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                             **Exhibit 2.3.2.C**

Business Valuation                                                                 Depreciation & Capital Expenditure Analysis -- "Credit Case"

As of March 01, 2017                                                                                                      *(in thousands of USD)*

| | 10 Mo. Ended | | | | For the Twelve Month Period Ending December 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Forecast Depreciation** | **12/31/2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** |
| Total Revenue | $ 286,352 | $ 417,371 | $ 544,985 | $ 661,342 | $ 784,315 | $ 911,245 | $ 1,039,081 | $ 1,156,691 | $ 1,266,460 | $ 1,350,983 | $ 1,415,582 |
| Beginning Balance - Total Fixed Assets | 72,878 | 81,160 | 82,628 | 86,605 | 93,883 | 102,337 | 113,196 | 127,307 | 142,691 | 157,899 | 170,839 |
| Capital Expenditures | 40,335 | 54,082 | 53,781 | 59,669 | 65,891 | 72,900 | 83,127 | 92,535 | 101,317 | 108,079 | 113,247 |
| Fixed Assets | 113,212 | 135,242 | 136,409 | 146,274 | 159,774 | 175,237 | 196,322 | 219,842 | 244,008 | 265,977 | 284,085 |
| *Capital Expenditures as a % of Revenue* | *14.09%* | *12.96%* | *9.87%* | *9.02%* | *8.40%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* |

Depreciation
Assumptions as to Depreciable Lives:
Beg. Dep Existing Fixed Assets - avg life **2.2**
Capital Additions - avg life **3.3**

| | 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 27,015 | $ 32,418 | $ 13,444 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| March through Dec 2017 Additions | 5,037 | 12,090 | 12,090 | 11,117 | - | - | - | - | - | - | - |
| 2018 Additions | | 8,105 | 16,211 | 16,211 | 13,556 | - | - | - | - | - | - |
| 2019 Additions | | | 8,060 | 16,120 | 16,120 | 13,480 | - | - | - | - | - |
| 2020 Additions | | | | 8,943 | 17,885 | 17,885 | 14,956 | - | - | - | - |
| 2021 Additions | | | | | 9,875 | 19,750 | 19,750 | 16,516 | - | - | - |
| 2022 Additions | | | | | | 10,925 | 21,851 | 21,851 | 18,272 | - | - |
| 2023 Additions | | | | | | | 12,458 | 24,916 | 24,916 | 20,836 | - |
| 2024 Additions | | | | | | | | 13,868 | 27,737 | 27,737 | 23,194 |
| 2025 Additions | | | | | | | | | 15,184 | 30,369 | 30,369 |
| 2026 Additions | | | | | | | | | | 16,198 | 32,395 |
| 2027 Additions | | | | | | | | | | | 16,972 |
| Total Depreciation | $ 32,053 | $ 52,614 | $ 49,805 | $ 52,391 | $ 57,436 | $ 62,041 | $ 69,015 | $ 77,151 | $ 86,109 | $ 95,139 | $ 102,930 |
| *As a % of Revenue* | *11.2%* | *12.6%* | *9.1%* | *7.9%* | *7.3%* | *6.8%* | *6.6%* | *6.7%* | *6.8%* | *7.0%* | *7.3%* |
| Net Fixed Assets | $ 81,160 | $ 82,628 | $ 86,605 | $ 93,883 | $ 102,337 | $ 113,196 | $ 127,307 | $ 142,691 | $ 157,899 | $ 170,839 | $ 181,155 |
| *As a % of Revenue* | *28.3%* | *19.8%* | *15.9%* | *14.2%* | *13.0%* | *12.4%* | *12.3%* | *12.3%* | *12.5%* | *12.6%* | *12.8%* |

| **Analysis of Capital Expenditure** | | | | | | **FYE 12-31-13** | **FYE 12-31-14** | **FYE 12-31-15** | **FYE 12-31-16** | **2 Mos Ended 03-01-17** |
|---|---|---|---|---|---|---|---|---|---|---|
| Net FA | | | | | | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| Chg from PY | | | | | | N/A | 8,358 | 18,789 | 28,811 | 562 |
| Depreciation & Amortization (Capitalized Software) | | | | | | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 |
| (Gain)/Loss | | | | | | | (1) | 59 | - | - |
| Capital Expenditures | | | | | | N/A | 18,623 | 33,037 | 60,315 | 8,330 |

| | | | | | | **Avg 2013 - 2016** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fixed Assets | | | | | | 39,224 | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| *Fixed Assets as a % of Revenue* | | | | | | *38.8%* | *28.7%* | *36.7%* | *41.5%* | *41.3%* | *47.5%* |
| Capital Expenditures | | | | | | 37,325 | N/A | 18,623 | 33,037 | 60,315 | 8,330 |
| *Capital Expenditures as a % of Revenue* | | | | | | *36.9%* | *N/A* | *27.6%* | *31.5%* | *34.5%* | *5.4%* |



**Outcome Holdings LLC**       **Exhibit 2.3.3.C**
Business Valuation      Adjusted Working Capital Analysis – "Credit Case"
As of March 01, 2017      *(in thousands of USD)*

| Working Capital | | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | Annualized 2 Mos Ended 03-01-17 | 10 Mo. Ended 12/31/2017 | For the Twelve Month Period Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Total Revenue | [1] | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 153,448 | $ 286,352 | $ 417,371 | $ 544,985 | $ 661,342 | $ 784,315 | $ 911,245 | $ 1,039,081 | $ 1,156,691 | $ 1,266,460 | $ 1,350,983 | $ 1,415,582 |
| Total COGS | | 10,628 | 11,612 | 13,234 | 5,649 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | | 20,809 | 27,080 | 54,740 | 126,869 | 162,180 | 185,988 | 263,884 | 342,392 | 415,646 | 490,900 | 570,345 | 650,357 | 723,969 | 792,673 | 845,575 | 886,008 |
| **Current Assets** | | | | | | | | | | | | | | | | | |
| Cash & Equivalents | | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 4,210 | $ 30,573 | $ 43,378 | $ 56,284 | $ 68,325 | $ 80,696 | $ 93,755 | $ 106,908 | $ 119,009 | $ 130,302 | $ 138,999 | $ 145,645 |
| Accounts Receivable | | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 | 62,762 | 80,044 | 104,518 | 126,833 | 150,417 | 174,759 | 199,276 | 221,831 | 242,883 | 259,093 | 271,481 |
| Prepaid Expenses | | 915 | 1,209 | 4,718 | 4,112 | 4,993 | 5,580 | 7,917 | 10,272 | 12,469 | 14,727 | 17,110 | 19,511 | 21,719 | 23,780 | 25,367 | 26,580 |
| Amounts Due From Related Parties and Members | | 155 | 257 | 182 | 1,640 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | | - | - | - | - | 273 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | | 22,502 | 17,476 | 45,351 | 59,735 | 50,330 | 98,915 | 131,338 | 171,073 | 207,627 | 245,839 | 285,625 | 325,695 | 362,559 | 396,965 | 423,458 | 443,707 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable | | 2,571 | 4,459 | 9,496 | 17,607 | 14,118 | 20,459 | 29,027 | 37,663 | 45,721 | 53,999 | 62,738 | 71,539 | 79,637 | 87,194 | 93,013 | 97,461 |
| Deferred Revenue | | 96 | 386 | 6,889 | 1,890 | 311 | 5,727 | 8,347 | 10,900 | 13,227 | 15,686 | 18,225 | 20,782 | 23,134 | 25,329 | 27,020 | 28,312 |
| Accrued Expenses | | 805 | 1,555 | 2,242 | 12,304 | 10,292 | 9,299 | 13,194 | 17,120 | 20,782 | 24,545 | 28,517 | 32,518 | 36,198 | 39,634 | 42,279 | 44,300 |
| Other Current Liabilities | | 2,255 | 1,044 | 2,034 | - | 1,483 | 5,727 | 8,347 | 10,900 | 13,227 | 15,686 | 18,225 | 20,782 | 23,134 | 25,329 | 27,020 | 28,312 |
| Amounts Due to Related Parties and Members | | - | - | - | 3,132 | 5,195 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | | 5,728 | 7,443 | 20,661 | 34,932 | 31,399 | 41,212 | 58,916 | 76,582 | 92,957 | 109,917 | 127,705 | 145,620 | 162,103 | 177,486 | 189,331 | 198,384 |
| **Net Operating Working Capital** | | $ 16,774 | $ 10,034 | $ 24,690 | $ 24,802 | $ 18,931 | $ 57,703 | $ 72,422 | $ 94,491 | $ 114,670 | $ 135,923 | $ 157,920 | $ 180,074 | $ 200,456 | $ 219,479 | $ 234,127 | $ 245,322 |
| *Net Oper Working Capital as % of Revenue* | | 29.5% | 14.9% | 23.6% | 14.2% | 12.3% | 20.2% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| *YrIyr Working Capital (Inc)/Reduction* | | (16,774) | 6,740 | (14,657) | (112) | 5,872 | (38,772) | (14,719) | (22,069) | (20,179) | (21,252) | (21,997) | (22,154) | (20,382) | (19,023) | (14,648) | (11,195) |
| | | | | | | | | | | | | | | | | | |
| *BizMiner Working Capital as a % of Revenue* | | | | | | | 11.6% | | | | | | | | | | |
| *RMA Working Capital as a % of Revenue* | | | | | | | 13.8% | | | | | | | | | | |
| *Comparable Group Working Capital as a % of Revenue* | | | | | | | 2.3% | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Days' Operating Expenses in Cash | | 138 | 52 | 17 | 12 | 9 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Days' Revenue Outstanding | | 87 | 66 | 132 | 104 | 97 | 80 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Prepaid Expenses as % of Opex | | 4.4% | 4.5% | 8.6% | 3.2% | 3.1% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Amounts Due From Related Parties and Members as a % of Revenue | | 0.3% | 0.4% | 0.2% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Curr Assets as a % of Revenue | | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Accounts Payable as % of Opex | | 8.2% | 11.5% | 14.0% | 13.3% | 8.7% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| Deferred Revenue as a % of Revenue | | 0.2% | 0.6% | 6.6% | 1.1% | 0.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Accrued Expense as % of Opex | | 2.6% | 4.0% | 3.3% | 9.3% | 6.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Other Curr Liab as a % of Revenue | | 4.0% | 1.5% | 1.9% | 0.0% | 1.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Amonts Due To Related Parties and Members as a % of Revenue | | 0.0% | 0.0% | 0.0% | 1.8% | 3.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**Notes:**
[1] Historical balances are per Adjusted Income Statement. Refer to Exhibit 2.2.5. Excludes Depreciation & Amortization.



**Outcome Holdings LLC**                                                                                                                  **Exhibit 2.3.4.C**

Business Valuation                                                                                          Forecast Free Cash Flow to Invested Capital -- "Credit Case"

As of March 01, 2017                                                                                                                      *(in thousands of USD)*

| | 10 Mo. Ended | For the Twelve Month Period Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Revenue | | | | | | | | | | | |
| Context Media Revenue | $237,852 | $363,371 | $486,485 | $602,342 | $725,315 | $ 852,245 | $ 980,081 | $ 1,097,691 | $ 1,207,460 | $ 1,291,983 | $ 1,356,582 |
| AccentHealth Revenue | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Revenue Adjustment | 3,500 | 9,000 | 13,500 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 |
| Total Revenue | $ 286,352 | $ 417,371 | $ 544,985 | $ 661,342 | $ 784,315 | $ 911,245 | $ 1,039,081 | $ 1,156,691 | $ 1,266,460 | $ 1,350,983 | $ 1,415,582 |
| Total Cost of Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gross Margin | 286,352 | 417,371 | 544,985 | 661,342 | 784,315 | 911,245 | 1,039,081 | 1,156,691 | 1,266,460 | 1,350,983 | 1,415,582 |
| *GM %* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | |
| Context Media | 159,238 | 239,884 | 318,392 | 391,646 | 466,900 | - | - | - | - | - | - |
| Accent Health | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | - | - | - | - | - | - |
| Opex Synergies | (9,250) | (12,000) | (12,000) | (12,000) | (12,000) | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | 185,988 | 263,884 | 342,392 | 415,646 | 490,900 | 570,345 | 650,357 | 723,969 | 792,673 | 845,575 | 886,008 |
| *Operating Expense %* | *65.0%* | *63.2%* | *62.8%* | *62.8%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* |
| | | | | | | | | | | | |
| **EBITDA** | **100,364** | **153,487** | **202,593** | **245,696** | **293,415** | **340,900** | **388,724** | **432,722** | **473,787** | **505,407** | **529,574** |
| Add: Partial Period Loss | 1,455 | | | | | | | | | | |
| **EBITDA** | **101,819** | **153,487** | **202,593** | **245,696** | **293,415** | **340,900** | **388,724** | **432,722** | **473,787** | **505,407** | **529,574** |
| *EBITDA %* | *35.6%* | *36.8%* | *37.2%* | *37.2%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* |
| | | | | | | | | | | | |
| Depreciation & Amortization | 32,053 | 52,614 | 49,805 | 52,391 | 57,436 | 62,041 | 69,015 | 77,151 | 86,109 | 95,139 | 102,930 |
| | | | | | | | | | | | |
| **EBIT** | **69,766** | **100,873** | **152,788** | **193,305** | **235,979** | **278,859** | **319,709** | **355,571** | **387,678** | **410,269** | **426,644** |
| *EBIT %* | *24.4%* | *24.2%* | *28.0%* | *29.2%* | *30.1%* | *30.6%* | *30.8%* | *30.7%* | *30.6%* | *30.4%* | *30.1%* |
| | | | | | | | | | | | |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Earnings Before Taxes | 69,766 | 100,873 | 152,788 | 193,305 | 235,979 | 278,859 | 319,709 | 355,571 | 387,678 | 410,269 | 426,644 |
| Income Taxes | 15,452 | 28,244 | 42,781 | 54,125 | 66,074 | 78,080 | 89,518 | 99,560 | 108,550 | 114,875 | 119,460 |
| | | | | | | | | | | | |
| **Forecast After-Tax Income** | **$ 54,314** | **$ 72,629** | **$ 110,008** | **$ 139,179** | **$ 169,905** | **$ 200,778** | **$ 230,190** | **$ 256,011** | **$ 279,128** | **$ 295,393** | **$ 307,183** |
| *NPAT %* | *19.0%* | *17.4%* | *20.2%* | *21.0%* | *21.7%* | *22.0%* | *22.2%* | *22.1%* | *22.0%* | *21.9%* | *21.7%* |
| | | | | | | | | | | | |
| **Cash Flow** | | | | | | | | | | | |
| Add:  Depreciation & Amortization | 32,053 | 52,614 | 49,805 | 52,391 | 57,436 | 62,041 | 69,015 | 77,151 | 86,109 | 95,139 | 102,930 |
| After-Tax Gross Cash Flow | 86,367 | 125,242 | 159,812 | 191,570 | 227,341 | 262,819 | 299,206 | 333,162 | 365,238 | 390,532 | 410,114 |
| | | | | | | | | | | | |
| Decrease / (Increase) in Working Capital | (38,772) | (14,719) | (22,069) | (20,179) | (21,252) | (21,997) | (22,154) | (20,382) | (19,023) | (14,648) | (11,195) |
| Less:  Capital Expenditures | (40,335) | (54,082) | (53,781) | (59,669) | (65,891) | (72,900) | (83,127) | (92,535) | (101,317) | (108,079) | (113,247) |
| | | | | | | | | | | | |
| **Free Cash Flow** | **$ 7,260** | **$ 56,441** | **$ 83,962** | **$ 111,722** | **$ 140,198** | **$ 167,923** | **$ 193,925** | **$ 220,245** | **$ 244,898** | **$ 267,806** | **$ 285,672** |



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                    **Exhibit 2.3.5.C**

| Business Valuation | Discount Rate - Modified CAPM -- "Credit Case" |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

**Guideline Company Analysis**

| Company Name | Ticker Symbol | Market Capitalization | Interest Bearing Debt | Trading Volume [1] | Equity as a % of Total Capital | Levered Beta | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | $ 9,375,000 | 3,981 | 74.6% | 1.65 | 1.32 |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 7,923,000 | 2,779 | 66.6% | 1.58 | 1.16 |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 5,848,249 | 24,924 | 80.6% | 1.21 | 1.03 |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 2,342,419 | 655 | 59.5% | 2.27 | 1.53 |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 4,043,395 | 1,916 | 58.3% | 1.72 | 1.14 |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | - | 32 | 100.0% | 1.06 | 1.06 |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 156,523 | 14 | 10.0% | 0.56 | 0.08 |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 3,364,311 | 6,661 | 94.8% | 1.34 | 1.29 |
| **Group 2: Advertising** | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 6,894,833 | 1,471,128 | 218 | 82.4% | 1.04 | 0.91 |
| Informa plc | LSE:INF | 6,872,419 | 1,895,496 | 1,856 | 78.4% | 0.60 | 0.50 |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,782,179 | 5,116,991 | 83 | 25.8% | 1.54 | 0.50 |
| Lamar Advertising Company | NasdaqGS:LAMR | 7,347,524 | 2,349,183 | 630 | 75.8% | 1.44 | 1.17 |
| Ströer SE & Co. KGaA | XTRA:SAX | 2,766,461 | 546,601 | 192 | 83.5% | 0.95 | 0.83 |
| OUTFRONT Media Inc. | NYSE:OUT | 3,504,525 | 2,136,800 | 666 | 62.1% | 1.12 | 0.78 |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,271 | 367,404 | 686 | 94.6% | 1.33 | 1.27 |
| Yelp Inc. | NYSE:YELP | 2,759,026 | - | 2,394 | 100.0% | 1.93 | 1.93 |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 3,935,000 | 32,626 | 99.3% | 0.97 | 0.97 |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | - | 19,487 | 100.0% | 0.69 | 0.69 |
| **Group 1: Streaming** | | | | | | | |
| Average | | $ 17,302,359 | $ 4,721,842 | 5,120 | 68.1% | 1.42 | 1.08 |
| Median | | $ 10,733,832 | $ 2,349,183 | 2,348 | 70.6% | 1.46 | 1.15 |
| **Group 2: Advertising** | | | | | | | |
| Average | | $ 4,861,324 | $ 2,252,700 | 608 | 68.0% | 1.11 | 0.78 |
| Median | | $ 5,188,472 | $ 2,016,148 | 424 | 77.1% | 1.08 | 0.80 |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Average | | $ 247,813,971 | $ 2,151,202 | 13,798 | 98.5% | 1.23 | 1.22 |
| Median | | $ 201,792,753 | $ 2,151,202 | 10,940 | 99.7% | 1.15 | 1.12 |
| **All** | | | | | | | |
| Upper Quartile | | | | | 94.8% | 1.57 | 1.25 |
| Average | | $ 64,380,150 | $ 3,391,433 | 5,544 | 74.8% | 1.28 | 1.01 |
| Median | | $ 6,658,345 | $ 2,349,183 | 1,271 | 79.5% | 1.27 | 1.05 |
| Lower Quartile | | | | | 63.3% | 0.99 | 0.79 |
| **Selected** | | | | | **80.0%** | | **1.25** |

**Subject Company Capital Structure**

| | |
|---|---|
| Equity | 80.0% |
| Interest Bearing Debt | 20.0% |
| Tax Rate | 28.0% |

**Cost of Equity**

Modified CAPM: Rf + β(ERP)+ Sp + e

| | | |
|---|---|---|
| RF = | Risk Free Rate [2] | 2.8% |
| β = | Levered Beta | 1.48 |
| ERP= | Equity Risk Premium [3] | 6.0% |
| Sp= | Size Premium [4] | 2.1% |
| e= | Company Specific Risk Premium | 7.0% |
| | Total Cost of Equity | 20.7% |
| | **Total Cost of Equity (rounded)** | **21.0%** |

**Weighted Average Cost of Capital**

| | | | |
|---|---|---|---|
| Equity as a % of total capital | | 80.0% | |
| Cost of Equity (above) | | 20.7% | |
| | | | 16.6% |
| Debt as a % of total capital | | 20.0% | |
| Cost of Debt [5] | 7.3% | | |
| After tax cost of debt (tax rate above) | | 5.2% | |
| | | | 1.0% |
| Weighted Average Cost of Capital | | | 17.6% |
| **Weighted Average Cost of Capital (rounded)** | | | **18.0%** |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] Source: 20-Year Constant Maturity Rate as of the valuation date, per the Federal Reserve as reported by the S&P Capital IQ database.
[3] Source: Supply Side Equity Risk Premium from Duff & Phelps US Guide to Cost of Capital (1926-2017)
[4] Source: Micro-Cap Stock Premium in the 8th decile, per Duff and Phelps US Guide to Cost of Capital (1926-2017)
[5] Source: Company's weighted average cost of debt ranged between 6.4% and 7.5% as of 12/31/16, See Outcome Holdings financial statements for the year ended 12/31/2016.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                              **Exhibit 2.3.6.C**

Business Valuation                              Discounted Cash Flow Method (Free Cash Flow to Invested Capital) -- "Credit Case"
As of March 01, 2017                                                                                   *(in thousands of USD)*

| Forecast Period | Base Cash Flow | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] |
|---|---|---|---|---|---|
| 2017 - Apr to Dec | $ 7,260 | 0.42 | 18.0% | 0.9332 | $ 6,775 |
| 2018 | 56,441 | 1.34 | 18.0% | 0.8017 | 45,251 |
| 2019 | 83,962 | 2.34 | 18.0% | 0.6794 | 57,047 |
| 2020 | 111,722 | 3.34 | 18.0% | 0.5758 | 64,329 |
| 2021 | 140,198 | 4.34 | 18.0% | 0.4880 | 68,411 |
| 2022 | 167,923 | 5.34 | 18.0% | 0.4135 | 69,441 |
| 2023 | 193,925 | 6.34 | 18.0% | 0.3504 | 67,960 |
| 2024 | 220,245 | 7.34 | 18.0% | 0.2970 | 65,410 |
| 2025 | 244,898 | 8.34 | 18.0% | 0.2517 | 61,637 |
| 2026 | 267,806 | 9.34 | 18.0% | 0.2133 | 57,121 |
| 2027 | 285,672 | 10.34 | 18.0% | 0.1808 | 51,637 |
| Terminal Value | 2,122,137 | 10.34 | 18.0% | 0.1808 | 383,591 |

| | |
|---|---|
| **Indicated Value** | $ 998,611 |
| Add: Excess Cash [3] | 262,737 |
| Add/(Less): Non-Operating Assets/(Liabilities) | - |
| Add: Present Value of NOL Tax Benefit | - |
| **Total Value of Invested Capital - Controlling, Marketable Basis** | $ 1,261,348 |
| Less: Interest Bearing Debt | (333,784) |
| **Total Equity Value - Controlling, Marketable Basis** | $ 927,564 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | $ 930,000 |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.
[3] Proceeds from March 2017 equity raise, net of dividend to founders.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** — **Exhibit 2.4.1.C**
Business Valuation — Guideline Public Company Method -- "Credit Case"
As of March 01, 2017 — *(in thousands of USD, unless noted otherwise)*

| Name | Ticker | Market Cap | Debt, Pref Shr & Min Int. | Cash | MVIC [1] | Revenue LTM | Revenue 2017E | EBITDA LTM | EBITDA 2017E | EBIT LTM | Market Value of Invested Capital / Revenue 2017E | Market Value of Invested Capital / EBITDA 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | $ 9,375,000 | $ 598,000 | $ 36,379,716 | $ 13,166,000 | $ 13,632,886 | $ 3,077,000 | $ 3,228,371 | $ 2,852,000 | 2.67x | 11.27x |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 8,166,000 | 460,000 | 23,528,778 | 6,497,000 | 6,838,975 | 2,444,000 | 2,517,206 | 2,122,000 | 3.44x | 9.35x |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 5,848,249 | 213,939 | 29,988,113 | 5,017,220 | 5,362,926 | 1,747,008 | 2,047,842 | 1,478,029 | 5.59x | 14.64x |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 2,457,632 | 87,680 | 5,815,838 | 1,103,190 | 2,438,536 | 408,842 | 822,271 | 310,970 | 2.38x | 7.07x |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 4,371,247 | 15,879 | 10,000,253 | 2,004,088 | 3,455,012 | 822,682 | 1,099,022 | 744,050 | 2.89x | 9.10x |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | - | 54,027 | 79,315 | 17,247 | 25,500 | (12,891) | (21,200) | (16,575) | 3.11x | NA |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 158,882 | 16,831 | 159,523 | 94,009 | NA | 42,918 | NA | 5,439 | NA | NA |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 3,364,311 | 1,733,782 | 63,028,516 | 8,830,669 | 11,234,638 | 437,321 | 1,075,446 | 379,793 | 5.61x | 58.61x |
| | | | | | | | | | | | | |
| **Group 2: Advertising** | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | $ 6,894,833 | $ 1,493,297 | $ 993,983 | $ 7,394,147 | $ 3,139,977 | $ 3,673,131 | $ 572,680 | $ 656,716 | $ 300,855 | 2.01x | 11.26x |
| Informa plc | LSE:INF | $ 6,872,419 | $ 1,896,977 | $ 61,241 | $ 8,708,156 | $ 1,660,411 | $ 2,166,883 | $ 521,533 | $ 725,721 | $ 369,790 | 4.02x | 12.00x |
| Inc. | NYSE:CCO | $ 1,782,179 | $ 5,266,877 | $ 543,440 | $ 6,505,616 | $ 2,679,822 | $ 2,643,280 | $ 634,034 | $ 634,701 | $ 289,910 | 2.46x | 10.25x |
| Lamar Advertising Company | NasdaqGS:LAMR | $ 7,347,524 | $ 2,349,183 | $ 35,530 | $ 9,661,177 | $ 1,500,294 | $ 1,555,549 | $ 628,908 | $ 675,414 | $ 423,950 | 6.21x | 14.30x |
| Ströer SE & Co. KGaA | XTRA:SAX | $ 2,766,461 | $ 573,215 | $ 75,946 | $ 3,263,730 | $ 1,185,746 | $ 1,326,716 | $ 228,492 | $ 338,250 | $ 95,237 | 2.46x | 9.65x |
| OUTFRONT Media Inc. | NYSE:OUT | $ 3,504,525 | $ 2,136,900 | $ 65,200 | $ 5,576,225 | $ 1,513,900 | $ 1,536,080 | $ 395,200 | $ 464,426 | $ 206,800 | 3.63x | 12.01x |
| Fluent, Inc. | NasdaqCM:FLNT | $ 199,077 | $ 50,013 | $ 10,089 | $ 239,001 | $ 186,836 | $ 235,098 | $ (14,276) | $ 24,164 | $ (26,907) | 1.02x | 9.89x |
| | | | | | | | | | | | | |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,241,427 | 12,125 | 282,086 | 971,466 | 364,967 | 444,224 | 31,623 | 61,125 | 18,698 | 2.19x | 15.89x |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,271 | 367,404 | 507,515 | 6,304,160 | 846,589 | 1,044,563 | 26,708 | 208,790 | (33,882) | 6.04x | 30.19x |
| Yelp Inc. | NYSE:YELP | 2,759,026 | - | 479,533 | 2,279,493 | 716,063 | 889,807 | 24,481 | 160,798 | 1,435 | 2.56x | 14.18x |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 3,935,000 | 86,333,000 | 502,513,353 | 90,272,000 | 105,969,194 | 29,816,000 | 43,272,878 | 23,716,000 | 4.74x | 11.61x |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | - | 29,449,000 | 367,692,235 | 27,638,000 | 37,855,827 | 14,769,000 | 23,620,010 | 12,427,000 | 9.71x | 15.57x |
| JD.com, Inc. | NasdaqGS:JD | 43,566,873 | 3,972,934 | 3,185,044 | 44,354,763 | 37,199,347 | 49,635,232 | 312,331 | 854,899 | (180,265) | 0.89x | 51.88x |
| Trip.com Group Limited | NasdaqGS:TCOM | 24,009,573 | 6,556,140 | 4,687,551 | 25,878,161 | 2,771,697 | 3,954,900 | (120,546) | 781,617 | (223,522) | 6.54x | 33.11x |
| | | | | | | | | | | | | |
| *Correlation to MVIC* | | | | | | *1.00* | *1.00* | *0.99* | *0.99* | *0.99* | | |
| *Correlation to Price* | | | | | | *0.99* | *1.00* | *0.99* | *0.99* | *0.99* | | |

| | Revenue | EBITDA |
|---|---|---|
| Upper Quartile | 5.59x | 15.65x |
| Mean | 3.82x | 18.09x |
| Median | 3.11x | 12.00x |
| Lower Quartile | 2.46x | 10.16x |
| **Selected Multiple** | **4.20x** | **15.00x** |
| Subject Company Base Value | $ 286,352 | $ 100,364 |
| **Indicated Value** | **1,202,677** | **1,505,453** |
| Less: Interest Bearing Debt | (333,784) | (333,784) |
| **Indicated Equity Value** | $ 868,893 | $ 1,171,669 |
| Weighting | 33.3% | 66.7% |
| **Weighted Value (in thousands)** | | $ 1,070,744 |
| Add: March 2017 Financing Proceeds | | 262,737 |
| Add: Subject Company Cash | | 4,210 |
| **Total Equity Value - Controlling, Marketable Basis** | | $ 1,074,954 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | | $ 1,070,000 |

**Notes:**
Source: S&P Capital IQ.
[1] MVIC = Market Value of Invested Capital. Presented as net of cash.


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**        **Exhibit 2.4.2**

Business Valuation | Guideline Public Company Key Financial Ratios
As of March 01, 2017 | *(in thousands of USD)*

| Name | Ticker | Market Cap | Trading Volume [1] | LTM Revenue | CAGR Revenue [2] 1 Year | CAGR Revenue [2] 3 Year | Forward Growth 2017E | Forward Growth 2018E | Forward Growth 2019E | As a % of Revenue GM | As a % of Revenue EBITDA | As a % of Revenue EBIT | As a % of Revenue WC [3] | Current Ratio | Debt to Equity | Debt to TNW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | 3,981 | $ 13,166,000 | 3.9% | -2.0% | 3.5% | 4.2% | 7.5% | 39.6% | 23.4% | 21.7% | 16.9% | 1.64 | 254.1% | -246.2% |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 2,779 | 6,497,000 | 1.6% | 5.5% | 5.3% | 6.9% | 3.0% | 63.6% | 37.6% | 32.7% | 8.7% | 1.60 | 146.5% | -125.2% |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 24,924 | 5,017,220 | 9.8% | 9.7% | 6.9% | 5.7% | 5.4% | 51.0% | 34.8% | 29.5% | -44.5% | 0.24 | NA | -105.5% |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 655 | 1,103,190 | 23.1% | 30.0% | 121.0% | 13.4% | 4.6% | 65.4% | 37.1% | 28.2% | 10.3% | 1.92 | 823.8% | -221.8% |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 1,916 | 2,004,088 | 13.6% | 7.7% | 72.4% | 10.8% | 2.8% | 60.9% | 41.1% | 37.1% | 7.8% | 1.28 | 155.6% | -317.1% |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | 32 | 17,247 | 28.1% | -51.9% | 47.9% | 58.4% | NA | 83.5% | -74.7% | -96.1% | -42.0% | 6.14 | 0.0% | 0.0% |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 14 | 94,009 | -13.7% | 0.6% | NA | NA | NA | 73.4% | 45.7% | 5.8% | 2.3% | 1.12 | NA | -152.3% |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 6,661 | 8,830,669 | 30.3% | 26.4% | 27.2% | 19.8% | 17.0% | 29.1% | 5.0% | 4.3% | -6.8% | 1.25 | 125.5% | -73.2% |
| **Group 2: Advertising** | | | | | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 6,894,833 | 218 | - | 6.0% | 8.4% | NA | NA | NA | 32.5% | NA | NA | NA | 1.54 | 57.3% | 177.5% |
| Informa plc | LSE:INF | 6,872,419 | 1,856 | 3,139,977 | 10.9% | 6.0% | 17.0% | 4.8% | 5.9% | 41.4% | 18.2% | 9.6% | -17.1% | 0.47 | 70.2% | -66.3% |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,782,179 | 83 | 1,660,411 | -4.5% | -3.1% | 30.5% | 3.6% | 2.9% | 47.1% | 31.4% | 22.3% | 9.8% | 2.09 | NA | -177.2% |
| Lamar Advertising Company | NasdaqGS:LAMR | 7,347,524 | 630 | 2,679,822 | 10.9% | 6.4% | -1.4% | 2.3% | NA | 65.0% | 23.7% | 10.8% | 1.3% | 1.13 | 219.6% | -181.5% |
| Ströer SE & Co. KGaA | XTRA:SAX | 2,766,461 | 192 | 1,500,294 | 36.4% | 21.8% | 3.7% | 3.3% | 4.5% | 32.2% | 41.9% | 28.3% | -14.0% | 0.60 | 78.7% | -132.9% |
| OUTFRONT Media Inc. | NYSE:OUT | 3,504,525 | 666 | 1,185,746 | 0.0% | 5.4% | 11.9% | 8.1% | 5.3% | 46.0% | 19.3% | 8.0% | 5.2% | 1.50 | 173.3% | -152.4% |
| Fluent, Inc. | NasdaqCM:FLNT | 199,077 | 23 | 1,513,900 | 1225.9% | NA | 1.5% | 2.6% | 2.2% | 28.4% | 26.1% | 13.7% | 0.7% | 1.65 | 21.8% | -142.3% |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,241,427 | 1,518 | 364,967 | 33.4% | 42.9% | 21.7% | 20.5% | 15.9% | 66.2% | 8.7% | 5.1% | 3.2% | 4.42 | 3.5% | 4.3% |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,217 | 686 | 846,589 | 31.3% | 62.4% | 23.4% | 19.4% | 18.6% | 91.8% | 3.2% | -4.0% | -2.6% | 5.99 | 14.5% | 444.6% |
| Yelp Inc. | NYSE:YELP | 2,759,026 | 2,394 | 716,063 | 30.3% | 45.4% | 24.3% | 20.2% | 16.6% | 91.6% | 3.4% | 0.2% | 3.0% | 9.29 | 0.0% | 0.0% |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 32,626 | 90,272,000 | 20.4% | 17.6% | 17.4% | 15.0% | 13.4% | 61.1% | 33.0% | 26.3% | 2.6% | 6.29 | 2.8% | 3.3% |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | 19,487 | 27,638,000 | 54.2% | 52.0% | 37.0% | 27.0% | 20.6% | 86.3% | 53.4% | 45.0% | 7.5% | 11.97 | 0.0% | 0.0% |
| JD.com, Inc. | NasdaqGS:JD | 43,566,873 | 6,900 | 37,199,347 | 42.7% | 55.0% | 33.4% | 25.1% | 20.5% | 7.2% | 0.8% | -0.5% | -3.4% | 1.02 | 49.1% | 84.6% |
| Trip.com Group Limited | NasdaqGS:TCOM | 24,009,573 | 3,630 | 2,771,697 | 76.6% | 52.9% | 42.7% | 30.4% | 26.7% | 75.4% | -4.3% | -8.1% | -52.2% | 1.52 | 55.0% | 757.8% |
| Outcome Holdings LLC | | NA | NA | 174,969 | 67.0% | 45.4% | 63.7% | 45.8% | 30.6% | 96.8% | 24.3% | 6.3% | 12.3% | 1.05 | -635.2% | -139.6% |
| **^^ HIDE, FOR RANKING ONLY ^^** | | | | | | | | | | | | | | | | |
| **Upper Quartile** | | $ 24,267,746 | 3,893 | $ 6,127,055 | 32.9% | 42.9% | 34.3% | 20.2% | 16.9% | 71.6% | 37.1% | 28.2% | 7.5% | 3.84 | 151.0% | 2.5% |
| **Mean** | | 55,811,802 | 5,085 | 9,464,465 | 76.0% | 19.0% | 27.4% | 15.1% | 10.7% | 56.3% | 19.5% | 10.5% | -4.9% | 2.94 | 118.5% | -28.3% |
| **Median** | | 6,658,345 | 1,687 | 1,832,249 | 21.7% | 9.7% | 22.6% | 12.1% | 6.7% | 61.0% | 23.7% | 10.8% | 2.3% | 1.57 | 57.3% | -89.4% |
| **Lower Quartile** | | 2,760,885 | 321 | 910,739 | 6.9% | 5.5% | 6.5% | 4.7% | 4.5% | 40.0% | 5.0% | 4.3% | -6.8% | 1.16 | 9.0% | -152.4% |
| **Outcome Holdings LLC** | | **NA** | **NA** | **$ 174,969** | **67.0%** | **45.4%** | **63.7%** | **45.8%** | **30.6%** | **96.8%** | **24.3%** | **6.3%** | **12.3%** | **1.05** | **-635.2%** | **-139.6%** |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] CAGR = Compound Annual Growth Rate
[3] WC = Current Assets - Cash & Equivalents - Current Liabilities + Short-Term Debt


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                             **Exhibit 2.4.3**

Business Valuation                                          Guideline Public Company Descriptions

As of March 01, 2017

| Name | Ticker | Description |
|---|---|---|
| **Group 1: Streaming** | | |
| Paramount Global | NasdaqGS:PARA | Paramount Global operates as a media, streaming, and entertainment company worldwide. |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | Warner Bros. Discovery, Inc. operates as a media and entertainment company worldwide. |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | Sirius XM Holdings Inc. operates as an audio entertainment company in North America. |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | Nexstar Media Group, Inc. operates as a diversified media company that produces and distributes engaging local and national news, sports and entertainment content across the television and digital platforms in the United States. |
| TEGNA Inc. | NYSE:TGNA | TEGNA Inc. operates as a media company in the United States. |
| Gaia, Inc. | NasdaqGM:GAIA | Gaia, Inc. operates a digital video subscription service and online community for underserved member base in the United States, Canada, Australia, and internationally. |
| Cineverse Corp. | NasdaqCM:CNVS | Cineverse Corp. operates as a streaming technology and entertainment company. |
| Netflix, Inc. | NasdaqGS:NFLX | Netflix, Inc. provides entertainment services. |
| **Group 2: Advertising** | | |
| JCDecaux SE | ENXTPA:DEC | JCDecaux SE operates as an outdoor advertising company worldwide. |
| Informa plc | LSE:INF | Informa plc operates as an international events, digital services, and academic research company in the United Kingdom, Continental Europe, the United States, China, and internationally. |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | Clear Channel Outdoor Holdings, Inc. operates as an out-of-home advertising company in the United States, Europe, and internationally. |
| Lamar Advertising Company | NasdaqGS:LAMR | Lamar Advertising Company operates as an outdoor advertising company in the United States and Canada. |
| Ströer SE & Co. KGaA | XTRA:SAX | Ströer SE & Co. KGaA provides out-of-home (OOH) media and online advertising solutions in Germany and internationally. |
| OUTFRONT Media Inc. | NYSE:OUT | OUTFRONT leverages the power of technology, location, and creativity to connect brands with consumers outside of their homes through one of the largest and most diverse sets of billboard, transit, and mobile assets in North America. |
| Fluent, Inc. | NasdaqCM:FLNT | Fluent, Inc. provides data-driven digital marketing services in the United States and internationally. |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | |
| Etsy, Inc. | NasdaqGS:ETSY | Etsy, Inc., together with its subsidiaries, operates two-sided online marketplaces that connect buyers and sellers in the United States, the United Kingdom, Germany, Canada, Australia, and France. |
| Zillow Group, Inc. | NasdaqGS:ZG | Zillow Group, Inc. operates real estate brands in mobile applications and Websites in the United States. |
| Yelp Inc. | NYSE:YELP | Yelp Inc. operates a platform that connects consumers with local businesses in the United States and internationally. |
| Alphabet Inc. | NasdaqGS:GOOGL | Alphabet Inc. offers various products and platforms in the United States, Europe, the Middle East, Africa, the Asia-Pacific, Canada, and Latin America. |
| Meta Platforms, Inc. | NasdaqGS:META | Meta Platforms, Inc. engages in the development of products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and wearables worldwide. |
| JD.com, Inc. | NasdaqGS:JD | JD.com, Inc. operates as a supply chain-based technology and service provider in the People's Republic of China. |
| Trip.com Group Limited | NasdaqGS:TCOM | Trip.com Group Limited, through its subsidiaries, operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours and in-destination, corporate travel management, and other travel-related services in China and internationally. |

**Notes:**
Source: S&P Capital IQ.



**Outcome Holdings LLC**     **Exhibit 2.3.1.G**

Business Valuation     Discounted Cash Flow Key Assumptions -- "Growth Case"
As of March 01, 2017     *(in thousands of USD)*

| | Historical | | Basis | 10 Mo. Ended | For the Twelve Month Period Ending December 31, | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 3-1-17 | % | | 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Total Revenue | 25,575 | 100.0% | Annual Growth Rate | 0.0% | 141.3% | 142.5% | 121.0% | 40.0% | 20.0% | 10.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Long Term Growth Rate | | | Annual Growth Rate | | | | | | | | | | | 4.0% |
| Total Cost of Revenue | - | 0.0% | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses | 9,955 | 38.9% | % of Revenue | 51.0% | 46.9% | 44.5% | 44.6% | 44.6% | 44.6% | 44.6% | 44.6% | 44.6% | 44.6% | 44.6% |
| Depreciation & Amortization | 7,768 | 30.4% | Exhibit 2.3.2.G | 7.7% | 6.0% | 3.4% | 2.4% | 2.6% | 3.1% | 3.6% | 3.9% | 4.1% | 4.2% | 4.2% |
| Interest Expense | 5,358 | 1.6% | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Income Tax Rate | - | | % of Pre-Tax Net Income | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Adj. Oper. Working Capital | 18,931 | 74.0% | Exhibit 2.3.3.G | 19.7% | 16.8% | 16.7% | 16.7% | 16.7% | 16.7% | 16.7% | 16.7% | 16.7% | 16.7% | 16.7% |
| Adj. Oper. Working Capital | | | | 88,500 | 192,666 | 464,882 | 1,027,309 | 1,438,232 | 1,725,879 | 1,898,467 | 1,993,390 | 2,093,059 | 2,197,712 | 2,307,598 |
| Yr/yr Working Capital (Increase)/Reduction | | | | (69,570) | (104,165) | (272,216) | (562,427) | (410,924) | (287,646) | (172,588) | (94,923) | (99,669) | (104,653) | (109,886) |
| Capital Expenditures | 8,330 | 32.6% | % of Revenue | 13.6% | 10.4% | 6.5% | 4.6% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% |
| Interest-Bearing Debt | 338,979 | NA | NA | - | - | - | - | - | - | - | - | - | - | - |

**HM**   **HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** — **Exhibit 2.3.2.G**

Business Valuation — Depreciation & Capital Expenditure Analysis -- "Growth Case"
As of March 01, 2017 — *(in thousands of USD)*

| Forecast Depreciation | | 10 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | | $ 449,869 | $ 1,147,395 | $ 2,782,246 | $ 6,147,849 | $ 8,606,989 | $ 10,328,386 | $ 11,361,225 | $ 11,929,286 | $ 12,525,751 | $ 13,152,038 | $ 13,809,640 |
| Beginning Balance - Total Fixed Assets | | 72,878 | 99,274 | 149,601 | 235,624 | 371,598 | 531,492 | 679,794 | 787,523 | 854,252 | 902,789 | 947,929 |
| Capital Expenditures | | 61,034 | 118,852 | 180,427 | 285,253 | 387,314 | 464,777 | 511,255 | 536,818 | 563,659 | 591,842 | 621,434 |
| Fixed Assets | | 133,912 | 218,126 | 330,028 | 520,877 | 758,912 | 996,270 | 1,191,049 | 1,324,341 | 1,417,910 | 1,494,631 | 1,569,362 |
| *Capital Expenditures as a % of Revenue* | | *13.57%* | *10.36%* | *6.48%* | *4.64%* | *4.50%* | *4.50%* | *4.50%* | *4.50%* | *4.50%* | *4.50%* | *4.50%* |
| Depreciation | | | | | | | | | | | | |
| Assumptions as to Depreciable Lives: | | | | | | | | | | | | |
| Beg. Dep Existing Fixed Assets - avg life | 2.2 | | | | | | | | | | | |
| Capital Additions - avg life | 3.3 | | | | | | | | | | | |
| Beginning Balance | | $ 27,015 | $ 32,418 | $ 13,444 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| March through Dec 2017 Additions | | 7,623 | 18,294 | 18,294 | 16,823 | - | - | - | - | - | - | - |
| 2018 Additions | | | 17,812 | 35,625 | 35,625 | 29,790 | - | - | - | - | - | - |
| 2019 Additions | | | | 27,041 | 54,081 | 54,081 | 45,224 | - | - | - | - | - |
| 2020 Additions | | | | | 42,751 | 85,502 | 85,502 | 71,499 | - | - | - | - |
| 2021 Additions | | | | | | 58,047 | 116,094 | 116,094 | 97,081 | - | - | - |
| 2022 Additions | | | | | | | 69,656 | 139,312 | 139,312 | 116,497 | - | - |
| 2023 Additions | | | | | | | | 76,622 | 153,243 | 153,243 | 128,146 | - |
| 2024 Additions | | | | | | | | | 80,453 | 160,906 | 160,906 | 134,554 |
| 2025 Additions | | | | | | | | | | 84,475 | 168,951 | 168,951 |
| 2026 Additions | | | | | | | | | | | 88,699 | 177,398 |
| 2027 Additions | | | | | | | | | | | | 93,134 |
| Total Depreciation | | $ 34,638 | $ 68,525 | $ 94,403 | $ 149,279 | $ 227,420 | $ 316,475 | $ 403,526 | $ 470,089 | $ 515,121 | $ 546,702 | $ 574,037 |
| *As a % of Revenue* | | *7.7%* | *6.0%* | *3.4%* | *2.4%* | *2.6%* | *3.1%* | *3.6%* | *3.9%* | *4.1%* | *4.2%* | *4.2%* |
| Net Fixed Assets | | $ 99,274 | $ 149,601 | $ 235,624 | $ 371,598 | $ 531,492 | $ 679,794 | $ 787,523 | $ 854,252 | $ 902,789 | $ 947,929 | $ 995,325 |
| *As a % of Revenue* | | *22.1%* | *13.0%* | *8.5%* | *6.0%* | *6.2%* | *6.6%* | *6.9%* | *7.2%* | *7.2%* | *7.2%* | *7.2%* |

| Analysis of Capital Expenditure | | | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 |
|---|---|---|---|---|---|---|---|
| Net FA | | | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| Chg from PY | | | N/A | 8,358 | 18,789 | 28,811 | 562 |
| Depreciation | | | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 |
| (Gain)/Loss | | | (1) | 59 | - | - | - |
| Capital Expenditures | | | N/A | 18,623 | 33,037 | 60,315 | 8,330 |
| | | Average | | | | | |
| Fixed Assets | | 39,224 | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| *Fixed Assets as a % of Revenue* | | *38.8%* | *28.7%* | *36.7%* | *41.5%* | *41.3%* | *47.5%* |
| Capital Expenditures | | 37,325 | N/A | 18,623 | 33,037 | 60,315 | 8,330 |
| *Capital Expenditures as a % of Revenue* | | *36.9%* | *N/A* | *27.6%* | *31.5%* | *34.5%* | *5.4%* |



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 2.3.3.G**

Business Valuation | Adjusted Working Capital Analysis – "Growth Case"
As of March 01, 2017 | (in thousands of USD)

| Working Capital | | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | Annualized 2 Mos Ended 03-01-17 | 10 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | [1] | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 153,448 | $ 449,869 | $ 1,147,395 | $ 2,782,246 | $ 6,147,849 | $ 8,606,989 | $10,328,386 | $11,361,225 | $11,929,286 | $12,525,751 | $13,152,038 | $13,809,640 |
| Total COGS | | 10,628 | 11,612 | 13,234 | 5,649 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | | 20,809 | 27,080 | 54,740 | 126,869 | 162,180 | 229,576 | 538,429 | 1,238,688 | 2,739,192 | 3,834,869 | 4,601,843 | 5,062,027 | 5,315,128 | 5,580,885 | 5,859,929 | 6,152,925 |
| **Current Assets** | | | | | | | | | | | | | | | | | |
| Cash & Equivalents | [2] | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 4,210 | $ 37,739 | $ 88,509 | $ 203,620 | $ 450,278 | $ 630,389 | $ 750,000 | $ 750,000 | $ 750,000 | $ 750,000 | $ 750,000 | $ 750,000 |
| Accounts Receivable | | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 | 98,601 | 220,048 | 533,581 | 1,179,040 | 1,650,655 | 1,980,786 | 2,178,865 | 2,287,808 | 2,402,199 | 2,522,309 | 2,648,424 |
| Prepaid Expenses | | 915 | 1,209 | 4,718 | 4,112 | 4,993 | 6,887 | 16,153 | 37,161 | 82,176 | 115,046 | 138,055 | 151,861 | 159,454 | 167,427 | 175,798 | 184,588 |
| Amounts Due From Related Parties and Members | | 155 | 257 | 182 | 1,500 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | | - | - | - | - | 273 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 | 143,227 | 324,710 | 774,362 | 1,711,493 | 2,396,091 | 2,868,842 | 3,080,726 | 3,197,262 | 3,319,625 | 3,448,107 | 3,583,012 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable | | 2,571 | 4,459 | 9,496 | 17,607 | 14,118 | 25,253 | 59,227 | 136,256 | 301,311 | 421,836 | 506,203 | 556,823 | 584,664 | 613,897 | 644,592 | 676,822 |
| Deferred Revenue | | 96 | 386 | 6,889 | 1,890 | 311 | 8,997 | 22,948 | 55,645 | 122,957 | 172,140 | 206,568 | 227,224 | 238,586 | 250,515 | 263,041 | 276,193 |
| Accrued Expenses | | 805 | 1,555 | 2,242 | 12,304 | 10,292 | 11,479 | 26,921 | 61,934 | 136,960 | 191,743 | 230,092 | 253,101 | 265,756 | 279,044 | 292,996 | 307,646 |
| Other Current Liabilities | | 2,255 | 1,044 | 2,034 | - | 1,483 | 8,997 | 22,948 | 55,645 | 122,957 | 172,140 | 206,568 | 227,224 | 238,586 | 250,515 | 263,041 | 276,193 |
| Amounts Due to Related Parties and Members | | - | - | - | 3,132 | 5,195 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | | 5,728 | 7,443 | 20,661 | 34,932 | 31,399 | 54,727 | 132,044 | 309,480 | 684,185 | 957,859 | 1,149,430 | 1,264,373 | 1,327,592 | 1,393,972 | 1,463,670 | 1,536,854 |
| **Net Operating Working Capital** | | $ 16,774 | $ 10,034 | $ 24,690 | $ 24,662 | $ 18,931 | $ 88,500 | $ 192,666 | $ 464,882 | $ 1,027,309 | $ 1,438,232 | $ 1,719,411 | $ 1,816,353 | $ 1,869,670 | $ 1,925,654 | $ 1,984,436 | $ 2,046,158 |
| Net Oper Working Capital as % of Revenue | | 29.5% | 14.9% | 23.6% | 14.1% | 12.3% | 19.7% | 16.8% | 16.7% | 16.7% | 16.7% | 16.7% | 16.0% | 15.7% | 15.4% | 15.1% | 14.8% |
| YrIyr Working Capital (Inc)/Reduction | | (16,774) | 6,740 | (14,657) | 28 | 5,732 | (69,570) | (104,165) | (272,216) | (562,427) | (1,438,232) | (1,725,879) | (1,898,467) | (1,993,390) | (2,093,059) | (2,197,712) | (2,307,598) |
| | | | | | | | | | | | | | | | | | |
| BizMiner Working Capital as a % of Revenue | | | | | | | 11.6% | | | | | | | | | | |
| RMA Working Capital as a % of Revenue | | | | | | | 13.8% | | | | | | | | | | |
| Comparable Group Working Capital as a % of Revenue | | | | | | | 2.3% | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Days' Operating Expenses in Cash | | 138 | 52 | 17 | 12 | 9 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Days' Revenue Outstanding | | 87 | 66 | 132 | 104 | 97 | 80 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Prepaid Expenses as % of Opex | | 2.9% | 3.1% | 6.9% | 3.1% | 3.1% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Amounts Due From Related Parties and Members as a % of Revenue | | 0.3% | 0.4% | 0.2% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Curr Assets as a % of Revenue | | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Accounts Payable as % of Opex | | 8.2% | 11.5% | 14.0% | 13.3% | 8.7% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| Deferred Revenue as a % of Revenue | | 0.2% | 0.6% | 6.6% | 1.1% | 0.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Accrued Expense as % of Opex | | 2.6% | 4.0% | 3.3% | 9.3% | 6.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Other Curr Liab as a % of Revenue | | 4.0% | 1.5% | 1.9% | 0.0% | 1.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Amonts Due To Related Parties and Members as a % of Revenue | | 0.0% | 0.0% | 0.0% | 1.8% | 3.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**Notes:**
[1] Historical balances are per Adjusted Income Statement. Refer to Exhibit 2.2.5. Excludes Depreciation & Amortization.
[2] Cash needs are capped at $750 million.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                       **Exhibit 2.3.4.G**

Business Valuation      Forecast Free Cash Flow to Invested Capital -- "Growth Case"
As of March 01, 2017      *(in thousands of USD)*

| | 10 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | For the Twelve Month Period Ending December 31, | | | | | | |
| Total Revenue | $ 449,869 | $ 1,147,395 | $ 2,782,246 | $ 6,147,849 | $ 8,606,989 | $ 10,328,386 | $ 11,361,225 | $ 11,929,286 | $ 12,525,751 | $ 13,152,038 | $ 13,809,640 |
| Total Cost of Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gross Margin | 449,869 | 1,147,395 | 2,782,246 | 6,147,849 | 8,606,989 | 10,328,386 | 11,361,225 | 11,929,286 | 12,525,751 | 13,152,038 | 13,809,640 |
| *GM %* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| Total Operating Expenses | 229,576 | 538,429 | 1,238,688 | 2,739,192 | 3,834,869 | 4,601,843 | 5,062,027 | 5,315,128 | 5,580,885 | 5,859,929 | 6,152,925 |
| *Operating Expense %* | *51.0%* | *46.9%* | *44.5%* | *44.6%* | *44.6%* | *44.6%* | *44.6%* | *44.6%* | *44.6%* | *44.6%* | *44.6%* |
| **EBITDA** | **220,293** | **608,966** | **1,543,558** | **3,408,657** | **4,772,120** | **5,726,544** | **6,299,198** | **6,614,158** | **6,944,866** | **7,292,109** | **7,656,715** |
| Less Partial Adjustment | 1,455 | | | | | | | | | | |
| **EBITDA** | **218,838** | **608,966** | **1,543,558** | **3,408,657** | **4,772,120** | **5,726,544** | **6,299,198** | **6,614,158** | **6,944,866** | **7,292,109** | **7,656,715** |
| *EBITDA %* | *48.6%* | *53.1%* | *55.5%* | *55.4%* | *55.4%* | *55.4%* | *55.4%* | *55.4%* | *55.4%* | *55.4%* | *55.4%* |
| Depreciation & Amortization | 34,638 | 68,525 | 94,403 | 149,279 | 227,420 | 316,475 | 403,526 | 470,089 | 515,121 | 546,702 | 574,037 |
| **EBIT** | **184,200** | **540,441** | **1,449,155** | **3,259,378** | **4,544,700** | **5,410,068** | **5,895,672** | **6,144,069** | **6,429,745** | **6,745,407** | **7,082,677** |
| *EBIT %* | *40.9%* | *47.1%* | *52.1%* | *53.0%* | *52.8%* | *52.4%* | *51.9%* | *51.5%* | *51.3%* | *51.3%* | *51.3%* |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - |
| Earnings Before Taxes | 184,200 | 540,441 | 1,449,155 | 3,259,378 | 4,544,700 | 5,410,068 | 5,895,672 | 6,144,069 | 6,429,745 | 6,745,407 | 7,082,677 |
| Income Taxes | 51,576 | 151,323 | 405,763 | 912,626 | 1,272,516 | 1,514,819 | 1,650,788 | 1,720,339 | 1,800,328 | 1,888,714 | 1,983,150 |
| **Forecast After-Tax Income** | **$ 132,624** | **$ 389,117** | **$ 1,043,391** | **$ 2,346,752** | **$ 3,272,184** | **$ 3,895,249** | **$ 4,244,884** | **$ 4,423,730** | **$ 4,629,416** | **$ 4,856,693** | **$ 5,099,528** |
| *NPAT %* | *29.5%* | *33.9%* | *37.5%* | *38.2%* | *38.0%* | *37.7%* | *37.4%* | *37.1%* | *37.0%* | *36.9%* | *36.9%* |
| **Cash Flow** | | | | | | | | | | | |
| Add: Depreciation & Amortization | 34,638 | 68,525 | 94,403 | 149,279 | 227,420 | 316,475 | 403,526 | 470,089 | 515,121 | 546,702 | 574,037 |
| After-Tax Gross Cash Flow | 167,262 | 457,643 | 1,137,795 | 2,496,031 | 3,499,604 | 4,211,725 | 4,648,410 | 4,893,819 | 5,144,537 | 5,403,395 | 5,673,565 |
| Decrease / (Increase) in Working Capital | (69,570) | (104,165) | (272,216) | (562,427) | (1,438,232) | (1,725,879) | (1,898,467) | (1,993,390) | (2,093,059) | (2,197,712) | (2,307,598) |
| Less: Capital Expenditures | (61,034) | (118,852) | (180,427) | (285,253) | (387,314) | (464,777) | (511,255) | (536,818) | (563,659) | (591,842) | (621,434) |
| **Free Cash Flow** | **$ 36,658** | **$ 234,625** | **$ 685,151** | **$ 1,648,352** | **$ 1,674,057** | **$ 2,021,069** | **$ 2,238,688** | **$ 2,363,611** | **$ 2,487,819** | **$ 2,613,841** | **$ 2,744,533** |



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                                 **Exhibit 2.3.5.G**

Business Valuation                                                                          Discount Rate - Venture Capital Rates of Return -- "Growth Case"
As of March 01, 2017

Ref. [1]

**Table 1: Venture Economics Venture Capital Average Actual Rates of Return**

| Stage of Development | 5-year Return | | 10-year Return | | 20-year Return | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2002 | 2008 | 2002 | 2008 | 2002 | 2008 |
| Seed/Early Stage | 51.4% | 3.0% | 34.9% | 25.5% | 20.4% | 22.1% |
| Balanced | 20.9% | 7.5% | 20.9% | 12.0% | 14.3% | 14.6% |
| Later Stage | 10.6% | 8.1% | 21.6% | 7.3% | 15.3% | 14.7% |
| All Ventures | 28.3% | 5.7% | 26.3% | 13.4% | 16.6% | 17.2% |

**Table 2: Cambridge Associates, US Venture Capital Actual Rates of Return (Increased to add 2% annual management fee and reflect General Partner 20% carried interest)**

[2]

| Stage of Development | 1-Year | 3-Year | 5-Year | 10-Year | 15-Year | 20-Year |
| --- | --- | --- | --- | --- | --- | --- |
| | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 |
| US Venture Capital Index | 16.4% | 12.5% | 21.6% | 13.8% | 14.3% | 31.1% |
| US Venture Capital - Early Stage Index | 17.3% | 13.3% | 22.7% | 14.3% | 13.8% | 88.2% |
| US Venture Capital - Late Stage & Expansion Index | 15.4% | 10.2% | 18.4% | 13.5% | 16.2% | 13.8% |
| US Venture Capital - Multi-Stage Index | 15.1% | 11.9% | 20.9% | 13.0% | 14.8% | 13.8% |

**Table 3: Target Rates of Return**

[3-6]

| Stage of Development | Plummer | Scherlis and Sahlman | Sahlman, Stevenson, and Bhide | Everett (2017) | Everett Median Returns (2017) |
| --- | --- | --- | --- | --- | --- |
| Start-up | 50% - 70% | 50% - 70% | 50% - 100% | 25% - 55% | 35% |
| First stage or "early development" | 40% - 60% | 40% - 60% | 40% - 60% | 15% - 50% | 25% |
| Second stage or "expansion" | 35% - 50% | 30% - 50% | 30% - 40% | 15% - 50% | 25% |
| Bridge/IPO | 25% - 35% | 20% - 35% | 20% - 30% | 15% - 50% | 25% |

**Table 4: Target Rates of Return**

[7]

| Stage of Development | Ruhnka / Young | Wetzel | Plummer / Qed Range of Discount Rates Used High | Plummer / Qed Range of Discount Rates Used Low |
| --- | --- | --- | --- | --- |
| Seed | 73.0% | 50.0% | 75.4% | 49.2% |
| Start-up | 54.8% | 50.0% | 59.6% | 40.6% |
| 3rd Stage | 42.2% | 37.5% | 49.3% | 34.7% |
| Fourth Stage | 35.0% | 30.0% | 45.7% | 31.2% |
| Exit Stage | 35.0% | 22.5% | 40.8% | 28.1% |

**Selected Venture Capital Rate of Return**                                                           **92.5%**                          [8]

**Weighted Average Cost of Capital**

| | | |
| --- | --- | --- |
| Equity as a % of total capital | | 80.0% |
| Cost of Equity (above) | | 92.5% |
| | | 74.0% |
| Debt as a % of total capital | | 20.0% |
| Cost of Debt | 7.3% | |
| After tax cost of debt (tax rate above) | | 5.2% |
| | | 1.0% |
| Weighted Average Cost of Capital | | 75.0% |
| **Weighted Average Cost of Capital (rounded)** | | **75.0%** |

**Notes:**
[1] Source: Thomson Financial. The average annual return is based upon Thomson Financials' Private Equity Performance Index (PEPI).
   The PEPI is based on the latest quarterly statistics from Thomson Financials' Private Equity Performance Database analyzing the cashflows and
   returns for over 1400 US venture capital and private equity partnerships.
[2] Cambridge Associates US Venture Capital Index December 31, 2017.
[3] Plummer, James L., QED Report on Venture Capital Financial Analysis.
[4] Scherlis, Daniel R. and William A. Sahlman, "A Method for Valuing High-Risk, Long Term, Investments: The Venture Capital Method,"
   Harvard Business School Teaching Note 9-288-006, Boston: Harvard Business School Publishing, 1989.
[5] William A. Sahlman, Howard H. Stevenson, Amar V. Bhide, et al., "Financing Entrepreneurial Ventures,"
   Business Fundamental Series (Boston: Harvard Business School Publishing, 1998).
[6] Pepperdine 2017 Private Capital Markets Report.
[7] Dorsey, Terry, "A Portfolio Model for Venture Capital Performance Measurement and Investment Selection," Polaris Group, Inc. January 2000.
[8] Refer to the report for discussion of the selected Venture Capital Rate of Return.


**HM** **HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                  **Exhibit 2.3.6.G**

Business Valuation             Discounted Cash Flow Method (Free Cash Flow to Invested Capital) -- "Growth Case"

As of March 01, 2017                                                                  *(in thousands of USD)*

| Forecast Period | Base Cash Flow | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] |
|---|---|---|---|---|---|
| 2017 - Apr to Dec | $ 36,658 | 0.42 | 75.0% | 0.7916 | $ 29,020 |
| 2018 | 234,625 | 1.34 | 75.0% | 0.4737 | 111,148 |
| 2019 | 685,151 | 2.34 | 75.0% | 0.2707 | 185,471 |
| 2020 | 1,648,352 | 3.34 | 75.0% | 0.1547 | 254,977 |
| 2021 | 1,674,057 | 4.34 | 75.0% | 0.0884 | 147,974 |
| 2022 | 2,021,069 | 5.34 | 75.0% | 0.0505 | 102,084 |
| 2023 | 2,238,688 | 6.34 | 75.0% | 0.0289 | 64,615 |
| 2024 | 2,363,611 | 7.34 | 75.0% | 0.0165 | 38,983 |
| 2025 | 2,487,819 | 8.34 | 75.0% | 0.0094 | 23,447 |
| 2026 | 2,613,841 | 9.34 | 75.0% | 0.0054 | 14,077 |
| 2027 | 2,744,533 | 10.34 | 75.0% | 0.0031 | 8,446 |
| Terminal Value | 4,020,161 | 10.34 | 75.0% | 0.0031 | 12,372 |

| | |
|---|---|
| **Indicated Value** | $ 992,612 |
| Add: Excess Cash [3] | 262,737 |
| Add/(Less): Non-Operating Assets/(Liabilities) | - |
| Add: Present Value of NOL Tax Benefit | - |
| **Total Value of Invested Capital - Controlling, Marketable Basis** | $ 1,255,350 |
| Less: Interest Bearing Debt | (338,979) |
| **Total Equity Value - Controlling, Marketable Basis** | $ 916,370 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | $ 920,000 |

**Notes:**

[1] 1 / (1 + Discount Rate) ^ Period.

[2] Base Cash Flow x PV Factor.

[3] Proceeds from March 2017 equity raise, net of dividend to founders.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 2.4.1.G**

Business Valuation | Guideline Public Company Method -- "Growth Case"
As of March 01, 2017 | *(in thousands of USD, unless noted otherwise)*

| Name | Ticker | Market Cap | Debt, Pref Shr & Min Int. | Cash | MVIC [1] | Revenue LTM | Revenue 2017E | EBITDA LTM | EBITDA 2017E | EBIT LTM | MVIC / Revenue 2017E | MVIC / EBITDA 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | $ 9,375,000 | $ 598,000 | $ 36,379,716 | $ 13,166,000 | $ 13,632,886 | $ 3,077,000 | $ 3,228,371 | 2,852,000 | 2.67x | 11.27x |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | $ 15,822,778 | $ 8,166,000 | $ 460,000 | $ 23,528,778 | $ 6,497,000 | $ 6,838,975 | $ 2,444,000 | $ 2,517,206 | 2,122,000 | 3.44x | 9.35x |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | $ 24,353,803 | $ 5,848,249 | $ 213,939 | $ 29,988,113 | $ 5,017,220 | $ 5,362,925 | $ 1,747,008 | $ 2,047,842 | 1,478,029 | 5.59x | 14.64x |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | $ 3,445,886 | $ 2,457,632 | $ 87,680 | $ 5,815,838 | $ 1,103,190 | $ 2,438,536 | 408,842 | $ 822,271 | 310,970 | 2.38x | 7.07x |
| TEGNA Inc. | NYSE:TGNA | $ 5,644,885 | $ 4,371,247 | $ 15,879 | $ 10,000,253 | $ 2,004,088 | $ 3,455,012 | 822,682 | $ 1,099,022 | 744,050 | 2.89x | 9.10x |
| Gaia, Inc. | NasdaqGM:GAIA | $ 133,342 | $ - | $ 54,027 | $ 79,315 | $ 17,247 | $ 25,500 | (12,891) | $ (21,200) | (16,575) | 3.11x | NA |
| Cineverse Corp. | NasdaqCM:CNVS | $ 17,472 | $ 158,882 | $ 16,831 | $ 159,523 | $ 94,009 | NA | $ - | NA | 5,439 | NA | NA |
| Netflix, Inc. | NasdaqGS:NFLX | $ 61,397,987 | $ 3,364,311 | $ 1,733,782 | $ 63,028,516 | $ 8,830,669 | $ 11,234,638 | 437,321 | $ 1,075,446 | 379,793 | 5.61x | 58.61x |
| | | | | | | | | | | | | |
| **Group 2: Advertising** | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | $ 6,894,833 | $ 1,493,297 | $ 993,983 | $ 7,394,147 | $ 3,139,977 | $ 3,673,131 | $ 572,680 | $ 656,716 | 300,855 | 2.01x | 11.26x |
| Informa plc | LSE:INF | 6,872,419 | 1,896,977 | 61,241 | 8,708,156 | 1,660,411 | 2,166,883 | 521,533 | 725,721 | 369,790 | 4.02x | 12.00x |
| Inc. | NYSE:CCO | 1,782,179 | 5,266,877 | 543,440 | 6,505,616 | 2,679,822 | 2,643,280 | 634,034 | 634,701 | 289,910 | 2.46x | 10.25x |
| Lamar Advertising Company | NasdaqGS:LAMR | 7,347,524 | 2,349,183 | 35,530 | 9,661,177 | 1,500,294 | 1,555,549 | 628,908 | 675,414 | 423,950 | 6.21x | 14.30x |
| Ströer SE & Co. KGaA | XTRA:SAX | 2,766,461 | 573,215 | 75,946 | 3,263,730 | 1,185,746 | 1,326,716 | 228,492 | 338,250 | 95,237 | 2.46x | 9.65x |
| OUTFRONT Media Inc. | NYSE:OUT | 3,504,525 | 2,136,900 | 65,200 | 5,576,225 | 1,513,900 | 1,536,080 | 395,200 | 464,426 | 206,800 | 3.63x | 12.01x |
| Fluent, Inc. | NasdaqCM:FLNT | 199,077 | 50,013 | 10,089 | 239,001 | 186,836 | 235,098 | (14,276) | 24,164 | (26,907) | 1.02x | 9.89x |
| | | | | | | | | | | | | |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | $ 1,241,427 | $ 12,125 | $ 282,086 | $ 971,466 | $ 364,967 | $ 444,224 | $ 31,623 | $ 61,125 | 18,698 | 2.19x | 15.89x |
| Zillow Group, Inc. | NasdaqGS:ZG | $ 6,444,271 | $ 367,404 | $ 507,515 | $ 6,304,160 | $ 846,589 | $ 1,044,563 | $ 26,708 | $ 208,790 | (33,882) | 6.04x | 30.19x |
| Yelp Inc. | NYSE:YELP | $ 2,759,026 | $ - | $ 479,533 | $ 2,279,493 | $ 716,063 | $ 889,807 | $ 24,481 | $ 160,798 | 1,435 | 2.56x | 14.18x |
| Alphabet Inc. | NasdaqGS:GOOGL | $ 584,911,353 | $ 3,935,000 | $ 86,333,000 | $ 502,513,353 | $ 90,272,000 | $ 105,969,194 | $ 29,816,000 | $ 43,272,878 | 23,716,000 | 4.74x | 11.61x |
| Meta Platforms, Inc. | NasdaqGS:META | $ 397,141,235 | $ - | $ 29,449,000 | $ 367,692,235 | $ 27,638,000 | $ 37,855,827 | $ 14,769,000 | $ 23,620,010 | 12,427,000 | 9.71x | 15.57x |
| JD.com, Inc. | NasdaqGS:JD | 43,566,873 | $ 3,972,934 | $ 3,185,044 | $ 44,354,763 | $ 37,199,347 | $ 49,635,232 | $ 312,331 | $ 854,899 | (180,265) | 0.89x | 51.88x |
| Trip.com Group Limited | NasdaqGS:TCOM | $ 24,009,573 | $ 6,556,140 | $ 4,687,551 | $ 25,878,161 | $ 2,771,697 | $ 3,954,900 | $ (120,546) | $ 781,617 | (223,522) | 6.54x | 33.11x |
| | | | | | | | | | | | | |
| *Correlation to MVIC* | | | | | | *0.88* | *0.88* | *0.97* | *0.98* | *0.98* | | |
| *Correlation to Price* | | | | | | *0.88* | *0.88* | *0.97* | *0.98* | *0.98* | | |

| | | |
|---|---|---|
| Upper Quartile | 5.59x | 15.65x |
| Mean | 3.82x | 18.09x |
| Median | 3.11x | 12.00x |
| Lower Quartile | 2.46x | 10.16x |
| | | |
| **Selected Multiple** | **1.68x** | **6.00x** |
| Subject Company Base Value | $ 449,869 | $ 220,293 |
| | | |
| Indicated Value | 755,780 | 1,321,758 |
| Interest Bearing Debt | (333,784) | (333,784) |
| | | |
| **Indicated Equity Value** | $ 421,996 | $ 987,974 |
| Weighting | 33.3% | 66.7% |
| | | |
| **Weighted Value (in thousands)** | | $ 799,314 |
| Add: March 2017 Financing Proceeds | | 262,737 |
| Add: Subject Company Cash | | 4,210 |
| | | |
| **Total Equity Value - Non-Controlling, Marketable Basis** | | $ 1,066,262 |
| | | |
| **Total Equity Value - Non-Controlling, Marketable Basis (rounded)** | | $ 1,070,000 |

**Notes:**
Source: S&P Capital IQ.
[1] MVIC = Market Value of Invested Capital. Presented as net of cash.



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                                                                              **Exhibit 2.5.1**
Business Valuation                                                                                                 Capitalization Table as of September 30, 2017 and Resulting Ownership Percentage
As of March 1, 2017

**Outcome Inc. Capitalization table**                                                              **Implied Ownership of Outcome Holdings, LLC by Outcome, Inc.**

| | [1] | [1] | [1] | [1] | [1] | [1] | | [2] | [3] | | [4] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Investment | Class A Common Stock | Class B Common Stock | Series C-1 Common Stock | Outstanding Shares | Outstanding Ownership | | Outcome Inc. Units from Purchases | Outcome Inc. Units from Contributions | Investor Total Units | Founder Owned Units | Total Units |
| Rishi Shah | | | 4,874,872 | - | 4,874,872 | 9.0048% | | | | | | |
| Shrada Agarwal | | | 487,487 | - | 487,487 | .9005% | | | | | | |
| GPOP | $100,000,000 | | - | 10,000,000 | 10,000,000 | 18.4720% | | 1,000,000 | 110,000 | 1,000,051 | 109,949 | |
| Juna | $7,500,000 | | - | 750,000 | 750,000 | 1.3854% | | 75,000 | 8,250 | 75,004 | 8,246 | |
| Marshfield/EnsignPeak | $15,000,000 | | - | 1,500,000 | 1,500,000 | 2.7708% | | 150,000 | 16,500 | 150,008 | 16,492 | |
| Balyasny | $20,000,000 | | - | 2,000,000 | 2,000,000 | 3.6944% | | 200,000 | 22,000 | 200,010 | 21,990 | |
| Norwest | $50,000,000 | | - | 5,000,000 | 5,000,000 | 9.2360% | | 500,000 | 55,000 | 500,025 | 54,975 | |
| Prtizker | $50,000,000 | | - | 5,000,000 | 5,000,000 | 9.2360% | | 500,000 | 55,000 | 500,025 | 54,975 | |
| CapitalG | $50,000,000 | | - | 5,000,000 | 5,000,000 | 9.2360% | | 500,000 | 55,000 | 500,025 | 54,975 | |
| Alpha Annex Outcome Health Fund LLC | $4,050,000 | | - | 405,000 | 405,000 | .7481% | | 40,500 | 4,455 | 40,502 | 4,453 | |
| Alpha Venture Partners Fund, L.P. | $500,000 | | - | 50,000 | 50,000 | .0924% | | 5,000 | 550 | 5,000 | 550 | |
| Alpha Venture Partners Fund II, L. P. | $1,000,000 | | - | 100,000 | 100,000 | .1847% | | 10,000 | 1,100 | 10,001 | 1,099 | |
| Emerson Collective Investments, LLC | $50,000,000 | | - | 5,000,000 | 5,000,000 | 9.2360% | | 500,000 | 55,000 | 500,025 | 54,975 | |
| Hamilton Lane Co-Investment Fund III Holdings-2 LP | $38,504,000 | | - | 3,850,400 | 3,850,400 | 7.1124% | | 385,040 | 42,354 | 385,060 | 42,335 | |
| Hamilton Lane Private Equity Fund IX Holdings LP | $1,496,000 | | - | 149,600 | 149,600 | .2763% | | 14,960 | 1,646 | 14,961 | 1,645 | |
| Leerink Transformation Fund I L.P. | $15,000,000 | | - | 1,500,000 | 1,500,000 | 2.7708% | | 150,000 | 16,500 | 150,008 | 16,492 | |
| Leerink Transformation Partners Strategic Fund L.P. | $5,000,000 | | - | 500,000 | 500,000 | .9236% | | 50,000 | 5,500 | 50,003 | 5,497 | |
| Private Equity Strategic Opportunities Fund III, L.P. | $8,000,000 | | - | 800,000 | 800,000 | 1.4778% | | 80,000 | 8,800 | 80,004 | 8,796 | |
| Buyout Core Fund VII, L.P. | $2,550,000 | | - | 255,000 | 255,000 | .4710% | | 25,500 | 2,805 | 25,501 | 2,804 | |
| Private Equity Core Fund VI, L. P. | $540,930 | | - | 54,093 | 54,093 | .0999% | | 5,409 | 595 | 5,410 | 595 | |
| Buyout Core Fund VI, L. P. | $2,459,070 | | - | 245,907 | 245,907 | .4542% | | 24,591 | 2,705 | 24,592 | 2,704 | |
| Private Equity Core Fund VII, L.P. | $450,000 | | - | 45,000 | 45,000 | .0831% | | 4,500 | 495 | 4,500 | 495 | |
| Prudence Outcome Holdings, LLC | $6,750,000 | | - | 675,000 | 675,000 | 1.2469% | | 67,500 | 7,425 | 67,503 | 7,422 | |
| UDI Partners, LLC – Series T | $15,000,000 | | - | 1,500,000 | 1,500,000 | 2.7708% | | 150,000 | 16,500 | 150,008 | 16,492 | |
| Avatar Capital Outcome Health LLC | $4,072,500 | 407,250 | | - | 407,250 | .7523% | | 40,725 | 4,480 | 40,727 | 4,478 | |
| Alpha Annex Outcome Health Fund LLC | $1,285,800 | 128,580 | | - | 128,580 | .2375% | | 12,858 | 1,414 | 12,859 | 1,414 | |
| Outcome Health Investors LLC | $32,943,870 | 3,294,387 | | - | 3,294,387 | 6.0854% | | 329,439 | 36,238 | 329,455 | 36,222 | |
| Massachusetts Innovation Catalyst Fund I LP | $5,635,000 | 563,500 | | - | 563,500 | 1.0409% | | 56,350 | 6,199 | 56,353 | 6,196 | |
| Context Media Health Holdings LLC (Founders) | N/A | N/A | N/A | N/A | N/A | N/A | | | | | 49,463,489 | |
| **Total Shares Outstanding** | $487,737,170 | 4,393,717 | 5,362,359 | 44,380,000 | 54,136,076 | 100% | | 4,877,372 | 536,511 | 4,877,619 | 49,999,752 | 54,877,372 |
| **Percentage Outstanding** | | 8.1% | 9.9% | 82.0% | 100.0% | | | | | | | |
| **Price Per Share** | | | | $ 10.00 | | | **Percentage Ownership, Outcome Holdings, LLC:** | **8.9%** | | **91.1%** | | 100.0% |

Purchase Ratio:     0.01000  [2]
Contribution Ratio:     0.00110  [3]
Founder Units prior to investment:     50,000,000  [4]

**Ownership of Outcome Inc.**

| | Shares | Percentage |
|---|---|---|
| Class A | 4,393,717 | 8.1% |
| Class C | 44,380,000 | 82.0% |
| Investors | 48,773,717 | **90.1%** |
| | | |
| Class B (Founders) | 5,362,359 | **9.9%** |
| | | |
| Total | 54,136,076 | 100.0% |

**Sources:**
[1] Outcome Inc. capitalization as of September 30, 2017 from Capitalization table as of September 30, 2017 (see Outcome Inc Cap Table 09302017.xlsx).
[2] Outcome Holdings, LLC Units purchased by Outcome, Inc. are calculated based on a ratio of 0.01 share purchased per dollar invested (see Project C Ownership and Capitalization post-Round 3_(46780221_1).XLSX and Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF). I understand that purchased units are created at the time of investment.
[3] Outcome Holdings, LLC Units contributed by the founders to Outcome, Inc. are based on a ratio of 0.0110 share contributed per dollar invested (see Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF). I understand that contributed units already exist as of time of investment and are transferred from founders.
[4] I understand that founders owned 50,000,000 units of Outcome Holdings, LLC prior to transaction.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

| Outcome Holdings LLC | Exhibit 2.5.2 |
|---|---|
| Business Valuation | ContextMedia Reorganization resulting from Goldman Sachs Equity Raise, as of March 24, 2017 |
| As of March 1, 2017 | |



**Sources and Notes:**

Context - Revised Structure Chart (003).pdf

[1]   See Exhibit 2.5.2.  This represents the share ownership percentages as of September 30, 2017.  This are lower than equity interests once liquidation preferences are considered, as explained in the Saba Report.

[2]   Prior to transaction, Outcome LLC was owned entirely by CMHH (see February 17, 2017 LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF, Schedule I).  As part of the transaction CMHH assigned its ownership interest in Outcome LLC to Outcome Holdings LLC (see March 1, 2017 Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF, Par. 1).

[3]   As part of transaction, CMHH contributed the entirety of its interest in Context Media LLC to Outcome, LLC (see Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF, Par. 1 and Exhibit A).



**Outcome Holdings LLC** **Exhibit 3.1**

Business Valuation - Adjusted | Summary of Values
As of March 01, 2017 | *(in thousands of USD)*

| Method | Reference | Value | Weighting | Weighted Value |
|---|---|---|---|---|
| **Credit Case** | | | | |
| Discounted Cash Flow Method | Exhibit 3.3.6.C | $ 740,000 | 66.7% | 493,333 |
| Guideline Public Company Method | Exhibit 3.4.1.C | 870,000 | 33.3% | 290,000 |
| **Indicated Value – 100% Controlling, Marketable Interest Basis** | | | 100.0% | $ 783,333 |
| **Fair Market Value – 100% Controlling, Marketable Interest Basis (rounded)** | | | | $ 780,000 |

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**     **Exhibit 3.2.1**

Business Valuation - Adjusted     Historical Balance Sheets (Consolidated)
As of March 01, 2017     *(in thousands of USD)*

| | Audited As of 12-31-13 | Audited As of 12-31-14 | Audited As of 12-31-15 | Audited As of 12-31-16 | Co. Prepared As of 03-01-17 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current Assets | | | | | |
| Current Operating Assets | | | | | |
| Cash & Equivalents | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 4,210 |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 4,993 |
| Amounts Due From Related Parties and Members | 155 | 257 | 182 | 1,500 | - |
| Other Current Assets | - | - | - | - | 273 |
| Total Current Operating Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 |
| Total Current Non-Operating Assets | - | - | - | - | - |
| Total Current Assets | 22,502 | 17,476 | 45,351 | 59,595 | 50,330 |
| | | | | | |
| Fixed Assets | | | | | |
| Point-of-Care Displays, Media Computing and Related | 40,753 | 50,535 | 72,732 | 82,317 | 87,556 |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 4,170 |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 299 |
| Furniture and Equipment | 979 | 1,806 | 3,686 | 2,167 | 2,167 |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 4,793 |
| Capital Lease | - | - | - | 630 | 630 |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,697 |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 388 |
| Point-Of-Care Displays and Related Equip. not yet in Servi | - | - | 3,909 | 3,929 | 3,456 |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (35,278) |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| | | | | | |
| Non Current Assets | | | | | |
| Intangible Assets | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 119,352 |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 72,273 |
| Accumulated Amortization | - | - | - | - | (2,159) |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 189,466 |
| Total Long Term Receivables | - | - | - | 588 | - |
| Other Non-Current Assets | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - |
| Origination Fees | - | - | - | - | 1,465 |
| Amounts Due from Related Parties | - | - | - | 140 | - |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 762 |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 2,259 |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 191,725 |
| | | | | | |
| **Total Assets** | $ 137,624 | $ 137,561 | $ 181,932 | $ 325,622 | $ 314,932 |
| | | | | | |
| **Liabilities and Equity:** | | | | | |
| | | | | | |
| Liabilities | | | | | |
| Current Liabilities | | | | | |
| Current Operating Liabilities | | | | | |
| Accounts Payable | $ 2,571 | $ 4,459 | $ 9,496 | $ 17,607 | $ 14,118 |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 311 |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 10,292 |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 1,483 |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 26,204 |
| Current Debt Obligations | | | | | |
| Current Maturities of Long-Term Debt | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 |
| Amounts Due to Related Parties and Members | - | - | - | 3,132 | 5,195 |
| Convertible Notes Payable- Current | 427 | 75 | - | - | - |
| Capital Lease Liability | - | - | - | - | 435 |
| Line of Credit | - | 4,113 | 2,251 | - | - |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 21,880 |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 48,084 |
| | | | | | |
| Non Current Liabilities | | | | | |
| Long Term Debt | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | 32,000 |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 285,099 |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 317,099 |
| Other Non Current Liabilities | | | | | |
| Deferred Rent and Other LT Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 |
| Sublease Liability | - | - | - | - | - |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 320,216 |
| | | | | | |
| Total Liabilities | 39,642 | 66,624 | 106,782 | 365,829 | 368,300 |
| | | | | | |
| Equity | | | | | |
| Equity Context Media | 4,686 | (2,314) | (4,206) | (40,207) | (53,368) |
| Equity AccentHealth | 93,296 | 73,251 | 79,356 | - | - |
| Adjustment for Overstated Revenue | - | - | - | - | - |
| Retained Earnings | - | - | - | - | - |
| | | | | | |
| Total Equity | 97,982 | 70,937 | 75,150 | (40,207) | (53,368) |
| | | | | | |
| **Total Liabilities and Equity** | $ 137,624 | $ 137,561 | $ 181,932 | $ 325,622 | $ 314,932 |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** **Exhibit 3.2.2**

Business Valuation - Adjusted | Historical Income Statements (Consolidated)
As of March 01, 2017 | *(in thousands of USD)*

| | Audited FYE 12-31-13 | Audited FYE 12-31-14 | Audited FYE 12-31-15 | Audited FYE 12-31-16 | Co. Prepared 2 Mo. Ended 03-01-17 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ 128,118 | $ 25,575 |
| WR Screens | - | 19,577 | 34,137 | - | - |
| ER Tablets | - | 3,729 | 27,931 | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| Context Media Revenue | 15,102 | 23,306 | 62,068 | 128,118 | 25,575 |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - |
| Revenue Adjustment | - | - | - | - | - |
| Total Revenue | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 25,575 |
| | | | | | |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - |
| | | | | | |
| Gross Profit | 46,317 | 55,817 | 91,511 | 169,320 | 25,575 |
| | | | | | |
| **Operating Expenses** | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 4,814 |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 5,753 |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 4,201 |
| Marketing | 294 | 878 | 3,726 | 14,555 | 3,215 |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 9,046 |
| Non-Recurring Legal and Professional Fees | - | - | - | - | - |
| Non-Recurring Legal Settlement | - | - | - | - | - |
| Accent Health Acquisition Costs | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Context Media Total Expenses | 8,908 | 17,533 | 43,086 | 96,045 | 27,030 |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | 21,573 | 29,817 | 55,832 | 129,401 | 27,030 |
| | | | | | |
| Total Officers' Compensation | - | - | - | - | - |
| | | | | | |
| **EBITDA** | **24,745** | **26,001** | **35,679** | **39,918** | **(1,455)** |
| | | | | | |
| **Depreciation & Amortization** | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 2,287 |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 5,481 |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 |
| | | | | | |
| **EBIT** | **15,444** | **15,795** | **21,431** | **8,415** | **(9,223)** |
| | | | | | |
| Miscellaneous Income/(Expense) | | | | | |
| Interest Income | 2 | 11 | 27 | 48 | 1 |
| Gain/(Loss) on Sale of Fixed Assets | 1 | (59) | - | - | - |
| Other Income/(Expense) | 10 | 6 | 2 | - | - |
| Total Miscellaneous Income/(Expense) | 14 | (42) | 29 | 48 | 1 |
| | | | | | |
| Interest Expense | 2,410 | 2,519 | 3,326 | 8,609 | 5,358 |
| | | | | | |
| Pre-Tax Income | 13,048 | 13,234 | 18,135 | (147) | (14,580) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| | | | | | |
| **Net Income/(Loss)** | **$ 13,048** | **$ 13,234** | **$ 18,135** | **$ (147)** | **$ (14,580)** |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                       **Exhibit 3.2.3**

| | | | | | |
|---|---|---|---|---|---|
| Business Valuation - Adjusted | | | | | Adjustments to Financial Statements |
| As of March 01, 2017 | | | | | *(in thousands of USD)* |

| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 03-01-17 |
|---|---|---|---|---|---|
| **Balance Sheet Adjustments:** | | | | | |
| Cash & Equivalents [1] | | | $ (15,075) | $ (44,908) | (49,020) |
| **Total Balance Sheet Adjustments** | **-** | **-** | **(15,075)** | **(44,908)** | **(49,020)** |
| **Income Statement Adjustments:** | | | | | |
| Revenue | | | | | |
| Context Media | | | | | |
| WR Screens | $ - | $ - | $ - | $ - | $ - |
| ER Tablets | - | - | - | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| AccentHealth Revenue | - | - | - | - | - |
| Revenue Adjustment [2] | - | - | (15,075) | (29,833) | (4,112) |
| Total Revenue | $ - | $ - | $ (15,075) | $ (29,833) | $ (4,112) |
| Total Cost of Goods Sold | - | - | - | - | - |
| Gross Profit | - | - | (15,075) | (29,833) | (4,112) |
| Operating Expenses | | | | | |
| Membership | - | - | - | - | - |
| Sponsorship Sales | - | - | - | - | - |
| Product Development | - | - | - | - | - |
| Marketing | - | - | - | - | - |
| G&A | - | - | - | - | - |
| Non-Recurring Legal and Professional Fees [3] | (764) | (1,987) | (1,092) | (526) | - |
| Non-Recurring Legal Settlement [4] | - | (750) | - | - | - |
| Accent Health Acquisition Costs [5] | - | - | - | (2,006) | - |
| Context Media Total Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| AccentHealth Selling Expenses | - | - | - | - | - |
| AccentHealth G&A | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| Total Officers' Compensation | - | - | - | - | - |
| **EBITDA** | **764** | **2,737** | **(13,983)** | **(27,301)** | **(4,112)** |
| Amortization (Context Media) | - | - | - | - | - |
| Depreciation (Context Media) | - | - | - | - | - |
| Depreciation & Amort (Accent Health) | - | - | - | - | - |
| Total Depreciation & Amortization | - | - | - | - | - |
| **EBIT** | **764** | **2,737** | **(13,983)** | **(27,301)** | **(4,112)** |
| Miscellaneous Income/(Expense) | | | | | |
| Interest Income | (2) | (11) | (27) | (48) | (1) |
| Gain/(Loss) on Sale of Fixed Assets | (1) | 59 | - | - | - |
| Other Income/(Expense) | (10) | (6) | (2) | - | - |
| Total Miscellaneous Income/(Expense) | (14) | 42 | (29) | (48) | (1) |
| Interest Expense | - | - | - | - | - |
| Pre-Tax Income | 750 | 2,779 | (14,012) | (27,348) | (4,113) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| **Total Income Statement Adjustments** | **$ 750** | **$ 2,779** | **$ (14,012)** | **$ (27,348)** | **$ (4,113)** |

**Notes**

[1] Adjustment to cash to reflect cumulative effects of adjustment to revenue.
[2] Adjustment to historical revenue for effects for fraud, per Exhibit 3.7.2.
[3] One time legal costs for stock redemption, forming LLC sub, immigration for president Agrawal. Figures through 2015 included in QOE Study. Draft Project Wildcat Report 2-26-15.pdf p. 16 and Project Wildcat Report 11-2-2015 draft p. 17.
[4] One time legal costs to settle unfair competition cases, included in QOE Study.
[5] Non-operating acquisition costs for AccentHealth in December 2016.



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**
Business Valuation - Adjusted
As of March 01, 2017

**Exhibit 3.2.4**
Adjusted Balance Sheets
*(in thousands of USD)*

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 03-01-17 | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 03-01-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Assets** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Current Operating Assets | | | | | | | | | | | | | |
| Cash & Equivalents | $ 7,869 | $ 3,859 | $ (12,515) | $ (40,831) | $ (44,810) | 5.7% | 2.8% | -7.5% | -14.5% | -16.9% | 17.0% | 8.2% | 16.6% |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 | 9.9% | 8.8% | 22.7% | 17.7% | 15.4% | 8.8% | 28.8% | 34.3% |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 4,993 | 0.7% | 0.9% | 2.8% | 1.5% | 1.9% | 1.3% | 7.7% | 3.3% |
| Amounts Due From Related Partie | 155 | 257 | 182 | 1,500 | - | 0.1% | 0.2% | 0.1% | 0.5% | 0.0% | NA | NA | NA |
| Other Current Assets | - | - | - | - | 273 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 4.8% | 1.8% | 7.8% |
| Total Current Operating Assets | 22,502 | 17,476 | 30,276 | 14,687 | 1,310 | 16.4% | 12.7% | 18.1% | 5.2% | 0.5% | 31.9% | 46.5% | 62.0% |
| Total Current Non-Operating Assets | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Assets | 22,502 | 17,476 | 30,276 | 14,687 | 1,310 | 16.4% | 12.7% | 18.1% | 5.2% | 0.5% | 31.9% | 46.5% | 62.0% |
| | | | | | | | | | | | | | |
| **Fixed Assets** | | | | | | | | | | | | | |
| Point-of-Care Displays, Media Compu | 40,753 | 50,535 | 72,732 | 82,317 | 87,556 | 29.6% | 36.7% | 43.6% | 29.3% | 32.9% | NA | NA | NA |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 4,170 | 0.2% | 0.4% | 0.9% | 1.3% | 1.6% | NA | NA | NA |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 299 | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | NA | NA | NA |
| Furniture and Equipment | 979 | 1,806 | 3,666 | 2,167 | 2,167 | 0.7% | 1.3% | 2.2% | 0.8% | 0.8% | NA | NA | NA |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 4,793 | 0.1% | 0.4% | 0.9% | 1.4% | 1.8% | NA | NA | NA |
| Capital Lease | - | - | - | 630 | 630 | 0.0% | 0.0% | 0.0% | 0.2% | 0.2% | NA | NA | NA |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,697 | 0.0% | 2.3% | 2.0% | 1.7% | 1.8% | NA | NA | NA |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 388 | 0.1% | 0.1% | 0.1% | 0.2% | 0.1% | NA | NA | NA |
| Point-of-Care Displays and Related E | - | 554 | 3,909 | 3,509 | 3,456 | 0.0% | 0.4% | 2.3% | 1.4% | 1.3% | NA | NA | NA |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (35,278) | -18.8% | -23.8% | -25.9% | -10.7% | -13.3% | NA | NA | NA |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 | 11.9% | 18.0% | 26.1% | 25.8% | 27.4% | 12.3% | 25.2% | 15.7% |
| | | | | | | | | | | | | | |
| **Non Current Assets** | | | | | | | | | | | | | |
| Intangible Assets | | | | | | | | | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 119,352 | 57.3% | 57.3% | 47.2% | 42.5% | 44.9% | NA | NA | NA |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 72,273 | 13.2% | 11.2% | 7.6% | 25.7% | 27.2% | NA | NA | NA |
| Accumulated Amortization | - | - | - | - | (2,159) | 0.0% | 0.0% | 0.0% | 0.0% | -0.8% | NA | NA | NA |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 189,466 | 70.4% | 68.5% | 54.8% | 68.2% | 71.3% | 44.6% | 22.2% | NA |
| Total Long Term Receivables | - | - | - | 588 | - | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | NA | NA | NA |
| Other Non-Current Assets | | | | | | | | | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - | 0.0% | 0.0% | 0.3% | 0.5% | 0.0% | NA | NA | NA |
| Origination Fees | - | - | - | - | 1,465 | 0.0% | 0.0% | 0.0% | 0.0% | 0.6% | NA | NA | NA |
| Amounts Due from Related Parties | - | - | - | 140 | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 762 | 1.3% | 0.8% | 0.6% | 0.0% | 0.3% | NA | NA | NA |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 2,259 | 1.3% | 0.8% | 1.0% | 0.6% | 0.8% | 11.2% | 6.1% | 22.3% |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 191,725 | 71.8% | 69.3% | 55.8% | 69.0% | 72.1% | 55.8% | 28.2% | 22.3% |
| | | | | | | | | | | | | | |
| **Total Assets** | $ 137,624 | $ 137,561 | $ 166,857 | $ 280,714 | $ 265,912 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | |
| **Liabilities and Equity:** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Current Operating Liabilities | | | | | | | | | | | | | |
| Accounts Payable | $ 2,571 | $ 4,459 | $ 9,496 | $ 17,607 | $ 14,118 | 1.9% | 3.2% | 5.7% | 6.3% | 5.3% | 6.3% | 15.3% | 18.9% |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 311 | 0.1% | 0.3% | 4.1% | 0.7% | 0.1% | 2.7% | NA | NA |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 10,292 | 0.6% | 1.1% | 1.3% | 4.4% | 3.9% | NA | NA | NA |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 1,483 | 1.6% | 0.8% | 1.2% | 0.0% | 0.6% | 7.7% | 11.8% | 22.6% |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 26,204 | 4.2% | 5.4% | 12.4% | 11.3% | 9.9% | 16.7% | 27.1% | 41.5% |
| Current Debt Obligations | | | | | | | | | | | | | |
| Current Maturities of Long-Term D | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 | 2.4% | 7.4% | 5.6% | 5.8% | 6.1% | 0.4% | 6.1% | NA |
| Amounts Due to Related Parties a | - | - | - | 3,132 | 5,195 | 0.0% | 0.0% | 0.0% | 1.1% | 2.0% | 0.9% | 3.8% | NA |
| Convertible Notes Payable- Curren | 427 | 75 | - | - | - | 0.3% | 0.1% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Capital Lease Liability | - | - | - | - | 435 | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | NA | NA | NA |
| Line of Credit | - | 4,113 | 2,251 | - | - | 0.0% | 3.0% | 1.3% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 21,680 | 2.7% | 10.5% | 7.0% | 6.9% | 8.2% | 1.4% | 9.9% | 4.3% |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 48,084 | 6.9% | 15.9% | 19.3% | 18.2% | 18.1% | 18.0% | 37.0% | 45.8% |
| | | | | | | | | | | | | | |
| **Non Current Liabilities** | | | | | | | | | | | | | |
| Long Term Debt | | | | | | | | | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | 32,000 | 0.0% | 0.0% | 23.2% | 8.9% | 12.0% | NA | NA | NA |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 285,099 | 1.0% | 4.4% | 13.1% | 101.2% | 107.2% | NA | NA | NA |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - | 20.9% | 17.5% | 6.4% | 0.0% | 0.0% | NA | NA | NA |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - | 0.0% | 8.5% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 317,099 | 21.9% | 30.4% | 42.7% | 110.1% | 119.2% | 33.4% | 38.5% | 21.4% |
| Other Non Current Liabilities | | | | | | | | | | | | | |
| Deferred Rent and Other LT Liabili | - | 2,908 | 3,287 | 5,501 | 3,117 | 0.0% | 2.1% | 2.0% | 2.0% | 1.2% | NA | NA | NA |
| Sublease Liability | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 8.7% | 7.1% | NA |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,117 | 0.0% | 2.1% | 2.0% | 2.0% | 1.2% | 8.7% | 7.1% | NA |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 320,216 | 21.9% | 32.5% | 44.6% | 112.1% | 120.4% | 42.1% | 45.6% | 21.4% |
| | | | | | | | | | | | | | |
| Total Liabilities | 39,642 | 66,624 | 106,782 | 365,829 | 368,300 | 28.8% | 48.4% | 64.0% | 130.3% | 138.5% | 60.1% | 82.6% | 67.2% |
| | | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | | |
| Equity Context Media | 4,686 | (2,314) | (4,206) | (40,207) | (53,368) | 3.4% | -1.7% | -2.5% | -14.3% | -20.1% | NA | NA | NA |
| Equity AccentHealth | 93,296 | 73,251 | 79,356 | - | - | 67.8% | 53.2% | 47.6% | 0.0% | 0.0% | NA | NA | NA |
| Adjustment for Overstated Revenue | - | - | (15,075) | (44,908) | (49,020) | 0.0% | 0.0% | -9.0% | -16.0% | -18.4% | NA | NA | NA |
| Retained Earnings | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| | | | | | | | | | | | | | |
| Total Equity | 97,982 | 70,937 | 60,075 | (85,115) | (102,388) | 71.2% | 51.6% | 36.0% | -30.3% | -38.5% | 39.8% | 17.3% | 32.9% |
| | | | | | | | | | | | | | |
| **Total Liabilities and Equity** | $ 137,624 | $ 137,561 | $ 166,857 | $ 280,714 | $ 265,912 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**
[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 3.2.5**

Business Valuation - Adjusted  Adjusted Income Statements

As of March 01, 2017  *(in thousands of USD)*

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mo. Ended 03-01-17 | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mo. Ended 03-01-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Revenue** | | | | | | | | | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ - | $ 128,118 | $ 25,575 | 26.5% | 0.0% | 0.0% | 0.0% | 88.3% | 119.2% | NA | NA | NA |
| WR Screens | - | 19,577 | 34,137 | - | - | 0.0% | 29.0% | 38.1% | 0.0% | 0.0% | NA | NA | NA |
| ER Tablets | - | 3,729 | 27,931 | - | - | 0.0% | 5.5% | 31.1% | 0.0% | 0.0% | NA | NA | NA |
| WB Screens | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| WIFI | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Context Media Revenue | $ 15,102 | $ 23,306 | $ 62,068 | $ 128,118 | $ 25,575 | 26.5% | 34.6% | 69.2% | 88.3% | 119.2% | NA | NA | NA |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - | 73.5% | 65.4% | 47.6% | 32.3% | 0.0% | NA | NA | NA |
| Revenue Adjustment | - | - | (15,075) | (29,833) | (4,112) | 0.0% | 0.0% | -16.8% | -20.6% | -19.2% | NA | NA | NA |
| **Total Revenue** | $ 56,946 | $ 67,430 | $ 89,670 | $ 145,136 | $ 21,463 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - | 18.7% | 17.2% | 14.8% | 3.9% | 0.0% | 43.7% | 0.0% | 49.9% |
| | | | | | | | | | | | | | |
| Gross Profit | 46,317 | 55,817 | 76,436 | 139,487 | 21,463 | 81.3% | 82.8% | 85.2% | 96.1% | 100.0% | 56.3% | 100.0% | 50.1% |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 4,814 | 2.3% | 3.7% | 24.6% | 15.6% | 22.4% | | | |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 5,753 | 2.9% | 5.1% | 9.4% | 14.6% | 26.8% | NA | NA | NA |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 4,201 | 4.2% | 6.0% | 9.4% | 9.9% | 19.6% | NA | NA | NA |
| Marketing | 294 | 878 | 3,726 | 14,555 | 3,215 | 0.5% | 1.3% | 4.2% | 10.0% | 15.0% | NA | NA | NA |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 9,046 | 5.6% | 9.8% | 0.5% | 16.0% | 42.1% | NA | NA | NA |
| Non-Recurring Legal and Professional Fees | (764) | (1,987) | (1,092) | (526) | - | -1.3% | -2.9% | -1.2% | -0.4% | 0.0% | NA | NA | NA |
| Non-Recurring Legal Settlement | - | (750) | - | - | - | 0.0% | -1.1% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Accent Health Acquisition Costs | - | - | - | (2,006) | - | 0.0% | 0.0% | 0.0% | -1.4% | 0.0% | NA | NA | NA |
| Context Media Total Expenses | 8,144 | 14,797 | 41,994 | 93,513 | 27,030 | 14.3% | 21.9% | 46.8% | 64.4% | 125.9% | NA | NA | NA |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - | 13.1% | 11.3% | 8.3% | 0.0% | 0.0% | NA | NA | NA |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - | 9.2% | 6.9% | 5.9% | 23.0% | 0.0% | NA | NA | NA |
| Total Operating Expenses | 20,809 | 27,080 | 54,740 | 126,869 | 27,030 | 36.5% | 40.2% | 61.0% | 87.4% | 125.9% | 36.8% | 88.6% | 30.1% |
| | | | | | | | | | | | | | |
| Total Officers' Compensation | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | 0.0% | 2.6% |
| | | | | | | | | | | | | | |
| **EBITDA** | 25,509 | 28,737 | 21,696 | 12,618 | (5,567) | 44.8% | 42.6% | 24.2% | 8.7% | -25.9% | 19.5% | 11.4% | 17.4% |
| | | | | | | | | | | | | | |
| **Depreciation & Amortization** | | | | | | | | | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 2,287 | 0.0% | 0.3% | 0.9% | 0.7% | 10.7% | NA | NA | NA |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 5,481 | 1.8% | 3.2% | 5.5% | 13.7% | 25.5% | NA | NA | NA |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - | 14.5% | 11.6% | 9.4% | 7.2% | 0.0% | NA | NA | NA |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 | 16.3% | 15.1% | 15.9% | 21.7% | 36.2% | 9.0% | 4.9% | 2.1% |
| | | | | | | | | | | | | | |
| **EBIT** | 16,208 | 18,531 | 7,448 | (18,886) | (13,335) | 28.5% | 27.5% | 8.3% | -13.0% | -62.1% | 10.5% | 6.5% | 15.3% |
| | | | | | | | | | | | | | |
| Total Miscellaneous Income/(Expense) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.9% | -3.7% | 3.0% |
| | | | | | | | | | | | | | |
| Interest Expense | 2,410 | 2,519 | 3,325 | 8,609 | 5,358 | 4.2% | 3.7% | 3.7% | 5.9% | 25.0% | 5.2% | NA | 1.2% |
| | | | | | | | | | | | | | |
| Pre-Tax Income | 13,798 | 16,013 | 4,123 | (27,496) | (18,693) | 24.2% | 23.7% | 4.6% | -18.9% | -87.1% | 4.3% | 2.8% | 17.0% |
| Less: Income Taxes/(Benefit) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -42.0% | NA | 583.0% |
| | | | | | | | | | | | | | |
| **Net Income/(Loss)** | $ 13,798 | $ 16,013 | $ 4,123 | $ (27,496) | $ (18,693) | 24.2% | 23.7% | 4.6% | -18.9% | -87.1% | 46.3% | 2.8% | -566.0% |

**Growth Analysis:**

| | Revenue Growth | | | | | EBITDA Margin Growth | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Subject - 1 year | NA | 18.4% | 33.0% | 61.9% | NA | NA | NA | NA | NA | NA |
| Guideline Public Company Group [4] - 1 year | 21.7% | 22.3% | 18.4% | 21.7% | 21.7% | 13.6% | 10.1% | -2.0% | 20.5% | 20.5% |
| Industry [5] - 1 year | -2.6% | -0.7% | 1.3% | 1.8% | 2.5% | NA | NA | NA | NA | NA |
| | | | | | | | | | | |
| Subject - 3 year | | | NA | NA | 36.6% | 24.1% | | | NA | NA |
| Guideline Public Company Group - 3 year | | | 14.6% | 15.1% | 13.7% | 13.7% | | | 5.9% | 11.5% | 16.0% | 16.0% |
| Industry - 3 year | | | NA | -0.7% | 0.8% | 1.9% | | | NA | NA | NA | NA |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.
[4] Figures represent median of dataset as reported by S&P CapitalIQ.
[5] Source: IBISWorld. NAICS OD5889: Digital Marketing
Numbers have been annualized were applicable.




**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 3.2.6**

Business Valuation - Adjusted | Comparative Financial Ratios
As of March 01, 2017

| | Subject Company | | | | | Benchmark | | |
| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mo. Ended 03-01-17 | GPC [1,4] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
|---|---|---|---|---|---|---|---|---|
| **Liquidity Ratios** | | | | | | | | |
| Current Ratio | 2.4 | 0.8 | 0.9 | 0.3 | 0.0 | 1.6 | 1.1 | 1.4 |
| Quick (Acid-Test) Ratio | 2.3 | 0.7 | 0.8 | 0.2 | (0.1) | 1.3 | 0.8 | 1.1 |
| Working Capital as a % of Revenue | 29.5% | 14.9% | 10.7% | -11.8% | -19.3% | 2.3% | 13.8% | 11.6% |
| Days' Receivables | 43.5 | 69.6 | 101.8 | 110.1 | 128.3 | 51.6 | NA | 89.7 |
| Days' Inventory | 15.7 | 33.4 | 81.7 | 285.3 | NA | 0.0 | NA | 8.7 |
| Days' Payables | 44.1 | 110.5 | 192.4 | 875.6 | NA | 32.3 | NA | 99.2 |
| | | | | | | | | |
| **Coverage Ratios** | | | | | | | | |
| Times Interest Earned | 6.7 | 7.4 | 2.2 | (2.2) | (2.5) | 3.4 | 2.6 | 0.1 |
| NI+Non-Cash Expenditures | | | | | | | | |
| / Current L.T. Debt | 6.2 | 1.8 | 1.6 | 0.2 | (3.0) | NA | | 4.32 |
| | | | | | | | | |
| **Leverage Ratios** | | | | | | | | |
| Fixed Assets/Tangible Worth | 15.7 | -1.1 | -1.4 | -0.3 | -0.2 | -1.2 | 6.1 | 0.5 |
| Debt-to-Equity | 0.3 | 0.8 | 1.4 | -3.9 | -3.3 | 0.6 | 2.8 | 0.8 |
| | | | | | | | | |
| **Operating Ratios** | | | | | | | | |
| EBT/Tangible Worth | 1324.4% | -68.8% | -13.1% | 9.9% | 38.4% | NA | 45.3% | 72.1% |
| EBT/Total Assets | 10.0% | 11.6% | 2.5% | -9.8% | -42.2% | NA | 3.7% | 23.7% |
| Fixed Asset Turnover | 3.5 | 2.7 | 2.1 | 2.0 | 1.8 | 4.0 | 8.6 | 8.9 |
| Total Asset Turnover | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 1.4 |

**Notes:**
[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent median of dataset as reported by S&P CapitalIQ.
[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.
[4] Comparable group working capital is presented as net of cash.



**Outcome Holdings LLC**                    **Exhibit 3.3.1.C**

Business Valuation - Adjusted           Discounted Cash Flow Key Assumptions -- "Credit Case"
As of March 01, 2017           *(in thousands of USD)*

| | Historical 12-31-16 | % | Basis | 10 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Context Media Revenue | | | Annual Growth Rate | | 63.9% | 41.2% | 27.7% | 21.5% | | | | | | |
| AccentHealth Revenue | | | Annual Growth Rate | | 0.0% | 0.0% | 0.0% | 0.0% | | | | | | |
| Revenue Adjustment | | | Annual Growth Rate | | 157.1% | 50.0% | 3.7% | 0.0% | | | | | | |
| Total Revenue [1] | 145,136 | 100.0% | Annual Growth Rate | 65.1% | 53.3% | 36.4% | 24.5% | 19.5% | 17.5% | 15.5% | 12.0% | 10.0% | 7.0% | 5.0% |
| Long Term Growth Rate | | | Annual Growth Rate | | | | | | | | | | | 4.0% |
| Total Cost of Revenue | - | 0.0% | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses [2] | 126,869 | 87.4% | % of Revenue | 72.1% | 64.3% | 63.1% | 62.8% | 62.8% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% |
| Depreciation & Amortization | 7,768 | 5.4% | Exhibit 3.3.2.C | 13.4% | 14.3% | 9.9% | 8.4% | 7.7% | 7.0% | 6.7% | 6.7% | 6.7% | 7.0% | 7.2% |
| Interest Expense | 5,358 | 1.6% | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Income Tax Rate | - | | % of Pre-Tax Net Income | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Adj. Oper. Working Capital | (30,089) | -20.7% | Exhibit 3.3.3.C | 20.4% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| Adj. Oper. Working Capital | | | | 48,869 | 63,859 | 86,886 | 108,153 | 129,209 | 151,767 | 175,291 | 196,326 | 215,959 | 231,076 | 242,630 |
| Yr/yr Working Capital (Increase)/Reduction | | | | (78,959) | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (23,524) | (21,035) | (19,633) | (15,117) | (11,554) |
| Capital Expenditures | 8,330 | 5.7% | % of Revenue | 16.8% | 14.7% | 10.7% | 9.6% | 8.8% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Interest-Bearing Debt | 338,979 | NA | NA | - | - | - | - | - | - | - | - | - | - | - |

**Notes:**
[1] Revenue growth for 2018-2022 inputed from adjusted revenue on Exhibit 3.3.4.C. Revenue growth for period 2023 to 2027 is equal to that in unadjusted valuation as of March 1, 2017, Exhibit 2.3.1.C.
[2] Operating expense percentage as estimated in Exhibit 3.7.2.


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit 3.3.2.C**

| Business Valuation - Adjusted | Depreciation & Capital Expenditure Analysis -- "Credit Case" |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

| | | 10 Mo. Ended | | | | | For the Twelve Month Period Ending December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Forecast Depreciation** | | **12/31/2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** |
| Total Revenue | $ | 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,011,482 | $ 1,132,860 | $ 1,246,146 | $ 1,333,376 | $ 1,400,045 |
| Beginning Balance - Total Fixed Assets | | 72,878 | 81,160 | 82,628 | 86,605 | 93,883 | 102,337 | 110,781 | 123,867 | 139,143 | 154,914 | 168,269 |
| Capital Expenditures | | 40,335 | 54,082 | 53,781 | 59,669 | 65,891 | 70,059 | 80,919 | 90,629 | 99,692 | 106,670 | 112,004 |
| Fixed Assets | | 113,212 | 135,242 | 136,409 | 146,274 | 159,774 | 172,397 | 191,700 | 214,496 | 238,835 | 261,584 | 280,273 |
| *Capital Expenditures as a % of Revenue* | | *16.83%* | *14.73%* | *10.74%* | *9.57%* | *8.84%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* |
| Depreciation | | | | | | | | | | | | |
| Assumptions as to Depreciable Lives: | | | | | | | | | | | | |
| Beg. Dep Existing Fixed Assets - avg life | 2.2 | | | | | | | | | | | |
| Capital Additions - avg life | 3.3 | | | | | | | | | | | |
| Beginning Balance | $ | 27,015 | $ 32,418 | $ 13,444 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| March through Dec 2017 Additions | | 5,037 | 12,090 | 12,090 | 11,117 | - | - | - | - | - | - | - |
| 2018 Additions | | | 8,105 | 16,211 | 16,211 | 13,556 | - | - | - | - | - | - |
| 2019 Additions | | | | 8,060 | 16,120 | 16,120 | 13,480 | - | - | - | - | - |
| 2020 Additions | | | | | 8,943 | 17,885 | 17,885 | 14,956 | - | - | - | - |
| 2021 Additions | | | | | | 9,875 | 19,750 | 19,750 | 16,516 | - | - | - |
| 2022 Additions | | | | | | | 10,500 | 21,000 | 21,000 | 17,560 | - | - |
| 2023 Additions | | | | | | | | 12,127 | 24,255 | 24,255 | 20,282 | - |
| 2024 Additions | | | | | | | | | 13,583 | 27,165 | 27,165 | 22,716 |
| 2025 Additions | | | | | | | | | | 14,941 | 29,882 | 29,882 |
| 2026 Additions | | | | | | | | | | | 15,987 | 31,973 |
| 2027 Additions | | | | | | | | | | | | 16,786 |
| Total Depreciation | $ | 32,053 | $ 52,614 | $ 49,805 | $ 52,391 | $ 57,436 | $ 61,615 | $ 67,833 | $ 75,352 | $ 83,921 | $ 93,316 | $ 101,357 |
| *As a % of Revenue* | | *13.4%* | *14.3%* | *9.9%* | *8.4%* | *7.7%* | *7.0%* | *6.7%* | *6.7%* | *6.7%* | *7.0%* | *7.2%* |
| Net Fixed Assets | $ | 81,160 | $ 82,628 | $ 86,605 | $ 93,883 | $ 102,337 | $ 110,781 | $ 123,867 | $ 139,143 | $ 154,914 | $ 168,269 | $ 178,916 |
| *As a % of Revenue* | | *33.9%* | *22.5%* | *17.3%* | *15.1%* | *13.7%* | *12.6%* | *12.3%* | *12.4%* | *12.4%* | *12.6%* | *12.8%* |

| **Analysis of Capital Expenditure** | **FYE 12-31-13** | **FYE 12-31-14** | **FYE 12-31-15** | **FYE 12-31-16** | **2 Mo. Ended 03-01-17** |
|---|---|---|---|---|---|
| Net FA | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| Chg from PY | N/A | 8,358 | 18,789 | 28,811 | 562 |
| Depreciation & Amortization (Capitalized Software) | 9,301 | 10,206 | 14,248 | 31,504 | 7,768 |
| (Gain)/Loss | | (1) | 59 | - | - |
| Capital Expenditures | N/A | 18,623 | 33,037 | 60,315 | 8,330 |

| | **Avg 2013 - 2016** | | | | |
|---|---|---|---|---|---|
| Fixed Assets | 39,224 | 16,358 | 24,716 | 43,505 | 72,316 | 72,878 |
| *Fixed Assets as a % of Revenue* | *43.7%* | *28.7%* | *36.7%* | *48.5%* | *49.8%* | *56.6%* |
| Capital Expenditures | 37,325 | N/A | 18,623 | 33,037 | 60,315 | 8,330 |
| *Capital Expenditures as a % of Revenue* | *41.6%* | *N/A* | *27.6%* | *36.8%* | *41.6%* | *6.5%* |


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 3.3.3.C**
Business Valuation - Adjusted  Adjusted Working Capital Analysis -- "Credit Case"
As of March 01, 2017  *(in thousands of USD)*

| Working Capital | | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | Annualized 2 Mos Ended 03-01-17 | 10 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | [1] | $ 56,946 | $ 67,430 | $ 89,670 | $ 145,136 | $ 128,776 | $ 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,011,482 | $ 1,132,860 | $ 1,246,146 | $ 1,333,376 | $ 1,400,045 |
| Total COGS | | 10,628 | 11,612 | 13,234 | 5,649 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | | 20,809 | 27,080 | 54,740 | 126,869 | 162,180 | 172,644 | 236,107 | 315,980 | 391,939 | 467,808 | 548,124 | 633,083 | 709,053 | 779,958 | 834,555 | 876,283 |
| **Current Assets** | | | | | | | | | | | | | | | | | |
| Cash & Equivalents | | $ 7,869 | $ 3,859 | $ (12,515) | $ (40,631) | $ (44,810) | $ 28,380 | $ 38,812 | $ 51,942 | $ 64,428 | $ 76,900 | $ 90,103 | $ 104,068 | $ 116,557 | $ 128,212 | $ 137,187 | $ 144,047 |
| Accounts Receivable | | 13,563 | 12,152 | 37,891 | 49,706 | 40,854 | 52,518 | 70,431 | 96,056 | 119,628 | 142,937 | 167,951 | 193,983 | 217,261 | 238,987 | 255,716 | 268,502 |
| Prepaid Expenses | | 915 | 1,209 | 4,718 | 4,112 | 4,993 | 5,179 | 7,083 | 9,479 | 11,758 | 14,034 | 16,444 | 18,992 | 21,272 | 23,399 | 25,037 | 26,288 |
| Amounts Due From Related Parties and Members | | 155 | 257 | 182 | 1,640 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | | - | - | - | - | 273 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | | 22,502 | 17,476 | 30,276 | 14,827 | 1,310 | 86,077 | 116,326 | 157,477 | 195,814 | 233,871 | 274,497 | 317,044 | 355,089 | 390,598 | 417,940 | 438,837 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable | | 2,571 | 4,459 | 9,496 | 17,607 | 14,118 | 18,991 | 25,972 | 34,758 | 43,113 | 51,459 | 60,294 | 69,639 | 77,996 | 85,795 | 91,801 | 96,391 |
| Deferred Revenue | | 96 | 386 | 6,889 | 1,890 | 311 | 4,792 | 7,345 | 10,017 | 12,475 | 14,906 | 17,515 | 20,230 | 22,657 | 24,923 | 26,668 | 28,001 |
| Accrued Expenses | | 805 | 1,555 | 2,242 | 12,304 | 10,292 | 8,632 | 11,805 | 15,799 | 19,597 | 23,390 | 27,406 | 31,654 | 35,453 | 38,998 | 41,728 | 43,814 |
| Other Current Liabilities | | 2,255 | 1,044 | 2,034 | - | 1,483 | 4,792 | 7,345 | 10,017 | 12,475 | 14,906 | 17,515 | 20,230 | 22,657 | 24,923 | 26,668 | 28,001 |
| Amounts Due to Related Parties and Members | | - | - | - | 3,132 | 5,195 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | | 5,728 | 7,443 | 20,661 | 34,932 | 31,399 | 37,208 | 52,467 | 70,591 | 87,661 | 104,662 | 122,729 | 141,753 | 158,763 | 174,639 | 186,864 | 196,207 |
| **Net Operating Working Capital** | | $ 16,774 | $ 10,034 | $ 9,615 | $ (20,106) | $ (30,089) | $ 48,869 | $ 63,859 | $ 86,886 | $ 108,153 | $ 129,209 | $ 151,767 | $ 175,291 | $ 196,326 | $ 215,959 | $ 231,076 | $ 242,630 |
| *Net Oper Working Capital as % of Revenue* | | 29.5% | 14.9% | 10.7% | -13.9% | -23.4% | 20.4% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| Yr/yr Working Capital (Inc)/Reduction | | (16,774) | 6,740 | 418 | 29,721 | 9,984 | (78,959) | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (23,524) | (21,035) | (19,633) | (15,117) | (11,554) |
| | | | | | | | | | | | | | | | | | |
| *BizMiner Working Capital as a % of Revenue* | | | | | | 11.6% | | | | | | | | | | | |
| *RMA Working Capital as a % of Revenue* | | | | | | 13.8% | | | | | | | | | | | |
| *Comparable Group Working Capital as a % of Revenue* | | | | | | 2.3% | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Days' Operating Expenses in Cash | | 138 | 52 | (83) | (117) | (101) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Days' Revenue Outstanding | | 87 | 66 | 154 | 125 | 116 | 80 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Prepaid Expenses as % of Opex | | 2.9% | 3.1% | 6.9% | 3.1% | 3.1% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Amounts Due From Related Parties and Members as a % of Revenue | | 0.3% | 0.4% | 0.2% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Curr Assets as a % of Revenue | | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Accounts Payable as % of Opex | | 8.2% | 11.5% | 14.0% | 13.3% | 8.7% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| Deferred Revenue as a % of Revenue | | 0.2% | 0.6% | 7.7% | 1.3% | 0.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Accrued Expense as % of Opex | | 2.6% | 4.0% | 3.3% | 9.3% | 6.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Other Curr Liab as a % of Revenue | | 4.0% | 1.5% | 2.3% | 0.0% | 1.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Amonts Due To Related Parties and Members as a % of Revenue | | 0.0% | 0.0% | 0.0% | 2.2% | 4.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**Notes:**
[1] Historical balances are per Adjusted Income Statement. Refer to Exhibit 3.2.5. Excludes Depreciation & Amortization.


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**      **Exhibit 3.3.4.C**

| Business Valuation - Adjusted | Forecast Free Cash Flow to Invested Capital -- "Credit Case" |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

| | 10 Mo. Ended 12/31/2017 | For the Twelve Month Period Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| **Revenue (Adjusted for Effects of Fraud) [1]** | | | | | | | | | | | |
| Context Media Revenue | $191,112 | $313,248 | $442,362 | $564,775 | $686,312 | | | | | | |
| AccentHealth Revenue | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | | | | | | |
| Revenue Adjustment | 3,500 | 9,000 | 13,500 | 14,000 | 14,000 | | | | | | |
| Total Revenue | $ 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,011,482 | $ 1,132,860 | $ 1,246,146 | $ 1,333,376 | $ 1,400,045 |
| Total Cost of Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gross Margin | 239,612 | 367,248 | 500,862 | 623,775 | 745,312 | 875,742 | 1,011,482 | 1,132,860 | 1,246,146 | 1,333,376 | 1,400,045 |
| *GM %* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| Total Operating Expenses | 172,644 | 236,107 | 315,980 | 391,939 | 467,808 | 548,124 | 633,083 | 709,053 | 779,958 | 834,555 | 876,283 |
| *Operating Expense %* | *72.1%* | *64.3%* | *63.1%* | *62.8%* | *62.8%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* |
| **EBITDA** | **66,968** | **131,141** | **184,882** | **231,836** | **277,505** | **327,618** | **378,399** | **423,807** | **466,188** | **498,821** | **523,762** |
| Add: Partial Period Loss | 5,567 | | | | | | | | | | |
| **EBITDA** | **72,535** | **131,141** | **184,882** | **231,836** | **277,505** | **327,618** | **378,399** | **423,807** | **466,188** | **498,821** | **523,762** |
| *EBITDA %* | *30.3%* | *35.7%* | *36.9%* | *37.2%* | *37.2%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* |
| Depreciation & Amortization | 32,053 | 52,614 | 49,805 | 52,391 | 57,436 | 61,615 | 67,833 | 75,352 | 83,921 | 93,316 | 101,357 |
| **EBIT** | **40,483** | **78,528** | **135,078** | **179,445** | **220,068** | **266,003** | **310,566** | **348,455** | **382,267** | **405,505** | **422,405** |
| *EBIT %* | *16.9%* | *21.4%* | *27.0%* | *28.8%* | *29.5%* | *30.4%* | *30.7%* | *30.8%* | *30.7%* | *30.4%* | *30.2%* |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - |
| Earnings Before Taxes | 40,483 | 78,528 | 135,078 | 179,445 | 220,068 | 266,003 | 310,566 | 348,455 | 382,267 | 405,505 | 422,405 |
| Income Taxes | 6,101 | 21,988 | 37,822 | 50,245 | 61,619 | 74,481 | 86,958 | 97,567 | 107,035 | 113,541 | 118,273 |
| **Forecast After-Tax Income** | **$ 34,382** | **$ 56,540** | **$ 97,256** | **$ 129,200** | **$ 158,449** | **$ 191,522** | **$ 223,608** | **$ 250,887** | **$ 275,232** | **$ 291,964** | **$ 304,131** |
| *NPAT %* | *14.3%* | *15.4%* | *19.4%* | *20.7%* | *21.3%* | *21.9%* | *22.1%* | *22.1%* | *22.1%* | *21.9%* | *21.7%* |
| **Cash Flow** | | | | | | | | | | | |
| Add: Depreciation & Amortization | 32,053 | 52,614 | 49,805 | 52,391 | 57,436 | 61,615 | 67,833 | 75,352 | 83,921 | 93,316 | 101,357 |
| After-Tax Gross Cash Flow | 66,434 | 109,154 | 147,060 | 181,591 | 215,885 | 253,137 | 291,441 | 326,240 | 359,153 | 385,279 | 405,488 |
| Decrease / (Increase) in Working Capital | (78,959) | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (23,524) | (21,035) | (19,633) | (15,117) | (11,554) |
| Less: Capital Expenditures | (40,335) | (54,082) | (53,781) | (59,669) | (65,891) | (70,059) | (80,919) | (90,629) | (99,692) | (106,670) | (112,004) |
| **Free Cash Flow** | **$ (52,859)** | **$ 40,081** | **$ 70,253** | **$ 100,655** | **$ 128,939** | **$ 160,520** | **$ 186,998** | **$ 214,576** | **$ 239,829** | **$ 263,492** | **$ 281,931** |

**Notes**
[1]    Revenue adjustment per Exhibit 3.7.2.



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit 3.3.5.C**

| Business Valuation - Adjusted | Discount Rate - Modified CAPM -- "Credit Case" |
|---|---|
| As of March 01, 2017 | *(in thousands of USD)* |

**Guideline Company Analysis**

| Company Name | Ticker Symbol | Market Capitalization | Interest Bearing Debt | Trading Volume [1] | Equity as a % of Total Capital | Levered Beta | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| **Group 1:  Streaming** | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | $ 9,375,000 | 3,981 | 74.6% | 1.65 | 1.32 |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 7,923,000 | 2,779 | 66.6% | 1.58 | 1.16 |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 5,848,249 | 24,924 | 80.6% | 1.21 | 1.03 |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 2,342,419 | 655 | 59.5% | 2.27 | 1.53 |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 4,043,395 | 1,916 | 58.3% | 1.72 | 1.14 |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | - | 32 | 100.0% | 1.06 | 1.06 |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 156,523 | 14 | 10.0% | 0.56 | 0.08 |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 3,364,311 | 6,661 | 94.8% | 1.34 | 1.29 |
| **Group 2:  Advertising** | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 6,894,833 | 1,471,128 | 218 | 82.4% | 1.04 | 0.91 |
| Informa plc | LSE:INF | 6,872,419 | 1,895,496 | 1,856 | 78.4% | 0.60 | 0.50 |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,782,179 | 5,116,991 | 83 | 25.8% | 1.54 | 0.50 |
| Lamar Advertising Company | NasdaqGS:LAMR | 7,347,524 | 2,349,183 | 630 | 75.8% | 1.44 | 1.17 |
| Ströer SE & Co. KGaA | XTRA:SAX | 2,766,461 | 546,601 | 192 | 83.5% | 0.95 | 0.83 |
| OUTFRONT Media Inc. | NYSE:OUT | 3,504,525 | 2,136,800 | 666 | 62.1% | 1.12 | 0.78 |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,271 | 367,404 | 686 | 94.6% | 1.33 | 1.27 |
| Yelp Inc. | NYSE:YELP | 2,759,026 | - | 2,394 | 100.0% | 1.93 | 1.93 |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 3,935,000 | 32,626 | 99.3% | 0.97 | 0.97 |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | - | 19,487 | 100.0% | 0.69 | 0.69 |
| **Group 1:  Streaming** | | | | | | | |
| Average | | $ 17,302,359 | $ 4,721,842 | 5,120 | 68.1% | 1.42 | 1.08 |
| Median | | $ 10,733,832 | $ 2,349,183 | 2,348 | 70.6% | 1.46 | 1.15 |
| **Group 2:  Advertising** | | | | | | | |
| Average | | $ 4,861,324 | $ 2,252,700 | 608 | 68.0% | 1.11 | 0.78 |
| Median | | $ 5,188,472 | $ 2,016,148 | 424 | 77.1% | 1.08 | 0.80 |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Average | | $ 247,813,971 | $ 2,151,202 | 13,798 | 98.5% | 1.23 | 1.22 |
| Median | | $ 201,792,753 | $ 2,151,202 | 10,940 | 99.7% | 1.15 | 1.12 |
| **All** | | | | | | | |
| Upper Quartile | | | | | 94.8% | 1.57 | 1.25 |
| Average | | $ 64,380,150 | $ 3,391,433 | 5,544 | 74.8% | 1.28 | 1.01 |
| Median | | $ 6,658,345 | $ 2,349,183 | 1,271 | 79.5% | 1.27 | 1.05 |
| Lower Quartile | | | | | 63.3% | 0.99 | 0.79 |
| **Selected** | | | | | **80.0%** | | **1.25** |

**Subject Company Capital Structure**

| | |
|---|---|
| Equity | 80.0% |
| Interest Bearing Debt | 20.0% |
| Tax Rate | 28.0% |

**Cost of Equity**

Modified CAPM: Rf + β(ERP)+ Sp + e

| | | |
|---|---|---|
| RF = | Risk Free Rate [2] | 2.8% |
| β = | Levered Beta | 1.48 |
| ERP= | Equity Risk Premium [3] | 6.0% |
| Sp= | Size Premium [4] | 2.1% |
| e= | Company Specific Risk Premium | 9.0% |
| | Total Cost of Equity | 22.7% |
| | **Total Cost of Equity (rounded)** | **23.0%** |

**Weighted Average Cost of Capital**

| | | | |
|---|---|---|---|
| Equity as a % of total capital | | 80.0% | |
| Cost of Equity (above) | | 22.7% | |
| | | | 18.2% |
| Debt as a % of total capital | | 20.0% | |
| Cost of Debt [5] | 7.3% | | |
| After tax cost of debt (tax rate above) | | 5.2% | |
| | | | 1.0% |
| | Weighted Average Cost of Capital | | 19.2% |
| | **Weighted Average Cost of Capital (rounded)** | | **19.0%** |

**Notes:**
Source: S&P Capital IQ.
[1]  Represents trailing 3-month average daily trading volume (in thousands).
[2]  Source: 20-Year Constant Maturity Rate as of the valuation date, per the Federal Reserve.
[3]  Source: Supply Side Equity Risk Premium from Duff & Phelps US Guide to Cost of Capital (1926-2017)
[4]  Source: Micro-Cap Stock Premium in the 8th decile, per Duff and Phelps US Guide to Cost of Capital (1926-2017)
[5]  Source: Company's weighted average cost of debt ranged between 6.4% and 7.5% as of 12/31/16, See Outcome Holdings financial statements for the year ended 12/31/2016.



**Outcome Holdings LLC** **Exhibit 3.3.6.C**

| | | |
|---|---|---|
| Business Valuation - Adjusted | Discounted Cash Flow Method (Free Cash Flow to Invested Capital) -- "Credit Case" | |
| As of March 01, 2017 | | *(in thousands of USD)* |

| Forecast Period | Base Cash Flow | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] |
|---|---|---|---|---|---|
| 2017 - Apr to Dec | $ (52,859) | 0.42 | 19.0% | 0.9299 | $ (49,156) |
| 2018 | 40,081 | 1.34 | 19.0% | 0.7928 | 31,775 |
| 2019 | 70,253 | 2.34 | 19.0% | 0.6662 | 46,801 |
| 2020 | 100,655 | 3.34 | 19.0% | 0.5598 | 56,348 |
| 2021 | 128,939 | 4.34 | 19.0% | 0.4704 | 60,657 |
| 2022 | 160,520 | 5.34 | 19.0% | 0.3953 | 63,457 |
| 2023 | 186,998 | 6.34 | 19.0% | 0.3322 | 62,122 |
| 2024 | 214,576 | 7.34 | 19.0% | 0.2792 | 59,902 |
| 2025 | 239,829 | 8.34 | 19.0% | 0.2346 | 56,262 |
| 2026 | 263,492 | 9.34 | 19.0% | 0.1971 | 51,944 |
| 2027 | 281,931 | 10.34 | 19.0% | 0.1657 | 46,705 |
| Terminal Value | 1,954,722 | 10.34 | 19.0% | 0.1657 | 323,819 |

| | | |
|---|---|---|
| **Indicated Value** | $ | **810,634** |
| Add: Excess Cash [3] | | 262,737 |
| Add/(Less): Non-Operating Assets/(Liabilities) | | - |
| Add: Present Value of NOL Tax Benefit | | - |
| **Total Value of Invested Capital - Controlling, Marketable Basis** | $ | **1,073,371** |
| Less: Interest Bearing Debt | | (333,784) |
| **Total Equity Value - Controlling, Marketable Basis** | $ | **739,587** |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | $ | **740,000** |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.
[3] Proceeds from March 2017 equity raise, net of dividend to founders.



**Outcome Holdings LLC**                                                                                                    **Exhibit 3.3.7.C**

Business Valuation - Adjusted                                                        Overstatement of ContextMedia Revenue, 2015-2017
As of March 01, 2017

**As calculated by Government Expert Petron [1]**

| | 2015 | | | 2016 | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Recognized Revenue | Adjusted Revenue | Overstated Revenue | Recognized Revenue | Adjusted Revenue | Overstated Revenue | Recognized Revenue | Adjusted Revenue | Overstated Revenue |
| Total Revenue | $45,012 | $29,937 | $15,075 | $99,870 | $68,862 | $31,007 | $144,882 | $98,800 | $46,082 |
| 2016 Deferred Revenue Top Side Adjustment | $0 | $0 | $0 | $0 | $0 | -$1,175 | $0 | $0 | -$1,175 |
| Adjusted Total Revenue | $45,012 | $29,937 | $15,075 | $99,870 | $68,862 | $29,833 | $144,882 | $98,800 | $44,908 |

**As calculated by Gibson Dunn [2]**

| | 2015 Revenue | 2016 Revenue | 2017 Revenue | 2015-2017 Revenue | Approximate Total Restitution (Paid + Future) |
|---|---|---|---|---|---|
| Top 20 Customers | $55,756 | $94,033 | $89,450 | $239,239 | $63,105 |
| All Other Customers | $6,312 | $6,626 | $10,869 | $23,807 | $2,364 |
| Total | $62,068 | $100,659 | $100,320 | $263,047 | $65,468 |

**Overstatement of Revenue [3]**

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Overstated Revenue | $15,075 | $29,833 | $20,561 |

**Source**

[1] Government Exhibit 1973 (Government expert Petron's analysis of loss to clients). Mr. Petron identified a topside adjustment to deferred revenue. Mr. Petron's analysis does not include advertising campaigns for which overstated revenue was less than $10,000.

[2] Gibson Dunn's Outcome Health Compliance Presentation, August 15, 2019, DOJ-0003832077 - Restitution & Loss.pdf.

[3] Based on Petron 2015 and 2016 overstatement amounts. Estimated 2017 overstatement amount by subtracting Petron 2015 and 2016 overstatement amounts from Gibson Dunn total.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**      **Exhibit 3.3.8.C**

Business Valuation - Adjusted      Management Revenue Projection, With and Without Adjustment for Overstated Revenue, Beginning March 1, 2017
As of March 01, 2017

**Management Projections [1]**

| | 2013 A | 2014 A | 2015 A | 2016 A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|---|---|---|
| **Context Media Revenue** | $15,102 | $23,306 | $62,068 | $128,118 | $237,852 | $363,371 | $486,485 | $602,342 | $725,315 |
| **AccentHealth Revenue** | $41,844 | $44,124 | $42,679 | $46,851 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 |
| **Revenue Synergies** | $0 | $0 | $0 | $0 | $3,500 | $9,000 | $13,500 | $14,000 | $14,000 |
| **Total Revenue** | $56,946 | $67,430 | $104,747 | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| *Growth Rate* | | | *55.3%* | *67.0%* | *63.7%* | | *45.8%* | *30.6%* | *21.4%* | *18.6%* |

| | | | 2015 A | 2016 A | 2017 A | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Overstatement [2]** | | | $15,075 | $29,833 | $20,561 | | | | |

| | | | | | Jan-Feb 2017 A | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Overstatement [2]** | | | | | $4,112 | | | | |

| | | | | 2016 A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Adjusted Revenue** | | | | $145,136 | | | | | |

**Adjusted Revenue Growth Rates**

| | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|
| Prior Year Adjusted Revenue | $145,136 | $239,612 | $367,248 | $500,862 | $623,775 |
| Upper Revenue Bound | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 |
| Lower Revenue Bound | $104,747 | $174,969 | $286,352 | $417,371 | $544,985 |
| Revenue Range (Upper Revenue Bound less Lower Revenue Bound) | $70,222 | $111,383 | $131,019 | $127,615 | $116,357 |
| Subject Revenue less Lower Revenue Bound | $40,389 | $64,643 | $80,896 | $83,492 | $78,789 |
| Percentage of Subject Revenue in Revenue Range | 57.52% | 58.04% | 61.74% | 65.42% | 67.71% |
| | | | | | |
| Next Year Growth Rate Upper Revenue | 63.7% | 45.8% | 30.6% | 21.4% | 18.6% |
| Next Year Growth Rate Lower Revenue | 67.0% | 63.7% | 45.8% | 30.6% | 21.4% |
| Average of Growth Rates | 65.3% | 54.7% | 38.2% | 26.0% | 20.0% |
| Growth Rate Range (Upper Rev. Growth Less Lower Rev. Growth) | -3.4% | -17.9% | -15.2% | -9.2% | -2.8% |
| Percentage of Subject Revenue in Growth Rate Range | -1.9% | -10.4% | -9.4% | -6.0% | -1.9% |
| Estimate of Growth Rate To Current Year, Given Adjusted Subject Revenue | 65.1% | 53.3% | 36.4% | 24.5% | 19.5% |

| | 2016 A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|
| **Management Revenue Projection, <u>Adjusted for Overstated Revenue</u>, as of Year End 2016** | $145,136 | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |

**Adjusted Operating Expense Percentage**

| | 2016A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|
| Revenue | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| Adjusted Revenue | | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |
| Operating Expense % | *77.2%* | 65.0% | 63.2% | 62.8% | 62.8% | 62.6% |
| | | | | | | |
| Current Year Adjusted Revenue | | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |
| Unadjusted Upper Revenue Bound | | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| Unadjusted Lower Revenue Bound | | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 |
| Revenue Range (Upper Revenue Bound less Lower Revenue Bound) | | $111,383 | $131,019 | $127,615 | $116,357 | $122,973 |
| Subject Revenue less Lower Revenue Bound | | $64,643 | $80,896 | $83,492 | $78,789 | $83,970 |
| Percentage of Subject Revenue in Revenue Range | | 58.04% | 61.74% | 65.42% | 67.71% | 68.28% |
| Prior Year Opex % | | 77.2% | 65.0% | 63.2% | 62.8% | 62.8% |
| Current Year Opex % | | 65.0% | 63.2% | 62.8% | 62.8% | 62.6% |
| Average of Opex % | | 71.1% | 64.1% | 63.0% | 62.8% | 62.7% |
| Opex % Range (Upper Opex % Less Lower Opex %) | | 12.2% | 1.7% | 0.4% | 0.0% | 0.3% |
| Percentage of Subject Revenue in Opex % Range | | 7.1% | 1.1% | 0.3% | 0.0% | 0.2% |
| Estimate of Opex % in Current Year, Given Adjusted Subject Revenue | | 72.1% | 64.3% | 63.1% | 62.8% | 62.6% |

**Sources and Notes:**

[1] Projected data from Ratings Agency Model - 3 Statements.xlsx. 2013 AccentHealth revenue from 10.3 AccentHealth - FY 2014 Audited Financials.pdf.
[2] See Exhibit 3.7.1, Overstatement of ContextMedia Revenue, 2015-2017.
[3] Schedule B.2, Historical Income Statements
[4] 2016 ContextMedia may include the portion of AccentHealth revenue from acquisition on December 23, 2016 to year end.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                      **Exhibit 3.4.1.C**

| Business Valuation - Adjusted | Guideline Public Company Method -- "Credit Case" |
|---|---|
| As of March 01, 2017 | (in thousands of USD, unless noted otherwise) |

| Name | Ticker | Market Cap | Debt, Pref Shr & Min Int. | Cash | MVIC [1] | Revenue LTM | Revenue 2017E | EBITDA LTM | EBITDA 2017E | EBIT LTM | MVIC / Revenue 2017E | MVIC / EBITDA 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | $ 9,375,000 | $ 598,000 | $ 36,379,716 | $ 13,166,000 | $ 13,632,886 | $ 3,077,000 | $ 3,228,371 | $ 2,852,000 | 2.67x | 11.27x |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 8,166,000 | 460,000 | 23,528,778 | 6,497,000 | 6,838,975 | 2,444,000 | 2,517,206 | 2,122,000 | 3.44x | 9.35x |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 5,848,249 | 213,939 | 29,988,113 | 5,017,220 | 5,362,925 | 1,747,008 | 2,047,842 | 1,478,029 | 5.59x | 14.64x |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 2,457,632 | 87,680 | 5,815,838 | 1,103,190 | 2,438,536 | 408,842 | 822,271 | 310,970 | 2.38x | 7.07x |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 4,371,247 | 15,879 | 10,000,253 | 2,004,088 | 3,455,012 | 822,682 | 1,099,022 | 744,050 | 2.89x | 9.10x |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | - | 54,027 | 79,315 | 17,247 | 25,500 | (12,891) | (21,200) | (16,575) | 3.11x | NA |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 158,882 | 16,831 | 159,523 | 94,009 | NA | 42,918 | NA | 5,439 | NA | NA |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 3,364,311 | 1,733,782 | 63,028,516 | 8,830,669 | 11,234,638 | 437,321 | 1,075,446 | 379,793 | 5.61x | 58.61x |
| | | | | | | | | | | | | |
| **Group 2: Advertising** | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | $ 6,894,833 | $ 1,493,297 | $ 993,983 | $ 7,394,147 | $ 3,139,977 | $ 3,673,131 | $ 572,680 | $ 656,716 | $ 300,855 | 2.01x | 11.26x |
| Informa plc | LSE:INF | $ 6,872,419 | $ 1,896,977 | $ 61,241 | $ 8,708,156 | $ 1,660,411 | $ 2,166,883 | $ 521,533 | $ 725,721 | $ 369,790 | 4.02x | 12.00x |
| Inc. | NYSE:CCO | $ 1,782,179 | $ 5,266,877 | $ 543,440 | $ 6,505,616 | $ 2,679,822 | $ 2,643,280 | $ 634,034 | $ 634,701 | $ 289,910 | 2.46x | 10.25x |
| Lamar Advertising Company | NasdaqGS:LAMR | $ 7,347,524 | $ 2,349,183 | $ 35,530 | $ 9,661,177 | $ 1,500,294 | $ 1,555,549 | $ 628,908 | $ 675,414 | $ 423,950 | 6.21x | 14.30x |
| Ströer SE & Co. KGaA | XTRA:SAX | $ 2,766,461 | $ 573,215 | $ 75,946 | $ 3,263,730 | $ 1,185,746 | $ 1,326,716 | $ 228,492 | $ 338,250 | $ 95,237 | 2.46x | 9.65x |
| OUTFRONT Media Inc. | NYSE:OUT | $ 3,504,525 | $ 2,136,900 | $ 65,200 | $ 5,576,225 | $ 1,513,900 | $ 1,536,080 | $ 395,200 | $ 464,426 | $ 206,800 | 3.63x | 12.01x |
| Fluent, Inc. | NasdaqCM:FLNT | $ 199,077 | $ 50,013 | $ 10,089 | $ 239,001 | $ 186,836 | $ 235,098 | $ (14,276) | $ 24,164 | $ (26,907) | 1.02x | 9.89x |
| | | | | | | | | | | | | |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,241,427 | 12,125 | 282,086 | 971,466 | 364,967 | 444,224 | 31,623 | 61,125 | 18,698 | 2.19x | 15.89x |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,271 | 367,404 | 507,515 | 6,304,160 | 846,589 | 1,044,563 | 26,708 | 208,790 | (33,882) | 6.04x | 30.19x |
| Yelp Inc. | NYSE:YELP | 2,759,026 | - | 479,533 | 2,279,493 | 716,063 | 889,807 | 24,481 | 160,798 | 1,435 | 2.56x | 14.18x |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 3,935,000 | 86,333,000 | 502,513,353 | 90,272,000 | 105,969,194 | 29,816,000 | 43,272,878 | 23,716,000 | 4.74x | 11.61x |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | - | 29,449,000 | 367,692,235 | 27,638,000 | 37,855,827 | 14,769,000 | 23,620,010 | 12,427,000 | 9.71x | 15.57x |
| JD.com, Inc. | NasdaqGS:JD | 43,566,873 | 3,972,934 | 3,185,044 | 44,354,763 | 37,199,347 | 49,635,232 | 312,331 | 854,899 | (180,265) | 0.89x | 51.88x |
| Trip.com Group Limited | NasdaqGS:TCOM | 24,009,573 | 6,556,140 | 4,687,551 | 25,878,161 | 2,771,697 | 3,954,900 | (120,546) | 781,617 | (223,522) | 6.54x | 33.11x |
| | | | | | | | | | | | | |
| *Correlation to MVIC* | | | | | | *1.00* | *1.00* | *0.99* | *0.99* | *0.99* | | |
| *Correlation to Price* | | | | | | *0.99* | *1.00* | *0.99* | *0.99* | *0.99* | | |

|  | Revenue 2017E | EBITDA 2017E |
|---|---|---|
| Upper Quartile | 5.59x | 15.65x |
| Mean | 3.82x | 18.09x |
| Median | 3.11x | 12.00x |
| Lower Quartile | 2.46x | 10.16x |
| **Selected Multiple** | **4.10x** | **14.70x** |
| Subject Company Base Value | $ 239,612 | $ 66,968 |
| **Indicated Value** | 982,410 | 984,431 |
| Less: Interest Bearing Debt | (333,784) | (333,784) |
| **Indicated Equity Value** | $ 648,626 | $ 650,647 |
| Weighting | 33.3% | 66.7% |
| **Weighted Value (in thousands)** | | $ 649,974 |
| Add: March 2017 Financing Proceeds | | 262,737 |
| Add: Subject Company Cash | | (44,810) |
| **Total Equity Value - Controlling, Marketable Basis** | | $ 867,901 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | | $ 870,000 |

**Notes:**
Source: S&P Capital IQ.
[1] MVIC = Market Value of Invested Capital. Presented as net of cash.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 3.4.2**

Business Valuation - Adjusted | Guideline Public Company Key Financial Ratios
As of March 01, 2017 | *(in thousands of USD)*

| Name | Ticker | Market Cap | Trading Volume [1] | LTM Revenue | CAGR Revenue [2] 1 Year | 3 Year | Forward Growth 2017E | 2018E | 2019E | As a % of Revenue GM | EBITDA | EBIT | WC [3] | Current Ratio | Debt to Equity | Debt to TNW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 27,602,716 | 3,981 | $13,166,000 | 3.9% | -2.0% | 3.5% | 4.2% | 7.5% | 39.6% | 23.4% | 21.7% | 16.9% | 1.64 | 254.1% | -246.2% |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 15,822,778 | 2,779 | 6,497,000 | 1.6% | 5.5% | 5.3% | 6.9% | 3.0% | 63.6% | 37.6% | 32.7% | 8.7% | 1.60 | 146.5% | -125.2% |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 24,353,803 | 24,924 | 5,017,220 | 9.8% | 9.7% | 6.9% | 5.7% | 5.4% | 51.0% | 34.8% | 29.5% | -44.5% | 0.24 | NA | -105.5% |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 3,445,886 | 655 | 1,103,190 | 23.1% | 30.0% | 121.0% | 13.4% | 4.6% | 65.4% | 37.1% | 28.2% | 10.3% | 1.92 | 823.8% | -221.8% |
| TEGNA Inc. | NYSE:TGNA | 5,644,885 | 1,916 | 2,004,088 | 13.6% | 7.7% | 72.4% | 10.8% | 2.8% | 60.9% | 41.1% | 37.1% | 7.8% | 1.28 | 155.6% | -317.1% |
| Gaia, Inc. | NasdaqGM:GAIA | 133,342 | 32 | 17,247 | 28.1% | -51.9% | 47.9% | 58.4% | NA | 83.5% | -74.7% | -96.1% | -42.0% | 6.14 | 0.0% | 0.0% |
| Cineverse Corp. | NasdaqCM:CNVS | 17,472 | 14 | 94,009 | -13.7% | 0.6% | NA | NA | NA | 73.4% | 45.7% | 5.8% | 2.3% | 1.12 | NA | -152.3% |
| Netflix, Inc. | NasdaqGS:NFLX | 61,397,987 | 6,661 | 8,830,669 | 30.3% | 26.4% | 27.2% | 19.8% | 17.0% | 29.1% | 5.0% | 4.3% | -6.8% | 1.25 | 125.5% | -73.2% |
| **Group 2: Advertising** | | | | | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 6,894,833 | 218 | - | 6.0% | 8.4% | NA | NA | NA | 32.5% | NA | NA | NA | 1.54 | 57.3% | 177.5% |
| Informa plc | LSE:INF | 6,872,419 | 1,856 | 3,139,977 | 10.9% | 6.0% | 17.0% | 4.8% | 5.9% | 41.4% | 18.2% | 9.6% | -17.1% | 0.47 | 70.2% | -66.3% |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,782,179 | 83 | 1,660,411 | -4.5% | -3.1% | 30.5% | 3.6% | 2.9% | 47.1% | 31.4% | 22.3% | 9.8% | 2.09 | NA | -177.2% |
| Lamar Advertising Company | NasdaqGS:LAMR | 7,347,524 | 630 | 2,679,822 | 10.9% | 6.4% | -1.4% | 2.3% | NA | 65.0% | 23.7% | 10.8% | 1.3% | 1.13 | 219.6% | -181.5% |
| Ströer SE & Co. KGaA | XTRA:SAX | 2,766,461 | 192 | 1,500,294 | 36.4% | 21.8% | 3.7% | 3.3% | 4.5% | 32.2% | 41.9% | 28.3% | -14.0% | 0.60 | 78.7% | -132.9% |
| OUTFRONT Media Inc. | NYSE:OUT | 3,504,525 | 666 | 1,185,700 | 11.9% | 0.0% | 5.4% | 11.9% | 8.1% | 46.0% | 19.3% | 8.0% | 5.2% | 1.50 | 173.3% | -152.4% |
| Fluent, Inc. | NasdaqCM:FLNT | 199,077 | 23 | 1,513,900 | 1225.9% | NA | 1.5% | 2.6% | 2.2% | 28.4% | 26.1% | 13.7% | 0.7% | 1.65 | 21.8% | -142.3% |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,241,427 | 1,518 | 364,967 | 33.4% | 42.9% | 21.7% | 20.5% | 15.9% | 66.2% | 8.7% | 5.1% | 3.2% | 4.42 | 3.5% | 4.3% |
| Zillow Group, Inc. | NasdaqGS:ZG | 6,444,271 | 686 | 846,589 | 31.3% | 62.4% | 23.4% | 19.4% | 18.6% | 91.8% | 3.2% | -4.0% | -2.6% | 5.99 | 14.5% | 444.6% |
| Yelp Inc. | NYSE:YELP | 2,759,026 | 2,394 | 716,063 | 30.3% | 45.4% | 24.3% | 20.2% | 16.6% | 91.6% | 3.4% | 0.2% | 3.0% | 9.29 | 0.0% | 0.0% |
| Alphabet Inc. | NasdaqGS:GOOGL | 584,911,353 | 32,626 | 90,272,000 | 20.4% | 17.6% | 17.4% | 15.0% | 13.4% | 61.1% | 33.0% | 26.3% | 2.6% | 6.29 | 2.8% | 3.3% |
| Meta Platforms, Inc. | NasdaqGS:META | 397,141,235 | 19,487 | 27,638,000 | 54.2% | 52.0% | 37.0% | 27.0% | 20.6% | 86.3% | 53.4% | 45.0% | 7.5% | 11.97 | 0.0% | 0.0% |
| JD.com, Inc. | NasdaqGS:JD | 43,566,873 | 6,900 | 37,199,347 | 42.7% | 55.0% | 33.4% | 25.1% | 20.5% | 7.2% | 0.8% | -0.5% | -3.4% | 1.02 | 49.1% | 84.6% |
| Trip.com Group Limited | NasdaqGS:TCOM | 24,009,573 | 3,630 | 2,771,697 | 76.6% | 52.9% | 42.7% | 30.4% | 26.7% | 75.4% | -4.3% | -8.1% | -52.2% | 1.52 | 55.0% | 757.8% |
| **Upper Quartile** | | $ 24,267,746 | 3,893 | $ 6,127,055 | 32.9% | 42.9% | 34.3% | 20.2% | 16.9% | 71.6% | 37.1% | 28.2% | 7.5% | 3.84 | 151.0% | 2.5% |
| **Mean** | | 55,811,802 | 5,085 | 9,464,465 | 76.0% | 19.0% | 27.4% | 15.1% | 10.7% | 86.3% | 19.5% | 10.5% | -4.9% | 2.94 | 118.5% | -28.3% |
| **Median** | | 6,658,345 | 1,687 | 1,832,249 | 21.7% | 9.7% | 22.6% | 12.1% | 6.7% | 61.0% | 23.7% | 10.8% | 2.3% | 1.57 | 57.3% | -89.4% |
| **Lower Quartile** | | 2,760,885 | 321 | 910,739 | 6.9% | 5.5% | 6.5% | 4.7% | 4.5% | 40.0% | 5.0% | 4.3% | -6.8% | 1.16 | 9.0% | -152.4% |
| **Outcome Holdings LLC** | | NA | NA | $ 145,136 | 61.9% | 36.6% | 65.1% | 53.3% | 36.4% | 96.1% | 8.7% | -13.0% | -23.4% | 0.03 | -635.2% | -139.6% |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] CAGR = Compound Annual Growth Rate
[3] WC = Current Assets - Cash & Equivalents - Current Liabilities + Short-Term Debt



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 3.4.3**

Business Valuation - Adjusted  Guideline Public Company Descriptions
As of March 01, 2017

| Name | Ticker | Description |
|------|--------|-------------|
| **Group 1: Streaming** | | |
| Paramount Global | NasdaqGS:PARA | Paramount Global operates as a media, streaming, and entertainment company worldwide. |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | Warner Bros. Discovery, Inc. operates as a media and entertainment company worldwide. |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | Sirius XM Holdings Inc. operates as an audio entertainment company in North America. |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | Nexstar Media Group, Inc. operates as a diversified media company that produces and distributes engaging local and national news, sports and entertainment content across the television and digital platforms in the United States. |
| TEGNA Inc. | NYSE:TGNA | TEGNA Inc. operates as a media company in the United States. |
| Gaia, Inc. | NasdaqGM:GAIA | Gaia, Inc. operates a digital video subscription service and online community for underserved member base in the United States, Canada, Australia, and internationally. |
| Cineverse Corp. | NasdaqCM:CNVS | Cineverse Corp. operates as a streaming technology and entertainment company. |
| Netflix, Inc. | NasdaqGS:NFLX | Netflix, Inc. provides entertainment services. |
| **Group 2: Advertising** | | |
| JCDecaux SE | ENXTPA:DEC | JCDecaux SE operates as an outdoor advertising company worldwide. |
| Informa plc | LSE:INF | Informa plc operates as an international events, digital services, and academic research company in the United Kingdom, Continental Europe, the United States, China, and internationally. |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | Clear Channel Outdoor Holdings, Inc. operates as an out-of-home advertising company in the United States, Europe, and internationally. |
| Lamar Advertising Company | NasdaqGS:LAMR | Lamar Advertising Company operates as an outdoor advertising company in the United States and Canada. |
| Ströer SE & Co. KGaA | XTRA:SAX | Ströer SE & Co. KGaA provides out-of-home (OOH) media and online advertising solutions in Germany and internationally. |
| OUTFRONT Media Inc. | NYSE:OUT | OUTFRONT leverages the power of technology, location, and creativity to connect brands with consumers outside of their homes through one of the largest and most diverse sets of billboard, transit, and mobile assets in North America. |
| Fluent, Inc. | NasdaqCM:FLNT | Fluent, Inc. provides data-driven digital marketing services in the United States and internationally. |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | |
| Etsy, Inc. | NasdaqGS:ETSY | Etsy, Inc., together with its subsidiaries, operates two-sided online marketplaces that connect buyers and sellers in the United States, the United Kingdom, Germany, Canada, Australia, and France. |
| Zillow Group, Inc. | NasdaqGS:ZG | Zillow Group, Inc. operates real estate brands in mobile applications and Websites in the United States. |
| Yelp Inc. | NYSE:YELP | Yelp Inc. operates a platform that connects consumers with local businesses in the United States and internationally. |
| Alphabet Inc. | NasdaqGS:GOOGL | Alphabet Inc. offers various products and platforms in the United States, Europe, the Middle East, Africa, the Asia-Pacific, Canada, and Latin America. |
| Meta Platforms, Inc. | NasdaqGS:META | Meta Platforms, Inc. engages in the development of products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and wearables worldwide. |
| JD.com, Inc. | NasdaqGS:JD | JD.com, Inc. operates as a supply chain-based technology and service provider in the People's Republic of China. |
| Trip.com Group Limited | NasdaqGS:TCOM | Trip.com Group Limited, through its subsidiaries, operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours and in-destination, corporate travel management, and other travel-related services in China and internationally. |

**Notes:**
Source: S&P Capital IQ.



**Outcome Holdings LLC**                                                                         **Exhibit 4.1**

Business Valuation - Adjusted                                                          Summary of Values
As of October 13, 2017                                                                 *(in thousands of USD)*

| Method | Reference | Value | Weighting | Weighted Value |
|--------|-----------|-------|-----------|----------------|
| **Credit Case** | | | | |
| Discounted Cash Flow Method | Exhibit 4.3.6.C | $ 670,000 | 66.7% | 446,667 |
| Guideline Public Company Method | Exhibit 4.4.1.C | 840,000 | 33.3% | 280,000 |
| **Indicated Value – 100% Controlling, Marketable Interest Basis** | | | 100.0% | $ 726,667 |
| **Fair Market Value – 100% Controlling, Marketable Interest Basis (rounded)** | | | | $ 730,000 |



**Outcome Holdings LLC**  **Exhibit 4.2.1**

Business Valuation - Adjusted  Historical Balance Sheets (Consolidated)
As of October 13, 2017  *(in thousands of USD)*

| | Audited As of 12-31-13 | Audited As of 12-31-14 | Audited As of 12-31-15 | Audited As of 12-31-16 | Co. Prepared As of 10-13-17 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current Assets | | | | | |
| Current Operating Assets | | | | | |
| Cash & Equivalents | $ 7,869 | $ 3,859 | $ 2,560 | $ 4,277 | $ 379,205 |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 41,795 |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 9,145 |
| Amounts Due From Related Parties and Members | 155 | 257 | 182 | 1,500 | 828 |
| Other Current Assets | - | - | - | - | 1,421 |
| Total Current Operating Assets | 22,502 | 17,476 | 45,351 | 59,595 | 432,394 |
| Total Current Non-Operating Assets | - | - | - | - | - |
| Total Current Assets | 22,502 | 17,476 | 45,351 | 59,595 | 432,394 |
| | | | | | |
| Fixed Assets | | | | | |
| Point-of-Care Displays, Media Computing and Related | 40,753 | 50,535 | 72,732 | 82,317 | 106,827 |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 5,107 |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 307 |
| Furniture and Equipment | 979 | 1,806 | 3,666 | 2,167 | 2,539 |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 6,167 |
| Capital Lease | - | - | - | 630 | 630 |
| Buildings and Improvement | | | | | 417 |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,580 |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 810 |
| Point-Of-Care Displays and Related Equip. not yet in Serv | - | 554 | 3,909 | 3,929 | 7,938 |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (54,798) |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 80,523 |
| | | | | | |
| Non Current Assets | | | | | |
| Intangible Assets | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 121,437 |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 73,273 |
| Accumulated Amortization | - | - | - | - | (8,978) |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 185,732 |
| Total Long Term Receivables | - | - | - | 588 | - |
| Other Non-Current Assets | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - |
| Origination Fees | - | - | - | - | 1,294 |
| Amounts Due from Related Parties | - | - | - | 140 | 3,028 |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 4,373 |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 8,726 |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 194,458 |
| | | | | | |
| **Total Assets** | **$ 137,624** | **$ 137,561** | **$ 181,932** | **$ 325,622** | **$ 707,375** |
| | | | | | |
| **Liabilities and Equity:** | | | | | |
| | | | | | |
| Liabilities | | | | | |
| Current Liabilities | | | | | |
| Current Operating Liabilities | | | | | |
| Accounts Payable | $ 2,571 | $ 4,459 | $ 9,496 | $ 17,607 | $ 7,474 |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 2,915 |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 15,030 |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 10,019 |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 35,438 |
| Current Debt Obligations | | | | | |
| Current Maturities of Long-Term Debt | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 |
| Amounts Due to Related Parties and Members | - | - | - | 3,132 | 7,860 |
| Convertible Notes Payable- Current | 427 | 75 | - | - | - |
| Capital Lease Liability | - | - | - | - | 353 |
| Line of Credit | - | 4,113 | 2,251 | - | - |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 24,464 |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 59,902 |
| | | | | | |
| Non Current Liabilities | | | | | |
| Long Term Debt | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | - |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 276,108 |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 276,108 |
| Other Non Current Liabilities | | | | | |
| Deferred Rent and Other LT Liabilities | - | 2,908 | 3,287 | 5,501 | 3,263 |
| Sublease Liability | - | - | - | - | 128 |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,391 |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 279,500 |
| | | | | | |
| Total Liabilities | 39,642 | 66,624 | 106,782 | 365,829 | 339,401 |
| | | | | | |
| Total Equity | 97,982 | 70,937 | 75,150 | (40,207) | 367,973 |
| | | | | | |
| **Total Liabilities and Equity** | **$ 137,624** | **$ 137,561** | **$ 181,932** | **$ 325,622** | **$ 707,375** |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**      **Exhibit 4.2.2**

Business Valuation - Adjusted    Historical Income Statements (Consolidated)
As of October 13, 2017    *(in thousands of USD)*

| | Audited FYE 12-31-13 | Audited FYE 12-31-14 | Audited FYE 12-31-15 | Audited FYE 12-31-16 | Co. Prepared 10.5 Mo. Ended 10-13-17 |
|---|---:|---:|---:|---:|---:|
| **Revenue** | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ 128,118 | $ 111,342 |
| WR Screens | - | 19,577 | 34,137 | - | - |
| ER Tablets | - | 3,729 | 27,931 | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| Context Media Revenue | 15,102 | 23,306 | 62,068 | 128,118 | 111,342 |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - |
| Revenue Adjustment | - | - | - | - | - |
| Total Revenue | $ 56,946 | $ 67,430 | $ 104,745 | $ 174,969 | $ 111,342 |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - |
| Gross Profit | 46,317 | 55,817 | 91,511 | 169,320 | 111,342 |
| **Operating Expenses** | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 22,928 |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 31,478 |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 20,099 |
| Marketing | 294 | 878 | 3,726 | 14,555 | 14,909 |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 48,861 |
| Non-Recurring Legal and Professional Fees | - | - | - | - | - |
| Non-Recurring Legal Settlement | - | - | - | - | - |
| Accent Health Acquisition Costs | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Context Media Total Expenses | 8,908 | 17,533 | 43,086 | 96,045 | 138,274 |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | 21,573 | 29,817 | 55,832 | 129,401 | 138,274 |
| Total Officers' Compensation | - | - | - | - | - |
| **EBITDA** | **24,745** | **26,001** | **35,679** | **39,918** | **(26,932)** |
| **Depreciation & Amortization** | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 11,013 |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 29,508 |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 40,521 |
| **EBIT** | **15,444** | **15,795** | **21,431** | **8,415** | **(67,453)** |
| Miscellaneous Income/(Expense) | | | | | |
| Interest Income | 2 | 11 | 27 | 48 | 1,480 |
| Gain/(Loss) on Sale of Fixed Assets | 1 | (59) | - | - | - |
| Other Income/(Expense) | 10 | 6 | 2 | - | - |
| Total Miscellaneous Income/(Expense) | 14 | (42) | 29 | 48 | 1,480 |
| Interest Expense | 2,410 | 2,519 | 3,326 | 8,609 | 25,279 |
| Pre-Tax Income | 13,048 | 13,234 | 18,135 | (147) | (91,252) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| **Net Income/(Loss)** | **$ 13,048** | **$ 13,234** | **$ 18,135** | **$ (147)** | **$ (91,252)** |

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                      **Exhibit 4.2.3**

| Business Valuation - Adjusted | | | | | Adjustments to Financial Statements |
| As of October 13, 2017 | | | | | *(in thousands of USD)* |

| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 10 Mos Ended 10-13-17 |
|---|---|---|---|---|---|
| **Balance Sheet Adjustments:** | | | | | |
| Cash & Equivalents [1] | | | $ (15,075) | $ (44,908) | (65,468) |
| Funds Held in Gravitas for Founder Dividend | | | | | (228,598) |
| **Total Balance Sheet Adjustments** | - | - | (15,075) | (44,908) | (294,067) |
| **Income Statement Adjustments:** | | | | | |
| Revenue | | | | | |
| Context Media | | | | | |
| WR Screens | $ - | $ - | $ - | $ - | $ - |
| ER Tablets | - | - | - | - | - |
| WB Screens | - | - | - | - | - |
| WIFI | - | - | - | - | - |
| AccentHealth Revenue | - | - | - | - | - |
| Revenue Adjustment [2] | - | - | (15,075) | (29,833) | (20,561) |
| Total Revenue | $ - | $ - | $ (15,075) | $ (29,833) | $ (20,561) |
| Total Cost of Goods Sold | | | - | - | - |
| Gross Profit | - | - | (15,075) | (29,833) | (20,561) |
| Operating Expenses | | | | | |
| Membership | - | - | - | - | - |
| Sponsorship Sales | - | - | - | - | - |
| Product Development | - | - | - | - | - |
| Marketing | - | - | - | - | - |
| G&A | - | - | - | - | - |
| Non-Recurring Legal and Professional Fees [3] | (764) | (1,987) | (1,092) | (526) | - |
| Non-Recurring Legal Settlement [4] | - | (750) | - | - | - |
| Accent Health Acquisition Costs [5] | - | - | - | (2,006) | - |
| Context Media Total Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| AccentHealth Selling Expenses | - | - | - | - | - |
| AccentHealth G&A | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | (764) | (2,737) | (1,092) | (2,532) | - |
| Total Officers' Compensation | - | - | - | - | - |
| **EBITDA** | **764** | **2,737** | **(13,983)** | **(27,301)** | **(20,561)** |
| Amortization (Context Media) | - | - | - | - | - |
| Depreciation (Context Media) | - | - | - | - | - |
| Depreciation & Amort (Accent Health) | - | - | - | - | - |
| Total Depreciation & Amortization | - | - | - | - | - |
| **EBIT** | **764** | **2,737** | **(13,983)** | **(27,301)** | **(20,561)** |
| Miscellaneous Income/(Expense) | | | | | |
| Interest Income | (2) | (11) | (27) | (48) | (1,480) |
| Gain/(Loss) on Sale of Fixed Assets | (1) | 59 | - | - | - |
| Other Income/(Expense) | (10) | (6) | (2) | - | - |
| Total Miscellaneous Income/(Expense) | (14) | 42 | (29) | (48) | (1,480) |
| Interest Expense | - | - | - | - | - |
| Pre-Tax Income | 750 | 2,779 | (14,012) | (27,348) | (22,040) |
| Less: Income Taxes/(Benefit) | - | - | - | - | - |
| **Total Income Statement Adjustments** | **$ 750** | **$ 2,779** | **$ (14,012)** | **$ (27,348)** | **$ (22,040)** |

**Notes**

[1] Adjustment to cash to reflect cumulative effects of adjustment to revenue.
[2] Adjustment to historical revenue for effects for fraud, per Exhibit 3.7.2.
[3] One time legal costs for stock redemption, forming LLC sub, immigration for president Agrawal. Figures through 2015 included in QOE Study. Draft Project Wildcat Report 2-26-15.pdf p. 16 and Project Wildcat Report 11-2-2015 draft.pdf p. 17.
[4] One time legal costs to settle unfair competition cases, included in QOE Study.
[5] Non-operating acquisition costs for AccentHealth in December 2016.



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  —  Exhibit 4.2.4

Business Valuation - Adjusted  —  Adjusted Balance Sheets
As of October 13, 2017  —  (in thousands of USD)

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 10-13-17 | As of 12-31-13 | As of 12-31-14 | As of 12-31-15 | As of 12-31-16 | As of 10-13-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Assets** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Current Operating Assets | | | | | | | | | | | | | |
| Cash & Equivalents | 7,869 | 3,859 | (12,515) | (40,631) | 85,138 | 5.7% | 2.8% | -7.5% | -14.5% | 20.6% | 18.4% | 8.2% | 16.6% |
| Accounts Receivable | 13,563 | 12,152 | 37,891 | 49,706 | 41,795 | 9.9% | 8.8% | 22.7% | 17.7% | 10.1% | 8.4% | 28.8% | 34.3% |
| Prepaid Expenses | 915 | 1,209 | 4,718 | 4,112 | 9,145 | 0.7% | 0.9% | 2.8% | 1.5% | 2.2% | 1.5% | 6.1% | 3.3% |
| Amounts Due From Related Parties and | 155 | 257 | 182 | 1,500 | 828 | 0.1% | 0.2% | 0.1% | 0.5% | 0.2% | NA | NA | NA |
| Other Current Assets | - | - | - | - | 1,421 | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 5.3% | 1.6% | 7.8% |
| Total Current Operating Assets | 22,502 | 17,476 | 30,276 | 14,687 | 138,327 | 16.4% | 12.7% | 18.1% | 5.2% | 33.5% | 33.7% | 46.5% | 62.0% |
| Total Current Non-Operating Assets | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Assets | 22,502 | 17,476 | 30,276 | 14,687 | 138,327 | 16.4% | 12.7% | 18.1% | 5.2% | 33.5% | 33.7% | 46.5% | 62.0% |
| | | | | | | | | | | | | | |
| **Fixed Assets** | | | | | | | | | | | | | |
| Point-of-Care Displays, Media Computing a | 40,753 | 50,535 | 72,732 | 82,317 | 106,827 | 29.6% | 36.7% | 43.6% | 29.3% | 25.8% | NA | NA | NA |
| Computer Equipment | 235 | 605 | 1,502 | 3,705 | 5,107 | 0.2% | 0.4% | 0.9% | 1.3% | 1.2% | NA | NA | NA |
| Purchased Computer Software | 14 | 25 | 31 | 278 | 307 | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | NA | NA | NA |
| Furniture and Equipment | 979 | 1,806 | 3,666 | 2,167 | 2,539 | 0.7% | 1.3% | 2.2% | 0.8% | 0.6% | NA | NA | NA |
| Software Development Costs | 101 | 590 | 1,425 | 3,807 | 6,167 | 0.1% | 0.4% | 0.9% | 1.4% | 1.5% | NA | NA | NA |
| Capital Lease | - | - | - | 630 | 630 | 0.0% | 0.0% | 0.0% | 0.2% | 0.2% | NA | NA | NA |
| Buildings and Improvement | - | - | - | - | 417 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | NA | NA | NA |
| Leasehold Improvement | 40 | 3,229 | 3,368 | 4,697 | 4,580 | 0.0% | 2.3% | 2.0% | 1.7% | 1.1% | NA | NA | NA |
| Software Dev. Cost in Process | 145 | 153 | 150 | 688 | 810 | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | NA | NA | NA |
| Point-Of-Care Displays and Related Equip. | - | 554 | 3,909 | 3,929 | 7,938 | 0.0% | 0.4% | 2.3% | 1.4% | 1.9% | NA | NA | NA |
| Less: Accumulated Depreciation | (25,910) | (32,782) | (43,278) | (29,902) | (54,798) | -18.8% | -23.8% | -25.9% | -10.7% | -13.3% | NA | NA | NA |
| Total Fixed Assets - Net | 16,358 | 24,716 | 43,505 | 72,316 | 80,523 | 11.9% | 18.0% | 26.1% | 25.8% | 19.5% | 12.4% | 25.2% | 15.7% |
| | | | | | | | | | | | | | |
| **Non Current Assets** | | | | | | | | | | | | | |
| Intangible Assets | | | | | | | | | | | | | |
| Goodwill | 78,809 | 78,839 | 78,839 | 119,352 | 121,437 | 57.3% | 57.3% | 47.2% | 42.5% | 29.4% | NA | NA | NA |
| Other Intangible Assets | 18,131 | 15,379 | 12,627 | 72,085 | 73,273 | 13.2% | 11.2% | 7.6% | 25.7% | 17.7% | NA | NA | NA |
| Accumulated Amortization | - | - | - | - | (8,978) | 0.0% | 0.0% | 0.0% | 0.0% | -2.2% | NA | NA | NA |
| Total Intangible Assets - Net | 96,940 | 94,218 | 91,465 | 191,437 | 185,732 | 70.4% | 68.5% | 54.8% | 68.2% | 44.9% | 46.1% | 22.2% | NA |
| Total Long Term Receivables | - | - | - | 588 | - | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | NA | NA | NA |
| Other Non-Current Assets | | | | | | | | | | | | | |
| Deposit | 4 | 4 | 4 | 32 | 32 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Deferred Financing Cost | 17 | 32 | 556 | 1,515 | - | 0.0% | 0.0% | 0.3% | 0.5% | 0.0% | NA | NA | NA |
| Origination Fees | - | - | - | - | 1,294 | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | NA | NA | NA |
| Amounts Due from Related Parties | - | - | - | 140 | 3,028 | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% | NA | NA | NA |
| Other Non Current Assets | 1,804 | 1,115 | 1,051 | - | 4,373 | 1.3% | 0.8% | 0.6% | 0.0% | 1.1% | NA | NA | NA |
| Total Other Non-Current Assets | 1,824 | 1,151 | 1,611 | 1,687 | 8,726 | 1.3% | 0.8% | 1.0% | 0.6% | 2.1% | 7.8% | 6.1% | 22.3% |
| Total Non Current Assets | 98,764 | 95,368 | 93,076 | 193,711 | 194,458 | 71.8% | 69.3% | 55.8% | 69.0% | 47.0% | 53.9% | 28.2% | 22.3% |
| | | | | | | | | | | | | | |
| **Total Assets** | 137,624 | 137,561 | 166,857 | 280,714 | 413,308 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | |
| **Liabilities and Equity:** | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | |
| Current Operating Liabilities | | | | | | | | | | | | | |
| Accounts Payable | 2,571 | 4,459 | 9,496 | 17,607 | 7,474 | 1.9% | 3.2% | 5.7% | 6.3% | 1.8% | 7.1% | 15.3% | 18.9% |
| Deferred Revenue | 96 | 386 | 6,889 | 1,890 | 2,915 | 0.1% | 0.3% | 4.1% | 0.7% | 0.7% | 2.7% | NA | NA |
| Accrued Expenses | 805 | 1,555 | 2,242 | 12,304 | 15,030 | 0.6% | 1.1% | 1.3% | 4.4% | 3.6% | NA | NA | NA |
| Other Current Liabilities | 2,255 | 1,044 | 2,034 | - | 10,019 | 1.6% | 0.8% | 1.2% | 0.0% | 2.4% | 7.1% | 11.8% | 22.6% |
| Total Current Operating Liabilities | 5,728 | 7,443 | 20,661 | 31,800 | 35,438 | 4.2% | 5.4% | 12.4% | 11.3% | 8.6% | 17.0% | 27.1% | 41.5% |
| Current Debt Obligations | | | | | | | | | | | | | |
| Current Maturities of Long-Term Debt | 3,304 | 10,236 | 9,372 | 16,250 | 16,250 | 2.4% | 7.4% | 5.6% | 5.8% | 3.9% | 0.9% | 6.1% | NA |
| Amounts Due to Related Parties and Me | - | - | - | 3,132 | 7,860 | 0.0% | 0.0% | 0.0% | 1.1% | 1.9% | 3.9% | 3.8% | NA |
| Convertible Notes Payable- Current | 427 | 75 | - | - | - | 0.3% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | NA |
| Capital Lease Liability | - | - | - | - | 353 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | NA | NA | NA |
| Line of Credit | - | 4,113 | 2,251 | - | - | 0.0% | 3.0% | 1.3% | 0.0% | 0.0% | NA | NA | NA |
| Total Current Debt Obligations | 3,731 | 14,424 | 11,622 | 19,382 | 24,464 | 2.7% | 10.5% | 7.0% | 6.9% | 5.9% | 4.8% | 9.9% | 4.3% |
| Total Current Liabilities | 9,459 | 21,867 | 32,283 | 51,182 | 59,902 | 6.9% | 15.9% | 19.3% | 18.2% | 14.5% | 21.8% | 37.0% | 45.8% |
| | | | | | | | | | | | | | |
| **Non Current Liabilities** | | | | | | | | | | | | | |
| Long Term Debt | | | | | | | | | | | | | |
| Line of Credit | - | - | 38,667 | 25,000 | - | 0.0% | 0.0% | 23.2% | 8.9% | 0.0% | NA | NA | NA |
| Term Loan - Context Media | 1,352 | 6,098 | 21,800 | 284,146 | 276,108 | 1.0% | 4.4% | 13.1% | 101.2% | 66.8% | NA | NA | NA |
| Term Loan - AccentHealth | 28,831 | 24,007 | 10,745 | - | - | 20.9% | 17.5% | 6.4% | 0.0% | 0.0% | NA | NA | NA |
| Term Loan 2 - AccentHealth | - | 11,744 | - | - | - | 0.0% | 8.5% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Total Long Term Debt | 30,183 | 41,849 | 71,213 | 309,146 | 276,108 | 21.9% | 30.4% | 42.7% | 110.1% | 66.8% | 32.6% | 38.5% | 21.4% |
| Other Non Current Liabilities | | | | | | | | | | | | | |
| Deferred Rent and Other LT Liabilities | - | 2,908 | 3,287 | 5,501 | 3,263 | 0.0% | 2.1% | 2.0% | 2.0% | 0.8% | NA | NA | NA |
| Sublease Liability | - | - | - | - | 128 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 8.8% | 7.1% | NA |
| Total Other Non Current Liabilities | - | 2,908 | 3,287 | 5,501 | 3,391 | 0.0% | 2.1% | 2.0% | 2.0% | 0.8% | 8.8% | 7.1% | NA |
| Total Non Current Liabilities | 30,183 | 44,757 | 74,499 | 314,647 | 279,500 | 21.9% | 32.5% | 44.6% | 112.1% | 67.6% | 41.5% | 45.6% | 21.4% |
| | | | | | | | | | | | | | |
| **Total Liabilities** | 39,642 | 66,624 | 106,782 | 365,829 | 339,401 | 28.8% | 48.4% | 64.0% | 130.3% | 82.1% | 63.3% | 82.6% | 67.2% |
| | | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | | |
| Equity Context Media | 4,686 | (2,314) | (4,206) | (40,207) | 367,973 | 3.4% | -1.7% | -2.5% | -14.3% | 89.0% | NA | NA | NA |
| Equity AccentHealth | 93,296 | 73,251 | 79,356 | - | - | 67.8% | 53.2% | 47.6% | 0.0% | 0.0% | NA | NA | NA |
| Adj. for Overstated Rev. Gravitas Dividend | - | - | (15,075) | (44,908) | (294,067) | 0.0% | 0.0% | -9.0% | -16.0% | -71.1% | NA | NA | NA |
| Retained Earnings | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| | | | | | | | | | | | | | |
| Total Equity | 97,982 | 70,937 | 60,075 | (85,115) | 73,906 | 71.2% | 51.6% | 36.0% | -30.3% | 17.9% | 36.7% | 17.3% | 32.9% |
| | | | | | | | | | | | | | |
| **Total Liabilities and Equity** | 137,624 | 137,561 | 166,857 | 280,714 | 413,308 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 4.2.5**

Business Valuation - Adjusted  Adjusted Income Statements
As of October 13, 2017  *(in thousands of USD)*

| | Subject Company - Adjusted | | | | | Subject Company Common Size | | | | | Benchmark Common Size | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 10 Mos Ended 10-13-17 | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 2 Mos Ended 10-13-17 | Comparable [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Revenue** | | | | | | | | | | | | | |
| Context Media | $ 15,102 | $ - | $ - | $ - | $ 128,118 | $ 111,342 | 26.5% | 0.0% | 0.0% | 0.0% | 88.3% | 122.6% | NA | NA | NA |
| WR Screens | - | 19,577 | 34,137 | - | - | 0.0% | 29.0% | 38.1% | 0.0% | 0.0% | NA | NA | NA |
| ER Tablets | - | 3,729 | 27,931 | - | - | 0.0% | 5.5% | 31.1% | 0.0% | 0.0% | NA | NA | NA |
| WB Screens | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| WIFI | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Context Media Revenue | $ 15,102 | $ 23,306 | $ 62,068 | $ 128,118 | $ 111,342 | 26.5% | 34.6% | 69.2% | 88.3% | 122.6% | NA | NA | NA |
| AccentHealth Revenue | 41,844 | 44,124 | 42,677 | 46,851 | - | 73.5% | 65.4% | 47.6% | 32.3% | 0.0% | NA | NA | NA |
| Revenue Adjustment | - | - | (15,075) | (29,833) | (20,561) | 0.0% | 0.0% | -16.8% | -20.6% | -22.6% | NA | NA | NA |
| **Total Revenue** | $ 56,946 | $ 67,430 | $ 89,670 | $ 145,136 | $ 90,782 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Total Cost of Goods Sold | 10,628 | 11,612 | 13,234 | 5,649 | - | 18.7% | 17.2% | 14.8% | 3.9% | 0.0% | 43.6% | 0.0% | 49.9% |
| Gross Profit | 46,317 | 55,817 | 76,436 | 139,487 | 90,782 | 81.3% | 82.8% | 85.2% | 96.1% | 100.0% | 56.4% | 100.0% | 50.1% |
| **Operating Expenses** | | | | | | | | | | | | | |
| Membership | 1,314 | 2,525 | 22,056 | 22,634 | 22,928 | 2.3% | 3.7% | 24.6% | 15.6% | 25.3% | | | |
| Sponsorship Sales | 1,679 | 3,427 | 8,421 | 21,201 | 31,478 | 2.9% | 5.1% | 9.4% | 14.6% | 34.7% | NA | NA | NA |
| Product Development | 2,419 | 4,069 | 8,403 | 14,408 | 20,099 | 4.2% | 6.0% | 9.4% | 9.9% | 22.1% | NA | NA | NA |
| Marketing | 294 | 878 | 3,726 | 14,555 | 14,909 | 0.5% | 1.3% | 4.2% | 10.0% | 16.4% | NA | NA | NA |
| G&A | 3,201 | 6,635 | 481 | 23,248 | 48,861 | 5.6% | 9.8% | 0.5% | 16.0% | 53.8% | NA | NA | NA |
| Non-Recurring Legal and Professional Fees | (764) | (1,987) | (1,092) | (526) | - | -1.3% | -2.9% | -1.2% | -0.4% | 0.0% | NA | NA | NA |
| Non-Recurring Legal Settlement | - | (750) | - | - | - | 0.0% | -1.1% | 0.0% | 0.0% | 0.0% | NA | NA | NA |
| Accent Health Acquisition Costs | - | - | - | (2,006) | - | 0.0% | 0.0% | 0.0% | -1.4% | 0.0% | NA | NA | NA |
| Context Media Total Expenses | 8,144 | 14,797 | 41,994 | 93,513 | 138,274 | 14.3% | 21.9% | 46.8% | 64.4% | 152.3% | NA | NA | NA |
| AccentHealth Selling Expenses | 7,441 | 7,619 | 7,414 | - | - | 13.1% | 11.3% | 8.3% | 0.0% | 0.0% | NA | NA | NA |
| AccentHealth G&A | 5,224 | 4,664 | 5,332 | 33,356 | - | 9.2% | 6.9% | 5.9% | 23.0% | 0.0% | NA | NA | NA |
| Total Operating Expenses | 20,809 | 27,080 | 54,740 | 126,869 | 138,274 | 36.5% | 40.2% | 61.0% | 87.4% | 152.3% | 37.0% | 88.6% | 30.1% |
| Total Officers' Compensation | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | NA | 0.0% | 2.6% |
| **EBITDA** | 25,509 | 28,737 | 21,696 | 12,618 | (47,493) | 44.8% | 42.6% | 24.2% | 8.7% | -52.3% | 19.4% | 11.4% | 17.4% |
| **Depreciation & Amortization** | | | | | | | | | | | | | |
| Amortization (Context Media) | 6 | 236 | 842 | 1,043 | 11,013 | 0.0% | 0.3% | 0.9% | 0.7% | 12.1% | NA | NA | NA |
| Depreciation (Context Media) | 1,036 | 2,158 | 4,967 | 19,954 | 29,508 | 1.8% | 3.2% | 5.5% | 13.7% | 32.5% | NA | NA | NA |
| Depreciation & Amort (Accent Health) | 8,259 | 7,812 | 8,438 | 10,507 | - | 14.5% | 11.6% | 9.4% | 7.2% | 0.0% | NA | NA | NA |
| Total Depreciation & Amortization | 9,301 | 10,206 | 14,248 | 31,504 | 40,521 | 16.3% | 15.1% | 15.9% | 21.7% | 44.6% | 8.5% | 4.9% | 2.1% |
| **EBIT** | 16,208 | 18,531 | 7,448 | (18,886) | (88,014) | 28.5% | 27.5% | 8.3% | -13.0% | -97.0% | 11.0% | 6.5% | 15.3% |
| Total Miscellaneous Income/(Expense) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.6% | -3.7% | 3.0% |
| Interest Expense | 2,410 | 2,519 | 3,326 | 8,609 | 25,279 | 4.2% | 3.7% | 3.7% | 5.9% | 27.8% | 5.0% | NA | 1.2% |
| Pre-Tax Income | 13,798 | 16,013 | 4,123 | (27,496) | (113,292) | 24.2% | 23.7% | 4.6% | -18.9% | -124.8% | 5.3% | 2.8% | 17.0% |
| Less: Income Taxes/(Benefit) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -19.8% | NA | 583.0% |
| **Net Income/(Loss)** | $ 13,798 | $ 16,013 | $ 4,123 | $ (27,496) | $ (113,292) | 24.2% | 23.7% | 4.6% | -18.9% | -124.8% | 25.1% | 2.8% | -566.0% |

**Growth Analysis:**

| | Revenue Growth | | | | | EBITDA Margin Growth | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subject - 1 year | NA | 18.4% | 33.0% | 61.9% | NA | NA | NA | NA | NA | NA |
| Guideline Public Company Group [4] - 1 year | 21.7% | 22.3% | 18.4% | 21.7% | 21.7% | 13.6% | 10.1% | -2.0% | 20.5% | 14.1% |
| Industry [5] - 1 year | -2.6% | -0.7% | 1.3% | 1.8% | 2.5% | NA | NA | NA | NA | NA |
| Subject - 3 year | | | NA | NA | 36.6% | 17.3% | | | NA | NA | NA | NA |
| Guideline Public Company Group - 3 year | | | 14.6% | 15.1% | 13.7% | 13.6% | | | 5.9% | 11.5% | 16.0% | 15.1% |
| Industry - 3 year | | | NA | -0.7% | 0.8% | 1.9% | | | NA | NA | NA | NA |

**Notes:**
[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.
[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM and $100MM.
[4] Figures represent median of dataset as reported by S&P CapitalIQ.
[5] Source: IBISWorld; NAICS OD5889: Digital Marketing.
Numbers being annualized were applicable.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                          **Exhibit 4.2.6**

Business Valuation - Adjusted                                                                         Comparative Financial Ratios

As of October 13, 2017

| | Subject Company | | | | | Benchmark | | |
| | FYE<br>12-31-13 | FYE<br>12-31-14 | FYE<br>12-31-15 | FYE<br>12-31-16 | 10 Mos Ended<br>10-13-17 | GPC [1,4]<br>LTM | RMA [2]<br>2017-18 | BizMiner [3]<br>2017 |
|---|---|---|---|---|---|---|---|---|
| **Liquidity Ratios** | | | | | | | | |
| Current Ratio | 2.4 | 0.8 | 0.9 | 0.3 | 2.3 | 1.5 | 1.1 | 1.4 |
| Quick (Acid-Test) Ratio | 2.3 | 0.7 | 0.8 | 0.2 | 2.1 | 1.1 | 0.8 | 1.1 |
| Working Capital as a % of Revenue | 29.5% | 14.9% | 10.7% | -11.8% | 94.4% | 0.5% | 13.8% | 11.6% |
| Days' Receivables | 43.5 | 69.6 | 101.8 | 110.1 | 153.3 | 49.9 | NA | 89.7 |
| Days' Inventory | 15.7 | 33.4 | 81.7 | 285.3 | NA | 0.0 | NA | 8.7 |
| Days' Payables | 44.1 | 110.5 | 192.4 | 875.6 | NA | 24.0 | NA | 99.2 |
| | | | | | | | | |
| **Coverage Ratios** | | | | | | | | |
| Times Interest Earned | 6.7 | 7.4 | 2.2 | (2.2) | (3.5) | 3.2 | 2.6 | 0.1 |
| NI+Non-Cash Expenditures | | | | | | | | |
| / Current L.T. Debt | 6.2 | 1.8 | 1.6 | 0.2 | (3.6) | NA | | 4.32 |
| | | | | | | | | |
| **Leverage Ratios** | | | | | | | | |
| Fixed Assets/Tangible Worth | 15.7 | -1.1 | -1.4 | -0.3 | -0.7 | -0.8 | 6.1 | 0.5 |
| Debt-to-Equity | 0.3 | 0.8 | 1.4 | -3.9 | 4.1 | 0.6 | 2.8 | 0.8 |
| | | | | | | | | |
| **Operating Ratios** | | | | | | | | |
| EBT/Tangible Worth | 1324.4% | -68.8% | -13.1% | 9.9% | 121.6% | NA | 45.3% | 72.1% |
| EBT/Total Assets | 10.0% | 11.6% | 2.5% | -9.8% | -32.9% | NA | 3.7% | 23.7% |
| Fixed Asset Turnover | 3.5 | 2.7 | 2.1 | 2.0 | 1.4 | 4.3 | 8.6 | 8.9 |
| Total Asset Turnover | 0.4 | 0.5 | 0.5 | 0.5 | 0.3 | 0.5 | 2.0 | 1.4 |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent median of dataset as reported by S&P CapitalIQ.

[2] Source: The Risk Management Association; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues greater than $25MM.

[3] Source: Bizminer; NAICS 541850: Indoor and Outdoor Display Advertising for firms with annual revenues between $55MM than $100MM.

[4] Comparable group working capital is presented as net of cash.



**Outcome Holdings LLC**       **Exhibit 4.3.1.C**

Business Valuation - Adjusted     Discounted Cash Flow Key Assumptions -- "Credit Case"
As of October 13, 2017     *(in thousands of USD)*

| | Historical 12-31-16 | % | Basis | 2.5 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
|   Context Media Revenue | | | Annual Growth Rate | NA | 63.9% | 41.2% | 27.7% | 21.5% | | | | | | |
|   AccentHealth Revenue | | | Annual Growth Rate | | 0.0% | 0.0% | 0.0% | 0.0% | | | | | | |
|   Revenue Adjustment | | | Annual Growth Rate | | 157.1% | 50.0% | 3.7% | 0.0% | | | | | | |
| Total Revenue [1] | 145,136 | 100.0% | Annual Growth Rate | 0.0% | 53.3% | 36.4% | 24.5% | 19.5% | 17.5% | 15.0% | 12.0% | 10.0% | 7.0% | 5.0% |
| Long Term Growth Rate | | | Annual Growth Rate | | | | | | | | | | | 4.0% |
| Total Cost of Revenue | - | 0.0% | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses [2] | 126,869 | 87.4% | % of Revenue | 72.1% | 64.3% | 63.1% | 62.8% | 62.8% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% | 62.6% |
| Depreciation & Amortization | 40,521 | 27.9% | Exhibit 4.3.2.C | 3.7% | 14.4% | 11.6% | 7.3% | 7.8% | 7.1% | 6.7% | 6.7% | 6.8% | 7.0% | 7.3% |
| Interest Expense | 25,279 | 8.4% | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Income Tax Rate | - | | % of Pre-Tax Net Income | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Adj. Oper. Working Capital | 98,056 | 67.6% | Exhibit 4.3.3.C | 20.4% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| Adj. Oper. Working Capital | | | | 48,869 | 63,859 | 86,886 | 108,153 | 129,209 | 151,767 | 174,532 | 195,476 | 215,024 | 230,076 | 241,579 |
| Yr/yr Working Capital (Increase)/Reduction | | | | 49,187 | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (22,765) | (20,944) | (19,548) | (15,052) | (11,504) |
| Capital Expenditures | 48,728 | 33.6% | % of Revenue | 4.2% | 14.7% | 10.7% | 9.6% | 8.8% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Interest-Bearing Debt | 300,572 | NA | NA | - | - | - | - | - | - | - | - | - | - | - |

**Notes**
[1] Revenue growth for 2018-2022 input from adjusted revenue on Exhibit 3.3.4.C. Revenue growth for period 2023 to 2027 is equal to that in unadjusted valuation as of March 1, 2017, Exhibit 2.3.1.C.
[2] Operating expense percentage as estimated in Exhibit 3.7.2.



**Outcome Holdings LLC**          **Exhibit 4.3.2.C**

Business Valuation - Adjusted     Depreciation & Capital Expenditure Analysis -- "Credit Case"
As of October 13, 2017     *(in thousands of USD)*

| Forecast Depreciation | 2.5 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | For the Twelve Month Period Ending December 31, | | | | | | |
| Total Revenue | $ 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,007,103 | $ 1,127,956 | $ 1,240,751 | $ 1,327,604 | $ 1,393,984 |
| Beginning Balance - Total Fixed Assets | 80,523 | 81,621 | 82,739 | 78,320 | 92,674 | 100,566 | 108,830 | 121,431 | 136,266 | 151,580 | 164,593 |
| Capital Expenditures | 10,084 | 54,082 | 53,781 | 59,669 | 65,891 | 70,059 | 80,568 | 90,236 | 99,260 | 106,208 | 111,519 |
| Fixed Assets | 90,606 | 135,704 | 136,520 | 137,989 | 158,565 | 170,626 | 189,398 | 211,668 | 235,526 | 257,788 | 276,112 |
| *Capital Expenditures as a % of Revenue* | *4.21%* | *14.73%* | *10.74%* | *9.57%* | *8.84%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* | *8.00%* |

Depreciation
Assumptions as to Depreciable Lives:
Beg. Dep Existing Fixed Assets - avg life   1.9
Capital Additions - avg life   3.3

| | 2.5 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 8,663 | $ 41,581 | $ 30,279 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| March through Dec 2017 Additions | 322 | 3,092 | 3,092 | 3,092 | 486 | - | - | - | - | - | - |
| 2018 Additions | | 8,292 | 16,583 | 16,583 | 12,624 | - | - | - | - | - | - |
| 2019 Additions | | | 8,246 | 16,491 | 16,491 | 12,553 | - | - | - | - | - |
| 2020 Additions | | | | 9,148 | 18,296 | 18,296 | 13,928 | - | - | - | - |
| 2021 Additions | | | | | 10,102 | 20,204 | 20,204 | 15,380 | - | - | - |
| 2022 Additions | | | | | | 10,741 | 21,483 | 21,483 | 16,353 | - | - |
| 2023 Additions | | | | | | | 12,352 | 24,705 | 24,705 | 18,806 | - |
| 2024 Additions | | | | | | | | 13,835 | 27,669 | 27,669 | 21,063 |
| 2025 Additions | | | | | | | | | 15,218 | 30,436 | 30,436 |
| 2026 Additions | | | | | | | | | | 16,283 | 32,567 |
| 2027 Additions | | | | | | | | | | | 17,098 |
| Total Depreciation | $ 8,985 | $ 52,965 | $ 58,200 | $ 45,315 | $ 57,999 | $ 61,795 | $ 67,967 | $ 75,402 | $ 83,946 | $ 93,195 | $ 101,164 |
| *As a % of Revenue* | *3.7%* | *14.4%* | *11.6%* | *7.3%* | *7.8%* | *7.1%* | *6.7%* | *6.7%* | *6.8%* | *7.0%* | *7.3%* |
| Net Fixed Assets | $ 81,621 | $ 82,739 | $ 78,320 | $ 92,674 | $ 100,566 | $ 108,830 | $ 121,431 | $ 136,266 | $ 151,580 | $ 164,593 | $ 174,948 |
| *As a % of Revenue* | *34.1%* | *22.5%* | *15.6%* | *14.9%* | *13.5%* | *12.4%* | *12.1%* | *12.1%* | *12.2%* | *12.4%* | *12.6%* |

| Analysis of Capital Expenditure | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 10 Mos Ended 10-13-17 |
|---|---|---|---|---|---|
| Net FA | 16,358 | 24,716 | 43,505 | 72,316 | 80,523 |
| Chg from PY | N/A | 8,358 | 18,789 | 28,811 | 8,207 |
| Depreciation & Amortization (Capitalized Software) | 9,301 | 10,206 | 14,248 | 31,504 | 40,521 |
| (Gain)/Loss | | (1) | 59 | - | - |
| Capital Expenditures | N/A | 18,623 | 33,037 | 60,315 | 48,728 |

| | Avg 2013 - 2016 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | 10 Mos Ended 10-13-17 |
|---|---|---|---|---|---|
| Fixed Assets | 39,224 | 16,358 | 24,716 | 43,505 | 72,316 | 80,523 |
| *Fixed Assets as a % of Revenue* | *43.7%* | *28.7%* | *36.7%* | *48.5%* | *49.8%* | *73.9%* |
| Capital Expenditures | 37,325 | N/A | 18,623 | 33,037 | 60,315 | 48,728 |
| *Capital Expenditures as a % of Revenue* | *41.6%* | *N/A* | *27.6%* | *36.8%* | *41.6%* | *44.7%* |



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit 4.3.3.C**

Business Valuation - Adjusted　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adjusted Working Capital Analysis -- "Credit Case"

As of October 13, 2017　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(in thousands of USD)*

| Working Capital | | FYE 12-31-13 | FYE 12-31-14 | FYE 12-31-15 | FYE 12-31-16 | Annualized 10.5 Mo. Ended 10-13-17 | 2.5 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | [1] | $ 56,946 | $ 67,430 | $ 89,670 | $ 145,136 | $ 108,938 | $ 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,007,103 | $ 1,127,956 | $ 1,240,751 | $ 1,327,604 | $ 1,393,984 |
| Total COGS | | 10,628 | 11,612 | 13,234 | 5,649 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | | 20,809 | 27,080 | 54,740 | 126,869 | 165,929 | 172,644 | 236,107 | 315,980 | 391,939 | 467,808 | 548,124 | 630,342 | 705,983 | 776,582 | 830,943 | 872,490 |
| **Current Assets** | | | | | | | | | | | | | | | | | |
| Cash & Equivalents | [2] | $ 7,869 | $ 3,859 | $ (12,515) | $ (40,631) | $ 85,138 | 28,380 | 38,812 | $ 51,942 | $ 64,428 | $ 76,900 | $ 90,103 | $ 103,618 | $ 116,052 | $ 127,657 | $ 136,593 | $ 143,423 |
| Accounts Receivable | | 13,563 | 12,152 | 37,891 | 49,706 | 41,795 | 52,518 | 70,431 | 96,056 | 119,628 | 142,937 | 167,951 | 193,143 | 216,320 | 237,952 | 254,609 | 267,339 |
| Prepaid Expenses | | 915 | 1,209 | 4,718 | 4,112 | 9,145 | 5,179 | 7,083 | 9,479 | 11,758 | 14,034 | 16,444 | 18,910 | 21,180 | 23,297 | 24,928 | 26,175 |
| Amounts Due From Related Parties and Members | | 155 | 257 | 182 | 1,640 | 3,855 | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | | - | - | - | - | 1,421 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | | 22,502 | 17,476 | 30,276 | 14,827 | 141,354 | 86,077 | 116,326 | 157,477 | 195,814 | 233,871 | 274,497 | 315,671 | 353,552 | 388,907 | 416,131 | 436,937 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable | | 2,571 | 4,459 | 9,496 | 17,607 | 7,474 | 18,991 | 25,972 | 34,758 | 43,113 | 51,459 | 60,294 | 69,338 | 77,658 | 85,424 | 91,404 | 95,974 |
| Deferred Revenue | | 96 | 386 | 6,889 | 1,890 | 2,915 | 4,792 | 7,345 | 10,017 | 12,475 | 14,906 | 17,515 | 20,142 | 22,559 | 24,815 | 26,552 | 27,880 |
| Accrued Expenses | | 805 | 1,555 | 2,242 | 12,304 | 15,030 | 8,632 | 11,805 | 15,799 | 19,597 | 23,390 | 27,406 | 31,517 | 35,299 | 38,829 | 41,547 | 43,624 |
| Other Current Liabilities | | 2,255 | 1,044 | 2,034 | - | 10,019 | 4,792 | 7,345 | 10,017 | 12,475 | 14,906 | 17,515 | 20,142 | 22,559 | 24,815 | 26,552 | 27,880 |
| Amounts Due to Related Parties and Members | | - | - | - | 3,132 | 7,860 | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | | 5,728 | 7,443 | 20,661 | 34,932 | 43,298 | 37,208 | 52,467 | 70,591 | 87,661 | 104,662 | 122,729 | 141,139 | 158,076 | 173,883 | 186,055 | 195,358 |
| **Net Operating Working Capital** | | $ 16,774 | $ 10,034 | $ 9,615 | $ (20,106) | $ 98,056 | $ 48,869 | $ 63,859 | $ 86,886 | $ 108,153 | $ 129,209 | $ 151,767 | $ 174,532 | $ 195,476 | $ 215,024 | $ 230,076 | $ 241,579 |
| *Net Oper Working Capital as % of Revenue* | | 29.5% | 14.9% | 10.7% | -13.9% | 90.0% | 20.4% | 17.4% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% |
| *Yr/yr Working Capital (Inc)/Reduction* | | (16,774) | 6,740 | 418 | 29,721 | (118,162) | 49,187 | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (22,765) | (20,944) | (19,548) | (15,052) | (11,504) |
| | | | | | | | | | | | | | | | | | |
| *BizMiner Working Capital as a % of Revenue* | | | | | | 11.6% | | | | | | | | | | | |
| *RMA Working Capital as a % of Revenue* | | | | | | 13.8% | | | | | | | | | | | |
| *Comparable Group Working Capital as a % of Revenue* | | | | | | 0.5% | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Days' Operating Expenses in Cash | | 138 | 52 | (83) | (117) | 187 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Days' Revenue Outstanding | | 87 | 66 | 154 | 125 | 140 | 80 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Prepaid Expenses as % of Opex | | 2.9% | 3.1% | 6.9% | 3.1% | 5.5% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Amounts Due From Related Parties and Members as a % of Revenue | | 0.3% | 0.4% | 0.2% | 1.1% | 3.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Curr Assets as a % of Revenue | | 0.0% | 0.0% | 0.0% | 0.0% | 1.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Accounts Payable as % of Opex | | 8.2% | 11.5% | 14.0% | 13.3% | 4.5% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| Deferred Revenue as a % of Revenue | | 0.2% | 0.6% | 7.7% | 1.3% | 2.7% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Accrued Expense as % of Opex | | 2.6% | 4.0% | 3.3% | 9.3% | 9.1% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Other Curr Liab as a % of Revenue | | 4.0% | 1.5% | 2.3% | 0.0% | 9.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Amonts Due to Related Parties and Members as a % of Revenue | | 0.0% | 0.0% | 0.0% | 2.2% | 7.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**Notes:**
[1] Historical balances are per Adjusted Income Statement. Refer to Exhibit 4.2.5. Excludes Depreciation & Amortization.
[2] Cash needs are capped at $200 million.



**Outcome Holdings LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit 4.3.4.C**

| Business Valuation - Adjusted | Forecast Free Cash Flow to Invested Capital -- "Credit Case" |
| --- | --- |
| As of October 13, 2017 | *(in thousands of USD)* |

| | 2.5 Mo. Ended 12/31/2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | For the Twelve Month Period Ending December 31, | | | | | |
| **Revenue (Adjusted for Effects of Fraud) [1]** | | | | | | | | | | | |
| Context Media Revenue | $191,112 | $313,248 | $442,362 | $564,775 | $686,312 | | | | | | |
| AccentHealth Revenue | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | | | | | | |
| Revenue Adjustment | 3,500 | 9,000 | 13,500 | 14,000 | 14,000 | | | | | | |
| Total Revenue | $ 239,612 | $ 367,248 | $ 500,862 | $ 623,775 | $ 745,312 | $ 875,742 | $ 1,007,103 | $ 1,127,956 | $ 1,240,751 | $ 1,327,604 | $ 1,393,984 |
| Total Cost of Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gross Margin | 239,612 | 367,248 | 500,862 | 623,775 | 745,312 | 875,742 | 1,007,103 | 1,127,956 | 1,240,751 | 1,327,604 | 1,393,984 |
| *GM %* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| Total Operating Expenses | 172,644 | 236,107 | 315,980 | 391,939 | 467,808 | 548,124 | 630,342 | 705,983 | 776,582 | 830,943 | 872,490 |
| *Operating Expense %* | *72.1%* | *64.3%* | *63.1%* | *62.8%* | *62.8%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* | *62.6%* |
| **EBITDA** | **66,968** | **131,141** | **184,882** | **231,836** | **277,505** | **327,618** | **376,761** | **421,972** | **464,169** | **496,661** | **521,494** |
| Less: Partial Adjustment | (53,016) | | | | | | | | | | |
| **EBITDA** | **13,952** | **131,141** | **184,882** | **231,836** | **277,505** | **327,618** | **376,761** | **421,972** | **464,169** | **496,661** | **521,494** |
| *EBITDA %* | *5.8%* | *35.7%* | *36.9%* | *37.2%* | *37.2%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* | *37.4%* |
| Depreciation & Amortization | 8,985 | 52,965 | 58,200 | 45,315 | 57,999 | 61,795 | 67,967 | 75,402 | 83,946 | 93,195 | 101,164 |
| **EBIT** | **4,967** | **78,177** | **126,683** | **186,521** | **219,505** | **265,823** | **308,794** | **346,570** | **380,224** | **403,466** | **420,331** |
| *EBIT %* | *2.1%* | *21.3%* | *25.3%* | *29.9%* | *29.5%* | *30.4%* | *30.7%* | *30.7%* | *30.6%* | *30.4%* | *30.2%* |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - |
| Earnings Before Taxes | 4,967 | 78,177 | 126,683 | 186,521 | 219,505 | 265,823 | 308,794 | 346,570 | 380,224 | 403,466 | 420,331 |
| Income Taxes | - | - | 27,029 | 52,226 | 61,462 | 74,430 | 86,462 | 97,040 | 106,463 | 112,970 | 117,693 |
| **Forecast After-Tax Income** | **$ 4,967** | **$ 78,177** | **$ 99,653** | **$ 134,295** | **$ 158,044** | **$ 191,392** | **$ 222,332** | **$ 249,530** | **$ 273,761** | **$ 290,495** | **$ 302,638** |
| *NPAT %* | *2.1%* | *21.3%* | *19.9%* | *21.5%* | *21.2%* | *21.9%* | *22.1%* | *22.1%* | *22.1%* | *21.9%* | *21.7%* |
| **Cash Flow** | | | | | | | | | | | |
| Add: Depreciation & Amortization | 8,985 | 52,965 | 58,200 | 45,315 | 57,999 | 61,795 | 67,967 | 75,402 | 83,946 | 93,195 | 101,164 |
| After-Tax Gross Cash Flow | 13,952 | 131,141 | 157,853 | 179,610 | 216,043 | 253,188 | 290,299 | 324,933 | 357,707 | 383,691 | 403,802 |
| Decrease / (Increase) in Working Capital | 49,187 | (14,990) | (23,026) | (21,267) | (21,056) | (22,558) | (22,765) | (20,944) | (19,548) | (15,052) | (11,504) |
| Less: Capital Expenditures | (10,084) | (54,082) | (53,781) | (59,669) | (65,891) | (70,059) | (80,568) | (90,236) | (99,260) | (106,208) | (111,519) |
| **Free Cash Flow** | **$ 53,055** | **$ 62,069** | **$ 81,045** | **$ 98,674** | **$ 129,096** | **$ 160,570** | **$ 186,965** | **$ 213,752** | **$ 238,899** | **$ 262,431** | **$ 280,779** |

**Notes**
[1]　Revenue adjustment per Exhibit 3.7.2.



**Outcome Holdings LLC** **Exhibit 4.3.5.C**

| Business Valuation - Adjusted | Discount Rate - Modified CAPM -- "Credit Case" |
|---|---|
| As of October 13, 2017 | *(in thousands of USD)* |

**Guideline Company Analysis**

| Company Name | Ticker Symbol | Market Capitalization | Interest Bearing Debt | Trading Volume [1] | Equity as a % of Total Capital | Levered Beta | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| **Group 1:  Streaming** | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $  22,912,677 | $  9,689,000 | 2,929 | 70.3% | 1.64 | 1.26 |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 10,724,365 | 14,708,000 | 4,430 | 42.2% | 1.61 | 0.81 |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 26,340,319 | 6,732,569 | 17,368 | 79.6% | 1.14 | 0.96 |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 2,796,197 | 4,390,008 | 711 | 38.9% | 2.26 | 1.06 |
| TEGNA Inc. | NYSE:TGNA | 2,719,063 | 3,315,812 | 2,548 | 45.1% | 1.78 | 0.95 |
| Gaia, Inc. | NasdaqGM:GAIA | 190,252 | - | 44 | 100.0% | 1.18 | 1.18 |
| Cineverse Corp. | NasdaqCM:CNVS | 17,430 | 116,756 | 4 | 13.0% | 0.71 | 0.12 |
| Netflix, Inc. | NasdaqGS:NFLX | 86,129,756 | 4,888,783 | 7,418 | 94.6% | 1.40 | 1.34 |
| **Group 2:  Advertising** | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 8,180,225 | 1,643,777 | 148 | 83.3% | 0.93 | 0.82 |
| Informa plc | LSE:INF | 7,530,871 | 1,914,568 | 1,266 | 79.7% | 0.28 | 0.23 |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,554,472 | 5,264,863 | 164 | 22.8% | 1.78 | 0.52 |
| Lamar Advertising Company | NasdaqGS:LAMR | 6,814,323 | 2,449,429 | 593 | 73.6% | 1.18 | 0.94 |
| Ströer SE & Co. KGaA | XTRA:SAX | 3,694,010 | 848,074 | 101 | 81.3% | 0.56 | 0.48 |
| OUTFRONT Media Inc. | NYSE:OUT | 3,415,701 | 2,217,700 | 930 | 60.6% | 1.14 | 0.78 |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Zillow Group, Inc. | NasdaqGS:ZG | 7,768,354 | 380,795 | 403 | 95.3% | 1.58 | 1.53 |
| Yelp Inc. | NYSE:YELP | 3,570,721 | - | 2,062 | 100.0% | 1.26 | 1.26 |
| Alphabet Inc. | NasdaqGS:GOOGL | 692,007,174 | 3,964,000 | 32,269 | 99.4% | 0.91 | 0.90 |
| Meta Platforms, Inc. | NasdaqGS:META | 504,575,115 | - | 15,825 | 100.0% | 0.68 | 0.68 |
| **Group 1:  Streaming** | | | | | | | |
| Average | | $  18,978,758 | $  6,262,990 | 4,432 | 60.5% | 1.46 | 0.96 |
| Median | | $  6,760,281 | $  3,315,812 | 2,739 | 57.7% | 1.50 | 1.01 |
| **Group 2:  Advertising** | | | | | | | |
| Average | | $  5,198,267 | $  2,389,735 | 534 | 66.9% | 0.98 | 0.63 |
| Median | | $  5,254,167 | $  2,066,134 | 379 | 76.6% | 1.04 | 0.65 |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | | | | | | |
| Average | | $  301,980,341 | $  2,172,398 | 12,640 | 98.7% | 1.11 | 1.09 |
| Median | | $  256,171,734 | $  2,172,398 | 8,944 | 99.7% | 1.08 | 1.08 |
| **All** | | | | | | | |
| Upper Quartile | | | | | 95.2% | 1.60 | 1.15 |
| Average | | $  77,274,501 | $  4,168,276 | 4,956 | 71.1% | 1.22 | 0.88 |
| Median | | $  7,172,597 | $  3,315,812 | 1,098 | 79.7% | 1.18 | 0.92 |
| Lower Quartile | | | | | 49.0% | 0.91 | 0.71 |
| **Selected** | | | | | **80.0%** | | **1.25** |

**Subject Company Capital Structure**

| | |
|---|---|
| Equity | 80.0% |
| Interest Bearing Debt | 20.0% |
| Tax Rate | 28.0% |

**Cost of Equity**

Modified CAPM: Rf + β(ERP)+ Sp + e

| | | |
|---|---|---|
| RF = | Risk Free Rate [2] | 2.6% |
| β = | Levered Beta | 1.48 |
| ERP= | Equity Risk Premium [3] | 6.0% |
| Sp= | Size Premium [4] | 2.1% |
| e= | Company Specific Risk Premium | 10.0% |
| | Total Cost of Equity | 23.5% |
| | **Total Cost of Equity (rounded)** | **23.0%** |

**Weighted Average Cost of Capital**

| | | | |
|---|---|---|---|
| Equity as a % of total capital | | 80.0% | |
| Cost of Equity (above) | | 23.5% | |
| | | | 18.8% |
| Debt as a % of total capital | | 20.0% | |
| Cost of Debt [5] | 7.3% | | |
| After tax cost of debt (tax rate above) | | 5.2% | |
| | | | 1.0% |
| Weighted Average Cost of Capital | | | 19.8% |
| **Weighted Average Cost of Capital (rounded)** | | | **20.0%** |

**Notes:**
Source: S&P Capital IQ.
[1]  Represents trailing 3-month average daily trading volume (in thousands).
[2]  Source: 20-Year Constant Maturity Rate as of the valuation date, per the Federal Reserve.
[3]  Source: Supply Side Equity Risk Premium from Duff & Phelps US Guide to Cost of Capital (1926-2017)
[4]  Source: Micro-Cap Stock Premium in the 8th decile, per Duff and Phelps US Guide to Cost of Capital (1926-2017)
[5]  Source: Company's weighted average cost of debt ranged between 6.4% and 7.5% as of 12/31/16, See Outcome Holdings financial statements for the year ended 12/31/2016.

**Outcome Holdings LLC**                                                                    **Exhibit 4.3.6.C**

Business Valuation - Adjusted            Discounted Cash Flow Method (Free Cash Flow to Invested Capital) -- "Credit Case"
As of October 13, 2017                                                                       *(in thousands of USD)*

| Forecast Period | Base Cash Flow | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] |
|---|---|---|---|---|---|
| 2017 - Nov to Dec | $ 53,055 | 0.11 | 20.0% | 0.9805 | $ 52,019 |
| 2018 | 62,069 | 0.72 | 20.0% | 0.8776 | 54,470 |
| 2019 | 81,045 | 1.72 | 20.0% | 0.7313 | 59,269 |
| 2020 | 98,674 | 2.72 | 20.0% | 0.6094 | 60,134 |
| 2021 | 129,096 | 3.72 | 20.0% | 0.5079 | 65,562 |
| 2022 | 160,570 | 4.72 | 20.0% | 0.4232 | 67,955 |
| 2023 | 186,965 | 5.72 | 20.0% | 0.3527 | 65,938 |
| 2024 | 213,752 | 6.72 | 20.0% | 0.2939 | 62,821 |
| 2025 | 238,899 | 7.72 | 20.0% | 0.2449 | 58,510 |
| 2026 | 262,431 | 8.72 | 20.0% | 0.2041 | 53,561 |
| 2027 | 280,779 | 9.72 | 20.0% | 0.1701 | 47,755 |
| Terminal Value | 1,825,066 | 9.72 | 20.0% | 0.1701 | 310,406 |

| | |
|---|---|
| **Indicated Value** | $ 958,400 |
| Add: Excess Cash [3] | - |
| Add/(Less): Non-Operating Assets/(Liabilities) | - |
| Add: Present Value of NOL Tax Benefit | - |
| **Total Value of Invested Capital - Controlling, Marketable Basis** | $ 958,400 |
| Less: Interest Bearing Debt | (292,712) |
| **Total Equity Value - Controlling, Marketable Basis** | $ 665,688 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | $ 670,000 |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.
[3] Proceeds from March 2017 equity raise, net of dividend to founders.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                                          **Exhibit 4.3.7.C**

Business Valuation - Adjusted                                                                             Overstatement of ContextMedia Revenue, 2015-2017
As of October 13, 2017

**As calculated by Government Expert Petron [1]**

|  | 2015 | | | 2016 | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Recognized Revenue | Adjusted Revenue | Overstated Revenue | Recognized Revenue | Adjusted Revenue | Overstated Revenue | Recognized Revenue | Adjusted Revenue | Overstated Revenue |
| Total Revenue | $45,012 | $29,937 | $15,075 | $99,870 | $68,862 | $31,007 | $144,882 | $98,800 | $46,082 |
| 2016 Deferred Revenue Top Side Adjustment | $0 | $0 | $0 | $0 | $0 | -$1,175 | $0 | $0 | -$1,175 |
| Adjusted Total Revenue | $45,012 | $29,937 | $15,075 | $99,870 | $68,862 | $29,833 | $144,882 | $98,800 | $44,908 |

**As calculated by Gibson Dunn [2]**

|  | 2015 Revenue | 2016 Revenue | 2017 Revenue | 2015-2017 Revenue | Approximate Total Restitution (Paid + Future) |
|---|---|---|---|---|---|
| Top 20 Customers | $55,756 | $94,033 | $89,450 | $239,239 | $63,105 |
| All Other Customers | $6,312 | $6,626 | $10,869 | $23,807 | $2,364 |
| Total | $62,068 | $100,659 | $100,320 | $263,047 | $65,468 |

**Overstatement of Revenue [3]**

|  | 2015 | 2016 | 2017 |
|---|---|---|---|
| Overstated Revenue | $15,075 | $29,833 | $20,561 |

<u>**Sources:**</u>

[1] Government Exhibit 1973 (Government expert Petron's analysis of loss to clients). Mr. Petron identified a topside adjustment to deferred revenue. Mr. Petron's analysis does not include advertising campaigns for which overstated revenue was less than $10,000.

[2] Gibson Dunn's Outcome Health Compliance Presentation, August 15, 2019, DOJ-0003832077 - Restitution & Loss.pdf.

[3] Based on Petron 2015 and 2016 overstatement amounts. Estimated 2017 overstatement amount by subtracting Petron 2015 and 2016 overstatement amounts from Gibson Dunn total.



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**     **Exhibit 4.3.8.C**

Business Valuation - Adjusted     Management Revenue Projection, With and Without Adjustment for Overstated Revenue, Beginning March 1, 2017
As of October 13, 2017

**Management Projections [1]**

| | 2013 A | 2014 A | 2015 A | 2016 A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|---|---|---|
| Context Media Revenue | $15,102 | $23,306 | $62,068 | $128,118 | $237,852 | $363,371 | $486,485 | $602,342 | $725,315 |
| AccentHealth Revenue | $41,844 | $44,124 | $42,679 | $46,851 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 |
| Revenue Synergies | $0 | $0 | $0 | $0 | $3,500 | $9,000 | $13,500 | $14,000 | $14,000 |
| Total Revenue | $56,946 | $67,430 | $104,747 | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| *Growth Rate* | | | *55.3%* | *67.0%* | *63.7%* | *45.8%* | *30.6%* | *21.4%* | *18.6%* |

| | | | 2015 A | 2016 A | 2017 A | | | | |
|---|---|---|---|---|---|---|---|---|
| **Revenue Overstatement [2]** | | | $15,075 | $29,833 | $20,561 | | | | |

| | | | | Jan-Oct 2017 A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Overstatement [2]** | | | | $20,561 | | | | | |

| | | | 2016 A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Adjusted Revenue** | | | $145,136 | | | | | | |

**Adjusted Revenue Growth Rates**

| | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|
| Prior Year Adjusted Revenue | $145,136 | $239,612 | $367,248 | $500,862 | $623,775 |
| Upper Revenue Bound | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 |
| Lower Revenue Bound | $104,747 | $174,969 | $286,352 | $417,371 | $544,985 |
| Revenue Range (Upper Revenue Bound less Lower Revenue Bound) | $70,222 | $111,383 | $131,019 | $127,615 | $116,357 |
| Subject Revenue less Lower Revenue Bound | $40,389 | $64,643 | $80,896 | $83,492 | $78,789 |
| Percentage of Subject Revenue in Revenue Range | 57.52% | 58.04% | 61.74% | 65.42% | 67.71% |
| | | | | | |
| Next Year Growth Rate Upper Revenue | 63.7% | 45.8% | 30.6% | 21.4% | 18.6% |
| Next Year Growth Rate Lower Revenue | 67.0% | 63.7% | 45.8% | 30.6% | 21.4% |
| Average of Growth Rates | 65.3% | 54.7% | 38.2% | 26.0% | 20.0% |
| Growth Rate Range (Upper Rev. Growth Less Lower Rev. Growth) | -3.4% | -17.9% | -15.2% | -9.2% | -2.8% |
| Percentage of Subject Revenue in Growth Rate Range | -1.9% | -10.4% | -9.4% | -6.0% | -1.9% |
| Estimate of Growth Rate To Current Year, Given Adjusted Subject Revenue | 65.1% | 53.3% | 36.4% | 24.5% | 19.5% |

| | 2016 A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|
| **Management Revenue Projection, <u>Adjusted for Overstated Revenue</u>, as of Year End 2016** | $145,136 | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |

**Adjusted Operating Expense Percentage**

| | 2016A | 2017 E | 2018 E | 2019 E | 2020 E | 2021 E |
|---|---|---|---|---|---|---|
| Revenue | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| Adjusted Revenue | | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |
| Operating Expense % | 77.2% | 65.0% | 63.2% | 62.8% | 62.8% | 62.6% |
| | | | | | | |
| Current Year Adjusted Revenue | | $239,612 | $367,248 | $500,862 | $623,775 | $745,312 |
| Unadjusted Upper Revenue Bound | | $286,352 | $417,371 | $544,985 | $661,342 | $784,315 |
| Unadjusted Lower Revenue Bound | | $174,969 | $286,352 | $417,371 | $544,985 | $661,342 |
| Revenue Range (Upper Revenue Bound less Lower Revenue Bound) | | $111,383 | $131,019 | $127,615 | $116,357 | $122,973 |
| Subject Revenue less Lower Revenue Bound | | $64,643 | $80,896 | $83,492 | $78,789 | $83,970 |
| Percentage of Subject Revenue in Revenue Range | | 58.04% | 61.74% | 65.42% | 67.71% | 68.28% |
| | | | | | | |
| Prior Year Opex % | | 77.2% | 65.0% | 63.2% | 62.8% | 62.8% |
| Current Year Opex % | | 65.0% | 63.2% | 62.8% | 62.8% | 62.6% |
| Average of Opex % | | 71.1% | 64.1% | 63.0% | 62.8% | 62.7% |
| Opex % Range (Upper Opex % Less Lower Opex %) | | 12.2% | 1.7% | 0.4% | 0.0% | 0.3% |
| Percentage of Subject Revenue in Opex % Range | | 7.1% | 1.1% | 0.3% | 0.0% | 0.2% |
| Estimate of Opex % in Current Year, Given Adjusted Subject Revenue | | 72.1% | 64.3% | 63.1% | 62.8% | 62.8% |

**Source**

[1] Projected data from Ratings Agency Model - 3 Statements.xlsx. 2013 AccentHealth revenue from 10.3 AccentHealth - FY 2014 Audited Financials.pdf.
[2] See Exhibit 3.7.1, Overstatement of ContextMedia Revenue, 2015-2017.
[3] Schedule B.2, Historical Income Statements
[4] 2016 ContextMedia may include the portion of AccentHealth revenue from acquisition on December 23, 2016 to year end.


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 4.4.1.C**

| Business Valuation - Adjusted | | Guideline Public Company Method -- "Credit Case" |
|---|---|---|
| As of October 13, 2017 | | *(in thousands of USD, unless noted otherwise)* |

| Name | Ticker | Market Cap | Debt, Pref Shr & Min Int. | Cash | MVIC [1] | Revenue LTM | Revenue 2017E | EBITDA LTM | EBITDA 2017E | EBIT LTM | MVIC / Revenue 2017E | MVIC / EBITDA 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1: Streaming** | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 22,912,677 | $ 9,689,000 | $ 144,000 | $ 32,457,677 | $ 13,289,000 | $ 13,662,495 | $ 3,018,000 | $ 3,162,324 | $ 2,795,000 | 2.38x | 10.26x |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 10,724,365 | 15,068,000 | 7,172,000 | 18,620,365 | 6,681,000 | 6,756,490 | 2,524,000 | 2,507,815 | 2,201,000 | 2.76x | 7.42x |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 26,340,319 | 6,732,569 | 73,553 | 32,999,335 | 5,324,229 | 5,401,410 | 1,916,518 | 2,069,760 | 1,619,618 | 6.11x | 15.94x |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 2,796,197 | 4,399,498 | 135,801 | 7,059,894 | 2,088,181 | 2,428,650 | 653,266 | 806,919 | 433,273 | 2.91x | 8.75x |
| TEGNA Inc. | NYSE:TGNA | 2,719,063 | 3,315,812 | 383,354 | 5,651,521 | 1,959,558 | 1,937,323 | 694,496 | 660,911 | 618,166 | 2.92x | 8.55x |
| Gaia, Inc. | NasdaqGM:GAIA | 190,252 | - | 30,107 | 160,145 | 24,621 | 27,600 | (19,962) | (20,600) | (24,341) | 5.80x | NA |
| Cineverse Corp. | NasdaqCM:CNVS | 17,430 | 119,084 | 9,661 | 126,853 | 75,557 | NA | 26,090 | NA | 1,072 | NA | NA |
| Netflix, Inc. | NasdaqGS:NFLX | 86,129,756 | 4,888,783 | 1,746,469 | 89,272,070 | 10,884,499 | 11,543,044 | 814,337 | 1,087,639 | 747,310 | 7.73x | 82.08x |
| | | | | | | | | | | | | |
| **Group 2: Advertising** | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | $ 8,180,225 | $ 1,715,518 | $ 1,153,528 | $ 8,742,215 | $ 3,587,696 | $ 4,129,397 | $ 599,043 | $ 729,489 | $ 297,305 | 2.12x | 11.98x |
| Informa plc | LSE:INF | $ 7,530,871 | $ 1,929,719 | $ 73,606 | $ 9,386,983 | $ 2,258,601 | $ 2,311,324 | $ 713,338 | $ 779,423 | $ 498,954 | 4.06x | 12.04x |
| Inc. | NYSE:CCO | $ 1,554,472 | $ 5,417,201 | $ 222,387 | $ 6,749,286 | $ 2,582,861 | $ 2,600,991 | $ 570,395 | $ 573,805 | $ 247,540 | 2.59x | 11.76x |
| Lamar Advertising Company | NasdaqGS:LAMR | $ 6,814,323 | $ 2,449,429 | $ 29,419 | $ 9,234,333 | $ 1,529,502 | $ 1,529,085 | $ 650,711 | $ 660,066 | $ 443,479 | 6.04x | 13.99x |
| Ströer SE & Co. KGaA | XTRA:SAX | $ 3,694,010 | $ 865,121 | $ 100,921 | $ 4,458,210 | $ 1,451,370 | $ 1,517,452 | $ 286,750 | $ 378,429 | $ 131,275 | 2.94x | 11.78x |
| OUTFRONT Media Inc. | NYSE:OUT | $ 3,415,701 | $ 2,263,200 | $ 42,000 | $ 5,636,901 | $ 1,516,600 | $ 1,527,155 | $ 386,400 | $ 440,552 | $ 227,900 | 3.69x | 12.80x |
| Fluent, Inc. | NasdaqCM:FLNT | $ 270,720 | $ 62,848 | $ 10,323 | $ 323,245 | $ 209,360 | $ 235,684 | $ (4,691) | $ 25,169 | $ (17,946) | 1.37x | 12.84x |
| | | | | | | | | | | | | |
| **Group 3: Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,952,430 | 11,708 | 310,695 | 1,653,443 | 415,172 | 435,701 | 33,497 | 74,888 | 12,305 | 3.79x | 22.08x |
| Zillow Group, Inc. | NasdaqGS:ZG | 7,768,354 | 380,795 | 680,980 | 7,468,169 | 1,022,076 | 1,064,501 | 72,617 | 229,252 | 2,963 | 7.02x | 32.58x |
| Yelp Inc. | NYSE:YELP | 3,570,721 | - | 558,169 | 3,012,552 | 826,202 | 861,120 | 50,624 | 150,315 | 22,020 | 3.50x | 20.04x |
| Alphabet Inc. | NasdaqGS:GOOGL | 692,007,174 | 3,964,000 | 100,143,000 | 595,828,174 | 104,596,000 | 108,598,677 | 34,397,000 | 43,560,981 | 27,857,000 | 5.49x | 13.68x |
| Meta Platforms, Inc. | NasdaqGS:META | 504,575,115 | - | 38,289,000 | 466,286,115 | 36,490,000 | 39,219,724 | 20,204,000 | 24,839,366 | 17,418,000 | 11.89x | 18.77x |
| JD.com, Inc. | NasdaqGS:JD | 55,109,576 | 4,243,876 | 5,662,109 | 53,691,342 | 49,839,551 | 55,160,858 | 602,740 | 1,026,473 | 63,468 | 0.97x | 52.31x |
| Trip.com Group Limited | NasdaqGS:TCOM | 28,900,268 | 7,571,290 | 6,822,032 | 29,649,526 | 3,861,040 | 4,086,571 | 580,630 | 842,409 | 427,757 | 7.26x | 35.20x |
| *Correlation to MVIC* | | | | | | *1.00* | *1.00* | *0.99* | *0.99* | *0.99* | | |
| *Correlation to Price* | | | | | | *0.99* | *0.99* | *0.99* | *0.99* | *0.99* | | |

| | | |
|---|---|---|
| Upper Quartile | 6.04x | 20.55x |
| Mean | 4.44x | 20.74x |
| Median | 3.69x | 13.26x |
| Lower Quartile | 2.76x | 11.78x |
| | | |
| **Selected Multiple** | **4.50x** | **15.50x** |
| Subject Company Base Value | $ 239,612 | $ 66,968 |
| | | |
| **Indicated Value** | 1,078,255 | 1,038,006 |
| Less: Interest Bearing Debt | (292,712) | (292,712) |
| | | |
| **Indicated Equity Value** | $ 785,543 | $ 745,294 |
| Weighting | 33.3% | 66.7% |
| | | |
| **Weighted Value (in thousands)** | | $ 758,710 |
| Add: March 2017 Financing Proceeds | | - |
| Add: Subject Company Cash | | 85,138 |
| | | |
| **Total Equity Value - Controlling, Marketable Basis** | | $ 843,849 |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | | $ 840,000 |

**Notes:**
Source: S&P Capital IQ.
[1] MVIC = Market Value of Invested Capital. Presented as net of cash.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 4.4.2**

Business Valuation - Adjusted | Guideline Public Company Key Financial Ratios
As of October 13, 2017 | *(in thousands of USD)*

| Name | Ticker | Market Cap | Trading Volume [1] | LTM Revenue | CAGR Revenue [2] 1 Year | 3 Year | Forward Growth 2017E | 2018E | 2019E | As a % of Revenue GM | EBITDA | EBIT | WC [3] | Current Ratio | Debt to Equity | Debt to TNW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 1:  Streaming** | | | | | | | | | | | | | | | | |
| Paramount Global | NasdaqGS:PARA | $ 22,912,677 | 2,929 | $13,289,000 | 7.7% | -1.0% | 2.8% | 4.5% | 7.3% | 39.2% | 22.7% | 21.0% | 20.4% | 1.55 | 323.6% | -214.6% |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | 10,724,365 | 4,430 | 6,681,000 | 3.2% | 2.9% | 1.1% | 9.3% | 3.3% | 62.7% | 37.8% | 32.9% | 10.8% | 5.87 | 241.1% | -254.6% |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | 26,340,319 | 17,368 | 5,324,229 | 8.4% | 9.2% | 1.4% | 5.6% | 5.1% | 52.3% | 36.0% | 30.4% | -42.4% | 0.19 | NA | -114.8% |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | 2,796,197 | 711 | 2,088,181 | 99.7% | 53.6% | 16.3% | 14.6% | 2.2% | 60.4% | 31.3% | 20.7% | 11.1% | 1.35 | 363.3% | -101.2% |
| TEGNA Inc. | NYSE:TGNA | 2,719,063 | 2,548 | 1,959,558 | -13.4% | -16.3% | -1.1% | 12.7% | -1.0% | 54.0% | 35.4% | 31.5% | 6.7% | 1.37 | 469.7% | -105.2% |
| Gaia, Inc. | NasdaqGM:GAIA | 190,252 | 44 | 24,621 | 53.3% | -46.6% | 12.1% | 46.7% | NA | 86.0% | -81.1% | -98.9% | -25.3% | 3.49 | 0.0% | 0.0% |
| Cineverse Corp. | NasdaqCM:CNVS | 17,430 | 4 | 75,557 | -24.6% | -12.6% | NA | NA | NA | 70.0% | 34.5% | 1.4% | -25.2% | 0.43 | NA | -113.9% |
| Netflix, Inc. | NasdaqGS:NFLX | 86,129,756 | 7,418 | 10,884,499 | 33.1% | 28.0% | 6.1% | 23.8% | 19.6% | 33.8% | 7.5% | 6.9% | -6.2% | 1.20 | 146.9% | -76.2% |
| | | | | | | | | | | | | | | | | |
| **Group 2:  Advertising** | | | | | | | | | | | | | | | | |
| JCDecaux SE | ENXTPA:DEC | 8,180,225 | 148 | - | 2.8% | 7.7% | NA | NA | NA | 32.3% | NA | NA | NA | 1.15 | 57.7% | 174.6% |
| Informa plc | LSE:INF | 7,530,871 | 1,266 | 3,587,696 | 30.3% | 14.0% | 15.1% | 3.9% | 4.3% | 41.3% | 16.7% | 8.3% | -15.3% | 0.41 | 64.1% | -68.6% |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | 1,554,472 | 164 | 2,258,601 | -5.7% | -4.5% | 2.3% | 2.9% | 3.6% | 46.0% | 31.6% | 22.1% | 5.1% | 1.47 | NA | -161.6% |
| Lamar Advertising Company | NasdaqGS:LAMR | 6,814,323 | 593 | 2,582,861 | 4.1% | 6.4% | 0.7% | 2.4% | 0.2% | 65.1% | 22.1% | 9.6% | 4.6% | 1.55 | 224.6% | -185.8% |
| Ströer SE & Co. KGaA | XTRA:SAX | 3,694,010 | 101 | 1,529,502 | 18.5% | 20.5% | 0.0% | 3.1% | 3.4% | 34.2% | 42.5% | 29.0% | -11.7% | 0.72 | 114.3% | -121.8% |
| OUTFRONT Media Inc. | NYSE:OUT | 3,415,701 | 930 | 1,451,320 | 0.1% | 5.2% | 4.6% | 11.3% | 8.5% | 45.1% | 19.8% | 9.0% | 6.8% | 1.23 | 178.8% | -150.5% |
| Fluent, Inc. | NasdaqCM:FLNT | 270,720 | 28 | 1,516,600 | 45.9% | NA | 0.7% | 2.8% | 2.4% | 32.9% | 25.5% | 15.0% | 0.7% | 1.59 | 29.9% | -132.5% |
| | | | | | | | | | | | | | | | | |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | | | | | | | | | | | | | | | |
| Etsy, Inc. | NasdaqGS:ETSY | 1,952,430 | 1,588 | 415,172 | 21.2% | 34.1% | 4.9% | 18.4% | 17.0% | 65.8% | 8.1% | 3.0% | 0.5% | 4.26 | 3.4% | 3.8% |
| Zillow Group, Inc. | NasdaqGS:ZG | 7,768,354 | 403 | 1,022,076 | 29.6% | 51.8% | 4.2% | 20.2% | 19.9% | 92.0% | 7.1% | 0.3% | -3.4% | 6.44 | 14.2% | 151.1% |
| Yelp Inc. | NYSE:YELP | 3,570,721 | 2,062 | 826,202 | 22.9% | 34.7% | 4.2% | 17.9% | 15.4% | 91.5% | 6.1% | 2.7% | 17.9% | 9.79 | 0.0% | 0.0% |
| Alphabet Inc. | NasdaqGS:GOOGL | 692,007,174 | 32,269 | 104,596,000 | 22.3% | 18.0% | 3.8% | 17.6% | 16.2% | 59.9% | 32.9% | 26.6% | -1.4% | 5.77 | 2.5% | 2.9% |
| Meta Platforms, Inc. | NasdaqGS:META | 504,575,115 | 15,825 | 36,490,000 | 47.9% | 48.2% | 7.5% | 30.1% | 24.8% | 86.6% | 55.4% | 47.7% | 7.1% | 13.37 | 0.0% | 0.0% |
| JD.com, Inc. | NasdaqGS:JD | 55,109,576 | 13,076 | 49,839,551 | 42.0% | 48.9% | 10.7% | 28.2% | 22.6% | 7.8% | 1.2% | 0.1% | -3.6% | 1.12 | 53.8% | 88.7% |
| Trip.com Group Limited | NasdaqGS:TCOM | 28,900,268 | 4,194 | 3,861,040 | 50.8% | 55.2% | 5.8% | 28.8% | 25.8% | 81.5% | 15.0% | 11.1% | -36.1% | 1.51 | 57.9% | 358.5% |
| | | | | | | | | | | | | | | | | |
| **Upper Quartile** | | $ 25,483,409 | 4,371 | $ 6,341,807 | 39.8% | 34.7% | 6.4% | 21.1% | 18.3% | 69.0% | 34.5% | 26.6% | 6.8% | 4.07 | 201.7% | 2.2% |
| **Mean** | | 67,144,274 | 4,914 | 11,377,423 | 22.7% | 17.0% | 5.2% | 15.3% | 10.6% | 56.4% | 19.4% | 11.0% | -3.8% | 2.99 | 123.6% | -46.4% |
| **Median** | | 7,172,597 | 1,427 | 2,173,391 | 21.7% | 14.0% | 4.2% | 13.7% | 7.3% | 56.9% | 22.7% | 11.1% | 0.5% | 1.49 | 57.9% | -88.7% |
| **Lower Quartile** | | 2,738,346 | 224 | 1,129,399 | 3.5% | 2.9% | 1.4% | 4.4% | 3.3% | 39.7% | 8.1% | 3.0% | -11.7% | 1.16 | 8.8% | -129.8% |
| | | | | | | | | | | | | | | | | |
| **Outcome Holdings LLC** | | NA | NA | $ 145,136 | 61.9% | 36.6% | 65.1% | 53.3% | 36.4% | 96.1% | 8.7% | -13.0% | 90.0% | 2.31 | 81.7% | 164.9% |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] CAGR = Compound Annual Growth Rate
[3] WC = Current Assets - Cash & Equivalents - Current Liabilities + Short-Term Debt


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 4.4.3**

Business Valuation - Adjusted  Guideline Public Company Descriptions
As of October 13, 2017

| Name | Ticker | Description |
|------|--------|-------------|
| **Group 1:  Streaming** | | |
| Paramount Global | NasdaqGS:PARA | Paramount Global operates as a media, streaming, and entertainment company worldwide. |
| Warner Bros. Discovery, Inc. | NasdaqGS:WBD | Warner Bros. Discovery, Inc. operates as a media and entertainment company worldwide. |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | Sirius XM Holdings Inc. operates as an audio entertainment company in North America. |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | Nexstar Media Group, Inc. operates as a diversified media company that produces and distributes engaging local and national news, sports and entertainment content across the television and digital platforms in the United States. |
| TEGNA Inc. | NYSE:TGNA | TEGNA Inc. operates as a media company in the United States. |
| Gaia, Inc. | NasdaqGM:GAIA | Gaia, Inc. operates a digital video subscription service and online community for underserved member base in the United States, Canada, Australia, and internationally. |
| Cineverse Corp. | NasdaqCM:CNVS | Cineverse Corp. operates as a streaming technology and entertainment company. |
| Netflix, Inc. | NasdaqGS:NFLX | Netflix, Inc. provides entertainment services. |
| **Group 2:  Advertising** | | |
| JCDecaux SE | ENXTPA:DEC | JCDecaux SE operates as an outdoor advertising company worldwide. |
| Informa plc | LSE:INF | Informa plc operates as an international events, digital services, and academic research company in the United Kingdom, Continental Europe, the United States, China, and internationally. |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | Clear Channel Outdoor Holdings, Inc. operates as an out-of-home advertising company in the United States, Europe, and internationally. |
| Lamar Advertising Company | NasdaqGS:LAMR | Lamar Advertising Company operates as an outdoor advertising company in the United States and Canada. |
| Ströer SE & Co. KGaA | XTRA:SAX | Ströer SE & Co. KGaA provides out-of-home (OOH) media and online advertising solutions in Germany and internationally. |
| OUTFRONT Media Inc. | NYSE:OUT | OUTFRONT leverages the power of technology, location, and creativity to connect brands with consumers outside of their homes through one of the largest and most diverse sets of billboard, transit, and mobile assets in North America. |
| Fluent, Inc. | NasdaqCM:FLNT | Fluent, Inc. provides data-driven digital marketing services in the United States and internationally. |
| **Group 3:  Large Tech Companies Identified by Goldman Sachs** | | |
| Etsy, Inc. | NasdaqGS:ETSY | Etsy, Inc., together with its subsidiaries, operates two-sided online marketplaces that connect buyers and sellers in the United States, the United Kingdom, Germany, Canada, Australia, and France. |
| Zillow Group, Inc. | NasdaqGS:ZG | Zillow Group, Inc. operates real estate brands in mobile applications and Websites in the United States. |
| Yelp Inc. | NYSE:YELP | Yelp Inc. operates a platform that connects consumers with local businesses in the United States and internationally. |
| Alphabet Inc. | NasdaqGS:GOOGL | Alphabet Inc. offers various products and platforms in the United States, Europe, the Middle East, Africa, the Asia-Pacific, Canada, and Latin America. |
| Meta Platforms, Inc. | NasdaqGS:META | Meta Platforms, Inc. engages in the development of products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and wearables worldwide. |
| JD.com, Inc. | NasdaqGS:JD | JD.com, Inc. operates as a supply chain-based technology and service provider in the People's Republic of China. |
| Trip.com Group Limited | NasdaqGS:TCOM | Trip.com Group Limited, through its subsidiaries, operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours and in-destination, corporate travel management, and other travel-related services in China and internationally. |

**Notes:**
Source: S&P Capital IQ.



**Outcome Holdings LLC**      **Exhibit 5.1**

Business Valuation      Summary - Post Restructuring Value

As of February 1, 2018      *(USD)*

| | | | |
|---|---|---|---:|
| **Valuation as of October 13, 2017 - Exhibit 4.1** | | | $ 730,000,000 |
| | | | |
| **Interim Monthly Losses** | | | |
| Half of October 2017 | [1] | | $ (12,083,288) |
| November 2017 | [1] | | $ (14,780,212) |
| December 2017 | [1] | | $ (14,780,212) |
| January 2018 | [1] | | $ (14,780,212) |
| | | | |
| **Returned Cash from Founders, from 2018 Restructuring** | [2] | | $ 159,000,000 |
| | | | |
| **Estimated Valuation as of February 1, 2018** | | | $ 832,576,076 |
| | | | |
| **Estimated Valuation as of February 1, 2018 (Rounded)** | | | **$ 830,000,000** |

| **Equity Allocation - Exhibit 5.3** | **Adjusted Value** | **Original Investment** | **Investor Gain (Loss)** |
|---|---:|---:|---:|
| Preferred @ $4,209,000 | $ 221,122,013 | | |
| Class B | $ 262,173,658 | | |
| Total | $ 483,295,670 | $ 487,737,170 | $ (4,441,500) |
| | | | |
| **Plus Cash to Investors, from 2018 Restructuring** [2] | | | $ 31,024,513 |
| | | | |
| **Total Gain (Loss) to Investors at February 1, 2018** | | | **$ 26,583,014** |

**Notes**

[1] Based on review of Outcome Holdings monthly income/loss data, for October and November 2017. Data for December 2017 and January 2018 was not available. October 13 to 30, 2017 loss is estimated as half of the loss for the entire month. See Outcome Inc - Oct 2017 monthly.xlsx and Outcome Inc - Nov 2017 monthly.xlsx.

[2] See discussion of 2018 Restructuring in the Saba report.



**Outcome Holdings LLC**                                                                              **Exhibit 5.2**

Business Valuation                                                                          Equity Allocation Model

As of February 1, 2018                                                                                    *(USD)*

### Break Point Calculation

| Class of Units | Number of Units | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion |
|---|---|---|---|---|
| Preferred @ $4,209,000 | 100 | $ - | $ 420,900,000 | $ 420,900,000 |
| Class A | 100 | 24,150,000 | 24,150,000 | 798,569,186 |
| Class B | 100 | 35,600,000 | 35,600,000 | 810,019,186 |
| Class D | 0.23 | - | - | 1,161,629 |
| | 300.23 | $ 59,750,000 | $ 480,650,000 | $ 2,030,650,000 |

| | | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion |
|---|---|---|---|---|
| **Inputs** | | | | |
| Stock Price Now | $ 830,000,000 | $ 830,000,000 | $ 830,000,000 | $ 830,000,000 |
| Volatility | 71.0% | 71.0% | 71.0% | 71.0% |
| Riskfree Rate - Annual | 2.45% | 2.45% | 2.45% | 2.45% |
| Exercise Price | $ 0.00 | $ 59,750,000 | $ 480,650,000 | $ 2,030,650,000 |
| Time To Maturity - Years | 4.08 | 4.08 | 4.08 | 4.08 |
| | | | | |
| **Outputs** | | | | |
| d1 | 29.55 | 2.62 | 1.17 | 0.16 |
| d2 | 28.11 | 1.19 | (0.27) | (1.27) |
| N(d1) | 1.000 | 0.996 | 0.879 | 0.565 |
| N(d2) | 1.000 | 0.882 | 0.395 | 0.102 |
| Call Price ($V_c$) | $ 830,000,000 | $ 778,674,787 | $ 557,552,775 | $ 281,845,090 |
| | | | | |
| -d1 | -29.546 | -2.621 | -1.168 | -0.164 |
| -d2 | -28.111 | -1.186 | 0.267 | 1.271 |
| N(-d1) | 0.000 | 0.004 | 0.121 | 0.435 |
| N(-d2) | 0.000 | 0.118 | 0.605 | 0.898 |
| Put Price ($P_p$) | $ 0 | $ 2,726,454 | $ 162,363,375 | $ 1,288,832,807 |
| | | | | |
| Fair Market Value | $ 830,000,000 | $ 778,674,787 | $ 557,552,775 | $ 281,845,090 |



**Outcome Holdings LLC**         **Exhibit 5.3**
Business Valuation          Equity Allocation Model
As of February 1, 2018         *(USD)*

| | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion | Remaining Distributions |
|---|---|---|---|---|
| High call option | $ 830,000,000 | $ 778,674,787 | $ 557,552,775 | $ 281,845,090 |
| Less low call option | 778,674,787 | 557,552,775 | 281,845,090 | - |
| Total value to allocate | $ 51,325,213 | $ 221,122,013 | $ 275,707,684 | $ 281,845,090 |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | $ - | $ 420,900,000 | $ - | N/A |
| Class A | 24,150,000 | - | 774,419,186 | N/A |
| Class B | 35,600,000 | - | 774,419,186 | N/A |
| Class D | - | - | 1,161,629 | N/A |
| | 59,750,000.00 | 420,900,000.00 | 1,550,000,000 | - |
| **Distribution Percentage** | | | | |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | 0.00% | 100.00% | 0.00% | 0.00% |
| Class A | 40.42% | 0.00% | 49.96% | 66.63% |
| Class B | 59.58% | 0.00% | 49.96% | 33.30% |
| Class D | 0.00% | 0.00% | 0.075% | 0.075% |
| | 100.0% | 100.0% | 100.0% | 100.0% |
| **Allocation of Value** | | | | |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | $ - | $ 221,122,013 | $ - | $ - |
| Class A | 20,744,835 | - | 137,750,529 | 187,791,114 |
| Class B | 30,580,378 | - | 137,750,529 | 93,842,751 |
| Class D | - | - | 206,626 | 211,225 |
| | - | - | - | - |
| | $ 51,325,213 | $ 221,122,013 | $ 275,707,684 | $ 281,845,090 |

| Share Class | Number of Shares | Total Value | Investor Units Value |
|---|---|---|---|
| **Units in Outcome Inc.** | | | |
| Preferred @ $4,209,000 | 100.00 | $ 221,122,013 | $ 221,122,013 |
| Class A | 100.00 | 346,286,478 | N/A |
| Class B | 100.00 | 262,173,658 | 262,173,658 |
| Class D | 0.23 | 417,851 | N/A |
| **Fair Market Value** | 300.23 | $ 830,000,000 | $ 483,295,670 |
| | | | |
| **Fair Market Value ($000's, rounded)** | | $ 830,000 | |


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** — **Exhibit 5.4**
Business Valuation — Volatility Analysis
As of February 1, 2018 — *(In thousands of USD)*

| Guideline Companies | Ticker | Market Capitalization | Trading Volume [1] | LTM Rev. Size | Revenue Growth 1 Year | 3 Year | 5 Year | MVIC | Debt, Pref Shr & Min Int. | Dividend Yield [2] | Equity Volatility | Asset Volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCDecaux SE | ENXTPA:DEC | $ 7,409,842 | 165 | $ 3,060,500 | 2.9% | 7.2% | 3.1% | $ 8,800,642 | $ 1,390,800 | 1.6% | 23.7% | 20.7% |
| Informa plc | LSE:INF | $ 5,689,414 | 3,007 | $ 1,756,800 | 30.6% | 15.6% | 9.6% | $ 7,117,414 | $ 1,428,000 | 2.8% | 19.9% | 16.9% |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | $ 1,734,946 | 162 | $ 2,588,702 | -3.4% | -4.4% | -2.6% | $ 7,001,672 | $ 5,266,726 | 0.0% | 42.1% | 24.0% |
| Lamar Advertising Company | NasdaqGS:LAMR | $ 7,037,866 | 619 | $ 1,541,260 | 2.7% | 6.2% | 5.5% | $ 9,594,556 | $ 2,556,690 | 3.5% | 18.6% | 14.8% |
| Ströer SE & Co. KGaA | XTRA:SAX | $ 3,369,468 | 113 | $ 1,283,047 | 14.2% | 21.2% | 18.0% | $ 4,014,264 | $ 644,796 | 1.9% | 34.0% | 29.8% |
| OUTFRONT Media Inc. | NYSE:OUT | $ 3,116,547 | 816 | $ 1,059,000 | 0.4% | 3.9% | 3.4% | $ 5,341,847 | $ 2,225,300 | 6.5% | 26.3% | 19.0% |
| Fluent, Inc. | NasdaqCM:FLNT | $ 239,174 | 106 | $ 211,690 | 13.3% | 301.6% | 0.0% | $ 302,137 | $ 62,963 | 0.0% | 79.5% | 70.3% |
| Alphabet Inc. | NasdaqGS:GOOGL | $ 816,096,298 | 30,219 | $110,855,000 | 22.8% | 18.9% | 19.2% | $ 820,065,298 | $ 3,969,000 | 0.0% | 22.5% | 22.4% |
| Meta Platforms, Inc. | NasdaqGS:META | $ 560,926,596 | 19,333 | $ 40,653,000 | 47.1% | 48.3% | 51.5% | $ 560,926,596 | $ - | 0.0% | 27.6% | 27.6% |
| Netflix, Inc. | NasdaqGS:NFLX | $ 115,026,719 | 7,526 | $ 11,692,713 | 32.4% | 28.5% | 26.5% | $ 121,526,151 | $ 6,499,432 | 0.0% | 46.3% | 44.1% |
| Paramount Global | NasdaqGS:PARA | $ 22,548,026 | 7,571 | $ 26,535,000 | 101.5% | 28.5% | 15.7% | $ 32,710,026 | $ 10,162,000 | 2.7% | 21.8% | 16.3% |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | $ 27,445,287 | 20,831 | $ 5,282,000 | 8.1% | 9.1% | 9.8% | $ 34,191,635 | $ 6,746,348 | 0.7% | 19.7% | 16.4% |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | $ 3,472,139 | 709 | $ 2,431,966 | 120.4% | 56.8% | 45.1% | $ 7,834,599 | $ 4,362,460 | 1.6% | 40.7% | 26.6% |
| TEGNA Inc. | NYSE:TGNA | $ 3,066,683 | 2,439 | $ 1,903,026 | -5.0% | -10.2% | -18.7% | $ 6,074,376 | $ 3,007,693 | 2.9% | 37.4% | 25.5% |
| Etsy, Inc. | NasdaqGS:ETSY | $ 2,332,045 | 2,150 | $ 441,231 | 20.9% | 31.2% | 42.7% | $ 2,341,958 | $ 9,913 | 0.0% | 46.6% | 46.4% |
| Zillow Group, Inc. | NasdaqGS:ZG | $ 8,467,170 | 358 | $ 1,076,794 | 27.2% | 48.9% | 55.9% | $ 8,852,586 | $ 385,416 | 0.0% | 44.2% | 42.4% |
| Yelp Inc. | NYSE:YELP | $ 3,796,354 | 1,285 | $ 850,847 | 18.8% | 31.1% | 44.0% | $ 3,796,354 | $ - | 0.0% | 53.6% | 53.6% |
| Gaia, Inc. | NasdaqGM:GAIA | $ 182,775 | 39 | $ 28,290 | 64.0% | 38.0% | -26.0% | $ 195,275 | $ 12,500 | 0.0% | 40.0% | 37.7% |
| Cineverse Corp. | NasdaqCM:CNVS | $ 47,710 | 4 | $ 69,604 | -26.0% | -14.0% | -2.5% | $ 122,483 | $ 74,773 | 0.0% | 58.3% | 40.9% |
| JD.com, Inc. | NasdaqGS:JD | $ 67,709,464 | 15,464 | $362,331,754 | 40.3% | 46.6% | 54.3% | $ 91,516,940 | $ 23,807,476 | 0.0% | 35.6% | 27.5% |
| Trip.com Group Limited | NasdaqGS:TCOM | $ 24,742,483 | 4,998 | $ 25,281,000 | 39.2% | 53.9% | 45.2% | $ 70,278,483 | $ 45,536,000 | 0.0% | 44.2% | 27.2% |

| | | |
|---|---|---|
| Upper Quartile | | 40.9% |
| Mean | | 31.0% |
| Median | | 27.2% |
| Lower Quartile | | 20.7% |
| **Selected Asset Volatility [3]** | | **60.0%** |

**Relevered for Subject Company Capital Structure**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome Holdings LLC | | $ 830,000 | NA | $ 174,969 | 67.0% | 45.4% | NA | $ 1,155,396 | $ 325,396 | 0.0% | 71.0% | 59.7% |

| | |
|---|---|
| **Selected Equity Volatility** | **71.0%** |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] Dividend Yield = Total Dividend divided by Market Capitalization.
[3] Selected between the mean and upper quartile due to lower revenue, lack of access to public markets, but faster revenue growth.



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                        **Exhibit 5.5**

Business Valuation                                          Equity Allocation Model - Minimum Break Even Value

As of February 1, 2018                                                                              *(USD)*

**Break Point Calculation**

| Class of Units | Number of Units | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion |
|---|---|---|---|---|
| <u>Common Shares in Outcome Inc.</u> | | | | |
| Preferred @ $4,209,000 | 100 | $          - | $     420,900,000 | $     420,900,000 |
| Class A | 100 | 24,150,000 | 24,150,000 | 798,569,186 |
| Class B | 100 | 35,600,000 | 35,600,000 | 810,019,186 |
| Class D | 0.23 | - | - | 1,161,629 |
| | 300.23 | $  59,750,000 | $   480,650,000 | $ 2,030,650,000 |

| | | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion |
|---|---|---|---|---|
| **Inputs** | | | | |
| Stock Price Now | $    762,255,071 | $    762,255,071 | $    762,255,071 | $    762,255,071 |
| Volatility | 69.0% | 69.0% | 69.0% | 69.0% |
| Riskfree Rate - Annual | 2.45% | 2.45% | 2.45% | 2.45% |
| Exercise Price | $            0.00 | $    59,750,000 | $    480,650,000 | $ 2,030,650,000 |
| Time To Maturity - Years | 4.08 | 4.08 | 4.08 | 4.08 |
| | | | | |
| **Outputs** | | | | |
| d1 | 30.30 | 2.60 | 1.10 | 0.07 |
| d2 | 28.91 | 1.20 | (0.29) | (1.33) |
| N(d1) | 1.000 | 0.995 | 0.864 | 0.526 |
| N(d2) | 1.000 | 0.885 | 0.384 | 0.092 |
| Call Price ($V_c$) | $    762,255,071 | $    710,810,657 | $    491,760,877 | $    232,108,138 |
| | | | | |
| -d1 | -30.300 | -2.595 | -1.100 | -0.066 |
| -d2 | -28.906 | -1.201 | 0.295 | 1.328 |
| N(-d1) | 0.000 | 0.005 | 0.136 | 0.474 |
| N(-d2) | 0.000 | 0.115 | 0.616 | 0.908 |
| Put Price ($P_p$) | $            0 | $      2,607,252 | $    164,316,406 | $ 1,306,840,783 |
| | | | | |
| Fair Market Value | $    762,255,071 | $    710,810,657 | $    491,760,877 | $    232,108,138 |



| Outcome Holdings LLC | | | | Exhibit 5.6 |
|---|---|---|---|---|
| Business Valuation | | | Equity Allocation Model - Minimum Break Even Value | |
| As of February 1, 2018 | | | | *(USD)* |

| | Subordinated Loan Claims | Liq Pref to $420.09 Million | Distribution of Next $1.550 billion | Remaining Distributions |
|---|---|---|---|---|
| High call option | $ 762,255,071 | $ 710,810,657 | $ 491,760,877 | $ 232,108,138 |
| Less low call option | 710,810,657 | 491,760,877 | 232,108,138 | - |
| Total value to allocate | $ 51,444,414 | $ 219,049,780 | $ 259,652,739 | $ 232,108,138 |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | $ - | $ 420,900,000 | $ - | N/A |
| Class A | 24,150,000 | - | 774,419,186 | N/A |
| Class B | 35,600,000 | - | 774,419,186 | N/A |
| Class D | - | - | 1,161,629 | N/A |
| | 59,750,000.00 | 420,900,000.00 | 1,550,000,000 | - |
| **Distribution Percentage** | | | | |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | 0.00% | 100.00% | 0.00% | 0.00% |
| Class A | 40.42% | 0.00% | 49.96% | 66.63% |
| Class B | 59.58% | 0.00% | 49.96% | 33.30% |
| Class D | 0.00% | 0.00% | 0.075% | 0.075% |
| | 100.0% | 100.0% | 100.0% | 100.0% |
| **Allocation of Value** | | | | |
| | | | | |
| **Units in Outcome Inc.** | | | | |
| Preferred @ $4,209,000 | $ - | $ 219,049,780 | $ - | $ - |
| Class A | 20,793,014 | - | 129,729,073 | 154,651,783 |
| Class B | 30,651,400 | - | 129,729,073 | 77,282,404 |
| Class D | - | - | 194,594 | 173,951 |
| | | | | |
| | - | - | - | - |
| | $ 51,444,414 | $ 219,049,780 | $ 259,652,739 | $ 232,108,138 |

| Share Class | Number of Shares | Total Value | Investor Units Value |
|---|---|---|---|
| **Units in Outcome Inc.** | | | |
| Preferred @ $4,209,000 | 100.00 | $ 219,049,780 | $ 219,049,780 |
| Class A | 100.00 | 305,173,870 | N/A |
| Class B | 100.00 | 237,662,876 | 237,662,876 |
| Class D | 0.23 | 368,544 | N/A |
| **Indicated Value** | **300.23** | **$ 762,255,071** | **$ 456,712,657** |
| | | | |
| Cash to Investors, from 2018 Restructuring | | | $ 31,024,513 |
| | | | |
| **Fair Market Value** | | | **$ 487,737,170** |
| | | | |
| **Fair Market Value ($000's, rounded)** | | **$ 762,255** | |


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC** | | | | | | | | | | | **Exhibit 5.7**
Business Valuation | | | | | | | | | | | *Volatility Analysis*
As of February 1, 2018 | | | | | | | | | | | *(In thousands of USD)*

| Guideline Companies | Ticker | Market Capitalization | Trading Volume [1] | LTM Rev. Size | Revenue Growth 1 Year | Revenue Growth 3 Year | Revenue Growth 5 Year | MVIC | Debt, Pref Shr & Min Int. | Dividend Yield [2] | Equity Volatility | Asset Volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCDecaux SE | ENXTPA:DEC | $ 7,409,842 | 165 | $ 3,060,500 | 2.9% | 7.2% | 3.1% | $ 8,800,642 | $ 1,390,800 | 1.6% | 23.7% | 20.7% |
| Informa plc | LSE:INF | $ 5,689,414 | 3,007 | $ 1,756,800 | 30.6% | 15.6% | 9.6% | $ 7,117,414 | $ 1,428,000 | 2.8% | 19.9% | 16.9% |
| Clear Channel Outdoor Holdings, Inc. | NYSE:CCO | $ 1,734,946 | 162 | $ 2,588,702 | -3.4% | -4.4% | -2.6% | $ 7,001,672 | $ 5,266,726 | 0.0% | 42.1% | 24.0% |
| Lamar Advertising Company | NasdaqGS:LAMR | $ 7,037,866 | 619 | $ 1,541,260 | 2.7% | 6.2% | 5.5% | $ 9,594,556 | $ 2,556,690 | 3.5% | 18.6% | 14.8% |
| Ströer SE & Co. KGaA | XTRA:SAX | $ 3,369,468 | 113 | $ 1,283,047 | 14.2% | 21.2% | 18.0% | $ 4,014,264 | $ 644,796 | 1.9% | 34.0% | 29.8% |
| OUTFRONT Media Inc. | NYSE:OUT | $ 3,116,547 | 816 | $ 1,059,000 | 0.4% | 3.9% | 3.4% | $ 5,341,847 | $ 2,225,300 | 6.5% | 26.3% | 19.0% |
| Fluent, Inc. | NasdaqCM:FLNT | $ 239,174 | 106 | $ 211,690 | 13.3% | 301.6% | 0.0% | $ 302,137 | $ 62,963 | 0.0% | 79.5% | 70.3% |
| Alphabet Inc. | NasdaqGS:GOOGL | $ 816,096,298 | 30,219 | $ 110,855,000 | 22.8% | 18.9% | 19.2% | $ 820,065,298 | $ 3,969,000 | 0.0% | 22.5% | 22.4% |
| Meta Platforms, Inc. | NasdaqGS:META | $ 560,926,596 | 19,333 | $ 40,653,000 | 47.1% | 48.3% | 51.5% | $ 560,926,596 | $ - | 0.0% | 27.6% | 27.6% |
| Netflix, Inc. | NasdaqGS:NFLX | $ 115,026,719 | 7,526 | $ 11,692,713 | 32.4% | 28.5% | 26.5% | $ 121,526,151 | $ 6,499,432 | 0.0% | 46.3% | 44.1% |
| Paramount Global | NasdaqGS:PARA | $ 22,548,026 | 7,571 | $ 26,535,000 | 101.5% | 28.5% | 15.7% | $ 32,710,026 | $ 10,162,000 | 2.7% | 21.8% | 16.3% |
| Sirius XM Holdings Inc. | NasdaqGS:SIRI | $ 27,445,287 | 20,831 | $ 5,282,000 | 8.1% | 9.1% | 9.8% | $ 34,191,635 | $ 6,746,348 | 0.7% | 19.7% | 16.4% |
| Nexstar Media Group, Inc. | NasdaqGS:NXST | $ 3,472,139 | 709 | $ 2,431,966 | 120.4% | 56.8% | 45.1% | $ 7,834,599 | $ 4,362,460 | 1.6% | 40.7% | 26.6% |
| TEGNA Inc. | NYSE:TGNA | $ 3,066,683 | 2,439 | $ 1,903,026 | -5.0% | -10.2% | -18.7% | $ 6,074,376 | $ 3,007,693 | 2.9% | 37.4% | 25.5% |
| Etsy, Inc. | NasdaqGS:ETSY | $ 2,332,045 | 2,150 | $ 441,231 | 20.9% | 31.2% | 42.7% | $ 2,341,958 | $ 9,913 | 0.0% | 46.6% | 46.4% |
| Zillow Group, Inc. | NasdaqGS:ZG | $ 8,467,170 | 358 | $ 1,076,794 | 27.2% | 48.9% | 55.9% | $ 8,852,586 | $ 385,416 | 0.0% | 44.2% | 42.4% |
| Yelp Inc. | NYSE:YELP | $ 3,796,354 | 1,285 | $ 850,847 | 18.8% | 31.1% | 44.0% | $ 3,796,354 | $ | 0.0% | 53.6% | 53.6% |
| Gaia, Inc. | NasdaqGM:GAIA | $ 182,775 | 39 | $ 28,290 | 64.0% | 38.0% | -26.0% | $ 195,275 | $ 12,500 | 0.0% | 40.0% | 37.7% |
| Cineverse Corp. | NasdaqCM:CNVS | $ 47,710 | 4 | $ 69,604 | -26.0% | -14.0% | -2.5% | $ 122,483 | $ 74,773 | 0.0% | 58.3% | 40.9% |
| JD.com, Inc. | NasdaqGS:JD | $ 67,709,464 | 15,464 | $ 362,331,754 | 40.3% | 46.6% | 54.3% | $ 91,516,940 | $ 23,807,476 | 0.0% | 35.6% | 27.5% |
| Trip.com Group Limited | NasdaqGS:TCOM | $ 24,742,483 | 4,998 | $ 25,281,000 | 39.2% | 53.9% | 45.2% | $ 70,278,483 | $ 45,536,000 | 0.0% | 44.2% | 27.2% |

| | | |
|---|---|---|
| Upper Quartile | | 40.9% |
| Mean | | 31.0% |
| Median | | 27.2% |
| Lower Quartile | | 20.7% |
| Selected Asset Volatility [3] | | **60.0%** |

**Relevered for Subject Company Capital Structure**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome Holdings LLC | | $ 1,151,615 | NA | $ 174,969 | 67.0% | 45.4% | NA | $ 1,477,011 | $ 325,396 | 0.0% | 69.0% | 59.4% |

Selected Equity Volatility | | **69.0%**

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] Dividend Yield = Total Dividend divided by Market Capitalization.
[3] Selected between the mean and upper quartile due to lower revenue, lack of access to public markets, but faster revenue growth.



**Outcome Holdings LLC**                                                    **Exhibit 6.1**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution

### Government Restitution Analysis [1]

| | Government Estimate of Overstatement | | Gibson Dunn Analysis | Government Conclusion | |
| | Petron Analysis | Other | by Outcome | | |
| **Clients** | 2015-2016 Loss Amount (from GX 1973) | 2012-2014 Loss | (from Exhibit C) | Loss Paid Difference | Restitution Owed |
|---|---|---|---|---|---|
| Abbott | | | $209,511 | -$209,511 | No |
| Abbvie | $7,159,588 | $1,773,258 | $6,900,000 | $2,032,846 | Yes |
| Acadia Pharmaceuticals | | | $211,052 | -$211,052 | No |
| Acorda | $61,824 | | | $61,824 | Yes |
| Akrimax | $24,919 | | | $24,919 | Yes |
| Allergan | $130,276 | | $224,999 | -$94,723 | No |
| Amgen | $3,666,794 | | $4,519,636 | -$852,842 | No |
| Astellas | | | $75,000 | -$75,000 | No |
| Astrazeneca | $2,382,592 | $46,324 | $2,528,354 | -$99,438 | No |
| Avanir | $145,425 | | $59,233 | $86,192 | Yes |
| Bayer | $267,613 | | $574,990 | -$307,377 | No |
| Biogen | $3,226,453 | | $85,000 | $3,141,453 | Yes |
| Boehringer Ingelheim | $4,200,302 | $1,449,371 | $11,919,671 | -$6,269,998 | No |
| Boston Scientific | | | $240,258 | -$240,258 | No |
| Bristol-Myers Squibb | $608,115 | | $177,177 | $430,938 | Yes |
| Campbell's Soup | | | $14,475 | -$14,475 | No |
| Celgene | $238,838 | | $159,718 | $79,120 | Yes |
| Crescendo Bioscience | $35,333 | | | $35,333 | Yes |
| CVS | | | $342,455 | -$342,455 | No |
| Daiichi Sankyo | $104,340 | | | $104,340 | Yes |
| Dexcom | $64,152 | | $235,250 | -$171,098 | No |
| Dyson | | | $4,900 | -$4,900 | No |
| Eli Lilly | $2,327,680 | | $9,001,540 | -$6,673,860 | No |
| Emisphere | $284,749 | | | $284,749 | Yes |
| Genentech | $315,758 | | $2,744,578 | -$2,428,820 | No |
| Genzyme | $24,192 | | | $24,192 | Yes |
| Gilead Science | $2,164,308 | | $829,731 | $1,334,577 | Yes |
| GlaxoSmithKline | $4,054,165 | | $2,994,365 | $1,059,800 | Yes |
| Home Instead | | | $228,898 | -$228,898 | No |
| Horizon Pharma | $114,345 | | | $114,345 | Yes |
| JDRF | $13,108 | | | $13,108 | Yes |
| Jeffrey Modell Foundation | $13,423 | | | $13,423 | Yes |
| Johnson & Johnson | $1,117,326 | | $1,495,182 | -$377,856 | No |
| Kaleo Pharma | | | $92,689 | -$92,689 | No |
| Lundbeck | | | $46,349 | -$46,349 | No |
| Luxottica | | | $67,226 | -$67,226 | No |
| Medtronic | | | $16,146 | -$16,146 | No |
| Merck | $1,100,880 | | $1,569,691 | -$468,811 | No |
| Nestle | | | $16,874 | -$16,874 | No |
| New York State | $32,800 | | | $32,800 | Yes |
| Nima Labs, Inc | | | $2,106 | -$2,106 | No |
| Novartis | $1,325,670 | | $217,137 | $1,108,533 | Yes |
| Novo Nordisk | $2,105,866 | | $7,549,848 | -$5,443,982 | No |
| Otsuka | | | $4,773 | -$4,773 | No |
| Pfizer | $2,951,787 | $216,277 | $5,794,660 | -$2,626,596 | No |
| Presbyterian Homes | | | $17,525 | -$17,525 | No |
| Quest Diagnostics | | | $66,057 | -$66,057 | No |
| Sanofi | $4,595,112 | | $2,958,060 | $1,637,052 | Yes |
| Sea Band | | | $1,344 | -$1,344 | No |
| Sebela Pharmaceuticals | | | $314 | -$314 | No |
| Takeda | $1,224,734 | | $860,430 | $364,304 | Yes |
| Teva Pharma | | | $75,000 | -$75,000 | No |
| Valeant | | | $333,333 | -$333,333 | No |
| **Total** | $46,082,467 | $3,485,230 | $65,465,535 | -$15,897,838 | |

**Outcome Holdings LLC**                                                                                              **Exhibit 6.1**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution

---

**Breakdown of Clients for which Government Believes Restitution is Not Owed**

| Clients | Government Estimate of Overstatement | | Gibson Dunn Analysis | Government Conclusion | |
|---|---|---|---|---|---|
| | Petron Analysis | Other | | | |
| | 2015-2016 Loss Amount (from GX 1973) | 2012-2014 Loss | Restitution Already Paid by Outcome (from Exhibit C) | Loss Paid Difference | Restitution Owed |
| Abbott | | | $209,511 | -$209,511 | No |
| Acadia Pharmaceuticals | | | $211,052 | -$211,052 | No |
| Allergan | $130,276 | | $224,999 | -$94,723 | No |
| Amgen | $3,666,794 | | $4,519,636 | -$852,842 | No |
| Astellas | | | $75,000 | -$75,000 | No |
| Astrazeneca | $2,382,592 | $46,324 | $2,528,354 | -$99,438 | No |
| Bayer | $267,613 | | $574,990 | -$307,377 | No |
| Boehringer Ingelheim | $4,200,302 | $1,449,371 | $11,919,671 | -$6,269,998 | No |
| Boston Scientific | | | $240,258 | -$240,258 | No |
| Campbell's Soup | | | $14,475 | -$14,475 | No |
| CVS | | | $342,455 | -$342,455 | No |
| Dexcom | $64,152 | | $235,250 | -$171,098 | No |
| Dyson | | | $4,900 | -$4,900 | No |
| Eli Lilly | $2,327,680 | | $9,001,540 | -$6,673,860 | No |
| Genentech | $315,758 | | $2,744,578 | -$2,428,820 | No |
| Home Instead | | | $228,898 | -$228,898 | No |
| Johnson & Johnson | $1,117,326 | | $1,495,182 | -$377,856 | No |
| Kaleo Pharma | | | $92,689 | -$92,689 | No |
| Lundbeck | | | $46,349 | -$46,349 | No |
| Luxottica | | | $67,226 | -$67,226 | No |
| Medtronic | | | $16,146 | -$16,146 | No |
| Merck | $1,100,880 | | $1,569,691 | -$468,811 | No |
| Nestle | | | $16,874 | -$16,874 | No |
| Nima Labs, Inc | | | $2,106 | -$2,106 | No |
| Novo Nordisk | $2,105,866 | | $7,549,848 | -$5,443,982 | No |
| Otsuka | | | $4,773 | -$4,773 | No |
| Pfizer | $2,951,787 | $216,277 | $5,794,660 | -$2,626,596 | No |
| Presbyterian Homes | | | $17,525 | -$17,525 | No |
| Quest Diagnostics | | | $66,057 | -$66,057 | No |
| Sea Band | | | $1,344 | -$1,344 | No |
| Sebela Pharmaceuticals | | | $314 | -$314 | No |
| Teva Pharma | | | $75,000 | -$75,000 | No |
| Valeant | | | $333,333 | -$333,333 | No |
| **Total** | $20,631,026 | $1,711,972 | $50,224,684 | **-$27,881,686** | |

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 6.1**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution

**Breakdown of Clients for which Government Believes Restitution is Owed**

| Clients | Government Estimate of Overstatement | | Gibson Dunn Analysis | Government Conclusion | |
|---|---|---|---|---|---|
| | Petron Analysis | Other | | | |
| | 2015-2016 Loss Amount (from GX 1973) | 2012-2014 Loss | Restitution Already Paid by Outcome (from Exhibit C) | Loss Paid Difference | Restitution Owed |
| Abbvie | $7,159,588 | $1,773,258 | $6,900,000 | $2,032,846 | Yes |
| Acorda | $61,824 | | | $61,824 | Yes |
| Akrimax | $24,919 | | | $24,919 | Yes |
| Avanir | $145,425 | | $59,233 | $86,192 | Yes |
| Biogen | $3,226,453 | | $85,000 | $3,141,453 | Yes |
| Bristol-Myers Squibb | $608,115 | | $177,177 | $430,938 | Yes |
| Celgene | $238,838 | | $159,718 | $79,120 | Yes |
| Crescendo Bioscience | $35,333 | | | $35,333 | Yes |
| Daiichi Sankyo | $104,340 | | | $104,340 | Yes |
| Emispher | $284,749 | | | $284,749 | Yes |
| Genzyme | $24,192 | | | $24,192 | Yes |
| Gilead Science | $2,164,308 | | $829,731 | $1,334,577 | Yes |
| GlaxoSmithKline | $4,054,165 | | $2,994,365 | $1,059,800 | Yes |
| Horizon Pharma | $114,345 | | | $114,345 | Yes |
| JDRF | $13,108 | | | $13,108 | Yes |
| Jeffrey Modell Foundation | $13,423 | | | $13,423 | Yes |
| New York State | $32,800 | | | $32,800 | Yes |
| Novartis | $1,325,670 | | $217,137 | $1,108,533 | Yes |
| Sanofi | $4,595,112 | | $2,958,060 | $1,637,052 | Yes |
| Takeda | $1,224,734 | | $860,430 | $364,304 | Yes |
| | $25,451,441 | $1,773,258 | $15,240,851 | **$11,983,848** | |

**Summary Data**

| **Total** | $46,082,467 | $3,485,230 | $65,465,535 | -$15,897,838 | |
|---|---|---|---|---|---|

| | | | | Loss Paid Difference | Government Conclusion |
|---|---|---|---|---|---|
| **Total if negative** (restitution per Gibson Dunn is <u>greater</u> than Government estimate of overstatement) | | | | **-$27,881,686** | No Restitution Owed |
| **Total if positive** (restitution per Gibson Dunn is <u>lesser</u> than Government estimate of restitution) | | | | **$11,983,848** | Restitution Owed |

**Sources and Notes:**

[1] Grey shading indicates original data, per Second Supplement To Government's Version of the Offense Regarding the Amount of Loss and Restitution, dated October 19, 2023, Ex. A, "Client Restitution" tab.

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**  **Exhibit 6.2**

Analysis of Gibson Dunn and Petron  Analyses, and of Timing of Restitution

| Customer | Gibson Dunn Analysis | | | Petron Analysis | | | | Restitution Commenced Prior to October 13, 2017 | Restitution Commenced Prior to February 1, 2018 | Prior to October 13, 2017 | After October 13, 2017, but prior to February 1, 2018 | Total |
| | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | | | Amount Returned | Amounts Returned | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Top 20 Customers** | | | | | | | | | | | | |
| Bristol-Myers Squibb | $177,177 | N | Y | $608,115 | $430,938 | | $430,938 | Yes | Yes | $ 125,000 | $ 626,058 | $ 751,058 |
| Gilead Science | $829,731 | Y | Y | $2,164,308 | $1,334,577 | | $1,334,577 | Yes | Yes | $ 60,324 | | $ 60,324 |
| AstraZeneca | $2,528,354 | N | Y | $2,382,592 | -$145,762 | $46,324 | -$99,438 | | Yes | | $ 34,412 | $ 34,412 |
| Boehringer Ingelheim | $11,919,671 | Y | Y | $4,200,302 | -$7,719,369 | $1,449,371 | -$6,269,998 | Yes | Yes | | | $ - |
| Merck | $1,569,691 | N | Y | $1,100,880 | -$468,811 | | -$468,811 | | Yes | | $ 2,469,784 | $ 2,469,784 |
| GlaxoSmithKline | $2,994,365 | Y | Y | $4,054,165 | $1,059,800 | | $1,059,800 | Yes | Yes | $ 1,886,604 | | $ 1,886,604 |
| Amgen | $4,519,636 | Y | Y | $3,666,794 | -$852,842 | | -$852,842 | | Yes | | $ 5,137,836 | $ 5,137,836 |
| Pfizer | $5,794,660 | N | Y | $2,951,787 | -$2,842,873 | $216,277 | -$2,626,596 | Yes | Yes | $ 5,634,062 | | $ 5,634,062 |
| Sanofi | $2,958,060 | Y | Y | $4,595,112 | $1,637,052 | | $1,637,052 | | Yes | | | $ - |
| Eli Lilly | $9,001,540 | N | Y | $2,327,680 | -$6,673,860 | | -$6,673,860 | | Yes | | $ 9,000,000 | $ 9,000,000 |
| Novo Nordisk | $7,549,848 | Y | Y | $2,105,866 | -$5,443,982 | | -$5,443,982 | | Yes | | | $ - |
| Novartis | $217,137 | N | N | $1,325,670 | $1,108,533 | | $1,108,533 | | Yes | | | $ - |
| Bayer | $574,990 | Y | Y | $267,613 | -$307,377 | | -$307,377 | Yes | Yes | $ 190,040 | $ 367,870 | $ 557,910 |
| Takeda | $860,430 | Y | Y | $1,224,734 | $364,304 | | $364,304 | | Yes | | $ 866,430 | $ 866,430 |
| Celgene | $159,718 | Y | Y | $238,838 | $79,120 | | $79,120 | | Yes | | | $ - |
| Abbvie | $6,900,000 | N | Y | $7,159,588 | $259,588 | $1,773,258 | $2,032,846 | | Yes | | | $ - |
| Genentech | $2,744,578 | Y | Y | $315,758 | -$2,428,820 | | -$2,428,820 | Yes | Yes | $ 2,211,734 | | $ 2,211,734 |
| Biogen | $85,000 | N | N | $3,226,453 | $3,141,453 | | $3,141,453 | | Yes | | | $ - |
| Johnson & Johnson | $1,495,182 | N | Y | $1,117,326 | -$377,856 | | -$377,856 | Yes | Yes | $ 45,776 | | $ 45,776 |
| Allergan | $224,999 | N | Y | $130,276 | -$94,723 | | -$94,723 | Yes | Yes | 28,272 | | 28,272 |
| **Subtotal of Top-20 Customers** | **$63,104,767** | | | **$45,163,857** | **-$17,940,910** | **$3,485,230** | **-$14,455,680** | **9** | **20** | **$10,181,812** | **$18,502,390** | **$28,684,201** |



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Outcome Holdings LLC**                                                                                                                  Exhibit 6.2

Analysis of Gibson Dunn and Petron Analyses, and of Timing of Restitution

| Customer | Gibson Dunn Analysis | | | Petron Analysis | | | | Restitution Commenced Prior to October 13, 2017 | Restitution Commenced Prior to February 1, 2018 | Prior to October 13, 2017 | After October 13, 2017, but prior to February 1, 2018 | Total |
| | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | | | Amount Returned | Amounts Returned | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Top 20 Customers** | | | | | | | | | | | | |
| **Subtotal Non-Top 20 Customer** | $2,360,768 | | | $856,786 | -$1,503,982 | $0 | -$1,503,982 | 1 | 12 | $8,985 | $1,156,311 | $ 1,165,295 |
| **Not in Gibson Dunn Analysis, but Included in Petron Analysis** | | | | | | | | | | | | |
| Acorda | | | | $61,824 | $61,824 | | $61,824 | | | | | |
| **Total For All Customers** | | | | | | | | | | | | |
| **Total** | $65,465,535 | | | $46,082,467 | -$19,383,068 | $3,485,230 | -$15,897,838 | 10 | 32 | $10,190,796 | $19,658,700 | $29,849,497 |
| | [2] | | | [2] | | | [2] | | | | | |

**Sources and Notes**
[1] See Exhibit 6.3 Excel file.
[2] Amount ties to Exhibit 6.1.



**XXII.     Appendices**

**Appendix A:  Curriculum Vitae of Carl S. Saba, MBA, CVA, ASA, ABV**

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Executive Summary

Carl Saba is a Partner in the Forensic and Financial Consulting Service Group at Hemming Morse.
He is a recognized leader within the business valuation community, with over twenty six years of experience advising companies on complex financial analysis and valuation issues for litigation, mergers and acquisitions, tax, and financial reporting matters. His valuation expertise spans business valuation, valuation of intellectual property and other intangible assets, and valuation of options and other derivatives.

Carl has led in excess of 800 valuation engagements over the last fifteen years across a broad range of industries with niche expertise in the areas of Technology, Life Sciences, and Medical Device. He has assisted clients as a valuation expert in initial public offerings, acquisitions, corporate restructure transactions, and bankruptcy reorganizations with transaction values exceeding $1 billion. He has also assisted clients with resolving valuation disputes with the Internal Revenue Service (IRS), and addressing valuation inquiries and reviews by the Public Companies Oversight Board (PCAOB), and Securities and Exchange Commission (SEC).

On litigation matters, Carl has served as an expert and testified on a wide range of complex business disputes involving economic damages. These have included shareholder dissolution actions, business interruption, unfair competition, trade secret misappropriation, patent infringement, alter ego, lost wages, and fraud claims. In most cases, he has been successful in contributing to a favorable award for clients and out of court settlement of the dispute.

Carl also has significant financial advisory experience in mergers and acquisitions due diligence and turnaround management. He has lead due diligence efforts that have assisted his clients in negotiating key deal terms, negotiated with creditors to recapitalize companies, and helped management teams define strategic direction.

Contributing to thought leadership within the valuation community is something Carl is passionate about. He co-founded and currently Chairs the Executive Committee of the Fair Value Forum, a business valuation expert group dedicated to defining best practices within the profession. He also served a term as President of the Valuation Roundtable of San Francisco and was a board member for several years. Carl has authored several articles on cutting edge valuation topics, and teaches and lectures on the topic frequently.

Carl has an MBA from the Marshall School of Business at the University of Southern California where he graduated with Honors. He earned his Bachelor's degree at U.C. Berkeley's Haas School of Business. He is a Certified Valuation Analyst with the National Association of Certified Valuators and Analysts. He is also an Accredited Senior Appraiser with the American Society of Appraisers, and Accredited in Business Valuation with the American Institute of Certified Public Accountants.



**CAMPBELL OFFICE**
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2013 – Present | **Hemming Morse**<br>**Forensic and Financial Consultants**<br>Partner |
| 2004 – 2013 | **Burr Pilger Mayer, Inc.**<br>**Certified Public Accountants and Consultants**<br>Shareholder, Consulting Practice Group Leader |
| 2003 – 2004 | **Comerica Bank, Palo Alto**<br>Vice President / Team Leader |
| 2003 | **University of Southern California**<br>MBA, Finance Emphasis<br>– Graduated in top tier of class with honors<br>– Extensive graduate level coursework in finance theory, valuation, options and decision analysis, statistics, and business strategy |
| 2002 | **Decision Education Foundation, Menlo Park**<br>Strategy Consultant, Strategic Decisions Group (Summer Internship) |
| 1999 – 2001 | **Comerica Bank, Palo Alto**<br>Vice President / Corporate Banking Officer |
| 1996 – 1999 | **Manufacturers Bank, San Jose**<br>Assistant Vice President / Corporate Banking Officer |
| 1995 | **University of California, Berkeley**<br>Bachelors degree in Business Administration and Finance |



CURRICULUM VITAE

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Professional Credentials

- Accredited in Business Valuation (ABV)
  American Institute of Certified Public Accountants

- Accredited Senior Appraiser (ASA)
  American Society of Appraisers

- Certified Valuation Analyst (CVA)
  National Association of Certified Valuators and Analysts

- Graduate of Leadership San Francisco
  Class of 2008

## Professional Affilliations

- Fair Value Forum
  – Co-Founder
  – Chair, Executive Committee, 2012-2023
  – Executive Committee, 2006-2023

- Valuation Roundtable of San Francisco
  – President, 2011-2012
  – Board Member, 2009-2014

- National Association of Certified Valuation Analysts

- American Society of Appraisers

- American Institute of Certified Public Accountants

- Community Legal Services, East Palo Alto
  – Executive Committee Board Member, 2014-2023
  – Treasurer, 2014-2023

- Beta Gamma Sigma – National Business Honor Society

## Publications

- "Quantifying Personal Goodwill by Analyzing Customer Retention", BVR Business Valuation Update Vol. 23 No. 11, November 2017

- Co-author of the valuation section of The 409A Administration Handbook, Thomson Reuters, 2013 Edition

- "Due Diligence Can Attract, Support an Acquisition", North Bay Business Journal, April 2013

- "Purchase Price Allocations Under ASC 805", A Guide to Allocating Purchase Price for Business Combinations, BPM Insights, July 2012

- "A Fresh Start for Your Financials After Chapter 11, Fair Value Measurements in Reorganization", BPM Insights, March 2012

- "Valuation Challenges for Early Stage Companies", BV Wire Issue 97-4, October 2010



**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Publications continued

- "Valuation Challenges for Early Stage Companies", BV Wire Issue 97-4, October 2010

- "Stock Options for Life Science Companies, Understanding the Risks, Realizing the Rewards", CFO.com, 2009

- "Future Equity Financing in Early Stage Company Valuations", Fair Value Forum Whitepaper, 2009

- "Finding Value in Valuations" – The Importance of Valuations for Biotech Companies, Smart Business, 2008

- "Accounting Practices for Medical Technology", MX Magazine, July/August 2007

- "Hot Issues in Biotech and Life Sciences", California CPA, March/April 2006.

### Instructions and Seminars

- "Buy / Sell Provisions & Business Valuation in Litigation", Holland & Hart, April 2024

- "Complexities and Challenges of Business Valuation in Litigation", VPS Straight Talk Series Webcast, October 2023

- "Preparing your Business for a Successful 2022", Associated General Contractors (AGC) California, June 2022

- "Experts In Uncharted Waters", Association of Business Trial Lawyers Conference , October 2021

- "Auditing IRC 409A and ASC 805 Valuations", OUM & CO, September 2020

- "Fair Value Forum Case Study – Unpacking Differences Between Diverse Valuation Opinions", American Society of Appraisers 2018 Fair Value Summit, November 2018

- "Case Studies in 409A Valuations", American Society of Appraisers 2017 Fair Value Summit, November 2017

- "To Dissolve or Not to Dissolve, Navigating the Waters of Shareholder Disputes", Beverly Hills Bar Association, June 2017

- "To Dissolve or Not to Dissolve, Overview of Section 2000 of the California Corporations Code", Ventura County Bar Association, May 2017

- "To Dissolve or Not to Dissolve, the Pros and Cons of Section 2000 of the California Corporations Code", ProVisors Lawyers and Legal Professionals Affi nity Group, April 2017

- "409A and Private Companies Valuation Update", American Society of Appraisers 2016 Fair Value Summit, November 2016

- "Developments in the Valuation of Early Stage Companies", AICPA Webcast, June 2016

- "Business Valuation in Litigation: Overview and Case Studies", American Society of Appraisers Northern California Chapter, June 2016



CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Instructions and Seminars continued

- "Hot Topics in Early Stage Company Valuations", Montgomery & Hansen LLP, April 2016

- "What CPAs Should Know About Business Valuation for Estate and Gift Tax Matters", Crawford Pimentel, January 2016

- "409A Valuation Issues Update", American Society of Appraisers 2015 Fair Value Summit, November 2015

- "Developments in the Valuation of Early Stage Companies", AICPA Forensic and Valuation Services Conference, November 2015

- "Stock Transactions as an Indication of Fair Value in Common Stock Valuations", American Society of Appraisers 2014 Fair Value Summit, November 2014

- "Valuation of Winery Brand and Operations, Building Value in the Wine Business", The Seminar Group, November 2014

- "Valuation in Dissenting Shareholder Actions, Estate and Gift Tax Matters, and Transactions", McCormick Barstow LLP, September 2014

- "Damages and Valuation for New or Unestablished Businesses", Winston & Strawn, May 2014

- "The Continued Appraisal Attack", 2013 California Tax Policy Conference of the California Tax Bar, November 2013

- "Equity Compensation Valuation Issues - Addressing Situational Requirements When the Guidance is Insufficient", American Society of Appraisers 2013 Fair Value Summit, November 2013

- "Mergers & Acquisitions: Better Decision Making Through Financial Modeling", AICPA Controllers Conference, November 2013

- "Auditing Fair Value Measurements under IRC 409, ASC 718, and ASC 805", OUM & Co. LLP, September 2013

- "Valuation Issues in Chapter 11 Reorganizations, Inns of Court", San Jose Federal Courthouse, July 2013

- "Panelist on Valuation Issues in Bankruptcy and Financial Reporting", Association of Insolvency and Restructuring Advisors National Conference, June 2011

- "Alternative Investments, Fair Value Issues", San Francisco Nonprofit Roundtable, 2009

- "The Guideline Public Company Valuation Method and Minority versus Control Value Conclusion", Valuation Roundtable of San Francisco, 2009

- "Modeling Techniques for Future Rounds of Equity Financing in Early Stage Technology and Biotech Companies", Fair Value Forum, 2009

- "Acquired Intangible Assets and Impairment Testing Under FAS 141, 142, 144", San Francisco State University, 2008



## HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Instructions and Seminars continued

- "FAS 157 and Mark-to-Market or Mark-to-Make Believe Accounting?", Golden Gate University, 2008

- "Analyzing Financial Statements, and Interpreting Financial Ratios", Building Owners and Managers Association (BOMA), 2005-2007

- "Valuations of Early Stage Companies", Frost, and Sullivan Medical Devices Conference, 2007

- "Complex Capital Structures – DCF with Future Capital Requirements and the Impact of Existing Shareholders", Valuation Roundtable of San Francisco Annual Seminar, 2007

- "Audits of Investments in Private Equity Securities, Are you Ready?", San Francisco Nonprofit Roundtable, 2007

- "Valuation and Accounting under FAS 123R", Cal Society East Bay Business & Industry Group, 2006

- "Panelist on Implementation and Valuation Considerations Under FAS 123R", Cal Society Life Sciences Industry Group, 2006

## Testimony
### Trial and Arbitration

- Anthony Giarratano v. University of San Francisco et al. (2024), Judicate West Arbitration, San Francisco, California, Case No. A294998

- ASM Medical Ventures, LLC v. Tien Trinh, M.D.; Akira MSO, LLC. (2023), JAMS Arbitration, San Jose, California, Case No. 1130008359

- Jack Pandol v. International Fruit Genetics et al. (2023), AAA Arbitration, Bakersfield, California, Case No. 01-22-0001-1523

- Jiajie Zhu v. Jing Li, and Dong Chen (2023), United States District Court, Northern District of California, Case No. 4:19-cv-02534-JSW

- Facebook, Inc. & Subsidiaries v. Commissioner of Internal Revenue (2022), United States Tax Court, San Francisco, California, Docket No. 21959-16

- Dr. Albert Cha v. Vivo Capital, LLC and Vivo Ventures VII, LLC (2022), JAMS Arbitration, San Francisco, California, Case No. 1100110703

- Jaspindar Sandhu v. Eximius Design, LLC, et. al. (2021) JAMS Arbitration, Case No. 1100104731

- Shasikant Patel v. Nitin Desai, Town Green Enterprises, LLC, Windsor Hospitality Group. LLC (2021) JAMS Arbitration, San Francisco, California, Case No. 1100107540



**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Testimony continued
#### Trial and Arbitration continued

- Yuhui Chen v. Zining Wu, InnoGrit Corporation, Shanghai Yingren Chuang Information Technology Co., Ltd. (2020) JAMS Arbitration, San Jose, California, Case No. 1110024169

- Omega Electric Supply, LLC, et al. v. Estate of Todd G. Lewis, et al. (2019) JAMS Arbitration, Case No. 1100091778

- David Senescu v. The Keating Group, Inc., et al. (2019), JAMS Arbitration, Case No. 1110022437

- San Jose, California Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018), JAMS Arbitration, Case No. 1220055749

- Robert Kindrachuk v. Norcal Urology Medical Group, Inc. (2018), ADR Services, Inc., Case No. 17-7127-HD

- Domain Associates, L.L.C, et al. v. Nimesh S. Shah (2018), Court of Chancery Delaware, Case No. 12921-VCL

- Michael DiSanto v. Bingham McCutchen LLP (2016), JAMS Arbitration, San Francisco County, California, Case No. 1110017742

- Gerald Laurence Trebesch v. Fall Line Capital LLC (2015), American Arbitration Association (AAA), San Francisco County, California, Arbitration No. 01-14-001-0482

- Ellen Pao v. Kleiner Perkins Caufield & Byers (2015), Superior Court, San Francisco County, California, Case Number CGC-12-520719

- Roxanne E. Doherty v. Michael Doherty (2015), Superior Court, Calaveras County, California, Case Number 11CV37584

- Lehman Brothers Holdings Inc., as Assignee of Lehman Brothers Inc. v. Christopher J. Clifford (2014), Financial Industry Regulatory Authority (FINRA), San Francisco County, California, Arbitration No. 10-04109

- Evan MacMillan v. Groupon, Inc. (2014), American Arbitration Association, San Francisco County, California, Case Number 74 460 00054 13

### Deposition

- Jason Yotopoulos v. Mach49, LLC et al. (2024), Superior Court, Santa Clara County, California, Case No. 22-CV-399097

- Anthony Giarratano v. University of San Francisco et al. (2024), Judicate West Arbitration, San Francisco, California, Case No. A294998

- Premier Brain & Spine Institute Inc. v. Jill Cudia (2024), Superior Court, Santa Clara County, California, Case No. 19-CV-351955

- Marriage of Mark and Anne Woolway (2023), Superior Court, Contra Costa County, California, Case No. D20-03053



CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CAMPBELL OFFICE
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

**Testimony** continued
**Deposition** continued

- Jack Pandol v. International Fruit Genetics et al. (2023), AAA Arbitration, Bakersfield, California, Case No. 01-22-0001-1523

- Herbert D. Dompe and Susan Dompe v. Stewart & Jasper Orchards et al. (2023), Superior Court Stanislaus County, California, Case No. CV-20-004626

- Annette P. Cowan v. Allergy Asthma Clinic Burlingame, Inc. et al. (2021), Superior Court San Mateo County, California, Case No. 19-CIV-00235

- Dr. Albert Cha v. Vivo Capital, LLC and Vivo Ventures VII, LLC (2021), JAMS Arbitration, San Francisco, California, Case No. 1100110703

- Jaspindar Sandhu v. Eximius Design, LLC, et. al. (2021) JAMS Arbitration, Case No. 1100104731

- Kouji Yamada v. Lateef Management, LLC (2021), JAMS Arbitration, Case No. 1100109005

- Jaspindar Sandhu v. Eximius Design, LLC, et al. (2021), JAMS Arbitration, Case No. 1100104731

- Anthony Scott Levandowski v. Uber Technologies, Inc. (2021), United States Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 20-30242 (HLB)

- Graystone Mortgage, LLC v. Network Funding, L.P.  (2021), United States District Court, District of Utah Central Division, Case No. 2:19-cv-00383-JNP

- John Nypl, et al. v. JP Morgan Chase & CO., et al. (2021), United States District Court, Southern District of New York, Case No. 15 Civ. 9300 (LGS)

- Yuhui Chen v. Zining Wu, InnoGrit Corporation, Shanghai Yingren Chuang Information Technology Co., Ltd. (2020) JAMS Arbitration, San Jose, California, Case No. 1110024169

- Matthew Pliskin, Trustee of ICPW Nevada Trust v. BDO USA, LLP (2020), American Arbritration Association (AAA) Dallas, Texas, Case No. 01-19-0000-4459

- Zwick Partners, LP and Aparna Rao v. Quorum Health Corporation, et al. (2019), United States District Court Middle District of Tennessee, Case No. 3:16-cv-02475

- MD Anis Uzzaman and Fenox Venture Capital Inc. v. Brandon Hill (2019), Superior Court San Mateo County, California, Case No. 17-CIV-02443

- Omega Electric Supply, LLC, et al. v. Estate of Todd G. Lewis, et al. (2019), JAMS Arbitration, Case No. 1100091778

- Donald Norman v. Patrick Strateman, et al. and Intersango LLC (2019), Superior Court San Francisco County, California, Case Number CGC-17-556483

- David Senescu v. The Keating Group, Inc., et al. (2019), JAMS Arbitration,  San Jose, California, Case No. 1110022437



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

**Testimony** continued
**Deposition** continued

- Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018), JAMS Arbitration, Case No. 1220055749

- Julia Bernstein, et al. v. Virgin America, Inc, et al. (2018), United States District Court, Northern District of California, Case No. 15-cv-02277-JST

- Domain Associates, L.L.C, et al. v. Nimesh S. Shah (2017), Court of Chancery Delaware, Case No. 12921-VCL

- State of California, et al. v. BP America Production Company, et al. (2017), Superior Court, San Francisco County, California, Case No CGC-12-522063

- Tamara B. Pow v. Mark Figueiredo (2017), Superior Court, Santa Clara County, California, Case Number 1-15-CV-282824

- Glen Ocal v. Kenneth S. Thom, Pier 39 Maritime Business Facilities, LLC dba SOMAcentral (2017), Superior Court Santa Clara County, California, Case Number 114CV266597

- Stacy Guthmann v. CC-Palo Alto, Inc. D/B/A VI at Palo Alto; Classic Residence Management Limited Partnership, et al (2017), United States District Court, Northern District of California San Jose Division, Case Number 16-CV-02680-LHK

- Crossfit, Inc. v. Jeff Martin, et al. (2017), United States District Court, District of Arizona, Case Number 2:14-cv-02277-JJT

- Joel Simkhai and Grindr Holdings Company v. KL Grindr Holdings Inc., et al. (2017), American Arbitration  Association, Los Angeles County, California, Case Number 01-16-0003-7637

- Clyde Berg v. Speech Morphing Systems (2016), Superior Court, San Francisco County, California, Case Number 2014-1-CV-264586

- California Crane School Incorporated v. National Commission for the Certification of Crane Operators (2016), Superior Court, Tuolumne County, California, Case Number CV53859

- Dellon Chen v. Standard Fiber LLC (2015), Superior Court  San Mateo County, California, Case Number CIV521306

- Lloyds TSB Bank, PLC v. Michael J. Kilroy (2015), Superior  Court, Riverside County, California, Case Number INC 1202040

- Ellen Pao v. Kleiner Perkins Caufield & Byers (2015), Superior Court, San Francisco County, California, Case Number CGC-12-520719

- Biotechnology Value Fund, L.P. v. Celera Corporation, Credit Suisse Securities LLC (2014), United States District Court, Northern District of California San Francisco Division, Case Number CV-13-3248-DMR



CURRICULUM VITAE

**CAMPBELL OFFICE**
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV                    HEMMING.COM

**Testimony** continued

**Deposition** continued

- Saul R. Flores v. Group One Construction Inc (2014), Superior Court, Santa Clara County, California, Case Number 112CV215989

- John K. Palladino v. John Palladino Jr. (2014, Superior Court, San Mateo County, California, Case Number CIV512247

- Roxanne E. Doherty v. Michael Doherty (2014), Superior Court, Calaveras County, California, Case Number 11CV37584

- Evan MacMillan v. Groupon, Inc. (2013), American Arbitration Association, San Francisco County, California, Case Number 74 460 00054 13

- Margery Raffanti v. Estate of Robert Raffanti (2010), Superior Court, Santa Clara County, California

- Scomas Restaurant, Inc. (2009) San Francisco County, California

**Appendix B:  List of Documents Considered (provided in Excel format due to size of document)**

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | [2] | | | [4] | | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | | Petron Analysis | | | | | | | | Prior to October 13, 2017 | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| **Top 20 Customers** | | | | | | | | | | | | | | | | | | | |
| **Bristol-Myers Squibb** | $177,177 | N | Y | $608,115 | $430,938 | | $430,938 | Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx | | | | | | | | | | |
| | | | | | | | | Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf | 7/17/2017 (agreement date) 1/25/2018 (signed) | Termination Agreement dated 7/17/2017 and signed by Outcome Health on 1/25/2018 | 7/17/2017 (agreement date) 1/25/2018 (signed) | Termination Agreement dated 7/17/2017 and signed by Outcome Health on 1/25/2018 | 7/17/2017 (agreement date) 1/25/2018 (signed) | Unknown | $125,000 | | $125,000 | Termination Agreement cites issuances of a credit memo for these amounts for the Orencia product |
| | | | | | | | | 4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx | | | | | | | | | | |
| | | | | | | | | MediaVest - Bristol-Myers Squibb - Opdivo\BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx | | | 9/19/2017 | This is a Excel file creation date from metadata | | | | | | Calculation showing amounts owed to and from Outcome Health |
| | | | | | | | | MediaVest - Bristol-Myers Squibb - Opdivo\Exhibit A - Invoices and Credit Memo.pdf | | | | | | | | | | |
| | | | | | | | | Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx | | | | | | | | | | |
| **Gilead Science** | $829,731 | Y | Y | $2,164,308 | $1,334,577 | | $1,334,577 | Horizon-Gilead 2017 Reconciliation.xlsx | | | | | | | | | | |

1 of 42

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **Prior to October 13, 2017** | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx  Completion Agreement - Wilson Media Group - Gilead.xlsx | | | | | | | | | | | |
| | | | | | | | | Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf | 7/17/2017 | Date of insert order revision | 7/17/2017 | | 7/17/2017 revision date, signed 8/13/2017 | 11/21/2017 | $60,324 | $60,324 | | | Insert order dated 11/17/2017 was revised 7/17/17, signed 8/13/17 by Outcome Health, signed by client 11/21/17; gives credit for 2016 program |
| AstraZeneca | $2,528,354 | N | Y | $2,382,592 | -$145,762 | $46,324 | -$99,438 | Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf  Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx | | | | | | | | | | |
| | | | | | | | | Completion Agreement - Media Vest AstraZeneca V4.xlsx | 12/19/2017 | This is a Excel file creation date from metadata | | | | | | | | | |
| Boehringer Ingelheim | $11,919,671 | Y | Y | $4,200,302 | -$7,719,369 | $1,449,371 | -$6,269,998 | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | **Prior to October 13, 2017** | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amount Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** |
| | | | | | | | | 655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf | 5/24/2017 | Email date in trail | 5/24/2017 | Email between client and Accent Health | 5/24/2017 | 5/24/2017 | | | | | Client informs Accent Health that despite client pausing the program for new creative content, they continued to be billed; Accent Health approves media credit for the overbilled time for Trajenta product |
| | | | | | | | | 655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf | | | 9/20/2017 | Email between client and Accent Health | 9/20/2017 | 9/20/2017 | | Unknown | | | Extension of program from 10/1/2017 through 12/31/2017 formalized in email and accepted by client; not quantified |
| | | | | | | | | Completion Agreement - Assembly Boehringer Ineelheim V2.xlsx Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx Completion Agreement - Assembly Boehringer Ingelheim.xlsx | | | | | | | | | | | |
| | | | | | | | | Assembly Boehringer Ingelheim Reconciliation 2017.xlsx Assembly Boehringer Ingelheim Reconciliation.xlsx | | | | | | | | | | | |
| **Merck** | $1,569,691 | N | Y | $1,100,880 | -$468,811 | $0 | -$468,811 | Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | | | | [5] | | | | |
| | Gibson Dunn Analysis | | | | Petron Analysis | | | | | | | | Prior to October 13, 2017 | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx | | | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V2).xlsx | | | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V3).xlsx | | | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V4).xlsx | | | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017.xlsx | | | | | | | | | | | |
| | | | | | | | | Merck Completion Agreement v1.docx | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | [5] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | | **Petron Analysis** | | | | | | | | **Prior to October 13, 2017** | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx | | | | | | | | | | | |
| GlaxoSmithKline | $2,994,365 | Y | Y | $4,054,165 | $1,059,800 | $0 | $1,059,800 | GSK Overview.docx | | | | | | | | | | | |
| | | | | | | | | Outcome Completion Agreement.pdf | 10/4/2017 | Completion Agreement dated 10/4/2017 signed by Outcome Health on 10/26/2017 | 10/4/2017 | | 10/4/2017 (agreement date) 10/26/2017 (signed | 10/17/2017 (signed) | $1,886,604 | | | $1,886,604 | Signed completion agreement covering the 2016 agreements providing cash refunds in the amount shown for the Breo and HIV products |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | [1] | [1] | [1] | [3] | | | | | | [2] | | [4] | | | | | [5] | | |
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | | | **Prior to October 13, 2017** | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | |
| | | | | | | | | PHD GlaxoSmithKline 2017 Reconciliation.xlsx | | | | | | | | | | | |
| Amgen | $4,519,636 | Y | Y | $3,666,794 | -$852,842 | | -$852,842 | Amgen Completion Agreement 12.20.17-final.docx | 12/20/2017 | This is a Word file creation date from metadata | | | | | | | | |
| | | | | | | | | Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx | | | | | | | | | | | |
| | | | | | | | | Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx | | | | | | | | | | | |
| | | | | | | | | Media Edge - Amgen 2017 Reconciliation.xlsx | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | | Prior to October 13, 2017 | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Amgen Reconciliation Contracted Details.xlsx | | | | | | | | | | | |
| Pfizer | $5,794,660 | N | Y | $2,951,787 | -$2,842,873 | $216,277 | -$2,626,596 | CM_0617-005.pdf | 8/17/2017 | Date of Credit Memo | 8/17/2017 | Date of Credit Memo | 8/17/2017 | 8/17/2017 | $530,003 | | $530,003 | | Credit Memo issued voids 3 invoices which total the amount shown |
| | | | | | | | | CM_0817-200.pdf | | | 8/17/2017 | Date of Credit Memo | 8/17/2017 | 8/17/2017 | $3,814,662 | | | $3,814,662 | Credit Memo issued provides credit for 25 invoices totaling the amount shown |
| | | | | | | | | CM_1017-200.pdf | | | 10/6/2017 | Date of Credit Memo | 10/6/2017 | | $1,289,397 | | | $1,289,397 | Credit Memo issued provides refund for delivery shortfalls on for 2016 and 2017 for six products |
| | | | | | | | | Pfizer Overview.docx | | | | | | | | | | | CFO's written summary of events: underdelivery discovered July-Aug 2017; $3,814,661.81 refunded in cash and $530,003.25 in receivables voided. Subsequent audit of other programs led to cash refund of $1,289,397 in October 2017 |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | | | | | | | | | Excel cash flow planning workbook shows payment dates of 8/17/2017 for the $3,814,661 and 10/10/2017 for $1,289,397; part of a cash report which includes weekly cash collections and bank balances in 2017 through 2/9/2018 |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | Excel worksheet summarizing payments made to various clients and methods of payment shows 2 wires: to Pfizer8/17/17 wire for $3,814,661; 10/10/17 wire for $1,289,397 |
| | | | | | | | | Pfizer Reconciliation.xlsx | | | prior to 10/10/2017 payment | | | | | | | | Excel workbook showing computation of the $1,289,397 amount for Jan 2016-June 2017 time period |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | | Petron Analysis | | | | | | | | Prior to October 13, 2017 | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Sanofi | $2,958,060 | Y | Y | | $4,595,112 | $1,637,052 | | $1,637,052 | Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx  Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx  Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Eli Lilly | $9,001,540 | N | Y | | $2,327,680 | -$6,673,860 | | -$6,673,860 | SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf  Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf  wk.6 Flash ending 2.9.2018.xlsx  Contract Refund Details.xlsx | 12/29/2017 | Date of Completion Agreement | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | Gibson Dunn Analysis [1] | | | Petron Analysis | | | | | | Prior to October 13, 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [1] | [1] | [3] | | | | | [2] | [4] | | [5] | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Eli Lilly Reconciliation.xlsx | | | | | | | | | | |
| Novo Nordisk | $7,549,848 | Y | Y | $2,105,866 | -$5,443,982 | | -$5,443,982 | Spark-Novo Nordisk 2017 Reconciliation.xlsx  Spark-Novo Nordisk 2017 Reconciliation_RC& LP - DONE.xlsx | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | | |
| Novartis | $217,137 | N | N | $1,325,670 | $1,108,533 | | $1,108,533 | Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx  Completion Agreement - Novartis - Novartis.xlsx  Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| Bayer | $574,990 | Y | Y | $267,613 | -$307,377 | | -$307,377 | Cash back due - Bayer Contour contract # 180 (2).pdf | | | 5/2/2017 | Earliest date in email trail | 5/2/2017 | | | | | | Email trail discussion of internal process of issuing a credit memo and a cash refund; dates are 5/2/2017- 7/27/2017 |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Gibson Dunn Analysis** | | | | **Petron Analysis** | | | | | | | | **Prior to October 13, 2017** | | | | | |
| | | | | | | | | | | Date of Completion Agreement / Earliest Identified Date of Restitution | | | | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | | Note | Date Restitution Commenced | Note | | | | | | Comment |
| | | | | | | | | | Cash back due - Bayer Contour contract # 180.pdf | 4/5/2017 | Date of specific email within email trail | 4/5/2017 | Date of specific email within email trail | 4/5/2017 computation of refund amount | Unknown | $41,667 | | $41,667 | | Email dated 4/5/2017 solidifies total amount as $190,040; 7/31/17 email shows the $148,373 cash refund amount after credit of unpaid invoice; 7/31/2017 email discusses booking the refund; 8/16/2017 email describes client request of where to send the refund check; covers contract in 2016 |
| | | | | | | | | | Contract Refund Details.xlsx | | | 10/4/2017 | | 10/4/2017 check sent | Unknown | $148,373 | | | $148,373 | Excel worksheet summarizing payments made to various clients and methods of payment shows 1 check to Panasonic Healthcare for brand Aschensia Diabetes Care (Bayer Contour) |
| | | | | | | | | | Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx | | | | | | | | | | | |
| | | | | | | | | | Target Health - Abbott - Bayer.xlsx | | | | | | | | | | | |
| | | | | | | | | | 2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx | | | | | | | | | | | |
| | | | | | | | | | Target Health - Bayer 2017 Reconciliation.xlsx | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | | | | Prior to October 13, 2017 | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx  WPP plc Kinetic Worldwide Target Health - Bayer.xlsx | | | | | | | | | | | |
| Takeda | $860,430 | Y | Y | $1,224,734 | $364,304 | | $364,304 | Takeda_Completion_Agreement_Fully Signed.pdf  wk.6 Flash ending 2.9.2018.xlsx | 1/22/2018 | Date of Completion Agreement | | | | | | | | |
| Celgene | $159,718 | Y | Y | $238,838 | $79,120 | | $79,120 | Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx  Underscore - Celgene 2017 Reconciliation.xlsx  Target Health - Celgene.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| Abbvie | $6,900,000 | N | Y | $7,159,588 | $259,588 | $1,773,258 | $2,032,846 | Spark-Abbvie 2017 Reconciliation.xlsx  Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | [5] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | Prior to October 13, 2017 | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Genentech | $2,744,578 | Y | Y | $315,758 | -$2,428,820 | | -$2,428,820 | Genentech Overview.docx | | | | | | | | | | | |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | | | | | | | | | Excel cash flow planning workbook shows payment date of 10/20/2017 for 1,105,8670; part of a cash report which includes weekly cash collections and bank balances in 2017 through 2/9/2018 |
| | | | | | | | | Genentech-Amendments and Completion Agreement (fully executed).pdf | | | 10/4/2017 | Date of Agreement | 10/4/2017 (agreement date) signed on 10/19/2017 | 10/18/2017 signed | $1,105,867 | | $1,105,867 | | Signed Completion Agreement dated 10/4/17 providing for cash refund in the amount shown and $0 cost media for Oct 2017-Dec 2017 and extension of tablet and wallboard activity through December 2017; amended contracts included with agreement; for Tecentriq product |
| | | | | | | | | Tecentriq 2017 - Delivery Summary.xlsx | 8/16/2017 | This is an Excel file creation date from metadata | 8/16/2017 | This is an Excel file creation date from metadata | 8/16/2017 | | $1,105,867 | $1,105,867 | | | Excel worksheet showing split between estimate of value of free media and cash in the restitution plan to be 50%/50% |
| | | | | | | | | Tecentriq 2017 Review.pptx | | | 8/24/2017 | Date of PowerPoint | 8/24/2017 | | | | | | PowerPoint presented to Genentech to explain the underdelivery for 2016-2017, show improvements made to process; offers media credit of $2,393,954 which was 120% of estimated underdelivery; subsequently negotiated to amounts and types in signed Completion Agreement and contract amendments. |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | | **Prior to October 13, 2017** | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amount Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** |
| Biogen | $85,000 | N | N | $3,226,453 | $3,141,453 | | $3,141,453 | Completion Agreement - Compas - Biogen.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| Johnson & Johnson [5] | $1,495,182 | N | Y | $1,117,326 | -$377,856 | | -$377,856 | Contract Refund Details.xlsx | | | | | 10/4/2017 | 10/4/2017 | $45,776 | | | $45,776 | Excel worksheet summarizing payments made to various clients and methods of payment shows 1 check Johnson & Johnson on 10/4/2017 for the amount shown |
| | | | | | | | | Cash back due - #721 CM_0117-051.pdf | 9/1/2017 | | 9/1/2017 | Date of Credit Memo | 9/1/2017 | | | | | | Credit Memo issued for invoice paid; descriptor states per termination agreement |
| | | | | | | | | Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf | 3/31/2017 | | 3/31/2017 | Termination Date of Termination Agreement | 6/2/2017 signed | 5/17/2017 signed | | | | | Signed Termination Agreement effective 3/31/2017; contract with Janssen Pharmaceuticals (owned by Johnson & Johnson) |
| Allergan | $224,999 | N | Y | $130,276 | -$94,723 | | -$94,723 | Viberzi Completion Agreement - Reconciliation 2017.xlsx | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | [2] | | [4] | | [5] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Gibson Dunn Analysis** | | | | **Petron Analysis** | | | | | | | | | | **Prior to October 13, 2017** | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amount Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** |
| | | | | | | | | | Ironwood - Allergan 2017 Reconciliation.xlsx | | | | | | | | | | | |
| | | | | | | | | | Completion Agreement - Allergan - Allergan.xlsx | | | | | | | | | | | |
| | | | | | | | | | 1649 Allergan- Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf | 5/25/2017 | Date of specific email within trail | | | 5/25/2017 email offering contract revision; formalized 6/27/2017 | 7/6/2017 | $28,272 | $28,272 | | | Mutually approved email amends contract with credit for tablet "mishap"; email offer on 5/25/2017 from Outcome Health, formalized on 6/27/2017 and approved by client on 7/6/2017 for amount shown |
| | | | | | | | | | Ironwood - Allergan 2017 Reconciliation_RC& LP - DONE.xlsx | | | | | | | | | | | |
| | | | | | | | | | Target Health - Allergan.xlsx | | | | | | | | | | | |
| **Subtotal of Top-20 Customers** | $63,104,767 | | | | $45,163,857 | -$17,940,910 | $3,485,230 | -$14,455,680 | | | | | | $10,181,812 | $1,194,463 | $696,670 | $8,290,679 | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | | [4] | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | | **Prior to October 13, 2017** | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| **Non-Top 20 Customers** | | | | | | | | | | | | | | | | | | |
| 23andMe | | N | N | | | | | | | | | | | | | | | |
| Abbott | $209,511 | Y | Y | | -$209,511 | | -$209,511 | Target Health - Abbott - Pedialyte.xlsx<br><br>Completion Agreement - Target Health - Abbott - Enusre.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| Acadia Pharmaceuticals | $211,052 | Y | Y | | -$211,052 | | -$211,052 | Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx<br><br>Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx<br><br>Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| Actavis | | N | N | | | | | | | | | | | | | | | |
| Akrimax | | N | N | $24,919 | $24,919 | | $24,919 | | | | | | | | | | | |
| Alzheimer's Assoc. | | N | N | | $0 | | | | | | | | | | | | | |
| AMAG Pharma | | Y | N | | $0 | | | | | | | | | | | | | |
| Amarin | | Y | N | | $0 | | | | | | | | | | | | | |
| Ampyra | | N | N | | $0 | | | | | | | | | | | | | |
| Anthem | | N | N | | $0 | | | | | | | | | | | | | |
| Arbor | | N | N | | $0 | | | | | | | | | | | | | |
| Astellas | $75,000 | N | N | | -$75,000 | | -$75,000 | | | | | | | | | | | |
| Athena Health | | N | N | | | | | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | | | [3] | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **Prior to October 13, 2017** | | | | | |
| [1] | [1] | [1] | [1] | | | | | | | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Avanir Pharmaceuticals | $59,233 | N | Y | $145,425 | $86,192 | | $86,192 | 2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx | 12/8/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| | | | | | | | | 4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx | | | | | | | | | | |
| | | | | | | | | 4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx Scanned from a Xerox Multifunction Device.pdf | | | | | | | | | | |
| Blue Cross Blue Shield | | N | N | | | | | | | | | | | | | | | |
| Boiron | | N | N | | | | | | | | | | | | | | | |
| Boston Scientific | $240,258 | Y | Y | $0 | -$240,258 | | -$240,258 | Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx | | | | | | | | | | |
| | | | | | | | | Cash back due - # 750 - CM_0917-200.pdf Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf | 8/31/2017 | Date of specific email in trail | 9/18/2017 8/31/2017 | Date of Credit Memo Date of specific email in trail | 9/18/2017 | 8/31/2017 | | | | Credit memo issued for $8,984.50 Email where client requests refund via check based on earlier emails discussing amounts billed |
| | | | | | | | | Contract Refund Details.xlsx | | | 10/4/2017 | | | | $8,985 | | $8,985 | Excel worksheet summarizing payments made to various clients and methods of payment shows check to Boston Scientific on 10/4/2017 for the amount shown |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | [2] | | [4] | | [5] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | **Prior to October 13, 2017** | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Campbell's Soup | $14,475 | N | Y | | -$14,475 | | -$14,475 | Completion Agreement - Target Campell's Soup.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Casper | | N | N | | | | | | | | | | | | | | | | |
| Centers for Disease Control and Prevention | | N | N | | | | | | | | | | | | | | | | |
| Children's Healthcare of Atlanta | | N | N | | | | | | | | | | | | | | | | |
| Church & Dwight | | N | N | | | | | | | | | | | | | | | | |
| Clovis | | N | N | | | | | | | | | | | | | | | | |
| CMS | | Y | N | | | | | | | | | | | | | | | | |
| Colonial Penn Insurance | | N | N | | | | | | | | | | | | | | | | |
| Combe | | N | N | | | | | | | | | | | | | | | | |
| Cooper Surgical | | N | N | | | | | | | | | | | | | | | | |
| Covance | | N | N | | | | | | | | | | | | | | | | |
| Crescendo Bioscience | | N | N | $35,333 | $35,333 | | $35,333 | | | | | | | | | | | | |
| CSL Behring | | N | N | | | | | | | | | | | | | | | | |
| CVS | $342,455 | Y | Y | | -$342,455 | | -$342,455 | | | | | | | | | | | | |
| Daiichi Sankyo | | Y | Y | $104,340 | $104,340 | | $104,340 | | | | | | | | | | | | |
| Dannon | | N | N | | | | | | | | | | | | | | | | |
| Delaware Health and Social Services | | N | N | | | | | | | | | | | | | | | | |
| Dexcom | $235,250 | Y | Y | $64,152 | -$171,098 | | -$171,098 | Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| DFW Vascular Group | | N | N | | | | | | | | | | | | | | | | |
| Disney | | Y | N | | | | | | | | | | | | | | | | |
| Dr. Bradford | | N | N | | | | | | | | | | | | | | | | |
| Dyson | $4,900 | N | Y | | -$4,900 | | -$4,900 | Target Health - Dyso | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Eisai | | N | N | | | | | | | | | | | | | | | | |
| Emisphere | | N | N | $284,749 | $284,749 | | $284,749 | | | | | | | | | | | | |
| Endo Pharma | | N | N | | | | | | | | | | | | | | | | |
| Exagen Diagnostics | | N | N | | | | | | | | | | | | | | | | |
| Ferring Pharmaceuticals | | N | N | | | | | | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | Prior to October 13, 2017 | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Flexion Therapeutics | | Y | N | | | | | | | | | | | | | | | | |
| Galaxy Nutritional Foods | | N | N | | | | | | | | | | | | | | | | |
| Galderma Laboratories | | Y | N | | | | | | | | | | | | | | | | |
| Genzyme | | N | N | $24,192 | $24,192 | | $24,192 | | | | | | | | | | | | |
| Hologic | | N | N | | | | | | | | | | | | | | | | |
| GoodRx | | Y | N | | | | | | | | | | | | | | | | |
| Healthplans.com | | N | N | | | | | | | | | | | | | | | | |
| Home Instead | $228,898 | Y | Y | | -$228,898 | | -$228,898 | | | | | | | | | | | | |
| Horizon Pharma USA | | N | N | $114,345 | $114,345 | | $114,345 | Completion Agreement - Horizon Media - Horizon.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Insulet | | N | N | | | | | | | | | | | | | | | | |
| ISDIN | | N | N | | | | | | | | | | | | | | | | |
| Jazz Pharma | | Y | N | | | | Not on Rest report | | | | | | | | | | | | |
| Jenny Life Insurance | | N | N | | | | | | | | | | | | | | | | |
| JDRF | | N | N | $13,108 | $13,108 | | $13,108 | | | | | | | | | | | | |
| JMF | | N | N | $13,423 | $13,423 | | $13,423 | | | | | | | | | | | | |
| Kaleo Pharma | $92,689 | N | Y | | -$92,689 | | -$92,689 | Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Kentucky Dept, of Health | | N | N | | | | | | | | | | | | | | | | |
| Konsyl | | N | N | | | | | | | | | | | | | | | | |
| Kovler | | N | N | | | | | | | | | | | | | | | | |
| Leo Pharma | | N | N | | | | | | | | | | | | | | | | |
| LG | | N | N | | | | | | | | | | | | | | | | |
| Loeb Enterprises | | N | N | | | | | | | | | | | | | | | | |
| Lundbeck | $46,349 | N | Y | | -$46,349 | | -$46,349 | Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Luxottica | $67,226 | N | Y | | -$67,226 | | -$67,226 | | | | | | | | | | | | |
| MannKind Corp | | N | N | | | | | | | | | | | | | | | | |
| Maty's Healthy Products | | N | N | | | | | | | | | | | | | | | | |
| MedStar | | N | N | | | | | | | | | | | | | | | | |
| Medtronic | $16,146 | N | N | | -$16,146 | | -$16,146 | | | | | | | | | | | | |
| Milk PEP | | N | N | | | | | | | | | | | | | | | | |
| Molekule | | N | N | | | | | | | | | | | | | | | | |
| MVP Healthcare | | N | N | | | | | | | | | | | | | | | | |
| Mylan | | N | N | | | | | | | | | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | [4] | | | | | | [5] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **Prior to October 13, 2017** | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| Natera, Inc. | | N | N | | | | | | | | | | | | | | | | |
| Nestle | $16,874 | N | Y | | -$16,874 | | -$16,874 | | | | | | | | | | | | |
| New York State Dept. of Health | | N | N | $32,800 | $32,800 | | $32,800 | | | | | | | | | | | | |
| Nima Labs, Inc. | $2,106 | N | Y | | -$2,106 | | -$2,106 | | | | | | | | | | | | |
| NYU | | N | N | | | | | | | | | | | | | | | | |
| Omron Healthcare | | N | N | | | | | | | | | | | | | | | | |
| OptiNose Pharma | | N | N | | | | | | | | | | | | | | | | |
| Otsuka/Lonsurf | $4,773 | N | Y | | -$4,773 | | -$4,773 | Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx<br><br>Lonsurf Completion Agreement - Reconciliation 2017.xlsx<br><br>Scanned from a Xerox Multifunction Device.pdf | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | | |
| Panasonic Healthcare US | | N | N | | | | | | | | | | | | | | | | |
| People's Community OBGYN | | N | N | | | | | | | | | | | | | | | | |
| PepsiCo | | N | Credits issued | | | | | | | | | | | | | | | | |
| Perrigo | | N | N | | | | | | | | | | | | | | | | |
| PharmacYdics | | Y | N | | | | | | | | | | | | | | | | |
| Premier Nutrition | | N | N | | | | | | | | | | | | | | | | |
| Presbyterian Homes | $17,525 | N | Y | | -$17,525 | | -$17,525 | | | | | | | | | | | | |

19 of 42

Outcome Holdings LLC

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | [1] | | | [3] | | | | | [2] | [4] | | | | | [5] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | | Petron Analysis | | | | | | | | Prior to October 13, 2017 | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| ProCure | | N | N | | | | | | | | | | | | | | | | |
| Promius Pharma LLC | | Y | Y | | | | | | | | | | | | | | | | |
| Publix | | N | N | | | | | | | | | | | | | | | | |
| Quest Diagnostics | $66,057 | Y | Y | | -$66,057 | | -$66,057 | | | | | | | | | | | | |
| Radius Health | | Y | N | | | | | | | | | | | | | | | | |
| Rowntree | | N | N | | | | | | | | | | | | | | | | |
| Salix | | N | N | | | | | | | | | | | | | | | | |
| Science37 | | N | N | | | | | | | | | | | | | | | | |
| Script Save | | N | N | | | | | | | | | | | | | | | | |
| Sea-Band | $1,344 | N | Y | | -$1,344 | | -$1,344 | | | | | | | | | | | | |
| Sebela Pharmaceuticals | $314 | N | Y | | -$314 | | -$314 | | | | | | | | | | | | |
| Shire | | N | N | | | | | | | | | | | | | | | | |
| SmartyPants | | N | N | | | | | | | | | | | | | | | | |
| Sunovian | | N | N | | | | | | | | | | | | | | | | |
| Syneron Candela | | N | N | | | | | | | | | | | | | | | | |
| Target Pharmacy | | N | N | | | | | | | | | | | | | | | | |
| Teva Pharma | $75,000 | Y | Y | | -$75,000 | | -$75,000 | Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx | | | | | | | | | | | |
| The Toy Association | | N | N | | | | | | | | | | | | | | | | |
| The Wonderful Company | | N | N | | | | | | | | | | | | | | | | |
| UCB, Inc. | | N | N | | | | | | | | | | | | | | | | |
| UnitedHealthcare | | N | N | | | | | | | | | | | | | | | | |
| Valeant | $333,333 | N | N | | -$333,333 | | -$333,333 | Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |

**Outcome Holdings LLC**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | | [4] | | [5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | | Prior to October 13, 2017 | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amount Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment |
| | | | | | | | | 904 (2014) Valeant-Xifaxan- Email Amendment, 2.1.18.pdf | | | | | | | | | | | |
| | | | | | | | | 904 Valeant-Xifaxan-FULLY EXECUTED SOW #904, 07.13.17.pdf Target Health - Valeant.xlsx | | | | | | | | | | | |
| Valeritas | | N | N | | | | | | | | | | | | | | | |
| Veracyte | | N | N | | | | | | | | | | | | | | | |
| WellCare | | N | N | | | | | | | | | | | | | | | |
| White Memorial Medical Center | | N | N | | | | | | | | | | | | | | | |
| Xenoport | | N | N | | | | | | | | | | | | | | | |
| Subtotal Non-Top 20 Customer | $2,360,768 | | | $856,786 | -$1,503,982 | $0 | -$1,503,982 | | | | | | | | $8,985 | $0 | $0 | $8,985 | |

**Not in Gibson Dunn Analysis, but included in Petron Analysis**

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acorda | | | | $61,824 | $61,824 | | $61,824 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Total | $65,465,535 | | | $46,082,467 | -$19,383,068 | $3,485,230 | -$15,897,838 | | | | | | | | $10,190,796 | $1,194,463 | $696,670 | $8,299,663 | |

**Sources and Notes**

[1] DOJ-0003832077 to 084; Gibson shows revenue on a cash basis, includes 2017 revenue and customers where overstatement was less than $10,000 through August 15, 2019.

[2] Based on documents as shown for each client.

[3] Exhibit 2 (10.1.21) from Petron analysis; accrual basis revenue, did not include data from 2017 or customers where overstatement was less than $10,000.

[4] The fraud was first revealed in a Wall Street Journal article published October 13, 2017; Rolfe Winkler, "Outcome, a Hot Tech Startup, Misled Advertisers With Manipulated Information, Sources Say", Wall Street Journal, October 13, 2017.

[5] Johnson and Johnson owns Janssen Therapeutics, the makers of Simponi Aria and one of the products subject to underdelivery; hence some documents reference Janssen instead of Johnson & Johnson.

[6] The settlement agreement was signed January 26, 2018 and effective February 1, 2018.

Outcome Holdings LLC

**Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | [2] | | | | | | | | | [2] |
| | | Gibson Dunn Analysis | | Petron Analysis | | | | | Date of Completion Agreement / Earliest Identified Date of Restitution | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Top 20 Customers**

| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bristol-Myers Squibb | $177,177 | N | Y | $608,115 | $430,938 | | $430,938 | Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | Unknown | Unknown | $141,301 | $99,630 | $41,671 | | Spreadsheet comments indicate that these amounts were to be provided for Orencia product | Outcome Health drafted the 7/17/2017 agreement which offered a credit memo against accounts receivable for the Orencia product. Later 12/19/17 calculations indicated additional restitution to be provided. |
| | | | | | | | | Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf | 7/17/2017 (agreement date) 1/25/2018 (signed) | Termination Agreement dated 7/17/2017 and signed by Outcome Health on 1/25/2018 | | | | | | | | | | |
| | | | | | | | | 4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx | | | 1/9/2018 | This is a Word file creation date from metadata | | | | | | | Early redline draft of completion agreement | Outcome Heath began calculations for restitution for Opdivo product on 9/19/2017, began drafting completion agreements on 1/9/2018, drafted invoices with credit amounts for this restitution on 1/26/2018, which were included in the unsigned completion agreement granting two sets of credits against receivables and referencing a separate contract with Havas Media (not available) per agreement by the parties. |
| | | | | | | | | MediaVest - Bristol-Myers Squibb - Opdivo\BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx | | | | | | | | | | | | |
| | | | | | | | | MediaVest - Bristol-Myers Squibb - Opdivo\Exhibit A - Invoices and Credit Memo.pdf | | | 1/26/2018 | Revision date on document | 1/26/2018 | | | | | Draft of invoices with credits for $90,090, $50,387.50, $123,343, and $110,468 (Jan-Sep 2017) totaling $374,289 and separately referenced in later agreement | |
| | | | | | | | | Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx | | | 1/29/2018 | This is a Word file creation date from metadata | Unknown | Unknown | $484,757 | | $484,757 | | Unsigned agreement with Outcome Health to provide a credit memo in this amount and client to pay Outcome Health $257,122.50 for Jan-Sep 2017; additional amount for Oct-Dec 2017 to be provided for in a separate contract | |
| Gilead Science | $829,731 | Y | Y | $2,164,308 | $1,334,577 | | $1,334,577 | Horizon-Gilead 2017 Reconciliation.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery for Harvoni product (Jan-Dec 2017) | Outcome Health revised an insert order to grant credits on 7/17/2017 for a 2016 program; |

22 of 42

**Outcome Holdings LLC**  **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | [2] | | [2] | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | | | | | | | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| | | | | | | | | | Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery for Harvoni product (Jan-Dec 2017) | subsequent calculations were made on 1/30/2018 to determine underdelivery for 2017 for the HIV product and 2017-Jan 2018 for the Truvada product |
| | | | | | | | | | Completion Agreement - Wilson Media Group - Gilead.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculations of underdelivery for period Jan 2017-Jan 2018 for Truvada product and all 2017 for HIV product; also shows application of the $60,324 credit granted earlier, there was no net underdelivery after the credit | |
| | | | | | | | | | Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf | 7/17/2017 | Date of insert order revision | | | | | | | | | | |
| AstraZeneca | $2,528,354 | N | Y | | $2,382,592 | -$145,762 | $46,324 | -$99,438 | Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf | | | 1/4/2018 | Date of specific email | 1/4/2018 | | | | | | Email evidence of offer to work for reconciliation for delivery <90% not quantified | Outcome Health began calculations for restitution 12/19/2017; determined they needed to give media credit for a cancellation fee on Lynparza product and delivered 15 days of delivery for the Lynparza product at no charge (not quantified); computed underdelivery on multiple other products (also initiated 12/19/2017; email on 1/4/2018 offers to work toward reconciliation plan for anything they delivered at under 90% |
| | | | | | | | | | Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | $34,412 | $34,412 | | | Excel workbook showing calculation to determine if underdelivery on Lynparza product (Jun - Oct 2017); Outcome Health to issue media credit for contract cancellation fee per amount shown; detail page states that 15 days of delivery was made for free in June (not quantified) | |
| | | | | | | | | | Completion Agreement - Media Vest AstraZeneca V4.xlsx | 12/19/2017 | This is a Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on multiple products (not including Lynparza) for Jan 2016-Feb 2017 | |
| Boehringer Ingelheim | $11,919,671 | Y | Y | | $4,200,302 | -$7,719,369 | $1,449,371 | -$6,269,998 | | | | | | | | | | | | | Accent Health is informed by client |

23 of 42

Outcome Holdings LLC — Exhibit 6.3

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| Customer | Total Restitution [1] | Currently Doing Business? [1] | Completion Agreement? [1] | Petron Analysis Overstated Revenue [3] | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount [2] | Document | Date of Completion Agreement / Earliest Identified Date of Restitution [2] | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf | 5/24/2017 | Email date in trail | | | | | | | | | | that despite pausing program delivery they have continued to be billed; 5/24/2017 Accent staff request and receive approval to extend the contract from Oct-Dec 2017 at no cost for Trajenta product (not quantified) which is formalized and accepted by client on 9/20/2017. Accent Health begins calculations for restitution on other drugs 12/19/2017 |
| | | | | | | | | 655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf | | | | | | | | | | | | |
| | | | | | | | | Completion Agreement - Assembly Boehringer Ineelheim V2.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products Jan 2017-Dec 2018 | |
| | | | | | | | | Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products Jan 2017-Dec 2018 | |
| | | | | | | | | Completion Agreement - Assembly Boehringer Ingelheim.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products; detail shows data for Stiolto product Jan 2017-Jun 2017 | |
| | | | | | | | | Assembly Boehringer Ingelheim Reconciliation 2017.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products Jan 2017-Jan 2018 | |
| | | | | | | | | Assembly Boehringer Ingelheim Reconciliation.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products; detail shows data for Pradaxa product Jan 2017-Dec 2017 | |
| Merck | $1,569,691 | N | Y | $1,100,880 | -$468,811 | $0 | -$468,811 | Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked as final V2 with 2 proposals for restitution | Outcome Health began calculations for restitution 12/19/2017; engaged in negotiations with client with client providing some data 1/4/2018; negotiation appears to result in agreement by Outcome Health to a 1.25:1 made good on all up to $5MM and |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products for 2017; marked as final; no proposals | |

**Outcome Holdings LLC**   **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| [1] | Gibson Dunn Analysis [1] | | | Petron Analysis [3] | | | | [2] | | | After October 13, 2017, but prior to February 1, 2018 [2] | | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx | | | 12/20/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked up with comments by A. Nixon indicating issues and confirmatory data still needed | ...up to $500M and 1.5:1 on $5MM-10MM with a commitment date of 3/31/2018; draft of agreement on 1/23/2018 indicates credit memo against receivables and media credit with Merck paying the balance of their accounts receivable. |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V2).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; with comments by A. Nixon indicating issues and notes on progress of negotiation where Dave agrees to 1.25:1 make good on all up to $5MM and 1.5:1 make good on all $5MM-$10MM with commitment to be made by 3/31/2018 | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V3).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked as final V3 with 2 proposals for restitution | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017 (V4).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked as final V4 with 2 proposals for restitution | |
| | | | | | | | | Merck Completion Agreement - Reconciliation 2017.xlsx | | | 12/20/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products for 2017; early draft with "not enough info" in most fields | |
| | | | | | | | | Merck Completion Agreement v1.docx | | | 1/23/2018 | This is a Word file creation date from metadata | 1/23/2018 | | $2,469,784 | $1,359,892 | $1,109,892 | | Unsigned agreement draft following ongoing negotiations offers accounts receivable credit of $1,109,892 and client also gets media credit of $1,359,892 for 2018; client to pay $702,721 in accounts receivable | |

**Outcome Holdings LLC**                                                                                                                                                          **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | Gibson Dunn Analysis | | Petron Analysis | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [1] | [1] | [1] | [3] | | | | | [2] | | [2] | | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| | | | | | | | | Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx | | | 1/4/2018 | This is an Excel file creation date from metadata | | | | | | | Reconciliation of amounts owed to and from Merck based on data from Merck; additional computations by Outcome Health evidences negotiation | |
| GlaxoSmithKline | $2,994,365 | Y | Y | $4,054,165 | $1,059,800 | $0 | $1,059,800 | GSK Overview.docx | | | | | | | | | | | Summary of events written by CFO describing process; delivery for Breo and HIV products were checked for 2016-2017; $1,621,599 shortfall for Breo and $265,066 shortfall for HIV were refunded in cash (totals $1,886,605); no other shortfalls in other programs | Outcome Health had negotiated an agreement dated 10/4/2017 which was signed by the client on 10/17/2017 agreeing that pending cash refunds in the amount shown would settle shortfalls related to all 2016 contracts; wires paying the refunds were sent 11/17/2017. |
| | | | | | | | | Outcome Completion Agreement.pdf | 10/4/2017 | Completion Agreement dated 10/4/2017 signed by Outcome Health on 10/26/2017 | | | | | | | | | | Outcome Health began computing the restitution on 2017 contracts on 1/30/2018. |

Outcome Holdings LLC

**Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | Gibson Dunn Analysis | | | Petron Analysis | | | | | Date of Completion Agreement / Earliest Identified Date of Restitution | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [1] | [1] | [3] | | | | | [2] | | [2] | | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| | | | | | | | | Contract Refund Details.xlsx | | | 11/30/2017 | This is an Excel file creation date from metadata | | | | | | | Internal spreadsheet showing that on 11/7/17, 3 wires were sent: $555,790, $265,005.50 and $1,065,808.50 which total amount referenced in signed agreement | |
| | | | | | | | | PHD GlaxoSmithKline 2017 Reconciliation.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017 | |
| Amgen | $4,519,636 | Y | Y | $3,666,794 | -$852,842 | | -$852,842 | Amgen Completion Agreement 12.20.17-final.docx | 12/20/2017 | This is a Word file creation date from metadata | 12/20/2017 | This is a Word file creation date from metadata | 12/20/2017 (agreement date) unsigned | Unknown | $5,137,836 | $2,568,918 | $2,568,918 | | Unsigned Completion Agreement references client request to apply credit to outstanding accounts receivable; 2018 media credit is $2,568,918 if client spends > $5,137,836 | Outcome Health began drafting a completion agreement on 12/20/2017; workbooks with calculations and notes created 1/26/2018 and 1/29/2018 show several restitution proposals considered the last the v3 version of which appears to have the numbers shown in the agreement |
| | | | | | | | | Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx | | | 1/26/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked as v2; contains 2017 restitution settlement data with same totals as in unsigned agreement, but different allocation between media credit and credit memos | |
| | | | | | | | | Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx | | | 1/26/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; marked as v3; contains notes on billing and 2017 restitution settlement data with same numbers as in unsigned agreement | |
| | | | | | | | | Media Edge - Amgen 2017 Reconciliation.xlsx | | | 1/26/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products in 2017; contains notes on billing and 2 proposals for restitution | |

**Outcome Holdings LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| [1] | [1] | [1] | [1] | [3] | | | | | | [2] | [2] | | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| | | | | | | | | Amgen Reconciliation Contracted Details.xlsx | | | 1/29/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery on all products for 2017; cites media credit available for $1,474,111 | |
| Pfizer | $5,794,660 | N | Y | $2,951,787 | -$2,842,873 | $216,277 | -$2,626,596 | CM_0617-005.pdf | 8/17/2017 | Date of Credit Memo | | | | | | | | | | Outlook Health discovered the underdelivery in July-August; issued credit memos and refunds on 8/17/2017; subsequent audit of other programs led to an additional refund |
| | | | | | | | | CM_0817-200.pdf | | | | | | | | | | | | |
| | | | | | | | | CM_1017-200.pdf | | | | | | | | | | | | |
| | | | | | | | | Pfizer Overview.docx | | | | | | | | | | | | |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | | | | | | | | | | |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | | |
| | | | | | | | | Pfizer Reconciliation.xlsx | | | | | | | | | | | | |

Outcome Holdings LLC

**Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | | [2] | | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| Sanofi | $2,958,060 | Y | Y | $4,595,112 | $1,637,052 | | $1,637,052 | Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Lemtrada product | Outcome Health began calculations for restitution on 12/19/2017 |
| | | | | | | | | Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Synvisc product | |
| | | | | | | | | Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Aspercreme product | |
| Eli Lilly | $9,001,540 | N | Y | $2,327,680 | -$6,673,860 | | -$6,673,860 | SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf | 12/29/2017 | Date of Completion Agreement | 12/29/2017 | Date of Completion Agreement | 12/29/2017 signed by Outcome Health | 12/29/2017 signed by client | $9,000,000 | $7,000,000 | | $2,000,000 | Signed Completion Agreement dated 12/29/2017 specifies refunds on 12/29/17 by wire $1,000,000; on 1/31/18 wire $1,000,000; $4,000,000 media credit for H1 2018 and $3,000,000 for H2 2018 | By 12/29/2017, Outcome Health had negotiated a Completion Agreement which was dated and signed on the same date. Also on 12/29/2017, the first of 2 refund wires was sent, with the second to be sent 1/31/2018; accruals to be made were for $4,000,000 for the first half of 2018 and Outcome Health assumed that the client would use the full $3,000,000 for the second half of 2018 and accrued the full amount. |
| | | | | | | | | Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf | | | 12/29/2017 | Date of transaction confirmation | | | | | | | Wire confirmation from JPMorgan showing that the 12/29/2017 was sent | |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | | | | | | | | | Excel cash flow planning workbook shows payment dates of 12/29/2017 for the first $1,000,000 and 1/30/2018 for the second $1,000,000; part of a cash report which includes weekly cash collections and bank balances in 2017 through 2/9/2018 | |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | Excel worksheet summarizing payments made to various clients and methods of payment shows 1 wire: to Eli Lilly for $1,000,000 | |

29 of 42

**Outcome Holdings LLC**                                                                                                                                                               **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | | [2] | [2] | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| | | | | | | | | Eli Lilly Reconciliation.xlsx | | | | | | | | | | | Excel workbook includes proposed journal entries dated 12/29/2017 for the first $1,000,000 cash payment, an accrual to be dated 12/31/2017 for the second $1,000,000 cash payment and two additional accruals to be dated 12/31/2017 for a $4,000,000 and a $3,000,000 advertising credit. | |
| Novo Nordisk | $7,549,848 | Y | Y | $2,105,866 | -$5,443,982 | | -$5,443,982 | Spark-Novo Nordisk 2017 Reconciliation.xlsx | 1/30/2018 | This is an Excel file creation date from metadata | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for all products | Outcome Health began calculations for restitution on 1/30/2018 |
| | | | | | | | | Spark-Novo Nordisk 2017 Reconciliation_RC& LP - DONE.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for all products | |
| Novartis | $217,137 | N | N | $1,325,670 | $1,108,533 | | $1,108,533 | Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | Excel workbook showing calculation of underdelivery during 2017 (Jan-Dec) for Cosentryx drug only | Outcome Health began calculations for restitution on 12/19/2017 |
| | | | | | | | | Completion Agreement - Novartis - Novartis.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | Excel workbook showing calculation of underdelivery during 2017 (Jan-Dec) for Entresto drug only | |
| | | | | | | | | Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx | | | 12/29/2017 | This is an Excel file creation date from metadata | | | | | | Excel workbook calculation showing no underdelivery for Affinitor drug in 2017 (Jun-Oct); over delivery | |
| Bayer | $574,990 | Y | Y | $267,613 | -$307,377 | | -$307,377 | Cash back due - Bayer Contour contract # 180 (2).pdf | | | | | | | | | | | By 4/15/2017, Outcome Health had determined there was a delivery shortfall on 2016 contracts for the Contour product and determined the | |

**Outcome Holdings LLC**  **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| | [1] | [1] | [1] | [3] | | | | | [2] | | [2] | | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Cash back due - Bayer Contour contract # 180.pdf | 4/5/2017 | Date of specific email within email trail | | | | | | | | | | amount to be refunded to the client; emails were internal to Outcome Health but referenced conversations with and requests by client. Outcome Health began calculations for restitution on other products on 12/19/2017 and had developed restitution options in the form of media credit (lowest amount, Option 1 was selected). |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | | |
| | | | | | | | | Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery during 2017 (Jan-Dec) for all products | |
| | | | | | | | | Target Health - Abbott - Bayer.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | Unknown | $367,870 | $367,870 | | | Excel workbook showing calculation of underdelivery during 2017 (Jan-Dec) for Claritin Peds, One-a-Day, Mirilax and Mirena products with 3 options for different amounts of media credit and a 2/1/2018 commitment date; lowest credit amount (Option 1) was selected and is shown | |
| | | | | | | | | 2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx | | | | | | | | | | | Undated supporting data showing delivery statistics on Claritin Peds, One-a-Day, and Mirilax products | |
| | | | | | | | | Target Health - Bayer 2017 Reconciliation.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery during 2017 (Jan-Dec) for all products | |

**Outcome Holdings LLC**  **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | | [2] | | [2] | | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| | | | | | | | | Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx | | | 1/24/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook summarizing delivery data during 2017 (Jan-Dec) for Claritin Peds, One-a-Day and Mirilax products through Target Health | |
| | | | | | | | | WPP plc Kinetic Worldwide Target Health - Bayer.xlsx | | | 1/24/2018 | This is an Excel file creation date from metadata | | | | | | | Excel workbook summarizing delivery data during 2017 (Jan-Dec) for Claritin Peds, One-a-Day and Mirilax products through WPP Kinetic | |
| **Takeda** | $860,430 | Y | Y | $1,224,734 | $364,304 | | $364,304 | Takeda_Completion_Agreement_Fully Signed.pdf | 1/22/2018 | Date of Completion Agreement | 1/22/2018 | Date of Completion Agreement | 1/24/2018 signed by Outcome Health | 1/23/2018 signed by client | $866,430 | | | $866,430 | Signed Completion Agreement specifying 3 payments of $288,810 each on or before 1/26/18, 2/15/18, and 3/15/28 | Outcome Health had negotiated an agreement dated 1/22/2018 which was fully signed by 1/24/2018; first payment sent on January 30, 2018. |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | 1/30/2018 | Date of transaction shown in workbook | | | | | | | Excel cash flow planning workbook shows payment date of 1/30/2018 for $286,810; part of a cash report which includes weekly cash collections and bank balances in 2017 through 2/9/2018 | |
| **Celgene** | $159,718 | Y | Y | $238,838 | $79,120 | | $79,120 | Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx | | | 1/30/2018 | | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Otezla product | Outcome Health began calculations for restitution on 12/19/2017 |
| | | | | | | | | Underscore - Celgene 2017 Reconciliation.xlsx | | | 1/30/2018 | | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Otezla product | |
| | | | | | | | | Target Health - Celgene.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Feb) for Otezla product | |
| **Abbvie** | $6,900,000 | N | Y | $7,159,588 | $259,588 | $1,773,258 | $2,032,846 | Spark-Abbvie 2017 Reconciliation.xlsx | 1/30/2018 | This is an Excel file creation date from metadata | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for all products | Outcome Health began calculations for restitution on 1/30/2018 |
| | | | | | | | | Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for all products | |

**Outcome Holdings LLC**  **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | | Gibson Dunn Analysis | | | Petron Analysis | | | | | Date of Completion Agreement / Earliest Identified Date of Restitution | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| | [1] | [1] | [1] | [3] | | | | [2] | [2] | | | | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| Genentech | $2,744,578 | Y | Y | $315,758 | -$2,428,820 | | -$2,428,820 | Genentech Overview.docx | | | | | | | | | | | Written summary by CFO describing discovery of underdelivery in August 2017; client and Outcome Health agreed to refund full amount 50% cash and 50% media credit | Outcome Heath had made calculations for restitution and determined the amount of underdelivery for 2016 and early 2017 by 8/17/2017 and on 8/24/2017 made a presentation to the client offering restitution in the form of media credit of 120% of the underdelivery amount; subsequent negotiations resulted in the Completion Agreement dated 10/4/2018 where the refund is slightly smaller, but split 50%50% between a cash refund and media credit |
| | | | | | | | | wk.6 Flash ending 2.9.2018.xlsx | | | | | | | | | | | Excel cash flow planning workbook shows payment date of 10/20/2017 for 1,105,8670; part of a cash report which includes weekly cash collections and bank balances in 2017 through 2/9/2018 | |
| | | | | | | | | Genentech-Amendments and Completion Agreement (fully executed).pdf | | | | | | | | | | | | |
| | | | | | | | | Tecentriq 2017 - Delivery Summary.xlsx | 8/16/2017 | This is an Excel file creation date from metadata | | | | | | | | | | |
| | | | | | | | | Tecentriq 2017 Review.pptx | | | | | | | | | | | | |

Outcome Holdings LLC

**Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | | | [2] | | [2] | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Gibson Dunn Analysis** | | | | **Petron Analysis** | | | | | | | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| **Biogen** | $85,000 | N | N | | $3,226,453 | $3,141,453 | | $3,141,453 | Completion Agreement - Compas - Biogen.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel workbook showing calculation of underdelivery for 2017 (Jan-Dec) | Outcome Health began calculating restitution on 12/19/2017 |
| **Johnson & Johnson [5]** | $1,495,182 | N | Y | | $1,117,326 | -$377,856 | | -$377,856 | Contract Refund Details.xlsx | | | | | | | | | | | | Outcome Health had agreed to terminate the contract for 2017 with client effective 3/31/2017; signed by client 5/17/2017 and check was sent 10/4/2017 for refund amount shown |
| | | | | | | | | | Cash back due - #721 CM_0117-051.pdf | | | | | | | | | | | | |
| | | | | | | | | | Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf | 3/31/2017 | | | | | | | | | | | |
| **Allergan** | $224,999 | N | Y | | $130,276 | -$94,723 | | -$94,723 | Viberzi Completion Agreement - Reconciliation 2017.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Viberzi product | Outcome Health offered restitution in the form of media credit on 5/25/2017 which was agreed to |

**Outcome Holdings LLC**  **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| [1] | [1] | [1] | [1] | [3] | | | | [2] | | [2] | | | | | | | | | [2] |
|-----|-----|-----|-----|-----|---|---|---|-----|---|-----|---|---|---|---|---|---|---|---|-----|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | **Date of Completion Agreement / Earliest Identified Date of Restitution** | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| | | | | | | | | Ironwood - Allergan 2017 Reconciliation.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery Oct 2017-Aug 2018 for Duzallo product Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Retasis and Botox Chronic Migraine products | by client on 7/6/2017 for one program; analysis for restitution was also initiated on other product programs on 12/19/2017 and 1/30/2018 |
| | | | | | | | | Completion Agreement - Allergan - Allergan.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| | | | | | | | | 1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation #1642, FULLY EXECUTED, 07.10.17.pdf | | 5/25/2017 | | Date of specific email within trail | | | | | | | | |
| | | | | | | | | Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx | | | 1/30/2018 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet shows calculation of underdelivery Oct 2017-Aug 2018 for Duzallo product Excel worksheet shows calculation of underdelivery during 2017 (Jan-Dec) for Retasis and Botox Chronic Migraine products | |
| | | | | | | | | Target Health - Allergan.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | | |
| **Subtotal of Top-20 Customers** | $63,104,767 | | | $45,163,857 | -$17,940,910 | $3,485,230 | -$14,455,680 | | | | | | | | $18,502,390 | $11,430,722 | $4,163,567 | $2,908,101 | | |

**Outcome Holdings LLC**                                                                     **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | [2] | | | | | | | | [2] |
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | **Date of Completion Agreement / Earliest Identified Date of Restitution** | | **After October 13, 2017, but prior to February 1, 2018** | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| **Non-Top 20 Customers** | | | | | | | | | | | | | | | | | | |
| **23andMe** | | N | N | | | | | | | | | | | | | | | Not available |
| **Abbott** | $209,511 | Y | Y | | -$209,511 | | -$209,511 | Target Health - Abbott - Pedialyte.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | $38,716 | $38,716 | | Excel worksheet shows calculation of underdelivery Jan-Mar and Dec 2017 for Pedialyte product; 3 restitution options proposed; lowest $ value (Option 1) selected | Outcome Health began calculation of restitution on 12/19/2017 and developed restitution options for media credit. |
| | | | | | | | | Completion Agreement - Target Health - Abbott - Enusre.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | $92,267 | $92,267 | | Excel worksheet shows calculation of underdelivery Jun-Oct 2017 for Ensure product; shows 3 restitution options, lowest $ value option selected (Option 1) | |
| **Acadia Pharmaceuticals** | $211,052 | Y | Y | | -$211,052 | | -$211,052 | Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | $115,383 | $115,383 | | Excel worksheet shows calculation of underdelivery Jan-Feb and Oct-Dec of 2017; includes restitution proposal via media credit for Nuplazid product | Outcome Health began calculation of restitution on 12/19/2017 and developed a restitution proposal as shown. |
| | | | | | | | | Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | Excel worksheet shows calculation of underdelivery Jan-Feb and Oct-Dec of 2017; includes restitution proposal via media credit amount lower than above | |
| | | | | | | | | Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf | | | 11/16/2017 | Date of specific email in trail | | | | | | Email trail showing client notification of cancellation and subsequent discussion at Outcome Health about how to proceed | |
| **Actavis** | | N | N | | | | | | | | | | | | | | | |
| **Akrimax** | | N | N | $24,919 | $24,919 | | $24,919 | | | | | | | | | | | |
| **Alzheimer's Assoc.** | | N | N | | $0 | | | | | | | | | | | | | |
| **AMAG Pharma** | | Y | N | | $0 | | | | | | | | | | | | | |
| **Amarin** | | Y | N | | $0 | | | | | | | | | | | | | |
| **Ampyra** | | N | N | | $0 | | | | | | | | | | | | | |
| **Anthem** | | N | N | | $0 | | | | | | | | | | | | | |
| **Arbor** | | N | N | | $0 | | | | | | | | | | | | | |
| **Astellas** | $75,000 | N | N | | -$75,000 | | -$75,000 | | | | | | | | | | | Not available |
| **Athena Health** | | N | N | | | | | | | | | | | | | | | |

Outcome Holdings LLC **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [3] | | | | [2] | [2] | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | **Petron Analysis** | | | | | | | | | | | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| Avanir Pharmaceuticals | $59,233 | N | Y | $145,425 | $86,192 | | $86,192 | 2017 Reconciliation - Avanir_Onxetra (For Completion Agreement).xlsx | 12/8/2017 | This is an Excel file creation date from metadata | 12/8/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculations for restitution showing credit of $44,280 due | Outcome Health began calculations for restitution on 12/8/2017 and developed a restitution credit amount incorporated into first a draft of the Completion Agreement created 1/8/2017 with terms identical to those in the final Completion Agreement dated 2/5/2018 and signed by the client on 2/6/2018, but negotiated prior to 2/1/2018 |
| | | | | | | | | 4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx | | | 1/8/2018 unsigned | This is a Word file creation date from metadata | 1/8/2018 unsigned | 2/6/2018 (subsequent final draft with same terms signed by client) | $44,280 | | $44,280 | | Unsigned Completion Agreement showing credit memo against invoice in the amount shown; client to pay remainder of receivable balance | |
| | | | | | | | | 4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx Scanned from a Xerox Multifunction Device.pdf | | | 1/4/2018 | This is a Word file creation date from metadata | 1/4/2018 | | | | | | Earlier agreement draft showing credit memo against invoice lower than the amount shown Agreement dated (2/5/2018) and signed by client after 2/1/2018, but contains provisions as shown, negotiated before 2/1/2018 | |
| Blue Cross Blue Shield | | N | N | | | | | | | | | | | | | | | | | |
| Boiron | | | N | N | | | | | | | | | | | | | | | | | |
| Boston Scientific | $240,258 | Y | Y | $0 | -$240,258 | | -$240,258 | Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | $315,310 | | $315,310 | | Excel worksheet calculations showing underdelivery May-Dec 2017 for Watchman product; indicates previously communicated credit memos for $315,310 due for contracts # 719 and 1004 | Outcome Health provided restitution for a small amount on 9/8/2017; performed additional calculations beginning 12919/2017 and had communicated credit memos in the amount shown |
| | | | | | | | | Cash back due - # 750 - CM_0917-200.pdf Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf | 8/31/2017 | Date of specific email in trail | | | | | | | | | | |
| | | | | | | | | Contract Refund Details.xlsx | | | | | | | | | | | | |

**Outcome Holdings LLC**      **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *Gibson Dunn Analysis* | | | *Petron Analysis* | | | | | | | *After October 13, 2017, but prior to February 1, 2018* | | | | | | | | |
| Campbell's Soup | $14,475 | N | Y | | -$14,475 | | -$14,475 | Completion Agreement - Target Campbell's Soup.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | $14,475 | | $14,475 | | Excel worksheet calculations showing underdelivery with 3 restitution options listed - all for media credit in the amount shown with commitment date of 2/1/2018 | Outcome Health began calculations for restitution on 12/19/2017; developed a restitution offer in the amount shown for media credit. |
| Casper | | N | N | | | | | | | | | | | | | | | | | |
| Centers for Disease Control and Prevention | | N | N | | | | | | | | | | | | | | | | | |
| Children's Healthcare of Atlanta | | N | N | | | | | | | | | | | | | | | | | |
| Church & Dwight | | N | N | | | | | | | | | | | | | | | | | |
| Clovis | | N | N | | | | | | | | | | | | | | | | | |
| CMS | | Y | N | | | | | | | | | | | | | | | | | |
| Colonial Penn Insurance | | N | N | | | | | | | | | | | | | | | | | |
| Combe | | N | N | | | | | | | | | | | | | | | | | |
| Cooper Surgical | | N | N | | | | | | | | | | | | | | | | | |
| Covance | | N | N | | | | | | | | | | | | | | | | | |
| Crescendo Bioscience | | N | N | $35,333 | $35,333 | | $35,333 | | | | | | | | | | | | | Not available |
| CSL Behring | | N | N | | | | | | | | | | | | | | | | | |
| CVS | $342,455 | Y | Y | | -$342,455 | | -$342,455 | | | | | | | | | | | | | Not available |
| Daiichi Sankyo | | Y | Y | $104,340 | $104,340 | | $104,340 | | | | | | | | | | | | | Not available |
| Dannon | | N | N | | | | | | | | | | | | | | | | | |
| Delaware Health and Social Services | | N | N | | | | | | | | | | | | | | | | | |
| Dexcom | $235,250 | Y | Y | $64,152 | -$171,098 | | -$171,098 | Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculations for restitution showing underdelivery for all of 2017 | Outcome Health began calculations for restitution on 12/19/2017 |
| DFW Vascular Group | | N | N | | | | | | | | | | | | | | | | | |
| Disney | | Y | N | | | | | | | | | | | | | | | | | |
| Dr. Bradford | | N | N | | | | | | | | | | | | | | | | | |
| Dyson | $4,900 | N | Y | | -$4,900 | | -$4,900 | Target Health - Dyso | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculations for restitution showing underdelivery for Apr-Jun of 2017 | Outcome Health began calculations for restitution on 12/19/2017 |
| Eisai | | N | N | | | | | | | | | | | | | | | | | |
| Emisphere | | N | N | $284,749 | $284,749 | | $284,749 | | | | | | | | | | | | | Not available |
| Endo Pharma | | N | N | | | | | | | | | | | | | | | | | |
| Exagen Diagnostics | | N | N | | | | | | | | | | | | | | | | | |
| Ferring Pharmaceuticals | | N | N | | | | | | | | | | | | | | | | | |

**Outcome Holdings LLC**            **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| [1] | | [1] | [1] | [1] | [3] | | | | | [2] | | [2] | | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
| Flexion Therapeutics | | Y | N | | | | | | | | | | | | | | | | | |
| Galaxy Nutritional Foods | | N | N | | | | | | | | | | | | | | | | | |
| Galderma Laboratories | | Y | N | | | | | | | | | | | | | | | | | |
| Genzyme | | N | N | $24,192 | $24,192 | | $24,192 | | | | | | | | | | | | | Not available |
| Hologic | | N | N | | | | | | | | | | | | | | | | | |
| GoodRx | | Y | N | | | | | | | | | | | | | | | | | |
| Healthplans.com | | N | N | | | | | | | | | | | | | | | | | |
| Home Instead | $228,898 | Y | Y | | -$228,898 | | -$228,898 | | | | | | | | | | | | | Not available |
| Horizon Pharma USA | | N | N | $114,345 | $114,345 | | $114,345 | Completion Agreement - Horizon Media - Horizon.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculations for restitution showing underdelivery for Jan 2016-Mar 2017 | Outcome Health began calculations for restitution on 12/19/2017 |
| Insulet | | N | N | | | | | | | | | | | | | | | | | |
| ISDIN | | N | N | | | | | | | | | | | | | | | | | |
| Jazz Pharma | | Y | N | | | | Not on Rest report | | | | | | | | | | | | | |
| Jenny Life Insurance | | N | N | | | | | | | | | | | | | | | | | |
| JDRF | | N | N | $13,108 | $13,108 | | $13,108 | | | | | | | | | | | | | Not available |
| JMF | | N | N | $13,423 | $13,423 | | $13,423 | | | | | | | | | | | | | Not available |
| Kaleo Pharma | $92,689 | N | Y | | -$92,689 | | -$92,689 | Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | $35,880 | $35,880 | | | Excel worksheet showing calculations show shortfall of $35,880 for Sep-Dec 2017 and propose issuance of media credit for this amount | Outcome Health began calculations for restitution on 12/19/2017; proposal to issue media credit developed |
| Kentucky Dept. of Health | | N | N | | | | | | | | | | | | | | | | | |
| Konsyl | | N | N | | | | | | | | | | | | | | | | | |
| Kovler | | N | N | | | | | | | | | | | | | | | | | |
| Leo Pharma | | N | N | | | | | | | | | | | | | | | | | |
| LG | | N | N | | | | | | | | | | | | | | | | | |
| Loeb Enterprises | | N | N | | | | | | | | | | | | | | | | | |
| Lundbeck | $46,349 | N | Y | | -$46,349 | | -$46,349 | Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | | | | | | | | Excel worksheet showing calculations for restitution showing underdelivery for Mar-Dec 2017 | Outcome Health began calculations for restitution on 12/19/2017 |
| Luxottica | $67,226 | N | Y | | -$67,226 | | -$67,226 | | | | | | | | | | | | | Not available |
| MannKind Corp | | N | N | | | | | | | | | | | | | | | | | |
| Maty's Healthy Products | | N | N | | | | | | | | | | | | | | | | | |
| MedStar | | N | N | | | | | | | | | | | | | | | | | |
| Medtronic | $16,146 | N | N | | -$16,146 | | -$16,146 | | | | | | | | | | | | | Not available |
| Milk PEP | | N | N | | | | | | | | | | | | | | | | | |
| Molekule | | N | N | | | | | | | | | | | | | | | | | |
| MVP Healthcare | | N | N | | | | | | | | | | | | | | | | | |
| Mylan | | N | N | | | | | | | | | | | | | | | | | |

Outcome Holdings LLC **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| | [1] | [1] | [1] | [3] | | | | [2] | | [2] | | | | | | | | | [2] | |
| | | Currently | | | Difference | | Government | | Date of Completion Agreement / Earliest | | | Date | | | | | | | | |
| | Total | Doing | Completion | Petron Analysis | Between | 2012-2014 | Estimate of | | Identified | | Restitution | | Date | Date | | | Credit | | | |
| Customer | Restitution | Business? | Agreement? | Overstated Revenue | Gibson Dunn and Petron | Overstated Revenue | Unpaid Restitution Amount | Document | Date of Restitution | Note | Commenced | Note | Restitution Offered | Restitution Agreed | Amounts Returned | Media Credit | Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Natera, Inc. | | N | N | | | | | | | | | | | | | | | | | |
| Nestle | $16,874 | N | Y | | -$16,874 | | -$16,874 | | | | | | | | | | | | | Not available |
| New York State Dept, of Health | | N | N | $32,800 | $32,800 | | $32,800 | | | | | | | | | | | | | |
| Nima Labs, Inc. | $2,106 | N | Y | | -$2,106 | | -$2,106 | | | | | | | | | | | | | Not available |
| NYU | | N | N | | | | | | | | | | | | | | | | | |
| Omron Healthcare | | N | N | | | | | | | | | | | | | | | | | |
| OptiNose Pharma | | N | N | | | | | | | | | | | | | | | | | |
| Otsuka/Lonsurf | $4,773 | N | Y | | -$4,773 | | -$4,773 | Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet calculation for restitution shows $4,773 shortfall; no credit provision in later signed agreement | Outcome Health began calculations for restitution on 12/19/2017 |
| | | | | | | | | Lonsurf Completion Agreement - Reconciliation 2017.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet calculation for restitution numbered as earlier draft shows $903 shortfall; no credit provision in later signed agreement | |
| | | | | | | | | Scanned from a Xerox Multifunction Device.pdf | | | NA | | | 2/6/2018 signed by client | | | | | Executed Completion agreement dated 2/6/2018 and signed by client 2/6/2018 agreement only requires client to pay AR | |
| Panasonic Healthcare US | | N | N | | | | | | | | | | | | | | | | | |
| People's Community OBGYN | | N | N | | | | | | | | | | | | | | | | | |
| PepsiCo | | N | Credits issued | | | | | | | | | | | | | | | | | |
| Perrigo | | N | N | | | | | | | | | | | | | | | | | |
| PharmacYdics | | Y | N | | | | | | | | | | | | | | | | | |
| Premier Nutrition | | N | N | | | | | | | | | | | | | | | | | |
| Presbyterian Homes | $17,525 | N | Y | | -$17,525 | | -$17,525 | | | | | | | | | | | | | Not available |

Outcome Holdings LLC **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | Gibson Dunn Analysis | | | Petron Analysis | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | |
| [1] | [1] | [1] | [1] | [3] | | | | | [2] | [2] | | | | | | | | [2] |
| Customer | Total Restitution | Currently Doing Business? | Completion Agreement? | Petron Analysis Overstated Revenue | Difference Between Gibson Dunn and Petron | 2012-2014 Overstated Revenue | Government Estimate of Unpaid Restitution Amount | Document | Date of Completion Agreement / Earliest Identified Date of Restitution | Note | Date Restitution Commenced | Note | Date Restitution Offered | Date Restitution Agreed | Amounts Returned | Media Credit | Credit Memo Against A/R | Cash/Wire | Comment | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ProCure | | N | N | | | | | | | | | | | | | | | | | |
| Promius Pharma LLC | | Y | Y | | | | | | | | | | | | | | | | | |
| Publix | | N | N | | | | | | | | | | | | | | | | | |
| Quest Diagnostics | $66,057 | Y | Y | | -$66,057 | | -$66,057 | | | | | | | | | | | | | Not available |
| Radius Health | | Y | N | | | | | | | | | | | | | | | | | |
| Rowntree | | N | N | | | | | | | | | | | | | | | | | |
| Salix | | N | N | | | | | | | | | | | | | | | | | |
| Science37 | | N | N | | | | | | | | | | | | | | | | | |
| Script Save | | N | N | | | | | | | | | | | | | | | | | |
| Sea-Band | $1,344 | N | Y | | -$1,344 | | -$1,344 | | | | | | | | | | | | | Not available |
| Sebela Pharmaceuticals | $314 | N | Y | | -$314 | | -$314 | | | | | | | | | | | | | Not available |
| Shire | | N | N | | | | | | | | | | | | | | | | | |
| SmartyPants | | N | N | | | | | | | | | | | | | | | | | |
| Sunovian | | N | N | | | | | | | | | | | | | | | | | |
| Syneron Candela | | N | N | | | | | | | | | | | | | | | | | |
| Target Pharmacy | | N | N | | | | | | | | | | | | | | | | | |
| Teva Pharma | $75,000 | Y | Y | | -$75,000 | | -$75,000 | Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx | | | | | | | | | | | | Not available - blank form |
| The Toy Association | | N | N | | | | | | | | | | | | | | | | | |
| The Wonderful Company | | N | N | | | | | | | | | | | | | | | | | |
| UCB, Inc. | | N | N | | | | | | | | | | | | | | | | | |
| UnitedHealthcare | | N | N | | | | | | | | | | | | | | | | | |
| Valeant | $333,333 | N | N | | -$333,333 | | -$333,333 | Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx | 12/19/2017 | This is an Excel file creation date from metadata | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculation of underdelivery of $597,795 for all of 2017; underdelivery was $597,795; for Relistor and Xifaxan products | Outcome Health began calculations for restitution 12/19/2017; proposed restitution via media credit on 1/31/2018 which was accepted 2/1/2018; additional calculations for other products were also made. |

**Outcome Holdings LLC**        **Exhibit 6.3**

Analysis of Government and Gibson Dunn Analyses of Overstatement and Restitution by Customer

| | [1] | [1] | [1] | [1] | [3] | | | | [2] | [2] | | | | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gibson Dunn Analysis** | | | | **Petron Analysis** | | | | | | | After October 13, 2017, but prior to February 1, 2018 | | | | | | | | | |
| **Customer** | **Total Restitution** | **Currently Doing Business?** | **Completion Agreement?** | | **Petron Analysis Overstated Revenue** | **Difference Between Gibson Dunn and Petron** | **2012-2014 Overstated Revenue** | **Government Estimate of Unpaid Restitution Amount** | **Document** | **Date of Completion Agreement / Earliest Identified Date of Restitution** | **Note** | **Date Restitution Commenced** | **Note** | **Date Restitution Offered** | **Date Restitution Agreed** | **Amounts Returned** | **Media Credit** | **Credit Memo Against A/R** | **Cash/Wire** | **Comment** | **Conclusion** |
| | | | | | | | | | 904 (2014) Valeant-Xifaxan- Email Amendment, 2.1.18.pdf | | | 1/31/2018 | Date of specific email in trail | 1/31/2018 email offer from Outlook Health | 2/1/2018 email acceptance by client | $500,000 | $500,000 | | | Email trail discussing program; proposal in the 1/31/18 email from Outlook Health for 3-month extension of contract at 50 cost; acceptance in the 2/1/18 client response; amount shown based on contract amount, for Xifaxan product; $505K of the total underdelivery was for this product. Amount shown based on 3 months of cost per original contract for Xifaxan (see below). | |
| | | | | | | | | | 904 Valeant-Xifaxan-FULLY EXECUTED SOW #904, 07.13.17.pdf | | | NA | | | | | | | | Original contract for Xifaxan provides basis for estimate of amount of credit | |
| | | | | | | | | | Target Health - Valeant.xlsx | | | 12/19/2017 | This is an Excel file creation date from metadata | | | | | | | Excel worksheet showing calculation of underdelivery of $1,450 for Oct-Dec 2017 for Addyi product | |
| Valeritas | | N | N | | | | | | | | | | | | | | | | | | |
| Veracyte | | N | N | | | | | | | | | | | | | | | | | | |
| WellCare | | N | N | | | | | | | | | | | | | | | | | | |
| White Memorial Medical Center | | N | N | | | | | | | | | | | | | | | | | | |
| Xenoport | | N | N | | | | | | | | | | | | | | | | | | |
| **Subtotal Non-Top 20 Customer** | **$2,360,768** | | | | **$856,786** | **-$1,503,982** | **$0** | **-$1,503,982** | | | | | | | | **$1,156,311** | **$782,246** | **$374,065** | **$0** | | |

**Not in Gibson Dunn Analysis, but included in Petron Analysis**

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acorda | | | | | $61,824 | $61,824 | | $61,824 | | | | | | | | | | | | | |
| **Total** | **$65,465,535** | | | | **$46,082,467** | **-$19,383,068** | **$3,485,230** | **-$15,897,838** | | | | | | | | **$19,658,700** | **$12,212,968** | **$4,537,632** | **$2,908,101** | | |

**Sources and Notes**

[1] DOJ-0003832077 to 084; Gibson shows revenue on a cash basis, includes 2017 revenue and customers where overstatement was less than $10,000 through August 15, 201

[2] Based on documents as shown for each client.

[3] Exhibit 2 (10.1.21) from Petron analysis; accrual basis revenue, did not include data from 2017 or customers where overstatement was less than $10,000.

[4] The fraud was first revealed in a Wall Street Journal article published October 13, 2017; Rolfe Winkler, "Outcome, a Hot Tech Startup, Misled Advertisers With Manipulate

[5] Johnson and Johnson owns Janssen Therapeutics, the makers of Simponi Aria and one of the products subject to underdelivery; hence some documents reference Janssen

[6] The settlement agreement was signed January 26, 2018 and effective February 1, 2018.

**US v. Shah, et al.**                                                                          **Appendix B**

List of Documents Considered

**Legal Filings and Materials**

U.S. District Court, Northern District of Illinois, Eastern Division; U.S. v. Rishi Shah, et al., No. 19 CR 864, filed November 15, 2023

U.S. Sentencing Commission, Guidelines Manual, 2021

Department of Justice - Office of Public Affairs, "Outcome Health Agrees to Pay $70 Million to Resolve Fraud Investigation", https://www.justice.gov, October 30, 2019

Department of Justice - Office of Public Affairs, "Former Executives of Outcome Health Convicted in $1B Corporate Fraud Scheme", https://www.justice.gov, April 11, 2023

**Research Materials**

Kevin R. Hopkins, "National Economic Report January 2018", KeyValueData database

Kevin R. Hopkins, "National Economic Report September 2017", KeyValueData database

Kevin R. Hopkins, "National Economic Report February 2017", KeyValueData database

Kevin R. Hopkins, "National Economic Report October 2023", KeyValueData database

Deloitte Global Economics Research Center, "United States Economic Forecast Q4 2023", Deloitte Insights

CMS.gov, "National Health Expenditure Data - NHE Fact Sheet"

CMS.gov, "National Health Expenditures 2017 Highlights"

Federal Reserve Bank of Philadelphia - Research Department, "Survey of Professional Forecasters - Fourth Quarter 2023"

Standard & Poor's Capital IQ database

https://www.exchangerates.org.uk database

https://www.currency-converter.org.uk database

Historical Prices

BizMiner database

IBISWorld database

Risk Management Association database

https://www.naics.com database

IRS ratios from KeyValueData database

tax.Illinois.gov

Rolfe Winkler, "Outcome, a Hot tech startup, Misled Advertisers With Manipulated Information, Sources Say", Wall Street Journal, October 13, 2017

Stephanie Baum, "Outcome Health reshuffle: CEO Steps Down as Company Reaches Settlement With Investors", medcitynews.com, January 28, 2018

Outcome Health, "Outcome Health Completes Comprehensive Recapitalization and Secures Significant New Equity Capital", prnewswire.com/news-releases, May 9, 2019

Littlejohn & Co., LLC, "Outcome Health Completes Comprehensive Recapitalizatoin and Secures Significant New Equity Capital", littlejohn.com/newsitem, May 9, 2019

PatientPoint Health Technologies, "PatientPoint Combines with Outcome Health to Create PatientPoint Technologies", patientpoint.com/news, March 9, 2021

Heather Landi, "PatientPoint Acquires Outcome Health to Combine Point-of-Care Technologies", fiercehealthcare.com/tech, March 9, 2021

AICPA Practice Aid: Valuation of Privately Held Company Equity Securities Issued as Compensation, 2013

Shannon P. Pratt and Alina Niculita, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*

Duff and Phelps U.S. Guide to Cost of Capital (now included in Kroll database)

Frank M. Burke Jr., *Valuation and Valuation Planning for Closely Held Businesses*

Venture Economics

Cambridge Associates U.S. Venture Capital Index, December 31, 2017

James L. Plummer, "QED Report on Venture Capital Financial Analysis"

Daniel R. Schleris and William Sahlman, "A Method for Valuing High-Risk, Long Term Investments: The Venture Capital Method"

William Sahlman, Howard H. Stevenson and Amar V. Bhide, et al.,"Financing Entrepreneurial Ventures"

Terry Dorsey, "A Portfolio Model for Venture Capital Performance Measurement and Investment Selection"

Pepperdine 2017 Private Capital Markets Report

International Business Valuation Glossary, November 2021

**Files from Counsel**

**File Name**

05.14.2024 PP zip files.txt

Additional Data Requests.zip

DuplicateCheck v2.txt

DuplicateCheck.txt

JDA - Significant Debt and Equity Events - Edit.docx

Shortcut to L Drive Files From Client.lnk

US v Shah Rishi - file list.xlsx
ZipFiles.zip
Balance sheet summary Nov and potential impacts.xlsx
Outcome Health - Funds Flow Final.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf
NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3....pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf
NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex....pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
75 Motion to Amend.pdf
1L investor proposal.pdf
OH 2019 Forecast 20190115s.pdf
Outcome - Restructuring Term Sheet-4841-0412-4553-v14.docx
PatientPoint.zip
OH2908346.pdf
OH2908426.pdf
OH2908516.pdf
OH2908517.pdf
OH2908525.pdf
OH2908533.pdf
OH2908659.pdf
OH2908664.pdf
OH2908748.pdf
OH2908823.pdf
OH2908919.pdf
OH2908999.pdf
OH2909089.pdf
OH2909092.pdf
OH2909100.pdf
OH2909108.pdf
OH2909204.pdf
OH2909205.pdf
OH2909209.pdf
OH2909210.pdf
OH2909211_CONFIDENTIAL.xlsx
OH2909212_CONFIDENTIAL.xlsx
OH2909213_CONFIDENTIAL.xlsx
OH2909214.pdf
OH2909261.pdf
OH2909285.pdf
OH2909370.pdf
OH2909450.pdf
OH2909475.pdf

OH2909554.pdf
OH2909577.pdf
OH2909653_CONFIDENTIAL.xlsx
OH2909654_CONFIDENTIAL.xlsx
OH2909655.pdf
OH2909656_CONFIDENTIAL.xlsx
OH2909657_CONFIDENTIAL.xlsx
OH2909658_CONFIDENTIAL.xlsx
OH2909659_CONFIDENTIAL.xlsx
OH2909660_CONFIDENTIAL.xlsx
OH2909661_CONFIDENTIAL.xlsx
DX10901.pdf
GX1071.pdf
GX697.pdf
GX777.pdf
GX849.pdf
2018 Restructuring.zip
Accounting Expert Witness.zip
Customer Settlement Support.zip
Debt.zip
Equity.zip
Financial Statements.zip
Gibson Dunn Report - Restitution.zip
GOV Restitution Production.zip
GS Equity Raise - Dataroom.zip
GS Equity Raise - Transaction Documents.zip
GS Investment Memo.zip
GS Lawsuit.zip
JPM Financing 12-22-2016.zip
JPM Financing 4-8-2016.zip
Outcome Non-Prosecution Agreement.zip
PSR and Government Versions.zip
Quality of Earnings.zip
Sponsorship.zip
Term Loan Docs.zip
Balance sheet summary Nov and potential impacts.xlsx
Outcome Health - Funds Flow Final.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf
NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3....pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf
NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (.....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex....pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (.....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
Exhibit 1.pdf

Exhibit 2.pdf
Exhibit 3.pdf
Expert disclosure letter.8.15.21.pdf
Amended Expert disclosure letter.10.1.21.pdf
Exhibit 1 (10.1.21).pdf
Exhibit 2 (10.1.21).pdf
Exhibit 3 (10.1.21).pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
._2017 Recs - LP Tracker.xlsx
._2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
._Cash back list through 10.25.17.png
._Contract Refund Details.xlsx
._Amgen Reconciliation Contracted Details.xlsx
._Media Edge - Amgen 2017 Reconciliation.xlsx
._Completion Agreement - Assembly Boehringer Ingelheim.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
._Assembly Boehringer Ingelheim Reconciliation.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
._Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
._Horizon-Gilead 2017 Reconciliation.xlsx
._Completion Agreement - Horizon Media - Horizon.xlsx
._Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
._2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
._Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
._Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
._Ironwood - Allergan 2017 Reconciliation.xlsx
._Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
._Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
._Completion Agreement - Allergan - Allergan.xlsx
._Completion Agreement - Compas - Biogen.xlsx
._Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
._Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
._Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
._Completion Agreement - HSAD North America - LG.xlsx
._Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
._Completion Agreement - Kelly Scott Madison - Jazz.xlsx
._Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
._Completion Agreement - Novartis - Novartis.xlsx
._Eli Lilly Reconciliation.xlsx
._OMG - Eli Lilly 2017 Reconciliation.xlsx
._Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
._Completion Agreement - Outdoor Media Group - Roche.xlsx
._Contract Refund Details.xlsx
._PHD GlaxoSmithKline 2017 Reconciliation.xlsx
._Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
._Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
._Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
._All AbbVie Contracts 01022018.xlsx
._Spark-Abbvie 2017 Reconciliation.xlsx
._Spark-Novo Nordisk 2017 Reconciliation.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
._Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
._Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx

._PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
._Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
._Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
._Underscore - Celgene 2017 Reconciliation.xlsx
._Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
._Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
._Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
._Target Health - Bayer 2017 Reconciliation.xlsx
._TargetHealth AR Summary 010918.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf

617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf

Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf

Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx

BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx

Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljanz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incremental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf

170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf

961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_ page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
ContextMedia_CIM_v33 (1).pdf
Interest Expense Fcst 2016.xlsx
Lender Presentation_vF (1).pdf
PV for Cisco Lease Amt Table.pdf
Sub debt Interest Calculation 12.23.2016.pdf
Sub debt Interest Calculation.xlsx
._Debt Attachment  (Autosaved).xlsx
._Debt Attachment  TLB.xlsx
._Debt Attachment .xlsx
._Debt Attachment Final.xlsx
._AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
._ContextMedia_Funds Flow_vF with reference info.xlsx
._Term Loan B Amortization Schedule.xlsx
CM SBA Loans_Debt Rollforward_2012.xlsx
ContextMedia Debt Schedule_2012.xlsx
CM SBA Loans_Debt Rollforward_2013.xlsx
ContextMedia Convertible Promissory Notes Schedule.xlsx
ContextMedia Debt Schedule_2013.xlsx
CM Debt Rollforward_2014.xlsx
ContextMedia Debt Schedule August 2014.xlsx
ContextMedia Debt Schedule_December 2014.xlsx
ContextMedia Debt Schedule_February 2014.xlsx
ContextMedia Debt Schedule_January 2014.xlsx
ContextMedia Debt Schedule_July 2014.xlsx
ContextMedia Debt Schedule_June 2014.xlsx
ContextMedia Debt Schedule_June 2014_Revised.xlsx
ContextMedia Debt Schedule_May 2014.xlsx
ContextMedia Debt Schedule_November 2014.xlsx
ContextMedia Debt Schedule_October 2014.xlsx
ContextMedia Debt Schedule_September 2014.xlsx
CM Debt Rollforward_2015.xlsx
CM Debt Rollforward_2015-April.xlsx
CM Debt Rollforward_2015-Feb.xlsx
CM Debt Rollforward_2015-jan.xlsx
CM Debt Rollforward_2015-march.xlsx
CM Debt Rollforward_2015-May.xlsx
ContextMedia Conv Debt Schedule_January 2015.xlsx
ContextMedia Conv Debt Schedule_March 2015.xlsx
10_2016 Debt Rllfwd.pdf
10_2016 Debt Rllfwd.xlsx
11_2016 Debt Rllfwd.xlsx
12_2016 Debt Rllfwd - TLB.xlsx
12_2016 Debt Rllfwd.xlsx

6_2016 Debt Rllfwd.xlsx
7.2016 Int and Term loan pmt support.pdf
7_2016 Debt Rllfwd.xlsx
8_2016 Debt Rllfwd.pdf
8_2016 Debt Rllfwd.xlsx
8_2016 Int Calc.pdf
9_2016 Debt Rllfwd.pdf
9_2016 Debt Rllfwd.xlsx
Aug Letter of Credit fees.pdf
Pages from 7.2016 Int and Term loan pmt support.pdf
Term Loan Amt Schedule.pdf
1_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwd - CM LC FEES.pdf
10_2017 Debt Rllfwd - TLB Interest Calc.pdf
10_2017 Debt Rllfwd - TLB LC FEES.pdf
10_2017 Debt Rllfwd - TLB LC FEES.xlsx
10_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwdv2.xlsx
11_2017 Debt Rllfwdv2.xlsx
11_2017 Int exp.pdf
11_2017 Interet Exp Calc.pdf
11_2017 LC Fees.pdf
12_2017 Debt Rllfwdv2.xlsx
2_2017 Debt Rllfwd - TLB.xlsx
2018 Debt FCST.xlsx
3_2017 Debt Rllfwd - TLB.xlsx
3_2017 Interest Calc - TLB.pdf
4_2017 Debt Rllfwd - TLB.pdf
4_2017 Debt Rllfwd - TLB.xlsx
6_2017 Debt Rllfwd - TLB.xlsx
7_2017 Debt Rllfwd - TLB CF .pdf
7_2017 Debt Rllfwd - TLB Interest.pdf
7_2017 Debt Rllfwd - TLB LC fees.pdf
7_2017 Debt Rllfwd - TLB.xlsx
8_2017 Accrued Int Calc.pdf
8_2017 Debt Rllfwd - TLB LC Fees.pdf
8_2017 Debt Rllfwd - TLB.xlsx
9_2017 Debt Rllfwd - TLB.xlsx
Accrued Int 5_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.xlsx
CF 5_2017 Debt Rllfwd - TLB.pdf
CF 5_2017 Debt Rllfwd - TLB.xlsx
CF Fees 5_2017 Debt Rllfwd - TLB.pdf
Int Calc 4_2017 Debt Rllfwd - TLB.pdf
Int Calc 6_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.xlsx
LC Fees May 2017 QTD Debt Rllfwd - TLB.pdf
Related Party Listing 2017.xlsx
ContextMedia Conv Debt Schedule_December 2014.xlsx
Convertible Note - Bill White October 11 2010.pdf
Convertible Note - Dominic Sergi October 24 2008.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Convertible Note - Jim Demas November 30 2010.pdf
Convertible Note - Mike Sheehan December 7 2010.pdf
Convertible Note - Mike Sheehan October 1 2011.pdf
Convertible Note - Ralph Rydholm July 18 2007.pdf
Dominic Sergi Amendment To Convertible Note Amendment October 24 2011.pdf
5_2016 Debt Rllfwd.xlsx
6_2016 Debt Rllfwd.xlsx
Debt Rllfwd 2016.xlsx
July 2016 Interest exp & Cash Flow Fcst.xlsx
Accrued Interest Calculation.xlsx
Financial.zip
Operations.zip
Other.zip

CM Projected Financials 2014.pdf
CM Projected Financials 2015.pdf
CM Projected Financials 2016.pdf
ContextMedia Debt Schedule 08312013.xlsx
ContextMedia Financial Statements - 2010.pdf
ContextMedia Financial Statements - 2011.pdf
ContextMedia Financial Statements - 2012.pdf
ContextMedia Financial Statements - 2013.pdf
ContextMedia Financial Statements - YTD Monthly 2013.pdf
Revenue Model 2013.pdf
ContextMedia - AmendedCharter.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Articles of Incorporation.pdf
Carat Xeljanz 2013 Agreement Final 082013.pdf
Novo Nordisk 2013 Agreement 10162013.pdf
CMH Tablet Demo.pdf
CMHealth Features 2013.pdf
ContextMedia Overview.pdf
Engagement Letter for Vedder.pdf
Engagement Letter for Vedder.pdf.crdownload
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx
Debt Attachment  TLB.xlsx
Debt Attachment  .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf
ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow_Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  -  Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf

private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
ContextMedia - Reorg Documents.zip
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf
Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M -  Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP -  Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k -  Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf
TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m -  Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf
Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
JPM Letter of credit -  330 wabash 25 floor  12-2-2016.pdf
Private Bank - 35th floor of 330 Wabash Chicago IL.pdf
Private Bank LC -114 W 41st New York, NY.pdf
Signature Bank Letters of Credit  489 Fifth Ave NYC.pdf
Signature Bank Letters of Credit (330 Wabash and 489 Fifth).pdf
Signature Bank Letters of Credit -330 Wabash 25th floor.pdf
TPB.SBLC.Appl.rev.11.2011 (2).pdf
JPM CTCS.pdf
JPM CTCS991325393662.pdf
JPM Notice 2.pdf
JPM Notice 3.pdf
JPM Notice.pdf
jpmnoticesandbill.zip
114 W 41st New York LC.pdf
515 State Street 2-15-2017.pdf
AH- NYC lease 42nd street.pdf
BCSP 330 Wabash LC  12-14-2016.pdf
JPM Letter of credit BCSP 330 n wabash.pdf
JPM Letter of Credit Perkins & Will.pdf
JPM Standby Letter of Credit.pdf
Perkins and will 35th floor 330 N Wabash.pdf
Summary of LC's as of 9302017.xlsx

Summary of LC's Dec 2016 and Q1 2016.xlsx
yodel LC 34th street NYC.pdf
ContextMedia - PB - Officer's Certificate (Executed) = 11-2015.pdf
Indicative Terms 12-8-15  -  Term Loan D.pdf
Indicative Terms 12-8-15  -  Term Loan D.pdf.crdownload
Letter of Credit Application for CMH.pdf
Private Bank Swap document 12-17-2015.pdf
SKMBT_C36014022814290_06302013.pdf
$250k SBA Loan x3239_Paid in Full.pdf
LPL_1156_Business Loan Agreement (Asset Based) Original Docs.pdf
LPL_1209_Business Loan Agreement (Asset Based) SBA 11 01 2011.pdf
LPL_1209_Promissory Note - SBA 11 01 2011.pdf
LPL_1346_Business Loan Agreement SBA 07 25 2012.pdf
LPL_1346_Promissory Note SBA 07 25 2012.pdf
CONTEXT-Loan Agreement (execution) 06 28 2013 ($2 mm).pdf
CONTEXT-Note (execution) 06 28 2013 ($2 mm).pdf
CONTEXT- Commercial Security Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Disbursement Statement 05 15 2014 ($2 mm).pdf
CONTEXT-Guaranty 05 15 2014 ($2 mm).pdf
CONTEXT-Insurance Modification Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Loan Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Note (execution) 05 15 2014 ($2 mm).pdf
Loan Payment Debit Authorization Form.pdf
stock  term-Loan Agreement (5).docx
STOCK TERM-Note (11).docx
stock  term-Loan Agreement (7).docx
STOCK TERM-Guaranty (3).docx
STOCK TERM-Note (13).docx
stock term-second Modification to Assignment of Life Insurance (2).docx
stock term-SHAREHOLDER PLEDGE (4).docx
CONTEXT-2nd Modification to Assignment of Life Insurance 9 25 2014 ($6MM).pdf
CONTEXT-Auto Debit 12032014 ($6MM).pdf
CONTEXT-Guaranty 9 25 2014 ($6MM).pdf
CONTEXT-Loan Agreement (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Modification to Commercial Security Agreement 9 25 2014 ($6MM).pdf
CONTEXT-Note (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Shareholder pledge 09 25 2014 ($6MM).pdf
Shradha A Loan document for $41k.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf.crdownload
Private Bank Letter of Credit for 36th floor.pdf
Private Bank Letter of Credit for 36th floor.pdf.crdownload
Signature Bank_Letter of Credit_205 N. Michigan.pdf
Signature Bank_Letters of Credit_2014.pdf
LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 30 2013.pdf
LPL_1156_Promissory Note (Asset Based) Line Original.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 30 2013.pdf
SKMBT_C36014062715120.pdf
Agreement to provide insurance LOC Renewal 08 28 2014.pdf
Business Loan Agreement (Asset Based) LOC 08 28 2014.pdf
Commercial Guaranty LOC 08 28 2014.pdf
Disbursement Request & Auth. LOC Renewal 08 28 2014.pdf
Promissory Note LOC Renewal 08 28 2014.pdf
Agreement to Provide Insurance.pdf
Business Loan Agreement.pdf
Commercial Guaranty.pdf
Disbursement Request and Authorization.pdf
$250k Loan_x3239_2012-13.html
$2MM Loan_x4782_2013.pdf
$750k Loan_x3751_2012-13.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 101.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 29.pdf
Loan Stmt (#3239) 092213.pdf
Loan Stmt (#3239) Balance 12.31.12.pdf
Loan Stmt (#3443) Balance 12.31.12.pdf

Loan Stmt (#3751) Balance 12.31.12.pdf
Loan Stmt (#4782) 092213.pdf
682094929-postmessagerelay.js
AlbEiAlAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAlAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAlAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAlAAABDCPuwzKf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWJmMWM4MjM3MzA1YmU2NzVml
AlbEiAlAAABECMmE9qGFpqrQngEiC3ZjYXJkX3Bob3RvKigzMjFhMmZiZiMWE0ZTRhMDc0OWVkNjNjNjk5MTU1OTI0MTI0ZjA5MWM3Yz
apps_marketplace-48.png
bg_noon2_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cleardot.gif
core-rpc-shindig.random-shindig.sha1.js
frame.html
hovercard.html
icon_1_pdf_x16.png
img
img(1)
img(2)
img(3)
logo(1).gif
logo.gif
module
nAPRbm38ZRt7dQ62F9izQJAVSdya6FcR05TJGKHQChL6yauGBl2afdzcY_FEBWP-
postmessageRelay.html
profile_mask2.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AItRSTMX85Md4n1Piw5VUpf_jJ3Y1CFTXQ
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw(1)
rs=AItRSTNkYe9VuO_Jh9qUUE1ndLWv36E2ug
rs=AItRSTNTpS5I7EQqh6tsklGaH_fRQ28lTQ
rs=AItRSTNU18qsYOTf8D0xHwTQCtFQGjDigw
rs=AItRSTOPPFAfGgejfkRWHzoMUJKjRrNCQw.html
rs=AItRSTP8rfJ5whJLbLvi52Q7Zpl-rgp0rQ
rs=AItRSTPKAcMh1CYG2zDdktfntZkbKVMGDg
saved_resource
saved_resource(1)
saved_resource(2)
saved_resource(3)
saved_resource(4)
saved_resource(5)
saved_resource(6)
saved_resource(7)
uFp_tsTJboUY7kue5XAsGA=s120
Commercial_Loan_Billing_Statement_April_2014 3239.pdf
Commercial_Loan_Billing_Statement_April_2014 3751.pdf
Commercial_Loan_Billing_Statement_April_2014 4782.pdf
Commercial_Loan_Billing_Statement_August_2014_3239.pdf
Commercial_Loan_Billing_Statement_August_2014_3751.pdf
Commercial_Loan_Billing_Statement_August_2014_4782_.pdf
Commercial_Loan_Billing_Statement_August_2014_5592_.pdf
Commercial_Loan_Billing_Statement_August_2014-3443 LOC.pdf
Commercial_Loan_Billing_Statement_December_2014_x3443.pdf
Commercial_Loan_Billing_Statement_December_2014_x3751.pdf
Commercial_Loan_Billing_Statement_December_2014_x4782.pdf
Commercial_Loan_Billing_Statement_December_2014_x5592.pdf
Commercial_Loan_Billing_Statement_December_2014-x5932.pdf
Commercial_Loan_Billing_Statement_February_2014 (2) 3239.pdf
Commercial_Loan_Billing_Statement_February_2014 3751.pdf

Commercial_Loan_Billing_Statement_February_2014 4782.pdf
Commercial_Loan_Billing_Statement_January_2014 3239.pdf
Commercial_Loan_Billing_Statement_January_2014 3751.pdf
Commercial_Loan_Billing_Statement_January_2014 4782.pdf
Commercial_Loan (LOC)_Billing_Statement_July_2014_3443.pdf
Commercial_Loan_Billing_Statement_July_2014_3239.pdf
Commercial_Loan_Billing_Statement_July_2014_3751.pdf
Commercial_Loan_Billing_Statement_July_2014_4782.pdf
Commercial_Loan_Billing_Statement_July_2014_5592.pdf
Commercial_Loan_Billing_Statement_June_2014_3239.pdf
Commercial_Loan_Billing_Statement_June_2014_3751.pdf
Commercial_Loan_Billing_Statement_June_2014_4782.pdf
Commercial_Loan_Billing_Statement_June_2014_5592.pdf
Commercial_Loan_Billing_Statement_March_2014 3239.pdf
Commercial_Loan_Billing_Statement_March_2014 3751.pdf
Commercial_Loan_Billing_Statement_March_2014 4782.pdf
Commercial_Loan_Billing_Statement_May_2014 3239.pdf
Commercial_Loan_Billing_Statement_May_2014 3751.pdf
Commercial_Loan_Billing_Statement_May_2014 4782.pdf
Commercial_Loan_Billing_Statement_November_2014_LOC x3443.pdf
Commercial_Loan_Billing_Statement_November_2014_x3239.pdf
Commercial_Loan_Billing_Statement_November_2014_x3751.pdf
Commercial_Loan_Billing_Statement_November_2014_x4782.pdf
Commercial_Loan_Billing_Statement_November_2014_x5592.pdf
Commercial_Loan_Billing_Statement_October_2014_x3239.pdf
Commercial_Loan_Billing_Statement_October_2014_x3443.pdf
Commercial_Loan_Billing_Statement_October_2014_x3751.pdf
Commercial_Loan_Billing_Statement_October_2014_x4782.pdf
Commercial_Loan_Billing_Statement_October_2014_x5592.pdf
Commercial_Loan_Billing_Statement_September_2014_3239.pdf
Commercial_Loan_Billing_Statement_September_2014_3443.pdf
Commercial_Loan_Billing_Statement_September_2014_3751.pdf
Commercial_Loan_Billing_Statement_September_2014_4782.pdf
Commercial_Loan_Billing_Statement_September_2014_5592.pdf
Private bank amounts as of 4-30-15.docx
Commercial_Loan_Billing_Statement_February_2015_3443.pdf
Commercial_Loan_Billing_Statement_February_2015_3751.pdf
Commercial_Loan_Billing_Statement_February_2015_4782.pdf
Commercial_Loan_Billing_Statement_February_2015_5592.pdf
Commercial_Loan_Billing_Statement_February_2015_5932.pdf
Commercial_Loan_Billing_Statement_January_2015_x3443.pdf
Commercial_Loan_Billing_Statement_January_2015_x3751.pdf
Commercial_Loan_Billing_Statement_January_2015_x4782.pdf
Commercial_Loan_Billing_Statement_January_2015_x5592.pdf
Commercial_Loan_Billing_Statement_January_2015_x5932.pdf
Priv Bank loan 102311 stmt date 6.12.15.pdf
Priv Bank loan term B stmt.pdf
Priv Bank LOC date 6.12.15.pdf
Priv Bank LOC stmt date 5.26.15.pdf
Commercial_Loan_Billing_Statement_March_2015 3443.pdf
Commercial_Loan_Billing_Statement_March_2015 3751.pdf
Commercial_Loan_Billing_Statement_March_2015 4782.pdf
Commercial_Loan_Billing_Statement_March_2015 5592.pdf
Commercial_Loan_Billing_Statement_March_2015 5932.pdf
Line of credit statement may 2015 private bank.pdf
Term Loan B May 2015 statement Private bank.pdf
01_SWAP_SP_3002396_180653.PDF.crdownload
Feb Swap impact 01_SWAP_SP_3002396_180653.PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF.crdownload
May 2016 01_SWAP_SP_3002396_100631.PDF
fwdprivatebankcontextmediasecondamendment.zip
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget to balance 5-12.xlsx
Exhibit B to Credit Agreement  CHICAGO.docx
Exhibit B to Credit Agreement for CMH for Q1 2015.docx
Summary note for Private bank.docx
Ar  Aging 1-12-2016.xlsx

Borrowing Base Certificate - Loan 1-12-2016.docx
Exhibit C - 1-12-2016 borrow base certificate.pdf
Exhibit C - 1-12-2016 borrow base certificate.pdf.crdownload
Exhibit E 1-12-2016 Form of Notice of Borrowing.pdf
EXHIBIT E for 1-12-2016.docx
AR details 1-28-2016.xlsx
Borrowing Base Certificate - Loan January 28, 2016.docx
Exhibit C for 1-28-2016 draw.pdf
Exhibit E for 1-28-2016 draw.pdf
EXHIBIT E for 1-28-2016.docx
AR details as of 2-29-2016.xlsx
AR details as of 3-1-2016.xlsx
Borrowing Base Certificate - Loan February 29, 2016 Year.docx
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly.xlsx
CMH LLC Balance Sheet.xls
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly -  draft.xlsx
AR details 1-31-2016.xlsx
AR for Jan 2016.xlsx
Borrowing Base Certificate - Loan January 31, 2016.docx
Private Bank Compliance for Context Media Health LLC - Jan 2016 monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Private Bank Q1 compliance info BS IS CF v42915jb.xlsx
Private Bank Q1 compliance info BS IS CF.xlsx
Q1 Budget - PB 4.28.15.xlsx
AR Aging 042815.xls
AR Aging 7-31-2015.xlsx
AR Aging 8-31-2015 close.xlsx
AR as of 9-21-2015.xlsx
AR report as of 5-31-2015.xlsx
AR report for 5-26-2015.xlsx
Borrowing Base Certificate - Loan August 31 2015.docx
Borrowing Base Certificate - Loan July 31 2015.docx
Borrowing Base Certificate - Loan June 30 2015.docx
Borrowing Base Certificate - Loan May 26 2015.docx
Borrowing Base Certificate - Loan May 31 2015.docx
Borrowing Base Certificate - Loan September 21, 2015.docx
Borrowing Base Certificate - PB Loan April 28 2015.docx
Calc for Borrowing base for May.xlsx
Draw notice 9-22-2015.pdf
AR Balance_10_15_15.xls
Borrowing Base Certificate - Loan Ocotber 15, 2015.docx
Draw notice 10-15-2015.pdf
Draw notice 10-15-2015.pdf.crdownload
Exhibit E for 10-15-2015 draw.pdf
EXHIBIT E for 10-15-2015.docx
Borrowing Base Certificate - Loan October 28, 2015.docx
EXHIBIT E for 10-28-2015.docx
October open AR - 10.28.15.xls
AR Aging Detail w_ November invoices - 11.2.15.xls
Borrowing Base Certificate - Loan November 2, 2015.docx
EXHIBIT E for 11-2-2015.docx
AR balance as of 12-9-2015.xlsx
Borrowing Base Certificate - Loan December 10, 2015.docx
Exhibit E and C for 12-10-2015 draw request.pdf
Exhibit E and C for 12-10-2015 draw request.pdf.crdownload
EXHIBIT E for 12-10-2015.docx
AR details as of 12-1-2015.xlsx
Borrowing Base Certificate - Loan December 1, 2015.docx
EXHIBIT E for 12-1-2015.docx
12-21-2015 Exhibit C.pdf
12-21-2015 Exhibit E.pdf
AR aging details 12-21-2015.xlsx
Borrowing Base Certificate - Loan December 21, 2015.docx
EXHIBIT E for 12-21-2015.docx
AR detail 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015.docx

Borrowing Base Certificate - Loan December 31, 2015.pdf
EXHIBIT E for 12-31-2015.docx
EXHIBIT E for 12-31-2015.pdf
Borrowing Base Certificate - Loan October 31.docx
GL 11000_AR Detail ending 10-31-15.xlsx
AR as of 9-30-2015.xlsx
Borrowing Base Certificate - Loan September 30, 2015.docx
Exhibit B to Credit Agreement - CMH - Q1 2015 Pro Forma.pdf
Exhibit B to Credit Agreement - CMH - Q1 2015.pdf
Exhibit B to Credit Agreement for CMH - Q1 2015 BP.docx
Private Bank Compliance Data - ContextMedia Health LLC - Q1 2015.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB42915.docx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB43015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015 v2 JB42915.xlsx
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015.xlsx
Private Bank Q1 compliance info BS IS CF v43015jd.xlsx
Summary Note for Private Bank - Q1 2015 v2 JB 42915.docx
Summary Note for Private Bank - Q1 2015.docx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12 BP Working.xlsx
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 3 pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 340pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 4 pm (Autosaved).xlsx
ContextMedia Health LLC - Projection Model Working.xlsx
Private Bank Compliance for Context Media Health LLC - April 2015 Monthly.xlsx
AR report for 6-30-2015.xlsx
Calc for schedule B.xlsx
Exhibit B to Credit Agreement for CMH - June 30 2015.docx
Private Bank Compliance for Context Media Health LLC - June Monthly.xlsx
AR report as of 5-31-2015.xlsx
Calc for borrow certificate for May.xlsx
Exhibit B to Credit Agreement for CMH - May 2015.docx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly 6-10 10 pm.xlsx
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315 -  TTM for May.xlsx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf
Private Bank Compliance Info - ContextMedia Health LLC - Q2 2015.xlsx
Private Bank Compliance for Context Media Health LLC - August monthly.xlsx
Calc for schedule B -  July 2015.xlsx
Exhibit B to Credit Agreement for CMH - July 31 2015.docx
Private Bank Compliance for Context Media Health LLC - July monthly.xlsx
Calc for schedule B -  Sept 2015.xlsx
Exhibit B to Credit Agreement for CMH - Sept 30, 2015.docx
Private Bank Compliance for Context Media Health LLC - Sept monthly.xlsx
AR aging 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015 Year End.docx
Calc for schedule B -  Dec 2015.xlsx
Debt Covenant Calc final numbers.xlsx
Dec 2014 IS.xlsx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015 -  Final Audited numbers.docx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015.docx
Private Bank Compliance for Context Media Health LLC - Dec monthly.xlsx
Private Bank Compliance for Context Media Health LLC - Nov monthly.xlsx
Nov  2014 BS from  NS.xlsx
Nov 2014 IS from  NS.xlsx
Private Bank Compliance for Context Media Health LLC - Oct monthly.xlsx
GL 11000_AR Detail ending 10-31-15.xls
Oct 2014 BS.xlsx
Oct 2014 YTD IS.xlsx

Support for TTM for 2014 info by cost center.xlsx
Funding Term Loan B.xlsx
Private Bank Financing - Sources and Uses.xlsx
private-context-loan and security agreement V6 (1).doc
private-context-loan and security agreement Vpdf (1).pdf
Closing Document List.pdf
Fee Letter.pdf
Limited Guaranty of Agarwal.pdf
Substitute Revolving Note.pdf
Term Loan D Note.pdf
Third Amendment.pdf
Third Reaffirmation of Limited Guaranty.pdf
Balance sheet summary Nov and potential impacts.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf
NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3...pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf
NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex....pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
$159M incoming wire from Gravitas Holdings LLC.JPG
10 Davis Polk - $145k - Transaction_Details_01_31_2018_18_07.pdf
1-1 Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
11 Wilmington Savings $25k - Transaction_Details_01_31_2018_18_17.pdf
1-2 Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
12 Storock and Stroock -$69k - Transaction_Details_01_31_2018_18_08.pdf
13 Zolfo Cooper - $175k - Transaction_Details_01_31_2018_18_09.pdf
14 Akin Gump - $975k - Transaction_Details_01_31_2018_18_11.pdf
15 Choate Hall - $90k - Transaction_Details_01_31_2018_18_11 (1).pdf
16 Silver Point $135k - Transaction_Details_01_31_2018_18_13.pdf
17 CSC - $168k Transaction_Details_01_31_2018_18_15.pdf
17-2 CSC wire for 2018 DE fees - Transaction_Details_02_01_2018_16_33.pdf
2 CMH LLC $59M - Transaction_Details_01_31_2018_18_03.pdf
3-1 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
3-2 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
4 Shradha Agarwal - 348k - Transaction_Details_01_31_2018_18_05.pdf
5 Rishi Shah $277k - Transaction_Details_01_31_2018_18_04.pdf
6 Gravitas Hardware - $193k - 2nd wire with new info.pdf
6 Gravitas Hardware - $193k Transaction_Details_01_31_2018_18_38.pdf
7-1 JPM $75M - Transaction_Details_01_31_2018_17_55 (2).pdf
7-2 JPM $2.25M - Transaction_Details_01_31_2018_17_55 (2).pdf
8 Rothschild $3.65M - Transaction_Details_01_31_2018_18_06.pdf
9 Potter Andersen - $202k Transaction_Details_01_31_2018_18_37.pdf
Outcome Health - Funds Flow Final Journal Entries.xlsx
Outcome Health - Funds Flow Final.xlsx
OUTCOME INC - DE - Annual Report for 2017 2-1-2018.pdf
OUTCOME INC - DE - Annual Report for 2018.pdf
Paydown notice from JPM on loan balances.JPG
Wires from Equity and Debt Settlement 1-31-2018.zip
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip

SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
Promissory Note Payable - James Demas April 27 2011.pdf
Promissory Note Payable - Shradha Agarwal April 27 2011.pdf
Book6 (version 1).xlsb
Cap Table 12-31-2015.xlsx
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - 2014 IL Annual Report.pdf
ContextMedia 2009 Equity Incentive Plan.pdf
ContextMedia Accrued Salaries and Wages - Equity Compensation - December 31 2014 (1).xlsx
ContextMedia Annual Report (2016).pdf
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Health Holdings LLC Legal Chart 12-2016.pdf
ContextMedia Ownership Ledger_August 2014.xlsx
ContextMedia Valuation Summary FINAL 6-2014.pdf
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
POST REDEMPTION CAP TABLE.xlsx
SCorp CAP TABLE - 11.2.15.xlsx
Services Agreement (ContextMedia).pdf
Board Consent (Incentive Plan Split Option Grants) October 2009.doc
Consent for Stock Split.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Cap Table And October 2009 Valuation.xls
ContextMedia Equity Incentive Plan.doc
Shareholder Consent Amend Articles and Equity Plan October 2009.doc
Unanimous written consent in lieu of special meeting of BOD Oct 2009.pdf
Written Consent In Lieu Of Special Shareholders Meeting - October 2009.pdf
AJE 11 Warrant Support.xlsx
Cap Table 12-31-2015.xlsx
LLC 2.17.16.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Stock Options Conversion to Equity Rights Agreement.docx
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
Share termination agreement Travis Kemp.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible  Note Amendment - ContextMedia - 10.24.11 (1).pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media Inc - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc  - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc  - Stock Option Cancellation Agreement(1) (1).docx

Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
2012.01.01 Notice re 2009 Equity Incentive Plan -  Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan-  Garms.pdf
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Restricted Stock Clarification - Dave.PDF
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
ContextMedia - Restricted Incentive Award Agreement - Final.doc
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
AJE 11 Warrant Support.xlsx
W-013_Sheehan_D (1).pdf
W-0808_Sergi (1).pdf
W-0808_Sergi (1).pdf.crdownload
Warrant Redemption FMV as of 12312015.xlsx
Warrant Redemption FMV.xlsx
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-12-01-10_Demas.pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
Stock Options Conversion to Equity Rights Agreement.docx
CM Black Scholes Options (3).xlsx
Headcount  Turnover 2014-2015 .xlsx
Volatility Rate.xlsx
Warrant Redemption FMV.xlsx
CCo- Clear Channel Outdoor.txt
CCo- Clear Channel Outdoor.xlsx
Copy of Historical_Stock_Prices.xlsm
evdy- everyday health.txt
JCDXF - JCDecaux.txt
jcdxf.csv
JCDXF.xlsx
LAMR.txt
LAMR.xlsx
NCMI.txt
NCMI.xlsx
SAX ETF.xlsx
sax.csv
stoer dividend.pdf
Summary of volativity for 2015.xlsx
wbmd.csv
WBMD.xlsx
AJE 11 Warrant Support.xlsx
AJE 15 Warrant Support.xlsx
AJE 9 Options Support.xlsx
ContextMedia Capitalization Table 12312012 copy.xlsx
ContextMedia Capitalization Table 12312012.xlsx
ContextMedia Capitalization Table 12312013.xlsx
ContextMedia Capitalization Table 12-31-2015.xlsx
1.1 - 2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
1.2 - 2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
1.3 - 2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
1.4 - Warrant-004_Shah.pdf
1.5 - 2015.03.19 Restricted Stock Award Agrmt (1).pdf
1.6 Context Media - Equity Rights Grant Agreement (Shah).pdf
11.1 2012.01.01 Notice re 2009 Equity Plan-  Garms.pdf
12.1 - Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf

13.1 - CM Stock Option Silvia Velasquez.pdf
14.1 - Warrant-0701_Stewart.pdf
2.1 - 2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2.2 - 2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2.3 - 2015.03.19 Restricted Stock Award Agrmt.pdf
2.4.1 Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
2.4.2 - Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
3.1 - 2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
3.2.1 2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
3.2.2 - 2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
3.2.3 - 2014.10.07 Exercise Notice.pdf
3.3 - 2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
4.1 - W-013_Sheehan_D (1).pdf
4.3 Signed Documents - Sheehan.pdf
5.1.1 - 2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
5.1.2 - 2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
5.2 - Warrant-12-01-10_Demas.pdf
6.1 - Warrant-015_Howerton.pdf
7.1 - Warrant-008_Duddy_M.pdf
8.1 - Warrant-007_Duddy_S.pdf
9.1 - Stock Option - Robert Mons 1.1.13.pdf
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1) 2.pdf
ContextMedia - LLC agreement (Executed) 54.pdf
ContextMedia Capitalization Table Tie Out 06012017.xlsx
ContextMedia Capitalization Table Tie Out 06302017.xlsx
ContextMedia Capitalization Table Tie Out 09302017 updated.xlsx
ContextMedia Capitalization Table Tie Out 09302017.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2015.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2016.xlsx
ContextMedia Capitalization Table Tie Out 6-30-2016.xlsx
ContextMedia Health Holdings LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 1121017.xlsx
ContextMedia LLC Capitalization 6-30-2016.xlsx
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Delaware incorporation for ContextMedia Management LLC 1-23-2017.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Cohn_Conversion Paperwork.pdf
Jeff Coney Conversion Docs - October 2010 ($25K Note).pdf
Marty Cohn - Conversion Docs - February 11 2013 ($25K Note).pdf
Marty Cohn Convertible Promissory Note Conversion Calculation 013113.xlsx
Mike Marasco Conversion Docs - October 2010 ($25K Note).pdf
Rishi Shah- Conversion Docs - January 1 2011 ($50K Note).pdf
Robert Shaw - Conversion Docs - October 2010 ($100K Note).pdf
Robert Shaw - Conversion Docs - September 2011 ($250K Note).pdf
Stock Redemption and Promissory Note Myrna Duddy Augus 8 2011.pdf
Stock Redemption and Promissory Note Scot Duddy Augus 8 2011.pdf
William White Conversion Docs - May 2010 ($100K Note).pdf
ContextMedia 2013 Shareholder Distributions copy.xlsx
ContextMedia 2013 Shareholder Distributions.xlsx
ContextMedia Common Stock Ownership  Dividend Distributions 2013.xlsx
MC 2013 Distribution True-up.xlsx
Adjusted Distribution - Cohn.docx
Adjusted Distribution - Freedman.docx
Adjusted Distribution - Shaw.docx
Adjusted Distribution - White.docx
Dividend Cover Letter April 2014 - Bob Shaw.docx
Dividend Cover Letter April 2014 - Jeff Coney.docx
Dividend Cover Letter April 2014 - Marty Cohn.docx
Dividend Cover Letter April 2014 - Mike Marasco.docx
Dividend Cover Letter April 2014 - Paul Freedman.docx
Dividend Cover Letter April 2014 - Rishi Shah.docx
Dividend Cover Letter April 2014 - Shradha Agarwal.docx

Dividend Cover Letter April 2014 - William White.docx
Dividend Cover Letter September 2013 - Bob Shaw.docx
Dividend Cover Letter September 2013 - Jeff Coney.docx
Dividend Cover Letter September 2013 - Marty Cohn.docx
Dividend Cover Letter September 2013 - Mike Marasco.docx
Dividend Cover Letter September 2013 - Paul Freedman.docx
Dividend Cover Letter September 2013 - William White.docx
ContextMedia 2014 Shareholder Distributions #2.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 03302015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 04022015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions.xlsx
2014 Dividend Cover Letter_April 2014_Bob Shaw.docx
2014 Dividend Cover Letter_April 2014_Jeff Coney.docx
2014 Dividend Cover Letter_April 2014_Marty Cohn.docx
2014 Dividend Cover Letter_April 2014_Mike Marasco.docx
2014 Dividend Cover Letter_April 2014_Paul Freedman.docx
2014 Dividend Cover Letter_April 2014_Rishi Shah.docx
2014 Dividend Cover Letter_April 2014_Shradha Agarwal.docx
2014 Dividend Cover Letter_April 2014_William White.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
ContextMedia Board Consent Shareholder Distribution Q1 2014 (041114).docx
2014 Dividend Cover Letter_Dec_ 2014_Bob Shaw.docx
ContextMedia Board Consent Shareholder Distribution Q4 2014 (121514).docx
Shaw Distribution Letter Signed - Q4 2014.pdf
2014 Dividend Cover Letter_June 2014_Bob Shaw.docx
2014 Dividend Cover Letter_June 2014_Jeff Coney.docx
2014 Dividend Cover Letter_June 2014_Marty Cohn.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
2014 Dividend Cover Letter_June 2014_Paul Freedman.docx
2014 Dividend Cover Letter_June 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q2 2014 (061114).docx
2014 Dividend Cover Letter_Sept 2014_Bob Shaw.docx
2014 Dividend Cover Letter_Sept 2014_Jeff Coney.docx
2014 Dividend Cover Letter_Sept 2014_Marty Cohn.docx
2014 Dividend Cover Letter_Sept 2014_Mike Marasco.docx
2014 Dividend Cover Letter_Sept 2014_Paul Freedman.docx
2014 Dividend Cover Letter_Sept 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q3 2014 (091014).docx
Dividend Cover Letter_April 2015_Bob Shaw.docx
$100k redemption Agreement Bob Shaw 4-27-2016.pdf
Bob Shaw $100k buyback.xlsx
Demas Redemption Agreement - Signed  12.23.16 (3).pdf
Intercompany Agreement between CMI and CMH LLC 4-29-2016.pdf
Intercompany Note CMH to CMI- v01.pdf
Intercompany Note Outcome to CMH- v01.pdf
Payments to Dave.xlsx
Sheehan Distribution Agreement 5-31-2017.pdf
CM Black Scholes Options.xlsx
CM Journal Entries (1).xlsx
Brotman - Cancellation Agreement [Executed]_(48597770_5).pdf
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).PPTX
Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
Item 9 - Project C equity raise.zip
LLC Agreement - Outcome Holdings, LLC (Executed)_(45802478_2).PDF

LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc. - W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1) (2).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110051_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44) (1).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP _ (EXECUTED)_(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_ (EXECUTED)_(46747285_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(46747286
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_
Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED)_(46747289_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED)_(46747290_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED
Project C 3.0 _ Joinder to Purchase Agreement Prudence_ (EXECUTED)_(46747282_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Ulysses_ (EXECUTED)_(46747283_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF
Project C 3.0 _ Side Letter Emerson [Executed]_(46939102_2).PDF
Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF
Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF
Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF
Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF
Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(4693
Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF
Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF
Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF
Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF
Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF
Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF
Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF
Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF
Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF
Project C Ownership and Capitalization post-Round 3_(46780221_1).XLSX
Reporting chart for the investors.docx
Resolutions - Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF
Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45
Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PD
Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement (Executed)_(45729891_2).PDF
Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Resolutions - Outcome Inc. - BOD re issuance of shares (Round 3)_(46741832_5).pdf
Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF
Resolutions - Outcome, Inc. - BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4
Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF
Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF
Resolutions - Outcome, Inc. - Stockholders re. Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF
SS4 - Gravitas Holdings, LLC (FILED) 17 Feb 2017_(45671125_5).PDF
SS4 - Outcome Health Investors, LLC (4-25-2017 FILED)_(46292019_3).PDF
SS4 - Outcome Holdings, LLC (FILED) 17 Feb 2017_(45671090_5).PDF
SS4 - Outcome, Inc. (FILED) 17 Feb 2017_(45671005_3).PDF
SS4 - Outcome, LLC (FILED) 17 Feb 2017_(45671117_5).PDF
Stock Certificate - Outcome, Inc. SC-1 and SC-2_(45919758_2).PDF
Stock Certificate #SC-10 - Outcome, Inc. (4-28-2017 EXECUTED)_(46747185_1).PDF
Stock Certificates - Outcome Inc. SC-3 - SC-8_(46153808_2).PDF
Stock Certificates #SC-10 to #SC-24- Outcome, Inc. (4-28-2017 EXECUTED)_(46749107_2).PDF
Company Stockholder Counterpart.pdf
Joinder Signature Pages.pdf
Project C 2.0 _ A&R Registration Rights Agreement [Executed]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings AR LLC Agreement Agreed form_(45159779_31).pdf
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Stockholders Agreement [Final].DOCX.pdf
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_10).DOCX
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_13).DOCX
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Disclosure Schedules - (Final)_(45442761_13).DOCX
Project C _ Form of Lockup [Final Form]_(45484894_9).DOCX
Project C _ Form of Lockup Agarwal [Execution]_(45484894_10).PDF
Project C _ Form of Lockup -Shah[Execution]_(45907241_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_24).DOCX
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25).PDF
Project C _ NewCo LLC Agreement $$ [EXECUTION]_(45159779_21).DOCX
Project C _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_6).PDF

Project C _ NonCompete NonSolicit (Shah) [Executed]_(45790521_9).PDF
Project C _ Outcome Holdings A&R LLC Agreement [EXECUTION]_(45159779_22).PDF
Project C _ Outcome, Inc A&R Charter [Executed]_(45160010_19).PDF
Project C _ Registration Rights Agreement (Executed)_(45669223_8).PDF
Project C _ Registration Rights Agreement (Execution)_(45669223_7).DOCX
Project C _ Side Letter between TopCo and Holdings [Executed]_(45791930_7).PDF
Project C _ Side Letter between TopCo and Holdings [Final Form]_(45791930_6).DOCX
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Side Letter to Stockholder Agreement (Final)_(45815899_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C _ Stockholders Agreement  [EXECUTION] [3_1]_(45484724_20).DOCX
Project C _ Stockholders Agreement  [EXECUTION] [3_1]_(45484724_21).PDF
Project C _ TopCo Charter [Final]_(45160010_18).DOCX
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Project C - Andersen Memo Post-Transaction (3).docx
Step plan from Anderson for Project C.pdf
2015.12.31 - 35746 Equity Rights Units Award Agmt_Agarwal.pdf
Context Media - Equity Rights Grant Agreement - Sheehan.doc
Context Media - Equity Rights Grant Agreement (Agarwal) - Original.doc
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Original.doc
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media - Equity Rights Grant Agreement Shrada - Original.doc
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
Context Media Inc  - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc  - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc  - Stock Option Cancellation Agreement(1) (1).docx
Equity - Shortcut.lnk
Signed Board Approval - SA_RS.pdf
Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
Stock Options Conversion to Equity Rights Agreement.docx
0AC36200
ContextMedia Accrued Salaries and Wages - Equity Compensation 2014.xlsx
Equity Rollforward Support - Updated 051215 (5).xlsx
Equity Rollforward_2012.xlsx
Equity Rollforward_2013.xlsx
Equity Rollforward_2014.xlsx
Hardware LLC Agreement.pdf
Management LLC Agreement.pdf
5th ave deferred.xls
CMH Chart of accounts.xlsx
ContextMediaBalanceSheetDetail625.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-305.xls
Gravitas Assets not yet in service roll foward as of 6.30.16 (1).xlsx
Gravitas DE incorp info.pdf
Gravitas Hardware EIN.pdf
Gravitas Management EIN.pdf
Gravitas Srvcs Signature (1).pdf
ID Commerce Warehousing and PO process between CMH and Gravitas.docx
Intercompany Services Agreement - Gravitas Hardware.doc
Power of Attorney for Gravitas -  US Consolidator.pdf
reprogressongravitasbankaccounts.zip
SD-1709322-v6 ns context  management services agreement.docx
SKU LIST.xlsx
Summary of intercompany due from Gravitas 1-1-2016 to 6-30-2016.xls
Executed Dave Holdco Signature.pdf
Executed Rishi Holdco Signatures.pdf
Executed Shradha Holdco Signatures.pdf
ContextMedia - Contribution Agreement V5.DOC
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement V7.DOC
ContextMedia Health Holdings, LLC - Written Consent authorizing Organization Resolutions and Contribution Agreement V5.D
ContextMedia Health Holdings, LLC - Written consent of managers electing officers V1.DOC
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement V5.DOC

ContextMedia Health, LLC - Written Consent approving Contribution Agreement V4.DOC
ContextMedia Health, LLC - Written Consent approving Third A&R LLC Agreement V4.DOC
ContextMedia, Inc. - Written Consent approving Contribution Agreement V3.DOC
Signature Packet for Dave Sheehan.pdf
Signature Packet for Rishi Shah.pdf
Signature Packet for Shradha Agarwal.pdf
2013 IL Cumulative Report of Changes (BCA 14.30).pdf
ContextMedia - 2013 Illinois Report Calculations.xlsx
2014 Illinois Annual Report Payments.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf.crdownload
Active_62552280_1_ContextMedia, Inc. - 2014 IL Cumulative Report of Chan... EDITS.pdf
ContextMedia - 2014 Illinois Report Calculations.xlsx
Illinois Annual Report - Cumulative Changes.pdf
Illinois Annual Report - Cumulative Changes.pdf.crdownload
Illinois Annual Report 2014.pdf
Illinois Annual Report011 with EDITS.pdf
Returned Notice Letter (Missing Signature).pdf
2009.10.22 Notice re 2009 Equity Incentive Plan_Howerton.pdf
2010.09.10 Board Approval of Repurchase.pdf
2010.10.12 Redemption Agrmt.pdf
2010.10.12 Resignation.pdf
2011.04.27 - 100000 Promissory Note.pdf
2013.10.01 Storage Space Addendum Chicago.pdf
2013.10.01 Storage Space Addendum Chicago.pdf.crdownload
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
Redemption Calculation Tables for Shaw.pdf
Share termination agreement Travis Kemp.pdf
Sheehan agreement.PDF
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
2009.10.20 - Cert 009 - 4774950 Shares_Shah.pdf
2009.10.20 - Cert 015 - 162882 Shares_Shah.pdf
2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf.crdownload
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf.crdownload
2014.01.01 - Cert 033 - 35746 shares.pdf
2014.01.01 - Cert 033 - 35746 shares.pdf.crdownload
2014.01.01 - Cert 034 - 2895519 shares.pdf
2007.01.24 - Cert 004 - 16667 Shares_Duddy_S.pdf
2007.01.24 - Cert 005 - 13889 Shares_Duddy_M.pdf
2008.01.31 - Cert 007 - 35587 Shares_Freedman.pdf
2009.10.20 - Cert 011 - 150003 Shares_Duddy_S.pdf
2009.10.20 - Cert 012 - 125001 Shares_Duddy_M.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf.crdownload
2009.10.20 - Cert 019 - 4500000 Shares_Moeller.pdf
2010.04.30 - Cert 016 - 284104 Shares_White.pdf
2010.09.30 - Cert 017 - 116608 Shares_Coney.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf.crdownload
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf.crdownload
2014.01.01 - Cert 031 - 16722 Shares_Patel.pdf
2014.01.01 - Cert 032 - 6688 Shares_Schwartz.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
2015.03.19 Restricted Stock Award Agrmt_Agarwal.pdf
2015.03.19 Restricted Stock Award Agrmt_Shah.pdf

2009.10.22 Notice re 2009 Equity Incentive Plan - Howerton.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf.crdownload
2012.01.01 Notice re 2009 Equity Incentive Plan - Velazquez.pdf
2012.01.01 Notice re 2009 Equity Incentive Plan- Garms.pdf
Stock Option - Robert Mons 1.1.13 (1).pdf
W-013_Sheehan_D.pdf
Warrants-0808_Sergi.pdf
W-013_Sheehan_D (1).pdf
W-0701_Stewart.pdf
W-0808_Sergi.pdf
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-008_Duddy_M.pdf.crdownload
Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-0701_Stewart.pdf.crdownload
Warrant-12-01-10_Demas.pdf
Warrant -016_Shaw.pdf
Warrant-017_Shaw.pdf
Warrant-1000_Sheehan_M.pdf
Warrant-1003_Sheehan_M.pdf
Warrant-12-01-10_Demas.pdf.crdownload
ScriptDash - Cap Table 2017-03-14 (Post Series B).xlsx
ScriptDash - Series B - Side Letter (ContextMedia Health LLC).pdf
ScriptDash - Series B Closing Binder.zip
Affiliate Loan Note - ContextMedia and Jumpstart.pdf
Assignment and Assumption of Promissory Note.pdf
B. Purdy Amended and Restated Revolving Line of Credit Note.pdf
J. Demas Amended and Restated Revolving Line of Credit Note.pdf
R. Shah Amended and Restated Revolving Line of Credit Note.pdf
S. Agarwal Amended and Restated Revolving Line of Credit Note.pdf
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Board Approval for Amended LLC Agreement - RS_SA.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
LLC 2.17.16.pdf
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
CM Stock Option Jeff Coney.pdf
CM Stock Option Matt Garms.pdf
CM Stock Option Ralph Rydholm.pdf
CM Stock Option Silvia Velasquez.pdf
CM Stock Option William White.pdf
Cohn_Warrant_5281.pdf
Coney_Warrant_3989.pdf
Consent for Stock Split.pdf
Derek Moeller Certificate.pdf
Derek Moeller Redemption Agreement FINAL EXECUTED October 12 2010.pdf
Duddy_Warrant_3989.pdf
Form Stock Option Agreemennt - 2009 Plan.pdf
Larry Grossman Redemption Agreement FINAL.pdf
Marasco_Warrant.pdf
Rishi Shah Certificate 2.pdf
Rishi Shah Certificates.pdf
Rishi Shah Common Stock Purchase.pdf

Shaw_Warrant_13812.pdf
Sheehan - Canceled Option.PDF
Sheehan_Warrant_13810 (August 2010).pdf
Sheehan_Warrant_13810 (Feb 2010).pdf
Sheehan_Warrant_13810 (May 2010).pdf
Sheehan_Warrant_4425.pdf
Stock Option - Robert Mons 1.1.13.pdf
Subscription Agreement - Larry Grossman.pdf
Subscription Agreement - Paul Freedman.pdf
Subscription Agreement - Shradha Agarwal.pdf
White_Warrant_11047.pdf
Black Scholes Phantom stock.xlsx
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Funding Summary Reconciliation - Credit Line and Operating Account Reimbursement October 8 2014.xlsx
ContextMedia Redemptions Reconciliation 2.26.15.xlsx
INVESTOR REDEMPTION SUMMARY - OCTOBER 2014.xlsx
2014 warrants redemption & S.O. JE support.xlsx
CM Stock Option William White.pdf
Context Media - Redemption Agreement White 081414.doc
Context Media - Redemption Agreement White 092514_Signed.pdf
ContextMedia - Redemption Calculation - William White.pdf
Convertible Note - Bill White October 11 2010.pdf
White_Warrant_11047.pdf
William White Common Stock Cert 016.pdf
William White common stock warrant (advisory board).pdf
Bob Shaw Buyback Calculations.xlsx
Bob Shaw Pro Forma Buyback Calculations 093014.pdf
Bob Shaw Redemption JEs.xlsx
Context Media -  Option and Warrants Exercise Notices Shaw 100714_Signed.pdf
Context Media - Redemption Agreement Shaw 100714_Signed.pdf
Pro Forma - LLC Ownership.xlsx
Pro Forma - Shaw LLC Ownership.pdf
Shaw 4272016 redemption.xlsx
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible  Note Amendment - ContextMedia - 10.24.11 (1).pdf
CM Stock Option Jeff Coney.pdf
Coney common stock warrant (advisory board).pdf
Coney_Warrant_3989.pdf
Context Media - Redemption Agreement Coney 081414 (Kristy Peters's conflicted copy 2015-02-24).doc
Context Media - Redemption Agreement Coney 081414.doc
Context Media - Redemption Agreement Coney 092514_Signed.pdf
ContextMedia - Redemption Calculation - Bob Shaw.pdf
ContextMedia - Redemption Calculation - Jeff Coney.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Jeff Coney Common Stock Cert 017.pdf
Demas Redemption Agreement - Signed  12.23.16 (1).pdf
Cohn_Warrant_5281.pdf
Context Media - Redemption Agreement (M Cohn)_Signed_092414.pdf
Context Media - Redemption Agreement Martin Cohn 081714.doc
ContextMedia - Redemption Calculation - Marty Cohn.pdf
Marty Cohn - Common Stock Cert 024.pdf
Marty Cohn Pro Forma Buyback Calculations 080114.pdf
Context Media - Draft Stock Redemption Agreement (M Marasco).doc
Context Media - Redemption Agreement (M Marasco)_Signed_100214.pdf
Context Media - Redemption Agreement (Shaw)_Signed_100714.pdf
ContextMedia - Redemption Calculation - Mike Marasco.pdf
ContextMedia - Redemption Calculation - Mike Sheehan.pdf
Lost Stock Cert Affidavit - Michael Marasco.pdf
Mike Marasco Buyback Calculations.xlsx
Context Media - Draft Redemption Agreement (Sheehan) v1 082714.doc
ContextMedia_Redemption Agreement (Sheehan)_Signed 091614.pdf
Context Media - Redemption Agreement Freedman_Signed_093014.pdf
Context Media - Redemption Agreement Paul Freedman  091214.doc
ContextMedia - Redemption Calculation - Paul Freedman.pdf
freedmanincomingwireinstructions.pdf

Lost Stock Cert Affidavit - Paul Freedman.pdf
Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
Paul Freedman Consulting Agreement 10 1 2014.pdf
Paul Freedman Pro Forma Buyback Calculations 080114.pdf
Paul Freedman Reemption Agreement 093014.pdf
Ralph Rydholm Redemption Cover Letter.pdf
Rydholm Estate IRS Tax ID.pdf
Rydholm Redemption Agreement 10.27.14.pdf
Rydholm_Note Redemption_November 2014.xlsx
10.4.2017 Check Image.pdf
Check# 1196 Paperwork.pdf
J.Coney 9.29.14.pdf
M. Marasco 10.3.14.pdf
M. Marasco 10.3.14.xls
M. Marasco 10.6.14.pdf
M. Marasco 10.6.14.xls
P. Freedman 9.30.14.pdf
P. Freedman 9.30.14.xls
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
2015.02.20 - All Shareholders - Consent Solicitation and Notice _102571_1.pdf
2015.03.08 Written Consent of Shareholders.pdf
2015.09.23 - Demas - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Kemp - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Purdy - Letter enclosing Waiver of Notice.pdf
2015.09.25 Shareholders Waiver of Notice.pdf
Bob Shaw Consent.pdf
Demas Consent.pdf
Purdy Consent.pdf
Purdy Waiver.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Calc for Restrcited Shares.xlsx
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Stock Clarification - Dave.PDF
Restricted Stock Clarification - RS_SA.pdf
RSA RS_SA Board Consent - Executed.pdf
CMH Topco v02.docx
Equity Purchase Agreement (3).docx
Project C - Step-by-Step.pptx
Project C _ NewCo LLC Agreement [Draft]_(45159779_5).docx
Project C _ NewCo LLC Agreement Draft_v02.docx
Project C _ TopCo Charter$$_(45160010_3).docx
How To.docx
NS Subsidiary Heirarchy.xlsx
ContextMedia Inc 2009 Financial Statements.xls
CM Trial Balance 2010.xlsx
ContextMedia Financial Reporting Package 04 2010 Table of Contents.docx
ContextMedia Financial Reporting Package April 2010 - AB.PDF
ContextMedia Financial Reporting Package April 2010 - BOD.PDF
ContextMedia Financial Statement Commentary April 2010.docx
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
Key performance Indicators April 2010.xls
ContextMedia Financial Reporting Package 08 2010 Table of Contents.doc
ContextMedia Financial Reporting Package August 2010 - BOD.pdf
ContextMedia Financial Statement Commentary August 2010.doc
ContextMedia Inc Financial Statements August_2010.xls
Key performance Indicators August 2010.xls
Key performance Indicators September 2010.xls
ContextMedia 2010 Financial Statements.pdf
ContextMedia Financial Statements - December 2010.pdf

ContextMedia Financial Statements AB - December 2010.pdf
ContextMedia Inc 2009 Financial Statements.xls
ContextMedia Inc 2010 Financial Statements Without FAS 123.xls
ContextMedia Inc 2010 Quarterly Financial Statements.xls
ContextMedia Inc 2010 Summary Financial Statements.xls
ContextMedia Inc Financial Statements December 2010 FINAL.xls
ContextMedia Inc Financial Statements December 2010.xls
ContextMedia Financial Reporting Package July 2010 - BOD.pdf
ContextMedia Financial Statement Commentary July 2010.doc
ContextMedia Inc Financial Statements July 2010.xls
Key performance Indicators July 2010.xls
ContextMedia Accounts Payable Aging June 30 2010.xls
ContextMedia Accounts Receivable Aging June 30 2010.xls
ContextMedia Financial Reporting Package 06 2010 Table of Contents.doc
ContextMedia Financial Reporting Package June 2010 - BOD.pdf
ContextMedia Financial Statement Commentary June 2010.doc
ContextMedia Inc Financial Statements June 2010.xls
Key performance Indicators June 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
ContextMedia Reporting Pkg - March 2010 - BOD.pdf
ContextMedia Financial Reporting Package 05 2010 Table of Contents.doc
ContextMedia Financial Statement Commentary May 2010.doc
ContextMedia Inc Financial Statements May 2010.xls
Key performance Indicators May 2010.xls
ContextMedia Financial Reporting Package 11 2010 Table of Contents.doc
ContextMedia Inc Financial Statements November 2010.xls
ContextMedia KPIs November 2010.xls
ContextMedia Reporting Pkg - November 2010 - AB.pdf
ContextMedia Reporting Pkg - November 2010 - BOD.pdf
ContextMedia 10 31 2010 Financial Statements.pdf
ContextMedia Financial Reporting Package October 2010 - BOD.pdf
ContextMedia Inc Financial Statements October 2010.xls
ContextMedia KPIs October 2010.xls
ContextMedia Financial Reporting Package 09 2010 Table of Contents.doc
ContextMedia Financial Reporting Package September 2010 - AB.pdf
ContextMedia Financial Statement Commentary September 2010.doc
ContextMedia Financial Statements September 2010.pdf
ContextMedia Inc Financial Statements September 2010.xls
ContextMedia Reporting Pkg - September 2010 - BOD.pdf
CM Trial Balance 2011.xlsx
ContextMedia April 2011 Financial Statements.xls
ContextMedia Financial Statements - April 2011 - AB.pdf
ContextMedia Financial Statements - April 2011.pdf
ContextMedia KPI Comparison April 2011.docx
ContextMedia KPIs April 2011.xls
KPI - April 2011 Service Call Price Breakdown.xls
ContextMedia August 2011 Financial Statements.xls
ContextMedia Financial Reporting Package August 2011 - BOD.pdf
ContextMedia KPIs August 2011.xls
Book2.pdf
ContextMedia 2011 Financial Statements.pdf
ContextMedia December 2011 Financial Statements.xls
ContextMedia Financial Reporting Package December 2011 - BOD.pdf
ContextMedia KPIs December 2011.xls
ContextMedia February 2011 Financial Statements.xls
ContextMedia Financial Statements - February 2011.pdf
ContextMedia Financial Statements AB - February 2011.pdf
ContextMedia KPI Comparison February 2011.doc
ContextMedia KPIs February 2011.xls
ContextMedia Financial Statements - January 2011.pdf
ContextMedia Financial Statements AB - January 2011.pdf
ContextMedia January 2011 Financial Statements FINAL.xls
ContextMedia KPI Comparison January 2011.docx
ContextMedia KPIs January 2011.pdf
ContextMedia KPIs January 2011.xls
Jan 2011 Summary Statement of Operations Corrected.pdf
ContextMedia Financial Reporting Package July 2011 - AB.pdf

ContextMedia Financial Reporting Package July 2011 - BOD.pdf
ContextMedia July2011 Financial Statements.xls
ContextMedia KPIs July 2011.xls
ContextMedia Financial Reporting Package June 2011 - AB.pdf
ContextMedia Financial Reporting Package June 2011 - BOD.pdf
ContextMedia Inc June 30 2011 Summary Financial Statements.xls
ContextMedia June 2011 Financial Statements MK 2.xls
ContextMedia June 2011 Financial Statements.xls
ContextMedia June 2011 Quarterly Financial Statements MK 2.xls
ContextMedia KPIs June 2011.xls
ContextMedia May 2011 Financial Statements MK 2.xls
ContextMedia Financial Statements - March 2011 AB.pdf
ContextMedia Financial Statements - March 2011.pdf
ContextMedia KPI Comparison March 2011.docx
ContextMedia KPIs March 2011.xls
ContextMedia March 2011 Financial Statements.xls
ContextMedia Financial Reporting Package May 2010 - BOD.pdf
ContextMedia Financial Reporting Package May 2011 - BOD.pdf
ContextMedia KPI Comparison May 2011.docx
ContextMedia KPIs May 2011.xls
ContextMedia May 2011 Financial Statements.xls
KPI - May 2011 Service Call Price Breakdown.xlsx
ContextMedia Financial Reporting Package November 2011 - AB.pdf
ContextMedia Financial Reporting Package November 2011 - BOD.pdf
ContextMedia Financial Statements November 2011.pdf
ContextMedia KPIs November 2011.xls
ContextMedia November 2011 Financial Statements.xls
ContextMedia Financial Reporting Package October 2011 - BOD.pdf
ContextMedia October 2011 Financial Statements.xls
ContextMedia Financial Reporting Package September 2011 - BOD.pdf
ContextMedia KPIs September 2011.xls
ContextMedia September 2011 Financial Statements.xls
CM Trial Balance 2012.xlsx
ContextMedia Financial Statements April 2012.pdf
ContextMedia Financial Statements April 2012.xlsx
ContextMedia Quickbooks Financial Statements April 2012.xlsx
ContextMedia Financial Statements August 2012 Draft v1 09042012.xlsx
ContextMedia Financial Statements August 2012 Draft vFinal 1 (1).xlsx
ContextMedia Financial Statements August 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Final INVESTOR ONLY.xlsx
ContextMedia Financial Statements December 2012 Final Revised (Post Close Adjustments).xlsx
ContextMedia Financial Statements December 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Revised (Pre Audit Adjustments)_11.18.2013.xlsx
ContextMedia Financial Statements December 31 2012 (Post Close Adjs).pdf
ContextMedia Financial Statements December 31 2012 and 2011.pdf
ContextMedia Financial Statements December 31 2012.pdf
AP Aging February 29 2012.xlsx
AR Aging February 29 2012.xlsx
ContextMedia Financial Statements February 2012 - Tracked Changes.xlsx
ContextMedia Financial Statements February 2012.pdf
ContextMedia Financial Statements February 2012.xlsx
ContextMedia KPIs February 2012.xlsx
February 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements January 2012.pdf
ContextMedia Financial Statements January 2012.xlsx
ContextMedia KPIs January 2012.xlsx
January 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements July 2012.pdf
ContextMedia Financial Statements July 2012.xlsx
Quickbooks Financial Statements July 2012.xlsx
ContextMedia Financial Statements June 2012.xlsx
ContextMedia Financial Statements June 30 2012.pdf
ContextMedia Summary Financial Statements June 30 2012.pdf
ContextMedia Financial Statements March 2012 Cap Ex Projections.xlsx
ContextMedia Financial Statements March 2012.pdf
ContextMedia Financial Statements March 2012.xlsx
March P&L worksheet(2).xlsx

**US v. Shah, et al.**                                                                                    **Appendix B**

March P&L worksheet.xlsx
ContextMedia Financial Statements May 2012 Final.xlsx
ContextMedia Quickbooks Financial Statements May 2012.xlsx
2013 Salary Projections.xlsx
ContextMedia Financial Statements November 2012 - Investor.xlsx
ContextMedia Financial Statements November 2012 and 2011.pdf
ContextMedia Financial Statements November 2012 Final.xlsx
ContextMedia Financial Statements November 2012.pdf
ContextMedia Financial Statements November 2012.xlsx
Quickbooks Financial Statements November 30 2012.xls
ContextMedia Financial Statements October 2012.pdf
ContextMedia Financial Statements October 2012.xlsx
QuickBooks Financial Statements October 2012.xlsx
ContextMedia Financial Statements September 2012  Investors.xlsx
ContextMedia Financial Statements September 2012 (1).pdf
ContextMedia Financial Statements September 2012.xlsx
ContextMedia Financial Statements September 30 2012.pdf
ContextMedia Financial Statements April 2013.pdf
ContextMedia Financial Statements April 2013.xlsx
ContextMedia Financial Statements April 30 2013.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.xlsx
ContextMedia Financial Statements August 2013.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December Final_4.8.14.xlsx
ContextMedia Financial Statements December Final_Pre-Close Adj_01.13.14.xlsx
ContextMedia Financial Statements December_Summaries.pdf
Summary BS & IS_Signature Bank_2.24.14.xlsx
ContextMedia Financial Statements February 2013 FINAL.xlsx
ContextMedia Financial Statements February 2013.xlsx
ContextMedia Financial Statements January 2013 (1).pdf
ContextMedia Financial Statements January 2013 v1.xlsx
ContextMedia Financial Statements July 2013 Draft.xlsx
ContextMedia Financial Statements July 2013 Final.pdf
ContextMedia Financial Statements July 2013 Final.xlsx
ContextMedia Financial Statements June 2013 Final.xlsx
ContextMedia Financial Statements June 2013.pdf
ContextMedia Financial Statements March 2013 Final.pdf
ContextMedia Financial Statements March 2013 Final.xlsx
ContextMedia Financial Statements March 31 2013.pdf
Q1 2013 Analysis - Budget v Actual.xlsx
Accounts Payable May 31 2013.xlsx
Accounts Receivable Aging May 31 2013.xls
Accounts Receivable Aging May 31 2013.xlsx
ContextMedia Financial Statements May 2013 FINAL.xlsx
ContextMedia Financial Statements May 2013.pdf
ContextMedia Financial Statements May 2013.xlsx
P&L Monthly Detail May 31 2013.xls
ContextMedia Financial Statements November Final_12.16.13.pdf
ContextMedia Financial Statements November Final_12.16.13.xlsx
ContextMedia Financial Statements October Final_11.17.2013.pdf
ContextMedia Financial Statements October Final_11.17.2013.xlsx
ContextMedia Financial Statements September Final_11.7.2013.pdf
ContextMedia Financial Statements September Final_11.7.2013.xlsx
ContextMedia Financial Statements September_Pre Audit Adj_11.19.2013.xlsx
ContextMedia_April 2014.xlsx
ContextMedia_April 2014_Final.pdf
ContextMedia_Summaries April 2014.pdf
ContextMedia_August 2014.pdf
ContextMedia_August 2014.xlsx
ContextMedia_August 2014_Summaries.pdf
ContextMedia 14 np FINAL 5-22-15.pdf
ContextMedia 2014 Actuals and Projection Model 042315.xlsx
ContextMedia_December 2014 v2_02012015.xlsx
ContextMedia_December 2014 v3_02092015.xlsx
ContextMedia_December 2014 v4_02182015.xlsx
ContextMedia_December 2014 v5_02212015.xlsx

ContextMedia_December 2014.xlsx
ContextMedia_February 2014 Summaries.pdf
ContextMedia_February 2014.pdf
ContextMedia_February 2014.xlsx
ContextMedia_January 2014.xlsx
ContextMedia_July 2014 Final.pdf
ContextMedia_July 2014 Final_Summaries.pdf
ContextMedia_July 2014.xlsx
ContextMedia_June 2014.xlsx
ContextMedia_June 2014_Final.pdf
ContextMedia_Summaries June 2014.pdf
ContextMedia_March 2014_Final.pdf
ContextMedia_March 2014_Final.xlsx
ContextMedia_March 2014_Summaries.pdf
ContextMedia_May 2014 Final.pdf
ContextMedia_May 2014 Final.xlsx
ContextMedia_Summaries May 2014.pdf
ContextMedia_November 2014.pdf
ContextMedia_November 2014.xlsx
ContextMedia_November 2014_Summaries.pdf
ContextMedia_October 2014 Summaries.pdf
ContextMedia_October 2014.pdf
ContextMedia_October 2014.xlsx
B312F100
ContextMedia_September 2014 Summaries.pdf
ContextMedia_September 2014.pdf
ContextMedia_September 2014.xlsx
ContextMedia_January 2015_Financial Statements Draft v1.xlsx
ContextMedia_February 2015_Financial Statements Draft v1.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Balance sheet 3-19 from QB v06252015.xlsx
IS for 3-19-15 from QB v06252015.xlsx
Items to complete open bs and IS.xlsx
3-31-2015 full month IS.xlsx
Balance sheet 3-19 from QB v06012015.xlsx
Balance sheet 3-19 from QB v06042015.xlsx
Balance sheet 3-19 from QB.xlsx
IS for 3-19-15 from QB v06012015.xlsx
IS for 3-19-15 from QB.xlsx
Opening balance sheet for LLC 3-20-2014 v06042015.xlsx
Opening balance sheet for LLC 3-20-2014.xlsx
April Cash flow template 5-11 7 pm.xlsx
ContextMedia_April 2015_Financial Statements Final 4-11 9 pm.xlsx
Entry to Equity correct GL to financial statements.xlsx
April Cash flow template (Recovered).xlsx
April Cash flow template.xlsx
ContextMedia_April 2015_Financial Statements Draft v1 8 am 5-9-14.xlsx
ContextMedia_April 2015_Financial Statements Draft v1.xlsx
ContextMedia_April 2015_Financial Statements Draft v2 8 am 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v3  7 pm 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v4  8 pm 5-11.xlsx
ContextMedia_May 2015_Financial Statements 6-10 10 am.xlsx
May Cash flow template 6-10 10 am.xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (5).xlsx
JB version ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia_May 2015_Financial Statements 6-10 6 am.xlsx
ContextMedia_May 2015_Financial Statements 6-3 5 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 2 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 9 am.xlsx
ContextMedia_May 2015_Financial Statements.xlsx
May Cash flow template 2pm 6-9.xlsx
May Cash flow template 6-10 6 am.xlsx
May Cash flow template.xlsx
2014 reclass of cf for shareholders.xlsx
ContextMedia_June 2015_Financial Statements  Final.xlsx
June Cash flow template.xlsx

Reclass of due to related party operating to investing.xlsx
ContextMedia_June 2015_Financial Statements 6-1 2 pm.xlsx
ContextMedia_June 2015_Financial Statements.xlsx
ContextMedia_July 2015_Financial Statements.xlsx
July Cash flow template.xlsx
August Cash flow template.xlsx
ContextMedia_August 2015_Financial Statements.xlsx
ContextMedia_September 2015_Financial Statements.xlsx
September Cash flow template.xlsx
ContextMedia_October 2015_Financial Statements.xlsx
October Cash flow template.xlsx
ContextMedia_November 2015_Financial Statements.xlsx
November Cash flow template.xlsx
ContextMedia 2015 FS Walkacross v 3212016.xlsx
ContextMedia_December 2015_Financial Statements - Final audit topsides included.xlsx
December Cash flow template - Final Audit 2015 adjustments included.xlsx
December Cash flow template -v Final Audit 2015 adjustments included.xlsx
Final Push Down JEs - 2015 Audit.xlsx
Context Media Health LLC - Dec monthly.xlsx
ContextMedia_December 2015_Financial Statements- Prelim for BP 1-13-2016 8 pm.xlsx
JE template for topsides 2-24-2015.xls
ContextMedia_December 2015_Financial Statements.xlsx
December Cash flow template.xlsx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template -  Topside adjustment 2-24-2016.xlsx
JE 800 CMH topsides 2-24-2016.xlsx
topside template for FY 2015 - 2-15-2016.xlsx
JE Topside Revenue Deferral and Recognition 2015.csv
JE Topside Revenue Deferral and Recognition 2015.xls
JE Topside Revenue Recognition January 2016.csv
JE Topside Revenue Recognition January 2016.xls
2015 TV vs Tablet revenue-  Updated 8-3.xlsx
2015 TV vs Tablet revenue.xlsx
CMH 2014 and April 2015 financials statement for Nextlink.pdf
CMH 2014 and April 2015 financials statement for Nextlink.xlsx
153016821-attachments-mcguire woods 91750924.pdf
Other item.xlsx
2014 sales.xlsx
Contract & ROI revenue review_2015 .xls
ContextMedia_Mar 2016_Financial Statements.xlsx
2016 - Shortcut (2).lnk
2016 - Shortcut.lnk
ContextMedia_Jan 2016_Financial Statements -  2-23-16 topsides included.xlsx
ContextMedia_January 2016_Financial Statements.xlsx
December Cash flow template.xlsx
Janaury Cash flow template -  FY 2015 topsides included.xlsx
ContextMedia_Jan 2016_Financial Statements -  Final audit topsides included.xlsx
Jan 2016 Cash flow template -  Final Audit 2015 adjustments included.xlsx
ContextMedia_Jan 2016_Financial Statements - Gravitas reclass.xlsx
Jan 2016 Cash flow template  - Gravitas reclass.xlsx
May 2016 summary.xlsx
ContextMedia_Feb 2016_Financial Statements -  Final audit topsides included.xlsx
Feb 2016 Cash flow template -  Final Audit 2015 adjustments included.xlsx
Headcount summary as of 2-29-2016.xlsx
ContextMedia_Feb 2016_Financial Statements - Gravitas reclass.xlsx
Feb 2016 Cash flow template  - Gravitas adj.xlsx
ContextMedia_Mar 2016_Financial Statements.xlsx
Mar 2016 Cash flow template.xlsx
ContextMedia_March 2016_Financial Statements - Gravitas reclass.xlsx
Mar 2016 Cash flow template.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_Apr 2016_Financial Statements.xlsx
FCF Model.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_April 2016_Financial Statements - Gravitas reclass.xlsx
ContextMedia_May 2016_Financial Statements.xlsx
May 2016 Cash flow template.xlsx

ContextMedia_May 2016_Financial Statements - Gravitas reclass.xlsx
May 2016 Cash flow template.xlsx
ContextMedia_June 2016_Financial Statements.xlsx
June 2016 Cash flow template.xlsx
ContextMedia_July 2016_Financial Statements.xlsx
July 2016 Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
August 2016 Cash flow template.xlsx
ContextMedia_Aug 2016_Financial Statements.xlsx
ContextMedia_Sept 2016_Financial Statements.xlsx
Gain loss on disposals.xlsx
Sept 2016 Cash flow template.xlsx
ContextMedia_Oct 2016_Financial Statements.xlsx
Oct 2016 Cash flow template.xlsx
Oct Asset write off.xlsx
ContextMedia_Nov_2016_Financial Statements.xlsx
Nov 2016 Cash flow template.xlsx
Nov asset write off -  11-29.xlsx
Nov asset write off -  12-7.xlsx
1.1.16-6.30.16 Legal Bills - Bp Edit first half.xlsx
ContextMedia_Dec_2016_Financial Statements - final.xlsx
ContextMedia_Dec_2016_Financial Statements.xlsx
Dec 2016 Cash flow template AH OB -  Final.xlsx
Dec 2016 Cash flow template AH OB.xlsx
Dec 2016 Cash flow template.xlsx
FA write off 1-18-2017.xlsx
FA write off 1-24-2017.xlsx
FA write off.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit (1).xlsx
1000 Cash GL Detail DEC 2016.xlsx
1100 AR GL Detail DEC 2016.xlsx
12-31-16 Trial Balance as of 1-23-17.xlsx
2000 AP  GL Detail DEC 2016.xlsx
AH Opening Balance Upload.xlsx
AH Opening BS 2.csv
AH Opening BS.csv
AH Opening BS.xlsx
AH P and L DEC and YTD and YE BS v2.xlsx
AH P and L DEC and YTD and YE BS v3.xlsx
CMH  AH cost center mapping.xlsx
December 2016 Allocation Review.xlsx
Journal entries 12 -23 thru 31.xlsx
TB 11-30-16.xlsx
AH Open BS V2.xlsx
AH Open BS V3.xlsx
JE Upload Template - Opening BS.xlsx
JE Upload Template - Stub.xlsx
Load Calc.xlsx
OpenBS.csv
Stub.csv
Accent Health Trial Balance Load.csv
ContextMedia_Jan_2017_Financial Statements.xlsx
Jan 2017 Cash flow template.xlsx
Accent Helath - January.xlsx
2017 - Shortcut.lnk
Accent Health 2017.02.xlsx
AH_Feb_Upload.csv
Capitalized Shipping Analysis.xlsx
Field Service - Quarterly Analysis.xlsx
Printing Expense Breakout.xlsx
Accent Health 2017.03.xlsx
AH_Mar_Upload.csv
AH_Mar_Upload2.csv
Integration Expense Reclass Entries.xlsx
Integration Expense Reclass Upload.csv
Integration Expense Summary.xlsx
Accent Health 2017.04.xlsx

AH_Apr_Upload.csv
ahapril2017financialreportingschedules.zip
Blackline Review Comments 2017.04.xlsx
April 2017  LLC Cash flow template.xlsx
Context Media Health LLC - April 2017 monthly- LLC.xlsx
Loss on disposal of assets.xlsx
04'17 BS_PL_TB.xlsx
04'17 Pand L By Month.xlsx
04'17 Programmatic BU  P and  L by Month 2016 2017.xlsx
2017  APR YTD Revenue by Client Brand F.xlsx
AH 0417 Financials.xlsx
Accent Health 2017.05.xlsx
AH May Upload.csv
AR Aging 2017.05.xlsx
May P&L review - OH.xlsx
MoM Revenue 2017.05.xlsx
Revenue Reconciliation - OH and AH.xlsx
Context Media Health LLC - May 2017 monthly- LLC.xlsx
JE_53288.xlsx
May 2017  LLC Cash flow template.xlsx
May 2017 Gain and loss.xlsx
2017 June YTD Revenue by Client Brand - AH.xlsx
AH & OH Q1-Q2 Change in Revenue.xlsx
AH AR Backfill Reversal.csv
AH AR Backfill Reversal.xlsx
AH Trial Balances YTD.xlsx
June Accrual reversal.xlsx
June AH Rec (Autosaved).xlsx
June AH Rec.xlsx
JuneAccrualReversal.csv
May-June MoM Change in Revenue.xlsx
Revese Import of JEs.xlsx
Unknown - Prior Status.xlsx
YTD ROI Review.xlsx
YTD ROI Review-TW.xlsx
Gravitas Holding Investments Detail.xlsx
June 2017  LLC Cash flow template.xlsx
June Gain loss on assets 7-18-2017.xlsx
June Gain loss on assets.xlsx
Outcome Inc - June 2017 monthly.xlsx
2017 MoM Review.xlsx
AH Assets at 6.30 Per AMS.xlsx
AH Bill Jan - Jul Summary.xlsx
AH Printing Review.xlsx
Import.csv
Import.xlsx
June - July MoM AH_OH Revenue.xlsx
Page Science YTD 2018.07.xlsx
Reallingment of entity strcuture to support Outcome LLC and Outcome Inc Audits.docx
Subsidiary Update and IC Entry Cleanup.xlsx
Summary of Transactions Posted on 2017.08.01.pdf
Transactions 1.1.17 - 7.31.17.CSV
Transactions 1.1.17 - 7.31.17.xlsx
Transactions ALL.CSV
Gain loss July 8-17-2017.xlsx
July 2017  LLC Cash flow template.xlsx
July gain loss.xlsx
Outcome Inc - July 2017 monthly.xlsx
Network Install and Maintenance Cost 2017.08.xlsx
August 2017  LLC Cash flow template.xlsx
Gain loss on Augst disposals.xlsx
Outcome Inc - Aug 2017 monthly.xlsx
Capitalized Software - YTD Adjustment.xlsx
Gain loss in Sept on fixed assets.xlsx
GL 11060 Allowance for Doubtful Accounts - 09.30.2017.xlsx
Outcome Inc - Sept 2017 monthly.xlsx
Sept 2017  LLC Cash flow template.xlsx

YTD CapSof Audit 2017.09.xlsx
AMS to 3PL Reconciliation.xlsx
Assets Not In Service - September Analysis for October Recon.xlsx
Oct 2017  LLC Cash flow template.xlsx
Outcome Inc - Oct 2017 monthly.xlsx
2017 315 Analysis.xlsx
Gain loss disposal October 2017.xlsx
ISP Payment Breakout 2017.10.xlsx
Req pend approve, PO pend approve, Oct NS Bills.xlsx
Unknown Summary 2017.10.xlsx
Nov 2017  Inc Cash flow template.xlsx
Outcome Inc - Nov 2017 monthly.xlsx
10-31-2015 Financials for CMH.xlsx
11-30-2015 Financials for CMH.xlsx
12-31-2015 Financials for CMH.xlsx
2013 to 2016 Income Statements ContextMedia dba Outcome Health.pdf
2014 and 2013 CMH Inc Audit Report.docx
2014 and 2013 CMH Inc Audit Report.pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2014 and 2013 ContextMedia Inc Financials.pdf.crdownload
2014 management letter from Miller Cooper.pdf
2015 and 2014 Financials Statements.pdf
6-30-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf.crdownload
8-31-2015 Interim Financial Statement for ContextMedia Health LLC.pdf
CM Reorganization Letter.pdf
ContextMedia 13 Audit Report Final.pdf
ContextMedia 13 Audit Report Final.pdf.crdownload
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
ContextMedia 2015 Financials.pdf
Netsuite to Audited financials for 2014 and 2015 (2).xlsx
Oct 2016 CMH LLC Financials.pdf
Oct 2016 CMH LLC Financials.xlsx
2016-03-17, returned asset audit.xlsx
Legal Rep letter to 2015 for D&T- Final.pdf
Legal Rep letter to 2015 for D&T.pdf
Representation letter 2015 to D&T -  Final.pdf
Representation letter 2015 to D&T.pdf
2015 vs 2014 BS.xlsx
2016-02-05 Sidley Ltr to Deloitte re Context Media Inc (1).pdf
2016-02-09 Email to Deloitte Correcting Earlier Letter.pdf
CMH Inc Draft FS (2).doc
D&T Planning and Scope Letter to BOD 3-10-2016.pdf
D&T Results of Audit including control related maters 3-17-2016.pdf
FN  10 - Packback rent rebills.xls
FN12- 2015 statement 401-k statement.pdf
GL 15000 Accrued Interest from shareholders.xlsx
Interest payments in cash.xlsx
Option info.xlsx
Y-Y Income statement.xlsx
April Cash flow template 5-11 7 pm.xlsx
August Cash flow template.xlsx
December Cash flow template.xlsx
Feb Cash flow template.xlsx
FY 2014 Cash flow template.xlsx
FY 2014 CF Proof.xlsx
FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
FY 2015 Cash flow template.xlsx
Jan Cash flow template.xlsx
July Cash flow template.xlsx
June Cash flow template.xlsx
June Reclass of due to related party operating to investing.xlsx
March Cash flow template.xlsx
May Cash flow template 6-10 10 am.xlsx

November Cash flow template.xlsx
October Cash flow template.xlsx
September Cash flow template.xlsx
GL 32600 Accrued Interest- Dec 2015.xlsx
GL 33010-33100 and 35010-35030  and  25300-25500 CM Debt Rollforward_2015-Dec.xlsx
Substitute Revolving Note.pdf
Summary for debt footnote.xlsx
Accrued Interest Jumpstart.xlsx
GL 40000 Equity Rollforward Support - Dec 2015.xlsx
PB Note summary.docx
Private bank.docx
CM Chi Copier Lease Feb 2016 (1).pdf
Flatiron Lease for NYC (1).pdf
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Dec 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Dec  2015.xlsx
iD Logistics executed SOW.pdf
iD MSA - Context Media-1.doc
Summary Lease commitments.xlsx
CMH Inc Draft FS - 2-19-2016.docx
CMH Inc Draft FS (2 11 15) DT Comments.docx
ContextMedia_December 2015_Financial Statements.xlsx
2012.01.01 Notice re 2009 Equity Incentive Plan -  Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan-  Garms.pdf
AJE 9 Options Support.xlsx
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13 (1).pdf
CMH Inc Draft FS - 2-24-2016 -  CMH topsides posted v1.docx
CMH Inc Draft FS - 2-24-2016 -  CMH topsides posted.docx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template -  Topside adjustment 2-24-2016.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
JE-800 from NS for CMH topside.xls
JE-801 from NS for CMH topside  Jan 2016.xls
topside template for FY 2015 - 2-15-2016.xlsx
Change in FN 6 LT debt.pdf
CMH Inc Draft FS - 2-29-2016 Updated.docx
CMH Inc Draft FS - 2-29-2016 Updated.pdf
CMH Inc Draft FS - 2-29-2016.docx
CMH Inc Draft FS - v3032016.docx
CMH Inc Draft FS - v3032016.pdf
CMH Inc Draft FS - v3042016.docx
A - CMH Inc Draft FS - v3042016.pdf
B - Tie out - BS ContextMedia_December 2015_Financial Statements.pdf
C - Updated P&L Tie out - ContextMedia_December 2015_Financial Statements 03032016.pdf
C1 Advertising Tie out - ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.pdf
D - FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement (2).pdf
E - Fixed Asset rollforward summary 2015.xlsx
E1 - Attachment I - Change is estimated useful life.pdf
F - Debt Detail.xlsx
G - Summary Lease commitments.pdf
H - Warrant Redemption FMV as of 12312015.pdf
J - Deferred Revenue Rec and Detail_2015.xls
J1 2014 sales.xlsx
J3 - GL 11000 AR aging.xlsx
J4 - ContextMedia Health, LLC_ARAgingDetail 12-31-2014 (1).xlsx
Concluding Communications to Those Charged with Governance.pdf
ContextMedia Health LLC  - 2016 Audited Financials.pdf
ContextMedia 2015 FS Appendix (no cf).xlsx
ContextMedia 2015 FS Appendix.pdf
ContextMedia 2015 FS Appendix.xlsx
ContextMedia 2015 FS Appendixv2.pdf
ContextMedia 2015 FS Appendixv2.xlsx
ContextMedia 2015 FS Appendixv3.xlsx
ContextMedia 2015 FS Appendixv4.xlsx
ContextMedia 2015 FS BS PL Appendixv2.xlsx
ContextMedia 2015 FS Split out.xlsx
ContextMedia_October 2015_Financial Statements.xlsx

Engagement letter 2017 D&T Outcome Inc and Bank interest(CMH LLC and AH LLC).pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2015 Financials.xlsx
Summary CMH LLC 2010-2012 BS and IS.xlsx
ContextMedia Health, LLC_BalanceSheetSummary.xlsx
ContextMedia Health, LLC_ProfitandLoss.xlsx
Financial summary for 2013-2015.xlsx
CMH LLC Q1 financials.xlsx
2014 and 2015 balance sheet.xlsx
Income Statement Q1 2014 to Q4 2015.xlsx
Summary of fixed asset issues.pptx
November Income statement flux.xlsx
April income statement 5-11 630pm.xlsx
May income statement 6-10  noon (LP update).xlsx
June Balance sheet final.xlsx
June income statement final.xlsx
Headcount info.xlsx
July 2015 Operating Results -  updated 8-19-2015.docx
July balance sheet final 8-14-2015.xlsx
July income statement final as of 8-14-2015.xlsx
July 2015 Operating Results.docx
July income statement as of 8-11 7 pm.xlsx
August 2015 Operating Results- Final 9-21.docx
August 2015 Operating Results.docx
Balance Sheet Flux August 2015 Final.xlsx
Headcount info 8-31-2015- final.xlsx
Headcount info 8-31-2015.xlsx
Income Statement Flux August 2015 Final.xlsx
Balance Sheet Flux Sept 2015.xlsx
Headcount info 9-30.xlsx
Income Statement Flux Sept 2015.xlsx
Sept 2015 Operating Results.docx
Balance Sheet flux for October 2015.xlsx
Headcount info 10-31-2015.xlsx
Income Statement flux for October 2015.xlsx
Oct 2015 Operating Results.docx
Sep to Oct analysis.xlsx
11-30 AP aging.xlsx
Balance Sheet flux Nov 2015.xlsx
Headcount info 11-30-2015.xlsx
Income Statement flux Nov 2015.xlsx
Nov 2015 Operating Results.docx
Payroll by cost center summary Nov 2015.xlsx
Ar aging 12-31-2015.xlsx
Balance sheet flux (Brad's changes 2016-01-20).xlsx
Balance sheet flux.xlsx
Dec 2015 Operating Results.docx
Headcount info 12-31-2015.xlsx
Income Statement Flux Dec 2015.xlsx
Headcount info 12-31-2015.xlsx
Jan 2016 Operating Results.docx
Jan BS Flux analysis.xlsx
Jan IS flux.xlsx
A-PAgingusingPeriodEndDate-733.xls
AR aging final Feb 2015.xls
AR aging.xlsx
Feb  2016 Operating Results.docx
Feb 2016 Operating Results.docx
Feb Balance Sheet flux.xlsx
Feb Income Statement Flux.xls
Feb Income Statement Flux.xlsx
GL 30000 AP Aging - Feb 2016.xlsx
Headcount info 2-29-2016.xlsx
AR details.xlsx
Headcount from Paycom v2.xls
Headcount info 3-31-2016.xlsx
Mar 2016 Operating Results.docx

US v. Shah, et al.                                                                                                     Appendix B

March Balance Sheet flux.xl_
March Balance Sheet Flux.xlsx
March Income Statement Flux.xlsx
Revenue summary.xlsx
20160502100504_Monthly head county reports for JB flux_d7446d15.xls
4-30 AR.xls
AP details 4-30-2016.xls
A-PAgingusingPeriodEndDate270.xls
Apr 2016 Operating Results.docx
April Balance Sheet flux analysis.xlsx
April Income Statement flux analysis.xlsx
April Revenue summary.xlsx
Headcount info 4-30-2016.xlsx
20160531170534_Monthly head county reports for JB flux_caf9741c.xls
A-PAgingDetailusingPeriodEndDate-632.xls
AR aging 5-31-2016.xlsx
CMH IS as of 6-2-2016.xls
CMH IS as of 6-9-2016.xls
Fixed Asset CF Change - May 2016 (1).xlsx
Headcount info 5-31-2016.xlsx
May  Revenue summary.xlsx
May 2016 Operating Results.docx
May Balance Sheet flux analysis.xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09) (Vishal's changes 2016-06-10).xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09).xlsx
May Income Statement flux analysis (John's changes 2016-06-09).xlsx
May Income Statement flux analysis.xlsx
Summary financials.xlsx
Work Order analysis 05.31.2016.xlsx
20160629170605_Monthly head county reports for JB flux_91ec2eae.xls
A%2FPAgingusingPeriodEndDate-834.xls
A%2FRAgingDetailw%2FoAgency,Drug&Pharma-992.xls
AP details 6-30-2016.xls
Financials for the headcount info.xls
Headcount info 6-30-2016.xlsx
June 2016 Operating Results.docx
June Balance Sheet flux analysis.xlsx
June Income Statement flux analysis.xlsx
June Revenue summary.xlsx
MoM Revenue Analysis 2016.06.xlsx
Summary IS 6-30.xlsx
TSI Travel Analysis 2016.06 June.xls
2016.06 Income Statement (2016.07.11 V1).xlsx
2016.06 Income Statement CC (2016.07.11 V1).xlsx
2016.06 Income Statement CC (2016.07.11 V2).xlsx
July Balance Sheet flux analysis.xlsx
July Income Statement flux analysis.xlsx
Revenue YTD 2016.07.xlsx
Prepaid and Not in Service Summary 2016.07.xlsx
Prepaid and Not in Service Summary 2016.08.xlsx
20160801100843_Monthly head county reports for JB flux_b2e07802.xls
A%2FPAgingDetailByVendor-631.xls
AP details 7-31.xls
Condensed financials for mgmt write up 7-31-2016.xls
ContextMediaIncomeStatement_EBITDA746.xls
ContextMediaIncomeStatement_EBITDA-879.xls
ContextMediaIncomeStatement191.xls
ContextMedia-IncomeStatementbyCostCenter92.xls
Headcount info 7-31-2016.xlsx
IS as of 8-8 3pm.xlsx
Item used from Gravitas in July.xlsx
July 2016 Operating Results-  Final.docx
July 2016 Operating Results.docx
July Revenue summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
NS IS by cost center summary for HC info.xlsx
TSI Travel Analysis 2016.07 July.XLS

2013 - 2016 Revenue Summary.xlsx
2015 - 2016 Revenue Summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
MoM Revenue Analysis 2016.07.xlsx
Statements 01 0805.xlsx
Statements 02 0805.xlsx
August Balance Sheet flux analysis.xlsx
August Income Statement flux analysis (Adam's changes 2016-09-13).xlsx
August Income Statement flux analysis.xlsx
Prepaid and Not in Service Summary 2016.08 (Mid Month).xlsx
Prepaid and Not in Service Summary 2016.08.31.xlsx
Updated Revenue File as of 2016.08.15.xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1) (2).xlsx
20160831090826_Monthly_head_county_reports_for_JB_flux.xls
AP aging 8-31.xls
AP aging 8-31.xls.xlsx
AR 8-31.xlsx
Aug 2016 Operating Results.docx
Aug Revenue summary.xlsx
ContextMediaBalanceSheetDetail90.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-139.xls
Cost for for HC at 8-31-2016.xlsx
Gravitas activity.xls
Headcount info 8-31-2016.xlsx
IncomeStatementDetailwithNames-947.xl_
IncomeStatementDetailwithNames-947.xls
Legal expense for Aug.xlsx
Recruiting cost 8-31.xls
Recruiting cost 8-31.xls.xlsx
Recruting cost 8-31
Recruting cost.xlsx
Sept 2016 Operating Results.docx
Software cost Aug.xls.xlsx
Summary financials for August.xls
2016 Contracted Revenue MoM Change 2016.08 (Updated 8.31).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.12).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.2).xlsx
2016 Contracted Revenue MoM Change 2016.08.xlsx
Mastercard data 1-1 to 9-30-2016.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Sep Balance Sheet Flux Analysis.xlsx
Sep Income Statement flux analysis.xlsx
BS and IS 2016.10.06 0755.xlsx
BS and IS 2016.10.10 0908.xlsx
20160928160959_Monthly head county reports for JB flux_30b0b2d5.xls
AP 9-30.xlsx
AR 9-30.xlsx
Due ot Gravitas.xlsx
HC cost at 9-30.xlsx
Headcount info 9-30-2016.xlsx
Legal bills in Sept.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Recruiting cost for Sept through 10-10.xlsx
Recruiting cost for Sept through 10-11 final.xlsx
Recruiting cost for Sept through 10-11.xlsx
Recruiting cost for Sept through 10-4.xlsx
Recruiting cost for Sept through 9-28.xlsx
Sept 2016 Operating Results.docx
Sept Revenue summary.xlsx
Summary IS 4 pm 10-11.xlsx
2016 Contracted Revenue MoM Change 2016.09 V2.xlsx
2016 Contracted Revenue MoM Change 2016.09 V3.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.zip
2016 Contracted Revenue MoM Change 2016.09.xlsx
2016 Contracted Revenue MoM Change 2016.10 V2.xlsx

2016 Contracted Revenue MoM Change 2016.10 V3.xlsx
2016 Contracted Revenue MoM Change 2016.10 V4.xlsx
2016 Contracted Revenue MoM Change 2016.10 V5.xlsx
2016 Contracted Revenue MoM Change 2016.10 V6.xlsx
2016 Contracted Revenue MoM Change 2016.10.xlsx
Gravitas Prepaid and Not in Service Summary 2016.10.31.xlsx
Oct Balance Sheet Flux Analysis.xlsx
Oct Income Statement Flux Analysis.xlsx
20161031121049_Monthly head county reports for JB flux_4514187e.xls
AP 10-31-2016.xlsx
AR 13-31-2016.xlsx
Conference expense.xlsx
Consulting details.xlsx
Due to Gravitas.xlsx
GL 20900 Assets not yet in service - October 2016.xlsx
Headcount info 10-31-2016.xlsx
Oct 2016 Operating Results.docx
Oct Revenue summary.xlsx
October payroll by cost center.xlsx
Recruiting cost as of 11-10-2016.xlsx
Recruiting cost as of 11-7-2016.xlsx
Samsung Tablet Asset Register - 15mo Useful Life Update.xlsx
Summary IS for Oct final.xlsx
Summary IS for OCt.xlsx
CMH 2016 NYC Sublease Accounting Memo (2).docx
D&T Valuation SOW- Executed 11-11-2016.pdf
l.html
NYC Sublease Loss Analysis (2).pdf
favicons
favicons(1)
favicons(2)
favicons(3)
favicons(4)
favicons(5)
favicons(6)
favicons(7)
googlelogo_color_272x92dp.png
single.html
BS and IS 2016.11.11 0637.xlsx
Gravitas Prepaid and Not in Service Summary 2016.11.30.xlsx
MoM Revenue - V5 Walk from 12.6.xlsx
MoM Revenue 2016.11 V1.xlsx
MoM Revenue 2016.11 V2.xlsx
MoM Revenue 2016.11 V3.xlsx
MoM Revenue 2016.11 V4.xlsx
MoM Revenue 2016.11 V5.xlsx
MoM Revenue 2016.11 V6.xlsx
Nov 2016 Operating Results.docx
Nov Balance Sheet Flux Analysis.xlsx
Nov Income Statement Flux Analysis.xlsx
TTM 2016.09.xlsx
20161129151121_Monthly head county reports for JB flux_a3ef1ae8.xls
AP 11-30.xlsx
AR 11-30.xlsx
Detail by cost center for.xlsx
Headcount info 11-30-2016.xlsx
IS for Flux.xlsx
Nov Revenue summary.xlsx
Professional Fees 12-7.xlsx
Professional Fees 12-9.xlsx
Professional fees.xlsx
Recruiting as of 11-28-2016.xlsx
Recruiting as of 12-5-2016.xlsx
Recruiting as of 12-7-2016.xlsx
Recruiting as of 12-9-2016.xlsx
BS and IS as of 2016.12.14 0747.xlsx
Flux Analysis Balance Sheet 2016.12.xlsx

Flux Analysis Income Statement 2016.12.xlsx
Gravitas Prepaid and Not in Service Summary 2016.12.31.xlsx
MoM Revenue 2016.12 V1.xlsx
MoM Revenue 2016.12 V2.xlsx
MoM Revenue 2016.12 V3.xlsx
12_2016 Debt Rllfwd - TLB INT Accrual (2).pdf
12-31 headcount salary info.xlsx
20170106100100_Monthly head county reports for JB flux_2e1e6f16.xls
ACP calculation background info.pdf
AP detail;s.xlsx
AR details.xlsx
Consulting details 12-31-2016.xlsx
Consulting.xlsx
ContextMedia Health, LLC  - FS - YE 12-31 SHELL.docx
Dec 2016 Operating Results.docx
Dec Revenue summary.xlsx
Headcount info 12-31-2016.xlsx
Healthcare cost Nov vs Dec.xlsx
IS summary - 1-24 7 pm.xlsx
IS summary.xlsx
Nov and Dec Software cost 64040.xlsx
Recruiting summary 1-13-2017.xlsx
Recruiting summary 1-14-2017.xlsx
Software liscence.xlsx
NS BS and IS 20170116 0755.xlsx
NS BS and IS 20170118 0748.xlsx
Headcount info 11-30-2017.xlsx
20170405090405_Monthly head count report_d342a246.xlsx
Headcount info 1-31-2017.xlsx
Headcount salary info Jan.xlsx
Jan 2017 Consulting cost GL 62050 BP edits.xlsx
Jan 2017 Consulting cost GL 62050.xlsx
Recruiting cost 2-16-2017 - BP Edit.xlsx
Recruiting cost 2-16-2017.xlsx
20171101111155_Monthly head count report_aefe7cb2.xlsx
CMH payroll info.xlsx
Headcount info 10-31-2017.xlsx
Sep-Oct MoM Revenue AH&OH 2017.xlsx
YTD Revenue AH&OH 10.31.2017.xlsx
20171206104346_Monthly head count report_1ab82a42.xls
Headcount info 11-30-2017.xlsx
Oct-Nov MoM Revenue AH&OH 2017.xlsx
20180102170240_Monthly head count report_ce9e5791.xlsx
Headcount info 12-31-2017.xlsx
Oct-Nov MoM Revenue AH&OH 2017.xlsx
Recruiting Feb 2017.xlsx
20170301170349_Monthly head count report_ee188b08.xls
AH cost report Jan and Feb 2017.xlsx
Consulting details.xlsx
Consulting Feb 2017 (BP edits.xlsx
Consulting Feb 2017.xlsx
Consulting.xlsx
Headcount details from paycom.xlsx
Headcount info 2-28-2017.xlsx
OH Cost Center report Jan and Feb 2017.xlsx
OH Feb 2017 Income statment with CC on top.xlsx
OH Jan 2017 Income statment with CC on top.xlsx
Payroll cost center for Feb.xlsx
Recruiting Feb 2017 3-20-2017.xlsx
Recruiting Feb 2017 3-6-2017.xlsx
20170405090405_Monthly head count report_d342a246.xls
20170405090405_Monthly head count report_d342a246.xlsx
Air Travel Q1.xlsx
AR 3-31-2017.xlsx
Conculting March 2017.xlsx
Conferences March 2017.xlsx
Headcount info 3-31-2017.xlsx

Headcount info 4-30-2017.xlsx
Legal Q1 4-19-2017.xlsx
Legal Q1.xlsx
Media cost by cost center 4-19-2017.xlsx
Media cost by cost center.xlsx
Netsuite March 2017 salary by cost center.xlsx
Q1 Transactional data.xlsx
Finger_3394916_394775-000007_35422 (2).pdf
Finger_3420506_394775-000002_35422 (2).pdf
Finger_3420507_394775-000007_35422 (2).pdf
Finger_3420508_394775-000010_35422 (2).pdf
ONETIME GL ACCT Invoice 1700500205 thru December 31, 2016 dated 1-20-17 (0004) (1) (1).pdf
PUT TO ACCRUAL Invoice 1700500708 thru January 31, 2017 dated 2-24-17 (0004).pdf
20170428150406_Monthly head count report_bb26ac1e.xlsx
April accounts analysis.xlsx
April Management Summary - 5-16 noon.docx
April Management Summary - Draft 5-15 6 pm.docx
April Management Summary.docx
April payroll info.xlsx
April Recruiting details 5-8-2017.xlsx
April Recruiting details.xlsx
April Revenue summary.xlsx
Ar 4-30-2017.xlsx
GL 12700 Prepaid Advance Equip. March 2017.xlsx
GL 20900 Assets not yet in service - April 2017.xlsx
Headcount info 4-30-2017.xlsx
March vs April summary IS.xlsx
May Revenue summary.xlsx
Summary IS  April 2017.xlsx
20170531150528_Monthly head count report_28a72131.xlsx
April-May MoM Change in Revenue (1).xlsx
AR details 5-31-2017.xlsx
Headcount info 5-31-2017.xlsx
May Management Summary.docx
May Payroll by cost center.xlsx
May Revenue summary.xlsx
MoM Revenue 2017.05.xlsx
Non recurring recruiting.xlsx
Summary IS April to May.xlsx
20170705140720_Monthly head count report_b8aeefc4.xlsx
AH & OH Q1-Q2 Change in Revenue (1).xlsx
Headcount cost for June 2017.xlsx
Headcount info 6-30-2017.xlsx
May-June MoM Change in Revenue.xlsx
Operating Results Q2 2017.docx
Q2 recruiting.xlsx
Recruiting cost 7-10-2017.xlsx
Recruiting cost 7-6-2017.xlsx
20170731160718_Monthly head count report_19df9c9f.xls
20170731160718_Monthly head count report_19df9c9f.xlsx
Headcount info 7-31-2017.xlsx
IS by cost center 7-31-2017.xlsx
July Outcome Inc summary.xlsx
June - July MoM AH_OH Revenue (1).xlsx
June to Juy expense flux.xlsx
Operating Results Q2 2017.docx
Outcome Inc Operating Results July 2017.docx
Recruting cost for July 8-17-2017.xlsx
Recruting cost for July.xlsx
20170831090855_Monthly head count report_29ff8bd1.xlsx
8-31-2017 payroll by cost center.xlsx
CapSof Count 8.31.17.xlsx
Cost center analysis for Aug.xlsx
Headcount info 8-31-2017.xlsx
July - August MoM AH_OH Revenue 9-14-2017.xlsx
July - August MoM AH_OH Revenue.xlsx
Legal and consulting in Aug 2017 (1).xlsx

Legal and consulting in Aug 2017.xlsx
Outcome Inc Operating Results August 2017.docx
Recruiting August.xlsx
Summary EBITDA.xlsx
20171005091020_Monthly head count report_3a12b5da.xlsx
AUG-SEPT MoM AH_OH Revenue V10202017.xlsx
Headcount info 9-30-2017.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Sept Payroll by cost center.xlsx
YTD MoM AH_OH Revenue V12.06.2017.xlsx
Summary of LC's 2-24-2016.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Customer Transaction Template (Blank).doc
Fixed Charge Calculation - BP Edit.xlsx
Fixed Charge Calculation  Q3 2016.xlsx
Fixed Charge Coverage Ratio.xlsx
Total Leverage Ratio 3-31-2016 hypothetical.xlsx
Total Leverage Ratio.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Fixed Charge Coverage Ratio 4-30-2016.xlsx
Total Leverage Ratio 4-30-2016.xlsx
Fixed Charge Coverage Ratio 5-31-2016 as of 6-22.xlsx
Fixed Charge Coverage Ratio 5-31-2016.xlsx
PB Interest in April 2015.xlsx
Total Leverage Ratio 5-31-2016 as of 6-22.xlsx
Total Leverage Ratio 5-31-2016.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 6-30-2016.docx
Fixed Charge Calculation  June 2016.xlsx
Schedule I - JPM Compliance Certificate.pdf
Total Leverage Ratio as of 6-30-2016.xlsx
CMH LLC Compliance Certificate Exhibit D for 6-30-2016.pdf
Context Media Health LLC - June 2016 monthly.xlsx
Fixed Charge Calculation  June 2016.xlsx
Total Leverage Ratio as of 6-30-2016.xlsx
August 2016 Debt Int Fcst.pdf
Fixed Charge Calculation  Sept 2016 -  Final 10-12.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-12.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.docx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.pdf
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Fixed Charge Calculation as of 9-30-2016.xlsx
Shinzstop Payment_Details_10_14_2016_14_35.pdf
Total Leverage Ratio as of 9-30-2016.xlsx
Fixed Charge Calculation  Sept 2016 -  Draft 10-10.xlsx
Fixed Charge Calculation  Sept 2016 -  Draft 9-23.xlsx
Fixed Charge Calculation  Sept 2016 -  Final 10-11.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 10-10.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 9-23.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-11.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
12-26-2017 Draw Request.doc
12-26-2017 Draw Request.pdf
12-27-2017 Draw Request.doc
12-27-2017 Draw Request.pdf
Base Rate Borrowing Request  12-26-2017.doc
12-27-2016 Draw request.jpg
Base Rate Borrowing Request  (Revolver).doc
12-29-2016 Base Rate Borrowing request.pdf
Base Rate Borrowing Request  12-29-2016.doc
Base Rate Borrowing Request  1-27-2016.doc
Base Rate Draw CMH LLC 1-27-2017.pdf
Base Rate Borrowing Request 2-14-2017.doc
Base Rate Borrowing Request 2-14-2017.pdf

2-24-2017 Baase Rate Draw Notice for $3.0M.pdf
Base Rate Borrowing Request  2-24-2017.doc
CMH Optional Prepayment Notice 3-21-2017.pdf
Repayment notice 3-21-2017.doc
4-27-2016 Draw Request.doc
4-27-2016 Draw Request.pdf
5-3-2016 Libor Draw Request.pdf
Fixed Charge Coverage Ratio 3-31-2016.xlsx
Total Leverage Ratio 3-31-2016.xlsx
ContextMedia Health Revolver Prepayment 5-1-2017.pdf
Repayment notice 5-1-2017.doc
Repayment notice 5-24-2017.doc
Repayment notice 5-24-2017.pdf
7-12-2016 Draw Request.doc
7-12-2016 Draw Request.pdf
8-23-2016 Draw Request.docx
8-23-2016 Draw Request.pdf
April 2015 LLC Cash flow template.xlsx
Aug 2015 LLC Cash flow template.xlsx
Dec 2015 LLC Cash flow template.xlsx
Feb 2016 LLC Cash flow template.xlsx
Jan 2016 LLC Cash flow template.xlsx
July 2015 LLC Cash flow template.xlsx
June 2015 LLC Cash flow template.xlsx
May 2015 LLC Cash flow template.xlsx
Nov 2015 LLC Cash flow template.xlsx
Oct 2015 LLC Cash flow template.xlsx
Sept2015 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template -  GV adj.xlsx
Feb 2016 LLC Cash flow template - GV adj.xlsx
Jan 2016 LLC Cash flow template -  GV adj.xlsx
Mar 2016 LLC Cash flow template -  GV adj.xlsx
May 2016 LLC Cash flow template - GV adj.xlsx
May 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - March 2016 monthly- LLC roll up.xlsx
Mar 2016 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - April 2016 monthly- LLC roll up.xlsx
Context Media Health LLC - May 2016 monthly- LLC roll up 6-20.xlsx
JP Morgan Compliance for Context Media Health LLC - May 2016 monthly- LLC roll up.xlsx
May 2016 LLC Cash flow template.xlsx
Context Media Health LLC - June 2016 monthly- LLC.xlsx
June 2016 LLC Cash flow template.xlsx
Context Media Health LLC - July 2016 monthly- LLC.xlsx
July 2016 LLC Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
Aug 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Aug 2016 monthly- LLC.xlsx
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Sept 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Oct 2016 monthly- LLC.xlsx
Oct 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Nov 2016 monthly- LLC.xlsx
Nov 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC -  Final.xlsx
Dec 2016 LLC Cash flow template -  Final.xlsx
Quarterly CMH LC financials 2-3-2017.xlsx
Quarterly CMH LC financials 2-5-2017.xlsx
Quarterly report 12-31-2016.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC.xlsx
Dec 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Jan 2017 monthly- LLC.xlsx
Gains loss on disposal of assets Jan 2017.xlsx
Jan 2017  LLC Cash flow template.xlsx
Context Media Health LLC - Feb 2017 monthly- LLC.xlsx
Feb 2017  LLC Cash flow template.xlsx
Gain loss Feb 2017 fixed assets.xlsx

03.2017 Disposal Import.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-10-2017 3 pm.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-18 noon.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-19 8 am.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-20.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly.xlsx
Context Media Health LLC - Mar 2017 monthly- LLC.xlsx
Mar 2017  LLC Cash flow template.xlsx
Apr 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - April 2017.xlsx
Bank compliance - Outcome LLC - May 2017.xlsx
May 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - June 2017.xlsx
June 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - July 2017.xlsx
July 2017  Outcome LLC Cash flow template.xlsx
Aug 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Aug 2017.xlsx
Gain loss on Augst disposals.xlsx
Bank compliance - Outcome LLC - Sept 2017.xlsx
Sept 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Oct 2017.xlsx
Oct 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Bank compliance - Outcome LLC - Nov 2017 version 2.xlsx
Bank compliance - Outcome LLC - Nov 2017.xlsx
Detail gain loss on FA.xlsx
Nov 2017  Outcome LLC Cash flow template.xlsx
Nov 2017 Gain loss.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Dec 2017  Outcome LLC Cash flow template.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit.xlsx
Q3 2016.xlsx
CMH LLC Q1 2016 Operating Results.docx
Revenue summary q1 2016.xlsx
CMH LLC Q2 2016 Operating Results.docx
Revenue summary q2 2016.xlsx
CMH LLC Q3 2016 Operating Results.docx
Revenue summary q3 2016.xlsx
CMH LLC Q4 2016 Operating Results - Edit v1 (1).docx
CMH LLC Q4 2016 Operating Results - Edit vF 2.docx
CMH LLC Q4 2016 Operating Results.docx
cost center quarterly report.xlsx
Revenue summary q4 2016.xlsx
Available Amount Calculation - ContextMedia Health LLC 3.31.17.xlsx
CMH LLC Q1 2017 Operating Results - BP Edit JB 5-11 10 am.docx
CMH LLC Q1 2017 Operating Results - BP Edit.docx
CMH LLC Q1 2017 Operating Results.docx
Leverage Covenant Test - ContextMedia Health LLC 3.31.17.xlsx
MDA Q1 - v2.docx
MDA Q1 - v3.docx
Q4 vs Q1 IS flux.xlsx
Revenue summary Q1 2017.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
AH & OH Q1-Q2 Change in Revenue.xlsx
Change in Accrued other CF impacts.xlsx
Headcount Q2 2017.xlsx
Outcome LLC Q2 2017 Operating Results -draft.docx
Q1 vs q2.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf

Leverage Covenant Test - ContextMedia Health LLC.pdf
20171005091020_Monthly head count report_3a12b5da.xlsx
Cost center changes 10-5-2017 10am.xlsx
Headcount Q3 2017.xlsx
Outcome LLC Q3 2017 Operating Results -draft.docx
Q2 vs Q3 cost center.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Severance for 9-28 RIF (1).xlsx
Discussion topics with D&T.docx
July Close.xlsx
ContextMedia Financial Statements December 2012, 2011 & 2010.pdf
ContextMedia Financial Statements December 2012, 2011 & 2010.xlsx
Logistics 2013.xlsx
Media 2013.xlsx
MO 2013.xlsx
MS 2013.xlsx
NetOps 2013.xlsx
Product Dev 2013.xlsx
Sponsorship 2013.xlsx
Q1 2014_Marketing.xlsx
Q1 2014_NetOps.xlsx
Q1 2014_Spon.xlsx
Q3 2013 - Q1 2014 (Kristy Peters's conflicted copy 2014-05-07).xls
Q3 2013 - Q1 2014.xls
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-2 1 pm.xlsx
2016 budget for travel -TSI.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
Expense from 2015.xlsx
Recruiting cost  through Oct 2015.xlsx
All cost centers.xlsx
Development and Media.xlsx
Finance and Admin.xlsx
Integrated Health Systems.xlsx
Member operations.xlsx
Member Services.xlsx
Product Operations.xlsx
Sponsorship.xlsx
Talent and Marketing.xlsx
2015 headcount and 2016 forecast.xlsx
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Nov 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Nov  2015.xlsx
Apr Operational Cash forecast.xlsx
April 2017 Operational Cash forecast.xlsx
Aug 2017 Operational Cash forecast.xlsx
August Operational Cash forecast - draft 9-7.xlsx
August Operational Cash forecast.xlsx
Dec Operational Cash forecast  12-31-2015 final.xlsx
Dec Operational Cash forecast  1-31-2016 interim.xlsx
Dec Operational Cash forecast  .xlsx
Feb 2017 Operational Cash forecast.xlsx
Feb Operational Cash forecast.xlsx
Jan 2017 Operational Cash forecast.xlsx
Jan Operational Cash forecast.xlsx
July 2017 Operational Cash forecast.xlsx
July Operational Cash forecast.xlsx
June 2017 Operational Cash forecast.xlsx
June Operational Cash forecast.xlsx
Mar Operational Cash forecast.xlsx
March 2017 Operational Cash forecast.xlsx
May 2017 Operational Cash forecast.xlsx
May Operational Cash forecast.xlsx
Nov 2017 Operational Cash forecast.xlsx
Nov Operational Cash forecast -  draft 12-9-2016 2 pm.xlsx
Nov Operational Cash forecast.xlsx
Oct 2017 Operational Cash forecast.xlsx
Oct Operational Cash forecast.xlsx

Operational Cashflows FY 2015 vs 7 months 2016.xlsx
Sept 2017 Operational Cash forecast.xlsx
Sept Operational Cash forecast draft 10-7.xlsx
Sept Operational Cash forecast.xlsx
AC neilson $22.5 153016821-attachments-9340085733 (1).pdf
Lieberman Research GSK 472-12-2-7758.doc
153016821-attachments-4072119943 - 1059509.pdf
153016821-attachments-4072119943 - 1059509.pdf.crdownload
153016821-attachments-4072120004 - 1059706.pdf
153016821-attachments-4072120004 - 1059706.pdf.crdownload
153016821-attachments-4072120302 - 1057677.pdf
153016821-attachments-4072121947 - 1060776.pdf
153016821-attachments-4072121963 - 1061518.pdf
153016821-attachments-4072121967 - 1062134.pdf
153016821-attachments-4072122087 - 1064356.pdf
153016821-attachments-4072122303 - 1065069.pdf
153016821-attachments-4072122380 - 1064853.pdf
153016821-attachments-4072122380 - 1064753.pdf
153016821-attachments-4072122037 - 1059509.pdf
153016821-attachments-4072122304 - 1064853.pdf.crdownload
153016821-attachments-4072123149.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123870.pdf.crdownload
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf
August Operational Cash forecast and actuals 8-14-2015.xlsx
August Operational Cash forecast and actuals 8-24-2015.xlsx
August Operational Cash forecast and actuals 8-31-2015.xlsx
August Operational Cash forecast and actuals 9-14-2015.xlsx
August Operational Cash forecast and actuals 9-18-2015.xlsx
Cash forecast and actuals 7-26-2015.xlsx
Cash forecast and actuals 7-30-2015.xlsx
Cash forecast and actuals 8-5-2015.xlsx
Dec Operational Cash forecast  12-15-2015.xlsx
Dec Operational Cash forecast  12-17-2015.xlsx
Dec Operational Cash forecast  12-21-2015.xlsx
Dec Operational Cash forecast  12-31-2015 interim.xlsx
Details of 6.1m in Fixed assets through AP.xlsx
January Cash items.xlsx
July 2015 details by account.xlsx
July 2015 details by account.xlsx.crdownload
July Operational Cash forecast and actuals 8-13-2015.xlsx
Nov Operational Cash forecast and actuals 11-16-2015.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final 12-10 10 am.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 prelim.xlsx
Oct  Operational Cash forecast and actuals 10-13-2015.xlsx
Oct  Operational Cash forecast and actuals 11-14-2015.xlsx
Oct  Operational Cash forecast and actuals 11-7-2015.xlsx
Sept Operational Cash forecast and actuals 10-13-2015.xlsx
2011 CM Income and EBITDA Stmts.xlsx
2014-2016 BS.xlsx
2014-2016 P&L.xlsx
ContextMedia 2014 Projection Model 36mo Version 10 111214.xlsx

ContextMedia 2014 Projection Model 36mo Version 11 112114.xlsx
ContextMedia 2014 Projection Model 36mo Version 12 112214.xlsx
ContextMedia 2014 Projection Model 36mo Version 13 112314.xlsx
ContextMedia 2014 Projection Model 36mo Version 14 121114.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia 2014 Projection Model 36mo Version 6 061014 (1).xlsx
ContextMedia 2014 Projection Model 36mo Version 7 10282014.xlsx
ContextMedia 2014 Projection Model 36mo Version 8 103014.xlsx
ContextMedia 2014 Projection Model 36mo Version 9 111114.xlsx
ContextMedia Financial Statements 2012 Projections Income Statement.pdf
ContextMedia Financial Statements FOR CASH FLOW PROJECTIONS ONLY July 2012.xlsx
ContextMedia Financial Statements July 2012 Actual With Full Year Projections.xlsx
ContextMedia FixedAsset Projections.xls
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-29 11 am.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-2 9 am.xlsx
ContextMedia Inc 2010  Financial Statements Budget v Projected (Actual Results Through July).xls
ContextMedia Inc 2010  Financial Statements Revised For Simponi.xls
ContextMedia Inc 2010 Budget Second  Draft 12242009.xls
ContextMedia Inc 2011 Financial Statement Projections.xls
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Five Year Financial Projections 2011-2015.xls
Difference in 5-29 vs 6-2 model.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
Q2'14 to Q4'14 Hiring Forecast.xlsx
12.15.15 AP Check Run (4).xlsx
AP forecast for Dec.xlsx
Borrowing Base AR balance as of 12-17-2015 and proj to 12-31-15.xlsx
Due From Rishi.xlsx
Due from Shradha A.xlsx
Financial Statements - Shortcut.lnk
Nates cash collection Dec and Jan.xls
Outform.xlsx
ContextMedia - 2015 Projections - 6.28.15.xlsx
ContextMedia Health LLC - Projection Model Working BP Edit.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-27.xlsx
Revenue_June 2015.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-10-2015.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-17-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5.xlsm
Financials results for LG  credit limit 2-3-2017.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016 linked on 10.5 model BP edits 1-24.xlsx
ContextMedia Projection Model - 10.5.15 - BP 1.24.15.xlsm
ContextMedia_December 2015_Financial Statements.xlsx
Hardware Capex - 2016 v2.xlsx
ContextMedia Health LLC - Detailed Projection - 1-21-2016.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Compare 1-21 to 1-24.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016.xlsx
ContextMedia 5 Year Projection Model - Edit - 1.xlsx
ContextMedia Health LLC - Projection Model  Jan 2016 actuals and forecast.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
ContextMedia_January 2016_Financial Statements -  FY 2015 topsides included.xlsx
ContextMedia Health LLC - Detailed Projection - 11-3-2015.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Hardware Capex - 2016 v2.xlsx
Actuals Aug on 8-4-2015.xlsx
ContextMedia Health LLC - Projection Model - 10-20-2015.xlsx
ContextMedia Health LLC - Projection Model Sept actuals and Q4 forecast as of 9-25-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-15-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-26-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-8-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 10 am -  Final.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 9 am.xlsx
ContextMedia Health LLC - Projection Model Working 8-11-2015.xlsx

ContextMedia Health LLC - Projection Model Working 8-19-2015.xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015 (Brad's changes 2015-08-05).xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-18-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-22-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-24 updated forecast for Q4.xlsx
ContextMedia Health LLC - Projection Model Working 9-8-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5 - Old.xlsm
Employee Head Count_Department.xls
Headcount summary for 2015.xlsx
20171103 DP Diligence Request Response_Private.xlsx
ContextMedia Financial Statements December 2012.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December 2014.pdf
ContextMedia_June 2015_Financial Statements Summary.pdf
ContextMedia_June 2015_Financial Statements Summary.xlsx
August 2014 Summary.docx
ContextMedia_August 2014 (1) (1).pdf
Cash forecast and actuals 7-26-2015.xlsx
Cash forecast and actuals 7-27.xlsx
Weekly dashboard 7-24-2015.xlsx
Weekly template for management.xlsx
DOJ-0003832077 - Restitution & Loss.pdf
DOJ-PROD-SS-0000000001-DOJ-PROD-SS-0000000025.pdf
DOJ-PROD-SS-0000000026-DOJ-PROD-SS-0000000051.pdf
DOJ-PROD-SS-0000000052-DOJ-PROD-SS-0000000053.pdf
DOJ-PROD-SS-0000000054-DOJ-PROD-SS-0000000095.pdf
DOJ-PROD-SS-0000000096-DOJ-PROD-SS-0000000101.pdf
DOJ-PROD-SS-0000000102-DOJ-PROD-SS-0000000108.pdf
DOJ-PROD-SS-0000000109-DOJ-PROD-SS-0000000115.pdf
DOJ-PROD-SS-0000000116-DOJ-PROD-SS-0000000116.pdf
DOJ-PROD-SS-0000000117-DOJ-PROD-SS-0000000117.pdf
DOJ-PROD-SS-0000000118-DOJ-PROD-SS-0000000118.pdf
DOJ-PROD-SS-0000000119-DOJ-PROD-SS-0000000120.pdf
DOJ-PROD-SS-0000000121-DOJ-PROD-SS-0000000124.pdf
Exhibit A.xlsx
Exhibit B.pdf
Exhibit C.pdf
Exhibit D.xlsx
GX1081.pdf
GX1973.pdf
GX997.pdf
AccessReport - Check.xls
AccessReport - View Date.xls
AccessReport.xls
WorkspaceUsersExport.xls
1.1.2 CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
1.1.3 CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
1.1.4 Context Media - Reorganizaton Agreement (executed) (1).pdf
1.1.6 ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
1.1.7 NY York Application.pdf
1.1.8 IL DBA Name.pdf
1.1.1.1 Articles of Incorporation.pdf
1.1.1.2 By-Laws.pdf
1.1.1.3 Articles of Merger.pdf
1.1.1.4 Articles of Amendment Oct 2009.pdf
1.1.1.5 Articles of Amendment Jan 2007.pdf
1.1.5.1 1. ContextMedia, Inc. - Written Consent of Directors.pdf
1.1.5.10 ContextMedia Health Holdings, LLC - IRS confirmation of FEIN V1 81-1911849.pdf
1.1.5.11 ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ….pdf
1.1.5.12 ContextMedia Health LLC - Second  A&R LLC.pdf
1.1.5.2 2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
1.1.5.3 3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
1.1.5.4 4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
1.1.5.5 5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
1.1.5.6 6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
1.1.5.7 7. Contribution Agreement.pdf

1.1.5.8 8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
1.1.5.9 ContextMedia Health Holdings, LLC - FILED Delaware Certificate of Formation V1.PDF
1.2.1 ContextMedia Health Holdings LLC Legal Chart (1).pdf
10.1 AccentHealth Metrics.xlsx
10.2 AccentHealth - FY 2015 Audited Financials.pdf
10.3 AccentHealth - FY 2014 Audited Financials.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
10.5 Project Almond Customer Satisfaction Interview Results - October 22 2016 - McKinsey.pdf
10.6 Membership Interest Purchase Agreement - Project Almond (Executed)_(4329....pdf
10.7 Disclosure Schedules - Project Almond (FINAL)_(44091348_15).pdf
Ratings Agency Model - 3 Statements.pdf
2.1.1.1 2014 and 2013 CMH Inc Audit Report.pdf
2.1.1.2 2014 management letter from Miller Cooper.pdf
2.1.1.3 ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
2.1.2.1 ContextMedia 2015 Audited Financials.pdf
2.1.2.2 Legal Rep letter to 2015 for D&T- Final.pdf
2.1.2.3 Representation letter 2015 to D&T -  Final.pdf
2.1.2.4 2.10  D&T Results of Audit including controll related maters 3-17-2016.pdf
2.1.2.5 2.10 D&T Planning and Scope Letter to BOD 3-10-2016.pdf
2.1.3.1 CMH LLC Q4 2016 Operating Results MD&A.pdf
2.1.3.2 ContextMedia Health LLC  - 2016 Audited Financials.pdf
2.2.1 ContextMedia Financial Statements - 9.30.16.xlsx
2.3.1 Maintenance Capex Aug 16 YTD.xlsx
2.4.1 AR 9-30.xlsx
2.5.1 Fixed Asset Schedule June 2016.xlsx
2.5.2 Assets in Field with location through 6.30.16.xlsx
3.1.1.1 2013 Revenue Detail.xlsx
3.1.1.2 2014 Revenue Detail.xlsx
3.1.1.3 2015 Revenue Detail.xlsx
3.1.1.4 Brand Renewal Detail_Revised.xlsx
3.1.1.5 Revenue by Category - FY14-FY16.xlsx
3.1.1.6 Revenue Waterfall_Aug 2016.xlsx
3.1.1.7.1.1 IMS_ContextMedia_Promo Return NRx_Anoro_Q1 FINAL.pdf
3.1.1.7.1.2 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015_Final.pdf
3.1.1.7.10.1 IMS_ContextMedia_Promo Return_Symbicort__Results.pdf
3.1.1.7.11.1 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015.pdf
3.1.1.7.11.2 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_May 2015.pdf
3.1.1.7.11.3 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_November 2015.pdf
3.1.1.7.13.1 IMS_CMH_Amgen Prolia 2015 Q2 Early Read_vSEND Deck (4).pdf
3.1.1.7.14.1 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_July 2015.pdf
3.1.1.7.14.2 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_September 2015_Final.pdf
3.1.1.7.15.1 IMS _ContextMedia_Promo Return_Simponi July 2014_Results_Updated.pdf
3.1.1.7.16.1 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015_Final.pdf
3.1.1.7.17.1 Tecfidera ROI.pdf
3.1.1.7.18.1 IMS_ContextMedia_Promo Return_Tirosint_May 2015_Results_November 2015.pdf
3.1.1.7.19.1 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.20.1 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pdf
3.1.1.7.21.1 IMS_ContextMedia_Promo Return_Xeljanz January 2014_Results_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.3.1 IMS_ContextMedia_Brintellix_Performance_v3.pdf
3.1.1.7.4.1 IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015 Final.pdf
3.1.1.7.5.1 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015_AD.pdf
3.1.1.7.6.1 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_June 2015_Final.pdf
3.1.1.7.6.2 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_October 2015_Final.pdf
3.1.1.7.6.3 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_September 2015_Final.pdf
3.1.1.7.7.1 IMS_ContextMedia_Promo Return NBRx_Invokana_2014 Final.pdf
3.1.1.7.7.2 IMS_ContextMedia_Promo Return NBRx_Invokana_2015 Results Final.pdf
3.1.1.7.8.1 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pdf
3.1.1.7.9.1 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pdf
3.1.1.7.9.2 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015_Final.pdf
3.1.2.1 HCP Cohort Churn.xlsx
3.1.2.2 US Physician Breakdown by Specialty.pdf
3.1.2.3 Specialty Counts Over Time.xlsx
3.1.2.4 Retention Rate Analysis.xlsx
3.1.2.5 CM Member Growth - Q3 2016.xlsx
3.2.1 Revenue Per Device By Category.xlsx

3.2.2 Hardware Cost Schedule vF.xlsx
3.2.3 Product Ad Utilization.xlsx
3.3.1 IHSMetricsCollateral.pdf
3.3.2 Wallboard Q3'16 Metrics.pdf
3.3.3 IMS Executive Summary 2016.pdf
3.3.4 CMH_CaseStudy_Dr.Baum_07.2016 (1).pdf
3.3.5 OH_Consulation_Messaging_Brochure.pdf
3.3.6 OH_Executive_Overview.pdf
3.3.7 OH_General_Brochure.pdf
3.4.1 CMH Headcount Rollforward - 2016-10-06 publish.xlsx
3.4.2 Headcount by department 9-30.xlsx
3.5.1 Outcome Health Overview Deck.pdf
4.1.12 Sanofi Terms  Conditions Digital OOH Media Final V.2014.pdf
4.1.13 IAB_4As-tsandcs-FINAL.pdf
4.1.3 151105_Anoro_Contract (4).pdf
4.1.4 151222 Gilead Harvoni Contract (3).pdf
4.1.5 160205_EliLilly_Trulicity_Contract_Executed (1).pdf
4.1.6 160310 Sanofi Praluent Incemental Contract Executed.pdf
4.1.7 Context Health 2016 IO Novolog.pdf
4.1.8 Context Health IO 2016 Victoza.pdf
4.1.9 Humira RA Spark CMH 2014 IO_AB 68223.pdf
4.1.1.1 Jardiance_April_2016 IO_Updated.pdf
4.1.1.10 Jardiance_September_2016 IO.pdf
4.1.1.2 Jardiance_August_2016 IO_Updated.pdf
4.1.1.3 Jardiance_December_2016 IO.pdf
4.1.1.4 Jardiance_July_2016 IO_Updated.pdf
4.1.1.5 Jardiance_June_2016 IO_Updated.pdf
4.1.1.6 Jardiance_March_2016 IO_Updated.pdf
4.1.1.7 Jardiance_May_2016 IO_Updated.pdf
4.1.1.8 Jardiance_November_2016 IO.pdf
4.1.1.9 Jardiance_October_2016 IO.pdf
4.1.10.1 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16 (2).pdf
4.1.10.10 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract (2).pdf
4.1.10.11 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16.pdf
4.1.10.12 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract.pdf
4.1.10.13 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract.pdf
4.1.10.14 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract.pdf
4.1.10.15 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract.pdf
4.1.10.16 232 160728_AbbVie_Creon_Contract_Signed.pdf
4.1.10.17 237 160706 2016 Viekira HCV POC_Executed IO - Context Media Health.pdf
4.1.10.18 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed.pdf
4.1.10.19 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract.pdf
4.1.10.2 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract (2).pdf
4.1.10.20 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract.pdf
4.1.10.3 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract (2).pdf
4.1.10.4 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract (2).pdf
4.1.10.5 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract (2).pdf
4.1.10.6 232 160728_AbbVie_Creon_Contract_Signed (2).pdf
4.1.10.7 237 160706 2016 Viekira HCV POC_Executed IO - Context Media Health (2).pdf
4.1.10.8 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed (2).pdf
4.1.10.9 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract (2).pdf
4.1.11.1 187 Jardiance Context Media Aug 2015 (2).pdf
4.1.11.10 188 Jardiance_November_2016 IO.pdf
4.1.11.100 629 Stiolto_Nov2016_IO_updated.pdf
4.1.11.11 188 Jardiance_October_2016 IO.pdf
4.1.11.12 188 Jardiance_September_2016 IO.pdf
4.1.11.13 192 Tradjenta_August_2016 IO (2).pdf
4.1.11.14 192 Tradjenta_December_2016 IO (2).pdf
4.1.11.15 192 Tradjenta_July_2016 IO (2).pdf
4.1.11.16 192 Tradjenta_November_2016 IO (2).pdf
4.1.11.17 192 Tradjenta_October_2016 IO (2).pdf
4.1.11.18 192 Tradjenta_September_2016 IO (2).pdf
4.1.11.19 214 151123_Pradaxa_IO_April_2016 (1) (2).pdf
4.1.11.2 188  Jardiance_March_2016 IO_Updated.pdf
4.1.11.20 214 151123_Pradaxa_IO_Feb_2016 (1) (2).pdf
4.1.11.21 214 151123_Pradaxa_IO_June_2016 (1) (2).pdf
4.1.11.22 214 151123_Pradaxa_IO_March_2016 (1) (2).pdf

4.1.11.23 214 151123_Pradaxa_IO_May_2016 (1) (2).pdf
4.1.11.24 310 BOE-STI-8 Apr16 (2).pdf
4.1.11.25 310 BOE-STI-8 Feb16 (2).pdf
4.1.11.26 310 BOE-STI-8 Jan16 (2).pdf
4.1.11.27 310 BOE-STI-8 Jun16 (2).pdf
4.1.11.28 310 BOE-STI-8 Mar16 (2).pdf
4.1.11.29 310 BOE-STI-8 May16 (2).pdf
4.1.11.3 188 Jardiance_April_2016 IO_Updated.pdf
4.1.11.30 310 Stiolto_CMH_August_2016 (2).pdf
4.1.11.31 310 Stiolto_CMH_Dec_2016 (2).pdf
4.1.11.32 310 Stiolto_CMH_July_2016 (2).pdf
4.1.11.33 310 Stiolto_CMH_Nov_2016 (2).pdf
4.1.11.34 310 Stiolto_CMH_Oct_2016 (2).pdf
4.1.11.35 310 Stiolto_CMH_Sept_2016 (2).pdf
4.1.11.36 490 BOE Spiriva_IO O-15BOE0031_February 2015 (2).pdf
4.1.11.37 490 BOE Spiriva_IO O-15BOE0032_March 2015 (2).pdf
4.1.11.38 490 BOE Spiriva_IO O-15BOE0033_April 2015 (2).pdf
4.1.11.39 490 BOE Spiriva_IO O-15BOE0034_May 2015 (2).pdf
4.1.11.4 188 Jardiance_August_2016 IO_Updated.pdf
4.1.11.40 490 BOE Spiriva_IO O-15BOE0035_June 2015 (2).pdf
4.1.11.41 490 BOE Spiriva_IO O-15BOE0036_July 2015 (2).pdf
4.1.11.42 490 BOE Spiriva_IO O-15BOE0037_August 2015 (2).pdf
4.1.11.43 490 BOE Spiriva_IO O-15BOE0038_September 2015 (2).pdf
4.1.11.44 490 BOE Spiriva_IO O-15BOE0039_October 2015 (2).pdf
4.1.11.45 490 BOE Spiriva_IO O-15BOE0040_November 2015 (2).pdf
4.1.11.46 490 BOE Spiriva_IO O-15BOE0041_December 2015 (2).pdf
4.1.11.47 490 Spiriva- CMH- January 2015 (2).pdf
4.1.11.48 540 Pradaxa_CMH_Oct_2016 (2).pdf
4.1.11.49 540 Pradaxa_CMH_Sept_2016 (2).pdf
4.1.11.5 188 Jardiance_December_2016 IO.pdf
4.1.11.50 593 Stiolto_Dec2016_IO_rev (2).pdf
4.1.11.51 593 Stiolto_Nov2016_IO_rev (2).pdf
4.1.11.52 593 Stiolto_Oct2016_IO_rev (2).pdf
4.1.11.53 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp (2).pdf
4.1.11.54 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp (2).pdf
4.1.11.55 629 Stiolto_Dec2016_IO_updated (2).pdf
4.1.11.56 629 Stiolto_Nov2016_IO_updated (2).pdf
4.1.11.57 192 Tradjenta_August_2016 IO.pdf
4.1.11.58 192 Tradjenta_December_2016 IO.pdf
4.1.11.59 192 Tradjenta_July_2016 IO.pdf
4.1.11.6 188 Jardiance_July_2016 IO_Updated.pdf
4.1.11.60 192 Tradjenta_November_2016 IO.pdf
4.1.11.61 192 Tradjenta_October_2016 IO.pdf
4.1.11.62 192 Tradjenta_September_2016 IO.pdf
4.1.11.63 214 151123_Pradaxa_IO_April_2016 (1).pdf
4.1.11.64 214 151123_Pradaxa_IO_Feb_2016 (1).pdf
4.1.11.65 214 151123_Pradaxa_IO_June_2016 (1).pdf
4.1.11.66 214 151123_Pradaxa_IO_March_2016 (1).pdf
4.1.11.67 214 151123_Pradaxa_IO_May_2016 (1).pdf
4.1.11.68 310 BOE-STI-8 Apr16.pdf
4.1.11.69 310 BOE-STI-8 Feb16.pdf
4.1.11.7 188 Jardiance_June_2016 IO_Updated.pdf
4.1.11.70 310 BOE-STI-8 Jan16.pdf
4.1.11.71 310 BOE-STI-8 Jun16.pdf
4.1.11.72 310 BOE-STI-8 Mar16.pdf
4.1.11.73 310 BOE-STI-8 May16.pdf
4.1.11.74 310 Stiolto_CMH_August_2016.pdf
4.1.11.75 310 Stiolto_CMH_Dec_2016.pdf
4.1.11.76 310 Stiolto_CMH_July_2016.pdf
4.1.11.77 310 Stiolto_CMH_Nov_2016.pdf
4.1.11.78 310 Stiolto_CMH_Oct_2016.pdf
4.1.11.79 310 Stiolto_CMH_Sept_2016.pdf
4.1.11.8 188 Jardiance_March_2016 IO_Updated.pdf
4.1.11.80 490 BOE Spiriva_IO O-15BOE0031_February 2015.pdf
4.1.11.81 490 BOE Spiriva_IO O-15BOE0032_March 2015.pdf
4.1.11.82 490 BOE Spiriva_IO O-15BOE0033_April 2015.pdf
4.1.11.83 490 BOE Spiriva_IO O-15BOE0034_May 2015.pdf

4.1.11.84 490 BOE Spiriva_IO O-15BOE0035_June 2015.pdf
4.1.11.85 490 BOE Spiriva_IO O-15BOE0036_July 2015.pdf
4.1.11.86 490 BOE Spiriva_IO O-15BOE0037_August 2015.pdf
4.1.11.87 490 BOE Spiriva_IO O-15BOE0038_September 2015.pdf
4.1.11.88 490 BOE Spiriva_IO O-15BOE0039_October 2015.pdf
4.1.11.89 490 BOE Spiriva_IO O-15BOE0040_November 2015.pdf
4.1.11.9 188 Jardiance_May_2016 IO_Updated.pdf
4.1.11.90 490 BOE Spiriva_IO O-15BOE0041_December 2015.pdf
4.1.11.91 490 Spiriva- CMH- January 2015.pdf
4.1.11.92 540 Pradaxa_CMH_Oct_2016.pdf
4.1.11.93 540 Pradaxa_CMH_Sept_2016.pdf
4.1.11.94 593 Stiolto_Dec2016_IO_rev.pdf
4.1.11.95 593 Stiolto_Nov2016_IO_rev.pdf
4.1.11.96 593 Stiolto_Oct2016_IO_rev.pdf
4.1.11.97 628 FULLY EXECUTED_O-16BOE0173-REV001_revisedp.pdf
4.1.11.98 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp.pdf
4.1.11.99 629 Stiolto_Dec2016_IO_updated.pdf
4.1.2.1 160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
4.1.2.2 160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
4.1.2.3 675 Context Media Health- Biogen Tecfidera ERT CC_signed JM 170106_SIGNED.pdf
4.1.2.4 676 Context Media Health- Biogen Tecfidera CC_signed JM 170106_SIGNED.pdf
4.2.1 CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
4.2.2 Group MA 2017.pdf
4.2.3 Form System Agreement 2017.pdf
4.3.4 Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
4.3.1.1 ContextMedia BSBA Fully Executed (5).pdf
4.3.1.2 Amendment to BSBA (2).pdf
4.3.2.1 dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx
4.3.2.2 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (2).pdf
4.3.2.3 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (3).pdf
4.3.3.1 Context Media Proposal - 07 23 2015 Final.pdf
4.3.3.2 DOC071315-07132015.pdf
4.3.3.3 Swank_Context_DealMemo.pdf
4.3.3.4 Swank HealthCare Agreement Executed.pdf
4.4.1.1 Pounce Wallboard SOW.pdf
4.4.1.2 Pounce Media Player SOW.pdf
4.4.1.3 Pounce Master Supplier Agreement.pdf
4.4.2.1 MSA ContextMedia 2013-03-18.pdf
4.4.2.10 ContextMedia_Yitoa_32inch Wallboard_Statement of Work_20160317_CMH signed.pdf
4.4.2.11 Wallboard_Appendix A_Cost Structure_v9 added 64gb eMMC Flash & 4gb RAM_signed.pdf
4.4.2.12 ASSENT TO TERMS AND CONDITIONS AGREEMENT (1).pdf
4.4.2.13 MASTER SUPPLIER AGREEMENT_MSA_ContextMedia_Yitoa_20160317_CMH signed.pdf
4.4.2.2 Master Supplier Agreement Form.pdf
4.4.2.3 ContextMedia-Yitoa 13inch Tablet Statement of Work.pdf
4.4.2.4 ContextMedia- Yitoa 32inch Wallboard Statement of Work.pdf
4.4.2.5 Yitoa ASSENT TO TERMS AND CONDITIONS AGREEMENT.pdf
4.4.2.6 32inch SOW.pdf
4.4.2.7 13.3inch.pdf
4.4.2.8 ContextMedia Media Player SOW yitoa signed.pdf
4.4.2.9 ContextMedia_Yitoa_13inch Tablet Statement of Work_20160317_CMH signed.pdf
4.5.1 Credit Agreement Executed (1).PDF
4.6.1 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
4.6.10 6.1.2 Agreement of Lease NYC.pdf
4.6.11 7.6.19 ESRT Lincoln NY Lease Amendment #1 02-21-12.pdf
4.6.12 #2236951v17_CHI1_ - ContextMedia Lease-c.docx
4.6.2 Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1).pdf
4.6.3 P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
4.6.4 P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
4.6.5 Yodle Web.com Context Media Consent to Sublease Agreement.PDF
4.6.6 One Madison executed Renewal lease APP with signatures.pdf
4.6.7 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor - Fully Executed.pdf
4.6.8 6.1.4 Final Tampa Office Lease-Liberty 2013.pdf
4.6.9 6.1.1 Agreement of Lease First Amendment NYC.pdf
4.7.1 Gravitas Hardware - Intercompany Agreement (2).pdf
4.7.2 Gravitas Management - Intercompany Agreement (2).pdf
4.7.3 Gravitas Hardware - Intercompany Agreement.pdf
4.7.4 Gravitas Management - Intercompany Agreement.pdf

4.7.5 Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
4.7.6 Services Agreement (ContextMedia).pdf
4.8.1 2016 Revenue - Top 10 Brands.xlsx
4.8.10 Humira 199 a.pdf
4.8.11 Humira 199 b.pdf
4.8.12 Humira 199 c.pdf
4.8.13 Humira 200 a.pdf
4.8.14 Humira 200 b.pdf
4.8.15 Humira 242 a.pdf
4.8.16 Humira 242 b.pdf
4.8.17 Humira 601.pdf
4.8.18 Jardiance 187 a.pdf
4.8.19 Jardiance 187 b.pdf
4.8.2 Breo Asthma 273.pdf
4.8.20 Jardiance 188 a.pdf
4.8.21 Jardiance 188 b.pdf
4.8.22 Jardiance 188 c.pdf
4.8.23 Jardiance 188 d.pdf
4.8.24 Jardiance 188 e.pdf
4.8.25 Jardiance 188 f.pdf
4.8.26 Jardiance 188 g.pdf
4.8.27 Jardiance 188 h.pdf
4.8.28 Jardiance 188 i.pdf
4.8.29 Jardiance 188 j.pdf
4.8.3 Breo Asthma 344.pdf
4.8.30 Movantik 124.pdf
4.8.31 Movantik 295.pdf
4.8.32 Movantik 296.pdf
4.8.33 Movantik 297.pdf
4.8.34 Movantik 599.pdf
4.8.35 Movantik 600.pdf
4.8.36 Praluent 218.pdf
4.8.37 Reapatha 217.pdf
4.8.38 Reaptha 532, 533.pdf
4.8.39 Repatha 216.pdf
4.8.4 Dula (Trulicity) 181, 517.pdf
4.8.40 Tecfidera 225 a.pdf
4.8.41 Tecfidera 225 b.pdf
4.8.5 Entresto 283.pdf
4.8.6 Entresto 284.pdf
4.8.7 Harvoni 236.pdf
4.8.8 Harvoni 510.pdf
4.8.9 Harvoni 567.pdf
5.1 CM Holdings LLC W-9.pdf
5.2 CM Inc W-9.pdf
5.3 W-9 ContextMedia LLC.pdf
6.1 NonCompete NonSolicit (w arb).docx
6.10 Yieldbot - CMH answer.pdf
6.11 Yieldbot Inc._s Answer to ContextMedia Health, LLC_s Counterclaim.PDF
6.2 Litigation Summary for GS.docx
6.3 Settlement Agreement (6).pdf
6.4 Settlement Agreement-5.pdf
6.5 viani-settlementagreement.final.executed.pdf
6.6 CMH Signature Page (1).pdf.pdf
6.7 Summons and Complaint - Yieldbot v. Pierce et al. (Index No. 650518-2017).pdf
6.8 Yieldbot Ltr to Kristen Carlisle from Gerard D. O_Shea.PDF
6.9 Yieldbot  - Response Letter 3295_001.pdf
7.1 Axis -  D&O, E&O, Fiduciary and Crime 12-4-2015.pdf
7.10 ContextMedia P+ Binder 2017 D&O.pdf
7.11 ContextMedia Healt LLC-AXIS Insurance 2017 Policy.pdf
7.12 ContextMedia Package Policy 83UUNZH7490 16-17.pdf
7.13 ContextMedia Umbrella Policy 16-17.pdf
7.14 ContextMedia WC Policy 16-17.pdf
7.15 ContextMediaForeign Package Policy 16-17 (1).pdf
7.16 ContextMedia Healt LLC-Endt #8, #9 and #10.pdf
7.2 BV Settlement Attachments.pdf
7.3 ContextMedia Health Settlement Memo for BV.docx

7.4 ContextMedia.pdf
7.5 ContextMedia Package Policy 83UUNZH7490 16-17 (2).pdf
7.6 ContextMedia Umbrella Policy 16-17 (2).pdf
7.7 ContextMedia WC Policy 16-17 (2).pdf
7.8 ContextMediaForeign Package Policy 16-17 (1) (2).pdf
7.9 ContextMedia Health, LLC-AXIS Insurance 2015 Policy.pdf
8.1 ContextMedia Company Values.pdf
8.10 ContextMedia - 2016 Long Term Incentive Plan - Executed (2).pdf
8.11 ContextMedia - Restricted Incentive Award Agreement - Form Award (2).doc
8.12 RIA Detail as of 12310216 (1).xlsx
8.2 Employee Handbook and Personnel Policy Manual - (July 2016 Working Version).pdf
8.3 Org chart.pdf
8.4 Org chart 2.pdf
8.5 ContextMedia Offer Letter - Madan-signed.pdf
8.7 ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
8.8 ContextMedia - Restricted Incentive Award Agreement - Form Award.doc
8.9 Outcome Health Employment Letter - Shradha Agarwal (1).pdf
8.6.1 Rishi Note $55k 12-31-2016.pdf
8.6.2 Rishi Note $37k 12312014.pdf
8.6.3 Rishi Note $37k 12-31-2016.pdf
8.6.4 Shradha Note $41k 12312014.pdf
8.6.5 Shradha Note $41k through 12-31-2016.pdf
8.6.6 Affiliate Loan Note - ContextMedia and Jumpstart.pdf
8.6.7 Assignment and Assumption of Promissory Note.pdf
9.1 10.1 Active_49994466_1_SecurityRulePoliciesandProcedures-ContextMediaBPEdits.docx.docx
9.2 10.1 Security Control Assessment for Members.xlsx
9.3 Internal systems summary.docx
9.4 mdm-new-erd.png
9.5 As-Filed Documents.pdf
9.6 GS IP Summary.docx
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).pptx
LLC Agreement Pre-Deal.pdf
Outcome Inc Cap Table 09302017.xlsx
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Context - Revised Structure Chart (003).pdf
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF
Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc. - W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C 2.0 _ A&R Registration Rights Agreement [Ecqued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF

Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110054_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP_ (EXECUTED)_(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_ (EXECUTED)_(46747285_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(46747286
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_
Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED)_(46747289_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED)_(46747290_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PI
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED
Project C 3.0 _ Joinder to Purchase Agreement Prudence_ (EXECUTED)_(46747282_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Ulysses_ (EXECUTED)_(46747283_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(469
Project C 3.0 _ Side Letter Emerson [Executed]_(CLOSING SET).pdf
Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF
Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF
Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF
Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF
Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF
Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF
Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF
Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF
Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF
Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF
Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF
Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF
Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF
Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF
Resolutions - Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF
Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45
Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PI
Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement (Executed)_(45729891_2).PDF
Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF

Resolutions - Outcome, Inc. - BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4
Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF
Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF
Resolutions - Outcome, Inc. - Stockholders re Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF
GSOHDOJ00000144 (unredacted).pdf
1 SUMMONS AND VERIFIED COMPLAINT.PDF
2015 ROI Reports - GS Lawsuit Review.docx
2015 ROI Studies (ROI per JPM).docx
56- SUMMONS AND AMENDED COMPLAINT.PDF
74- AMENDED SUMMONS AND COMPLAINT.PDF
75- AMENDED COMPLAINT REDLINE VERSION.PDF
BL-1 Verified Complaint.pdf
SEC_DEF_EPROD-000002814.pdf
SEC_DEF_EPROD-000002831.pdf
SEC_DEF_EPROD-000002836.pdf
SEC_DEF_EPROD-000002880.pdf
SEC_DEF_EPROD-000002888.pdf
SEC_DEF_EPROD-000002895.pdf
SEC_DEF_EPROD-000007568.pdf
SEC_DEF_EPROD-000007738.pdf
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf
Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M -  Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP -  Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k -  Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf
TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m -  Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf
Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf
ContextMedia_ 2016 Collateral Assignment of Business Interurruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx

Debt Attachment  TLB.xlsx
Debt Attachment .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf
ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow_Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  - Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf
private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
ContextMedia - Reorg Documents.zip
NPA.Executed.Final.pdf
2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Govt Version Shah.v.2.pdf
RE 2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Shah_Ri_psr.recD.pdf
Supp Govt Version Shah.v.2.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
Draft Project Wildcat Report 2-26-15.pdf
Project Wildcat Report 11-2-2015 draft.pdf
2016 Live Programs.xlsx
Dropbox (Outcome Health) - Shortcut (2).lnk
Dropbox (Outcome Health) - Shortcut.lnk
FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
Harvoni.xls
Revenue Data - By Period.xlsx
2013 - 2016 Revenue Summary AH and OH.xlsx
Q3 2013 - Q1 2014 Acct 8140 Detail_Travel.xls
Sponsorship Q1 Updates - Analysis.xlsx
Timing of Orders.xlsx
YTD Booking by Month.xlsx
Legal Entity - Outcome Health, Q1 Revenue.xlsx
Brands with 2017 Contracted Revenue 2017.04.26.xlsx

Contracts.zip
205 Contract.pdf
234 Contract.pdf
554 Contract.pdf
599 Contract.pdf
600 Contract.pdf
613 Contract.pdf
617 Contract.pdf
621 Contract.pdf
650 Contract.pdf
655 Contract.pdf
657 Contract.pdf
700 Contract.pdf
723 Contract.pdf
725 Contract.pdf
726 Contract.pdf
727 Contract.pdf
729 Contract.pdf
743 Contract.pdf
755 Contract.pdf
764 Contract.pdf
BPA Audit Process_v6.docx
12.31.2017 ICOM0000257 Invoice Detail.xlsx
677 - Bayer - OneADay 09-2017.pdf
747 & 961 - Bayer - Claritin Peds 09-2017.pdf
Embrel Derm_PO_Ã 7100215189_Signed 9_17_15.pdf
Embrel Derm_Signed 9_17_15.pdf
Enbrel Derm_SOW_Signed 9_17_15.docx
10_1-12_31_15_Amgen_Prolia_Contract_Expansion & Extension_Executed.pdf
CM_HorizonMedia Harvoni_Q2 April - June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July - September 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 October - December 2015_dated 05292015.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct - December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August - December 2015_with Jan 2016 value added_Signed 04162015.p
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
Gilenya_Contract_Extension_9_1-11_30_15.pdf
NNI 2015 POC Novo_Levemir_Hispanic_REVISED signed 05292015.pdf
NNI 2015 POC Novo_Levemir_Hispanic_signed 05292015.pdf
Novo Nordisk CMH Saxenda Contract #6345 in DoMedia-06-11-2015 (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Revised NEW Contract #794 Jan-Dec 2015 signed 03102015.pdf
Spark OOH Billing Guidelines Updated 7.17 (1) (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Jan-Dec 2015.pdf
151119_Bayer_Prenatal_Contract (2).pdf
2012-2015 Contract Archive.zip
ABT-ANG-CONTEXT-Shah-National-10-26-2012_129957505871775763.pdf
ASTRAZENECA Sponsorship Contract.pdf
KN-CM Advertising Agreement_KN Signed_092812.pdf
LifeScan Sponsorship Contract.pdf
Novo Nordisk Levemir Sponsorship Contract.pdf
Novo Nordisk NovoLog Sponsorship Contract.pdf
Simponi Sponsorship Contract 1.pdf
Simponi Sponsorship Contract 2.pdf
Target Health - Androgel Sponsorship Contract.pdf
Target Health - Listerine Sponsorship Contract.pdf
Xiaflex Sponsorship Contract.pdf
Advertising  Agreement - Viatech Nutritional Sciences 06242013.pdf
Androgel K1459-0001-0001 Q1 2013 - Fully Executed.pdf
Androgel K1459-0001-0004 Q2 2013 - Fully Executed.pdf
Bayer Aleve 2Q-4Q 2013 CHM fully executed.pdf
Bayer Aspirin - 1Q - Target Health - Contract Fully Executed 120612.pdf
Bayer Aspirin 2Q-4Q 2013 CHM fully executed.pdf
Bayer K1663-0001-0004.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1 UnSigned.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1_Signed.pdf
Context Media Insetion Order Victoza 082313.pdf
Context Media Order Victoza Hispanic IO 10222013.pdf

Direct Advantage (Novo Nordisk) 2013 DHN Order 10.16.12.pdf
Humira Contract 2013 before Incremental-signed (1).pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Feb 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Jan 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA March 2013.pdf
Lucentis Q4 - Context Media Health IO - Countersigned.pdf
Mediavest Walmart Contract Q1 2013 signed.pdf
Medtronic Context Media SOW $900K Fully Executed.pdf
OMA Contract - Benlysta Q4 2013 Fully Executed.pdf
Pradaxa Insertion Order O-13BOE0023 August 2013.pdf
Pradaxa Insertion Order O-13BOE0023 December 2013.pdf
Pradaxa Insertion Order O-13BOE0023 July 2013.pdf
Pradaxa Insertion Order O-13BOE0023 June 2013.pdf
Pradaxa Insertion Order O-13BOE0023 May 2013.pdf
Pradaxa Insertion Order O-13BOE0023 November 2013.pdf
Pradaxa Insertion Order O-13BOE0023 October 2013.pdf
Pradaxa Insertion Order O-13BOE0023 September 2013.pdf
Pradaxa Insertions Order O-13BOE0023 April 2013.pdf
Target Health - Androgel Contract - K1459-0001-0005 (Q3 13) & K1459-0001-0006 (Q4 13)  Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013 Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013_Version 2.pdf
Target Health  CVS Contract Q4 2013 Fully Executed - Revised 11012013.pdf
Target Health  CVS Contract Q4 2013 Fully Executed.pdf
Vivus Qsymia ContextMedia MSA-WO#1 11-21-2012 Fully Executed.pdf
Walmart #65664 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65683 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65736 Mediavest CMH July - Aug 2013.pdf
Walmart#64293 Mediavest CMH July - Aug 2013 signed.pdf
Xeljanz (Pfizer) Advertising Agreement Fully Executed 081213.pdf
2014 POP schedule .xlsx
Spark_Abbvie_AndroGel CMH 2014 IO_ABV 68219.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
Target Health_Allergan_Botox_April-Oct 2014_Incremental.pdf
Target Health_Allergan_Botox_April-Oct 2014_K3242-0001-0009.pdf
OMA_Astellas-Myrbetriq_May-Aug 2014.pdf
Mediavest_Astrazenca_Farxiga_Q4 2014_7-22-14.pdf
MediaVest_Astrazeneca_Farxiga Multicultural_Signed 10.03.14.pdf
Target Health_Bayer-Aleve Contract_April-Dec 2014.pdf
Target Health_Bayer-Aleve Tablet Spon Contract_Q1 2014_Signed 11.04.12_K4349-0001-0001.pdf
01 2014 IO BI PRADAXA O-14BOE0019.pdf
02 2014 IO for BI PRADAXA O-14BOE0020.pdf
03 2014 IO for BI Pradaxa O-14BOE0021.pdf
04 2014 IO for BI Pradaxa O-14BOE0022.pdf
05 2014 IO for BI Pradaxa O-14BOE0023.pdf
06 2014 IO for BI Pradaxa O-14BOE0024.pdf
07 2014 IO BI PRADAXA.pdf
08 2014 IO BI PRADAXA.pdf
09 2014 IO BI PRADAXA.pdf
10 2014 IO BI PRADAXA.pdf
11 2014 IO BI PRADAXA.pdf
12 2014 IO BI PRADAXA.pdf
Boston Scientific-Giant Creative-CMH 2014 -signed.pdf
Crescendo Bioscience_July - Dec 2014_Signed.pdf
Target Health_CVS Contract_May-July 2014.pdf
Target Health_CVS_Philadelphia_12-20-2013.pdf
GSW_2015_Q2_Endo Aveed_Executed Contract (1).pdf
GSW_Sumavel DosePro_11.2014-04.2015_signed.pdf
Underscore Marketing_Gilead Sciences Sovaldi_Aug 2014-Jan 2015.pdf
OMA_GSK_Benlysta_Jan-June 2014.pdf
OMA_GSK_Breo_Nov-Dec 2014_signed 10302014.pdf
OMA_GSK_Quad Flu_Oct through Dec 2014_Signed.pdf
CM Horizon Rayos_Nov 2014-Nov 2015_Signed.pdf
Insulet IO_Omnipod_Nov and Dec 2014.pdf
Invokana_June-Dec 2014_Signed_3-17-14.pdf
Invokana_June-Dec 2014_Updated Contract_7.30.14.pdf
OMG Invokana_Oct-Dec 2014_Signed 9.26.14.pdf
OMG Invokana_Oct-Dec 2014_Signed.pdf

OMG_J&J_Simponi UC_CR21921_9-30-14.pdf
2014 Direct Advantage - Novo Levemir (Nov-Dec).pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Merck_Januvia_Nov 2014 2014-Apr 2015 Contract_Signed 11042014.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
MediaVest_Otsuka Pharma Abilify Tablet Spon Contract_CY 2014_Signed 11.05.2013_OTSK 67664.pdf
Xeljanz Context Media English 2014 - 12.3.2013.pdf
Xeljanz ContextMedia Spanish 2014 - 12.3.2013.pdf
2014-2015_Simponi_Q4 and value add_signed 11252014.pdf
Fully Executed - Q3 UMJ3 Simponi UC Context Contract counter-signed_Value Add.pdf
UMJ3_Simponi_Jan-Dec 2014.pdf
Spark_Sunovion Latuda _Context Media #73726_Sept-Nov 2014.pdf
Tandem Diabetes-CMH 2014 Contract.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Signed.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Updated_Signed.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Direct Advantage_Victoza Hispanic IO_ Oct 2013-Jan 2014.pdf
Nov 2014 DA Novo Nordisk Victoza_Signed.pdf
2014 Amendment To Vivus Qsymia WO.pdf
Vivus Qsymia ContextMedia June-December 2014.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Revised Signed 03312015.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Signed 03272015.pdf
Bayer_Aleve_Contract_April - December REVISED 04202015.pdf
1Y5N2u_snfSM9YgECcJ-RlMGo5smpnWXMmo7pJ90wBWl5bX_eSr5Cz5IR6abcu_VlNY71zOhF7ls34VIqvRy39aH1OGuXu_z=s0-d-
919662793-postmessagerelay.js
AlbEiAIAAABDCPuwzKf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWJmMWM4M4MjM3MzA1YmU2NzVml
api.js
b4g_bookmarklet.js
b4g_launcher_light.png
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.html
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.pdf
bg_afternoon_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cb=gapi.loaded_3
cleardot.gif
core-rpc-shindig.random-shindig.sha1.js
extensionsafejqueryui.css
extensionsafestyle.css
frame.html
hovercard.html
hscv.html
icon_1_pdf_x32.png
logo(1).gif
logo.gif
no_photo.png
photo(1).jpg
photo(2).jpg
photo.jpg
postmessageRelay.html
profile_mask_2x.png
profile_mask2_27px_noborder.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AGLTcCMN7n9o6L0bajy20AeMUtwp_7HRiA
rs=AGLTcCNOvJh_Cl5STyPlO85QKabm08Bsgg
rs=AGLTcCOBAwr-VLfesYs1MqpSjOCv7vODRQ
rs=AHGWqJh9A7HoMc6JDtdo4agQNOpuF0XX1SZA.html
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A(1)
rs=AItRSTPuvSfL23EX884E8LdKrieasdPodA
saved_resource

saved_resource(1)
saved_resource(2)
tinyboomlogo.png
Bayer_Aspirin_Contract May - December signed 04212015.pdf
Bayer Claritin Contract_March-Oct 2015_signed 02122015.pdf
Bayer Claritin_Contract_Revised March - Oct 2015 signed 07062015.pdf
Bayer_Miralax_Jan-Dec 2015_Executed_Contract_Contract K8332-0001-0001_12232014.pdf
Bayer_OAD_Contract_June - October signed 04132014.pdf
Bayer_One A Day Prenatal_Apr 15 -Dec 2015_K7746-0001-0009 signed 04092015.pdf
Bayer_One A Day Prenatal_Jan-Dec 2015_K7746-0001-0007_12242014.pdf
Rephresh_April - June 2015 signed 03132015.pdf
J&J_CPG Division MSA_Fully Executed.pdf
J&J_Bandaid Wound Care Q1&Q2 2015 PO#993415587_12192014.html
J&J_Bandaid Wound Care Q1&Q2 2015 SOW_ 12172014.pdf
JHI_Care4Today_March-May 2015_signed 02192015.pdf
JHI_Care4Today_PO# 993440454.pdf
J&J_Rogaine March-May 2015_signed 01112015.pdf
J&J_Rogaine Mar-May 2015 PO#  993423780_Signed 01142015.html
115 Kovler U of Chgo_Pay Agreement_01152015.pdf
MedStar Pay for Service_Signed 02192015.pdf
Humira PsA contract  June - November signed 05052015 .pdf
AbbVie HCV Jan-Dec 2015 DoMedia Spark OOH Contract_signed 02032015.pdf
AbbVie HCV Revised contract# 848 to August-Dec 2015 DoMedia Spark_signed 07162015.pdf
AbbVie HCV Revised to contract # 6109 Jan-July 2015 DoMedia Spark_signed 07162016.pdf
AbbVie HCV Jan-Dec 2015 Spark OOH Contract_signed 12102014.pdf
Abbvie Humira Derm Contract #831_Do Media_Spark_Jan-Dec 2015_0131205.pdf
AbbVie Humira Derm Jan-Dec 2015 Spark OOH Contract_signed 12032014.pdf
Abbvie Revised Humira RA Contract #847_DoMedia_Spark_Jan-Dec 2015_02012015.pdf
AbbVie Humira RA Jan-Dec 2015 Spark OOH Contract_signed 11052014.pdf
150901_Acorda_Ampyra_Executed_Contract.pdf
Actavis Linzess_April - July 2015 signed 03132015.pdf
Actavis Namenda_April-June 2015_Signeds 02122015.pdf
Actavis Namenda_Feb-March 2015_Signeds 02122015.pdf
Actavis Namenda_July-Sept 2015_Signeds 02122015.pdf
Actavis Namenda_Oct-Dec 2015_Signeds 02122015.pdf
Akrimax Tirosint_signed 12242014.pdf
Akrimax_Tirosint_April - October signed 04172015.pdf
Allergan_Botxox_Contract_April-December_signed 03312015.pdf
CM_Allergan Botox_Q1 2015_Signed 11172014.pdf
OLD_Prolia _April-September 2015 signed 03032015.pdf
Astellas_Myrbetriq_October - December signed 06232015.pdf
Astrazeneca Farxiga_Jan-Dec 2015 Contract_FullyExecuted 12082014.pdf
Astrazeneca Symbicort_April-Sept 2015 signed 02242015.pdf
Avanir Context Media - In Office Consumer Program - Exam Room iPads.pdf
Avanir Context Media - MSA In Office Consumer Program - Exam Room iPads.pdf
Biogen_Tecfidera_Reinstating 2nd Half REVISED Feb-December signed 06152015.pdf
2015_Jan_Tecfidera_Revised Contract_Signed 121012.pdf
Biogen_Tecfidera_Contract_Revised 06022015 February - June (July forward cancelled) .pdf
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_ER Feb-Dec 2015_CM Signed 01282015.pdf
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_WR Feb-Dec 2015_CM Signed 01282015.pdf
Jardiance Context Media 2015.08.pdf
Jardiance Context Media 2015.09.pdf
Jardiance Context Media 2015.10.pdf
Jardiance Context Media 2015.11.pdf
Jardiance Context Media 2015.12.pdf
Jardiance Context Media 2016.01.pdf
Jardiance_Contract Aug - Jan 2015 signed 07062015pdf.pdf
BOE Pradaxa_IO O-15BOE0006_January 2015.pdf
BOE Pradaxa_IO O-15BOE0007_February 2015.pdf
BOE Pradaxa_IO O-15BOE0008_March 2015.pdf
BOE Pradaxa_IO O-15BOE0009_April 2015.pdf
BOE Pradaxa_IO O-15BOE0010_May 2015.pdf
BOE Pradaxa_IO O-15BOE0011 _June 2015.pdf

BOE Pradaxa_IO O-15BOE0012_July 2015.pdf
BOE Pradaxa_IO O-15BOE0013_August 2015.pdf
BOE Pradaxa_IO O-15BOE0014_September 2015.pdf
BOE Pradaxa_IO O-15BOE0015 _October 2015.pdf
BOE Pradaxa_IO O-15BOE0016 _November 2015.pdf
BOE Pradaxa_IO O-15BOE0017_December 2015.pdf
BOE Spiriva_IO O-15BOE0030_January 2015.pdf
BOE Spiriva_IO O-15BOE0031_February 2015.pdf
BOE Spiriva_IO O-15BOE0032_March 2015.pdf
BOE Spiriva_IO O-15BOE0033_April 2015.pdf
BOE Spiriva_IO O-15BOE0034_May 2015.pdf
BOE Spiriva_IO O-15BOE0035_June 2015.pdf
BOE Spiriva_IO O-15BOE0036_July 2015.pdf
BOE Spiriva_IO O-15BOE0037_August 2015.pdf
BOE Spiriva_IO O-15BOE0038_September 2015.pdf
BOE Spiriva_IO O-15BOE0039_October 2015.pdf
BOE Spiriva_IO O-15BOE0040_November 2015.pdf
BOE Spiriva_IO O-15BOE0041_December 2015.pdf
Tradjenta- CMH- August 2015.pdf
Tradjenta- CMH- July 2015.pdf
Tradjenta- CMH- June 2015.pdf
Tradjenta- CMH- May 2015.pdf
Tradjenta- CMH- October 2015.pdf
Tradjenta- CMH- September 2015.pdf
141222_July-Dec 2015_BMS Atripla_Executed_Contract_Signed 12192014.pdf
Celegne Otezla_CMH_revised signed 04202015.pdf
Celgene_Otezla_signed 03272015.pdf
Context Media PO_5_96846_Feb to June 2015.pdf
Context Media PO_5_96846_July 2015 to Jan 2016.pdf
Crescendo Bioscience MSA_January 2015_CM Signed01192015.pdf
Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015.pdf
DAI_Effient DTC_Contract_August – March 2016 signed 08-24-15.pdf
DAI_Effient_Contract_August – March 2016 signed 06292015.pdf
DAI_HTN_Contract_November – December signed 07242015.pdf
DAI_Savaysa contract August – March 2016 signed 07212015.pdf
DAI_Savaysa DTC contract October – March 2016 signed 08072015.pdf
Eli Lily_Dula_Sept-Dec Executed Contract_.pdf
Eli Lily_Humalog_Contract Sept – December revised 06232015.pdf
2015_Q2_Endo Aveed_Executed Contract.pdf
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
CM_HorizonMedia Harvoni_Q2 April – June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July – September 2015_dated 05292015 (1).pdf
CM_HorizonMedia Harvoni_Q3 October – December 2015_dated 05292015.pdf
Harvoni Incremental Contract 24592 Aug-15 Inv 1087.pdf
Harvoni Incremental July-15 Inv 1055.pdf
Harvoni Incremental Sep-15 Inv 1164.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct – December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August – December 2015_with Jan 2016 value added_Signed 04162015.p
Hologic_Contract_Revised_Aug – September signed 07152015.pdf
151124_GSK_Boostrix_Contract (1).pdf
GSK Boostrix June – December signed 04132015.pdf
GSK_QuadFlu_August 2015 – January 2016 signed 07272015.pdf
GSK Anoro_Jan-June 2015_REVISED Signed 04042015.pdf
GSK Anoro_July-December 2015 signed 03022015.pdf
GSK Anoro_Jan-June 2015_Signed 11192014.pdf
GSK Anoro_Jan-March 2015_Signed 11112014.pdf
Tanzeum Incremental_ March – October 2015 revised 06232015.pdf
Tanzeum Incremental_Executed March – Sept 2015 revised 03112015.pdf
Tanzeum_Adjusted Launch_March-Sept 2015_Signed 02102015.pdf
Tanzeum_revised March – September 2015 signed 03032015.pdf
Horizon Pharma_Rayos Amendment_01142015.pdf
Horizon Pharma_Rayos Final Contract_02242015.pdf
Horizon Pharma_Rayos_2015 Contract_10272014.pdf
JDRF May 26 – August 25 dated 05192015.pdf
JMF contract August – December 2015 signed 06102015.pdf

JMF contract August - December 2015 signed 07202015.pdf
J&J Invokana_HISPANIC_Aug-Dec 2015_Signed 07232015.pdf
J&J Invokana_Jan-Dec 2015_Signed 11172014.pdf
JHI Care4Today Q1 2015_Signed 12192014.pdf
150903_J&J_Prezcobix_Revised_Contract_Executed (1).pdf
OLD_J&J_Prezcobix Revised to_September - Dec signed 5-27-15.pdf
OLD_J&J_Prezcobix_Contract_July - Dec 2015 signed 032015.pdf
SimponiAria_Jan-Dec 2015 Revised_Signed 12222014.pdf
Simponi UC_April - December Extension revised signed 07152015.pdf
Simponi UC_April-June 2015 signed 02262015.pdf
Simponi UC_April-September 2015 revised signed 05052015.pdf
Arbor_Edarbi_Contract_April - September.pdf
Medtronic_MiniMed Feb-Oct 2015 Contract_Signed 01152015.pdf
PNEUMOVAX 23_September 2015 - Feb. 2016 Signed 07272015.pdf
Merck_Belsomra_BRANDED Revised to September - November Contract dated 07142015.pdf
Merck_Belsomra_BRANDED_Revised 05072015.pdf
Merck_Belsomra_BRANDED_signed 02242015.pdf
Merck_Belsomra_UNBRANDED_Revised signed 05072015.pdf
Merck_Belsomra_UNBRANDED_signed 02242015.pdf
150908_Merck_Januvia_Revised (2).pdf
Context Media 2014 Januvia ROI Terms_2 2 15 Rev.docx
Januvia 2014-2015 Billing.xlsx
OLD_Merck Januvia expansion contract_Jan-Dec 2015_signed 02132015.pdf
OLD_Merck Januvia expansion_Revised Jan-Dec 2015_signed 05072015.pdf
150908_Merck_Keytruda_Extension (2).pdf
OLD_Merck Keytruda Contract_April-Sept 2015_signed 02122015.pdf
OLD_Merck Keytruda Revised Contract_May-October 2015_signed 05012015.pdf
Zetia_June - December 2015 Revised_signed 05072015.pdf
Zetia_June - December 2015 signed 03132015.pdf
OLD_Gilyena extension.pdf
OLD_Novartis_Gilenya_Jan - June signed 11192014.pdf
Eliquis_April - December signed 03122015.pdf
Pfizer Pharma_Xeljanz Jan-Dec 2015_Signed 11102014.pdf
Publix Diabetes Campaign revised March 9-April 7 2015 03122015.pdf
Publix Diabetes Campaign_March 2015_Signed 02122015.pdf
DigitasHealth Auvi-Q Revised June- Sept signed 06102015.pdf
DigitasHealth Auvi-Q.pdf
Ooh Pitch Inc Praluent November - December 2015 signed 08072015.pdf
151020_Sanofi_Afrezza_Contract_Revised (1).pdf
OLD_150817_Sanofi_Afrezza_Executed_Contract.pdf
OLD_150901_Sanofi_Afrezza_Contract_Revised (Expansion).pdf
Aptiom_Revised Contract_9-18-2015.pdf
OLD_Aptiom_Revised Contract Exam Room.pdf
OLD_Sunovion_Aptiom_ER_Contract August - March 2015 signed 07132015.pdf
OLD_Sunovion_Aptiom_WR_Contract August - March 2015 signed 07132015.pdf
Brintellix .pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
Entivyo PO June 2015 - January 2015.pdf
Target Pharmacy_Revised Contract July-September signed 07062015.pdf
Target Pharmacy_signed 05272015.pdf
Humira_HPS_ContextMedia_tablet_IO_2016 - SIGNED (1).pdf
Humira_HPS_ContextMedia_video_IO_2016 - SIGNED (1).pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed (3).pdf
16107_AbbVie_HumiraPsA_Video_Contract_Signed (3).pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED (2).pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
160118_Akrimax_Tirosint_Contract_Signed (1).pdf
151216_Aczone_Contract_Executed.pdf
151203_Botox_Contract_Executed (2).pdf
160201_Amgen_EnbrelDerm_Contract_Executed (2).pdf
151203_Repatha_Contract_Executed (4).pdf
160115_Repatha_Incremental_Contract_Executed (1).pdf
160128_AstraZeneca_Bydureon_Contract_Executed (2).pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf
151207 Symbicort Contract Expansion & Extension (2).pdf

160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed (2).pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4 (2).pdf
160128_ClaritinBase_AprilMay_Contract (1).pdf
160128_ClaritinBase_March_Contract (1).pdf
2016_ClaritinPeds_AprilMay_Contract (3).pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract (3).pdf
151218_Bayer Contour Next_2016_Contract.pdf
151102_MiraFiber_Contract (1).pdf
151109_Miralax_Contract (2).pdf
160120_Biogen_Contract (4).docx
160203_Biogen_Plegridy_ERT_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
160203_Biogen_Zinbryta_ERT_Contract_Signed (1).pdf
160203_Biogen_Zinbryta_WR_Contract_Signed (2).pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf
Tradjenta_September_2016 IO.pdf
160316_BostonSci_Contract (1) (1).pdf
151201_Atripla_2016_Contract_Executed (3).pdf
160314_BMS Oncology_Pilot 1_Contract.pdf
160314_BMS Oncology_Pilot 1_Contract2.pdf
160127_Orencia_Contract_Updated (1).pdf
160204_OtezlaPsO_Contract_Executed (1).pdf
160204_OtezlaPsA_Contract_Executed (1).pdf
20160223_VectraDA_2016_Contract (2).pdf
PO_5_107616_0_US[1].pdf
160315_Effient HCP_Incremental_Contract (2).pdf
20160203_Welchol_Contract (4).pdf
160307_Dannon_Activia_Contract  (1).pdf
160225 EliLilly Glucagon Contract Executed (2).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160223_GoVeggie_Contract_Executed (3).pdf
151222 Gilead Harvoni Contract (3).pdf
151105_Anoro_Contract (4).pdf
151005_Contract_Breo (4).pdf
160331_Breo_Updated_Contract (1).pdf
151214_GSK HIV_2016_Contract (1).pdf
160111_Healthplans_Contract_Executed (2).pdf
160118_Horizon_Rayos_Work_Order_Form (5).docx

Horizon Rayos Billing Rev Update.xlsx
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
Jazz Pharma Amendment (1).docx
151218_Invokana_2016_Contract_Updated (2).pdf
160211_Invokana_2016_Contract_Executed (1).pdf
151214_2016_Prezcobix_Contract (1).pdf
2016 ContextMedia_SimponiAria (2).docx
20160129_Konsyl_Contract_Executed (2).pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed (1).pdf
2016_Entresto_151218_Contract (1).pdf
2016_Entresto_151218_Contract_Lit.pdf
2016_Entresto_160304_Contract_Incremental (2).pdf
151209_Gilenya_2016_Contract (1).pdf
Context Health 2016 IO Novolog.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
Context Health 2016 IO Tresiba.pdf
Context Health IO 2016 Victoza.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
151123_Rexulti_2016_Contract_Executed (3).pdf
20160104_Eliquis_2016_Contract_Updated_Executed (2).pdf
20160111_Eliquis_2016_Contract_Incremental (1).pdf
Eliquis Context Media Billing Schedule 1.13.16.xlsx
151110_Nexium_Contract_Executed (2).pdf
160212_PVC_2016_Contract_Executed (2).pdf
160106_Xeljanz_Contract_Updated_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160316_Aptiom_Contract.pdf
160203_Amitiza_Contract (1).pdf
160218_Amitiza_Incremental_Contract (2).pdf
ContextMedia Mail - Fwd_ Re_ Billing.pdf
160203_Dexilant_Contract (1).pdf
160218_Dexilant_Incremental_Contract (2).pdf
Absorb Q1 2017 contract.pdf
AH Dexcom 2017 contract.pdf
BCBS-AL Q1 2017 contract.pdf
Stelara Chrohns 2017.pdf
Contract Master.xlsx
Movantik Incremental Contract 7.25.2016.pdf
151218_Bayer Contour Next_2016_Contract.pdf
151218_Bayer Contour Next_2016_Contract_edit (1).pdf
151218_Bayer Contour Next_2016_Contract_edit.pdf
160128_EliLilly_Trulicity_Contract.pdf
160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160714 AZ Farxiga Revised Contract.pdf
160324 AZ Bydureon Revised Contract Executed.pdf
160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
160128_AstraZeneca_Bydureon_Contract_Executed.pdf
2016 Dexcom CMH Executed Contract 160606.pdf
160225 EliLilly Glucagon Contract Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
160211_Invokana_2016_Contract_Executed (1).pdf
160211_Invokana_2016_Contract_Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
Jardiance_April_2016 IO.pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO.pdf

Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
Jaridance Revenue Allocation.xlsx
160606_Medtronic_ClinicalTrials_Contract_Executed.pdf
160118_Novo Nordisk_ NovoLog_IO (1).pdf
160118_Novo Nordisk_ NovoLog_IO (2).pdf
160118_Novo Nordisk_ NovoLog_IO (3).pdf
160118_Novo Nordisk_ NovoLog_IO.pdf
160118_Novo Nordisk_ NovoLog_IO.xlsx
160118_Novo Nordisk_ Tresiba_IO.pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (1).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract.pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (2).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Novolog Appendix A (1).pdf
Novolog Appendix A (2).pdf
Novolog Appendix A.pdf
Revenue Allocation.xlsx
Tresiba Appendix A.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf
160202 AstraZeneza Onglyza Contract Executed (2).pdf
160202 AstraZeneza Onglyza Contract Executed.pdf
160324 AZ Onglyza Revised Contract (1).pdf
160324 AZ Onglyza Revised Contract (2).pdf
160324 AZ Onglyza Revised Contract.pdf
160606 AZ Onglyza Revised Contract Executed.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf
Tradjenta_September_2016 IO.pdf
160118_Novo Nordisk_ Tresiba_IO (1).pdf
160118_Novo Nordisk_ Tresiba_IO.pdf
160118_Novo Nordisk_ Tresiba_IO.xlsx
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Tresiba Appendix A (1).pdf
Tresiba Appendix A.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160114_EliLilly_Humalog_Contract_Executed (1).pdf
160114_EliLilly_Humalog_Contract_Executed.pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed (1).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
Rev Allocation Calc.xlsx
160428_Valeritas_VGO_Contract - R1 (1) (1).pdf
160428_Valeritas_VGO_Contract - R1 (1).pdf
160505_Valeritas_Vgo_SOW_Signed.pdf
160118_Novo Nordisk_ Victoza_IO.pdf
160118_Novo Nordisk_ Victoza_IO.xlsx
160628_Novo_Nordisk_Victoza_April-Dec_Contract.pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract.pdf
Allocation.xlsx
Victoza Appendix A.pdf
160118_Novo Nordisk_ Victoza_IO (1).pdf
160118_Novo Nordisk_ Victoza_IO (2).pdf
160628_Novo_Nordisk_Victoza_April-Dec_Contract (1).pdf

160628_Novo_Nordisk_Victoza_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (2).pdf
Victoza Appendix A (1).pdf
20160203_Welchol_Contract (1).pdf
20160203_Welchol_Contract.pdf
151009_EnbrelRA_Contract.pdf
160404_EnbrelRA_Contract_Executed (1).pdf
160404_EnbrelRA_Contract_Executed.pdf
151217 Humira RA POC Context Media Tablet 2016 IO.pdf
151217 Humira RA POC Context Media Waiting Room 2016 IO.pdf
151217 Humira RA POC Context Media Wallboard 2016 IO.pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED.pdf
160610_AbbVie_Humira_RA_Tablet_Contract (1).pdf
160610_AbbVie_Humira_RA_Tablet_Contract.pdf
160610_AbbVie_Humira_RA_WRTV_Contract (1).pdf
160610_AbbVie_Humira_RA_WRTV_Contract.pdf
160610_AbbVie_Humira_PsA_Tablet_Contract.pdf
160610_AbbVie_Humira_PsA_WRTV_Contract.pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed.pdf
151201_Orencia_Contract_Executed.pdf
160127_Orencia_Contract_Updated.pdf
Contract #8891 - ContextMedia-Health.pdf
160118_Horizon_Rayos_Work_Order_Form (1).docx
Rev Allocation.xlsx
151022_Simponi Aria_Contract 2016 (1).pdf
151022_Simponi Aria_Contract 2016 (2).pdf
151022_Simponi Aria_Contract 2016 (3).pdf
151022_Simponi Aria_Contract 2016 (4).pdf
151022_Simponi Aria_Contract 2016.pdf
2016 Simponi Aria CMH Executed Contract (1).pdf
2016 Simponi Aria CMH Executed Contract (2).pdf
2016 Simponi Aria CMH Executed Contract (3).pdf
2016 Simponi Aria CMH Executed Contract (4).pdf
2016 Simponi Aria CMH Executed Contract.pdf
151022_Simponi Aria_Contract 2016.pdf
160513 Stelara PsA J3 Signed Contract (1).pdf
160513 Stelara PsA J3 Signed Contract (2).pdf
160513 Stelara PsA J3 Signed Contract (3).pdf
160513 Stelara PsA J3 Signed Contract.pdf
Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015 (1).pdf
20160223_VectraDA_2016_Contract (1).pdf
20160223_VectraDA_2016_Contract.pdf
151223_Xeljanz_Contract_Executed.pdf
160106_Xeljanz_Contract_Updated_Executed.pdf
150623_Astellas_Myrbetriq_Contract_Executed (1).pdf
150623_Astellas_Myrbetriq_Contract_Executed.pdf
160410_Effient_DTC_Contract.pdf
160315_Effient HCP_Incremental_Contract.pdf
20151223_Eliquis_2016_Contract_Executed.pdf
20151223_Eliquis_2016_Contract_Executed_Updated.pdf
20160104_Eliquis_2016_Contract_Updated_Executed.pdf
20160111_Eliquis_2016_Contract_Incremental.pdf
20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
DAI_HTN_Contract_November - December signed 07242015.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
151203_Repatha_Contract_Executed.pdf
151203_Repatha_Contract_Executed.pdf
160115_Repatha_Incremental_Contract_Executed.pdf

160518_Repatha_Incremental_Contract.pdf
160518_Repatha_Incremental_Contract_Extension.pdf
160518_Repatha_Incremental_Contract.pdf
151119_Praulent_Contract_Executed (1).pdf
151119_Praulent_Contract_Executed.pdf
160310 Sanofi Praluent Incemental Contract Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160606_Praulent_Incremental_Contract_Executed (1).pdf
160606_Praulent_Incremental_Contract_Executed (2).pdf
160606_Praulent_Incremental_Contract_Executed.pdf
150721_Savaysa_HCP_Contract.pdf
160226_Ampyra_2016_Contract.pdf
160316_Aptiom_Contract (1).pdf
160316_Aptiom_Contract.pdf
160401_Aptiom_Contract_ER_Executed.pdf
160401_Aptiom_Contract_WR_Executed.pdf
160531_Aptiom_ERT_Contract.pdf
160531_Aptiom_WR_Contract.pdf
151203_Botox_Contract_Executed.pdf
151209_Gilenya_2016_Contract.pdf
160623 Gilenya 2016 Rev Contract_2H allocation (1).pdf
160623 Gilenya 2016 Rev Contract_2H allocation.pdf
Rev Allocation.xlsx
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160511_Biogen_Interferons_ERT_Revised_Language_Contract_Signed (1).pdf
160511_Biogen_Interferons_WR_Revised Language_Contract_Signed (1) (1).pdf
160120_Biogen_Contract (6).docx
160203_Biogen_AboveMS_ERT_WB_Contract_Signed.pdf
160203_Biogen_AboveMS_WR_Contract_Signed.pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160428_Biogen_Tecfidera_ERT_WB_PMC_Revised_With Incremental_Contract_Signed - R1.pdf
160511_Biogen_AboveMS_ERT_WB_Revised Language_Contract_Signed (1).pdf
160511_Biogen_Tecfidera_WR_Revised_Language_With Incremental_Contract_Signed (1).pdf
Revenue Allocation.xlsx
150908_Vimpat_Contract.pdf
ContextMedia_UCB Vimpat Incremental_Executed SOW.5.24.16.pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed.pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed (1).pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed.pdf
160715 JazzPharma Xyrem Flight Amendment Executed (1).pdf
160715 JazzPharma Xyrem Flight Amendment Executed.pdf
160203_Biogen_Zinbryta_ERT_Contract_Signed.pdf
160203_Biogen_Zinbryta_WR_Contract_Signed.pdf
160623_Horizant_Unbranded_Contract.pdf
160623_Horizant_Unbranded_Contract.pdf
160218_Amitiza_Incremental_Contract (2).pdf
160203_Amitiza_Contract (1).pdf
160203_Amitiza_Contract_Executed (1).pdf
160203_Amitiza_Contract_Executed.pdf
160218_Amitiza_Incremental_Contract (1).pdf
160218_Amitiza_Incremental_Contract.pdf
160616_AbbVie_Creon_Revised Flight_Amendment (1).pdf
2016 Creon CMH IO - Final Signed 6.16.16 (1).pdf
160226 AbbVie Creon IO (1).pdf
160226 AbbVie Creon IO.pdf
160616_AbbVie_Creon_Revised Flight_Amendment.pdf
2016 Creon CMH IO - Final Signed 6.16.16.pdf
160218_Dexilant_Incremental_Contract.pdf
160623_Dexilant_Incremental_WR_Contract.pdf
Allocation.xlsx
160623_Dexilant_Incremental_ER_Contract.pdf
160203_Dexilant_Contract_Executed.pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
151222 Gilead Harvoni Contract (3).pdf
151222 Gilead Harvoni Contract.pdf

160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract.pdf
160628 Bulk Shipment Grid at Project Level and Inventory Update Signature Form.pdf
160628 Loose PI Shipment Grid and Inventory Update Signature Form_Viekira Pak_CMH_Sig.pdf
160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract (1).pdf
2016 Viekira HCV POC IO - Context Media Health 3.9.2016.pdf
160615 Allergan Aczone Revised Contract.pdf
151216_Aczone_Contract_Executed (1).pdf
160426 Aczone Revised Executed Contract.pdf
150921_Amgen_Enbrel_Derm_Campaign Overview.pdf
160201_Amgen_EnbrelDerm_Contract_Executed.pdf
160419_EnbrelDerm_Contract_Executed.pdf
160602_EnbrelDerm_Contract_Revised.pdf
160610_AbbVie_Humira_PsO_Tablet_Contract.pdf
160610_AbbVie_Humira_PsO_WRTV_Contract.pdf
151202_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsA_Contract_Executed.pdf
151105_Neulasta_SOW.pdf
150828_BMS_BMS Oncology_Contract.pdf
160506_Empliciti_Contract.pdf
160427_Opdivo_WR_Contract.pdf
160506_Empliciti_Contract (1).pdf
160510 Genentech Oncology Contract (1).pdf
160510 Genentech Oncology Contract.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed.pdf
160108 Merck Keytruda Lung Contract.pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160628_Merck_Keytruda_Lung_Contract_Signed.pdf
160408_BMS Oncology_Contract.pdf
160408_BMS Oncology_Contract.xlsx
160314_BMS Oncology_McKesson_Contract.pdf
160314_BMS Oncology_McKesson_Contract2.pdf
160408_BMS Oncology_Contract (1).pdf
160408_BMS Oncology_Contract (2).pdf
160408_BMS Oncology_Contract (3).pdf
160408_BMS Oncology_Contract (4).pdf
160427_Opdivo_WR_Contract.pdf
2016 Ibrance Executed Contract 160621.pdf
151201_Atripla_2016_Contract_Executed.pdf
160602_Atripla_Contract_Executed.pdf
151214_2016_Prezcobix_Contract.pdf
160506_Prezcobix_Contract.pdf
160623 Revised Prezcobix 2016 Contract.pdf
160623 Revised Prezcobix 2016 Contract.pdf
160623 Revised Prezcobix 2016 Contract (1).pdf
Prezcobix allocation.xlsx
150903_J&J_Prezcobix_Revised_Contract_Executed.pdf
151021_Grastek_Contract_Executed.pdf
151123 Grastek Incremental Contract.pdf
160202_Merck_Grastek_Incremental_Revised_Contract_Executed.pdf
160404_Merck_Ragwitek_Contract_Signed.pdf
160504 Merck Nexplanon Context Media ADDENDUM.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed.pdf
Nexplanon allocation.xlsx
160404_Merck_Nexplanon_Contract_Signed.pdf
160504_Merck_Nexplanon_Contract.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (1).pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (2).pdf
160212_PVC_2016_Contract (1).pdf
160212_PVC_2016_Contract.pdf
160212_PVC_2016_Contract_Executed.pdf
Premarin allocation.xlsx
160615 Bayer Skyla 2016 Executed Contract.pdf
160410_Effient_DTC_Contract (1).pdf
160410_Effient_DTC_Contract.pdf
160415_23&Me Executed Contract with Addendum (1).pdf
160415_23&Me Executed Contract with Addendum.pdf

160307_Dannon_Activia_Contract .pdf
160509 Activia Revised Executed Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed.pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4.pdf
151105_Anoro_Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (1).pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (2).pdf
160610 GSK Tdap Revised Contract_CR25788R.pdf
160316_BostonSci_Contract (1) (1).pdf
160316_BostonSci_Contract (1).pdf
151005_Contract_Breo (1).pdf
151005_Contract_Breo.pdf
160329_Breo_Wifi_Contract (1).pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract (1).pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606 (1).pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
Allocation.xlsx
Brintellix 2015-2016.pdf
Britellix allocation.xlsx
160503_Brintellix_Contract_Executed (1).pdf
160503_Brintellix_Contract_Executed (2).pdf
160503_Brintellix_Contract_Executed.pdf
2016_ClaritinPeds_AprilMay_Contract.pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract.pdf
151120_Claritin_2016_Contract.pdf
160128_ClaritinBase_AprilMay_Contract.pdf
160128_ClaritinBase_March_Contract.pdf
160506_Contrave_Contract_Executed.pdf
160715_Contrave_Amendment.pdf - 2016-07-18.pdf
160407_Horizon_Pharma_Duexis_Tablet_SOW_Signed.pdf
160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed.PDF
151110_Emisphere_Contract (1).pdf
151110_Emisphere_Contract (2).pdf
151110_Emisphere_Contract.pdf
160512 MerckEngage Contract Executed.pdf
160512 MerckEngage Contract.pdf
2016 Revised Entresto Contract  160303.pdf
2016 Entresto Original Contract 151218.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016_Entresto_151218_Contract_Lit.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016 GoodRx Sponsor Agreement_fully executed (1).pdf
2016 GoodRx Sponsor Agreement_fully executed (2).pdf
2016 GoodRx Sponsor Agreement_fully executed.pdf
160223_GoVeggie_Contract_Executed.pdf
160111_Healthplans_Contract_Executed (1).pdf
160111_Healthplans_Contract_Executed.pdf
151214_GSK HIV_2016_Contract.pdf
160610 GSK HIV Unbranded WR Contract_CR25895.pdf
2016 GSK HIV Incremental Executed Contract 160606.pdf
160413 JMF Executed Contract (1).pdf
160413 JMF Executed Contract (2).pdf
160413 JMF Executed Contract.pdf
20160129_Konsyl_Contract_Executed.pdf
160516_Shire_DryEye_Contract.pdf
151109_Miralax_Contract.pdf
1605010 Miralax ER Contract.pdf
151102_MiraFiber_Contract.pdf
160427 AZ Movantik Q2 Q3 2016 Contract (1).pdf

160427 AZ Movantik Q2 Q3 2016 Contract.pdf
151110_Nexium_Contract_Executed (1).pdf
151110_Nexium_Contract_Executed.pdf
Horizon_NSAID_Contract_signed 022415.pdf
151119_Bayer_Prenatal_Contract (2).pdf
151119_Bayer_Prenatal_Contract (1).pdf
151119_Bayer_Prenatal_Contract.pdf
20160418_Prevnar_2016_Contract_Executed.pdf
151123_Rexulti_2016_Contract_Executed.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
160628_Novo_Nordisk_Saxenda_April-Dec_Contract.pdf
160628_Novo_Nordisk_Saxenda_Jan-March_Contract.pdf
CMH_Terms_AppendixA.pdf
Device allocation.xlsx
160517 Sea-Band Signed Contract (1).pdf
160517 Sea-Band Signed Contract (2).pdf
160517 Sea-Band Signed Contract.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Stiolto_CMH_2016.08.pdf
Stiolto_CMH_2016.09.pdf
Stiolto_CMH_2016.10.pdf
Stiolto_CMH_2016.11.pdf
Stiolto_CMH_2016.12.pdf
151207 Symbicort Contract Expansion & Extension.pdf
160224 AstraZeneca Symbicort Contract.pdf
160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (3).pdf
160610_SynviscOne_Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (2).pdf
160610_SynviscOne_Contract.pdf
160118_Akrimax_Tirosint_Contract_Signed.pdf
160627_Akrimax_Tirosint_Amendment_Cancellation_Signed.pdf
160324_Horizon_Pharma_MSA_Vimovo_Wallboard_SOW_Signed (1).pdf
160411_Horizon_Pharma_Vimovo_Tablet_SOW_Signed.PDF
Xulane IO 07.2016 - 10.2016.pdf
160706_Lemtrada_Contract_Executed.pdf
160706 Simponi UC 2016 Executed Contract.pdf
160706 Stelara CD 2016 Executed Contract.pdf
UM Signed Agreement.pdf
2016 Replens Executed Contract 160715.pdf
160720 Xarelto 2016 Executed Contract.pdf
ContextMedia_Contract Addendum Template_01012015.docx
ContextMedia_Contract_Template_01012015.docx
160906_Belviq_Contract_Amendment.pdf
ContextMedia, Inc - PWO (Rozerem NPS Program)v3.docx
NPS Program Proposal.docx
NPS SOW (NPS Incentive).docx
NPS SOW Template.docx
Xarelto.pdf
CMH Abbvie HCV 2015 Office Locations.docx
CMH Abbvie HCV 2015 Office Locations.pdf
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira Derm 2015 Office Locations.docx
CMH Abbvie Humira Derm 2015 Office Locations.pdf
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira RA 2015 Office Locations.docx
CMH Abbvie Humira RA 2015 Office Locations.pdf

CMH Abbvie Humira RA 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie_Humira PsA Location list 2015.docx
CMH Levemir & Novolog Office Locations_Jan 2015.xlsx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH Novo Nordisk Levemir 2015 Office Locations.docx
CMH Novo Nordisk Levemir 2015 Office Locations.pdf
CMH Novo Nordisk NNI Hispanic Levemir 2015 Office Locations NEW CONTRACT#6148.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.pdf
CMH Novo Nordisk Novolog 2015 Office Locations.docx
CMH Novo Nordisk Novolog 2015 Office Locations.pdf
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH_AbbVie All Brands Location List_150204.xlsx
Novo Nordisk Saxenda Contract #6345 2015 Office locations.docx
2016 DTC National and 2015 PEPP National Sponsorship Contract-signed 9.22.15.pdf
EPharma Conference NYC Feb 2015.PDF
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2016.06.21.xlsx
2017.03.22.xlsx
2017.03.28.xlsx
2017.03.31.xlsx
2017.04.05 Period Revenue Flat File.xlsx
2017.04.12.xlsx
2017.04.19.xlsx
2017.04.21 Opportunity Review.xlsx
2017.04.26.xlsx
2017.05.03 Booking.xlsx
2017.05.03.xlsx
2017.05.10 Update.xlsx
2017.05.10.xlsx
2017.05.16.xlsx
2017.05.24.xlsx
2017.06.21.xlsx
2017.06.27.xlsx
2017.07.31.xlsx
2017.08.08.xlsx
2017.08.17.xlsx
2017.09.18 Q4 SSO to Rev.xlsx
2017.09.29 Revenue Pacing.xlsx
2017.10.. Revenue Pacing.xlsx
2017.10.09 Revenue Pacing.xlsx
2017.10.23 Revenue Pacing.xlsx
2017.11.06.xlsx
2017.11.29 Agency, Brand and Manuf (2016+2017).xlsx
2017.6.17.xlsx
2018 Pipeline 20171222 1500.xlsx
2018 Pipeline 20171224 0700.xlsx
3Q17 Revenue Delta from 8.17.2017.xlsx
4Q17 Walk 20170917 PM.xlsx
Revenue Pacing 2017.09.25.xlsx
RevenueFileBackfill.xlsx
CONTEXTMEDIA NNI-FLEXPEN 511-223-3 PO 13 9-30 -- to be signed.pdf
ContextMedia#964521-CIME-Novolog-V091913.pdf
IMS Research Study - Novo Nordisk Sample List and DHN List Summaries 100213.pdf
Nielsen Arbitron Research Agreement.pdf
SOW - Novolog Analysis August 2013 (1).pdf
ZS Associates_Qysmia_04172013.pdf
2014 Sponsorship Campaigns with Research Studies.xlsx
Caroll Media DOOH Audit July 2014 (revised 8-1-14).pdf
Carroll Media Simponi Aria Recheck-CM Agreement 10-2014-signed.pdf
ContextMedia#1023519-IMS Health HCP Patient Analysis_ signed 110314.pdf
Crossix NovoLog ReAnalysis 9.19.2013 964521.pdf
Crossix Victoza and Victoza Hispanic Mkt Research Study_Signed_Feb 2014.pdf
Crossix Victoza POC signed April 2014.pdf
IMS 1017970-Abilify  09-10-14-signed (1).pdf

IMS Bayer Contour Program 1.28.2014.pdf
IMS Invokana Digital Programming 1017128 9.2.2014.pdf
IMS Pradaxa 1014326 8.12.2014.pdf
IMS Pradaxa 991388 2.19.2014.pdf
IMS Pradaxa Local Subnational Consulting 1001809 .pdf
IMS Qsymia Prescriber Promotion response 3.20.2014.pdf
IMS Xeljanz 1014785 signed 8.2014.pdf
IMS Xeljanz Study SOW_Signed Jan 2014.pdf
Nielsen Benlysta Study SOW Contract 258532.pdf
Nielsen Simponi advertising effectivenice amendment Nov 2014.pdf
Symphony Health - Victoza (Novo Nordisk) Physician ROI SOW October 2014 Signed.pdf
Crossix Multiple POC reports 2015 signed 3.6.15.pdf
Crossix_ContextMedia Data Agreement - signed 3.9.15.pdf
Data use agreement Opp# 1068574 .pdf
Decode SOW - Apr 22 2015_Signed.pdf
IMS Opp# 1037087 2015.pdf
IMS Opp# 1055937.pdf
IMS Opp# 1056642-MediaInnovations V05142015.pdf
IMS Opp# 1059509 Rayos Opp V 061715.pdf
IMS Opp# 1060776-Januvia-R062515-udpated.pdf
IMS Opp# 1062134-Medtronic-updated time period.pdf
IMS Opp# 1064356-Anoro-0715.pdf
IMS Opp# 1064753-ROIs- v072415.pdf
IMS Opp# 1064853-Invokana.pdf
IMS Opp# 1065069-Symbicort0715.pdf
IMS Opp# 1065820 - Invokana15 IMS signed 8.26.15 (1).pdf
IMS Opp# 1068574 .docx
IMS Opp# 1077718 Signed 11.4.15.pdf
IMS Opp# 1079310-Eliquis Update-102815_SIGNED.pdf
IMS Opp# 1081985-HCPS_SIGNED.pdf
IMS Opp# 1084021_SIGNED 2015.pdf
IMS Opp# 1084249-Afrezza-113015_SIGNED.pdf
IMS Opp# 1085546-Anoro & Tanzeum -120415_SIGNED.pdf
IMS Opp# 1085588-Movantik-120415 (1)_SIGNED.pdf
IMS Opp# 1085591-Auvi-Q-120415_SIGNED.pdf
IMS Opp# 1085896-Atripla-120415_SIGNED.pdf
IMS Opp# 1086278-Edarbi-120715_SIGNED.pdf
IMS Opp# 1087197-Pradaxa-121615_SIGNED.pdf
IMS Opp# 1088495-Xeljanz-121615 (1)_SIGNED.pdf
IMS Opp# 1089230-Belsomra & Merck 12.28.15_SIGNED.pdf
IMS Opp#1055213 for invoice 4072118890 reports delivered in May.pdf
IMS Opp#1055937 (2) .pdf
IMS Opp#1061518-NamendaXR signed 6.30.15.pdf
IMS Opp#1068205- Belsomra Unbranded  082415-signed (1).pdf
IMS Opp#1071049 LTV Brillitex-092515-Signed.pdf
IMS Opp#1073682-Belsomra-100115 - add on to 1068205.pdf
IMS Opp#1073683-Tanzeum-100115_SIGNED (1).pdf
IMS Opp#1077869-Zetia-Vytorin-102115_SIGNED.pdf
IMS Opp#1078526-Tirosint-102315_SIGNED.pdf
IMS Opp#1079323-Farxiga-102815_SIGNED.pdf
IMS Opp#1081300-Prolia Update-111015_Signed.pdf
IMS Opp#1081857-Linzess-111315_SIGNED.pdf
Nielsen Simponi Aria renewal 8.5.15.pdf
TUV Rheinland quote 62108325.pdf
1061518 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pptx
1065090 Dec 2015 delv. IMS_ContextMedia_Promo Return_Simponi Aria_January 2015_Results_Dec 2015.pptx
1065090 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Simponi_Jan and Jul 2015_Results_December 2015.pptx
1065090 delivered Feb 2016 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Brintellix_May 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Harvoni and Sovaldi_Jan-Jul 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Tecfidera_Jan-Jun 2015_Results_January 2016.pptx

1065090 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_January 2016.....pptx
1065090IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015.pptx
1079310 11.9.15 - IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_November 2015.pptx
1079323 11.11.15 - IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_November 2015.pptx
1084021 2015 Deliverable Tirosint Physician Research List_CMH_10.15.15.xlsx
1084248 Dec 15 Delv. Afrezza .pptx
1085546 Delivered 12.2015 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_December 2015.pptx
1085546 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_December 2015.pptx
1085588 Dec 15 - Movantik Deliverable.pptx
1085591 Dec 15 - IMS_ContextMedia_Promo Return_Auvi-Q_May-Oct 2015_Results_December 2015.pptx
1085896 Dec 15 - IMS_ContextMedia_Promo Return_Atripla_Jul 2015_Results_December 2015.pptx
1086278 Dec 15 - IMS_ContextMedia_Promo Return_Edarbi_July 2015_Results_December 2015.pptx
1087197 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (2).pptx
1089230 delivered 1.13.16 - IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Early Read Results_Janua..pptx
1.ContextMedia#1055213-WO-Anoro NRx.pdf
2.ContextMedia#1055213-WO-Invokana NRx- 6 month pretest.pdf
3.ContextMedia#1055213-WO-Levemir NRx.pdf
4.ContextMedia#1055213-WO-Farxiga NRx.pdf
5.ContextMedia#1055213-WO-Victoza NRx.pdf
6.ContextMedia#1055213-WO-Gilenya NRx 6 month pretest.pdf
7.ContextMedia#1055213-WO-Novolog NRx.pdf
8.ContextMedia#1055213-WO-Pradaxa NRx.pdf
9.ContextMedia#1055213-WO-Sovaldi-Harvoni NRx.pdf
2015 IMS Study Summary 8.24.15 R1.xlsx
IMS Opp# 1065090-ROIAnalysis Signed 8.24.15.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf
4072126329.pdf
4072126351.pdf
4072126409.pdf
4072126410.pdf
4072126412.pdf
4072126416.pdf
4072126971.pdf
4072126973.pdf
4072127215.pdf
4072127385.pdf
4072127387.pdf
4072127390.pdf
4072127391.pdf
4072127399.pdf
4072127860.pdf
4072128111.pdf
4072128215.pdf
4072128280.pdf
4072128299.pdf
4072128314.pdf
4072128521.pdf
4072128552_Context Media 1084021.pdf
4072128581.pdf
4072128844.pdf

4072128847.pdf
4072128848 (1).pdf
4072128848.pdf
4072128849.pdf
4072128850.pdf
4072128851.pdf
4072128852.pdf
4072128854.pdf
4072129077.pdf
4072129462.pdf
4072130279.pdf
IMS 7534 A membership expense.pdf
IMS invoices 10-1-15 to 1-24-2016.xlsx
IMS Membership Expense 7535.pdf
INVOICE-4072127016.pdf
1092035 - IMS Prolia-011416 (1)_SIGNED.pdf
1092036 IMS SOW - signed 1.18.16.pdf
1092037 IMS SOW signed 1.18.16.pdf
1092038 IMS SOW - signed 1.18.16.pdf
1092039 IMS SOW - signed 1.18.16.pdf
1092040 IMS SOW - signed 1.18.16.pdf
1092041 IMS SOW_SIGNED.pdf
1092042 IMS SOW - signed 1.18.16.pdf
1092070 IMS SOW - signed 1.18.16.pdf
1093533-Belsomra-010816_SIGNED.pdf
1096679 IMS SOW-HCPS-01.20.16.pdf
1096707 IMS SOW-Entyvio-011916_SIGNED.pdf
1098551 IMS SOW -Levemir-012716_SIGNED.pdf
1098595 IMS SOW -Movtantik-012816_Signed.pdf
1099644 IMS SOW Tanzeum-020216_SIGNED.pdf
1100271 IMS SOW-Zetia-Vytorin-020316_SIGNED.pdf
1100589 IMS SOW-Prezcobix-020416_SIGNED.pdf
1100589 Prezcobix Product List 2.8.16 vsend.xlsx
1116989-Jardiance-0416_filled.pdf
2016 SOW Listing.xlsx
Backfill Template.xlsx
Nielsen Contract 258532.pdf
Nielsen Contract 274540.pdf
TPA 44635.0 AbbVie-30064 SB1_2016-01-26.pdf
TPA Agreement No.- 00044635.0 IMS.pdf
1087197 - JAN 2016 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (1).pptx
1092036 IMS_ContextMedia_Promo Return_Brintellix_May 2015_Results_January 2016.pptx
1092037 IMS_ContextMedia_Promo Return_Entyvio_Sep 2015_Final Results_January 201....pptx
1092038 IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_January 2016.pptx
1092042 IMS_ContextMedia_Promo Return_Repatha_Oct 2015_Results_February 2016.pptx
1092070IMS_ContextMedia_Promo Return_Contrave_Nov 2015_Results_January 2016.pptx
1093533 IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Final Results_January 2016 (1).pptx
1098595 IMS_ContextMedia_Promo Return_Movantik_Sep-Oct 2015_Results_January 2016....pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.xlsm
IMS_ContextMedia Health_Promo Return_Synvisc-One_Oct 2015_Results_May 2016.pptx
ROI 01 Total Witers synvisc.xls
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.xlsm
1149366 - ContextMedia SOW HCPS Opp1149366 Oct2016 FE.pdf
1198289 - Outcomes Health SOW #1198289 June 2017-June 2018 FE SMART.PDF
1202093 - Outcome Health SOW #1202093 Pres Prof Jly-Spt 2017 FE.pdf
1208430 - Outcomes SMART Signed SOW Opp #1208430 -BO.pdf
150904_Takeda_Contrave_Contract_Executed.pdf
151105_Neulasta_SOW (1).pdf
ContextMedia#1120812-Vimovo-0516.pdf
ContextMedia#1129651-Nuedexta-0716.pdf
Source Healthcare Analytics - Context_Media_SHA_SOW_02 - CO 1 - Fully Signed.pdf

2017 Pause_Cancel Requests with Market Research Requirements.xlsx
YTD ROI Review (IMS) - August 2017.xlsx
YTD ROI Review (IMS) - July 2017.xlsx
YTD ROI Review (IMS) - June 2017.xlsx
YTD ROI Review (IMS) - September 2017.xlsx
1096 - SOW Myrbetriq- OP#1082783 - OH Contract #1096- MH SIGNED - 10.30.17.pdf
275 - OutcomeHealth_1082783-Trintellix_XPO_PD_WO_12-12-17_v3-SIGNED.pdf
570 - IQVIA SOW - Rozerem 2017 NPS (fully executed)-signed.pdf
623 - SOW 1082783-WO-Pneumovax 23-1017 Signed .pdf
682 & 919 & 1187 - ContextMedia#1082783-WO-Pradaxa-1117-SIGNED.pdf
700 - SOW Breo 2H 2017 Opp 1082783-APPROVED SOW 10-6-17 .pdf
716 - SOW 1082783- Prezcobix-0917 - SIGNED SOW.pdf
718 - FULLY EXECUTED_SHA_MEDIA_Data_Access_Agmt_K -Kisqali (Ribo) (1).pdf
725 - 12.01.2017 OutcomeHealth #1082783 -Novolog Refresh WO 12-1-17-Signed.pdf
725 - OH#1082783 Novolog Phased Approach  09-21-17 Signed.pdf
726 - ContextMedia#1082783-WO-Victoza and Tresiba-1117 Signed.pdf
745 - Source Healthcare  SHA SOW 01 Media ROI Analysis 080817 CL-8.14.17 Signed RO.pdf
763 - Zostavax_signed_SOW_2017_12_04.pdf
793 - SOW 1082783-SOW-Promius Derm-0917.pdf
858 - Outcomehealth 1082783 - WO - Afrezza - Signed -First Read.pdf
876 - SOW 1082783- QIMS SOW-Relistor -Signed.pdf
904 - SOW OH Xifaxan 2017 OP 1082783 Contract # 904-Signed.pdf
956 - Dulera Signed WO - Source Analytics.pdf
1082783 - 12.07.2017 Full Instant Adherence Database 12-7-17.pdf
1082783 - Prescriber Profiler -WO-PP-0118-1218-Fully Executed.pdf
1082783 Health Ratings - Outcome Health Signed SOW - Dec'17 - OP# 1082783v2.pdf
1082783 Xponent Data Delivery - Signed SOW - Dec'17-OP#1082783v2 Executed.pdf
1222018 Prescriber Profiler - SOW Pres Prof Q42017 FE October 2017.pdf
1233630 - 12.01.2017 ContextMedia#1233630-Prof Matching Org Matching 1217_Signed.pdf
1005 - AccentHealth V8 Ad Impact report_Final 6.1.17 Follow Ups.pptx
1037 - Gerber Grow Up Results_8.18.17.pptx
1068 - LG Deck - Final.pptx
1096 - 12.31.2017 QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1096 - QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1132_1134 - Repatha_QIMS_Repatha_091817.pdf
127 - Vectra DA Final Results.pptx
1340 - Final Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2) (1).pdf
1340 - ROI Results Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2).pdf
1714 - MilkPEP Ad Effectiveness Report 12.7.17.pptx
180 - Contour_v1.pptx
208 - QuintilesIMS_Outcome Health_Promo Return_Xeljanz_Jan-Dec 2016_Results_June 2017 (1).pptx
231 - PACING Amitiza Raw IMS Results_QuintilesIMS_ContextMedia Health_Promo Return_Amitiza_Jul 2016_Results_Novemb
262 - IMS_ContextMedia Health_Promo Return_Premarin Vaginal Cream_Mar 2016_Results_September 2016 - Final.pdf
275 - Trintellix_030117.pptx
280 - Horizon - Vimovo _ Duexis Nov 2016 (2).pptx
491 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1) (2).pptx
570 - 09.28.2017 Rozerem Campaign Client Summary 9.28.17.pdf
570 - 12.2017 Results Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017.pdf
576 - Promius_Zembrace_DermFranchise_09052017.V3.pptx
617 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017.pdf
621 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
623 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
630 & 1108 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2 (1).pptx
655 - IQVIA_Outcome Health_Promo Return_Tradjenta_Jan-Oct 2017_Results_December 2017.pdf
657 - Omnipod Results_6.15.17.pptx
668 - Ibrance_OH_Ibrance_Update_091217_Carat_REV.pdf
682 - Pacing Pradaxa_050517 (1).pptx
682 - PACING Pradaxa_050517 (2).pptx
682 & 919 & 1187 - 12.2017 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan – Sept 2017_Results_December 2017.
684 & 999 - IQVIA_Outcome Health_Promo Return_Stiolto Respimat_Jan – May 2017_Results_December 2017.pdf
700 - QuintilesIMS_Outcome Health_PromoReturn_Breo Ellipta_Jan-Apr2017_Results_October 2017.pdf
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017.xlsx
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017_additionalslideV1.0-FINAL.pptx
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017 Updated ROI.pdf
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017.pdf
719 - Final Deck - Watchman.pdf
724 - December 2017 QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan – Jun 2017_Results_December 2017.pdf

724 - PACING Saxenda_QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 MH.p
724 - QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 wVictoza-Tresiba FINAL.
726 - 11.2017 - QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_November 2017.pdf
726 - Victoza_QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
727 - Tresiba_QuintilesIMS_Outcome Health_Promo Return_Tresiba_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
733 - Trulicity_053017_vNH.pptx
735 - PACINGViberzi_OH_Viberzi_073117.pptx
747 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17.pptx
758 - QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
763 - IQVIA_Outcome Health_Promo Return_Zostavax_Aug 2016-Jul 2017_Results_December 2017.pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
819 - Aspercreme Results_8.18.17.pptx
827 - Celebrex - QuintilesIMS_Outcome Health_Promo Return_Celebrex_Feb 2017_Results_October 2017.pdf
827 - Norvasc - QuintilesIMS_Outcome Health_Promo Return_Norvasc_Feb 2017_Results_October 2017.pdf
858 - PACING Afrezza_090717.pptx
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
919 - Pradaxa_050517 (3).pptx
948 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1).pptx
961 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17 (1).pptx
974 - Dexcom Working 090717_Final.pdf
976 - Ibrance_OH_Ibrance_Update_091217_Carat_REV (1).pdf
980 - QuintilesIMS_Outcome Health_Promo Return_Jardiance_Feb - Jun 2017_Results_December_Jan 2018 Price Updates.pdf
982 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2.pptx
985 - AccentHealth Pedialyte Ad Impact report FINAL_3 22 17 rev.pptx
997 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017 (2).pdf
998 - Outcome Health_Stelara POC Feasibility.xlsx
QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
ANCOVA 00 Total HCPs Cloderm.xls
ANCOVA 01 Total Writers Cloderm hist.xls
OH Cloderm descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Promiseb and Promiseb Complete.xls
ANCOVA 01 Total Writers Promiseb hist.xls
OH Promiseb descriptive stat report_Update20170922.xlsx
ANCOVA 00 Total HCPs SERNIVO.xls
ANCOVA 01 Total Writers SERNIVO hist.xls
OH Servino descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Trianex.xls
ANCOVA 01 Total Writers Trianex hist.xls
OH Trianex descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Zembrace Symtouch.xls
ANCOVA 01 Total NRx Writers histogram.xls
OH Zembrace descriptive stat report_update20170922.xlsx
12.2017 - Ad Awareness & Impact Research Project List .xlsx
09.05.2017 - OH Monthly Financial Report DELIVERED 5th Sep 2017_Claire Check_Final.xlsx
10.03.2017 - OH Monthly Financial Report DELIVERED Through September 10032017_10.9.17_Final Claire Check.xlsx
11.01.2017 - OH Monthly Financial Report - October 2017.xlsx
12.01.2017 - OH Monthly Financial Report November 2017 DELIVERED 12012017-MP Edits.xlsx
12.19.2017 - OH Monthly Financial Report DELIVERED 12192017.xlsx
12.28.2017 - OH Monthly Financial Report DELIVERED 12282017.xlsx
IMS Total Billings 10.01.2016-07.31.2017.xlsx
IMS Total Billings 10.01.2016-12.31.2017.xlsx
S-ContextMedia Health Reseller Agreement- vF RETAINER.pdf
S-ContextMedia Health#1082783-Blended Services and Xpo vF - RETAINER AGREEMENT.pdf
170711_BMS_Monthly Deployed Device Counts.xlsx
2013 - 2016 Revenue Summary (10.23).xlsx
2013 - 2016 Revenue Summary (12.12).xlsx
2013 - 2016 Revenue Summary (12.15).xlsx
2013 - 2016 Revenue Summary (4.10.2017).xlsx
2013 - 2016 Revenue Summary (Aug).xlsx
2014 - 2016 Revenue Summary AH and OH.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
All Memos as of 12.1.17.zip
BMS Credit Memo Calculation (Final).xlsx

DRAFT - TO BE UPDATED - AR as of 12-21_12.25.17.xlsx
Dykema Contract Review.zip
IMS Performance Measurment Rate Card.xlsx
Revenue - Fulfillment Requirement Overview.xlsx
Revenue - Period Data.xlsx
Target Health AR.xlsx
2014 sales.xlsx
Sponsorship Revenue 2014 _April.xlsx
Sponsorship Revenue 2014 _August.xlsx
Sponsorship Revenue 2014 _December.xlsx
Sponsorship Revenue 2014 _January-February.xlsx
Sponsorship Revenue 2014 _July.xlsx
Sponsorship Revenue 2014 _June.xlsx
Sponsorship Revenue 2014 _March.xlsx
Sponsorship Revenue 2014 _May.xlsx
Sponsorship Revenue 2014 _October.xlsx
Sponsorship Revenue 2014 _September.xlsx
Total Revenue by Billed Agency and Client_2014.xls
2015 Revenue Final Post Audit_3.23.2016.xlsx
2015 Revenue Final.xlsx
Billing & Revenue_11_November 2015.xls
Revenue YTD .xlsx
Revenue_01.0_January 2015.xlsx
Revenue_01.1_January 2015_v1.xlsx
Revenue_01.2_January 2015_v2.xlsx
Revenue_02_February 2015.xlsx
Revenue_03_March 2015.xlsx
Revenue_04_April 2015.xlsx
Revenue_05_May 2015.xlsx
Revenue_06_June 2015.xlsx
Revenue_07_July 2015.xlsx
Revenue_08_August 2015.xlsx
Revenue_09_September 2015.xlsx
Revenue_10_October 2015.xlsx
2015-11_November_Billing_Revenue_DR_2015.xls
2015-12_December_Billing_Revenue_DR_2015.xls
2016 - Combined Monthly Files - Brand and Manuf Scrub.xlsx
2016 Deferred Revenue - 2017 Recognition.xlsx
2016 Revenue - Prelim.xlsx
2016 Revenue By Device.xlsx
2016-01_January_Billing_Revenue_DR_2016.xls
2016-02_february_billing_revenue_dr_2016 (Brad Purdy's conflicted copy 2016-03-21).xls
2016-02_february_billing_revenue_dr_2016.xls
2016-03_March_billing_revenue_dr_2016.xls
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016.xlsx
2016-09_September_billing_revenue_dr_2016.xlsx
2016-10_October_billing_revenue_dr_2016.xlsx
2016-11_November_billing_revenue_dr_2016.xlsx
2016-12_December_billing_revenue_dr_2016 (Adam Nixon's conflicted copy 2017-01-05).xlsx
2016-12_December_billing_revenue_dr_2016.xlsx
Final 2016 - Tie Out DETAIL.xlsx
Final 2016 - Tie Out.xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2017-01-20).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Sean Alexander's conflicted copy 2017-01-23).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016.xlsx
Rejected Contracted Analysis.xlsx
2016 Contracted Revenue 2016.08.xlsx
2016-06_June_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2016-07-12).xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016 (V2).xlsx
2016-08_August_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016-NP COMMISSIONS.xlsx

2016-09_September_billing_revenue_dr_2016_Don't use.xlsx
Live Programs 2011.16.xlsx
2017_PVC Make Good_Context Media_Carat Signed_12.22.16.pdf
Contract 564 - 161014 Tysabri Infusion Site Roll-Out_for Biogen.xlsx
247 IMS_ContextMedia Health_Promo Return_Neulasta_Jan 2016_Results_June 2016.pdf
274 QuintilesIMS_ContextMedia Health_Promo Return_Trintellix_Jul 2016_Results_December 2016.pdf
2016-09_September_billing_revenue_dr_2016 (SS 10.11).xlsx
2016-09_September_billing_revenue_dr_2016).xlsx
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06 June Commercial Solutions Revenue.xlsx
2016-07 July Commercial Solutions Revenue.xlsx
2017 Deal Desk Log.xlsx
2017 Master Contract Requirements.xlsx
mid2017_contract_details - Revenue Close Out.xlsx
Revenue Reconciliation - 2017 Audit.xlsx
Revenue Reconciliation - OH and AH.xlsx
2017 January - Delivery Report.xlsx
Actual to Operational 2017.01.31.xlsx
Billing Revenue Deferred 2017.01.31 (Final).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP (Adam Nixon's conflicted copy 2017-03-24).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP.xlsx
Projected to Actual 2017.01.xlsx
Revenue Summary 2017.01 (2017.02.15).xlsx
BMS - Acceptance 2017.01.docx
BMS Calculation.xlsx
2017 Rev - jan Prelim.xlsx
Billing Revenue Deferred 2017.01.31 V2.xlsx
Billing Revenue Deferred 2017.01.31.xlsx
DON'T USE Billing Revenue Deferred 2017.01.xlsx
DONT USE_01-January-2017-Billing Revenue Deferred.xlsx
DONT USE_Billing Revenue Deferred 2017.01 (Adam Nixon's conflicted copy 2017-02-03).xlsx
2017 February - Final Delivery Report.xlsx
Actuals YTD.xlsx
Billing Revenue Deferred 2017.02.28 (Final).xlsx
Expected to Actual 2017.02.xlsx
Prelim Revenue 2017.02 V1.xlsx
www.dropbox.com.url
AH 2017 Pipeline Migration.xlsx
Billing Revenue Deferred 2017.02.28.xlsx
2017 March - Final Delivery Report.xlsx
783 - Neulasta Triggyr - Q1'17 - March Billing Detail.xlsx
Billing Revenue Deferred 2017.03.31 (Final).xlsx
Revenue By Device 2017.03.xlsx
BMS 3.31.xlsx
2017 April - Final Delivery Report.xlsx
April 2017 - Rev Rec Consolidation - 20170511.xlsx
April Revenue - By Opportunity Record Type.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
Digital Fulfillment Revenue Support 2017.04.xlsx
MoM - AH and OH.xlsx
MoM - OH.xlsx
2017 May - Final Delivery Report.xlsx
2017.05.24 Preliminary May VLP.xlsx
2017.6.17 VLP.xlsx
April-May MoM Change in Revenue.xlsx
Billing Revenue Deferred 2017.05.31 (Final).xlsx
BMS Credit Memo Calculation (Final).xlsx
BMS Credit Memo Calculation.xlsx
2017 June - Final Delivery Report 07.18.2017.xlsx
2017 June - Final Delivery Report.xlsx
880 - DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video, and Deskt
880 - OH Copaxone Actuals - April-June 2017.xlsx
AH Revenue Rec - 06.2017.xlsx
Billing Revenue Deferred OH & AH - 2017.06.30 (Final).xlsx
BMS Credit Memo Calculation.xlsx
Paused Campaigns with June Revenue - Language Review.xlsx

Pfizer Suspension 6-15-2017.xlsx
SF Report of Reserved Contracts - Contracted but not active June 2017.xlsx
2014-2016 Revenue Brand Analysis.xlsx
2017 Contract Close Out.xlsx
2017 July - Final Delivery Report.xlsx
2017.07.31 - V.LP .xlsx
Billing Revenue Deferred OH & AH - 2017.07.31 (Final).xlsx
BMS Credit Memo Calculation.pdf
BMS Credit Memo Calculation.xlsx
I&A Production Schedule for Sales - 08.10.2017.xlsx
Pfizer Open AR 8.1.17.xlsx
Takeda Revenue 2016-2017.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017 V2.xlsx
2017 August - Final Delivery Report.xlsx
aug_fullfillment_w_contract_no_rev - LP-09112017.xlsx
August 2017 Revenue - Manual Updates.xlsx
Billing Revenue Deferred OH & AH - 2017.08.31 (Final).xlsx
BMS Phase 1 and Phase 2.xlsx
Contracts Campaign Status Review - August 2017.xlsx
Pfizer YTD Fulfillment.xlsx
Revenue by Category - FY14-FY17 2017.08.xlsx
SSO - Summary Opportunities by Month - 8.15.2017.xlsx
Tecfidera 08.2017.xlsx
9.2017 Contract Setup Review.xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final) (Adam's changes 2017-11-14).xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final).xlsx
Billing Revenue Deferred OH & AH - Q4 Forecast.xlsx
BMS - Available to Actual.xlsx
BMS - The Many Flavor's of IRT Count.xlsx
BMS Deep Dive - MoM View (this data can be provided Daily, weekly, etc).xlsx
BMS IRT Exercise.xlsx
BMS Jun - Sep Analysis.xlsx
BMS Q3 Deep Dive (Display).xlsx
BMS Q3 Deep Dive Eligibility-Scheduling.xlsx
BMS Q3 Deep Dive v2.xlsx
BMS Q3 Deep Dive.xlsx
BMS Revenue Summary 2017.09.xlsx
BMS_Sales_Installs_20170929 (1).xlsx
Breo POC 2017 - Contract Set Up.xlsx
Cash Back Items Owed - 09.25.2017.xlsx
Contracts with Market Research Obligations - Audit 09.18.2017.xlsx
Contracts with Measurement Requirements.xlsx
IS Commissions Expense Analysis 20170927.xlsx
Manual Revenue Adjustment - September 2017.xlsx
Pfizer Analysis.xlsx
Pfizer Summary - LP.xlsx
Review of Contracts with Cancelled Campaigns 09.21.2017.xlsx
2017 September - Final Delivery Report.xlsx
September 2017 - Campaign Status Only.xlsx
Abbvie Contracted to Deployed Summary 2017.09.xlsx
Abbvie - October Reserve Calculation.xlsx
Billing 2017.10.xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final) (Jackie Mundrawala's conflicted copy).xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final).xlsx
BMS Revenue Summary 2017.10.xlsx
Cancel-Pause Requests.xlsx
Contracts with Market Research Obligations - 10.31.2017.xlsx
Genentech 10.20.17.xlsx
Measurement 2017 Brands.xlsx
Oct 2017 Revenue - 11.27 Updates.xlsx
October Reserve by Manufacturer.xlsx
Reserve Calculation - October 2017.xlsx
Reserve Summary 2017.10.xlsx
Revenue + Oct Reserve Detail V11.20.xlsx
Revenue by Brand 10.31.2017.xlsx
Revenue Reconciliation - 2017 Audit.xlsx
Topside Revenue Adjustment - 10.31.2017.xlsx

2017 October - Final Delivery Report.xlsx
camp_to_rev_120617 - Contract & Fulfillment thru 10.31.2017.xlsx
2018 Fully Executed Revenue.xlsx
Billing Revenue Deferred OH & AH - 2017.11.30 (Final).xlsx
BMS Revenue Summary 2017.11.xlsx
Cancel-Pause Requests & Makegood.xlsx
Contracted Fulfillment by Month V12.11.2017.xlsx
Contracts Sold or Extended for $0.xlsx
Contracts with Market Research Obligations - 11.30.2017 -MPerez Edits.xlsx
Contracts with Market Research Obligations - 11.30.2017.xlsx
GSK Refund Total 11.7.2017.xlsx
Requests for Pauses and Terminations (fka RAPT) V12.11.2017.xlsx
Source - Requests for Pauses and Terminations (fka RAPT).xlsx
2017 November - Final Delivery Report, no wifi.xlsx
2017 November - Final Delivery Report.(Revised 12.20.17)xlsx.xlsx
November 2017 Rev Calc Support V12202017.xlsx
November Revenue from Rev_Billing File.xlsx
AR Reserve Calculations 12.31.2017.xlsx
Billing Process Update Effective 10.01.2017.pdf
Billing Revenue Deferred OH & AH - 2017.12.31 (Final).xlsx
Contracts with Market Research Obligations - 12.31.2017.xlsx
November - Pauses and Cancellations - Manual Billing Adjustment Support.xlsx
180103_December_FulfillmentReport - do not use.xlsx
180103_December_FulfillmentReport - FINAL.xlsx
1841_Spiriva_YTDfulfillment.csv
dec17_clinics_per_contract.csv
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18 (RC Review) .xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18.xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support.xlsx
December 2017 Rev File Adjustment for Delivery.xlsx
December_FulfillmentReport - 12.31.2017.xlsx
fulfillment_718.csv
2016 NPS Contracts.zip
160505 Bayer Contour Contract Amendment - flight dates.pdf
Panasonic Healthcare US-Ascensia Diabetes Care-FULLY EXECUTED #SOW 180 8.3.16 .pdf
4100142295.PDF
Amitza and Dexilant Campaign Continuation Agreement 7.10.17 (1).pdf
Takeda-Brintellix-FULLY EXECUTED IO #275 8.4.16 .pdf
Trintellix Make Good Email Approval.pdf
Trintellix Make-Good Proposal 8.29 .17.pdf
Trintellix, Amitiza, Dexillent Make Good Approval from Ashik, 9.22.pdf
160506_Contrave_Contract_Executed.pdf
160616_Belviq_PO.pdf
160906_Belviq_Contract_Amendment.pdf
Belviq Cash Back Approval Chain.pdf
Belviq NPS Contract-min.pdf
Eisai Belviq Credit Memo Approval.pdf
OH SIGNED_Belviq 2016 NPS Credit_Memo (915).pdf
2017 Contract and Fulfillment by Product and Month.xlsx
2017 Jan to Sep Revenue Audit.xlsx
2017 Reconciliation - Avanir_Onzetra AN V2.xlsx
2017 Revenue and Billing Reconciliation.xlsx
2017_rev_by_master - working.xlsx
2017_rev_by_master.xlsx
978_invokana_fulfillment_revrec.xlsx
Kinetic-TargetHealth - Adam Nixon (V3 1.4.2018).xlsx
Kinetic-TargetHealth - Adam Nixon (V4 1.8.2018).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary (AN).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary.xlsx
REV REC Format Example - Abbvie and Northera.xlsx
Summary of the Revenue 2014-2017 (Adam Nixon's conflicted copy 2017-12-18).xlsx
Summary of the Revenue 2014-2017.xlsx
YTD Contracted Revenue to Fulfillment - 09.30.2017.xlsx
YTD Revenue Reconciliation 2017.09 - JACKIE.xlsx
YTD Revenue Reconciliation 2017.09 - LP.xlsx
YTD Revenue Reconciliation 2017.09.xlsx
1. Net Financial Position - FORMAT UPDATE.xlsx

2016 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Avanir_Onzetra AN.xlsx
2017 Reconciliation - Sebela, Brisdelle #1123.xlsx
2017 Reconciliation - Target Health (Jimmy).xlsx
2017 Reconciliation - Target Health (V2 2017.12.19).xlsx
2017 Reconciliation - Target Health (V3 2017.12.20).xlsx
2017 Reconciliation - Target Health.xlsx
2017 TEVA.xlsx
allergan_accounting_report.xlsx
Anthem_Parent_Accting_Report_20171101.xlsx
Atezolizumab_Accting_Report_110117.xlsx
atrium_accting_report_110117.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations2.xlsx
campbells_accting_report.xlsx
clovis_accting_report.xlsx
disneyland_accting_report.xlsx
drexel_accting_report_110117.xlsx
exagen_accting_report_110117.xlsx
genentech_accounting_report.xlsx
goodrx_accounting_summary.xlsx
jennyslifeinsurance_accounting_report.xlsx
kaleo_accounting_summary.xlsx
leo_pharma_accouting_summary.xlsx
Matys_accting_report_110217.xlsx
mvp_healthcare_summary.xlsx
national_fuel_accting_report_110217.xlsx
otsuka_accounting_report.xlsx
panasonic_accounting_summary.xlsx
procure_accting_report.xlsx
roche_pharma_accounting_summary.xlsx
scriptdash_accting_report.xlsx
sun_dermatology_accounting_summary.xlsx
taiho_oncology_accounting_report.xlsx
abbott_accounting_report.xlsx
asset level detail - 1098.xlsx
asset level detail - 1189.xlsx
asset level detail - 986.xlsx
2017 Reconciliation - Abbvie (AN).xlsx
2017 Reconciliation - Abbvie.xlsx
Abbive Payment History 2016-2017.xlsx
AbbVie YTD Manufactuer Summary 09.30.2017.xlsx
Asset ID Fulfillment - 705.xlsx
Asset ID Fulfillment - 706.xlsx
Asset ID Fulfillment - 707.xlsx
Asset ID Fulfillment - 708.xlsx
Asset ID Fulfillment - 751.xlsx
Asset ID Fulfillment - 953.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
acadia_accounting_report.xlsx
asset level detail - 1704.xlsx
allergan_accounting_report.xlsx
asset level detail - 1163.xlsx
asset level detail - 669.xlsx
asset level detail - 735.xlsx
asset level detail - 852.xlsx
asset level detail - 993.xlsx
alzheimers_accounting_report.xlsx
asset level detail - 936.xlsx
asset level detail - 941.xlsx
amgen_accounting_report (1).xlsx
amgen_accounting_report.xlsx
asset detail contract 737.xlsx

asset level detail - 1094.xlsx
asset level detail - 1132.xlsx
asset level detail - 1134.xlsx
asset level detail - 739.xlsx
asset level detail - 740.xlsx
asset level detail - 989.xlsx
asset level detail - 992.xlsx
asset level detail 742.xlsx
asset level detail - 1096.xlsx
Astellas_Accting_Report.xlsx
2017 Reconciliation - AstraZeneca.xlsx
asset level detail - 1000.xlsx
asset level detail - 1082.xlsx
asset level detail - 599.xlsx
asset level detail - 600.xlsx
asset level detail - 801.xlsx
asset level detail - 849.xlsx
asset level detail - 901.xlsx
asset level detail - 928.xlsx
asset level detail - 958.xlsx
asset level detail - 960.xlsx
AstraZeneca 2017 Reconciliation V3 - LP.xlsx
AstraZeneca 2017 Reconciliation V3.xlsx
astrazeneca_accounting_summary (1).xlsx
astrazeneca_accounting_summary.xlsx
astrazeneca_asset_detail_779.xlsx
astrazeneca_asset_detail_785.xlsx
astrazeneca_asset_level_782.xlsx
astrazeneca_detail_778.xlsx
BPA Report Lynparza 09-2017.pdf
Dykema 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
2017 Avanir Onzetra Delivery Report.xlsx
asset level detail - 1204.xlsx
avanir_accounting_summary.xlsx
asset level detail - 1689.xlsx
asset level detail - 643.xlsx
asset level detail - 677.xlsx
asset level detail - 711.xlsx
asset level detail - 825.xlsx
asset level detail - 961.xlsx
asset level detail - 965.xlsx
asset level detail - 966.xlsx
asset level detail - 970.xlsx
asset level detail 747.xlsx
Bayer 2017 Reconciliation V3.xlsx
Bayer Manuf Reconciliation 2017.09.xlsx
AccentHealth Claritin Location List HIS PED.xlsx
AccentHealth Claritin Location List PED.xlsx
Context Media Locations.xlsx
ContextMediaMiralaxLocationList17vSend (3).xlsx
Miralax target list AH (1).xlsx
ContextMedia Targeting for McNerney (1)OAD.xlsx

Copy of AccentHealth OAD PNV Sep 2016 Direct Mail w Sample Targeting for McNerney CONFIDENTIAL 9.29.2016.xlsx
Audit Cover - Bayer OTC_Claritin Peds (AH).docx
Audit Cover - Bayer OTC_Claritin Peds (OH) .docx
Audit Cover - Bayer OTC_MiraLAX (AH) .docx
Audit Cover - Bayer OTC_MiraLAX (OH) .docx
Audit Cover - Bayer OTC_One-A-Day (AH).docx
Audit Cover - Bayer OTC_One-A-Day (OH).docx
2017_Bayer_OTC_Targeting_Delivery_Summary (4).xlsx
Bayer OTC Delivery Report 2017.xlsx
2017_Bayer_OTC_Clinic_Device_ID.xlsx
2017_TargetHealth_OH_BayerOTC_HCP_File_Client.xlsx
Bayer-Claritin-(OH)_MASTER - FULLY EXECUTED IO #747_ 2.1.17 .pdf
Bayer-Claritin_Peds_OH_Q2_2017_ADDENDUM FULLY EXECUTED (881).pdf
Bayer-Miralax (AH) 2017 (965).pdf
Bayer-Miralax (OH) FULLY EXECUTED IO #711 2.2.17 .pdf
Bayer-One-A-Day (OH) FULLY EXECUTED IO 677 .pdf
Children's Claritin 2017 (AH) IO rev 1 (961) (1).pdf
One A Day (AH) 2017 (970).pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
asset level detail - 127.xlsx
asset level detail - 784.xlsx
asset level detail - 807.xlsx
asset level detail - 838.xlsx
Biogen Pharma Reconciliation 2017.09 (1).xlsx
Biogen Pharma Reconciliation 2017.09.xlsx
Net Financial Position, Biogen Contract 127.xlsx
Tecfidera Reconciliation 2017.09.xlsx
asset level detail - 949.xlsx
blue_cross_accounting_summary.xlsx
Asset ID Fulfillment Support - 1187.xlsx
Asset ID Fulfillment Support - 1637.xlsx
Asset ID Fulfillment Support - 1796.xlsx
Asset ID Fulfillment Support - 617.xlsx
Asset ID Fulfillment Support - 655.xlsx
Asset ID Fulfillment Support - 682.xlsx
Asset ID Fulfillment Support - 684.xlsx
Asset ID Fulfillment Support - 980.xlsx
Asset ID Fulfillment Support - 997.xlsx
Asset ID Fulfillment Support - 999.xlsx
BOE Payment History 2016-2017.xlsx
Boehringer Ingelheim Reconciliation 2017.09.xlsx
Net Financial Position, Boehringer Ingelheim.xlsx
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx

asset level detail - 757 .xlsx
Boiron - Manufacturer Reconciliations 2017.09.xlsx
2017 Reconciliation - Boston Scientific (AN).xlsx
asset level detail - 1004.xlsx
asset level detail - 719.xlsx
asset level detail - 750.xlsx
boston_scientific_accounting_report.xlsx
2017 Reconciliation - Bristol-Myers Squibb.xlsx
BMS Payment History 2016.xlsx
BMS Payment History 2017.xlsx
bms_accounting_report.xlsx
Office ID Support - 982.xlsx
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Contract 13823.pdf
982_983 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Contract 14316.pdf
982_983 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Contract 14318.pdf
982_983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Contract 14321.pdf
asset level detail - 1059.xlsx
asset level detail - 755.xlsx
cdc_accounting_report.xlsx
2017 Reconciliation - Celgene.xlsx
Asset ID Fulfillment - 619.xlsx
Asset ID Fulfillment - 620.xlsx
Asset ID Fulfillment - 971.xlsx
celgene_accounting_summary.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
asset level detail - 1029.xlsx
asset level detail - 1743.xlsx
centers_for_medicaid_accting_report_110117.xlsx
asset level detail - 1047.xlsx
Childrens_healthcare_of_atl_accting_report.xlsx
asset level detail - 1118.xlsx
covance_accting_report_110117.xlsx
asset level detail - 127.xlsx
asset level detail - 807.xlsx
crescendo_bioscience_accting_report_110117.xlsx
asset level detail - 1028.xlsx
asset level detail - 954.xlsx
cvs_accting_report.xlsx
asset level detail - 264.xlsx
asset level detail - 463.xlsx
daiichi_sankyo_accting_summary.xlsx
asset level detail - 1088.xlsx
asset level detail - 1191.xlsx
Delaware_dept_accting_report.xlsx
asset level detail - 974.xlsx
dexcom_accting_report.xlsx
asset level detail - 576.xlsx
dr_reddy_accting_report_110117.xlsx
asset level detail - 1023.xlsx
dyson_accting_report_110117.xlsx
Asset ID Fulfillment - 181.xlsx
Asset ID Fulfillment - 184.xlsx

Asset ID Fulfillment - 194.xlsx
Asset ID Fulfillment - 571.xlsx
Asset ID Fulfillment - 733.xlsx
Eli Lilly 2017 Reconciliation V2.xlsx
Eli Lilly 2017 Reconciliation V3.xlsx
Eli Lilly 2017 Reconciliation.xlsx
Eli Lilly Payment History.xlsx
eli_lilly_accting_report_110117.xlsx
Net Financial Position, Eli Lilly Contract 181.xlsx
Net Financial Position, Eli Lilly Contract 184.xlsx
Net Financial Position, Eli Lilly Contract 194.xlsx
Net Financial Position, Eli Lilly Contract 571.xlsx
Net Financial Position, Eli Lilly Contract 733.xlsx
181 - 160205_Eli Lilly_Trulicity_Contract_Executed.pdf
181 - 160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
181 - FULLY EXECUTED_160427_Eli_Lilly_Trulicity_Q.pdf
571 - 1051 - Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
571 - 1051 - OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17.pdf
571 - Eli Lilly-Alimta-FULLY EXECUTED IO  #571 12.28.16 .pdf
733 - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071R_3-1-17.pdf
733 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
733 - FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
733 - NOT SIGNED - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071_12-22-16.pdf
Alimta Report - draft.pdf
Glucagon 9-16-draft report.pdf
Humalog CR - draft2017-11-10 (2).pdf
Trulicity 09-2017 - draft.pdf
Trulicity 2016-2017 BPA Audit Report.pdf
4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17 (1).pdf
4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16 (1).pdf
4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
asset level detail - 908.xlsx
ferring_accting_report.xlsx
brochure_fulfillment_summary.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLlst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_ Lit Dist List_Cox Comm (1).xlsx
CM-CoxCommBrochure10252017-TrackingNo.xlsx

170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf
CM-GrastekLetter12142016-TrackingNo (1).xlsx
CM-GrastekLetter12142016-TrackingNo.xlsx
Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017_LitDistribution.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx

170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
170822_InvegaTrenza_BrochureDistribution.csv
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo (1).xlsx
OH LitLetter Generic_summer (1).docx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 PI.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx

170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List_8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
asset_detail_irt.xls
asset_level_detail_791_to_951.csv
asset_level_detail_951_to_1100.csv
contracts_701_to_735.csv
details_contracts_1101_to_1796.csv

details_contracts_736_to_790.csv
details_contracts_790_to_1100.csv
detials_for_master_contract_700.csv
office_detail_greaterthan_760.csv
offices_contract_lessthan_760.csv
Asset ID Fulfillment Support - 1011.xlsx
Asset ID Fulfillment Support - 1749.xlsx
Asset ID Fulfillment Support - 712.xlsx
Asset ID Fulfillment Support - 713.xlsx
Asset ID Fulfillment Support - 975.xlsx
gilead_accounting_summary.xlsx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docrx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
asset level detail - 1050.xlsx
asset level detail - 1112.xlsx
asset level detail - 700.xlsx
asset level detail - 720.xlsx
asset level detail - 959.xlsx
GSK - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1064.xlsx
harmelin_accting_summary_110117.xlsx
asset level detail - 963.xlsx
home_instead_accting_report_110117.xlsx
asset level detail - 280.xlsx
horizon_accting_report_110217.xlsx
asset level detail - 657.xlsx
insulent_parent_accting_report_1102-17.xlsx
asset level detail - 1034.xlsx
jazz_accting_report_110217.xlsx
asset level detail - 716.xlsx
asset level detail - 721.xlsx
asset level detail - 723.xlsx
asset level detail - 977.xlsx
asset level detail - 978.xlsx
asset level detail - 998.xlsx
asset level detail -732.xlsx
Johnson & Johnson - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1723.xlsx
kentucky_dept_accting_report.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
asset level detail - 1068.xlsx
lg_accting_report_11217.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
2017 Reconciliation - Lundbeck Northera.xlsx
asset level detail - 969.xlsx
luneback_accting_report_110217.xlsx

asset level detail - 984.xlsx
Luxottica_accting_report_110217.xlsx
asset level detail - 858.xlsx
mannkind_corp_accting_report_110217.xlsx
asset level details - 189.xlsx
medtronic_pharma_accounting_report.xlsx
asset level detail - 115.xlsx
asset level detail - 1199.xlsx
asset level detail - 1639.xlsx
asset level detail - 165.xlsx
asset level detail - 491.xlsx
asset level detail - 621.xlsx
asset level detail - 758.xlsx
asset level detail - 759.xlsx
asset level detail - 763.xlsx
asset level detail - 948 .xlsx
asset level detail - 956.xlsx
asset level detail - 979.xlsx
BPA Audit Report - Januvia 09-2017-121917(1).pdf
BPA Audit Report - Nexplanon- CR draft-121917.pdf
Merck - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1714 .xlsx
milk_pep_accounting_summary.xlsx
asset level detail - 317.xlsx
mylan_accting_report.xlsx
nestle_accting_report_110217.xlsx
170427_GerberGuaranteed_LitDistribution.csv
asset level detail - 1049.xlsx
nima_accting_report_110217.xlsx
2017 Reconciliation - Novartis.xlsx
Novartis YTD Summary 09.30.2017.xlsx
Asset ID Fulfillment Support - 1158.xlsx
Asset ID Fulfillment Support - 664.xlsx
Asset ID Fulfillment Support - 717.xlsx
Asset ID Fulfillment Support - 718.xlsx
Asset ID Fulfillment Support - 789.xlsx
Asset ID Fulfillment Support - 794.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317 TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx

170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
Asset ID Fulfillment Support - 1006.xlsx
asset level detail - 724.xlsx
asset level detail - 725.xlsx
Asset level detail - 727.xlsx
asset-office-level detail - 726.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09 copy.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09.xlsx
Office level detail - 995.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
asset level detail - 1171.xlsx
asset level detail - 1763.xlsx
NYC_state_dept_accting_report_110217.xlsx
asset level detail - 787.xlsx
NYU_accounting_summary.xlsx
asset level detail - 548.xlsx
omron_accounting_report.xlsx
asset level detail - 729.xlsx
perrigo_accting_report_110217.xlsx
Pfizer_accounting_report.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
161229_PVC Brochure List_Jan 2017.xlsx

CMH 12-31 PI.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
asset level detail - 1110.xlsx
pharmacyclics_accting_report.xlsx
asset level detail - 1010.xlsx
presbyterian_homes_accting_report.xlsx
asset level detail - 793.xlsx
promius_accounting_report.xlsx
asset level detail - 1078.xlsx
asset level detail - 565.xlsx
asset level detail - 990.xlsx
publix_accounting_summary.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
asset level detail - 1032.xlsx
asset level detail - 1041.xlsx
asset level detail - 991.xlsx
quest_diagnostics_accounting_summary.xlsx
radius_health_accounting_summary.xlsx
sanofi_accounting_summary.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
asset level detail - 917.xlsx
asset level detail - 918.xlsx
science37_accounting_summary.xlsx
asset level detail - 996.xlsx
scriptsave_accting_report.xlsx
asset level detail - 1651.xlsx
asset level detail - 1652.xlsx
seaband_accting_report.xlsx
asset level detail - 1123.xlsx
sebela_accting_report.xlsx
asset level detail - 659.xlsx
shire_pharmacy_accting_report.xlsx
smartypants_accounting_summary.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
2016 Takeda Delivery Report.xlsx
2017 Reconciliation V4 - Takeda.xlsx
Net Financial Position, Takeda - 1708.xlsx
Net Financial Position, Takeda - 1741.xlsx
Net Financial Position, Takeda - 231.xlsx
Net Financial Position, Takeda - 275.xlsx
Net Financial Position, Takeda - 570.xlsx
takeda_accounting_summary.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv

CM-RozeremBroch051217-TrackingNo.xlsx
asset level detail - 1062.xlsx
asset level detail - 880.xlsx
Teva Pharma - Manufacturer Reconciliations 2017.09.xlsx
teva_pharma_accounting_summary.xlsx
asset level detail - 650.xlsx
asset level detail - 667.xlsx
ucb_pharma_accting_report.xlsx
asset level detail - 876.xlsx
asset level detail - 904.xlsx
valeant_accounting_report.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
asset level detail - 1124.xlsx
veracyte_accting_report.xlsx
asset level detail - 1007.xlsx
wellcare_accounting_report.xlsx
asset level detail - 1193.xlsx
white_memorial_accting_report.xlsx
2014-2017 Rev by Network, Category, Manuf, Brand.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2017 Revenue by Type (Global, Mid-market, Emerging, Page Science).xlsx
Abbvie Reconciliation 2017.09.xlsx
Percentage of Revenue by Product 2017.xlsx
Sales Ops to Rev Accounting - Reconciliation 2017.05.22.xlsx
Tecfidera Adjustment.xlsx
Timing of Orders - Revenue with Executed Contract Date.xlsx
Xeljanz.xlsx
APRIL 3rd Party DDM 9466 Overview 20170401-20170430 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
JUNE 3rd Party DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
MAY 3rd Party DDM 9466 Overview 20170501-20170531 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video, 
OH Copaxone April 2017 (Apr 1, 2017 - Apr 30, 2017) (1).xlsx
OH Copaxone June 2017 (Jun 1, 2017 - Jun 30, 2017) .xlsx
OH Copaxone May 2017 (May 1, 2017 - May 31, 2017) (4).xlsx
April rev details.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
2017 Measurement Requirements.xlsx
Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xls
Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xlsx
Contracts with Studies.xlsx
Digital Fulfillment - Example Request format.xlsx
digital_contract_close_out_details_08.11.xls
Market Research Obligations - not in queue 08.11.2017.xlsx
Revenue to Fulfillment 2017.08.xlsx
YTD Contract Revenue to Fulfillment - 09.30.2017.xlsx
Brochure Fulfillment Detail - 2017.xlsx
Absorb March Report v2.pdf
Absorb March Report.pdf
Absorb SPAR Report.xlsx
Absorb Tech Distribution Summary.pdf
Absorb Jan 2017 Mailing tracking.xls
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170329_Brillinta_BrochureDistribution_AH.csv

CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta _.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
Brilinta Mailing Tracking.xls
Chantix tracking.xls
CMS Medicare Mailing Tracking Report_June.xlsx
CMS Medicare Mailing Tracking.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_Lit Dist List_Cox Comm (1).xlsx
CM-CoxCommBrochure10252017-TrackingNo.xlsx
170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Eliquis Tracking.xls
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
CM-EntrestoBroch022217-TrackingNo.xlsx
Farxiga and Mirena Mailing Tracking Feb 2017.xls
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf
CM-GrastekLetter12142016-TrackingNo (1).xlsx

CM-GrastekLetter12142016-TrackingNo.xlsx
Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
Home Instead February Report.pdf
Home Instead May Report.pdf
Home Instead Tracking Sep 2017.xls.xlsx
HomeInstead SPAR Report - Feb & May.xlsx
HomeInstead Tech Distribution Summary.pdf
Home Instead and Watchman Tracking Sep 2017.xls
161230_HumiraPsA_LitDistribution.xlsx
706 - CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Ibrance 1099 Delivery Affirmations - April 2017.pdf
Ibrance 1099 Delivery Affirmations - January 2017.pdf
Ibrance Tech Distribution Summary.pdf
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
Invenga Trinza Tracking  .xls
Invenga Trinza, Spriva and Wellcare Tracking (1).xls
Invega Trinza April Report.pdf
Invega Trinza SPAR Report.xlsx
Invega Trinza Tech Distribution Summary.pdf
170822_InvegaTrenza_BrochureDistribution.csv
Contract 1637 - 170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
Contract 1637 CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
Jardiance Mailing Tracking 1_18_17.xls
Jardiance Mailing Tracking Feb 2017.xls
Jardiance tracking.xls
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
Accent Health Kyleena Mailing Tracking.xls
Mirena Mailing Dec 2016 Tracking.xls
mirena mailing tracking 0417.xlsx
Mirena Tracking.xls
SEP 2017 KYLEENA MAILING.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv

CM-MirenaBroch09282017-TrackingNo.xlsx
Contract # 966 CM-MirenaBroch09282017-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
June 2017 Nima Sensors Mailing Tracking for SF.xls
June 2017 Nima Sensors Mailing Tracking.xls
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
APRIL 2017 OPDIVO TRACKING.XLS
Opdivo January Affudavit Report.pdf
Opdivo July Affidavit Report.pdf
opdivo mailing tracking 0417.xlsx
Opdivo October Affidavit Report.pdf
APRIL 2017 OPDIVO TRACKING.XLS
opdivo mailing tracking 0417.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
Otezla PsA.textClipping
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
Otezla Tracking .xls
Pearle Vision and Otezla Tracking.xls
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 Pl.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
Prevnar Drop Tracking from CDA 1_24_17.xls
Prevnar Mailing Tracking 04-17.xls
Procure OKC April Report.pdf
Procure OKC SPAR Report.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx

170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
Saxenda Drop Tracking.xls
Saxenda mailing tracking (1).xlsx
SAXENDA MAILING tracking.xls
Saxenda mailing tracking.xlsx
SCRIPTSAVE MAILING tracking.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
CM-SmartyPantsGI_LitBrochure10312017-TrackingNo (1).xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
CM-SmartyPantsOBGYN_LitBrochure10312017-TrackingNo.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
Stelara 1099 Delivery Affirmations - July 2017.pdf
Stelara 1099 Delivery Affirmations - October 2017.pdf
Stelara Tech Distribution Summary.pdf
Accent Health Stelara Mailing.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
Stiolto Mailing Tracking #2  1_18_17.xls
Stiolto Tracking.xls
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
June 2017 Victoza Saxenda Mailing Tracking (1).xls
Victoza Jan 2017 Mailing Tacking.xls
Victoza mailing tracking (1).xlsx
Victoza mailing tracking.xlsx
Accent Health Aug 2017 Watchmen Mailing Tracking.xls
June 2017 Watchmen Mailing.xls
SEP 2017 WATCHMAN  MAILING_Tracking.xls
September Mailing_Watchmen_Invega Trinza_8.23.2017.xlsx
Watchmen Tracking.xls
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx

170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List_8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
close_out_details_revised_08.07.17.xlsx
Contract Review - Accounting.xlsx
Executed Post 10-1 as of 2017.12.28.xlsx
Contract_with_fulfillment_10312017.xlsx
Jan-Nov Contracted Revenue with Fulfillment_20171214.xlsx
LIVE - Contracted Products and Revenue by month.xlsx
1805_1823_fulfillment_12212017.xlsx
712 - 2017 Fulfillment.xlsx
ytd_fulfillment - pulled 12212017.xlsx
2017 YTD Fulfillment Report - V012418 FINAL.xlsx
Wifi Delivery - Offices 02.05.18.xlsx
Wifi_Doubleclick_Delivery_2017 - 02.15.2018 via Johnny.xlsx
1051Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
1074 FULLY EXECUTED_Otezla_PsO_20.pdf
1096 Astellas_OUTCOME_CR27534_5-16-17.pdf
1096 OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1667 Outcome Health Mail - Approval Request for Extension of Trulicity ROFR.pdf
1668 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
1668 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1681 AH- LG Air Purifier, IO Partially Executed 08.11.17.pdf
1735 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 9.21.17.pdf
1744 AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1746 AbbVie-Mavyret-FULLY EXECUTED #IO 1746, 9.15.17.pdf
1760 Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1785 Outcome Health Mail - CMS Make Good and Next Steps.pdf
2017 Contract Lines with No Revenue Analysis.xlsx
725 Novo Nordisk-Novolog-FULLY EXECUTED IO #725, 2.22.17.pdf
732 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 3.23.17.pdf
736 Sanofi-Praulent-FULLY EXECUTED IO #736 5.18.17.pdf
771 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf
777 FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
870 AbbVie Pharma-Humira PsO-FULLY EXECUTED IO #870 3.6.17.pdf
1017 - Grow Up Plan 2017 (1017, 1037).pdf
1028 - FULLY EXECUTED -- CVS Equity Initiative Accent Health (1028).pdf
1032 - FULLY EXECUTED -- Quest Diagnostics -- HCV DTC-HCP Q3 2017 (1032).pdf
1032 - Publix Charlotte B2B IO 5.12.17.pdf
1033 - Signed OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
1036 - Lemtrada_Patient 2017_Context Media Health_IO (1) (1).pdf
1036 - Signed - OH_Lemtrada_Date Change Addendum IO-#1036, FULLY EXECUTED, 06.30.17 (1).pdf
1037 - Grow Up Plan 2017 (1017, 1037).pdf
1040 - FULLY EXECUTED BMS Oncology.pdf
1041 - FULLY EXECUTED -- Quest Diagnostics -- HIV DTC-HCP Q2-Q4 2017 (1041).pdf
1041 - Quest HIV Letter of Intent 4.21.17.pdf
1041 - Quest_OutcomeHealth_HIV_SOW 5.15.17.pdf
1045 Signed Otezla PsO 2017 Jan-Feb - #1045 Fully Executed, 08.16.17.pdf
1050 - Corrected - GSK Nucala OUTCOME HEALTH CR27739 REV 5-23-17.pdf
1050 - GSK Nucala CONTEXTMEDIA CR27739 4-25-17.pdf
1050 - signed FULLY EXECUTED_Nucala_2017_Campaign_-_Master (1050).pdf
1051 - Signed OH-Eli Lilly CR26374 #1051-FULLY EXECUTED, 07.06.17 (1).pdf
1058 - Context Media revised contract for Merck Nexplanon.pdf
1058 - Signed FULLY EXECUTEd_Nexplanon_2017_Campaign_- Addendum (1058).pdf
1059 - CDC IO PN-CMH_ExamRoomWallboard Media IO_5.3.17 (1).pdf
1059 - CDC T&C1 CMH_Exam Room Advertising Ts&Cs_Signed (1).pdf
1059 - Signed FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf

1059 - Signed, FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf
1062 - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1062 - Signed - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1065 - 170516_BSC_Emblem S ICD_Contract.pdf
1065 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1066 - 170516_BSC_Emblem S ICD_Contract.pdf
1066 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1067 - Signed, FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
1067 - Symbicort OH Extension IO 5.25.2017.pdf
1077 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1078 - Publix Charlotte B2B IO 5.12.17.pdf
1078 - Signed, FULLY EXECUTED -- 2017 Publix Pharmacy B2B (1078).pdf
1082 - Lynpara IO 5.12.2017.pdf
1082 - Signed - Outcome Health- AZ Lynparza CC_#1082_FULLY EXECUTED,06.13.17.pdf
1084 - Signed Sanofi-Toujeo-OOH Pitch-IO-Fully Executed - #1084 07_25_2017.pdf
1094 - EnbrelRA Context Digital Exam Room Tablet Jun-Dec 2017.pdf
1095 - EnbelRA Context Digital Wallboards Jun-Dec 2017.pdf
1095 - OH Only - OH-EnbrelRA_#1095,FULLY EXECUTED,06.15.17.pdf
1096 - Signed OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1097 - Email confirmation Outcome Health Mail - Re- 2017 Rozerem New Patient Start Program Amendment.pdf
1100 - Pearle Vision IO Luxottica_OUTCOME_CR27966_6-7-17.pdf
1100 - TCs signed - Accent Health  Luxotica Television Advertising revised 6.21.17 - OMG-OMA signed.pdf
1101 - Cancelation, Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1102 - Cancelation , Outcome Health - Stelara PsA Cancellation Signed.pdf
1102 - Cancelation signed FULLY EXECUTED -- Stelara PsA 2017 - Cancelation Letter (1102).pdf
1104 - Signed Evzio-SOW-Fully Executed - #1104 07_24_2017.pdf
1107 - Signed OH-Rubraca SOW-#1107-FULLY EXECUTED, 07.06.17.pdf
1108 - CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).pdf
1108 - SCHEDULE Copy of Exhibit C-D-E-F_Final 6-3-17.xlsx
1108 - Signed CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).docx
1109 - 170522_Trumenba Contract_Draft.v1 (revised).docx
1110 - Signed OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
1112 - Anoro Contract 5.24.17.pdf
1112 - Signed FULLY EXECUTED -- Anoro 2017 Campaign (1112).pdf
1114 - Signed OH-Triumeq 2H Billing Entity Addendum-#1114-FULLY EXECUTED, 07.06.17.pdf
1118 - Signed 170928 Covance Q4 Brand Awareness Contract AR-Fully Executed, 09.29.17.pdf
1120 - Cancelation Nexplanon 2017 -- Cancellation (1120).pdf
1120 - Signed - OH-Nexplanon_2017_Cancellation-#1120, FULLY EXECUTED 06.15.17.pdf
1121 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1123 - OH_Sebela_Brisdelle_SOW (Sebela Signed) 6.5.17.pdf
1123 - Signed - Fully Executed -- OH and Sebella MSA 6.5.17.pdf
1124 - Signed Outcome_Health_Veracyte_SOW_SIGNED.pdf
1132 - Repatha_ContextMedia_ExamRoomWallunit_-Jul-Sept_2017.docx (1)[1].pdf
1132 - Signed OH_Repatha_#1132_FULLY EXECUTED-06.15.17.pdf
1134 - Repatha_ContextMedia_ExamRoomTablet_JULY-SEPT_2017[1][1].pdf
1134 - Signed OH_Repatha_#1134_FULLY EXECUTED,.pdf
1142 - HUMIRA Gastro Wallboard 2017 Revised IO 5.25.17.pdf
1142 - Signed Cancellation - FULLY EXECUTED -- Humira Crohn's WB 2017 - (7-21) Cancellation Addendum (1142).pdf
1143 - Signed FULLY EXECUTED -- Humira Crohn's ERT 2017 - (7-21) Cancellation Addendum (1143).pdf
1144 - HUMIRA Gastro Waiting Room TV 2017 Revised IO 5.30.17.pdf
1144 - Signed FULLY EXECUTED -- Humira Crohn's WRTV 2017 - (7-21) Cancellation Addendum (1144).pdf
1147 - Signed AH-Dupixent 2017 IO-#1147, FULLY EXECUTED,07.26.17.pdf
1148 - Signed Triumeq 1H.pdf
115 - Signed 08.26.2016 - 160826_Merck_Zostavax_Contract_Executed.pdf
1151 - ProAir Consumer - Triggyr May-June 2017 IO.pdf
1151 - Signed Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1152 - Signed ContextMedia Health LLC dba Outcome Health - AssigAssuConstRelsAgmt to MSA(10.01.14_51526) - 04.25.17_1(
1153 - Ribo Revised 6.6.2017.pdf
1153 - Signed - FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
1157 - Bevespi Incremental Contract 5.30.2017.pdf
1157 - Signed OH -Bevespi_Incremental_IO, #1157, FULLY EXECUTED 06.14.17.pdf
1158 - Signed Triggyr-Cosentyx PsA, #1158, Revised IO FULLY EXECUTED, 08.10.17.pdf
1161 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1161 - Signed FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1163 - Signed - OUTCOME HEALTH (ContextMedia) Botox Work Order (July-December 2017) (6.19.17) (002).pdf
1164 - Signed Triggyr-Viekira Pak, #1164, FULLY EXECUTED, 07.21.17 (1) (1).pdf
1167 - Contract-15980-ContextMediaHealth__LLC-Revision_6-2-2017_3-43-PM-EDT (1) (1).pdf

1167 - Signed OH-Atripla Q2 2017 ERT Addendum #1167-FULLY EXECUTED,06.22.17.pdf
1169 - Outcome Health revised contract-2.pdf
1169 - Signed Januvia Addendum-FULLY EXECUTED, 06.26.17.pdf
1181 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17.pdf
1183 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17 (1).pdf
1187 - Signed August Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed July Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed September Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1192 - Signed Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17 (1).pdf
1194 - Signed AH-Havroni Branded Addendum IO-#1194-FULLY EXECUTED, 07.06.17.pdf
1204 - Signed OH_Onzetra_#1204, FULLY EXECUTED, 07.18.17.pdf
1205 - Signed OH- Leo-Picato SOW, #1205, FULLY EXECUTED,07.24.17.pdf
1206 - RadiusPharma_2017_Consumer_Campaign_Outcome_RIO (SLD Signed).pdf
1208 - Signed Tecfidera 2017, FULLY EXECUTED Amended SOW #1654 #1208, 9.19.17
1208 - Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
1211 - Signed OH-Lemtrada Amendment, #1211, FULLY EXECUTED, 07.12.17.pdf
1212 - Signed OH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
127 - Signed 08.03.2016 - 160803_VectraDA_Contract_Executed.pdf
127 - Signed 11.03.2016 - Vectra_T&C_Signed.pdf
1629 - Signed OH-Prepopik IO-#1629-FULLY EXECUTED,07.06.17 (2).pdf
1632 - Signed Injectafer 2017 - Fully Executed SOW #1632, 9.15.17.pdf
1636 - Signed OH- Atripla Q3 2017-Addendum, #1636, FULLY EXECUTED, 07.14.17 (1).pdf
1637 - Jardiance_Incremental_July'17.pdf
1637 - Signed OH-Jardiance IO-#1637, FULLY EXECUTED 08.01.17.pdf
1639 - Signed Nexplanon-IO-Fully Executed #1639_8.3.17.pdf
1642 - Signed OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17 (1).pdf
1646 - Partially Executed - Orencia Cancellation IO #1646, 10.3.17.pdf
1647 - Signed OH-BMS Oncology Pilot SOW, #1647, PARTIALLY EXECUTED, 07.24.17.pdf
165 - Signed 08.26.2016 - 160826_Merck_Grastek_Contract_Executed.pdf
1652 - Signed 8.7.2017 - Sea-Band-FULLY EXECUTED SOW #1652, 08.07.17 .pdf
1652 - Signed Triggyr-SeaBand SOW, #1652, FULLY EXECUTED, 08.07.17.pdf
1654 - Signed Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
1661 - Signed Triggyr-Dupixent IO-#1661, FULLY EXECUTED, 08.07.17 (1).pdf
1662 - Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
1662 - Template Duzallo WO #1000008939 (rev.) (1).docx
1663 - Signed Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17 (1).pdf
1668 - Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1672 - Signed OH- Tanzeum 2017, #1672 #1673 #1674, FULLY EXECUTED, 08.08.17 (1).pdf
1684 - SignedOnzetra 2017 - Updated IO, FULLY EXECUTED #1684, 08.15.17.pdf
1685 - Signed Avise 2017, Fully Executed SOW #1685, 9.18.17.pdf
1688 - Signed Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17.pdf
1689 - Signed - Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (2).pdf
1691 - Signed Atripla 2017, Q4- FULLY EXECUTED IO #1691, 8.29.17.pdf
1692 - Signed - Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17.pdf
1692 - Signed Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (1).pdf
1697 - Casper Triggyr- FULLY EXECUTED SOW #1697, 11.20.17.pdf
1697 - Email addendum to PDF contract Casper Triggyr 11.20.17.pdf
1704 - Signed ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17 (1).pdf
1707 - cancellation Injectafer 2017, Cancellation IO #1707, 11.29.17.pdf
1713 - Signed Breo 2017, Budget Cut Addendum, FULLY EXECUTED #1713, 8.29.17.pdf
1735 - Signed Invokana 2017- Market Access SOW, FULLY EXECUTED 9.21.17.pdf
1742 - Signed 12.22.2017 Takeda- Ninlaro- FULLY EXECUTED SOW #1742, 12.22.17.pdf
1744 - Signed AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1760 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1776 - Signed 01.31.2018 Gilead- HIV Truvada PrEP- FULLY EXECUTED SOW #1776, 1.31.18.pdf
1777 - Signed 01.18.2018 - CLS- Hizentra- FULLY EXECUTED SOW #1777, 1.18.18.pdf
1779 - Blink Health 2017, 2H - FULLY EXECUTED MAA #1779, 9.6.17.pdf
1783 - Signed 01.23.2018 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
1787 - Signed Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1788 - Signed 12.21.2017 Amgen- Enbrel Derm- Sept. FULLY EXECUTED IO #1788, 12.21.17.pdf
1789 - Signed 12.21.2017 Amgen- Enbrel_Derm- Nov. FULLY EXECUTED IO #1789, 12.21.17.pdf
1790 - Signed 12.21.2017 Amgen- Enbrel Derm- Dec. FULLY EXECUTED IO #1790, 12.21.17.pdf
1792 - Email cancellation - Re_ Notification- Cessation of Brisdelle program.pdf
1794 - Signed BMS Oncology Phase I Surplus Inventory, FULLY EXECUTED SOW #1794, 10.4.17.pdf
1796 - SIGNED - DEC BI-Pradaxa, FULLY EXECUTED Dec. IO #1796, 10.10.17.pdf
1796 - SIGNED - NOV BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 - SIGNED - OCT- BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf

1805 - Signed 12.21.2017 OH- Amgen- Repatha 2017 Q4, FULLY EXECUTED IO #1085, 12.21.17.pdf
1809 - Signed Alto Pharmacy- FULLY EXECUTED Pilot Agreement #1809, 10.13.17.pdf
1816 - SIGNED GSK- Anoro- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1817 - Signed GSK- Nucala- FULLY EXECUTED 2017 Q4 Cancellation IO #1817, 10.16.17.pdf
1818 - Signed GSK- Triumeq- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1819 - Signed GSK- Breo Asthma- FULLY EXECUTED 2017 Q4 Cancellation IO #1819, 10.16.17.pdf
1827 - Signed 12.22.2017 Celgene- Otezla PsO- FULLY EXECUTED IO #1827, 12.22.17.pdf
1828 - Celgene- Otezla PsA- FULLY EXECUTED IO #1828, 12.22.17.pdf
1829 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736).pdf
1830 - Signed Merck- Zepatier- FULLY EXECUTED Cancellation IO #1830, 10.25.17.pdf
1831 - GSK- Tanzeum 2017, Q4- FULLY EXECUTED Cancancellation IO #1831, #1825, 11.21.17.pdf
1833 - Fully Executed Sanofi- Toujeo- FULLY EXECUTED Cancellation IO #1833, 11.14.17.pdf
1838 - Signed 01.25.2018 Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
1839 - AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
1841 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1911 - Disney- Disneyland- Partially Executed Revised IO #1911, 11.1.17.pdf
1911 - Signed 12.07.2017 Disneyland- FULLY EXECUTED IO #1911, 12.7.17.pdf
1912 - Signed 01.26.18 BMS- Opdivo- FULLY EXECUTED IO #1912, 1.16.18.pdf
1917 - FULLY EXECUTED IO #1917, 11.17.17.pdf
1921 - Natera- Evercord- FULLY EXECUTED WO #1921, 12.21.17.pdf
1924 - Signed 01.22.2018 - Walmart Indio Fully Executed IO 1.23.18 (1) (1) (1).pdf
1932 - Humira PsA- Fully Executed WRTV Cancellation IO #1932, 12.4.17.pdf
1933 - Email Humira PsO- ERT Cancellation Addendum #1933, 12.1.17.pdf
1933 - Humira PsO- Fully Executed ERT Cancellation IO #1933, 12.4.17.pdf
1934 - Email Humira PsO- WRTV Cancellation Addendum #1934, 12.1.17.pdf
1934 - Humira PsO- Fully Executed WRTV Cancellation IO #1934, 12.5.17.pdf
1935 - Humira RA- Fully Executed ERT Cancellation IO #1935, 12.4.17.pdf
1936 - Email Humira RA- WRTV Cancellation Addendum #1936, 11.30.17.pdf
1936 - Humira RA- Fully Executed WRTV Cancellation IO #1936, 12.5.17.pdf
1940 - Signed 01.16.2018 Gilead- HIV Treatment- FULLY EXECUTED SOW #1940, 1.30.18.pdf
1942 - Signed 1.23.2018 Toy Association- FULLY EXECUTED SOW #1942 1.23.18.pdf
1943 - BMS Cancellation Notice, Dated 10.26.17.pdf
1945 - Signed 12.07.2017 Abbott- Pediasure- FULLY EXECUTED IO #1945, 12.7.17.pdf
1947 - Signed 01.18.2018 Walmart Sumter Fully Executed IO 1.18.18 .pdf
1950 - Signed 12.15.17 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
1952 - Signed 12.08.2017 - Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
1953 - Signed 01.17.2018 Injectafer Triggyr- FULLY EXECUTED Cancellation IO #1953, 1.18.18.pdf
1956 - Signed 01.24.2018 Genetech- Tecentriq 2018- FULLY EXECUTED Make Good IO #1956, 1.25.18.pdf
1957 - Signed 12.08.2017 - Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
1959 - Signed 01.30.2018 OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
1960 - Signed 01.30.2018 AH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1960, 1.30.18.pdf
1978 - Imbruvica- FULLY EXECUTED IO #1978, Signed 12.22.17 (Final).pdf
1978 - Imbruvica Revised IO, 12.22.17.pdf
1984 - Botox Cosmetic Cancellation Notice, 12.14.17.pdf
1986 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
1993 - Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1996 - Clovis- Rubraca- Cancellation IO #1996, 12.21.17.pdf
1997 - Januvia WB Removal Email Notification (Legal Approved), 10.26.17.pdf
1998 - Gilead- Harvoni Branded 2018- FULLY EXECUTED IO #1998.pdf
1999 - Gilead- Harvoni Unbranded 2018- FULLY EXECUTED IO #1999.pdf
2013 - Signed 02.12.2018 Astellas- FULLY EXECUTED Clinical Trial SOW #2013, 2.13.18.pdf
2014 - Executed 02.01.2018 - Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
2015 - Addtl paper Quaker 2018 Q1- AV ERT Email Addendum Draft, 1.16.18.pdf
2015 - Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
2025 - Signed 01.24.2018 Takeda- Trintellix- FULLY EXECUTED Completion Agreement, 1.24.18.pdf
2026 - Gilead- Harvoni Branded- ERT Opt Out Email Confirmation, 1.23.18.pdf
2028 - 01.18.2018 client email confirmationSpiriva COPD- Date Change Client Confirmation Email, 1.18.18.pdf
2030 - 02.06.2018 Signed - Medisafe- FULLY EXECUTED IO #2030, 2.6.18.pdf
2030 - Medisafe Estimated Inventory Counts, 11.30.17.pdf
2033 - 02.06.2018 email approval - Pediasure- Launch without contract leadership approval email, 2.8.18.pdf
2033 - Outcome Health Mail - Re- Crossix & Pediasure (1).pdf
2037 - Signed 02.07.2018 CMH Healix- Tahio- Lonsurf- FULLY EXECUTED Completion Agreement, 2.5.18.pdf
231 - 160203_Amitiza_Contract_Executed (1).pdf
264 - Signed 160410_Effient_DTC_Contract.pdf
285 - Signed 6.14.16 - 2016 GoodRx Sponsor Agreement_fully executed.pdf
317 - signed 8.31.2016 - 160831_Xulane_Contract_Revised.pdf

463 - Signed 02.03.2016 - 20160203_Welchol_Contract (1).pdf
491 - Signed 08.26.2016 - 160826_Merck_Belsomra_Contract_Executed.pdf
536 - Signed 08.02.2016 - 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
548 - Signed 10.11.2016 - OmronContractSigned.pdf
565 - Signed 01.20.2017 - FULLY EXECUTED_Publix_Medicare_Part_D_2017.pdf
570 - Signed 1.10.2017 1000454104 2016 Rozerem New Patient Start Prgrm CS.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
576 - Signed - Please DocuSign_ 161030_Zembrace_MSA_PWO_Executed.pdf
612 - Signed 11.08.2016 - 161108 Atrium 2017 Executed Contract.pdf
616 - Signed 12.21.2016 - FULLY EXECUTED_Xeljanz_Context_Media_Q1_201.pdf
619 - Signed 2.23.2017 FULLY EXECUTED_Otelza_PsA_2017_(619).pdf
620 - Signed 2.23.2017 FULLY EXECUTED_Otezla PsO 2017 (620).pdf
621 - Signed 01.17.2017 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
630 - Signed 11.17.2017 - Context Media Health MSA eff 111616 FullyExecuted.pdf
632 - Signed 12.20.2016 - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
643 - Signed 12.12.2016 - FULLY EXECUTED_BYR-MIRENA-CONTEXT-Shah-Nati.pdf
650 - Signed 11.04.2016 - FULLY EXECUTED -- UCB Clinical Trials.pdf
655 - January - FULLY EXECUTED Tradjenta_2017_Jan_(655)pd.pdf
657 - Signed 10.17.2016 - ContextMedia MNDA 20161014 1-signed[1].pdf
657 - Signed 12.07.2016 - FULLY EXECUTED_CMH_Statement_of_Work1_12-07.pdf
659 - 11.18.2016 - 161118 Xiidra Fully Executed Contract.pdf
664 - Need client sign. FULLY EXECUTED_Cosentyx_PsO_2017_(664).pdf
665 - Signed 12.20.2016 - FULLY EXECUTED_Contract_665_--_2017_Xeljanz.pdf
667 - CMH SIGNED_ Briviact, POC.pdf
668 - Signed 12.27.2016 - FULLY EXECUTED_2017_Ibrance_Context_Media_C.pdf
669 - Signed 12.12.2016 - FULLY EXECUTED_AG1-BCM-CONTEXT-Tobin-Nation.pdf
670 - Signed 12.12.2016 - FULLY EXECUTED_Contract_13956_-_ContextMed.pdf
677 - Signed 02.01.2017 - FULLY EXECUTED_-_Bayer_OAD_2017.pdf
680 - Signed 11.18.2016 - FULLY EXECUTED -- SC1-446751 ContextMedia Amend Amitiza Waiting Room FY16 CS.pdf
681 - Signed 11.29.2016 - Amitiza 2017.pdf
682 - Signed 2.21.2017 - FULLY EXECUTED -- Pradaxa_2017_Jan_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Feb_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Mar_(682).pdf
684 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
692 - Signed 3.31.2017 - FULLY EXECUTED -- Orencia 2017 Q1 (692).pdf
700 - Signed 12.28.2016 - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2690.pdf
705 - Signed 01.20.2017 - FULLY EXECUTED_HPS_IO_WR_Video_2017.pdf
705 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
706 - Signed 01.31.2017 - FULLY EXECUTED_706_--_2017_PsA_CMH_Video_IO.pdf
706- Sponsor Signature - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
707 - Signed 01.20.2017 - FULLY EXECUTED_AS_Context_Tablet_(1).pdf
707 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
708 - Signed 1.31.2017 FULLY EXECUTED--_HUMIRA_Crohns_2017_TV.pdf
708 - Signed by Sponsor Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
709 - Signed 12.27.2016 - FULLY EXECUTED_2017_Eliquis_Context_Media_C.pdf
711 - Signed 02.02.2017 - FULLY EXECUTED_MiraLAX_2017.pdf
712 - Signed 02.01.2017 - FULLY EXECUTED_Harvoni_Branded_2017.pdf
713 - AD Signed 02.03.2017 - FULLY EXECUTED_Harvoni_Unbranded_2017.pdf
716 - Signed 01.03.2017 - FULLY EXECUTED_Prezcobix_-_2017_POC_Contrac.pdf
717 - Need client sign. FULLY EXECUTED_Cosentyx_PsA_2017_(717).pdf
718 - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
718 - Signed - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
719 - Signed 03.06.2017 FULLY EXECUTED_Watchman_AFIB_Device_2017 (719).pdf
720 - Signed - FULLY EXECUTEd -- Triumeq 2017 (720).pdf
720 - Signed 4.12.2017 FULLY EXECUTEd -- Triumeq 2017 (720).pdf
721 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
721 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
723 - Cancelation Outcome Health - Stelara PsA Cancellation Signed.pdf
723 - Signed 2.14.2017 FULLY EXECUTED_Stelara_PsA_2017_(723).pdf
724 - Signed 2.14.2017 FULLY EXECUTED_Saxenda_2017_(724).pdf
725 - Signed 2.22.2017 FULLY EXECUTED_Novolog_2017_Market_Access (725).pdf
726 - Signed 2.14.2017 FULLY EXECUTED_Victoza_2017_(726).pdf
727 - Signed 2.14.2017 FULLY EXECUTED_Tresiba_2017_(727).pdf
729 - Signed 01.18.2017 - FULLY EXECUTED_Perrigo_Infant_Formula_and_C.pdf
729 - Signed 01.29.2017 - FULLY EXECUTED_ContextMediaHealth_Sponsorsh.pdf
731 - Signed 01.05.2017 - Synvisc_2017_Jan-Jun_CMH_rev.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf

735 - Signed 2.3.2017 CMH SIGNED_Viberzi_2017_Sponsorship_Agr[10].pdf
736 - FULLY EXECUTED_Praluent_2017_-_Market_Access (736).pdf
736 - Signed Praluent Market Access 2017.pdf
737 - Signed 3.6.2017 FULLY EXECUTE_Repatha_2017_-_Feb-June_ERT (737).pdf
739 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_WR_(739).pdf
740 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_(740).pdf
742 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Derm_2017_(742).pdf
743 - Signed 01.08.2018 2017_PVC Make Good_Context Media_Fully Executed 1.8.18.pdf
745 - Signed 02.08.2017 - FULLY EXECUTED -- Tecentriq_2017_Lung.pdf
747 - Signed 2.1.2017 FULLY EXECUTED_-_Bayer_Claritin_2017.pdf
750 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf
751 - Signed 01.20.2017 - FULLY EXECUTED_Humira_RA_TV_Screens.pdf
755 - Signed 1.20.2017 FULLY EXECUTED_CDC_Chronic_Context_Media_He.pdf
757 - Signed 01.03.2017 - IO Context Media for Boiron.pdf
758 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
758 - Signed 2.1.2017 FULLY EXECUTED_Belsomra_2017.pdf
759 - Signed 2.14.2017 FULLY EXECUTED_Januvia_2017_(759).pdf
760 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
760 - Signed 2.1.2017 FULLY EXECUTED_Nexplanon_2017.pdf
762 - Signed 2.1.2017 FULLY EXECUTED_Zepatier_2017.pdf
762 - Signed AH- Zepatier, Fully Executed IO, #762 08.22.17.pdf
763 - Signed 2.1.2017 FULLY EXECUTED_Zostavax_2017.pdf
770 - Signed 01.20.2017 - FULLY EXECUTED-_Humira_RA_CMH_Tabl.pdf
770 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
771 - Signed 1.20.2017 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf
772 - Signed 01.20.2017 - FULLY EXECUTED_HPS_IO_Tablets_2017_.pdf
772 - Sponsor signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
773 - FULLY EXECUTED_-_Humira_PsO_CMH_WB_I.pdf
774 - Signed 01.31.2017 - FULLY EXECUTED_774_-_Humira_PsA_CMH_Tablet_.pdf
774 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
776 - Signed 01.31.2017 - FULLY EXECUTED_776_--_HUMIRA_Crohns_Tablet.pdf
776 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
777 - NOT SIGNED - Update - HUMIRA Crohn's CMH Wallboard 2017 Full Year IO 1.17.17 - To Be Signed.pdf
777 - Signed 01.31.2017 - FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
777 - Signed 1.31.2017 FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
778 - No Signature Farxiga Contract 3.16.2017.pdf
778 - Signed - FULLY EXECUTED -- Farxiga 2017 (778).pdf
779 - Signed - FULLY EXECUTEd_Bydureon_2017_AH_(779).pdf
779 - Sponsor Signed 01.05.2017 - Bydureon 2017.pdf
779 - V.3.24.2017 - Bydureon Revised Contract w- makegood 4.12.2017.pdf
782 - No Signature Contract #14504 - Triggyr - Revised - 3.1.17.pdf
782 - Signed 4.25.2017 -FULLY EXECUTED_Farxiga_2017_Triggyr_(782).pdf
783 - Signed 2.13.2017 FULLY EXECUTED_Triggyr_Neulasta_Q1_2017_(78.pdf
784 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, ERT.pdf
785 - Signed 01.04.2017 - ContextMedia Movantik Sponsorship Jan 4 2017.pdf
787 - Signed 01.10.2017 - FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
788 - OH SIGNED_Lemtrada_2017_(788).pdf
788 - Signed FULLY EXECUTED Lemtrada 2017 (788).pdf
789 - No Signature Gilenya 2017 Contract 3.10.2017.pdf
793 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
794 - Signed - FULLY EXECUTED - Entresto NPS 2017 (794).pdf
801 - Not signed Symbicort contract 3.16.2017.pdf
801 - Not signed Symbicort Revised 2017 Contract 2.14.2017.pdf
801 - Signed 04.05.2017 - FULLY EXECUTED -- Symbicort 2017 (801).pdf
802 - Signed FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
807 - Signed 02.01.2017 FULLY EXECUTED_Vectra_DA_2017.pdf
810 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
811 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
812 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
813 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
819 - Signed 3.5.2017 FULLY EXECUTED_Aspercreme_2017_(819).pdf
819 - Signed ASP Contact (TC).pdf
821 - Signed 2.15.2017 FULLY EXECUTED_Lonsurf 2017.pdf
822 - Signed 01.23.2017 FULLY EXECUTED_Xulane_2017.pdf
826 - Signed - FULLY EXECUTED_Tanzeum_2017_(826).pdf
826 - Tanzeum.2017.AH.pdf
827 - SIGNED, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf

830 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_ERT_(830).pdf
833 - FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
833 - LOE Contract.pdf
834 - Signed FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
835 - Signed, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
836 - CMH SIGNED_Ibrance 2017, DWB Extension.pdf
837 - Signed 2.13.2017 FULLY EXECUTED_Atrium_2017_Addendum_(837)p.pdf
838 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, WR.pdf
840 - Signed 2.13.2017 FULLY EXECUTED_Harvoni_Unbranded_2017_(840).pdf
844 - Signed FULLY EXECUTED_Public_2017_Addendum_(844)p.pdf
847 - FULLY EXECUTED_Otezla_PsO_20.pdf
848 - 2.28.17 FULLY EXECUTED_Otezla_PsA_20.pdf
849 - Signed -FULLY EXECUTED_Bevespi_2017_(849).pdf
851 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_Add_(851).pdf
852 - Signed 3.21.17 FULLY EXECUTED_Botox_CM_April_2017_(852).pdf
854 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Feb-June_DWB_(854).pdf
856 - Signed 3.6.2017 FULLY EXECUTED_Repatha_2017_-_Jan_Exam_Room (856).pdf
857 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Jan_DWB_(857).pdf
858 - Outcome Health NDA_Fully Executed_013017.pdf
858 - Signed 3.10.2017 MannKind_AFREZZA_Signed SOW 031317.pdf
859 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - NEEDS OH SIGNATURE Outcome Health revised contract.pdf
859 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - Signed FULLY EXECUTED -- Januvia 2017 Addendum (859).pdf
860 - Signed FULLY EXECUTED -- Saxenda_2017_ROI_Addendum_(860).pdf
870 - FULLY EXECUTED_Humira_PsO_2017_-_WB_Pilot (870).pdf
871 - Signed 4.18.17 - FULLY EXECUTED -- Eliquis 2017 Addendum (871).pdf
872 - Gerber Life.CMH Media Buying Guidelines doc 1.19.17.pdf
872 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
873 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
876 - PO - Outcome Health - PHMUS-31843.PDF
876 - Signed - OH_Relistor_SOW_Executed_28March2017.pdf
878 - OH SIGNED_Ibrance_2017_(878).pdf
878 - Signed 4.7.2017 - FULLY EXECUTED -- Ibrance addendum 2017 (878).pdf
879 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
880 - FULLY EXECUTED -- Copaxone_Triggyr_2017 (880).pdf
881 - Signed 3.22.17 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
883 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(883).pdf
884 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(884).pdf
885 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(885).pdf
886 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
887 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf
889 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
890 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
891 - Signed 1.20.2017 FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
893 - Completion Document (Novolog)-Fully Executed.pdf
893 - FULLY EXECUTED -- Novolog 2017 NPS (893).pdf
897 - OH SIGNED_Watchman_Device_2017_Add_(897).pdf
897 - Signed - BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
897 - Signed BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
899 - Signed 3.23.17 FULLY EXECUTED_Belsomra_2017_Renewal_-_Add (899).pdf
901 - Signed 03.29.2017 FULLY EXECUTED_Brilinta_2017_(901).pdf
904 - Signed SOW as of 06.23.2017.pdf
908 - Signed 3.21.17 FULLY EXECUTED_Prepopik_2017_(908).pdf
910 - Signed 4.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910).pdf
911 - Signed 04.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910, 911).pdf
916 - Signed FULLY EXECUTED_Otelza_PsA_2017_(619).pdf
917 - Signed - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science37_2017_(918).pdf
919 - AH April Pradaxa IO (1).pdf
919 - AH June Pradaxa IO.pdf
919 - Signed -FULLY EXECUTED,6.26.17.pdf
925 - BYR-KYL-CONTEXT-swap.pdf
925 - Signed, FULLY EXECUTED -- Kyleena 2017 (925).pdf
927 - GSK Breo CONTEXTMEDIA CR26906 REV 4-5-17 (3).pdf

927 - SIGNED - FULLY EXECUTED -- 2017 Breo Asthma Campaign - Q2 Optimizations - Addendum (927).pdf
928 - Signed - Brilinta- Triggyr, IO FULLY EXECUTED, #928 08.16.17.pdf
930 - FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
930 - Signed FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
932 - Signed 4.14.17 - FULLY EXECUTED -- Atripla Q2 2017 (932).pdf
934 - Notice of Cancellation Atrium POC Cancellation 2-21-17.pdf
934 - Signed FULLY EXECUTED -- Atrium 2017 Cancelation (934).pdf
936 - Signed 04.7.2017 - FULLY EXECUTED -- Alzheimers Association 2017 (936) .pdf
942 - 5882-9-29853 -- otsuka - abilify.pdf
944 - FULLY EXECUTED -- Lonsurf DTC 2017, Addendum (944).pdf
944 - Updated Lonsurf Campaign Dates_CONTEXT_MEDIA_HEALTH_from_ID_MEDIA 04.10.2017.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf

1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980}.pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf

MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf

719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf

Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx

1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genetech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genetech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljanz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incemental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx

GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf

Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Enusre.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
January 2018 Rev Calc Support - Ran 01.26.2018.xlsx
January 2018 Rev Calc Support - Ran 02.02.2018.xlsx
January 2018 Rev Calc Support - Revised 02.07.2018.xlsx
JAN2018_TPD_final - Remnant.xlsx
180207_January_2018_FulfillmentReport.xlsx
January 2018 Qualified Fulfillment - V021518.xlsx
February 2018 Rev Calc Support - Ran 02.12.2018.xlsx
01.12.2018 - CM-CasperLitDist_WR_ABrochuree-01122018-TrackingNo Contract # 1696.xlsx
01.12.2018 - CM-CasperLitDist_WR_BBrochuree-01122018-TrackingNo_MASTER CONTRACT#1696.xlsx
01.12.2018 CM-OtezlaPsABrochuree-01122018-TrackingNo_MASTER CONTRACT #1828.xlsx
01.23.2018 CM-OtezlaPsOLitBrochuree-01232018-TrackingNo #1827.xlsx
Contracted Products and Revenue - week 01.15.2018.xlsx
Contracted to Fulfillment - 2018.01.16.xlsx
2016 Revenue Contract Summary 2016.06.xlsx
Contract Master.xlsx
Device, Qty Dollars Status 2016.09.13.xlsx
June Revenue Quetions - Support.xlsx
Rev Rec June.xlsx
2016-09_September_billing_revenue_dr_2016 (Working File).xlsx
2016-09_September_billing_revenue_dr_2016 (Working File)c.xlsx
Micensky VOE.pdf
Workbook2 (Added).xlsx
Workbook2.xlsx
Workbook5.xlsx
12.28.17 - Conversant Check.jpg
12.28.17 - Conversant Details.jpg
11.02.17 - Samba Check.jpg
11.02.17 - Samba Details.jpg
11.03.17 - Butler_Till Check.jpg
11.03.17 - Butler_Till Details.jpg
11.10.17 - Samba Check.jpg
11.10.17 - Samba Details.jpg

11.20.17 - Abbott Check.jpg
11.20.17 - Abbott Details.jpg
11.20.17 - Butler_Till Check.jpg
11.20.17 - Butler_Till Details.jpg
11.24.17 - Target Check.jpg
11.24.17 - Target Details.jpg
11.30.17 - Conversant Check.jpg
11.30.17 - Conversant Details.jpg
10.16.17 - KellyScottMadison Check.jpg
10.16.17 - KellyScottMadison Details.jpg
10.16.17 - Resources Check.jpg
10.16.17 - Resources Detail.jpg
10.16.17 - Target Check.jpg
10.16.17 - Target Details.jpg
10.17.17 - Butler_Till Check.jpg
10.17.17 - Butler_Till Details.jpg
10.19.17 - Intermark Check.jpg
10.19.17 - Intermark Details.jpg
10.25.17 - IPG Check.jpg
10.25.17 - IPG Details.jpg
10.27.17 - Conversant Check.jpg
10.27.17 - Conversant Details.jpg
10.30.17 - Harmelin Check.jpg
10.30.17 - Harmelin Details.jpg
JPM April 2017.pdf
JPM August 2017.pdf
JPM December 2017.pdf
JPM February 2017.pdf
JPM January 2017.pdf
JPM July 2017.pdf
JPM June 2017.pdf
JPM March 2017.pdf
JPM May 2017.pdf
JPM November 2017.pdf
JPM October 2017.pdf
JPM September 2017.pdf
Pages from JPM April 2017.pdf
Pages from JPM November 2017.pdf
Pages from JPM October 2017.pdf
Pages from JPM September 2017.pdf
Check# 0000007579.pdf
Check# 0000007580.pdf
Check# 0019139621.pdf
Check# 0110338998.pdf
Check# 0110340661.pdf
Check# 0110340809.pdf
Check# 0110340810.pdf
Check# 0110340811.pdf
Check# 0110340812.pdf
Check# 0110340813.pdf
Check# 0110340814.pdf
Check# 0110340815.pdf
Check# 0110340816.pdf
Check# 0110347403.pdf
Check# 0110347482.pdf
Check# 0110347504.pdf
Check# 0110347515.pdf
Check# 0110347536.pdf
Check# 0110353065.pdf
Check# 0110353201.pdf
Check# 102001.pdf
Check# 102106.pdf
Check# 134234.pdf
Check# 1690000307.pdf
Check# 1690000461.pdf
Check# 209719.pdf
Check# 209831.pdf

Check# 209832.pdf
Check# 209908.pdf
Check# 209909.pdf
Check# 209978.pdf
Check# 4000549747.pdf
Check# 400119148.pdf
Check# 400119884.pdf
Check# 400120476.pdf
Check# 40233.pdf
Check# 40495.pdf
Check# 5421.pdf
Check# 58300087.pdf
Check# 593381.pdf
Check# 593418.pdf
Check# 608411.pdf
Check# 84019.pdf
Check# 84053.pdf
Check# 844188.pdf
Check# 884182.pdf
Check# 90669.pdf
1.8.18 - Carat Check.jpg
1.8.18 - Carat Details.jpg
2017.pdf
2017-1 10.pdf
2017-1 13.pdf
2017-1 33.pdf
2017-1 34.pdf
2017-1 7.pdf
2017-10.pdf
2017-11.pdf
2017-12.pdf
2017-13.pdf
2017-14.pdf
2017-16.pdf
2017-17.pdf
2017-18 2.pdf
2017-2 13.pdf
2017-2 8.pdf
2017-2 9.pdf
2017-3 10.pdf
2017-3 11.pdf
2017-3 13.pdf
2017-3 14.pdf
2017-3 15.pdf
2017-3 2.pdf
2017-3 31.pdf
2017-3 6.pdf
2017-4 1.pdf
2017-4 18.pdf
2017-4 19.pdf
2017-4 20.pdf
2017-4 25.pdf
2017-4 26.pdf
2017-4 5.pdf
2017-4 6.pdf
2017-5 11.pdf
2017-5 3.pdf
2017-5 5.pdf
2017-5 8.pdf
2017-6.pdf
2017-7.pdf
2017-8.pdf
2017-9.pdf
2017-1 (Uploaded).pdf
2017-2.pdf
2017-3.pdf
2017-4.pdf

2017-5.pdf
(188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf
(242_) - 4835-1343-8039.1 - FINAL - Abbvie - Humira Derm (1.27.16).pdf
(852_) - 4836-7095-9446.1 - FINAL - Allergan - Botox - 12.12.16.pdf
(This one is very very wrong) 4844-2366-8311.1 - FINAL - Abbvie - Humira PSA - Tablet (1.27.16).pdf
___ - 4823-0606-0883.1 - FINAL - Amgen - Repatha - 5.18.16.pdf
1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf
1000- 4820-1199-3428.1 - FINAL - AstraZeneca (Symbicort) - Contract 14830.pdf
1005 - 4826-4566-9715.1 - FINAL - Campbell - V8 - 1.26.17.pdf
1006 - 4849-9244-6807.1 - REVISED - Victoza 11.22.16.pdf
1034 - 4815-2446-6519.1 - FINAL - Jazz Pharmaceutical - Xyrem - 5.4.17.pdf
1082 - 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
1082 - 4846-3048-3028.1 - FINAL - AstraZeneca - Lynparza - Contract 6428-9-36035.pdf
1094 - 4819-4377-2498.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Exam Roo....pdf
1094 - 4844-7968-8018.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Wallboar....pdf
1096 - 4835-3007-6503.1 - FINAL - Myrbetriq 6.22.17.pdf
1132 - 4852-4763-9890.1 - FINAL - Amgen - Repatha - July to Sept 2017 Wallboard....pdf
1134 - 4849-5855-9826.1 - FINAL - Amgen - Repatha - July to Sept Tablets.pdf
1147 - 4817-1982-5236.1 - FINAL - Sanofi (Dupixent) - 7-26-17.pdf
1158 - 4813-8991-7268.1 - FINAL - Novartis (Cosentyx Psoriatic Arthritis) 8-10-17.pdf
1187 - 4820-7033-8898.1 - FINAL - BI - Pradaxa - September 2017.pdf
1189 - 4813-3560-5075.1 - FINAL - Abbott - Ensure - 7.31.17.pdf
1689 - 4826-7203-1826.1 - Bayer Rx - Xofigo - 8.15.17.pdf
1706 - 4848-3116-0915.1 - FINAL - Novo Nordisk - Victoza - 11.22.16.pdf
1707 - 4816-3135-8548.1 - FINAL - Daiichi - Injectafer - 8.16.17.pdf
1772 - 4843-1210-9140.1 - FINAL - AstraZeneca - Lynparza - Contract 7770-11-37480.pdf
1788 (NOT FULLY EXECUTED) - 4824-1740-1170.1 - FINAL - Amgen - Enbrel Derm - Sept 2017 Tablets.pdf
1805 - 4823-9564-3986.1 - FINAL - Amgen - Repatha - Q4 2017.pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
188 - 4824-5479-4067.1 - FINAL - Jardiance - December 2016.pdf
190 - 4836-1970-5173.1 - FINAL - Novolog - 6.28.16.pdf
190 - 4838-0451-6693.1 - FINAL - Novolog - 9.13.16.pdf
192 - 4843-1417-8387.1 - FINAL - Tradjenta - July 2016.pdf
192 - 4848-1860-8979.1 - FINAL - Tradjenta - September 2016.pdf
192 - 4852-5344-0339.1 - FINAL - Tradjenta - December 2016.pdf
192 (OCTOBER) - 4824-0229-6659.1 - FINAL - Tradjenta - October 2016.pdf
192- 4814-9226-3763.1 - FINAL - Tradjenta - August 2016.pdf
193 - 4824-6306-0565.1 - FINAL - Tresiba - 7.20.16.pdf
194 - 4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
194 - 4838-5761-7750.1 - REVISED - Lilly - Humalog - Jan to June 2016.pdf
194 -4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
196 - 4826-6484-5909.1 - FINAL - Victoza - 6.27.16.pdf
196 - 4850-6431-5477.1 - FINAL - Victoza - 7.20.16.pdf
197 - 4835-1775-5987.1 - FINAL - Amgen - Enbrel RA - 10.12.15.pdf
198 - 4835-0078-2163.1 - FINAL - Amgen - Enbrel RA - 4.4.16.pdf
199 - 4835-5066-3255.1 - FINAL - Abbvie - Humira Rheum - Tablet (1.27.16).pdf
199 - 4836-3232-0343.1 - FINAL - Abbvie - Humira Rheum (5.31.16).pdf
199 - 4845-7433-5575.1 - FINAL - Abbvie - Humira Rheum - Tablet (5.31.16).pdf
200 - 4825-5641-5831.1 - FINAL - Abbvie - Humira PSA (6.10.16).pdf
200 - 4851-5603-2343.1 - FINAL - Abbvie - Humira PSA (1.27.16).pdf
209 - 4823-7546-3255.1 - FINAL - Myrbetriq 6.23.15.pdf
214 - 4813-8937-2499.1 - FINAL - Pradaxa - February 2016.pdf
214 - 4836-2146-3123.1 - FINAL - Pradaxa - May 2016.pdf
214 - Apr - 4821-9428-5651.1 - FINAL - Pradaxa - April 2016.pdf
214 (JUNE) - 4828-4938-3507.1 - FINAL - Pradaxa - June 2016.pdf
216 - 4812-6554-5811.1 - FINAL - Amgen - Repatha 12.3.15.pdf
216 - 4826-4180-1811.1 - FINAL - Amgen - Repatha - 1.15.16.pdf
227 - 4816-6996-8727.1 - FINAL - Jazz - Xyrem 3.3.16.pdf
232 - 4830-0384-0852.1 - FINAL - Abbvie - EPI - 7.26.16.pdf
240 - 4833-3261-6787.1 - FINAL - Amgen - Enbrel Derm - 1.31.16.pdf
241 - 4848-4276-2835.1 - FINAL - Amgen - Enbrel Derm - 6.2.16.pdf
242 - 4847-0507-9127.1 - FINAL - Abbvie - Humira Derm (6.10.16).pdf
242 - 4849-9278-2935.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (1.27.16).pdf
242 (TABLET) - 4829-1280-1367.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (6.1.16).pdf

306 - 4816-0709-4869.1 - FINAL - Saxenda - Jan to March.pdf
306- 4810-5325-0133.1 - FINAL - Saxenda - April to Dec.pdf
310 - 4837-1013-5891.1 - FINAL - Stiolto - January 2016.pdf
310 - 4837-2645-4355.1 - FINAL - Stiolto - December 2016.pdf
310 - 4848-2136-4307.1 - FINAL - Stiolto - October 2016.pdf
310 - 4850-0466-8499.1 - FINAL - Stiolto - July 2016.pdf
342 - 4814-0635-8101.1 - FINAL - Tradjenta - 11.22.16.pdf
4831-2338-9267.1 - FINAL - Tradjenta - November 2016.pdf
531 - 4828-3236-0790.1 - FINAL - Allergan - Botox - 12.16.16.pdf
540 - 4820-9512-9683.1 - FINAL - Pradaxa - October 2016.pdf
540 - 4842-2609-8259.1 - FINAL - Pradaxa - September 2016.pdf
542 - 4847-4275-4899.1 - FINAL - Amgen - Enbrel RA - 12.28.16.pdf
560 - 4818-3701-9731.1 - FINAL - Amgen - Prolia - 9.9.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
601 - 4849-7108-9751.1 - FINAL - Abbvie - Humira AS 3647 (12.15.16).pdf
617 - 4824-9146-5554.1 - FINAL - BI - Spiriva - October 2017.pdf
617 - 4834-4521-0962.1 - FINAL - BI - Spiriva - August 2017.pdf
617 - 4835-7903-5474.1 - FINAL - BI - Spiriva - April 2017.pdf
617 - 4838-1647-2402.1 - FINAL - BI - Spiriva - November 2017.pdf
617 - 4846-7040-6482.1 - FINAL - BI - Spiriva - February 2017.pdf
617 - Jan - 4820-1999-9570.1 - FINAL - BI - Spiriva - January 2017.pdf
617 - May - 4822-5599-4706.1 - FINAL - BI - Spiriva - May 2017.pdf
617 - Sept - 4818-8774-7922.1 - FINAL - BI - Spiriva - September 2017.pdf
617 (DECEMBER) - 4823-7166-5746.1 - FINAL - BI - Spiriva - December 2017.pdf
617 (JULY) - 4827-4181-3074.1 - FINAL - BI - Spiriva - July 2017.pdf
617- 4810-4757-6402.1 - FINAL - BI - Spiriva - June 2017.pdf
617- 4811-1488-1874.1 - FINAL - BI - Spiriva - March 2017.pdf
628 - 4843-2571-6051.1 - FINAL - Spiriva Asthma - November 2016.pdf
628 (DECEMBER) - 4831-1814-9715.1 - FINAL - Spiriva Asthma - December 2016.pdf
655 - 4835-6619-0162.1 - FINAL - BI - Tradjenta - March 2017.pdf
655 - 4841-8740-5906.1 - FINAL - BI - Tradjenta - September 2017.pdf
655 - 4842-7063-6626.1 - FINAL - BI - Tradjenta - June 2017.pdf
655 - 4845-3730-2610.1 - FINAL - BI - Tradjenta - April 2017.pdf
655 - 4849-7370-6834.1 - FINAL - BI - Tradjenta - August 2017.pdf
655 - 4852-0989-8578.1 - FINAL - BI - Tradjenta - July 2017.pdf
655 - Jan - 4816-8635-5538.1 - FINAL - BI - Tradjenta - January 2017.pdf
655 - May - 4818-8866-5170.1 - FINAL - BI - Tradjenta - May 2017.pdf
655 (FEBRUARY) - 4828-9372-5266.1 - FINAL - BI - Tradjenta - February 2017.pdf
664 - 4852-4913-5700.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
665 - 4844-3637-3847.1 - FINAL - Xeljanz 12.20.16.pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
682 - 4852-0682-6322.1 - FINAL - BI - Pradaxa - June 2017.pdf
682-682 - 4822-7140-3346.1 - FINAL - BI - Pradaxa - March 2017.pdf
684 - 4833-7686-3570.1 - FINAL - BI - Stiolto - February 2017.pdf
684 - 4836-4582-3314.1 - FINAL - BI - Stiolto - March 2017.pdf
684 - 4836-6273-1602.1 - FINAL - BI - Stiolto - May 2017.pdf
684 - 4841-1545-4290.1 - FINAL - BI - Stiolto - June 2017.pdf
684 - Jan 4811-2897-8770.1 - FINAL - BI - Stiolto - January 2017.pdf
684 (APRIL) - 4824-8747-4514.1 - FINAL - BI - Stiolto - April 2017.pdf
705 - 4831-4963-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3747.pdf
705 - 4844-4259-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - through Aug 31.pdf
705 (PLAYERS) - 4831-1515-8100.1 - FINAL - Abbvie - Humira Psoriasis - Order 3712.pdf
705-773 - 4830-1639-5604.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - Jan to June.pdf
706 - 4840-3338-8116.1 - FINAL - Abbvie (Humira PSA) - Order 4007.pdf
706 - 4845-3657-3524.1 - FINAL - Abbvie (Humira PSA) - Order 3820.pdf
706 - 4848-8876-3988.1 - FINAL - Abbvie (Humira PSA) - Order 3800.pdf
707 - 4827-1224-2772.1 - FINAL - Abbvie - Humira AS - Order 3986.pdf
708 - 4837-1592-6868.1 - FINAL - Abbvie (Humira-Crohn's Disease) - Order 3724.pdf
708 - 4838-4811-7844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3724.pdf
708 - 4840-6772-4116.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3705.pdf
708 - 4841-8398-9844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3870.pdf
708 - 766 - 4822-0414-7284.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3705.pdf
708-777 - 4826-7449-4292.1 - FINAL - Abbvie (Humira - Crohn's Disease) Order 3870.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
712 - 4824-5692-4503.1 - REVISED - Harvoni 2.1.17.pdf
712 - 4834-8978-7731.1 - FINAL - Gilead - Harvoni Branded - 2.1.17.pdf

713 - 4849-0679-1255.1 - REVISED - Undiagnosed 2.13.17.pdf
713 - 4852-6063-6243.1 - FINAL - Gilead - Undiagnosed - 2.13.17.pdf
717 - 4825-4171-2212.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
724 - 4827-3421-1923.1 - FINAL - Novo Nordisk - Saxenda - 2.21.17.pdf
724 - 4852-0969-8647.1 - REVISED - Saxenda 2.21.17.pdf
725 - 4828-1081-8903.1 - REVISED - Novolog 2.22.17.pdf
725 - 4840-0115-3875.1 - FINAL - Novo Nordisk - Novolog - 2.22.17.pdf
726 - 4816-6230-5107.1 - FINAL - Novo Nordisk - Victoza - 2.10.17.pdf
726 - 4828-7746-9015.1 - REVISED - Victoza 2.10.17.pdf
727 - 4829-8868-8211.1 - FINAL - Novo Nordisk - Tresiba - 2.14.17.pdf
727 - 4842-2030-1655.1 - REVISED - Tresiba 2.14.17.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
733_882 - 4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17.pdf
737 - 4834-3104-7250.1 - FINAL - Amgen - Repatha - Feb to June Tablets.pdf
737- 4810-4199-8162.1 - FINAL - Amgen - Repatha - Feb to June 2017 Wallboards....pdf
739 - 4812-6173-9346.1 - FINAL - Amgen - Prolia - 2017 Waiting Room TV Spots.pdf
739 - 4821-7236-2322.1 - REVISED - Amgen - Prolia - 2017 Waiting Room TV Spots....pdf
739 - 4833-4198-3314.1 - REVISED Amgen - Prolia - Exam Room Tablets.pdf
739 - 4840-0494-4210.1 - FINAL Amgen - Prolia - Exam Room Tablets.pdf
740 - 4835-6395-4770.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Wallboard....pdf
740 (TABLETS) - 4831-1948-9618.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Tablets.pdf
742 - 4837-2202-7090.1 - FINAL - Amgen - Enbrel Derm - Dec 2017 Deliverables.pdf
742 - 4842-9946-4018.1 - FINAL - Amgen - Enbrel Derm - Nov 2017 Tablets.pdf
742 - 4853-2838-0242.1 - FINAL - Amgen - Enbrel Derm - Jan to Oct 2017 Tablets....pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
751 - 4836-3800-4564.1 - FINAL - Abbvie - Humira Rheumatology - Order 3973.pdf
751 - 4851-6446-9076.1 - FINAL - Abbvie - Humira Rheumatology - Order 3958.pdf
751 (ERT) - 4827-9121-3908.1 - FINAL -  Abbvie (Humira Rheumatology)- Order 4010.pdf
778 - 4824-9072-5204.1 - FINAL - AstraZeneca (Farxiga) 4-5-17.pdf
778 - 4838-4394-6836.1 - FINAL - AZ - Farxiga - Contract 14691.pdf
779 - 4823-4721-0068.1 - FINAL - AstraZeneca (Bydureon-Byetta) Contract 14511.pdf
779 - DUPLICATE 4823-8248-0980.1 - FINAL - Astra Zeneca (Bydureon Byetta) Contract 14511.pdf
782 - 4835-0102-8180.1 - FINAL - AstraZeneca (Farxiga) 4-25-17.pdf
784 - 4825-7523-3363.1 - FINAL - Biogen - Tecfidera ERT - 9.19.17.pdf
785 - 4831-1577-7876.1 - FINAL - AZ - Movantik - 1.3.17.pdf
789 - 4822-7930-6324.1 - FINAL - Novartis (Gileyna) 3-27-17.pdf
794 - 4820-2968-6868.1 - FINAL - Novartis - Entresto New Patient Start Program - 3.10.17.pdf
801 - 4839-1177-6596.1 - FINAL - AZ - Symbicort - Contract 14828.pdf
825 - 4850-8742-6642.1 - Bayer Rx - Xofigo - 5.30.17.pdf
838 - 4828-2931-6435.1 - FINAL - Biogen - Tecfidera WRTV 9.19.17.pdf
849 - 4842-5196-0916.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 4 - 3.23.17.pdf
849 - 4847-8352-3412.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 5 - 6.14.17.pdf
849 - 4847-9642-1460.1 - AstraZeneca (Bevespi) Contract 15230.pdf
856 - 4833-0004-0274.1 - FINAL - Amgen - Repatha - Jan 2017 Wallboards.pdf
856 - 4841-2094-2930.1 - FINAL Amgen - Repatha - Jan 2017 Exam Room Tablets.pdf
858 - 4813-9588-7700.1 - FINAL - MannKind - Afrezza - 3.13.17.pdf
876 - 4839-1726-3191.1 - REVISED - Relistor 3.28.17.pdf
876 - 4848-2934-4594.1 - Valeant-Relistor - April-December 2017.pdf
901 - 4822-0525-0388.1 - FINAL - AstraZeneca (Brilinta) 3-29-17.pdf
901 - 4830-7847-3300.1 - FINAL - AZ - Brilinta - Contract 15751 - 3.29.17.pdf
904 - 4824-7461-9223.1 - FINAL - Xifaxan 7.13.17.pdf
904- 4810-9575-8674.1 - Valeant-Xifaxan- July-December 2017.pdf
958 - 4817-8846-2676.1 - FINAL - AZ - Farxiga - Contract 14509.pdf
958 - 4832-8515-2852.1 - FINAL - AstraZeneca (Farxiga) 1-9-17.pdf
960 - 4840-7400-9684.1 - FINAL - AstraZeneca (Brilinta) 3-15-17.pdf
960 = 4816-1983-8548.1 - FINAL - AZ - Brilinta - Contract 15743 - 3.15.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
966 - 4816-8610-7986.1 - Bayer Rx - Mirena - 10.27.16.pdf
966-1111 - 4822-9434-7602.1 - Bayer Rx - Kyleena - 4.25.17.pdf
969 - 4823-1532-3987.1 - FINAL - Lundbeck - Northera - 9.13.17.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
975 - 4835-6253-3203.1 - FINAL - Gilead [Accent Health] 12.6.16.pdf
975 - 4842-5267-6439.1 - REVISED - Harvoni 12.6.16.pdf
981 - 4829-7662-4983.1 - FINAL - Myrbetriq 10.3.16.pdf
982 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Q2 Contract 14316.pdf

982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Q1 Contract 13823.pdf
982 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Q3 Contract 14318.pdf
983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Q4 Contract 14321.pdf
985 - 4822-4196-7955.1 - FINAL - Abbott - Pedialyte - 12.15.16.pdf
985 - 4829-9740-1427.1 - FINAL - Abbott - Pedialyte - 5.4.17.pdf
995 - 4812-1744-2135.1 - REVISED - Saxenda 12.1.16.pdf
995 - 4821-1253-1027.1 - FINAL - Novo Nordisk - Saxenda - 12.1.16.pdf
Unknown - 4821-0513-4935.1 - FINAL - Abbvie - Humira Rheum (1.26.17).pdf
Unsure - 4813-7893-0519.1 - FINAL - Abbvie - Humira RA 3472 (5.31.16).pdf
Unsure - 4814-2537-9412.1 - FINAL - Janssen - Invokana - 12.19.16.pdf
Unsure - 4819-8389-3335.1 - FINAL - Abbvie - Humira RA 3472 (1.27.16).pdf
Unsure - 4821-9262-6263.1 - FINAL - Abbvie - Humira PSA - Tablet (6.1.16).pdf
ContextMedia_CIM_vF.PDF
ContextMedia_Revised LP_vF.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
2014 and 2013 CMH Inc Audit Report.pdf
2014 management letter from Miller Cooper.pdf
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
Legal Rep letter to 2015 for D&T- Final.pdf
Representation letter 2015 to D&T - Final.pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
Project Wildcat October Report - QOE report McGladrey.pdf
2013 - 2016 Revenue Summary.xlsx
CM Overview Deck - Q3 2016.pdf
151105_Anoro_Contract (4).pdf
151222 Gilead Harvoni Contract (3).pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
Context Health 2016 IO Novolog.pdf
Context Health IO 2016 Victoza.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
151218_Invokana_2016_Contract_Updated (2) - Shortcut.lnk
160211_Invokana_2016_Contract_Executed (1) - Shortcut.lnk
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
Hong Kong Electron International Trading Co LTD.pdf
Pounce Master Supplier Agreement.pdf
Pounce Media Player SOW.pdf
Pounce Wallboard SOW.pdf
13.3inch.pdf
32inch SOW.pdf
MSA ContextMedia 2013-03-18.pdf
NPN - ContextMedia_Content License - Signed.pdf
Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
Amendment to BSBA (2).pdf
ContextMedia BSBA Fully Executed (5).pdf
dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx

dailyRx_ContextMedia Content License agreement FINAL_5.13.15.pdf
Screenfeed Order Form - Context Media Signed.pdf
Context Media Proposal - 07 23 2015 Final.pdf
DOC071315-07132015.pdf
Swank_Context_DealMemo.pdf
Context Media Executed Lease - 489 Fifth Ave.pdf
ContextMedia - Office Lease 330 N. Wabash Fully Executed.pdf
ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1) (1).pdf
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Detail Headcount report through 8-22-2016.xls
Headcount info 7-31-2016.xlsx
Trade address.docx
CM Holdings LLC W-9.pdf
CM Inc W-9.pdf
W-9 ContextMedia LLC.pdf
Articles of Amendment Jan 2007.pdf
Articles of Amendment Oct 2009.pdf
Articles of Incorporation.pdf
Articles of Merger.pdf
By-Laws.pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia LLC Capitalization 6-30-2016.xlsx
Legal Entity Org chart.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
2016 annual compliance certificate - CMH LLC.pdf
2017 Budget vF.pdf
CMH LLC Q4 2016 Operating Results MD&A.pdf
ContextMedia Health LLC  - 2016 Audited Financials.pdf
2024.05.10 Production Letter.pdf
OH2909662.pdf
[SUSPICIOUS MESSAGE] Fwd_ Followup.pdf
1L investor proposal.pdf
Class A Proposal - confirmation 4.8.19.pdf
Fwd Confidential - Attorney-Client Privilege.msg
Fwd Discussion follow-up.msg
Fwd OH follow-up.msg
Fwd Outcome Health - 2019 Forecast Overview.msg
Fwd PatientPoints Records.msg
Fwd Proposed attachment.msg
Fwd Update.msg
Fwd_ Confidential - Attorney-Client Privilege.pdf
Fwd_ Discussion follow-up.pdf
Fwd_ OH follow-up.pdf
Fwd_ Outcome Health - 2019 Forecast Overview.pdf
Fwd_ PatientPoints Records.pdf
Fwd_ Proposed attachment.pdf
Fwd_ Update.pdf
OH - 1L amended Credit agreement.pdf
OH - April 10 Board_04.10.19 1030.pdf
OH 2019 Forecast 20190115s.pdf
Outcome - Restructuring Term Sheet-4841-0412-4553-v14.docx
SUSPICIOUS MESSAGE Fwd Followup.msg
Fwd 1L investor proposal.pdf.msg

Fwd Call Re Financing.msg
Expert Documents 2.0.zip
._2017 Recs - LP Tracker.xlsx
._2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
._Contract Refund Details.xlsx
._Amgen Reconciliation Contracted Details.xlsx
._Media Edge - Amgen 2017 Reconciliation.xlsx
._Completion Agreement - Assembly Boehringer Ingelheim.xlsx
._Assembly Boehringer Ingelheim Reconciliation.xlsx
._Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
._Horizon-Gilead 2017 Reconciliation.xlsx
._Completion Agreement - Horizon Media - Horizon.xlsx
._Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
._2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
._Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
._Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
._Ironwood - Allergan 2017 Reconciliation.xlsx
._Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
._Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
._Completion Agreement - Allergan - Allergan.xlsx
._Completion Agreement - Compas - Biogen.xlsx
._Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
._Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
._Completion Agreement - HSAD North America - LG.xlsx
._Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
._Completion Agreement - Kelly Scott Madison - Jazz.xlsx
._Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
._Completion Agreement - Novartis - Novartis.xlsx
._Eli Lilly Reconciliation.xlsx
._OMG - Eli Lilly 2017 Reconciliation.xlsx
._Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
._Completion Agreement - Outdoor Media Group - Roche.xlsx
._Contract Refund Details.xlsx
._PHD GlaxoSmithKline 2017 Reconciliation.xlsx
._Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
._Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
._Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
._All AbbVie Contracts 01022018.xlsx
._Spark-Abbvie 2017 Reconciliation.xlsx
._Spark-Novo Nordisk 2017 Reconciliation.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
._Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
._Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
._Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
._Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
._Underscore - Celgene 2017 Reconciliation.xlsx
._Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
._Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
._Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
._Target Health - Bayer 2017 Reconciliation.xlsx
._TargetHealth AR Summary 010918.xlsx
Sales Restructuring.pdf
DOJ-0002775979.pdf
DOJ-0002776213.pdf
DOJ-0002776220.pdf
DOJ-0002776225.pdf
DOJ-0002776254.pdf
1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf
1000- 4820-1199-3428.1 - FINAL - AstraZeneca (Symbicort) - Contract 14830.pdf
1005 - 4826-4566-9715.1 - FINAL - Campbell - V8 - 1.26.17.pdf
1006 - 4849-9244-6807.1 - REVISED - Victoza 11.22.16.pdf

1034 - 4815-2446-6519.1 - FINAL - Jazz Pharmaceutical - Xyrem - 5.4.17.pdf
1082 - 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
1082 - 4846-3048-3028.1 - FINAL - AstraZeneca - Lynparza - Contract 6428-9-36035.pdf
1094 - 4819-4377-2498.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Exam Roo....pdf
1094 - 4844-7968-8018.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Wallboar....pdf
1096 - 4835-3007-6503.1 - FINAL - Myrbetriq 6.22.17.pdf
1132 - 4852-4763-9890.1 - FINAL - Amgen - Repatha - July to Sept 2017 Wallboard....pdf
1134 - 4849-5855-9826.1 - FINAL - Amgen - Repatha - July to Sept Tablets.pdf
1147 - 4817-1982-5236.1 - FINAL - Sanofi (Dupixent) - 7-26-17.pdf
1158 - 4813-8991-7268.1 - FINAL - Novartis (Cosentyx Psoriatic Arthritis) 8-10-17.pdf
1187 - 4820-7033-8898.1 - FINAL - BI - Pradaxa - September 2017.pdf
1189 - 4813-3560-5075.1 - FINAL - Abbott - Ensure - 7.31.17.pdf
1689 - 4826-7203-1826.1 - Bayer Rx - Xofigo - 8.15.17.pdf
1706 - 4848-3116-0915.1 - FINAL - Novo Nordisk - Victoza - 11.22.16.pdf
1707 - 4816-3135-8548.1 - FINAL - Daiichi - Injectafer - 8.16.17.pdf
1772 - 4843-1210-9140.1 - FINAL - AstraZeneca - Lynparza - Contract 7770-11-37480.pdf
1788 (NOT FULLY EXECUTED) - 4824-1740-1170.1 - FINAL - Amgen - Enbrel Derm - Sept 2017 Tablets.pdf
1805 - 4823-9564-3986.1 - FINAL - Amgen - Repatha - Q4 2017.pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
188 - 4824-5479-4067.1 - FINAL - Jardiance - December 2016.pdf
190 - 4836-1970-5173.1 - FINAL - Novolog - 6.28.16.pdf
190 - 4838-0451-6693.1 - FINAL - Novolog - 9.13.16.pdf
192 - 4843-1417-8387.1 - FINAL - Tradjenta - July 2016.pdf
192 - 4848-1860-8979.1 - FINAL - Tradjenta - September 2016.pdf
192 - 4852-5344-0339.1 - FINAL - Tradjenta - December 2016.pdf
192 (OCTOBER) - 4824-0229-6659.1 - FINAL - Tradjenta - October 2016.pdf
192- 4814-9226-3763.1 - FINAL - Tradjenta - August 2016.pdf
193 - 4824-6306-0565.1 - FINAL - Tresiba - 7.20.16.pdf
194 - 4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
194 - 4838-5761-7750.1 - REVISED - Lilly - Humalog - Jan to June 2016.pdf
194 -4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
196 - 4826-6484-5909.1 - FINAL - Victoza - 6.27.16.pdf
196 - 4850-6431-5477.1 - FINAL - Victoza - 7.20.16.pdf
197 - 4835-1775-5987.1 - FINAL - Amgen - Enbrel RA - 10.12.15.pdf
198 - 4835-0078-2163.1 - FINAL - Amgen - Enbrel RA - 4.4.16.pdf
199 - 4835-5066-3255.1 - FINAL - Abbvie - Humira Rheum - Tablet (1.27.16).pdf
199 - 4836-3232-0343.1 - FINAL - Abbvie - Humira Rheum (5.31.16).pdf
199 - 4845-7433-5575.1 - FINAL - Abbvie - Humira Rheum - Tablet (5.31.16).pdf
200 - 4825-5641-5831.1 - FINAL - Abbvie - Humira PSA (6.10.16).pdf
200 - 4851-5603-2343.1 - FINAL - Abbvie - Humira PSA (1.27.16).pdf
209 - 4823-7546-3255.1 - FINAL - Myrbetriq 6.23.15.pdf
214 - 4813-8937-2499.1 - FINAL - Pradaxa February 2016.pdf
214 - 4836-2146-3123.1 - FINAL - Pradaxa - May 2016.pdf
214 - Apr - 4821-9428-5651.1 - FINAL - Pradaxa - April 2016.pdf
214 (JUNE) - 4828-4938-3507.1 - FINAL - Pradaxa - June 2016.pdf
216 - 4812-6554-5811.1 - FINAL - Amgen - Repatha 12.3.15.pdf
216 - 4826-4180-1811.1 - FINAL - Amgen - Repatha - 1.15.16.pdf
227 - 4816-6996-8727.1 - FINAL - Jazz - Xyrem 3.3.16.pdf
232 - 4830-0384-0852.1 - FINAL - Abbvie - EPI - 7.26.16.pdf
240 - 4833-3261-6787.1 - FINAL - Amgen - Enbrel Derm - 1.31.16.pdf
241 - 4848-4276-2835.1 - FINAL - Amgen - Enbrel Derm - 6.2.16.pdf
242 - 4847-0507-9127.1 - FINAL - Abbvie - Humira Derm (6.10.16).pdf
242 - 4849-9278-2935.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (1.27.16).pdf
242 (TABLET) - 4829-1280-1367.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (6.1.16).pdf
306 - 4816-0709-4869.1 - FINAL - Saxenda - Jan to March.pdf
306- 4810-5325-0133.1 - FINAL - Saxenda - April to Dec.pdf
310 - 4837-1013-5891.1 - FINAL - Stiolto - January 2016.pdf
310 - 4837-2645-4355.1 - FINAL - Stiolto - December 2016.pdf
310 - 4848-2136-4307.1 - FINAL - Stiolto - October 2016.pdf
310 - 4850-0466-8499.1 - FINAL - Stiolto - July 2016.pdf
342 - 4814-0635-8101.1 - FINAL - Tresiba - 11.22.16.pdf
4831-2338-9267.1 - FINAL - Tradjenta November 2016.pdf
531 - 4828-3236-0790.1 - FINAL - Allergan - Botox - 12.16.16.pdf
540 - 4820-9512-9683.1 - FINAL - Pradaxa - October 2016.pdf

540 - 4842-2609-8259.1 - FINAL - Pradaxa - September 2016.pdf
542 - 4847-4275-4899.1 - FINAL - Amgen - Enbrel RA - 12.28.16.pdf
560 - 4818-3701-9731.1 - FINAL - Amgen - Prolia - 9.9.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
601 - 4849-7108-9751.1 - FINAL - Abbvie - Humira AS 3647 (12.15.16).pdf
617 - 4824-9146-5554.1 - FINAL - BI - Spiriva - October 2017.pdf
617 - 4834-4521-0962.1 - FINAL - BI - Spiriva - August 2017.pdf
617 - 4835-7903-5474.1 - FINAL - BI - Spiriva - April 2017.pdf
617 - 4838-1647-2402.1 - FINAL - BI - Spiriva - November 2017.pdf
617 - 4846-7040-6482.1 - FINAL - BI - Spiriva - February 2017.pdf
617 - Jan - 4820-1999-9570.1 - FINAL - BI - Spiriva - January 2017.pdf
617 - May - 4822-5599-4706.1 - FINAL - BI - Spiriva - May 2017.pdf
617 - Sept - 4818-8774-7922.1 - FINAL - BI - Spiriva - September 2017.pdf
617 (DECEMBER) - 4823-7166-5746.1 - FINAL - BI - Spiriva - December 2017.pdf
617 (JULY) - 4827-4181-3074.1 - FINAL - BI - Spiriva - July 2017.pdf
617- 4810-4757-6402.1 - FINAL - BI - Spiriva - June 2017.pdf
617- 4811-1488-1874.1 - FINAL - BI - Spiriva - March 2017.pdf
628 - 4843-2571-6051.1 - FINAL - Spiriva Asthma - November 2016.pdf
628 (DECEMBER) - 4831-1814-9715.1 - FINAL - Spiriva Asthma - December 2016.pdf
655 - 4835-6619-0162.1 - FINAL - BI - Tradjenta - March 2017.pdf
655 - 4841-8740-5906.1 - FINAL - BI - Tradjenta - September 2017.pdf
655 - 4842-7063-6626.1 - FINAL - BI - Tradjenta - June 2017.pdf
655 - 4845-3730-2610.1 - FINAL - BI - Tradjenta - April 2017.pdf
655 - 4849-7370-6834.1 - FINAL - BI - Tradjenta - August 2017.pdf
655 - 4852-0989-8578.1 - FINAL - BI - Tradjenta - July 2017.pdf
655 - Jan - 4816-8635-5538.1 - FINAL - BI - Tradjenta - January 2017.pdf
655 - May - 4818-8866-5170.1 - FINAL - BI - Tradjenta - May 2017.pdf
655 (FEBRUARY) - 4828-9372-5266.1 - FINAL - BI - Tradjenta - February 2017.pdf
664 - 4852-4913-5700.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
665 - 4844-3637-3847.1 - FINAL - Xeljanz 12.20.16.pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
682 - 4852-0682-6322.1 - FINAL - BI - Pradaxa - June 2017.pdf
682-682 - 4822-7140-3346.1 - FINAL - BI - Pradaxa - March 2017.pdf
684 - 4833-7686-3570.1 - FINAL - BI - Stiolto - February 2017.pdf
684 - 4836-4582-3314.1 - FINAL - BI - Stiolto - March 2017.pdf
684 - 4836-6273-1602.1 - FINAL - BI - Stiolto - May 2017.pdf
684 - 4841-1545-4290.1 - FINAL - BI - Stiolto - June 2017.pdf
684 - Jan 4811-2897-8770.1 - FINAL - BI - Stiolto - January 2017.pdf
684 (APRIL) - 4824-8747-4514.1 - FINAL - BI - Stiolto - April 2017.pdf
705 - 4831-4963-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3747.pdf
705 - 4844-4259-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - through Aug 31.pdf
705 (PLAYERS) - 4831-1515-8100.1 - FINAL - Abbvie - Humira Psoriasis - Order 3712.pdf
705-773 - 4830-1639-5604.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - Jan to June.pdf
706 - 4840-3338-8116.1 - FINAL - Abbvie (Humira PSA) - Order 4007.pdf
706 - 4845-3657-3524.1 - FINAL - Abbvie (Humira PSA) - Order 3820.pdf
706 - 4848-8876-3988.1 - FINAL - Abbvie (Humira PSA) - Order 3800.pdf
707 - 4827-1224-2772.1 - FINAL - Abbvie - Humira AS - Order 3986.pdf
708 - 4837-1592-6868.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3724.pdf
708 - 4838-4811-7844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3724.pdf
708 - 4840-6772-4116.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3705.pdf
708 - 4841-8398-9844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3870.pdf
708 - 766 - 4822-0414-7284.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3705.pdf
708-777 - 4826-7449-4292.1 - FINAL - Abbvie (Humira - Crohn's Disease) Order 3870.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
712 - 4824-5692-4503.1 - REVISED - Harvoni 2.1.17.pdf
712 - 4834-8978-7731.1 - FINAL - Gilead - Harvoni Branded - 2.1.17.pdf
713 - 4849-0679-1255.1 - REVISED - Undiagnosed 2.13.17.pdf
713 - 4852-6063-6243.1 - FINAL - Gilead - Undiagnosed - 2.13.17.pdf
717 - 4825-4171-2212.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
724 - 4827-3421-1923.1 - FINAL - Novo Nordisk - Saxenda - 2.21.17.pdf
724 - 4852-0969-8647.1 - REVISED - Saxenda 2.21.17.pdf
725 - 4828-1081-8903.1 - REVISED - Novolog 2.22.17.pdf
725 - 4840-0115-3875.1 - FINAL - Novo Nordisk - Novolog - 2.22.17.pdf
726 - 4816-6230-5107.1 - FINAL - Novo Nordisk - Victoza - 2.10.17.pdf
726 - 4828-7746-9015.1 - REVISED - Victoza 2.10.17.pdf
727 - 4829-8868-8211.1 - FINAL - Novo Nordisk - Tresiba - 2.14.17.pdf

US v. Shah, et al.                                                                         Appendix B

727 - 4842-2030-1655.1 - REVISED - Tresiba 2.14.17.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
733_882 - 4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17.pdf
737 - 4834-3104-7250.1 - FINAL - Amgen - Repatha - Feb to June Tablets.pdf
737- 4810-4199-8162.1 - FINAL - Amgen - Repatha Feb to June 2017 Wallboards....pdf
739 - 4812-6173-9346.1 - FINAL - Amgen - Prolia - 2017 Waiting Room TV Spots.pdf
739 - 4821-7236-2322.1 - REVISED - Amgen - Prolia - 2017 Waiting Room TV Spots....pdf
739 - 4833-4198-3314.1 - REVISED Amgen - Prolia - Exam Room Tablets.pdf
739 - 4840-0494-4210.1 - FINAL Amgen - Prolia - Exam Room Tablets.pdf
740 - 4835-6395-4770.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Wallboard....pdf
740 (TABLETS) - 4831-1948-9618.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Tablets.pdf
742 - 4837-2202-7090.1 - FINAL - Amgen - Enbrel Derm - Dec 2017 Deliverables.pdf
742 - 4842-9946-4018.1 - FINAL - Amgen - Enbrel Derm - Nov 2017 Tablets.pdf
742 - 4853-2838-0242.1 - FINAL - Amgen - Enbrel Derm - Jan to Oct 2017 Tablets....pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
751 - 4836-3800-4564.1 - FINAL - Abbvie - Humira Rheumatology - Order 3973.pdf
751 - 4851-6446-9076.1 - FINAL - Abbvie - Humira Rheumatology - Order 3958.pdf
751 (ERT) - 4827-9121-3908.1 - FINAL -  Abbvie (Humira Rheumatology)- Order 4010.pdf
778 - 4824-9072-5204.1 - FINAL - AstraZeneca (Farxiga) 4-5-17.pdf
778 - 4838-4394-6836.1 - FINAL - AZ - Farxiga - Contract 14691.pdf
779 - 4823-4721-0068.1 - FINAL - AstraZeneca (Bydureon-Byetta) Contract 14511.pdf
779 - DUPLICATE 4823-8248-0980.1 - FINAL - Astra Zeneca (Bydureon Byetta) Contract 14511.pdf
782 - 4835-0102-8180.1 - FINAL - AstraZeneca (Farxiga) 4-25-17.pdf
784 - 4825-7523-3363.1 - FINAL - Biogen - Tecfidera ERT - 9.19.17.pdf
785 - 4831-1577-7876.1 - FINAL - AZ - Movantik - 1.3.17.pdf
789 - 4822-7930-6324.1 - FINAL - Novartis (Gileya) 3-27-17.pdf
794 - 4820-2968-6868.1 - FINAL - Novartis - Entresto New Patient Start Program - 3.10.17.pdf
801 - 4839-1177-6596.1 - FINAL - AZ - Symbicort - Contract 14828.pdf
825 - 4850-8742-6642.1 - Bayer Rx - Xofigo - 5.30.17.pdf
838 - 4828-2931-6435.1 - FINAL - Biogen - Tecfidera WRTV 9.19.17.pdf
849 - 4842-5196-0916.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 4 - 3.23.17.pdf
849 - 4847-8352-3412.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 5 - 6.14.17.pdf
849 - 4847-9642-1460.1 - FINAL - AstraZeneca (Bevespi) Contract 15230.pdf
856 - 4833-0004-0274.1 - FINAL - Amgen - Repatha Jan 2017 Wallboards.pdf
856 - 4841-2094-2930.1 - FINAL Amgen - Repatha - Jan 2017 Exam Room Tablets.pdf
858 - 4813-9588-7700.1 - FINAL - MannKind - Afrezza - 3.13.17.pdf
876 - 4839-1726-3191.1 - REVISED - Relistor 3.28.17.pdf
876 - 4848-2934-4594.1 - Valeant-Relistor - April-December 2017.pdf
901 - 4822-0525-0388.1 - FINAL - AstraZeneca (Brilinta) 3-29-17.pdf
901 - 4830-7847-3300.1 - FINAL - AZ - Brilinta - Contract 15751 - 3.29.17.pdf
904 - 4824-7461-9223.1 - REVISED - Xifaxan 7.13.17.pdf
904- 4810-9575-8674.1 - Valeant-Xifaxan- July-December 2017.pdf
958 - 4817-8846-2676.1 - FINAL - AZ - Farxiga - Contract 14509.pdf
958 - 4832-8515-2852.1 - FINAL - AstraZeneca (Farxiga) 1-9-17.pdf
960 - 4840-7400-9684.1 - FINAL - AstraZeneca (Brilinta) 3-15-17.pdf
960 = 4816-1983-8548.1 - FINAL - AZ - Brilinta - Contract 15743 - 3.15.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
966 - 4816-8610-7986.1 - Bayer Rx - Mirena - 10.27.16.pdf
966-1111 - 4822-9434-7602.1 - Bayer Rx - Kyleena 4.25.17.pdf
969 - 4823-1532-3987.1 - FINAL - Lundbeck - Northera - 9.13.17.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
975 - 4835-6253-3203.1 - FINAL - Gilead [Accent Health] 12.6.16.pdf
975 - 4842-5267-6439.1 - REVISED - Harvoni 12.6.16.pdf
981 - 4829-7662-4983.1 - FINAL - Myrbetriq 10.3.16.pdf
982 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Q2 Contract 14316.pdf
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Q1 Contract 13823.pdf
982 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Q3 Contract 14318.pdf
983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo Q4 Contract 14321.pdf
985 - 4822-4196-7955.1 - FINAL - Abbott - Pedialyte - 12.15.16.pdf
985 - 4829-9740-1427.1 - FINAL - Abbott - Pedialyte - 5.4.17.pdf
995 - 4812-1744-2135.1 - REVISED - Saxenda 12.1.16.pdf
995 - 4821-1253-1027.1 - FINAL - Novo Nordisk - Saxenda - 12.1.16.pdf
Unknown - 4821-0513-4935.1 - FINAL - Abbvie - Humira Rheum (1.26.17).pdf
Unsure - 4813-7893-0519.1 - FINAL - Abbvie - Humira RA 3472 (5.31.16).pdf
Unsure - 4814-2537-9412.1 - FINAL - Janssen - Invokana - 12.19.16.pdf

Unsure - 4819-8389-3335.1 - FINAL - Abbvie - Humira RA 3472 (1.27.16).pdf
Unsure - 4821-9262-6263.1 - FINAL - Abbvie - Humira PSA - Tablet (6.1.16).pdf
DX12212_revised.pdf
DX12213.pdf
DX4972.pdf
DX4997.pdf
DX5005.pdf
DX5024.pdf
DX5030.pdf
DX5088.pdf
DX5105.pdf
DX5116.pdf
DX5117.pdf
DX5124.pdf
DX5179.pdf
DX5180.pdf
DX5181.pdf
DX5182 DOJ-0000797661.xlsx
DX5182.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf

1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx

AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf

Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf

794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED IO Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreemet - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljianz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incremental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip

571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx

Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852  Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADAy 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
._2017 Recs - LP Tracker.xlsx
._2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
._Contract Refund Details.xlsx
._Amgen Reconciliation Contracted Details.xlsx
._Media Edge - Amgen 2017 Reconciliation.xlsx
._Completion Agreement - Assembly Boehringer Ingelheim.xlsx
._Assembly Boehringer Ingelheim Reconciliation.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
._Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
._Horizon-Gilead 2017 Reconciliation.xlsx
._Completion Agreement - Horizon Media - Horizon.xlsx
._Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
._2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
._Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
._Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
._Ironwood - Allergan 2017 Reconciliation.xlsx
._Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
._Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
._Completion Agreement - Allergan - Allergan.xlsx
._Completion Agreement - Compas - Biogen.xlsx
._Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx

._Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
._Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
._Completion Agreement - HSAD North America - LG.xlsx
._Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
._Completion Agreement - Kelly Scott Madison - Jazz.xlsx
._Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
._Completion Agreement - Novartis - Novartis.xlsx
._Eli Lilly Reconciliation.xlsx
._OMG - Eli Lilly 2017 Reconciliation.xlsx
._Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
._Completion Agreement - Outdoor Media Group - Roche.xlsx
._Contract Refund Details.xlsx
._PHD GlaxoSmithKline 2017 Reconciliation.xlsx
._Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
._Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
._Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
._All AbbVie Contracts 01022018.xlsx
._Spark-Abbvie 2017 Reconciliation.xlsx
._Spark-Novo Nordisk 2017 Reconciliation.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
._Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
._Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
._Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
._Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
._Underscore - Celgene 2017 Reconciliation.xlsx
._Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
._Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
._Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
._Target Health - Bayer 2017 Reconciliation.xlsx
._TargetHealth AR Summary 010918.xlsx
Sales Restructuring.pdf
DOJ-0002775979.pdf
DOJ-0002776213.pdf
DOJ-0002776220.pdf
DOJ-0002776225.pdf
DOJ-0002776254.pdf
(188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf
(242_) - 4835-1343-8039.1 - FINAL - Abbvie - Humira Derm (1.27.16).pdf
(852_) - 4836-7095-9446.1 - FINAL - Allergan - Botox - 12.12.16.pdf
___ - 4823-0606-0883.1 - FINAL - Amgen - Repatha - 5.18.16.pdf
1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf
1000- 4820-1199-3428.1 - FINAL - AstraZeneca (Symbicort) - Contract 14830.pdf
1005 - 4826-4566-9715.1 - FINAL - Campbell - V8 - 1.26.17.pdf
1006 - 4849-9244-6807.1 - REVISED - Victoza 11.22.16.pdf
1034 - 4815-2446-6519.1 - FINAL - Jazz Pharmaceutical - Xyrem - 5.4.17.pdf
1082 - 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
1082 - 4846-3048-3028.1 - FINAL - AstraZeneca - Lynparza - Contract 6428-9-36035.pdf
1094 - 4819-4377-2498.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Exam Roo....pdf
1094 - 4844-7968-8018.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Wallboar....pdf
1096 - 4835-3007-6503.1 - FINAL - Myrbetriq 6.22.17.pdf
1132 - 4852-4763-9890.1 - FINAL - Amgen - Repatha - July to Sept 2017 Wallboard....pdf
1134 - 4849-5855-9826.1 - FINAL - Amgen - Repatha - July to Sept Tablets.pdf
1147 - 4817-1982-5236.1 - FINAL - Sanofi (Dupixent) - 7-26-17.pdf
1158 - 4813-8991-7268.1 - FINAL - Novartis (Cosentyx Psoriatic Arthritis) 8-10-17.pdf
1187 - 4820-7033-8898.1 - FINAL - BI - Pradaxa - September 2017.pdf
1189 - 4813-3560-5075.1 - FINAL - Abbott - Ensure - 7.31.17.pdf
1689 - 4826-7203-1826.1 - Bayer Rx - Xofigo - 8.15.17.pdf
1706 - 4848-3116-0915.1 - FINAL - Novo Nordisk - Victoza - 11.22.16.pdf
1707 - 4816-3135-8548.1 - FINAL - Daiichi - Injectafer - 8.16.17.pdf
1772 - 4843-1210-9140.1 - FINAL - AstraZeneca - Lynparza - Contract 7770-11-37480.pdf
1788 (NOT FULLY EXECUTED) - 4824-1740-1170.1 - FINAL - Amgen - Enbrel Derm - Sept 2017 Tablets.pdf

1805 - 4823-9564-3986.1 - FINAL - Amgen - Repatha - Q4 2017.pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
188 - 4824-5479-4067.1 - FINAL - Jardiance - December 2016.pdf
190 - 4836-1970-5173.1 - FINAL - Novolog - 6.28.16.pdf
190 - 4838-0451-6693.1 - FINAL - Novolog - 9.13.16.pdf
192 - 4843-1417-8387.1 - FINAL - Tradjenta - July 2016.pdf
192 - 4848-1860-8979.1 - FINAL - Tradjenta - September 2016.pdf
192 - 4852-5344-0339.1 - FINAL - Tradjenta - December 2016.pdf
192 (OCTOBER) - 4824-0229-6659.1 - FINAL - Tradjenta - October 2016.pdf
192- 4814-9226-3763.1 - FINAL - Tradjenta - August 2016.pdf
193 - 4824-6306-0565.1 - FINAL - Tresiba - 7.20.16.pdf
194 - 4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
194 - 4838-5761-7750.1 - REVISED - Lilly - Humalog - Jan to June 2016.pdf
194 -4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
196 - 4826-6484-5909.1 - FINAL - Victoza - 6.27.16.pdf
196 - 4850-6431-5477.1 - FINAL - Victoza - 7.20.16.pdf
197 - 4835-1775-5987.1 - FINAL - Amgen - Enbrel RA - 10.12.15.pdf
198 - 4835-0078-2163.1 - FINAL - Amgen - Enbrel RA - 4.4.16.pdf
199 - 4835-5066-3255.1 - FINAL - Abbvie - Humira Rheum - Tablet (1.27.16).pdf
199 - 4836-3232-0343.1 - FINAL - Abbvie - Humira Rheum (5.31.16).pdf
199 - 4845-7433-5575.1 - FINAL - Abbvie - Humira Rheum - Tablet (5.31.16).pdf
200 - 4825-5641-5831.1 - FINAL - Abbvie - Humira PSA (6.10.16).pdf
200 - 4851-5603-2343.1 - FINAL - Abbvie - Humira PSA (1.27.16).pdf
209 - 4823-7546-3255.1 - FINAL - Myrbetriq 6.23.15.pdf
214 - 4813-8937-2499.1 - FINAL - Pradaxa - February 2016.pdf
214 - 4836-2146-3123.1 - FINAL - Pradaxa - May 2016.pdf
214 - Apr - 4821-9428-5651.1 - FINAL - Pradaxa - April 2016.pdf
214 (JUNE) - 4828-4938-3507.1 - FINAL - Pradaxa - June 2016.pdf
216 - 4812-6554-5811.1 - FINAL - Amgen - Repatha 12.3.15.pdf
216 - 4826-4180-1811.1 - FINAL - Amgen - Repatha - 1.15.16.pdf
227 - 4816-6996-8727.1 - FINAL - Jazz - Xyrem 3.3.16.pdf
232 - 4830-0384-0852.1 - FINAL - Abbvie - EPI - 7.26.16.pdf
240 - 4833-3261-6787.1 - FINAL - Amgen - Enbrel Derm - 1.31.16.pdf
241 - 4848-4276-2835.1 - FINAL - Amgen - Enbrel Derm - 6.2.16.pdf
242 - 4847-0507-9127.1 - FINAL - Abbvie - Humira Derm (6.10.16).pdf
242 - 4849-9278-2935.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (1.27.16).pdf
242 (TABLET) - 4829-1280-1367.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (6.1.16).pdf
306 - 4816-0709-4869.1 - FINAL - Saxenda - Jan to March.pdf
306- 4810-5325-0133.1 - FINAL - Saxenda - April to Dec.pdf
310 - 4837-1013-5891.1 - FINAL - Stiolto - January 2016.pdf
310 - 4837-2645-4355.1 - FINAL - Stiolto - December 2016.pdf
310 - 4848-2136-4307.1 - FINAL - Stiolto - October 2016.pdf
310 - 4850-0466-8499.1 - FINAL - Stiolto - July 2016.pdf
342 - 4814-0635-8101.1 - FINAL - Tresiba - 11.22.16.pdf
4831-2338-9267.1 - FINAL - Tradjenta - November 2016.pdf
531 - 4828-3236-0790.1 - FINAL - Allergan - Botox - 12.16.16.pdf
540 - 4820-9512-9683.1 - FINAL - Pradaxa - October 2016.pdf
540 - 4842-2609-8259.1 - FINAL - Pradaxa - September 2016.pdf
542 - 4847-4275-4899.1 - FINAL - Amgen - Enbrel RA - 12.28.16.pdf
560 - 4818-3701-9731.1 - FINAL - Amgen - Prolia - 9.9.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
601 - 4849-7108-9751.1 - FINAL - Abbvie - Humira AS 3647 (12.15.16).pdf
617 - 4824-9146-5554.1 - FINAL - BI - Spiriva - October 2017.pdf
617 - 4834-4521-0962.1 - FINAL - BI - Spiriva - August 2017.pdf
617 - 4835-7903-5474.1 - FINAL - BI - Spiriva - April 2017.pdf
617 - 4838-1647-2402.1 - FINAL - BI - Spiriva - November 2017.pdf
617 - 4846-7040-6482.1 - FINAL - BI - Spiriva - February 2017.pdf
617 - Jan - 4820-1999-9570.1 - FINAL - BI - Spiriva - January 2017.pdf
617 - May - 4822-5599-4706.1 - FINAL - BI - Spiriva - May 2017.pdf
617 - Sept - 4818-8774-7922.1 - FINAL - BI - Spiriva - September 2017.pdf
617 (DECEMBER) - 4823-7166-5746.1 - FINAL - BI - Spiriva - December 2017.pdf
617 (JULY) - 4827-4181-3074.1 - FINAL - BI - Spiriva - July 2017.pdf
617- 4810-4757-6402.1 - FINAL - BI - Spiriva - June 2017.pdf

617- 4811-1488-1874.1 - FINAL - BI - Spiriva - March 2017.pdf
628 - 4843-2571-6051.1 - FINAL - Spiriva Asthma - November 2016.pdf
628 (DECEMBER) - 4831-1814-9715.1 - FINAL - Spiriva Asthma - December 2016.pdf
655 - 4835-6619-0162.1 - FINAL - BI - Tradjenta - March 2017.pdf
655 - 4841-8740-5906.1 - FINAL - BI - Tradjenta - September 2017.pdf
655 - 4842-7063-6626.1 - FINAL - BI - Tradjenta - June 2017.pdf
655 - 4845-3730-2610.1 - FINAL - BI - Tradjenta - April 2017.pdf
655 - 4849-7370-6834.1 - FINAL - BI - Tradjenta - August 2017.pdf
655 - 4852-0989-8578.1 - FINAL - BI - Tradjenta - July 2017.pdf
655 - Jan - 4816-8635-5538.1 - FINAL - BI - Tradjenta - January 2017.pdf
655 - May - 4818-8866-5170.1 - FINAL - BI - Tradjenta - May 2017.pdf
655 (FEBRUARY) - 4828-9372-5266.1 - FINAL - BI - Tradjenta - February 2017.pdf
664 - 4852-4913-5700.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
665 - 4844-3637-3847.1 - FINAL - Xeljanz 12.20.16.pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
682 - 4852-0682-6322.1 - FINAL - BI - Pradaxa - June 2017.pdf
682-682 - 4822-7140-3346.1 - FINAL - BI - Pradaxa - March 2017.pdf
684 - 4833-7686-3570.1 - FINAL - BI - Stiolto - February 2017.pdf
684 - 4836-4582-3314.1 - FINAL - BI - Stiolto - March 2017.pdf
684 - 4836-6273-1602.1 - FINAL - BI - Stiolto - May 2017.pdf
684 - 4841-1545-4290.1 - FINAL - BI - Stiolto - June 2017.pdf
684 - Jan 4811-2897-8770.1 - FINAL - BI - Stiolto - January 2017.pdf
684 (APRIL) - 4824-8747-4514.1 - FINAL - BI - Stiolto - April 2017.pdf
705 - 4831-4963-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3747.pdf
705 - 4844-4259-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - through Aug 31.pdf
705 (PLAYERS) - 4831-1515-8100.1 - FINAL - Abbvie - Humira Psoriasis - Order 3712.pdf
705-773 - 4830-1639-5604.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - Jan to June.pdf
706 - 4840-3338-8116.1 - FINAL - Abbvie (Humira PSA) - Order 4007.pdf
706 - 4845-3657-3524.1 - FINAL - Abbvie (Humira PSA) - Order 3820.pdf
706 - 4848-8876-3988.1 - FINAL - Abbvie (Humira PSA) - Order 3800.pdf
707 - 4827-1224-2772.1 - FINAL - Abbvie - Humira AS - Order 3986.pdf
708 - 4837-1592-6868.1 - FINAL - Abbvie (Humira-Crohn's Disease) - Order 3724.pdf
708 - 4838-4811-7844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3724.pdf
708 - 4840-6772-4116.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3705.pdf
708 - 4841-8398-9844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3870.pdf
708 - 766 - 4822-0414-7284.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3705.pdf
708-777 - 4826-7449-4292.1 - FINAL - Abbvie (Humira - Crohn's Disease) Order 3870.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
712 - 4824-5692-4503.1 - REVISED - Harvoni 2.1.17.pdf
712 - 4834-8978-7731.1 - FINAL - Gilead - Harvoni Branded - 2.1.17.pdf
713 - 4849-0679-1255.1 - REVISED - Undiagnosed 2.13.17.pdf
713 - 4852-6063-6243.1 - FINAL - Gilead - Undiagnosed - 2.13.17.pdf
717 - 4825-4171-2212.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
724 - 4827-3421-1923.1 - FINAL - Novo Nordisk - Saxenda - 2.21.17.pdf
724 - 4852-0969-8647.1 - REVISED - Saxenda 2.21.17.pdf
725 - 4828-1081-8903.1 - REVISED - Novolog 2.22.17.pdf
725 - 4840-0115-3875.1 - FINAL - Novo Nordisk - Novolog - 2.22.17.pdf
726 - 4816-6230-5107.1 - FINAL - Novo Nordisk - Victoza - 2.10.17.pdf
726 - 4828-7746-9015.1 - REVISED - Victoza 2.10.17.pdf
727 - 4829-8868-8211.1 - FINAL - Novo Nordisk - Tresiba - 2.14.17.pdf
727 - 4842-2030-1655.1 - REVISED - Tresiba 2.14.17.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
733_882 - 4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17.pdf
737 - 4834-3104-7250.1 - FINAL - Amgen - Repatha - Feb to June Tablets.pdf
737- 4810-4199-8162.1 - FINAL - Amgen - Repatha - Feb to June 2017 Wallboards....pdf
739 - 4812-6173-9346.1 - FINAL - Amgen - Prolia - 2017 Waiting Room TV Spots.pdf
739 - 4821-7236-2322.1 - REVISED - Amgen - Prolia - 2017 Waiting Room TV Spots....pdf
739 - 4833-4198-3314.1 - REVISED Amgen - Prolia - Exam Room Tablets.pdf
739 - 4840-0494-4210.1 - FINAL Amgen - Prolia - Exam Room Tablets.pdf
740 - 4835-6395-4770.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Wallboard....pdf
740 (TABLETS) - 4831-1948-9618.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Tablets.pdf
742 - 4837-2202-7090.1 - FINAL - Amgen - Enbrel Derm - Dec 2017 Deliverables.pdf
742 - 4842-9946-4018.1 - FINAL - Amgen - Enbrel Derm - Nov 2017 Tablets.pdf
742 - 4853-2838-0242.1 - FINAL - Amgen - Enbrel Derm - Jan to Oct 2017 Tablets....pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
751 - 4836-3800-4564.1 - FINAL - Abbvie - Humira Rheumatology - Order 3973.pdf

751 - 4851-6446-9076.1 - FINAL - Abbvie - Humira Rheumatology - Order 3958.pdf
751 (ERT) - 4827-9121-3908.1 - FINAL - Abbvie (Humira Rheumatology)- Order 4010.pdf
778 - 4824-9072-5204.1 - FINAL - AstraZeneca (Farxiga) 4-5-17.pdf
778 - 4838-4394-6836.1 - FINAL - AZ - Farxiga - Contract 14691.pdf
779 - 4823-4721-0068.1 - FINAL - AstraZeneca (Bydureon-Byetta) Contract 14511.pdf
779 - DUPLICATE 4823-8248-0980.1 - FINAL - Astra Zeneca (Bydureon Byetta) Contract 14511.pdf
782 - 4835-0102-8180.1 - FINAL - AstraZeneca (Farxiga) 4-25-17.pdf
784 - 4825-7523-3363.1 - FINAL - Biogen - Tecfidera ERT . 9.19.17.pdf
785 - 4831-1577-7876.1 - FINAL - AZ - Movantik - 1.3.17.pdf
789 - 4822-7930-6324.1 - FINAL - Novartis (Gileya) 3-27-17.pdf
794 - 4820-2968-6868.1 - FINAL - Novartis - Entresto New Patient Start Program - 3.10.17.pdf
801 - 4839-1177-6596.1 - FINAL - AZ - Symbicort - Contract 14828.pdf
825 - 4850-8742-6642.1 - Bayer Rx - Xofigo - 5.30.17.pdf
838 - 4828-2931-6435.1 - FINAL - Biogen - Tecfidera WRTV 9.19.17.pdf
849 - 4842-5196-0916.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 4 - 3.23.17.pdf
849 - 4847-8352-3412.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 5 - 6.14.17.pdf
849 - 4847-9642-1460.1 - FINAL - AstraZeneca (Bevespi) Contract 15230.pdf
856 - 4833-0004-0274.1 - FINAL - Amgen - Repatha - Jan 2017 Wallboards.pdf
856 - 4841-2094-2930.1 - FINAL Amgen - Repatha - Jan 2017 Exam Room Tablets.pdf
858 - 4813-9588-7700.1 - FINAL - MannKind - Afrezza - 3.13.17.pdf
876 - 4839-1726-3191.1 - REVISED - Relistor 3.28.17.pdf
876 - 4848-2934-4594.1 - Valeant-Relistor - April-December 2017.pdf
901 - 4822-0525-0388.1 - FINAL - AstraZeneca (Brilinta) 3-29-17.pdf
901 - 4830-7847-3300.1 - FINAL - AZ - Brilinta - Contract 15751 - 3.29.17.pdf
904 - 4824-7461-9223.1 - REVISED - Xifaxan 7.13.17.pdf
904- 4810-9575-8674.1 - Valeant-Xifaxan- July-December 2017.pdf
958 - 4817-8846-2676.1 - FINAL - AZ - Farxiga - Contract 14509.pdf
958 - 4832-8515-2852.1 - FINAL - AstraZeneca (Farxiga) 1-9-17.pdf
960 - 4840-7400-9684.1 - FINAL - AstraZeneca (Brilinta) 3-15-17.pdf
960 = 4816-1983-8548.1 - FINAL - AZ - Brilinta - Contract 15743 - 3.15.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
966 - 4816-8610-7986.1 - Bayer Rx - Mirena - 10.27.16.pdf
966-1111 - 4822-9434-7602.1 - Bayer Rx - Kyleena - 4.25.17.pdf
969 - 4823-1532-3987.1 - FINAL - Lundbeck - Northera - 9.13.17.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
975 - 4835-6253-3203.1 - FINAL - Gilead [Accent Health] 12.6.16.pdf
975 - 4842-5267-6439.1 - REVISED - Harvoni 12.6.16.pdf
981 - 4829-7662-4983.1 - FINAL - Myrbetriq 10.3.16.pdf
982 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Q2 Contract 14316.pdf
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Q1 Contract 13823.pdf
982 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Q3 Contract 14318.pdf
983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Q4 Contract 14321.pdf
985 - 4822-4196-7955.1 - FINAL - Abbott - Pedialyte - 12.15.16.pdf
985 - 4829-9740-1427.1 - FINAL - Abbott - Pedialyte - 5.4.17.pdf
995 - 4812-1744-2135.1 - REVISED - Saxenda 12.1.16.pdf
995 - 4821-1253-1027.1 - FINAL - Novo Nordisk - Saxenda - 12.1.16.pdf
Unknown - 4821-0513-4935.1 - FINAL - Abbvie - Humira Rheum (1.26.17).pdf
Unsure - 4813-7893-0519.1 - FINAL - Abbvie - Humira RA 3472 (5.31.16).pdf
Unsure - 4814-2537-9412.1 - FINAL - Janssen - Invokana - 12.19.16.pdf
Unsure - 4819-8389-3335.1 - FINAL - Abbvie - Humira RA 3472 (1.27.16).pdf
Unsure - 4821-9262-6263.1 - FINAL - Abbvie - Humira PSA - Tablet (6.1.16).pdf
DX12212_revised.pdf
DX12213.pdf
DX4972.pdf
DX4997.pdf
DX5005.pdf
DX5024.pdf
DX5030.pdf
DX5088.pdf
DX5105.pdf
DX5116.pdf
DX5117.pdf
DX5124.pdf
DX5179.pdf
DX5180.pdf
DX5181.pdf

DX5182 DOJ-0000797661.xlsx
DX5182.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf

617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf

Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx

Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf

4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx

Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 - Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement - GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljanz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incemental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx

Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852  Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf

966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
Exhibit 1.pdf
Exhibit 2.pdf
Exhibit 3.pdf
Expert disclosure letter.8.15.21.pdf
Amended Expert disclosure letter.10.1.21.pdf
Exhibit 1 (10.1.21).pdf
Exhibit 2 (10.1.21).pdf
Exhibit 3 (10.1.21).pdf
12 16 HCA Deck_Patient_Feedback.pdf
12 16 HCA Deck_Patient_Feedback.pptx
2016 Year End Office Device vF.xlsx
AccentHealth Cost Synergy Detail Model.xlsx
Cap Table Waterfall.xlsx
CM Member Growth - EOY 2016.xlsx
ContextMedia LLC Cap Table.xlsx
Device Per Office Cohorts.xlsx
Physician Lead Universe.xlsx
Product Ad Utilization.xlsx
Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
Project Almond Customer Satisfaction Interview Results - October 22 2016 - McKinsey.pdf
Quarterly CMH LLC financials 2016.xlsx
Ratings Agency Model - 3 Statements.pdf
Ratings Agency Model - 3 Statements.xlsx
Ratings Agency Model Detail.xlsx
Revenue by Category - 2014-2016 vF.xlsx
Wallboard Q3'16 Metrics.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13).xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
._2017 Recs - LP Tracker.xlsx
._2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
._Cash back list through 10.25.17.png
._Contract Refund Details.xlsx
._Amgen Reconciliation Contracted Details.xlsx

._Media Edge - Amgen 2017 Reconciliation.xlsx
._Completion Agreement - Assembly Boehringer Ingelheim.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
._Assembly Boehringer Ingelheim Reconciliation.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
._Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
._Horizon-Gilead 2017 Reconciliation.xlsx
._Completion Agreement - Horizon Media - Horizon.xlsx
._Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
._2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
._Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
._Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
._Ironwood - Allergan 2017 Reconciliation.xlsx
._Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
._Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
._Completion Agreement - Allergan - Allergan.xlsx
._Completion Agreement - Compas - Biogen.xlsx
._Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
._Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
._Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
._Completion Agreement - HSAD North America - LG.xlsx
._Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
._Completion Agreement - Kelly Scott Madison - Jazz.xlsx
._Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
._Completion Agreement - Novartis - Novartis.xlsx
._Eli Lilly Reconciliation.xlsx
._OMG - Eli Lilly 2017 Reconciliation.xlsx
._Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
._Completion Agreement - Outdoor Media Group - Roche.xlsx
._Contract Refund Details.xlsx
._PHD GlaxoSmithKline 2017 Reconciliation.xlsx
._Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
._Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
._Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
._All AbbVie Contracts 01022018.xlsx
._Spark-Abbvie 2017 Reconciliation.xlsx
._Spark-Novo Nordisk 2017 Reconciliation.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
._Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
._Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
._Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
._Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
._Underscore - Celgene 2017 Reconciliation.xlsx
._Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
._Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
._Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
._Target Health - Bayer 2017 Reconciliation.xlsx
._TargetHealth AR Summary 010918.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx

Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf

655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf

Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf

Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf

1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genetech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljianz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incemental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf

262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx

MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf

Target Health - Valeant.xlsx
ContextMedia_CIM_v33 (1).pdf
Interest Expense Fcst 2016.xlsx
Lender Presentation_vF (1).pdf
PV for Cisco Lease Amt Table.pdf
Sub debt Interest Calculation 12.23.2016.pdf
Sub debt Interest Calculation.xlsx
._Debt Attachment (Autosaved).xlsx
._Debt Attachment TLB.xlsx
._Debt Attachment .xlsx
._Debt Attachment Final.xlsx
._AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
._ContextMedia_Funds Flow_vF with reference info.xlsx
._Term Loan B Amortization Schedule.xlsx
CM SBA Loans_Debt Rollforward_2012.xlsx
ContextMedia Debt Schedule_2012.xlsx
CM SBA Loans_Debt Rollforward_2013.xlsx
ContextMedia Convertible Promissory Notes Schedule.xlsx
ContextMedia Debt Schedule_2013.xlsx
CM Debt Rollforward_2014.xlsx
ContextMedia Debt Schedule_August 2014.xlsx
ContextMedia Debt Schedule_December 2014.xlsx
ContextMedia Debt Schedule_February 2014.xlsx
ContextMedia Debt Schedule_January 2014.xlsx
ContextMedia Debt Schedule_July 2014.xlsx
ContextMedia Debt Schedule_June 2014.xlsx
ContextMedia Debt Schedule_June 2014_Revised.xlsx
ContextMedia Debt Schedule_May 2014.xlsx
ContextMedia Debt Schedule_November 2014.xlsx
ContextMedia Debt Schedule_October 2014.xlsx
ContextMedia Debt Schedule_September 2014.xlsx
CM Debt Rollforward_2015.xlsx
CM Debt Rollforward_2015-April.xlsx
CM Debt Rollforward_2015-Feb.xlsx
CM Debt Rollforward_2015-jan.xlsx
CM Debt Rollforward_2015-march.xlsx
CM Debt Rollforward_2015-May.xlsx
ContextMedia Conv Debt Schedule_January 2015.xlsx
ContextMedia Conv Debt Schedule_March 2015.xlsx
10_2016 Debt Rllfwd.pdf
10_2016 Debt Rllfwd.xlsx
11_2016 Debt Rllfwd.xlsx
12_2016 Debt Rllfwd - TLB.xlsx
12_2016 Debt Rllfwd.xlsx
6_2016 Debt Rllfwd.xlsx
7.2016 Int and Term loan pmt support.pdf
7_2016 Debt Rllfwd.xlsx
8_2016 Debt Rllfwd.pdf
8_2016 Debt Rllfwd.xlsx
8_2016 Int Calc.pdf
9_2016 Debt Rllfwd.pdf
9_2016 Debt Rllfwd.xlsx
Aug Letter of Credit fees.pdf
Pages from 7.2016 Int and Term loan pmt support.pdf
Term Loan Amt Schedule.pdf
1_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwd - CM LC FEES.pdf
10_2017 Debt Rllfwd - TLB Interest Calc.pdf
10_2017 Debt Rllfwd - TLB LC FEES.pdf
10_2017 Debt Rllfwd - TLB LC FEES.xlsx
10_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwdv2.xlsx
11_2017 Debt Rllfwdv2.xlsx
11_2017 Int exp.pdf
11_2017 Interet Exp Calc.pdf
11_2017 LC Fees.pdf
12_2017 Debt Rllfwdv2.xlsx

2_2017 Debt Rllfwd - TLB.xlsx
2018 Debt FCST.xlsx
3_2017 Debt Rllfwd - TLB.xlsx
3_2017 Interest Calc - TLB.pdf
4_2017 Debt Rllfwd - TLB.pdf
4_2017 Debt Rllfwd - TLB.xlsx
6_2017 Debt Rllfwd - TLB.xlsx
7_2017 Debt Rllfwd - TLB CF .pdf
7_2017 Debt Rllfwd - TLB Interest.pdf
7_2017 Debt Rllfwd - TLB LC fees.pdf
7_2017 Debt Rllfwd - TLB.xlsx
8_2017 Accrued Int Calc.pdf
8_2017 Debt Rllfwd - TLB LC Fees.pdf
8_2017 Debt Rllfwd - TLB.xlsx
9_2017 Debt Rllfwd - TLB.xlsx
Accrued Int 5_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.xlsx
CF 5_2017 Debt Rllfwd - TLB.pdf
CF 5_2017 Debt Rllfwd - TLB.xlsx
CF Fees 5_2017 Debt Rllfwd - TLB.pdf
Int Calc 4_2017 Debt Rllfwd - TLB.pdf
Int Calc 6_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.xlsx
LC Fees May 2017 QTD Debt Rllfwd - TLB.pdf
Related Party Listing 2017.xlsx
ContextMedia Conv Debt Schedule_December 2014.xlsx
Convertible Note - Bill White October 11 2010.pdf
Convertible Note - Dominic Sergi October 24 2008.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Convertible Note - Jim Demas November 30 2010.pdf
Convertible Note - Mike Sheehan December 7 2010.pdf
Convertible Note - Mike Sheehan October 1 2011.pdf
Convertible Note - Ralph Rydholm July 18 2007.pdf
Dominic Sergi Amendment To Convertible Note Amendment October 24 2011.pdf
5_2016 Debt Rllfwd.xlsx
6_2016 Debt Rllfwd.xlsx
Debt Rllfwd 2016.xlsx
July 2016 Interest exp & Cash Flow Fcst.xlsx
Accrued Interest Calculation.xlsx
Financial.zip
Operations.zip
Other.zip
CM Projected Financials 2014.pdf
CM Projected Financials 2015.pdf
CM Projected Financials 2016.pdf
ContextMedia Debt Schedule 08312013.xlsx
ContextMedia Financial Statements - 2010.pdf
ContextMedia Financial Statements - 2011.pdf
ContextMedia Financial Statements - 2012.pdf
ContextMedia Financial Statements - 2013.pdf
ContextMedia Financial Statements - YTD Monthly 2013.pdf
Revenue Model 2013.pdf
ContextMedia - AmendedCharter.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Articles of Incorporation.pdf
Carat Xeljanz 2013 Agreement Final 082013.pdf
Novo Nordisk 2013 Agreement 10162013.pdf
CMH Tablet Demo.pdf
CMHealth Features 2013.pdf
ContextMedia Overview.pdf
Engagement Letter for Vedder.pdf
Engagement Letter for Vedder.pdf.crdownload
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf

ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx
Debt Attachment  TLB.xlsx
Debt Attachment  .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf
ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow_Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  -  Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf
private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
ContextMedia - Reorg Documents.zip
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf

Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M -  Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP -  Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k -  Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf
TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m - Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf
Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
JPM Letter of credit -  330 wabash 25 floor  12-2-2016.pdf
Private Bank - 35th floor of 330 Wabash Chicago IL.pdf
Private Bank LC -114 W 41st New York, NY.pdf
Signature Bank Letters of Credit  489 Fifth Ave NYC.pdf
Signature Bank Letters of Credit (330 Wabash and 489 Fifth).pdf
Signature Bank Letters of Credit -330 Wabash 25th floor.pdf
TPB.SBLC.Appl.rev.11.2011 (2).pdf
JPM CTCS.pdf
JPM CTCS991325393662.pdf
JPM Notice 2.pdf
JPM Notice 3.pdf
JPM Notice.pdf
jpmnoticesandbill.zip
114 W 41st New York LC.pdf
515 State Street 2-15-2017.pdf
AH- NYC lease 42nd street.pdf
BCSP 330 Wabash LC  12-14-2016.pdf
JPM Letter of credit BCSP 330 n wabash.pdf
JPM Letter of Credit Perkins & Will.pdf
JPM Standby Letter of Credit.pdf
Perkins and will 35th floor 330 N Wabash.pdf
Summary of LC's as of 9302017.xlsx
Summary of LC's Dec 2016 and Q1 2016.xlsx
yodel LC 34th street NYC.pdf
ContextMedia - PB - Officer's Certificate (Executed) = 11-2015.pdf
Indicative Terms 12-8-15 -  Term Loan D.pdf
Indicative Terms 12-8-15  -  Term Loan D.pdf.crdownload
Letter of Credit Application for CMH.pdf
Private Bank Swap document 12-17-2015.pdf
SKMBT_C36014022814290_06302013.pdf
$250k SBA Loan x3239_Paid in Full.pdf
LPL_1156_Business Loan Agreement (Asset Based) Original Docs.pdf
LPL_1209_Business Loan Agreement (Asset Based) SBA 11 01 2011.pdf
LPL_1209_Promissory Note - SBA 11 01 2011.pdf
LPL_1346_Business Loan Agreement SBA 07 25 2012.pdf
LPL_1346_Promissory Note SBA 07 25 2012.pdf
CONTEXT-Loan Agreement (execution) 06 28 2013 ($2 mm).pdf
CONTEXT-Note (execution) 06 28 2013 ($2 mm).pdf
CONTEXT- Commercial Security Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Disbursement Statement 05 15 2014 ($2 mm).pdf
CONTEXT-Guaranty 05 15 2014 ($2 mm).pdf
CONTEXT-Insurance Modification Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Loan Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Note (execution) 05 15 2014 ($2 mm).pdf
Loan Payment Debit Authorization Form.pdf

stock  term-Loan Agreement (5).docx
STOCK TERM-Note (11).docx
stock  term-Loan Agreement (7).docx
STOCK TERM-Guaranty (3).docx
STOCK TERM-Note (13).docx
stock term-second Modification to Assignment of Life Insurance (2).docx
stock term-SHAREHOLDER PLEDGE (4).docx
CONTEXT-2nd Modification to Assignment of Life Insurance 9 25 2014 ($6MM).pdf
CONTEXT-Auto Debit 12032014 ($6MM).pdf
CONTEXT-Guaranty 9 25 2014 ($6MM).pdf
CONTEXT-Loan Agreement (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Modification to Commercial Security Agreement 9 25 2014 ($6MM).pdf
CONTEXT-Note (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Shareholder pledge 09 25 2014 ($6MM).pdf
Shradha A Loan document for $41k.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf.crdownload
Private Bank Letter of Credit for 36th floor.pdf
Private Bank Letter of Credit for 36th floor.pdf.crdownload
Signature Bank_Letter of Credit_205 N. Michigan.pdf
Signature Bank_Letters of Credit_2014.pdf
LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 30 2013.pdf
LPL_1156_Promissory Note (Asset Based) Line Original.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 30 2013.pdf
SKMBT_C36014062715120.pdf
Agreement to provide insurance LOC Renewal 08 28 2014.pdf
Business Loan Agreement (Asset Based) LOC 08 28 2014.pdf
Commercial Guaranty LOC 08 28 2014.pdf
Disbursement Request & Auth. LOC Renewal 08 28 2014.pdf
Promissory Note LOC Renewal 08 28 2014.pdf
Agreement to Provide Insurance.pdf
Business Loan Agreement.pdf
Commercial Guaranty.pdf
Disbursement Request and Authorization.pdf
$250k Loan_x3239_2012-13.html
$2MM Loan_x4782_2013.pdf
$750k Loan_x3751_2012-13.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 101.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 29.pdf
Loan Stmt (#3239) 092213.pdf
Loan Stmt (#3239) Balance 12.31.12.pdf
Loan Stmt (#3443) Balance 12.31.12.pdf
Loan Stmt (#3751) Balance 12.31.12.pdf
Loan Stmt (#4782) 092213.pdf
682094929-postmessagerelay.js

AlbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGl4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGl4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGl4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AlbEiAIAAABDCPuwzkf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWJmMWM4MjM3MzA1YmU2NzVmI
AlbEiAIAAABECMmE9qGFpqrQngEiC3ZjYXJkX3Bob3RvMGigJFhMmZiMWE0ZTRhMDc0OWVkNjNjNjk5MTU1OTl0ZjA5MWM3Yz

apps_marketplace-48.png
bg_noon2_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cleardot.gif
core-rpc-shindig.random-shindig.sha1.js
frame.html
hovercard.html
icon_1_pdf_x16.png
img
img(1)
img(2)

img(3)
logo(1).gif
logo.gif
module
nAPRbm38ZRt7dQ62F9izQJAVSdya6FcR05TJGKHQChL6yauGBl2afdzcY_FEBWP-
postmessageRelay.html
profile_mask2.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AItRSTMX85Md4n1Piw5VUpf_jJ3Y1CFTXQ
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw(1)
rs=AItRSTNkYe9VuO_Jh9qUUE1ndLWv36E2ug
rs=AItRSTNTpS5I7EQqh6tsklGaH_fRQ28lTQ
rs=AItRSTNU18qsYOTf8D0xHwTQCtFQGjDigw
rs=AItRSTOPPFAfGgejfkRWHzoMUJKjRrNCQw.html
rs=AItRSTP8rfJ5whJLbLvi52Q7Zpl-rgp0rQ
rs=AItRSTPKAcMh1CYG2zDdktfntZkbKVMGDg
saved_resource
saved_resource(1)
saved_resource(2)
saved_resource(3)
saved_resource(4)
saved_resource(5)
saved_resource(6)
saved_resource(7)
uFp_tsTJboUY7kue5XAsGA=s120
Commercial_Loan_Billing_Statement_April_2014 3239.pdf
Commercial_Loan_Billing_Statement_April_2014 3751.pdf
Commercial_Loan_Billing_Statement_April_2014 4782.pdf
Commercial_Loan_Billing_Statement_August_2014_3239.pdf
Commercial_Loan_Billing_Statement_August_2014_3751.pdf
Commercial_Loan_Billing_Statement_August_2014_4782_.pdf
Commercial_Loan_Billing_Statement_August_2014_5592_.pdf
Commercial_Loan_Billing_Statement_August_2014-3443 LOC.pdf
Commercial_Loan_Billing_Statement_December_2014_x3443.pdf
Commercial_Loan_Billing_Statement_December_2014_x3751.pdf
Commercial_Loan_Billing_Statement_December_2014_x4782.pdf
Commercial_Loan_Billing_Statement_December_2014_x5592.pdf
Commercial_Loan_Billing_Statement_December_2014-x5932.pdf
Commercial_Loan_Billing_Statement_February_2014 (2) 3239.pdf
Commercial_Loan_Billing_Statement_February_2014 3751.pdf
Commercial_Loan_Billing_Statement_February_2014 4782.pdf
Commercial_Loan_Billing_Statement_January_2014 3239.pdf
Commercial_Loan_Billing_Statement_January_2014 3751.pdf
Commercial_Loan_Billing_Statement_January_2014 4782.pdf
Commercial_Loan (LOC)_Billing_Statement_July_2014_3443.pdf
Commercial_Loan_Billing_Statement_July_2014_3239.pdf
Commercial_Loan_Billing_Statement_July_2014_3751.pdf
Commercial_Loan_Billing_Statement_July_2014_4782.pdf
Commercial_Loan_Billing_Statement_July_2014_5592.pdf
Commercial_Loan_Billing_Statement_June_2014_3239.pdf
Commercial_Loan_Billing_Statement_June_2014_3751.pdf
Commercial_Loan_Billing_Statement_June_2014_4782.pdf
Commercial_Loan_Billing_Statement_June_2014_5592.pdf
Commercial_Loan_Billing_Statement_March_2014 3239.pdf
Commercial_Loan_Billing_Statement_March_2014 3751.pdf
Commercial_Loan_Billing_Statement_March_2014 4782.pdf
Commercial_Loan_Billing_Statement_May_2014 3239.pdf
Commercial_Loan_Billing_Statement_May_2014 3751.pdf
Commercial_Loan_Billing_Statement_May_2014 4782.pdf
Commercial_Loan_Billing_Statement_November_2014_LOC x3443.pdf
Commercial_Loan_Billing_Statement_November_2014_x3239.pdf
Commercial_Loan_Billing_Statement_November_2014_x3751.pdf
Commercial_Loan_Billing_Statement_November_2014_x4782.pdf

Commercial_Loan_Billing_Statement_November_2014_x5592.pdf
Commercial_Loan_Billing_Statement_October_2014_x3239.pdf
Commercial_Loan_Billing_Statement_October_2014_x3443.pdf
Commercial_Loan_Billing_Statement_October_2014_x3751.pdf
Commercial_Loan_Billing_Statement_October_2014_x4782.pdf
Commercial_Loan_Billing_Statement_October_2014_x5592.pdf
Commercial_Loan_Billing_Statement_September_2014_3239.pdf
Commercial_Loan_Billing_Statement_September_2014_3443.pdf
Commercial_Loan_Billing_Statement_September_2014_3751.pdf
Commercial_Loan_Billing_Statement_September_2014_4782.pdf
Commercial_Loan_Billing_Statement_September_2014_5592.pdf
Private bank amounts as of 4-30-15.docx
Commercial_Loan_Billing_Statement_February_2015_3443.pdf
Commercial_Loan_Billing_Statement_February_2015_3751.pdf
Commercial_Loan_Billing_Statement_February_2015_4782.pdf
Commercial_Loan_Billing_Statement_February_2015_5592.pdf
Commercial_Loan_Billing_Statement_February_2015_5932.pdf
Commercial_Loan_Billing_Statement_January_2015_x3443.pdf
Commercial_Loan_Billing_Statement_January_2015_x3751.pdf
Commercial_Loan_Billing_Statement_January_2015_x4782.pdf
Commercial_Loan_Billing_Statement_January_2015_x5592.pdf
Commercial_Loan_Billing_Statement_January_2015_x5932.pdf
Priv Bank loan 102311 stmt date 6.12.15.pdf
Priv Bank loan term B stmt.pdf
Priv Bank LOC date 6.12.15.pdf
Priv Bank LOC stmt date 5.26.15.pdf
Commercial_Loan_Billing_Statement_March_2015 3443.pdf
Commercial_Loan_Billing_Statement_March_2015 3751.pdf
Commercial_Loan_Billing_Statement_March_2015 4782.pdf
Commercial_Loan_Billing_Statement_March_2015 5592.pdf
Commercial_Loan_Billing_Statement_March_2015 5932.pdf
Line of credit statement may 2015 private bank.pdf
Term Loan B May 2015 statement Private bank.pdf
01_SWAP_SP_3002396_180653.PDF.crdownload
Feb Swap impact 01_SWAP_SP_3002396_180653.PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF.crdownload
May 2016 01_SWAP_SP_3002396_100631.PDF
fwdprivatebankcontextmediasecondamendment.zip
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget to balance 5-12.xlsx
Exhibit B to Credit Agreement  CHICAGO.docx
Exhibit B to Credit Agreement for CMH for Q1 2015.docx
Summary note for Private bank.docx
Ar  Aging 1-12-2016.xlsx
Borrowing Base Certificate - Loan 1-12-2016.docx
Exhibit C - 1-12-2016 borrow base certificate.pdf
Exhibit C - 1-12-2016 borrow base certificate.pdf.crdownload
Exhibit E 1-12-2016 Form of Notice of Borrowing.pdf
EXHIBIT E for 1-12-2016.docx
AR details 1-28-2016.xlsx
Borrowing Base Certificate - Loan January 28, 2016.docx
Exhibit C for 1-28-2016 draw.pdf
Exhibit E for 1-28-2016 draw.pdf
EXHIBIT E for 1-28-2016.docx
AR details as of 2-29-2016.xlsx
AR details as of 3-1-2016.xlsx
Borrowing Base Certificate - Loan February 29, 2016 Year.docx
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly.xlsx
CMH LLC Balance Sheet.xls
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly -  draft.xlsx
AR details 1-31-2016.xlsx
AR for Jan 2016.xlsx
Borrowing Base Certificate - Loan January 31, 2016.docx
Private Bank Compliance for Context Media Health LLC - Jan 2016 monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Private Bank Q1 compliance info BS IS CF v42915jb.xlsx

Private Bank Q1 compliance info BS IS CF.xlsx
Q1 Budget - PB 4.28.15.xlsx
AR Aging 042815.xls
AR Aging 7-31-2015.xlsx
AR Aging 8-31-2015 close.xlsx
AR as of 9-21-2015.xlsx
AR report as of 5-31-2015.xlsx
AR report for 5-26-2015.xlsx
Borrowing Base Certificate - Loan August 31 2015.docx
Borrowing Base Certificate - Loan July 31 2015.docx
Borrowing Base Certificate - Loan June 30 2015.docx
Borrowing Base Certificate - Loan May 26 2015.docx
Borrowing Base Certificate - Loan May 31 2015.docx
Borrowing Base Certificate - Loan September 21, 2015.docx
Borrowing Base Certificate - PB Loan April 28 2015.docx
Calc for Borrowing base for May.xlsx
Draw notice 9-22-2015.pdf
AR Balance_10_15_15.xls
Borrowing Base Certificate - Loan Ocotber 15, 2015.docx
Draw notice 10-15-2015.pdf
Draw notice 10-15-2015.pdf.crdownload
Exhibit E for 10-15-2015 draw.pdf
EXHIBIT E for 10-15-2015.docx
Borrowing Base Certificate - Loan October 28, 2015.docx
EXHIBIT E for 10-28-2015.docx
October open AR - 10.28.15.xls
AR Aging Detail w_ November invoices - 11.2.15.xls
Borrowing Base Certificate - Loan November 2, 2015.docx
EXHIBIT E for 11-2-2015.docx
AR balance as of 12-9-2015.xlsx
Borrowing Base Certificate - Loan December 10, 2015.docx
Exhibit E and C for 12-10-2015 draw request.pdf
Exhibit E and C for 12-10-2015 draw request.pdf.crdownload
EXHIBIT E for 12-10-2015.docx
AR details as of 12-1-2015.xlsx
Borrowing Base Certificate - Loan December 1, 2015.docx
EXHIBIT E for 12-1-2015.docx
12-21-2015 Exhibit C.pdf
12-21-2015 Exhibit E.pdf
AR aging details 12-21-2015.xlsx
Borrowing Base Certificate - Loan December 21, 2015.docx
EXHIBIT E for 12-21-2015.docx
AR detail 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015.docx
Borrowing Base Certificate - Loan December 31, 2015.pdf
EXHIBIT E for 12-31-2015.docx
EXHIBIT E for 12-31-2015.pdf
Borrowing Base Certificate - Loan October 31.docx
GL 11000_AR Detail ending 10-31-15.xlsx
AR as of 9-30-2015.xlsx
Borrowing Base Certificate - Loan September 30, 2015.docx
Exhibit B to Credit Agreement - CMH - Q1 2015 Pro Forma.pdf
Exhibit B to Credit Agreement - CMH - Q1 2015.pdf
Exhibit B to Credit Agreement for CMH - Q1 2015 BP.docx
Private Bank Compliance Data - ContextMedia Health LLC - Q1 2015.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB42915.docx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB43015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015 v2 JB42915.xlsx
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015.xlsx
Private Bank Q1 compliance info BS IS CF v43015jd.xlsx
Summary Note for Private Bank - Q1 2015 v2 JB 42915.docx
Summary Note for Private Bank - Q1 2015.docx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx

ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12 BP Working.xlsx
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 3 pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 340pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 4 pm (Autosaved).xlsx
ContextMedia Health LLC - Projection Model Working.xlsx
Private Bank Compliance for Context Media Health LLC - April 2015 Monthly.xlsx
AR report for 6-30-2015.xlsx
Calc for schedule B.xlsx
Exhibit B to Credit Agreement for CMH - June 30 2015.docx
Private Bank Compliance for Context Media Health LLC - June Monthly.xlsx
AR report as of 5-31-2015.xlsx
Calc for borrow certificate for May.xlsx
Exhibit B to Credit Agreement for CMH - May 2015.docx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly 6-10 pm.xlsx
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315 -  TTM for May.xlsx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf
Private Bank Compliance Info - ContextMedia Health LLC - Q2 2015.xlsx
Private Bank Compliance for Context Media Health LLC - August monthly.xlsx
Calc for schedule B -  July 2015.xlsx
Exhibit B to Credit Agreement for CMH - July 31 2015.docx
Private Bank Compliance for Context Media Health LLC - July monthly.xlsx
Calc for schedule B -  Sept 2015.xlsx
Exhibit B to Credit Agreement for CMH - Sept 30, 2015.docx
Private Bank Compliance for Context Media Health LLC - Sept monthly.xlsx
AR aging 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015 Year End.docx
Calc for schedule B -  Dec 2015.xlsx
Debt Covenant Calc final numbers.xlsx
Dec 2014 IS.xlsx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015 -  Final Audited numbers.docx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015.docx
Private Bank Compliance for Context Media Health LLC - Dec monthly.xlsx
Private Bank Compliance for Context Media Health LLC - Nov monthly.xlsx
Nov  2014 BS from  NS.xlsx
Nov 2014 IS from  NS.xlsx
Private Bank Compliance for Context Media Health LLC - Oct monthly.xlsx
GL 11000_AR Detail ending 10-31-15.xls
Oct 2014 BS.xlsx
Oct 2014 YTD IS.xlsx
Support for TTM for 2014 info by cost center.xlsx
Funding Term Loan B.xlsx
Private Bank Financing - Sources and Uses.xlsx
private-context-loan and security agreement V6 (1).doc
private-context-loan and security agreement Vpdf (1).pdf
Closing Document List.pdf
Fee Letter.pdf
Limited Guaranty of Agarwal.pdf
Substitute Revolving Note.pdf
Term Loan D Note.pdf
Third Amendment.pdf
Third Reaffirmation of Limited Guaranty.pdf
Balance sheet summary Nov and potential impacts.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf
NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3....pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf

NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex....pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
$159M incoming wire from Gravitas Holdings LLC.JPG
10 Davis Polk - $145k - Transaction_Details_01_31_2018_18_07.pdf
1-1 Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
11 Wilmington Savings $25k - Transaction_Details_01_31_2018_18_17.pdf
1-2 Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
12 Storock and Stroock -$69k - Transaction_Details_01_31_2018_18_08.pdf
13 Zolfo Cooper - $175k - Transaction_Details_01_31_2018_18_09.pdf
14 Akin Gump - $975k - Transaction_Details_01_31_2018_18_11.pdf
15 Choate Hall - $90k - Transaction_Details_01_31_2018_18_11 (1).pdf
16 Silver Point $135k - Transaction_Details_01_31_2018_18_13.pdf
17 CSC - $168k Transaction_Details_01_31_2018_18_15.pdf
17-2 CSC wire for 2018 DE fees - Transaction_Details_02_01_2018_16_33.pdf
2 CMH LLC $59M - Transaction_Details_01_31_2018_18_03.pdf
3-1 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
3-2 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
4 Shradha Agarwal - 348k - Transaction_Details_01_31_2018_18_05.pdf
5 Rishi Shah $277k - Transaction_Details_01_31_2018_18_04.pdf
6 Gravitas Hardware - $193k - 2nd wire with new info.pdf
6 Gravitas Hardware - $193k Transaction_Details_01_31_2018_18_38.pdf
7-1 JPM $75M - Transaction_Details_01_31_2018_17_55 (2).pdf
7-2 JPM $2.25M - Transaction_Details_01_31_2018_17_55 (2).pdf
8 Rothschild $3.65M - Transaction_Details_01_31_2018_18_06.pdf
9 Potter Andersen - $202k Transaction_Details_01_31_2018_18_37.pdf
Outcome Health - Funds Flow Final Journal Entries.xlsx
Outcome Health - Funds Flow Final.xlsx
OUTCOME INC - DE - Annual Report for 2017 2-1-2018.pdf
OUTCOME INC - DE - Annual Report for 2018.pdf
Paydown notice from JPM on loan balances.JPG
Wires from Equity and Debt Settlement 1-31-2018.zip
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
Promissory Note Payable - James Demas April 27 2011.pdf
Promissory Note Payable - Shradha Agarwal April 27 2011.pdf
Balance sheet summary Nov and potential impacts.xlsx
Outcome Health - Funds Flow Final.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf

NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3....pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf
NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex....pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV1618446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
Exhibit 1.pdf
Exhibit 2.pdf
Exhibit 3.pdf
Expert disclosure letter.8.15.21.pdf
Amended Expert disclosure letter.10.1.21.pdf
Exhibit 1 (10.1.21).pdf
Exhibit 2 (10.1.21).pdf
Exhibit 3 (10.1.21).pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
._2017 Recs - LP Tracker.xlsx
._2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
._Cash back list through 10.25.17.png
._Contract Refund Details.xlsx
._Amgen Reconciliation Contracted Details.xlsx
._Media Edge - Amgen 2017 Reconciliation.xlsx
._Completion Agreement - Assembly Boehringer Ingelheim.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
._Assembly Boehringer Ingelheim Reconciliation.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
._Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
._Horizon-Gilead 2017 Reconciliation.xlsx
._Completion Agreement - Horizon Media - Horizon.xlsx
._Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
._2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
._Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
._Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
._Ironwood - Allergan 2017 Reconciliation.xlsx
._Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
._Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
._Completion Agreement - Allergan - Allergan.xlsx
._Completion Agreement - Compas - Biogen.xlsx
._Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
._Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
._Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx

._Completion Agreement - HSAD North America - LG.xlsx
._Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
._Completion Agreement - Kelly Scott Madison - Jazz.xlsx
._Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
._Completion Agreement - Novartis - Novartis.xlsx
._Eli Lilly Reconciliation.xlsx
._OMG - Eli Lilly 2017 Reconciliation.xlsx
._Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
._Completion Agreement - Outdoor Media Group - Roche.xlsx
._Contract Refund Details.xlsx
._PHD GlaxoSmithKline 2017 Reconciliation.xlsx
._Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
._Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
._Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
._All AbbVie Contracts 01022018.xlsx
._Spark-Abbvie 2017 Reconciliation.xlsx
._Spark-Novo Nordisk 2017 Reconciliation.xlsx
._Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
._AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
._Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
._Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
._MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
._PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
._Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
._Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
._Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
._Underscore - Celgene 2017 Reconciliation.xlsx
._Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
._Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
._Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
._Target Health - Bayer 2017 Reconciliation.xlsx
._TargetHealth AR Summary 010918.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf

1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf

655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx

AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf

Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx

794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljianz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incremental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf

184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx

Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852  Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
ContextMedia_CIM_v33 (1).pdf
Interest Expense Fcst 2016.xlsx
Lender Presentation_vF (1).pdf
PV for Cisco Lease Amt Table.pdf
Sub debt Interest Calculation 12.23.2016.pdf
Sub debt Interest Calculation.xlsx
._Debt Attachment  (Autosaved).xlsx
._Debt Attachment  TLB.xlsx
._Debt Attachment .xlsx
._Debt Attachment Final.xlsx
._AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
._ContextMedia_Funds Flow_vF with reference info.xlsx
._Term Loan B Amortization Schedule.xlsx
CM SBA Loans_Debt Rollforward_2012.xlsx
ContextMedia Debt Schedule_2012.xlsx
CM SBA Loans_Debt Rollforward_2013.xlsx
ContextMedia Convertible Promissory Notes Schedule.xlsx
ContextMedia Debt Schedule_2013.xlsx
CM Debt Rollforward_2014.xlsx
ContextMedia Debt Schedule August 2014.xlsx

ContextMedia Debt Schedule_December 2014.xlsx
ContextMedia Debt Schedule_February 2014.xlsx
ContextMedia Debt Schedule_January 2014.xlsx
ContextMedia Debt Schedule_July 2014.xlsx
ContextMedia Debt Schedule_June 2014.xlsx
ContextMedia Debt Schedule_June 2014_Revised.xlsx
ContextMedia Debt Schedule_May 2014.xlsx
ContextMedia Debt Schedule_November 2014.xlsx
ContextMedia Debt Schedule_October 2014.xlsx
ContextMedia Debt Schedule_September 2014.xlsx
CM Debt Rollforward_2015.xlsx
CM Debt Rollforward_2015-April.xlsx
CM Debt Rollforward_2015-Feb.xlsx
CM Debt Rollforward_2015-jan.xlsx
CM Debt Rollforward_2015-march.xlsx
CM Debt Rollforward_2015-May.xlsx
ContextMedia Conv Debt Schedule_January 2015.xlsx
ContextMedia Conv Debt Schedule_March 2015.xlsx
10_2016 Debt Rllfwd.pdf
10_2016 Debt Rllfwd.xlsx
11_2016 Debt Rllfwd.xlsx
12_2016 Debt Rllfwd - TLB.xlsx
12_2016 Debt Rllfwd.xlsx
6_2016 Debt Rllfwd.xlsx
7.2016 Int and Term loan pmt support.pdf
7_2016 Debt Rllfwd.xlsx
8_2016 Debt Rllfwd.pdf
8_2016 Debt Rllfwd.xlsx
8_2016 Int Calc.pdf
9_2016 Debt Rllfwd.pdf
9_2016 Debt Rllfwd.xlsx
Aug Letter of Credit fees.pdf
Pages from 7.2016 Int and Term loan pmt support.pdf
Term Loan Amt Schedule.pdf
1_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwd - CM LC FEES.pdf
10_2017 Debt Rllfwd - TLB Interest Calc.pdf
10_2017 Debt Rllfwd - TLB LC FEES.pdf
10_2017 Debt Rllfwd - TLB LC FEES.xlsx
10_2017 Debt Rllfwd - TLB.xlsx
10_2017 Debt Rllfwdv2.xlsx
11_2017 Debt Rllfwdv2.xlsx
11_2017 Int exp.pdf
11_2017 Interet Exp Calc.pdf
11_2017 LC Fees.pdf
12_2017 Debt Rllfwdv2.xlsx
2_2017 Debt Rllfwd - TLB.xlsx
2018 Debt FCST.xlsx
3_2017 Debt Rllfwd - TLB.xlsx
3_2017 Interest Calc - TLB.pdf
4_2017 Debt Rllfwd - TLB.pdf
4_2017 Debt Rllfwd - TLB.xlsx
6_2017 Debt Rllfwd - TLB.xlsx
7_2017 Debt Rllfwd - TLB CF .pdf
7_2017 Debt Rllfwd - TLB Interest.pdf
7_2017 Debt Rllfwd - TLB LC fees.pdf
7_2017 Debt Rllfwd - TLB.xlsx
8_2017 Accrued Int Calc.pdf
8_2017 Debt Rllfwd - TLB LC Fees.pdf
8_2017 Debt Rllfwd - TLB.xlsx
9_2017 Debt Rllfwd - TLB.xlsx
Accrued Int 5_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.pdf
CF 4_2017 Debt Rllfwd - TLB.xlsx
CF 5_2017 Debt Rllfwd - TLB.pdf
CF 5_2017 Debt Rllfwd - TLB.xlsx
CF Fees 5_2017 Debt Rllfwd - TLB.pdf

Int Calc 4_2017 Debt Rllfwd - TLB.pdf
Int Calc 6_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.pdf
LC Fees 5_2017 Debt Rllfwd - TLB.xlsx
LC Fees May 2017 QTD Debt Rllfwd - TLB.pdf
Related Party Listing 2017.xlsx
ContextMedia Conv Debt Schedule_December 2014.xlsx
Convertible Note - Bill White October 11 2010.pdf
Convertible Note - Dominic Sergi October 24 2008.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Convertible Note - Jim Demas November 30 2010.pdf
Convertible Note - Mike Sheehan December 7 2010.pdf
Convertible Note - Mike Sheehan October 1 2011.pdf
Convertible Note - Ralph Rydholm July 18 2007.pdf
Dominic Sergi Amendment To Convertible Note Amendment October 24 2011.pdf
5_2016 Debt Rllfwd.xlsx
6_2016 Debt Rllfwd.xlsx
Debt Rllfwd 2016.xlsx
July 2016 Interest exp & Cash Flow Fcst.xlsx
Accrued Interest Calculation.xlsx
Financial.zip
Operations.zip
Other.zip
CM Projected Financials 2014.pdf
CM Projected Financials 2015.pdf
CM Projected Financials 2016.pdf
ContextMedia Debt Schedule 08312013.xlsx
ContextMedia Financial Statements - 2010.pdf
ContextMedia Financial Statements - 2011.pdf
ContextMedia Financial Statements - 2012.pdf
ContextMedia Financial Statements - 2013.pdf
ContextMedia Financial Statements - YTD Monthly 2013.pdf
Revenue Model 2013.pdf
ContextMedia - AmendedCharter.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Articles of Incorporation.pdf
Carat Xeljanz 2013 Agreement Final 082013.pdf
Novo Nordisk 2013 Agreement 10162013.pdf
CMH Tablet Demo.pdf
CMHealth Features 2013.pdf
ContextMedia Overview.pdf
Engagement Letter for Vedder.pdf
Engagement Letter for Vedder.pdf.crdownload
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx
Debt Attachment  TLB.xlsx
Debt Attachment .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf

contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf
ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow_Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  -  Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf
private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
ContextMedia - Reorg Documents.zip
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf
Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M -  Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP -  Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k -  Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf
TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m -  Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf

Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
JPM Letter of credit - 330 wabash 25 floor 12-2-2016.pdf
Private Bank - 35th floor of 330 Wabash Chicago IL.pdf
Private Bank LC -114 W 41st New York, NY.pdf
Signature Bank Letters of Credit 489 Fifth Ave NYC.pdf
Signature Bank Letters of Credit (330 Wabash and 489 Fifth).pdf
Signature Bank Letters of Credit -330 Wabash 25th floor.pdf
TPB.SBLC.Appl.rev.11.2011 (2).pdf
JPM CTCS.pdf
JPM CTCS991325393662.pdf
JPM Notice 2.pdf
JPM Notice 3.pdf
JPM Notice.pdf
jpmnoticesandbill.zip
114 W 41st New York LC.pdf
515 State Street 2-15-2017.pdf
AH- NYC lease 42nd street.pdf
BCSP 330 Wabash LC 12-14-2016.pdf
JPM Letter of credit BCSP 330 n wabash.pdf
JPM Letter of Credit Perkins & Will.pdf
JPM Standby Letter of Credit.pdf
Perkins and will 35th floor 330 N Wabash.pdf
Summary of LC's as of 9302017.xlsx
Summary of LC's Dec 2016 and Q1 2016.xlsx
yodel LC 34th street NYC.pdf
ContextMedia - PB - Officer's Certificate (Executed) = 11-2015.pdf
Indicative Terms 12-8-15 - Term Loan D.pdf
Indicative Terms 12-8-15 - Term Loan D.pdf.crdownload
Letter of Credit Application for CMH.pdf
Private Bank Swap document 12-17-2015.pdf
SKMBT_C36014022814290_06302013.pdf
$250k SBA Loan x3239_Paid in Full.pdf
LPL_1156_Business Loan Agreement (Asset Based) Original Docs.pdf
LPL_1209_Business Loan Agreement (Asset Based) SBA 11 01 2011.pdf
LPL_1209_Promissory Note - SBA 11 01 2011.pdf
LPL_1346_Business Loan Agreement SBA 07 25 2012.pdf
LPL_1346_Promissory Note SBA 07 25 2012.pdf
CONTEXT-Loan Agreement (execution) 06 28 2013 ($2 mm).pdf
CONTEXT-Note (execution) 06 28 2013 ($2 mm).pdf
CONTEXT- Commercial Security Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Disbursement Statement 05 15 2014 ($2 mm).pdf
CONTEXT-Guaranty 05 15 2014 ($2 mm).pdf
CONTEXT-Insurance Modification Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Loan Agreement (execution) 05 15 2014 ($2 mm).pdf
CONTEXT-Note (execution) 05 15 2014 ($2 mm).pdf
Loan Payment Debit Authorization Form.pdf
stock term-Loan Agreement (5).docx
STOCK TERM-Note (11).docx
stock term-Loan Agreement (7).docx
STOCK TERM-Guaranty (3).docx
STOCK TERM-Note (13).docx
stock term-second Modification to Assignment of Life Insurance (2).docx
stock term-SHAREHOLDER PLEDGE (4).docx
CONTEXT-2nd Modification to Assignment of Life Insurance 9 25 2014 ($6MM).pdf
CONTEXT-Auto Debit 12032014 ($6MM).pdf
CONTEXT-Guaranty 9 25 2014 ($6MM).pdf
CONTEXT-Loan Agreement (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Modification to Commercial Security Agreement 9 25 2014 ($6MM).pdf
CONTEXT-Note (execution) 9 25 2014 ($6MM).pdf
CONTEXT-Shareholder pledge 09 25 2014 ($6MM).pdf
Shradha A Loan document for $41k.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf
Private bank executed LOC for 36th floor 330 wabash.pdf.crdownload
Private Bank Letter of Credit for 36th floor.pdf
Private Bank Letter of Credit for 36th floor.pdf.crdownload
Signature Bank_Letter of Credit_205 N. Michigan.pdf
Signature Bank_Letters of Credit_2014.pdf

LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Business Loan Agreement (Asset Based) Line of Credit Renewal 06 30 2013.pdf
LPL_1156_Promissory Note (Asset Based) Line Original.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 06 2012.pdf
LPL_1156_Promissory Note Line of Credit Renewal 06 30 2013.pdf
SKMBT_C36014062715120.pdf
Agreement to provide insurance LOC Renewal 08 28 2014.pdf
Business Loan Agreement (Asset Based) LOC 08 28 2014.pdf
Commercial Guaranty LOC 08 28 2014.pdf
Disbursement Request & Auth. LOC Renewal 08 28 2014.pdf
Promissory Note LOC Renewal 08 28 2014.pdf
Agreement to Provide Insurance.pdf
Business Loan Agreement.pdf
Commercial Guaranty.pdf
Disbursement Request and Authorization.pdf
$250k Loan_x3239_2012-13.html
$2MM Loan_x4782_2013.pdf
$750k Loan_x3751_2012-13.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 101.pdf
100-122112-LN-LN6280P PARA STMT BEFOR BKUP page 29.pdf
Loan Stmt (#3239) 092213.pdf
Loan Stmt (#3239) Balance 12.31.12.pdf
Loan Stmt (#3443) Balance 12.31.12.pdf
Loan Stmt (#3751) Balance 12.31.12.pdf
Loan Stmt (#4782) 092213.pdf
682094929-postmessagerelay.js

AIbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AIbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AIbEiAIAAABDCOa9-IzFubD-SyILdmNhcmRfcGhvdG8qKGI4YTlkMDg0MzhjNjNlYmMyY2MxMmE1MGVjZDQ5NzYzNmUxODBjMT
AIbEiAIAAABDCPuwzKf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWJmMWM4MjM3MzA1YmU2NzVml
AIbEiAIAAABECMmE9qGFpqrQngEiC3ZjYXJkX3Bob3RvKigzMjFhMmZiMWE0OZTRhMDc0OWVkNjNjNjk5MTU1OTI0ZjA5MWM3Yz

apps_marketplace-48.png
bg_noon2_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cleardot.gif
core-rpc-shindig.random-shindig.sha1.js
frame.html
hovercard.html
icon_1_pdf_x16.png
img
img(1)
img(2)
img(3)
logo(1).gif
logo.gif
module
nAPRbm38ZRt7dQ62F9izQJAVSdya6FcR05TJGKHQChL6yauGBl2afdzcY_FEBWP-
postmessageRelay.html
profile_mask2.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AItRSTMX85Md4n1Piw5VUpf_jJ3Y1CFTXQ
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw
rs=AItRSTN5_i0KBm0FLby7W1B4Q5dHsZBNkw(1)
rs=AItRSTNkYe9VuO_Jh9qUUE1ndLWv36E2ug
rs=AItRSTNTpS5I7EQqh6tsklGaH_fRQ28lTQ
rs=AItRSTNU18qsYOTf8D0xHwTQCtFQGjDigw
rs=AItRSTOPPFAfGgejfkRWHzoMUJKjRrNCQw.html
rs=AItRSTP8rfJ5whJLbLvi52Q7Zpl-rgp0rQ
rs=AItRSTPKAcMh1CYG2zDdktfntZkbKVMGDg
saved_resource

saved_resource(1)
saved_resource(2)
saved_resource(3)
saved_resource(4)
saved_resource(5)
saved_resource(6)
saved_resource(7)
uFp_tsTJboUY7kue5XAsGA=s120
Commercial_Loan_Billing_Statement_April_2014 3239.pdf
Commercial_Loan_Billing_Statement_April_2014 3751.pdf
Commercial_Loan_Billing_Statement_April_2014 4782.pdf
Commercial_Loan_Billing_Statement_August_2014_3239.pdf
Commercial_Loan_Billing_Statement_August_2014_3751.pdf
Commercial_Loan_Billing_Statement_August_2014_4782_.pdf
Commercial_Loan_Billing_Statement_August_2014_5592_.pdf
Commercial_Loan_Billing_Statement_August_2014-3443 LOC.pdf
Commercial_Loan_Billing_Statement_December_2014_x3443.pdf
Commercial_Loan_Billing_Statement_December_2014_x3751.pdf
Commercial_Loan_Billing_Statement_December_2014_x4782.pdf
Commercial_Loan_Billing_Statement_December_2014_x5592.pdf
Commercial_Loan_Billing_Statement_December_2014-x5932.pdf
Commercial_Loan_Billing_Statement_February_2014 (2) 3239.pdf
Commercial_Loan_Billing_Statement_February_2014 3751.pdf
Commercial_Loan_Billing_Statement_February_2014 4782.pdf
Commercial_Loan_Billing_Statement_January_2014 3239.pdf
Commercial_Loan_Billing_Statement_January_2014 3751.pdf
Commercial_Loan_Billing_Statement_January_2014 4782.pdf
Commercial_Loan (LOC)_Billing_Statement_July_2014_3443.pdf
Commercial_Loan_Billing_Statement_July_2014_3239.pdf
Commercial_Loan_Billing_Statement_July_2014_3751.pdf
Commercial_Loan_Billing_Statement_July_2014_4782.pdf
Commercial_Loan_Billing_Statement_July_2014_5592.pdf
Commercial_Loan_Billing_Statement_June_2014_3239.pdf
Commercial_Loan_Billing_Statement_June_2014_3751.pdf
Commercial_Loan_Billing_Statement_June_2014_4782.pdf
Commercial_Loan_Billing_Statement_June_2014_5592.pdf
Commercial_Loan_Billing_Statement_March_2014 3239.pdf
Commercial_Loan_Billing_Statement_March_2014 3751.pdf
Commercial_Loan_Billing_Statement_March_2014 4782.pdf
Commercial_Loan_Billing_Statement_May_2014 3239.pdf
Commercial_Loan_Billing_Statement_May_2014 3751.pdf
Commercial_Loan_Billing_Statement_May_2014 4782.pdf
Commercial_Loan_Billing_Statement_November_2014_LOC x3443.pdf
Commercial_Loan_Billing_Statement_November_2014_x3239.pdf
Commercial_Loan_Billing_Statement_November_2014_x3751.pdf
Commercial_Loan_Billing_Statement_November_2014_x4782.pdf
Commercial_Loan_Billing_Statement_November_2014_x5592.pdf
Commercial_Loan_Billing_Statement_October_2014_x3239.pdf
Commercial_Loan_Billing_Statement_October_2014_x3443.pdf
Commercial_Loan_Billing_Statement_October_2014_x3751.pdf
Commercial_Loan_Billing_Statement_October_2014_x4782.pdf
Commercial_Loan_Billing_Statement_October_2014_x5592.pdf
Commercial_Loan_Billing_Statement_September_2014_3239.pdf
Commercial_Loan_Billing_Statement_September_2014_3443.pdf
Commercial_Loan_Billing_Statement_September_2014_3751.pdf
Commercial_Loan_Billing_Statement_September_2014_4782.pdf
Commercial_Loan_Billing_Statement_September_2014_5592.pdf
Private bank amounts as of 4-30-15.docx
Commercial_Loan_Billing_Statement_February_2015_3443.pdf
Commercial_Loan_Billing_Statement_February_2015_3751.pdf
Commercial_Loan_Billing_Statement_February_2015_4782.pdf
Commercial_Loan_Billing_Statement_February_2015_5592.pdf
Commercial_Loan_Billing_Statement_February_2015_5932.pdf
Commercial_Loan_Billing_Statement_January_2015_x3443.pdf
Commercial_Loan_Billing_Statement_January_2015_x3751.pdf
Commercial_Loan_Billing_Statement_January_2015_x4782.pdf
Commercial_Loan_Billing_Statement_January_2015_x5592.pdf

Commercial_Loan_Billing_Statement_January_2015_x5932.pdf
Priv Bank loan 102311 stmt date 6.12.15.pdf
Priv Bank loan term B stmt.pdf
Priv Bank LOC date 6.12.15.pdf
Priv Bank LOC stmt date 5.26.15.pdf
Commercial_Loan_Billing_Statement_March_2015 3443.pdf
Commercial_Loan_Billing_Statement_March_2015 3751.pdf
Commercial_Loan_Billing_Statement_March_2015 4782.pdf
Commercial_Loan_Billing_Statement_March_2015 5592.pdf
Commercial_Loan_Billing_Statement_March_2015 5932.pdf
Line of credit statement may 2015 private bank.pdf
Term Loan B May 2015 statement Private bank.pdf
01_SWAP_SP_3002396_180653.crdownload
Feb Swap impact 01_SWAP_SP_3002396_180653.PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF
Jan Swap statement - SWAP_SP_3002396_125424 (1) (1).PDF.crdownload
May 2016 01_SWAP_SP_3002396_100631.PDF
fwdprivatebankcontextmediasecondamendment.zip
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget to balance 5-12.xlsx
Exhibit B to Credit Agreement  CHICAGO.docx
Exhibit B to Credit Agreement for CMH for Q1 2015.docx
Summary note for Private bank.docx
Ar  Aging 1-12-2016.xlsx
Borrowing Base Certificate - Loan 1-12-2016.docx
Exhibit C - 1-12-2016 borrow base certificate.pdf
Exhibit C - 1-12-2016 borrow base certificate.pdf.crdownload
Exhibit E 1-12-2016 Form of Notice of Borrowing.pdf
EXHIBIT E for 1-12-2016.docx
AR details 1-28-2016.xlsx
Borrowing Base Certificate - Loan January 28, 2016.docx
Exhibit C for 1-28-2016 draw.pdf
Exhibit E for 1-28-2016 draw.pdf
EXHIBIT E for 1-28-2016.docx
AR details as of 2-29-2016.xlsx
AR details as of 3-1-2016.xlsx
Borrowing Base Certificate - Loan February 29, 2016 Year.docx
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly.xlsx
CMH LLC Balance Sheet.xls
Private Bank Compliance for Context Media Health LLC - Feb 2016 monthly -  draft.xlsx
AR details 1-31-2016.xlsx
AR for Jan 2016.xlsx
Borrowing Base Certificate - Loan January 31, 2016.docx
Private Bank Compliance for Context Media Health LLC - Jan 2016 monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Private Bank Q1 compliance info BS IS CF v42915jb.xlsx
Private Bank Q1 compliance info BS IS CF.xlsx
Q1 Budget - PB 4.28.15.xlsx
AR Aging 042815.xls
AR Aging 7-31-2015.xlsx
AR Aging 8-31-2015 close.xlsx
AR as of 9-21-2015.xlsx
AR report as of 5-31-2015.xlsx
AR report for 5-26-2015.xlsx
Borrowing Base Certificate - Loan August 31 2015.docx
Borrowing Base Certificate - Loan July 31 2015.docx
Borrowing Base Certificate - Loan June 30 2015.docx
Borrowing Base Certificate - Loan May 26 2015.docx
Borrowing Base Certificate - Loan May 31 2015.docx
Borrowing Base Certificate - Loan September 21, 2015.docx
Borrowing Base Certificate - PB Loan April 28 2015.docx
Calc for Borrowing base for May.xlsx
Draw notice 9-22-2015.pdf
AR Balance_10_15_15.xls
Borrowing Base Certificate - Loan Ocotber 15, 2015.docx
Draw notice 10-15-2015.pdf
Draw notice 10-15-2015.pdf.crdownload

Exhibit E for 10-15-2015 draw.pdf
EXHIBIT E for 10-15-2015.docx
Borrowing Base Certificate - Loan October 28, 2015.docx
EXHIBIT E for 10-28-2015.docx
October open AR - 10.28.15.xls
AR Aging Detail w_ November invoices - 11.2.15.xls
Borrowing Base Certificate - Loan November 2, 2015.docx
EXHIBIT E for 11-2-2015.docx
AR balance as of 12-9-2015.xlsx
Borrowing Base Certificate - Loan December 10, 2015.docx
Exhibit E and C for 12-10-2015 draw request.pdf
Exhibit E and C for 12-10-2015 draw request.pdf.crdownload
EXHIBIT E for 12-10-2015.docx
AR details as of 12-1-2015.xlsx
Borrowing Base Certificate - Loan December 1, 2015.docx
EXHIBIT E for 12-1-2015.docx
12-21-2015 Exhibit C.pdf
12-21-2015 Exhibit E.pdf
AR aging details 12-21-2015.xlsx
Borrowing Base Certificate - Loan December 21, 2015.docx
EXHIBIT E for 12-21-2015.docx
AR detail 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015.docx
Borrowing Base Certificate - Loan December 31, 2015.pdf
EXHIBIT E for 12-31-2015.docx
EXHIBIT E for 12-31-2015.pdf
Borrowing Base Certificate - Loan October 31.docx
GL 11000_AR Detail ending 10-31-15.xlsx
AR as of 9-30-2015.xlsx
Borrowing Base Certificate - Loan September 30, 2015.docx
Exhibit B to Credit Agreement - CMH - Q1 2015 Pro Forma.pdf
Exhibit B to Credit Agreement - CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015 BP.docx
Private Bank Compliance Data - ContextMedia Health LLC - Q1 2015.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB42915.docx
Exhibit B to Credit Agreement for CMH - Q1 2015 v2 JB43015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015 v2 JB42915.xlsx
Private Bank Compliance Info - ContextMedia Health LLC - Q1 2015.xlsx
Private Bank Q1 compliance info BS IS CF v43015jd.xlsx
Summary Note for Private Bank - Q1 2015 v2 JB 42915.docx
Summary Note for Private Bank - Q1 2015.docx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12 BP Working.xlsx
ContextMedia 2014 Projection Model 36mo Version -updated for Q1 budget 5-12.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 3 pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 340pm.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-15 4 pm (Autosaved).xlsx
ContextMedia Health LLC - Projection Model Working.xlsx
Private Bank Compliance for Context Media Health LLC - April 2015 Monthly.xlsx
AR report for 6-30-2015.xlsx
Calc for schedule B.xlsx
Exhibit B to Credit Agreement for CMH - June 30 2015.docx
Private Bank Compliance for Context Media Health LLC - June Monthly.xlsx
AR report as of 5-31-2015.xlsx
Calc for borrow certificate for May.xlsx
Exhibit B to Credit Agreement for CMH - May 2015.docx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly 6-10 10 pm.xlsx
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315 - TTM for May.xlsx
Private Bank Compliance for Context Media Health LLC - May 2015 Monthly.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
Exhibit B to Credit Agreement for CMH - Q1 2015.docx
Exhibit B to Credit Agreement for CMH - Q1 2015.pdf

Private Bank Compliance Info - ContextMedia Health LLC - Q2 2015.xlsx
Private Bank Compliance for Context Media Health LLC - August monthly.xlsx
Calc for schedule B -  July 2015.xlsx
Exhibit B to Credit Agreement for CMH - July 31 2015.docx
Private Bank Compliance for Context Media Health LLC - July monthly.xlsx
Calc for schedule B -  Sept 2015.xlsx
Exhibit B to Credit Agreement for CMH - Sept 30, 2015.docx
Private Bank Compliance for Context Media Health LLC - Sept monthly.xlsx
AR aging 12-31-2015.xlsx
Borrowing Base Certificate - Loan December 31, 2015 Year End.docx
Calc for schedule B -  Dec 2015.xlsx
Debt Covenant Calc final numbers.xlsx
Dec 2014 IS.xlsx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015 -  Final Audited numbers.docx
Exhibit B to Credit Agreement for CMH - Dec 31, 2015.docx
Private Bank Compliance for Context Media Health LLC - Dec monthly.xlsx
Private Bank Compliance for Context Media Health LLC - Nov monthly.xlsx
Nov  2014 BS from  NS.xlsx
Nov 2014 IS from  NS.xlsx
Private Bank Compliance for Context Media Health LLC - Oct monthly.xlsx
GL 11000_AR Detail ending 10-31-15.xls
Oct 2014 BS.xlsx
Oct 2014 YTD IS.xlsx
Support for TTM for 2014 info by cost center.xlsx
Funding Term Loan B.xlsx
Private Bank Financing - Sources and Uses.xlsx
private-context-loan and security agreement V6 (1).doc
private-context-loan and security agreement Vpdf (1).pdf
Closing Document List.pdf
Fee Letter.pdf
Limited Guaranty of Agarwal.pdf
Substitute Revolving Note.pdf
Term Loan D Note.pdf
Third Amendment.pdf
Third Reaffirmation of Limited Guaranty.pdf
Balance sheet summary Nov and potential impacts.xlsx
Summary Legal enty chart 2-6-2018.pdf
Executed documents 2-1-2018 for 2nd Lien.zip
NAI_1503385919_1_OH - Incumbency Certificate (Executed) (3).pdf
NAI_1503385924_1_OH - 2L Term Sheet (Final Form) (3).pdf
NAI_1503411299_1_OH - Intercreditor Agreement (Executed) (2).pdf
NAI_1503411300_1_OH - Second Lien Credit Agreement (Executed) (2).pdf
NAI_1503411302_1_OH - Second Lien Guarantee and Collateral Agreement (Ex....pdf
NAI_1503411306_1_OH - 2L Promissory Note (Shradha) (Executed) (2).pdf
NAI_1503411307_1_OH - Supplement to 1L Trademark Agreement (Executed) (3....pdf
NAI_1503411308_1_OH - 2L Patent Security Agreement (Executed) (3).pdf
NAI_1503411309_1_OH - 2L Promissory Note (NewOutcome, Inc.) (Executed) (....pdf
NAI_1503411310_1_OH - 2L Assignment and Assumption Agreement (Rishi) (Ex...pdf
NAI_1503411311_1_OH - 2L Promissory Note (Rishi) (Executed) (2).pdf
NAI_1503411312_1_OH - 2L Assignment and Assumption Agreement (Shradha) (....pdf
NAI_1503411314_1_OH - 2L Copyright Security Agreement (Executed) (3).pdf
NAI_1503411315_1_OH - 2L Trademark Security Agreement (Executed) (3).pdf
NAI_1503411316_1_OH - 2L Assignment and Assumption Agreement (NewOutcome....pdf
NAI_1503411318_1_OH - Waiver and First Amendment to Credit Agreement (Ex....pdf
Waiver - Schedule I.PDF
$159M incoming wire from Gravitas Holdings LLC.JPG
10 Davis Polk -  $145k - Transaction_Details_01_31_2018_18_07.pdf
1-1  Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
11 Wilmington Savings $25k - Transaction_Details_01_31_2018_18_17.pdf
1-2  Outcome LLC- $50MTransaction_Details_01_31_2018_18_00.pdf
12 Storock and Stroock -$69k - Transaction_Details_01_31_2018_18_08.pdf
13 Zolfo Cooper -  $175k - Transaction_Details_01_31_2018_18_09.pdf
14 Akin Gump -  $975k - Transaction_Details_01_31_2018_18_11.pdf
15 Choate Hall -  $90k - Transaction_Details_01_31_2018_18_11 (1).pdf
16 Silver Point $135k - Transaction_Details_01_31_2018_18_13.pdf
17 CSC - $168k Transaction_Details_01_31_2018_18_15.pdf
17-2 CSC wire for 2018 DE fees - Transaction_Details_02_01_2018_16_33.pdf

2 CMH LLC $59M - Transaction_Details_01_31_2018_18_03.pdf
3-1 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
3-2 CMH LLC - $50M - Transaction_Details_01_31_2018_18_02.pdf
4 Shradha Agarwal - 348k - Transaction_Details_01_31_2018_18_05.pdf
5 Rishi Shah $277k - Transaction_Details_01_31_2018_18_04.pdf
6 Gravitas Hardware - $193k - 2nd wire with new info.pdf
6 Gravitas Hardware - $193k Transaction_Details_01_31_2018_18_38.pdf
7-1 JPM $75M - Transaction_Details_01_31_2018_17_55 (2).pdf
7-2 JPM $2.25M - Transaction_Details_01_31_2018_17_55 (2).pdf
8 Rothschild $3.65M - Transaction_Details_01_31_2018_18_06.pdf
9 Potter Andersen - $202k Transaction_Details_01_31_2018_18_37.pdf
Outcome Health - Funds Flow Final Journal Entries.xlsx
Outcome Health - Funds Flow Final.xlsx
OUTCOME INC - DE - Annual Report for 2017 2-1-2018.pdf
OUTCOME INC - DE - Annual Report for 2018.pdf
Paydown notice from JPM on loan balances.JPG
Wires from Equity and Debt Settlement 1-31-2018.zip
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV18446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
Settlement Invoices 1-31-2017.zip
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Akin Gump - 2018-01-24 - Outcome Health - AGSHF Invoice No. 1754959 (Est. Through Jan. 29, 2018).pdf
CHOATE.INV18446.pdf
Davis Polk invoice - Outcome Health - January 25.pdf
PJW 1-30-18 Ltr and Final Invoice.pdf
Rothchild Invoice.pdf
SPC Inv. CONTEXTMEDIA_01252018.pdf
Stroock Invoice ContextMedia.pdf
WSFS Invoice dtd 1 26 18 - ContextMedia Health.pdf
Outcome - Global Settlement Agreement (Executed).pdf
Promissory Note Payable - James Demas April 27 2011.pdf
Promissory Note Payable - Shradha Agarwal April 27 2011.pdf
Book6 (version 1).xlsb
Cap Table 12-31-2015.xlsx
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - 2014 IL Annual Report.pdf
ContextMedia 2009 Equity Incentive Plan.pdf
ContextMedia Accrued Salaries and Wages - Equity Compensation - December 31 2014 (1).xlsx
ContextMedia Annual Report (2016).pdf
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Health Holdings LLC Legal Chart 12-2016.pdf
ContextMedia Ownership Ledger_August 2014.xlsx
ContextMedia Valuation Summary FINAL 6-2014.pdf
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
POST REDEMPTION CAP TABLE.xlsx
SCorp CAP TABLE - 11.2.15.xlsx
Services Agreement (ContextMedia).pdf
Board Consent (Incentive Plan Split Option Grants) October 2009.doc
Consent for Stock Split.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Cap Table And October 2009 Valuation.xls
ContextMedia Equity Incentive Plan.doc
Shareholder Consent Amend Articles and Equity Plan October 2009.doc
Unanimous written consent in lieu of special meeting of BOD Oct 2009.pdf
Written Consent In Lieu Of Special Shareholders Meeting - October 2009.pdf
AJE 11 Warrant Support.xlsx
Cap Table 12-31-2015.xlsx
LLC 2.17.16.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Stock Options Conversion to Equity Rights Agreement.docx
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf

2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
Share termination agreement Travis Kemp.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible Note Amendment - ContextMedia - 10.24.11 (1).pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media Inc - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc - Stock Option Cancellation Agreement(1) (1).docx
Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
2012.01.01 Notice re 2009 Equity Incentive Plan - Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan- Garms.pdf
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Restricted Stock Clarification - Dave.PDF
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
ContextMedia - Restricted Incentive Award Agreement - Final.doc
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
AJE 11 Warrant Support.xlsx
W-013_Sheehan_D (1).pdf
W-0808_Sergi (1).pdf
W-0808_Sergi (1).pdf.crdownload
Warrant Redemption FMV as of 12312015.xlsx
Warrant Redemption FMV.xlsx
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-12-01-10_Demas.pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
Stock Options Conversion to Equity Rights Agreement.docx
CM Black Scholes Options (3).xlsx
Headcount Turnover 2014-2015 .xlsx
Volatility Rate.xlsx
Warrant Redemption FMV.xlsx
CCo- Clear Channel Outdoor.txt
CCo- Clear Channel Outdoor.xlsx
Copy of Historical_Stock_Prices.xlsm
evdy- everyday health.txt
JCDXF - JCDecaux.txt
jcdxf.csv
JCDXF.xlsx
LAMR.txt
LAMR.xlsx

NCMI.txt
NCMI.xlsx
SAX ETF.xlsx
sax.csv
stoer dividend.pdf
Summary of volatility for 2015.xlsx
wbmd.csv
WBMD.xlsx
AJE 11 Warrant Support.xlsx
AJE 15 Warrant Support.xlsx
AJE 9 Options Support.xlsx
ContextMedia Capitalization Table 12312012 copy.xlsx
ContextMedia Capitalization Table 12312012.xlsx
ContextMedia Capitalization Table 12312013.xlsx
ContextMedia Capitalization Table 12-31-2015.xlsx
1.1 - 2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
1.2 - 2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
1.3 - 2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
1.4 - Warrant-004_Shah.pdf
1.5 - 2015.03.19 Restricted Stock Award Agrmt (1).pdf
1.6 Context Media - Equity Rights Grant Agreement (Shah).pdf
11.1 2012.01.01 Notice re 2009 Equity Plan- Garms.pdf
12.1 - Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
13.1 - CM Stock Option Silvia Velasquez.pdf
14.1 - Warrant-0701_Stewart.pdf
2.1 - 2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2.2 - 2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2.3 - 2015.03.19 Restricted Stock Award Agrmt.pdf
2.4.1 Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
2.4.2 - Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
3.1 - 2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
3.2.1 2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
3.2.2 - 2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
3.2.3 - 2014.10.07 Exercise Notice.pdf
3.3 - 2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
4.1 - W-013_Sheehan_D (1).pdf
4.3 Signed Documents - Sheehan.pdf
5.1.1 - 2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
5.1.2 - 2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
5.2 - Warrant-12-01-10_Demas.pdf
6.1 - Warrant-015_Howerton.pdf
7.1 - Warrant-008_Duddy_M.pdf
8.1 - Warrant-007_Duddy_S.pdf
9.1 - Stock Option - Robert Mons 1.1.13.pdf
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1) 2.pdf
ContextMedia - LLC agreement (Executed) 54.pdf
ContextMedia Capitalization Table Tie Out 06012017.xlsx
ContextMedia Capitalization Table Tie Out 06302017.xlsx
ContextMedia Capitalization Table Tie Out 09302017 updated.xlsx
ContextMedia Capitalization Table Tie Out 09302017.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2015.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2016.xlsx
ContextMedia Capitalization Table Tie Out 6-30-2016.xlsx
ContextMedia Health Holdings LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 1121017.xlsx
ContextMedia LLC Capitalization 6-30-2016.xlsx
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Delaware incorporation for ContextMedia Management LLC 1-23-2017.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Cohn_Conversion Paperwork.pdf
Jeff Coney Conversion Docs - October 2010 ($25K Note).pdf
Marty Cohn - Conversion Docs - February 11 2013 ($25K Note).pdf

Marty Cohn Convertible Promissory Note Conversion Calculation 013113.xlsx
Mike Marasco Conversion Docs - October 2010 ($25K Note).pdf
Rishi Shah- Conversion Docs - January 1 2011 ($50K Note).pdf
Robert Shaw - Conversion Docs - October 2010 ($100K Note).pdf
Robert Shaw - Conversion Docs - September 2011 ($250K Note).pdf
Stock Redemption and Promissory Note Myrna Duddy Augus 8 2011.pdf
Stock Redemption and Promissory Note Scot Duddy Augus 8 2011.pdf
William White Conversion Docs - May 2010 ($100K Note).pdf
ContextMedia 2013 Shareholder Distributions copy.xlsx
ContextMedia 2013 Shareholder Distributions.xlsx
ContextMedia Common Stock Ownership  Dividend Distributions 2013.xlsx
MC 2013 Distribution True-up.xlsx
Adjusted Distribution - Cohn.docx
Adjusted Distribution - Freedman.docx
Adjusted Distribution - Shaw.docx
Adjusted Distribution - White.docx
Dividend Cover Letter April 2014 - Bob Shaw.docx
Dividend Cover Letter April 2014 - Jeff Coney.docx
Dividend Cover Letter April 2014 - Marty Cohn.docx
Dividend Cover Letter April 2014 - Mike Marasco.docx
Dividend Cover Letter April 2014 - Paul Freedman.docx
Dividend Cover Letter April 2014 - Rishi Shah.docx
Dividend Cover Letter April 2014 - Shradha Agarwal.docx
Dividend Cover Letter April 2014 - William White.docx
Dividend Cover Letter September 2013 - Bob Shaw.docx
Dividend Cover Letter September 2013 - Jeff Coney.docx
Dividend Cover Letter September 2013 - Marty Cohn.docx
Dividend Cover Letter September 2013 - Mike Marasco.docx
Dividend Cover Letter September 2013 - Paul Freedman.docx
Dividend Cover Letter September 2013 - William White.docx
ContextMedia 2014 Shareholder Distributions #2.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 03302015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 04022015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions.xlsx
2014 Dividend Cover Letter_April 2014_Bob Shaw.docx
2014 Dividend Cover Letter_April 2014_Jeff Coney.docx
2014 Dividend Cover Letter_April 2014_Marty Cohn.docx
2014 Dividend Cover Letter_April 2014_Mike Marasco.docx
2014 Dividend Cover Letter_April 2014_Paul Freedman.docx
2014 Dividend Cover Letter_April 2014_Rishi Shah.docx
2014 Dividend Cover Letter_April 2014_Shradha Agarwal.docx
2014 Dividend Cover Letter_April 2014_William White.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
ContextMedia Board Consent Shareholder Distribution Q1 2014 (041114).docx
2014 Dividend Cover Letter_Dec_ 2014_Bob Shaw.docx
ContextMedia Board Consent Shareholder Distribution Q4 2014 (121514).docx
Shaw Distribution Letter Signed - Q4 2014.pdf
2014 Dividend Cover Letter_June 2014_Bob Shaw.docx
2014 Dividend Cover Letter_June 2014_Jeff Coney.docx
2014 Dividend Cover Letter_June 2014_Marty Cohn.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
2014 Dividend Cover Letter_June 2014_Paul Freedman.docx
2014 Dividend Cover Letter_June 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q2 2014 (061114).docx
2014 Dividend Cover Letter_Sept 2014_Bob Shaw.docx
2014 Dividend Cover Letter_Sept 2014_Jeff Coney.docx
2014 Dividend Cover Letter_Sept 2014_Marty Cohn.docx
2014 Dividend Cover Letter_Sept 2014_Mike Marasco.docx
2014 Dividend Cover Letter_Sept 2014_Paul Freedman.docx
2014 Dividend Cover Letter_Sept 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q3 2014 (091014).docx
Dividend Cover Letter_April 2015_Bob Shaw.docx
$100k redemption Agreement Bob Shaw 4-27-2016.pdf
Bob Shaw $100k buyback.xlsx
Demas Redemption Agreement - Signed  12.23.16 (3).pdf
Intercompany Agreement between CMI and CMH LLC 4-29-2016.pdf
Intercompany Note CMH to CMI- v01.pdf

Intercompany Note Outcome to CMH- v01.pdf
Payments to Dave.xlsx
Sheehan Distribution Agreement 5-31-2017.pdf
CM Black Scholes Options.xlsx
CM Journal Entries (1).xlsx
Brotman - Cancellation Agreement [Executed]_(48599770_5).pdf
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).PPTX
Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
Item 9 - Project C equity raise.zip
LLC Agreement - Outcome Holdings, LLC (Executed)_(45802478_2).PDF
LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc. - W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_1).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1) (2).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159772_32).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110051_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44) (1).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP_ (EXECUTED)_(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_ (EXECUTED)_(46747285_1).PDF

Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(4674728(

Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_

Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF

Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED) (46747289_1).PDF

Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED) (46747290_1).PDF

Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PC

Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P

Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED

Project C 3.0 _ Joinder to Purchase Agreement Prudence_ (EXECUTED)_(46747282_1).PDF

Project C 3.0 _ Joinder to Purchase Agreement Ulysses_ (EXECUTED)_(46747283_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF

Project C 3.0 _ Side Letter Emerson [Executed]_(46939102_2).PDF

Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF

Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF

Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF

Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF

Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF

Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(4693

Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF

Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF

Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF

Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF

Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF

Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF

Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF

Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF

Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF

Project C Ownership and Capitalization post-Round 3_(46780221_1).XLSX

Reporting chart for the investors.docx

Resolutions - Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF

Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45

Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PC

Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement (Executed)_(45729891_1).PDF

Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF

Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF

Resolutions - Outcome Inc. - BOD re issuance of shares (Round 3) (Executed)_(46741832_1).pdf

Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF

Resolutions - Outcome, Inc. - BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4

Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF

Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF

Resolutions - Outcome, Inc. - Stockholders re Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF

SS4 - Gravitas Holdings, LLC (FILED) 17 Feb 2017_(45671125_5).PDF

SS4 - Outcome Health Investors, LLC (4-25-2017 FILED)_(46292019_3).PDF

SS4 - Outcome Holdings, LLC (FILED) 17 Feb 2017_(45671090_5).PDF

SS4 - Outcome, Inc. (FILED) 17 Feb 2017_(45671005_3).PDF

SS4 - Outcome, LLC (FILED) 17 Feb 2017_(45671117_5).PDF

Stock Certificate - Outcome, Inc. SC-1 and SC-2_(45919758_2).PDF

Stock Certificate #SC-10 - Outcome, Inc. (4-28-2017 EXECUTED)_(46747185_1).PDF

Stock Certificates - Outcome Inc. SC-3 - SC-8_(46153808_2).PDF

Stock Certificates #SC-10 to #SC-24- Outcome, Inc. (4-28-2017 EXECUTED)_(46749107_2).PDF

Company Stockholder Counterpart.pdf

Joinder Signature Pages.pdf

Project C 2.0 _ A&R Registration Rights Agreement [Execued]_(45669223_16).PDF

Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF

Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF

Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF

Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF

Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings AR LLC Agreement Agreed form_(45159779_31).pdf
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Stockholders Agreement [Final].DOCX.pdf
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_10).DOCX
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_13).DOCX
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Disclosure Schedules - (Final)_(45442761_13).DOCX
Project C _ Form of Lockup [Final Form]_(45484894_9).DOCX
Project C _ Form of Lockup Agarwal [Execution]_(45484894_10).PDF
Project C _ Form of Lockup -Shah[Execution]_(45907241_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_24).DOCX
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25).PDF
Project C _ NewCo LLC Agreement $$ [EXECUTION]_(45159779_21).DOCX
Project C _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_6).PDF
Project C _ NonCompete NonSolicit (Shah) [Executed]_(45790521_9).PDF
Project C _ Outcome Holdings A&R LLC Agreement [EXECUTION]_(45159779_22).PDF
Project C _ Outcome, Inc A&R Charter [Executed]_(45160010_19).PDF
Project C _ Registration Rights Agreement (Executed)_(45669223_8).PDF
Project C _ Registration Rights Agreement (Execution)_(45669223_7).DOCX
Project C _ Side Letter between TopCo and Holdings [Executed]_(45791930_7).PDF
Project C _ Side Letter between TopCo and Holdings [Final Form]_(45791930_6).DOCX
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Side Letter to Stockholder Agreement (Final)_(45815899_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C _ Stockholders Agreement  [EXECUTION] [3_1]_(45484724_20).DOCX
Project C _ Stockholders Agreement [3_1]_(45484724_21).PDF
Project C _ TopCo Charter [Final]_(45160010_18).DOCX
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Project C - Andersen Memo Post-Transaction (3).docx
Step plan from Anderson for Project C.pdf
2015.12.31 - 35746 Equity Rights Units Award Agmt_Agarwal.pdf
Context Media - Equity Rights Grant Agreement - Sheehan.doc
Context Media - Equity Rights Grant Agreement (Agarwal) - Original.doc
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Original.doc
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media - Equity Rights Grant Agreement Shrada - Original.doc
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
Context Media Inc  - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc  - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc  - Stock Option Cancellation Agreement(1) (1).docx
Equity - Shortcut.lnk
Signed Board Approval - SA_RS.pdf
Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
Stock Options Conversion to Equity Rights Agreement.docx
0AC36200
ContextMedia Accrued Salaries and Wages - Equity Compensation 2014.xlsx
Equity Rollforward Support - Updated 051215 (5).xlsx
Equity Rollforward_2012.xlsx
Equity Rollforward_2013.xlsx
Equity Rollforward_2014.xlsx
Hardware LLC Agreement.pdf
Management LLC Agreement.pdf
5th ave deferred.xls

CMH Chart of accounts.xlsx
ContextMediaBalanceSheetDetail625.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-305.xls
Gravitas Assets not yet in service roll foward as of 6.30.16 (1).xlsx
Gravitas DE incorp info.pdf
Gravitas Hardware EIN.pdf
Gravitas Management EIN.pdf
Gravitas Srvcs Signature (1).pdf
ID Commerce Warehousing and PO process between CMH and Gravitas.docx
Intercompany Services Agreement - Gravitas Hardware.doc
Power of Attorney for Gravitas -  US Consolidator.pdf
reprogressongravitasbankaccounts.zip
SD-1709322-v6 ns context  management services agreement.docx
SKU LIST.xlsx
Summary of intercompany due from Gravitas 1-1-2016 to 6-30-2016.xls
Executed Dave Holdco Signature.pdf
Executed Rishi Holdco Signatures.pdf
Executed Shradha Holdco Signatures.pdf
ContextMedia - Contribution Agreement V5.DOC
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement V7.DOC
ContextMedia Health Holdings, LLC - Written Consent authorizing Organization Resolutions and Contribution Agreement V5.D
ContextMedia Health Holdings, LLC - Written consent of managers electing officers V1.DOC
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement V5.DOC
ContextMedia Health, LLC - Written Consent approving Contribution Agreement V4.DOC
ContextMedia Health, LLC - Written Consent approving Third A&R LLC Agreement V4.DOC
ContextMedia, Inc. - Written Consent approving Contribution Agreement V3.DOC
Signature Packet for Dave Sheehan.pdf
Signature Packet for Rishi Shah.pdf
Signature Packet for Shradha Agarwal.pdf
2013 IL Cumulative Report of Changes (BCA 14.30).pdf
ContextMedia - 2013 Illinois Report Calculations.xlsx
2014 Illinois Annual Report Payments.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf.crdownload
Active_62552280_1_ContextMedia, Inc. - 2014 IL Cumulative Report of Chan... EDITS.pdf
ContextMedia - 2014 Illinois Report Calculations.xlsx
Illinois Annual Report - Cumulative Changes.pdf
Illinois Annual Report - Cumulative Changes.pdf.crdownload
Illinois Annual Report 2014.pdf
Illinois Annual Report011 with EDITS.pdf
Returned Notice Letter (Missing Signature).pdf
2009.10.22 Notice re 2009 Equity Incentive Plan_Howerton.pdf
2010.09.10 Board Approval of Repurchase.pdf
2010.10.12 Redemption Agrmt.pdf
2010.10.27 Resignation.pdf
2011.04.27 - 100000 Promissory Note.pdf
2013.10.01 Storage Space Addendum Chicago.pdf
2013.10.01 Storage Space Addendum Chicago.pdf.crdownload
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
Redemption Calculation Tables for Shaw.pdf
Share termination agreement Travis Kemp.pdf
Sheehan agreement.PDF
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
2009.10.20 - Cert 009 - 4774950 Shares_Shah.pdf
2009.10.20 - Cert 015 - 162882 Shares_Shah.pdf
2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf.crdownload
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf.crdownload
2014.01.01 - Cert 033 - 35746 shares.pdf

2014.01.01 - Cert 033 - 35746 shares.pdf.crdownload
2014.01.01 - Cert 034 - 2895519 shares.pdf
2007.01.24 - Cert 004 - 16667 Shares_Duddy_S.pdf
2007.01.24 - Cert 005 - 13889 Shares_Duddy_M.pdf
2008.01.31 - Cert 007 - 35587 Shares_Freedman.pdf
2009.10.20 - Cert 011 - 150003 Shares_Duddy_S.pdf
2009.10.20 - Cert 012 - 125001 Shares_Duddy_M.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf.crdownload
2009.10.20 - Cert 019 - 4500000 Shares_Moeller.pdf
2010.04.30 - Cert 016 - 284104 Shares_White.pdf
2010.09.30 - Cert 017 - 116608 Shares_Coney.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf.crdownload
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf.crdownload
2014.01.01 - Cert 031 - 16722 Shares_Patel.pdf
2014.01.01 - Cert 032 - 6688 Shares_Schwartz.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
2015.03.19 Restricted Stock Award Agrmt_Agarwal.pdf
2015.03.19 Restricted Stock Award Agrmt_Shah.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan - Howerton.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf.crdownload
2012.01.01 Notice re 2009 Equity Incentive Plan -  Velazquez.pdf
2012.01.01 Notice re 2009 Equity Incentive Plan-  Garms.pdf
Stock Option - Robert Mons 1.1.13 (1).pdf
W-013_Sheehan_D.pdf
Warrants-0808_Sergi.pdf
W-013_Sheehan_D (1).pdf
W-0701_Stewart.pdf
W-0808_Sergi.pdf
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-008_Duddy_M.pdf.crdownload
Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-0701_Stewart.pdf.crdownload
Warrant-12-01-10_Demas.pdf
Warrant -016_Shaw.pdf
Warrant-017_Shaw.pdf
Warrant-1000_Sheehan_M.pdf
Warrant-1003_Sheehan_M.pdf
Warrant-12-01-10_Demas.pdf.crdownload
ScriptDash - Cap Table 2017-03-14 (Post Series B).xlsx
ScriptDash - Series B - Side Letter (ContextMedia Health LLC).pdf
ScriptDash - Series B Closing Binder.zip
Affiliate Loan Note - ContextMedia and Jumpstart.pdf
Assignment and Assumption of Promissory Note.pdf
B. Purdy Amended and Restated Revolving Line of Credit Note.pdf
J. Demas Amended and Restated Revolving Line of Credit Note.pdf
R. Shah Amended and Restated Revolving Line of Credit Note.pdf
S. Agarwal Amended and Restated Revolving Line of Credit Note.pdf
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Board Approval for Amended LLC Agreement - RS_SA.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
LLC 2.17.16.pdf
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf

3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
CM Stock Option Jeff Coney.pdf
CM Stock Option Matt Garms.pdf
CM Stock Option Ralph Rydholm.pdf
CM Stock Option Silvia Velasquez.pdf
CM Stock Option William White.pdf
Cohn_Warrant_5281.pdf
Coney_Warrant_3989.pdf
Consent for Stock Split.pdf
Derek Moeller Certificate.pdf
Derek Moeller Redemption Agreement FINAL EXECUTED October 12 2010.pdf
Duddy_Warrant_3989.pdf
Form Stock Option Agreemennt - 2009 Plan.pdf
Larry Grossman Redemption Agreement FINAL.pdf
Marasco_Warrant.pdf
Rishi Shah Certificate 2.pdf
Rishi Shah Certificates.pdf
Rishi Shah Common Stock Purchase.pdf
Shaw_Warrant_13812.pdf
Sheehan - Canceled Option.PDF
Sheehan_Warrant_13810 (August 2010).pdf
Sheehan_Warrant_13810 (Feb 2010).pdf
Sheehan_Warrant_13810 (May 2010).pdf
Sheehan_Warrant_4425.pdf
Stock Option - Robert Mons 1.1.13.pdf
Subscription Agreement - Larry Grossman.pdf
Subscription Agreement - Paul Freedman.pdf
Subscription Agreement - Shradha Agarwal.pdf
White_Warrant_11047.pdf
Black Scholes Phantom stock.xlsx
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Funding Summary Reconciliation - Credit Line and Operating Account Reimbursement October 8 2014.xlsx
ContextMedia Redemptions Reconciliation 2.26.15.xlsx
INVESTOR REDEMPTION SUMMARY - OCTOBER 2014.xlsx
2014 warrants redemption & S.O. JE support.xlsx
CM Stock Option William White.pdf
Context Media - Redemption Agreement White 081414.doc
Context Media - Redemption Agreement White 092514_Signed.pdf
ContextMedia - Redemption Calculation - William White.pdf
Convertible Note - Bill White October 11 2010.pdf
White_Warrant_11047.pdf
William White Common Stock Cert 016.pdf
William White common stock warrant (advisory board).pdf
Bob Shaw Buyback Calculations.xlsx
Bob Shaw Pro Forma Buyback Calculations 093014.pdf
Bob Shaw Redemption JEs.xlsx
Context Media -  Option and Warrants Exercise Notices Shaw 100714_Signed.pdf
Context Media - Redemption Agreement Shaw 100714_Signed.pdf
Pro Forma - LLC Ownership.xlsx
Pro Forma - Shaw LLC Ownership.pdf
Shaw 4272016 redemption.xlsx
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible  Note Amendment - ContextMedia - 10.24.11 (1).pdf
CM Stock Option Jeff Coney.pdf
Coney common stock warrant (advisory board).pdf
Coney_Warrant_3989.pdf
Context Media - Redemption Agreement Coney 081414 (Kristy Peters's conflicted copy 2015-02-24).doc
Context Media - Redemption Agreement Coney 081414.doc
Context Media - Redemption Agreement Coney 092514_Signed.pdf
ContextMedia - Redemption Calculation - Bob Shaw.pdf

ContextMedia - Redemption Calculation - Jeff Coney.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Jeff Coney Common Stock Cert 017.pdf
Demas Redemption Agreement - Signed  12.23.16 (1).pdf
Cohn_Warrant_5281.pdf
Context Media - Redemption Agreement (M Cohn)_Signed_092414.pdf
Context Media - Redemption Agreement Martin Cohn 081714.doc
ContextMedia - Redemption Calculation - Marty Cohn.pdf
Marty Cohn - Common Stock Cert 024.pdf
Marty Cohn Pro Forma Buyback Calculations 080114.pdf
Context Media - Draft Stock Redemption Agreement (M Marasco).doc
Context Media - Redemption Agreement (M Marasco)_Signed_100214.pdf
Context Media - Redemption Agreement (Shaw)_Signed_100714.pdf
ContextMedia - Redemption Calculation - Mike Marasco.pdf
ContextMedia - Redemption Calculation - Mike Sheehan.pdf
Lost Stock Cert Affidavit - Michael Marasco.pdf
Mike Marasco Buyback Calculations.xlsx
Context Media - Draft Redemption Agreement (Sheehan) v1 082714.doc
ContextMedia_Redemption Agreement (Sheehan)_Signed 091614.pdf
Context Media - Redemption Agreement Freedman_Signed_093014.pdf
Context Media - Redemption Agreement Paul Freedman  091214.doc
ContextMedia - Redemption Calculation - Paul Freedman.pdf
freedmanincomingwireinstructions.pdf
Lost Stock Cert Affidavit - Paul Freedman.pdf
Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
Paul Freedman Consulting Agreement 10 1 2014.pdf
Paul Freedman Pro Forma Buyback Calculations 080114.pdf
Paul Freedman Reemption Agreement 093014.pdf
Ralph Rydholm Redemption Cover Letter.pdf
Rydholm Estate IRS Tax ID.pdf
Rydholm Redemption Agreement 10.27.14.pdf
Rydholm_Note Redemption_November 2014.xlsx
10.4.2017 Check Image.pdf
Check# 1196 Paperwork.pdf
J.Coney 9.29.14.pdf
M. Marasco 10.3.14.pdf
M. Marasco 10.3.14.xls
M. Marasco 10.6.14.pdf
M. Marasco 10.6.14.xls
P. Freedman 9.30.14.pdf
P. Freedman 9.30.14.xls
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
2015.02.20 - All Shareholders - Consent Solicitation and Notice _102571_1.pdf
2015.03.08 Written Consent of Shareholders.pdf
2015.09.23 - Demas - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Kemp - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Purdy - Letter enclosing Waiver of Notice.pdf
2015.09.25 Shareholders Waiver of Notice.pdf
Bob Shaw Consent.pdf
Demas Consent.pdf
Purdy Consent.pdf
Purdy Waiver.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Calc for Restrcited Shares.xlsx
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Stock Clarification - Dave.PDF
Restricted Stock Clarification - RS_SA.pdf
RSA RS_SA Board Consent - Executed.pdf
CMH Topco v02.docx
Equity Purchase Agreement (3).docx

Project C - Step-by-Step.pptx
Project C _ NewCo LLC Agreement [Draft]_(45159779_5).docx
Project C _ NewCo LLC Agreement Draft_v02.docx
Project C _ TopCo Charter$$_(45160010_3).docx
How To.docx
NS Subsidiary Heirarchy.xlsx
ContextMedia Inc 2009 Financial Statements.xls
CM Trial Balance 2010.xlsx
ContextMedia Financial Reporting Package 04 2010 Table of Contents.docx
ContextMedia Financial Reporting Package April 2010 - AB.PDF
ContextMedia Financial Reporting Package April 2010 - BOD.PDF
ContextMedia Financial Statement Commentary April 2010.docx
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
Key performance Indicators April 2010.xls
ContextMedia Financial Reporting Package 08 2010 Table of Contents.doc
ContextMedia Financial Reporting Package August 2010 - BOD.pdf
ContextMedia Financial Statement Commentary August 2010.doc
ContextMedia Inc Financial Statements August_2010.xls
Key performance Indicators August 2010.xls
Key performance Indicators September 2010.xls
ContextMedia 2010 Financial Statements.pdf
ContextMedia Financial Statements - December 2010.pdf
ContextMedia Financial Statements AB - December 2010.pdf
ContextMedia Inc 2009 Financial Statements.xls
ContextMedia Inc 2010 Financial Statements Without FAS 123.xls
ContextMedia Inc 2010 Quarterly Financial Statements.xls
ContextMedia Inc 2010 Summary Financial Statements.xls
ContextMedia Inc Financial Statements December 2010 FINAL.xls
ContextMedia Inc Financial Statements December 2010.xls
ContextMedia Financial Reporting Package July 2010 - BOD.pdf
ContextMedia Financial Statement Commentary July 2010.doc
ContextMedia Inc Financial Statements July 2010.xls
Key performance Indicators July 2010.xls
ContextMedia Accounts Payable Aging June 30 2010.xls
ContextMedia Accounts Receivable Aging June 30 2010.xls
ContextMedia Financial Reporting Package 06 2010 Table of Contents.doc
ContextMedia Financial Reporting Package June 2010 - BOD.pdf
ContextMedia Financial Statement Commentary June 2010.doc
ContextMedia Inc Financial Statements June 2010.xls
Key performance Indicators June 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
ContextMedia Reporting Pkg - March 2010 - BOD.pdf
ContextMedia Financial Reporting Package 05 2010 Table of Contents.doc
ContextMedia Financial Statement Commentary May 2010.doc
ContextMedia Inc Financial Statements May 2010.xls
Key performance Indicators May 2010.xls
ContextMedia Financial Reporting Package 11 2010 Table of Contents.doc
ContextMedia Inc Financial Statements November 2010.xls
ContextMedia KPIs November 2010.xls
ContextMedia Reporting Pkg - November 2010 - AB.pdf
ContextMedia Reporting Pkg - November 2010 - BOD.pdf
ContextMedia 10 31 2010 Financial Statements.pdf
ContextMedia Financial Reporting Package October 2010 - BOD.pdf
ContextMedia Inc Financial Statements October 2010.xls
ContextMedia KPIs October 2010.xls
ContextMedia Financial Reporting Package 09 2010 Table of Contents.doc
ContextMedia Financial Reporting Package September 2010 - AB.pdf
ContextMedia Financial Statement Commentary September 2010.doc
ContextMedia Financial Statements September 2010.pdf
ContextMedia Inc Financial Statements September 2010.xls
ContextMedia Reporting Pkg - September 2010 - BOD.pdf
CM Trial Balance 2011.xlsx
ContextMedia April 2011 Financial Statements.xls
ContextMedia Financial Statements - April 2011 - AB.pdf
ContextMedia Financial Statements - April 2011.pdf
ContextMedia KPI Comparison April 2011.docx

ContextMedia KPIs April 2011.xls
KPI - April 2011 Service Call Price Breakdown.xls
ContextMedia August 2011 Financial Statements.xls
ContextMedia Financial Reporting Package August 2011 - BOD.pdf
ContextMedia KPIs August 2011.xls
Book2.pdf
ContextMedia 2011 Financial Statements.pdf
ContextMedia December 2011 Financial Statements.xls
ContextMedia Financial Reporting Package December 2011 - BOD.pdf
ContextMedia KPIs December 2011.xls
ContextMedia February 2011 Financial Statements.xls
ContextMedia Financial Statements - February 2011.pdf
ContextMedia Financial Statements AB - February 2011.pdf
ContextMedia KPI Comparison February 2011.doc
ContextMedia KPIs February 2011.xls
ContextMedia Financial Statements - January 2011.pdf
ContextMedia Financial Statements AB - January 2011.pdf
ContextMedia January 2011 Financial Statements FINAL.xls
ContextMedia KPI Comparison January 2011.docx
ContextMedia KPIs January 2011.pdf
ContextMedia KPIs January 2011.xls
Jan 2011 Summary Statement of Operations Corrected.pdf
ContextMedia Financial Reporting Package July 2011 - AB.pdf
ContextMedia Financial Reporting Package July 2011 - BOD.pdf
ContextMedia July2011 Financial Statements.xls
ContextMedia KPIs July 2011.xls
ContextMedia Financial Reporting Package June 2011 - AB.pdf
ContextMedia Financial Reporting Package June 2011 - BOD.pdf
ContextMedia Inc June 30 2011 Summary Financial Statements.xls
ContextMedia June 2011 Financial Statements MK 2.xls
ContextMedia June 2011 Financial Statements.xls
ContextMedia June 2011 Quarterly Financial Statements MK 2.xls
ContextMedia KPIs June 2011.xls
ContextMedia May 2011 Financial Statements MK 2.xls
ContextMedia Financial Statements - March 2011 AB.pdf
ContextMedia Financial Statements - March 2011.pdf
ContextMedia KPI Comparison March 2011.docx
ContextMedia KPIs March 2011.xls
ContextMedia March 2011 Financial Statements.xls
ContextMedia Financial Reporting Package May 2010 - BOD.pdf
ContextMedia Financial Reporting Package May 2011 - BOD.pdf
ContextMedia KPI Comparison May 2011.docx
ContextMedia KPIs May 2011.xls
ContextMedia May 2011 Financial Statements.xls
KPI - May 2011 Service Call Price Breakdown.xlsx
ContextMedia Financial Reporting Package November 2011 - AB.pdf
ContextMedia Financial Reporting Package November 2011 - BOD.pdf
ContextMedia Financial Statements November 2011.pdf
ContextMedia KPIs November 2011.xls
ContextMedia November 2011 Financial Statements.xls
ContextMedia Financial Reporting Package October 2011 - BOD.pdf
ContextMedia October 2011 Financial Statements.xls
ContextMedia Financial Reporting Package September 2011 - BOD.pdf
ContextMedia KPIs September 2011.xls
ContextMedia September 2011 Financial Statements.xls
CM Trial Balance 2012.xlsx
ContextMedia Financial Statements April 2012.pdf
ContextMedia Financial Statements April 2012.xlsx
ContextMedia Quickbooks Financial Statements April 2012.xlsx
ContextMedia Financial Statements August 2012 Draft v1 09042012.xlsx
ContextMedia Financial Statements August 2012 Draft vFinal 1 (1).xlsx
ContextMedia Financial Statements August 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Final INVESTOR ONLY.xlsx
ContextMedia Financial Statements December 2012 Final Revised (Post Close Adjustments).xlsx
ContextMedia Financial Statements December 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Revised (Pre Audit Adjustments)_11.18.2013.xlsx
ContextMedia Financial Statements December 31 2012 (Post Close Adjs).pdf

ContextMedia Financial Statements December 31 2012 and 2011.pdf
ContextMedia Financial Statements December 31 2012.pdf
AP Aging February 29 2012.xlsx
AR Aging February 29 2012.xlsx
ContextMedia Financial Statements February 2012 - Tracked Changes.xlsx
ContextMedia Financial Statements February 2012.pdf
ContextMedia Financial Statements February 2012.xlsx
ContextMedia KPIs February 2012.xlsx
February 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements January 2012.pdf
ContextMedia Financial Statements January 2012.xlsx
ContextMedia KPIs January 2012.xlsx
January 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements July 2012.pdf
ContextMedia Financial Statements July 2012.xlsx
Quickbooks Financial Statements July 2012.xlsx
ContextMedia Financial Statements June 2012.xlsx
ContextMedia Financial Statements June 30 2012.pdf
ContextMedia Summary Financial Statements June 30 2012.pdf
ContextMedia Financial Statements March 2012 Cap Ex Projections.xlsx
ContextMedia Financial Statements March 2012.pdf
ContextMedia Financial Statements March 2012.xlsx
March P&L worksheet(2).xlsx
March P&L worksheet.xlsx
ContextMedia Financial Statements May 2012 Final.xlsx
ContextMedia Quickbooks Financial Statements May 2012.xlsx
2013 Salary Projections.xlsx
ContextMedia Financial Statements November 2012 - Investor.xlsx
ContextMedia Financial Statements November 2012 and 2011.pdf
ContextMedia Financial Statements November 2012 Final.xlsx
ContextMedia Financial Statements November 2012.pdf
ContextMedia Financial Statements November 2012.xlsx
Quickbooks Financial Statements November 30 2012.xls
ContextMedia Financial Statements October 2012.pdf
ContextMedia Financial Statements October 2012.xlsx
QuickBooks Financial Statements October 2012.xlsx
ContextMedia Financial Statements September 2012  Investors.xlsx
ContextMedia Financial Statements September 2012 (1).pdf
ContextMedia Financial Statements September 2012.xlsx
ContextMedia Financial Statements September 30 2012.pdf
ContextMedia Financial Statements April 2013.pdf
ContextMedia Financial Statements April 2013.xlsx
ContextMedia Financial Statements April 30 2013.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.xlsx
ContextMedia Financial Statements August 2013.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December Final_4.8.14.xlsx
ContextMedia Financial Statements December Final_Pre-Close Adj_01.13.14.xlsx
ContextMedia Financial Statements December_Summaries.pdf
Summary BS & IS_Signature Bank_2.24.14.xlsx
ContextMedia Financial Statements February 2013 FINAL.xlsx
ContextMedia Financial Statements February 2013.xlsx
ContextMedia Financial Statements January 2013 (1).pdf
ContextMedia Financial Statements January 2013 v1.xlsx
ContextMedia Financial Statements July 2013 Draft.xlsx
ContextMedia Financial Statements July 2013 Final.pdf
ContextMedia Financial Statements July 2013 Final.xlsx
ContextMedia Financial Statements June 2013 Final.xlsx
ContextMedia Financial Statements June 2013.pdf
ContextMedia Financial Statements March 2013 Final.pdf
ContextMedia Financial Statements March 2013 Final.xlsx
ContextMedia Financial Statements March 31 2013.pdf
Q1 2013 Analysis - Budget v Actual.xlsx
Accounts Payable May 31 2013.xlsx
Accounts Receivable Aging May 31 2013.xls
Accounts Receivable Aging May 31 2013.xlsx

ContextMedia Financial Statements May 2013 FINAL.xlsx
ContextMedia Financial Statements May 2013.pdf
ContextMedia Financial Statements May 2013.xlsx
P&L Monthly Detail May 31 2013.xls
ContextMedia Financial Statements November Final_12.16.13.pdf
ContextMedia Financial Statements November Final_12.16.13.xlsx
ContextMedia Financial Statements October Final_11.17.2013.pdf
ContextMedia Financial Statements October Final_11.17.2013.xlsx
ContextMedia Financial Statements September Final_11.7.2013.pdf
ContextMedia Financial Statements September Final_11.7.2013.xlsx
ContextMedia Financial Statements September_Pre Audit Adj_11.19.2013.xlsx
ContextMedia_April 2014.xlsx
ContextMedia_April 2014_Final.pdf
ContextMedia_Summaries April 2014.pdf
ContextMedia_August 2014.pdf
ContextMedia_August 2014.xlsx
ContextMedia_August 2014_Summaries.pdf
ContextMedia 14 np FINAL 5-22-15.pdf
ContextMedia 2014 Actuals and Projection Model 042315.xlsx
ContextMedia_December 2014 v2_02012015.xlsx
ContextMedia_December 2014 v3_02092015.xlsx
ContextMedia_December 2014 v4_02182015.xlsx
ContextMedia_December 2014 v5_02212015.xlsx
ContextMedia_December 2014.xlsx
ContextMedia_February 2014 Summaries.pdf
ContextMedia_February 2014.pdf
ContextMedia_February 2014.xlsx
ContextMedia_January 2014.xlsx
ContextMedia_July 2014 Final.pdf
ContextMedia_July 2014 Final_Summaries.pdf
ContextMedia_July 2014.xlsx
ContextMedia_June 2014.xlsx
ContextMedia_June 2014_Final.pdf
ContextMedia_Summaries June 2014.pdf
ContextMedia_March 2014_Final.pdf
ContextMedia_March 2014_Final.xlsx
ContextMedia_March 2014_Summaries.pdf
ContextMedia_May 2014 Final.pdf
ContextMedia_May 2014 Final.xlsx
ContextMedia_Summaries May 2014.pdf
ContextMedia_November 2014.pdf
ContextMedia_November 2014.xlsx
ContextMedia_November 2014_Summaries.pdf
ContextMedia_October 2014 Summaries.pdf
ContextMedia_October 2014.pdf
ContextMedia_October 2014.xlsx
B312F100
ContextMedia_September 2014 Summaries.pdf
ContextMedia_September 2014.pdf
ContextMedia_September 2014.xlsx
ContextMedia_January 2015_Financial Statements Draft v1.xlsx
ContextMedia_February 2015_Financial Statements Draft v1.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Balance sheet 3-19 from QB v06252015.xlsx
IS for 3-19-15 from QB v06252015.xlsx
Items to complete open bs and IS.xlsx
3-31-2015 full month IS.xlsx
Balance sheet 3-19 from QB v06012015.xlsx
Balance sheet 3-19 from QB v06042015.xlsx
Balance sheet 3-19 from QB.xlsx
IS for 3-19-15 from QB v06012015.xlsx
IS for 3-19-15 from QB.xlsx
Opening balance sheet for LLC 3-20-2014 v06042015.xlsx
Opening balance sheet for LLC 3-20-2014.xlsx
April Cash flow template 5-11 7 pm.xlsx
ContextMedia_April 2015_Financial Statements Final 4-11 9 pm.xlsx
Entry to Equity correct GL to financial statements.xlsx

April Cash flow template (Recovered).xlsx
April Cash flow template.xlsx
ContextMedia_April 2015_Financial Statements Draft v1 8 am 5-9-14.xlsx
ContextMedia_April 2015_Financial Statements Draft v1.xlsx
ContextMedia_April 2015_Financial Statements Draft v2 8 am 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v3  7 pm 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v4  8 pm 5-11.xlsx
ContextMedia_May 2015_Financial Statements 6-10 10 am.xlsx
May Cash flow template 6-10 10 am.xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (5).xlsx
JB version ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia_May 2015_Financial Statements 6-10 6 am.xlsx
ContextMedia_May 2015_Financial Statements 6-3 5 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 2 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 9 am.xlsx
ContextMedia_May 2015_Financial Statements.xlsx
May Cash flow template 2pm 6-9.xlsx
May Cash flow template 6-10 6 am.xlsx
May Cash flow template.xlsx
2014 reclass of cf for shareholders.xlsx
ContextMedia_June 2015_Financial Statements  Final.xlsx
June Cash flow template.xlsx
Reclass of due to related party operating to investing.xlsx
ContextMedia_June 2015_Financial Statements 6-1 2 pm.xlsx
ContextMedia_June 2015_Financial Statements.xlsx
ContextMedia_July 2015_Financial Statements.xlsx
July Cash flow template.xlsx
August Cash flow template.xlsx
ContextMedia_August 2015_Financial Statements.xlsx
ContextMedia_September 2015_Financial Statements.xlsx
September Cash flow template.xlsx
ContextMedia_October 2015_Financial Statements.xlsx
October Cash flow template.xlsx
ContextMedia_November 2015_Financial Statements.xlsx
November Cash flow template.xlsx
ContextMedia 2015 FS Walkacross v 3212016.xlsx
ContextMedia_December 2015_Financial Statements -  Final audit topsides included.xlsx
December Cash flow template  - Final Audit 2015 adjustments included.xlsx
December Cash flow template  -v  Final Audit 2015 adjustments included.xlsx
Final Push Down JEs - 2015 Audit.xlsx
Context Media Health LLC - Dec monthly.xlsx
ContextMedia_December 2015_Financial Statements- Prelim for BP 1-13-2016 8 pm.xlsx
JE template for topsides 2-24-2015.xls
ContextMedia_December 2015_Financial Statements.xlsx
December Cash flow template.xlsx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template -  Topside adjustment 2-24-2016.xlsx
JE 800 CMH topsides 2-24-2016.xlsx
topside template for FY 2015 - 2-15-2016.xlsx
JE Topside Revenue Deferral and Recognition 2015.csv
JE Topside Revenue Deferral and Recognition 2015.xls
JE Topside Revenue Recognition January 2016.csv
JE Topside Revenue Recognition January 2016.xls
2015 TV vs Tablet revenue-  Updated 8-3.xlsx
2015 TV vs Tablet revenue.xlsx
CMH 2014 and April 2015 financials statement for Nextlink.pdf
CMH 2014 and April 2015 financials statement for Nextlink.xlsx
153016821-attachments-mcguire woods 91750924.pdf
Other item.xlsx
2014 sales.xlsx
Contract & ROI revenue review_2015 .xls
ContextMedia_Mar 2016_Financial Statements.xlsx
2016 - Shortcut (2).lnk
2016 - Shortcut.lnk
ContextMedia_Jan 2016_Financial Statements -  2-23-16 topsides included.xlsx
ContextMedia_January 2016_Financial Statements.xlsx

December Cash flow template.xlsx
Janaury Cash flow template -  FY 2015 topsides included.xlsx
ContextMedia_Jan 2016_Financial Statements -  Final audit topsides included.xlsx
Jan 2016 Cash flow template  - Final Audit 2015 adjustments included.xlsx
ContextMedia_Jan 2016_Financial Statements - Gravitas reclass.xlsx
Jan 2016 Cash flow template  - Gravitas reclass.xlsx
May 2016 summary.xlsx
ContextMedia_Feb 2016_Financial Statements -  Final audit topsides included.xlsx
Feb 2016 Cash flow template  - Final Audit 2015 adjustments included.xlsx
Headcount summary as of 2-29-2016.xlsx
ContextMedia_Feb 2016_Financial Statements - Gravitas reclass.xlsx
Feb 2016 Cash flow template  - Gravitas adj.xlsx
ContextMedia_Mar 2016_Financial Statements.xlsx
Mar 2016 Cash flow template.xlsx
ContextMedia_March 2016_Financial Statements - Gravitas reclass.xlsx
Mar 2016 Cash flow template.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_Apr 2016_Financial Statements.xlsx
FCF Model.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_April 2016_Financial Statements - Gravitas reclass.xlsx
ContextMedia_May 2016_Financial Statements.xlsx
May 2016 Cash flow template.xlsx
ContextMedia_May 2016_Financial Statements - Gravitas reclass.xlsx
May 2016 Cash flow template.xlsx
ContextMedia_June 2016_Financial Statements.xlsx
June 2016 Cash flow template.xlsx
ContextMedia_July 2016_Financial Statements.xlsx
July 2016 Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
August 2016 Cash flow template.xlsx
ContextMedia_Aug 2016_Financial Statements.xlsx
ContextMedia_Sept 2016_Financial Statements.xlsx
Gain loss on disposals.xlsx
Sept 2016 Cash flow template.xlsx
ContextMedia_Oct 2016_Financial Statements.xlsx
Oct 2016 Cash flow template.xlsx
Oct Asset write off.xlsx
ContextMedia_Nov_2016_Financial Statements.xlsx
Nov 2016 Cash flow template.xlsx
Nov asset write off -  11-29.xlsx
Nov asset write off -  12-7.xlsx
1.1.16-6.30.16 Legal Bills - Bp Edit first half.xlsx
ContextMedia_Dec_2016_Financial Statements - final.xlsx
ContextMedia_Dec_2016_Financial Statements.xlsx
Dec 2016 Cash flow template AH OB -  Final.xlsx
Dec 2016 Cash flow template AH OB.xlsx
Dec 2016 Cash flow template.xlsx
FA write off 1-18-2017.xlsx
FA write off 1-24-2017.xlsx
FA write off.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit (1).xlsx
1000 Cash GL Detail DEC 2016.xlsx
1100 AR GL Detail DEC 2016.xlsx
12-31-16 Trial Balance as of 1-23-17.xlsx
2000 AP  GL Detail DEC 2016.xlsx
AH Opening Balance Upload.xlsx
AH Opening BS 2.csv
AH Opening BS.csv
AH Opening BS.xlsx
AH P and L DEC and YTD and YE BS v2.xlsx
AH P and L DEC and YTD and YE BS v3.xlsx
CMH  AH cost center mapping.xlsx
December 2016 Allocation Review.xlsx
Journal entries 12 -23 thru 31.xlsx
TB 11-30-16.xlsx
AH Open BS V2.xlsx

AH Open BS V3.xlsx
JE Upload Template - Opening BS.xlsx
JE Upload Template - Stub.xlsx
Load Calc.xlsx
OpenBS.csv
Stub.csv
Accent Health Trial Balance Load.csv
ContextMedia_Jan_2017_Financial Statements.xlsx
Jan 2017 Cash flow template.xlsx
Accent Helath - January.xlsx
2017 - Shortcut.lnk
Accent Health 2017.02.xlsx
AH_Feb_Upload.csv
Capitalized Shipping Analysis.xlsx
Field Service - Quarterly Analysis.xlsx
Printing Expense Breakout.xlsx
Accent Health 2017.03.xlsx
AH_Mar_Upload.csv
AH_Mar_Upload2.csv
Integration Expense Reclass Entries.xlsx
Integration Expense Reclass Upload.csv
Integration Expense Summary.xlsx
Accent Health 2017.04.xlsx
AH_Apr_Upload.csv
ahapril2017financialreportingschedules.zip
Blackline Review Comments 2017.04.xlsx
April 2017  LLC Cash flow template.xlsx
Context Media Health LLC - April 2017 monthly- LLC.xlsx
Loss on disposal of assets.xlsx
04'17 BS_PL_TB.xlsx
04'17 Pand L By Month.xlsx
04'17 Programmatic BU  P and  L by Month 2016 2017.xlsx
2017  APR YTD Revenue by Client Brand F.xlsx
AH 0417 Financials.xlsx
Accent Health 2017.05.xlsx
AH May Upload.csv
AR Aging 2017.05.xlsx
May P&L review - OH.xlsx
MoM Revenue 2017.05.xlsx
Revenue Reconciliation - OH and AH.xlsx
Context Media Health LLC - May 2017 monthly- LLC.xlsx
JE_53288.xlsx
May 2017  LLC Cash flow template.xlsx
May 2017 Gain and loss.xlsx
2017 June YTD Revenue by Client Brand - AH.xlsx
AH & OH Q1-Q2 Change in Revenue.xlsx
AH AR Backfill Reversal.csv
AH AR Backfill Reversal.xlsx
AH Trial Balances YTD.xlsx
June Accrual reversal.xlsx
June AH Rec (Autosaved).xlsx
June AH Rec.xlsx
JuneAccrualReversal.csv
May-June MoM Change in Revenue.xlsx
Revese Import of JEs.xlsx
Unknown - Prior Status.xlsx
YTD ROI Review.xlsx
YTD ROI Review-TW.xlsx
Gravitas Holding Investments Detail.xlsx
June 2017  LLC Cash flow template.xlsx
June Gain loss on assets 7-18-2017.xlsx
June Gain loss on assets.xlsx
Outcome Inc - June 2017 monthly.xlsx
2017 MoM Review.xlsx
AH Assets at 6.30 Per AMS.xlsx
AH Bill Jan - Jul Summary.xlsx
AH Printing Review.xlsx

Import.csv
Import.xlsx
June - July MoM AH_OH Revenue.xlsx
Page Science YTD 2018.07.xlsx
Reallingment of entity strcuture to support Outcome LLC and Outcome Inc Audits.docx
Subsidary Update and IC Entry Cleanup.xlsx
Summary of Transactions Posted on 2017.08.01.pdf
Transactions 1.1.17 - 7.31.17.CSV
Transactions 1.1.17 - 7.31.17.xlsx
Transactions ALL.CSV
Gain loss July 8-17-2017.xlsx
July 2017  LLC Cash flow template.xlsx
July gain loss.xlsx
Outcome Inc - July 2017 monthly.xlsx
Network Install and Maintenance Cost 2017.08.xlsx
August 2017  LLC Cash flow template.xlsx
Gain loss on Augst disposals.xlsx
Outcome Inc - Aug 2017 monthly.xlsx
Capitalized Software - YTD Adjustment.xlsx
Gain loss in Sept on fixed assets.xlsx
GL 11060 Allowance for Doubtful Accounts - 09.30.2017.xlsx
Outcome Inc - Sept 2017 monthly.xlsx
Sept 2017  LLC Cash flow template.xlsx
YTD CapSof Audit 2017.09.xlsx
AMS to 3PL Reconciliation.xlsx
Assets Not In Service - September Analysis for October Recon.xlsx
Oct 2017  LLC Cash flow template.xlsx
Outcome Inc - Oct 2017 monthly.xlsx
2017 315 Analysis.xlsx
Gain loss disposal October 2017.xlsx
ISP Payment Breakout 2017.10.xlsx
Req pend approve, PO pend approve, Oct NS Bills.xlsx
Unknown Summary 2017.10.xlsx
Nov 2017  Inc Cash flow template.xlsx
Outcome Inc - Nov 2017 monthly.xlsx
10-31-2015 Financials for CMH.xlsx
11-30-2015 Financials for CMH.xlsx
12-31-2015 Financials for CMH.xlsx
2013 to 2016 Income Statements ContextMedia dba Outcome Health.pdf
2014 and 2013 CMH Inc Audit Report.docx
2014 and 2013 CMH Inc Audit Report.pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2014 and 2013 ContextMedia Inc Financials.pdf.crdownload
2014 management letter from Miller Cooper.pdf
2015 and 2014 Financials Statements.pdf
6-30-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf.crdownload
8-31-2015 Interim Financial Statement for ContextMedia Health LLC.pdf
CM Reorganization Letter.pdf
ContextMedia 13 Audit Report Final.pdf
ContextMedia 13 Audit Report Final.pdf.crdownload
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
ContextMedia 2015 Financials.pdf
Netsuite to Audited financials for 2014 and 2015 (2).xlsx
Oct 2016 CMH LLC Financials.pdf
Oct 2016 CMH LLC Financials.xlsx
2016-03-17, returned asset audit.xlsx
Legal Rep letter to 2015 for D&T- Final.pdf
Legal Rep letter to 2015 for D&T.pdf
Representation letter 2015 to D&T -  Final.pdf
Representation letter 2015 to D&T.pdf
2015 vs 2014 BS.xlsx
2016-02-05 Sidley Ltr to Deloitte re Context Media Inc (1).pdf
2016-02-09 Email to Deloitte Correcting Earlier Letter.pdf
CMH Inc Draft FS (2).doc

D&T Planning and Scope Letter to BOD 3-10-2016.pdf
D&T Results of Audit including control related maters 3-17-2016.pdf
FN  10 - Packback rent rebills.xls
FN12- 2015 statement 401-k statement.pdf
GL 15000 Accrued Interest from shareholders.xlsx
Interest payments in cash.xlsx
Option info.xlsx
Y-Y Income statement.xlsx
April Cash flow template 5-11 7 pm.xlsx
August Cash flow template.xlsx
December Cash flow template.xlsx
Feb Cash flow template.xlsx
FY 2014 Cash flow template.xlsx
FY 2014 CF Proof.xlsx
FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
FY 2015 Cash flow template.xlsx
Jan Cash flow template.xlsx
July Cash flow template.xlsx
June Cash flow template.xlsx
June Reclass of due to related party operating to investing.xlsx
March Cash flow template.xlsx
May Cash flow template 6-10 10 am.xlsx
November Cash flow template.xlsx
October Cash flow template.xlsx
September Cash flow template.xlsx
GL 32600 Accrued Interest- Dec 2015.xlsx
GL 33010-33100 and 35010-35030  and  25300-25500 CM Debt Rollforward_2015-Dec.xlsx
Substitute Revolving Note.pdf
Summary for debt footnote.xlsx
Accrued Interest Jumpstart.xlsx
GL 40000 Equity Rollforward Support - Dec 2015.xlsx
PB Note summary.docx
Private bank.docx
CM Chi Copier Lease Feb 2016 (1).pdf
Flatiron Lease for NYC (1).pdf
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Dec 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Dec  2015.xlsx
iD Logistics executed SOW.pdf
iD MSA - Context Media-1.doc
Summary Lease commitments.xlsx
CMH Inc Draft FS - 2-19-2016.docx
CMH Inc Draft FS (2 11 15) DT Comments.docx
ContextMedia_December 2015_Financial Statements.xlsx
2012.01.01 Notice re 2009 Equity Incentive Plan -  Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan-  Garms.pdf
AJE 9 Options Support.xlsx
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13 (1).pdf
CMH Inc Draft FS - 2-24-2016 -  CMH topsides posted v1.docx
CMH Inc Draft FS - 2-24-2016 -  CMH topsides posted.docx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template -  Topside adjustment 2-24-2016.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
JE-800 from NS for CMH topside.xls
JE-801 from NS for CMH topside  Jan 2016.xls
topside template for FY 2015 - 2-15-2016.xlsx
Change in FN 6 LT debt.pdf
CMH Inc Draft FS - 2-29-2016 Updated.docx
CMH Inc Draft FS - 2-29-2016 Updated.pdf
CMH Inc Draft FS - 2-29-2016.docx
CMH Inc Draft FS - v3032016.docx
CMH Inc Draft FS - v3032016.pdf
CMH Inc Draft FS - v3042016.docx
A - CMH Inc Draft FS - v3042016.pdf
B - Tie out - BS ContextMedia_December 2015_Financial Statements.pdf
C - Updated P&L Tie out - ContextMedia_December 2015_Financial Statements 03032016.pdf

C1 Advertising Tie out - ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.pdf
D - FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement (2).pdf
E - Fixed Asset rollforward summary 2015.xlsx
E1 - Attachment I - Change is estimated useful life.pdf
F - Debt Detail.xlsx
G - Summary Lease commitments.pdf
H - Warrant Redemption FMV as of 12312015.pdf
J - Deferred Revenue Rec and Detail_2015.xls
J1 2014 sales.xlsx
J3 - GL 11000 AR aging.xlsx
J4 - ContextMedia Health, LLC_ARAgingDetail 12-31-2014 (1).xlsx
Concluding Communications to Those Charged with Governance.pdf
ContextMedia Health LLC  - 2016 Audited Financials.pdf
ContextMedia 2015 FS Appendix (no cf).xlsx
ContextMedia 2015 FS Appendix.pdf
ContextMedia 2015 FS Appendix.xlsx
ContextMedia 2015 FS Appendixv2.pdf
ContextMedia 2015 FS Appendixv2.xlsx
ContextMedia 2015 FS Appendixv3.xlsx
ContextMedia 2015 FS Appendixv4.xlsx
ContextMedia 2015 FS BS PL Appendixv2.xlsx
ContextMedia 2015 FS Split out.xlsx
ContextMedia_October 2015_Financial Statements.xlsx
Engagement letter 2017 D&T Outcome Inc and Bank interest(CMH LLC and AH LLC).pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2015 Financials.xlsx
Summary CMH LLC 2010-2012 BS and IS.xlsx
ContextMedia Health, LLC_BalanceSheetSummary.xlsx
ContextMedia Health, LLC_ProfitandLoss.xlsx
Financial summary for 2013-2015.xlsx
CMH LLC Q1 financials.xlsx
2014 and 2015 balance sheet.xlsx
Income Statement Q1 2014 to Q4 2015.xlsx
Summary of fixed asset issues.pptx
November Income statement flux.xlsx
April income statement 5-11 630pm.xlsx
May income statement 6-10  noon (LP update).xlsx
June Balance sheet final.xlsx
June income statement final.xlsx
Headcount info.xlsx
July 2015 Operating Results -  updated 8-19-2015.docx
July balance sheet final 8-14-2015.xlsx
July income statement final as of 8-14-2015.xlsx
July 2015 Operating Results.docx
July income statement as of 8-11 7 pm.xlsx
August 2015 Operating Results- Final 9-21.docx
August 2015 Operating Results.docx
Balance Sheet Flux August 2015 Final.xlsx
Headcount info 8-31-2015- final.xlsx
Headcount info 8-31-2015.xlsx
Income Statement Flux August 2015 Final.xlsx
Balance Sheet Flux Sept 2015.xlsx
Headcount info 9-30.xlsx
Income Statement Flux Sept 2015.xlsx
Sept 2015 Operating Results.docx
Balance Sheet flux for October 2015.xlsx
Headcount info 10-31-2015.xlsx
Income Statement flux for October 2015.xlsx
Oct 2015 Operating Results.docx
Sep to Oct analysis.xlsx
11-30 AP aging.xlsx
Balance Sheet flux Nov 2015.xlsx
Headcount info 11-30-2015.xlsx
Income Statement flux Nov 2015.xlsx
Nov 2015 Operating Results.docx
Payroll by cost center summary Nov 2015.xlsx
Ar aging 12-31-2015.xlsx

Balance sheet flux (Brad's changes 2016-01-20).xlsx
Balance sheet flux.xlsx
Dec 2015 Operating Results.docx
Headcount info 12-31-2015.xlsx
Income Statement Flux Dec 2015.xlsx
Headcount info 12-31-2015.xlsx
Jan 2016 Operating Results.docx
Jan BS Flux analysis.xlsx
Jan IS flux.xlsx
A-PAgingusingPeriodEndDate-733.xls
AR aging final Feb 2015.xls
AR aging.xlsx
Feb  2016 Operating Results.docx
Feb 2016 Operating Results.docx
Feb Balance Sheet flux.xlsx
Feb Income Statement Flux.xls
Feb Income Statement Flux.xlsx
GL 30000 AP Aging - Feb 2016.xlsx
Headcount info 2-29-2016.xlsx
AR details.xlsx
Headcount from Paycom v2.xls
Headcount info 3-31-2016.xlsx
Mar 2016 Operating Results.docx
March Balance Sheet flux.xl_
March Balance Sheet Flux.xlsx
March Income Statement Flux.xlsx
Revenue summary.xlsx
20160502100504_Monthly head county reports for JB flux_d7446d15.xls
4-30 AR.xls
AP details 4-30-2016.xlsx
A-PAgingusingPeriodEndDate270.xls
Apr 2016 Operating Results.docx
April Balance Sheet flux analysis.xlsx
April Income Statement flux analysis.xlsx
April Revenue summary.xlsx
Headcount info 4-30-2016.xlsx
20160531170534_Monthly head county reports for JB flux_caf9741c.xls
A-PAgingDetailusingPeriodEndDate-632.xls
AR aging 5-31-2016.xls
CMH IS as of 6-2-2016.xls
CMH IS as of 6-9-2016.xls
Fixed Asset CF Change - May 2016 (1).xlsx
Headcount info 5-31-2016.xlsx
May  Revenue summary.xlsx
May 2016 Operating Results.docx
May Balance Sheet flux analysis.xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09) (Vishal's changes 2016-06-10).xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09).xlsx
May Income Statement flux analysis (John's changes 2016-06-09).xlsx
May Income Statement flux analysis.xlsx
Summary financials.xlsx
Work Order analysis 05.31.2016.xls
20160629170605_Monthly head county reports for JB flux_91ec2eae.xls
A%2FPAgingusingPeriodEndDate-834.xls
A%2FRAgingDetailw%2FoAgency,Drug&Pharma-992.xls
AP details 6-30-2016.xlsx
Financials for the headcount info.xls
Headcount info 6-30-2016.xlsx
June 2016 Operating Results.docx
June Balance Sheet flux analysis.xlsx
June Income Statement flux analysis.xlsx
June Revenue summary.xlsx
MoM Revenue Analysis 2016.06.xlsx
Summary IS 6-30.xlsx
TSI Travel Analysis 2016.06 June.xls
2016.06 Income Statement (2016.07.11 V1).xlsx
2016.06 Income Statement CC (2016.07.11 V1).xlsx

2016.06 Income Statement CC (2016.07.11 V2).xlsx
July Balance Sheet flux analysis.xlsx
July Income Statement flux analysis.xlsx
Revenue YTD 2016.07.xlsx
Prepaid and Not in Service Summary 2016.07.xlsx
Prepaid and Not in Service Summary 2016.08.xlsx
20160801100843_Monthly head county reports for JB flux_b2e07802.xls
A%2FPAgingDetailByVendor-631.xls
AP details 7-31.xls
Condensed financials for mgmt write up 7-31-2016.xls
ContextMediaIncomeStatement_EBITDA746.xls
ContextMediaIncomeStatement_EBITDA-879.xls
ContextMediaIncomeStatement191.xls
ContextMedia-IncomeStatementbyCostCenter92.xls
Headcount info 7-31-2016.xlsx
IS as of 8-8 3pm.xlsx
Item used from Gravitas in July.xlsx
July 2016 Operating Results- Final.docx
July 2016 Operating Results.docx
July Revenue summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
NS IS by cost center summary for HC info.xlsx
TSI Travel Analysis 2016.07 July.XLS
2013 - 2016 Revenue Summary.xlsx
2015 - 2016 Revenue Summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
MoM Revenue Analysis 2016.07.xlsx
Statements 01 0805.xlsx
Statements 02 0805.xlsx
August Balance Sheet flux analysis.xlsx
August Income Statement flux analysis (Adam's changes 2016-09-13).xlsx
August Income Statement flux analysis.xlsx
Prepaid and Not in Service Summary 2016.08 (Mid Month).xlsx
Prepaid and Not in Service Summary 2016.08.31.xlsx
Updated Revenue File as of 2016.08.15.xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1) (2).xlsx
20160831090826_Monthly_head_county_reports_for_JB_flux.xls
AP aging 8-31.xls
AP aging 8-31.xls.xlsx
AR 8-31.xlsx
Aug 2016 Operating Results.docx
Aug Revenue summary.xlsx
ContextMediaBalanceSheetDetail90.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-139.xls
Cost for for HC at 8-31-2016.xlsx
Gravitas activity.xls
Headcount info 8-31-2016.xlsx
IncomeStatementDetailwithNames-947.xl_
IncomeStatementDetailwithNames-947.xls
Legal expense for Aug.xlsx
Recruiting cost 8-31.xls
Recruiting cost 8-31.xls.xlsx
Recruting cost 8-31
Recruting cost.xlsx
Sept 2016 Operating Results.docx
Software cost Aug.xls.xlsx
Summary financials for August.xls
2016 Contracted Revenue MoM Change 2016.08 (Updated 8.31).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.12).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.2).xlsx
2016 Contracted Revenue MoM Change 2016.08.xlsx
Mastercard data 1-1 to 9-30-2016.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Sep Balance Sheet Flux Analysis.xlsx
Sep Income Statement flux analysis.xlsx
BS and IS 2016.10.06 0755.xlsx

BS and IS 2016.10.10 0908.xlsx
20160928160959_Monthly head county reports for JB flux_30b0b2d5.xls
AP 9-30.xlsx
AR 9-30.xlsx
Due ot Gravitas.xlsx
HC cost at 9-30.xlsx
Headcount info 9-30-2016.xlsx
Legal bills in Sept.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Recruiting cost for Sept through 10-10.xlsx
Recruiting cost for Sept through 10-11 final.xlsx
Recruiting cost for Sept through 10-11.xlsx
Recruiting cost for Sept through 10-4.xlsx
Recruiting cost for Sept through 9-28.xlsx
Sept 2016 Operating Results.docx
Sept Revenue summary.xlsx
Summary IS 4 pm 10-11.xlsx
2016 Contracted Revenue MoM Change 2016.09 V2.xlsx
2016 Contracted Revenue MoM Change 2016.09 V3.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.zip
2016 Contracted Revenue MoM Change 2016.09.xlsx
2016 Contracted Revenue MoM Change 2016.10 V2.xlsx
2016 Contracted Revenue MoM Change 2016.10 V3.xlsx
2016 Contracted Revenue MoM Change 2016.10 V4.xlsx
2016 Contracted Revenue MoM Change 2016.10 V5.xlsx
2016 Contracted Revenue MoM Change 2016.10 V6.xlsx
2016 Contracted Revenue MoM Change 2016.10.xlsx
Gravitas Prepaid and Not in Service Summary 2016.10.31.xlsx
Oct Balance Sheet Flux Analysis.xlsx
Oct Income Statement Flux Analysis.xlsx
20161031121049_Monthly head county reports for JB flux_4514187e.xls
AP 10-31-2016.xlsx
AR 13-31-2016.xlsx
Conference expense.xlsx
Consulting details.xlsx
Due to Gravitas.xlsx
GL 20900 Assets not yet in service - October 2016.xlsx
Headcount info 10-31-2016.xlsx
Oct 2016 Operating Results.docx
Oct Revenue summary.xlsx
October payroll by cost center.xlsx
Recruiting cost as of 11-10-2016.xlsx
Recruiting cost as of 11-7-2016.xlsx
Samsung Tablet Asset Register - 15mo Useful Life Update.xlsx
Summary IS for Oct final.xlsx
Summary IS for OCt.xlsx
CMH 2016 NYC Sublease Accounting Memo (2).docx
D&T Valaution SOW- Executed 11-11-2016.pdf
l.html
NYC Sublease Loss Analysis (2).pdf
favicons
favicons(1)
favicons(2)
favicons(3)
favicons(4)
favicons(5)
favicons(6)
favicons(7)
googlelogo_color_272x92dp.png
single.html
BS and IS 2016.11.11 0637.xlsx
Gravitas Prepaid and Not in Service Summary 2016.11.30.xlsx
MoM Revenue - V5 Walk from 12.6.xlsx
MoM Revenue 2016.11 V1.xlsx
MoM Revenue 2016.11 V2.xlsx
MoM Revenue 2016.11 V3.xlsx

MoM Revenue 2016.11 V4.xlsx
MoM Revenue 2016.11 V5.xlsx
MoM Revenue 2016.11 V6.xlsx
Nov 2016 Operating Results.docx
Nov Balance Sheet Flux Analysis.xlsx
Nov Income Statement Flux Analysis.xlsx
TTM 2016.09.xlsx
20161129151121_Monthly head county reports for JB flux_a3ef1ae8.xls
AP 11-30.xlsx
AR 11-30.xlsx
Detail by cost center for.xlsx
Headcount info 11-30-2016.xlsx
IS for Flux.xlsx
Nov Revenue summary.xlsx
Professional Fees 12-7.xlsx
Professional Fees 12-9.xlsx
Professional fees.xlsx
Recruiting as of 11-28-2016.xlsx
Recruiting as of 12-5-2016.xlsx
Recruiting as of 12-7-2016.xlsx
Recruiting as of 12-9-2016.xlsx
BS and IS as of 2016.12.14 0747.xlsx
Flux Analysis Balance Sheet 2016.12.xlsx
Flux Analysis Income Statement 2016.12.xlsx
Gravitas Prepaid and Not in Service Summary 2016.12.31.xlsx
MoM Revenue 2016.12 V1.xlsx
MoM Revenue 2016.12 V2.xlsx
MoM Revenue 2016.12 V3.xlsx
12_2016 Debt Rllfwd - TLB INT Accrual (2).pdf
12-31 headcount salary info.xlsx
20170106100100_Monthly head county reports for JB flux_2e1e6f16.xls
ACP calculation background info.pdf
AP detail;s.xlsx
AR details.xlsx
Consulting details 12-31-2016.xlsx
Consulting.xlsx
ContextMedia Health, LLC - FS - YE 12-31 SHELL.docx
Dec 2016 Operating Results.docx
Dec Revenue summary.xlsx
Headcount info 12-31-2016.xlsx
Healthcare cost Nov vs Dec.xlsx
IS summary - 1-24 7 pm.xlsx
IS summary.xlsx
Nov and Dec Software cost 64040.xlsx
Recruiting summary 1-13-2017.xlsx
Recruiting summary 1-14-2017.xlsx
Software liscence.xlsx
NS BS and IS 20170116 0755.xlsx
NS BS and IS 20170118 0748.xlsx
Headcount info 11-30-2017.xlsx
20170405090405_Monthly head count report_d342a246.xlsx
Headcount info 1-31-2017.xlsx
Headcount salary info Jan.xlsx
Jan 2017 Consulting cost GL 62050 BP edits.xlsx
Jan 2017 Consulting cost GL 62050.xlsx
Recruiting cost 2-16-2017 - BP Edit.xlsx
Recruiting cost 2-16-2017.xlsx
20171101111155_Monthly head count report_aefe7cb2.xlsx
CMH payroll info.xlsx
Headcount info 10-31-2017.xlsx
Sep-Oct MoM Revenue AH&OH 2017.xlsx
YTD Revenue AH&OH 10.31.2017.xlsx
20171206104346_Monthly head count report_1ab82a42.xls
Headcount info 11-30-2017.xlsx
Oct-Nov MoM Revenue AH&OH 2017.xlsx
20180102170240_Monthly head count report_ce9e5791.xlsx
Headcount info 12-31-2017.xlsx

Oct-Nov MoM Revenue AH&OH 2017.xlsx
Recruiting Feb 2017.xlsx
20170301170349_Monthly head count report_ee188b08.xls
AH cost report Jan and Feb 2017.xlsx
Consulting details.xlsx
Consulting Feb 2017 (BP edits.xlsx
Consulting Feb 2017.xlsx
Consulting.xlsx
Headcount details from paycom.xlsx
Headcount info 2-28-2017.xlsx
OH Cost Center report Jan and Feb 2017.xlsx
OH Feb 2017 Income statment with CC on top.xlsx
OH Jan 2017 Income statment with CC on top.xlsx
Payroll cost center for Feb.xlsx
Recruiting Feb 2017 3-20-2017.xlsx
Recruiting Feb 2017 3-6-2017.xlsx
20170405090405_Monthly head count report_d342a246.xls
20170405090405_Monthly head count report_d342a246.xlsx
Air Travel Q1.xlsx
AR 3-31-2017.xlsx
Conculting March 2017.xlsx
Conferences March 2017.xlsx
Headcount info 3-31-2017.xlsx
Headcount info 4-30-2017.xlsx
Legal Q1 4-19-2017.xlsx
Legal Q1.xlsx
Media cost by cost center 4-19-2017.xlsx
Media cost by cost center.xlsx
Netsuite March 2017 salary by cost center.xlsx
Q1 Transactional data.xlsx
Finger_3394916_394775-000007_35422 (2).pdf
Finger_3420506_394775-000002_35422 (2).pdf
Finger_3420507_394775-000007_35422 (2).pdf
Finger_3420508_394775-000010_35422 (2).pdf
ONETIME GL ACCT Invoice 1700500205 thru December 31, 2016 dated 1-20-17 (0004) (1) (1).pdf
PUT TO ACCRUAL Invoice 1700500708 thru January 31, 2017 dated 2-24-17 (0004).pdf
20170428150406_Monthly head count report_bb26ac1e.xlsx
April accounts analysis.xlsx
April Management Summary - 5-16 noon.docx
April Management Summary - Draft 5-15 6 pm.docx
April Management Summary.docx
April payroll info.xlsx
April Recruiting details 5-8-2017.xlsx
April Recruiting details.xlsx
April Revenue summary.xlsx
Ar 4-30-2017.xlsx
GL 12700 Prepaid Advance Equip. March 2017.xlsx
GL 20900 Assets not yet in service - April 2017.xlsx
Headcount info 4-30-2017.xlsx
March vs April summary IS.xlsx
May Revenue summary.xlsx
Summary IS  April 2017.xlsx
20170531150528_Monthly head count report_28a72131.xlsx
April-May MoM Change in Revenue (1).xlsx
AR details 5-31-2017.xlsx
Headcount info 5-31-2017.xlsx
May Management Summary.docx
May Payroll by cost center.xlsx
May Revenue summary.xlsx
MoM Revenue 2017.05.xlsx
Non recurring recruiting.xlsx
Summary IS April to May.xlsx
20170705140720_Monthly head count report_b8aeefc4.xlsx
AH & OH Q1-Q2 Change in Revenue (1).xlsx
Headcount cost for June 2017.xlsx
Headcount info 6-30-2017.xlsx
May-June MoM Change in Revenue.xlsx

Operating Results Q2 2017.docx
Q2 recruiting.xlsx
Recruiting cost 7-10-2017.xlsx
Recruiting cost 7-6-2017.xlsx
20170731160718_Monthly head count report_19df9c9f.xls
20170731160718_Monthly head count report_19df9c9f.xlsx
Headcount info 7-31-2017.xlsx
IS by cost center 7-31-2017.xlsx
July Outcome Inc summary.xlsx
June - July MoM AH_OH Revenue (1).xlsx
June to Juy expense flux.xlsx
Operating Results Q2 2017.docx
Outcome Inc Operating Results July 2017.docx
Recruting cost for July 8-17-2017.xlsx
Recruting cost for July.xlsx
20170831090855_Monthly head count report_29ff8bd1.xlsx
8-31-2017 payroll by cost center.xlsx
CapSof Count 8.31.17.xlsx
Cost center analysis for Aug.xlsx
Headcount info 8-31-2017.xlsx
July - August MoM AH_OH Revenue 9-14-2017.xlsx
July - August MoM AH_OH Revenue.xlsx
Legal and consulting in Aug 2017 (1).xlsx
Legal and consulting in Aug 2017.xlsx
Outcome Inc Operating Results August 2017.docx
Recruiting August.xlsx
Summary EBITDA.xlsx
20171005091020_Monthly head count report_3a12b5da.xlsx
AUG-SEPT MoM AH_OH Revenue V10202017.xlsx
Headcount info 9-30-2017.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Sept Payroll by cost center.xlsx
YTD MoM AH_OH Revenue V12.06.2017.xlsx
Summary of LC's 2-24-2016.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Customer Transaction Template (Blank).doc
Fixed Charge Calculation - BP Edit.xlsx
Fixed Charge Calculation  Q3 2016.xlsx
Fixed Charge Coverage Ratio.xlsx
Total Leverage Ratio 3-31-2016 hypothetical.xlsx
Total Leverage Ratio.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Fixed Charge Coverage Ratio 4-30-2016.xlsx
Total Leverage Ratio 4-30-2016.xlsx
Fixed Charge Coverage Ratio 5-31-2016 as of 6-22.xlsx
Fixed Charge Coverage Ratio 5-31-2016.xlsx
PB Interest in April 2015.xlsx
Total Leverage Ratio 5-31-2016 as of 6-22.xlsx
Total Leverage Ratio 5-31-2016.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 6-30-2016.docx
Fixed Charge Calculation  June 2016.xlsx
Schedule I - JPM Compliance Certificate.pdf
Total Leverage Ratio as of 6-30-2016.xlsx
CMH LLC Compliance Certificate Exhibit D for 6-30-2016.pdf
Context Media Health LLC - June 2016 monthly.xlsx
Fixed Charge Calculation  June 2016.xlsx
Total Leverage Ratio as of 6-30-2016.xlsx
August 2016 Debt Int Fcst.pdf
Fixed Charge Calculation  Sept 2016 -  Final 10-12.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-12.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.docx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.pdf
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Fixed Charge Calculation as of 9-30-2016.xlsx
Shinzstop Payment_Details_10_14_2016_14_35.pdf
Total Leverage Ratio as of 9-30-2016.xlsx
Fixed Charge Calculation  Sept 2016 -  Draft 10-10.xlsx

Fixed Charge Calculation  Sept 2016 -  Draft 9-23.xlsx
Fixed Charge Calculation  Sept 2016 -  Final 10-11.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 10-10.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 9-23.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-11.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
12-26-2017 Draw Request.doc
12-26-2017 Draw Request.pdf
12-27-2017 Draw Request.doc
12-27-2017 Draw Request.pdf
Base Rate Borrowing Request  12-26-2017.doc
12-27-2016 Draw request.jpg
Base Rate Borrowing Request  (Revolver).doc
12-29-2016 Base Rate Borrowing request.pdf
Base Rate Borrowing Request  12-29-2016.doc
Base Rate Borrowing Request  1-27-2016.doc
Base Rate Draw CMH LLC 1-27-2017.pdf
Base Rate Borrowing Request  2-14-2017.doc
Base Rate Borrowing Request 2-14-2017.pdf
2-24-2017 Baase Rate Draw Notice for $3.0M.pdf
Base Rate Borrowing Request  2-24-2017.doc
CMH Optional Prepayment Notice 3-21-2017.pdf
Repayment notice 3-21-2017.doc
4-27-2016 Draw Request.doc
4-27-2016 Draw Request.pdf
5-3-2016 Libor Draw Request.pdf
Fixed Charge Coverage Ratio 3-31-2016.xlsx
Total Leverage Ratio 3-31-2016.xlsx
ContextMedia Health Revolver Prepayment 5-1-2017.pdf
Repayment notice 5-1-2017.doc
Repayment notice 5-24-2017.doc
Repayment notice 5-24-2017.pdf
7-12-2016 Draw Request.doc
7-12-2016 Draw Request.pdf
8-23-2016 Draw Request.docx
8-23-2016 Draw Request.pdf
April 2015 LLC Cash flow template.xlsx
Aug 2015 LLC Cash flow template.xlsx
Dec 2015 LLC Cash flow template.xlsx
Feb 2016 LLC Cash flow template.xlsx
Jan 2016 LLC Cash flow template.xlsx
July 2015 LLC Cash flow template.xlsx
June 2015 LLC Cash flow template.xlsx
May 2015 LLC Cash flow template.xlsx
Nov 2015 LLC Cash flow template.xlsx
Oct 2015 LLC Cash flow template.xlsx
Sept2015 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template -  GV adj.xlsx
Feb 2016 LLC Cash flow template - GV adj.xlsx
Jan 2016 LLC Cash flow template -  GV adj.xlsx
Mar 2016 LLC Cash flow template -  GV adj.xlsx
May 2016 LLC Cash flow template - GV adj.xlsx
May 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - March 2016 monthly- LLC roll up.xlsx
Mar 2016 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - April 2016 monthly- LLC roll up.xlsx
Context Media Health LLC - May 2016 monthly- LLC roll up 6-20.xlsx
JP Morgan Compliance for Context Media Health LLC - May 2016 monthly- LLC roll up.xlsx
May 2016 LLC Cash flow template.xlsx
Context Media Health LLC - June 2016 monthly- LLC.xlsx
June 2016 LLC Cash flow template.xlsx
Context Media Health LLC - July 2016 monthly- LLC.xlsx

July 2016 LLC Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
Aug 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Aug 2016 monthly- LLC.xlsx
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Sept 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Oct 2016 monthly- LLC.xlsx
Oct 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Nov 2016 monthly- LLC.xlsx
Nov 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC -  Final.xlsx
Dec 2016 LLC Cash flow template -  Final.xlsx
Quarterly CMH LC financials 2-3-2017.xlsx
Quarterly CMH LC financials 2-5-2017.xlsx
Quarterly report 12-31-2016.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC.xlsx
Dec 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Jan 2017 monthly- LLC.xlsx
Gains loss on disposal of assets Jan 2017.xlsx
Jan 2017  LLC Cash flow template.xlsx
Context Media Health LLC - Feb 2017 monthly- LLC.xlsx
Feb 2017  LLC Cash flow template.xlsx
Gain loss Feb 2017 fixed assets.xlsx
03.2017 Disposal Import.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-10-2017 3 pm.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-18 noon.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-19 8 am.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-20.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly.xlsx
Context Media Health LLC - Mar 2017 monthly- LLC.xlsx
Mar 2017  LLC Cash flow template.xlsx
Apr 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - April 2017.xlsx
Bank compliance - Outcome LLC - May 2017.xlsx
May 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - June 2017.xlsx
June 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - July 2017.xlsx
July 2017  Outcome LLC Cash flow template.xlsx
Aug 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Aug 2017.xlsx
Gain loss on Augst disposals.xlsx
Bank compliance - Outcome LLC - Sept 2017.xlsx
Sept 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Oct 2017.xlsx
Oct 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Bank compliance - Outcome LLC - Nov 2017 version 2.xlsx
Bank compliance - Outcome LLC - Nov 2017.xlsx
Detail gain loss on FA.xlsx
Nov 2017  Outcome LLC Cash flow template.xlsx
Nov 2017 Gain loss.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Dec 2017  Outcome LLC Cash flow template.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit.xlsx
Q3 2016.xlsx
CMH LLC Q1 2016 Operating Results.docx
Revenue summary q1 2016.xlsx
CMH LLC Q2 2016 Operating Results.docx
Revenue summary q2 2016.xlsx
CMH LLC Q3 2016 Operating Results.docx
Revenue summary q3 2016.xlsx
CMH LLC Q4 2016 Operating Results - Edit v1 (1).docx
CMH LLC Q4 2016 Operating Results - Edit vF 2.docx
CMH LLC Q4 2016 Operating Results.docx
cost center quarterly report.xlsx
Revenue summary q4 2016.xlsx

Available Amount Calculation - ContextMedia Health LLC 3.31.17.xlsx
CMH LLC Q1 2017 Operating Results - BP Edit JB 5-11 10 am.docx
CMH LLC Q1 2017 Operating Results - BP Edit.docx
CMH LLC Q1 2017 Operating Results.docx
Leverage Covenant Test - ContextMedia Health LLC 3.31.17.xlsx
MDA Q1 - v2.docx
MDA Q1 - v3.docx
Q4 vs Q1 IS flux.xlsx
Revenue summary Q1 2017.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
AH & OH Q1-Q2 Change in Revenue.xlsx
Change in Accrued other CF impacts.xlsx
Headcount Q2 2017.xlsx
Outcome LLC Q2 2017 Operating Results -draft.docx
Q1 vs q2.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
20171005091020_Monthly head count report_3a12b5da.xlsx
Cost center changes 10-5-2017 10am.xlsx
Headcount Q3 2017.xlsx
Outcome LLC Q3 2017 Operating Results -draft.docx
Q2 vs Q3 cost center.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Severance for 9-28 RIF (1).xlsx
Discussion topics with D&T.docx
July Close.xlsx
ContextMedia Financial Statements December 2012, 2011 & 2010.pdf
ContextMedia Financial Statements December 2012, 2011 & 2010.xlsx
Logistics 2013.xlsx
Media 2013.xlsx
MO 2013.xlsx
MS 2013.xlsx
NetOps 2013.xlsx
Product Dev 2013.xlsx
Sponsorship 2013.xlsx
Q1 2014_Marketing.xlsx
Q1 2014_NetOps.xlsx
Q1 2014_Spon.xlsx
Q3 2013 - Q1 2014 (Kristy Peters's conflicted copy 2014-05-07).xls
Q3 2013 - Q1 2014.xls
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-2 1 pm.xlsx
2016 budget for travel -TSI.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
Expense from 2015.xlsx
Recruiting cost  through Oct 2015.xlsx
All cost centers.xlsx
Development and Media.xlsx
Finance and Admin.xlsx
Integrated Health Systems.xlsx
Member operations.xlsx
Member Services.xlsx
Product Operations.xlsx
Sponsorship.xlsx
Talent and Marketing.xlsx
2015 headcount and 2016 forecast.xlsx
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Nov 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Nov  2015.xlsx
Apr Operational Cash forecast.xlsx
April 2017 Operational Cash forecast.xlsx

Aug 2017 Operational Cash forecast.xlsx
August Operational Cash forecast - draft 9-7.xlsx
August Operational Cash forecast.xlsx
Dec Operational Cash forecast  12-31-2015 final.xlsx
Dec Operational Cash forecast  1-31-2016 interim.xlsx
Dec Operational Cash forecast .xlsx
Feb 2017 Operational Cash forecast.xlsx
Feb Operational Cash forecast.xlsx
Jan 2017 Operational Cash forecast.xlsx
Jan Operational Cash forecast.xlsx
July 2017 Operational Cash forecast.xlsx
July Operational Cash forecast.xlsx
June 2017 Operational Cash forecast.xlsx
June Operational Cash forecast.xlsx
Mar Operational Cash forecast.xlsx
March 2017 Operational Cash forecast.xlsx
May 2017 Operational Cash forecast.xlsx
May Operational Cash forecast.xlsx
Nov 2017 Operational Cash forecast.xlsx
Nov Operational Cash forecast -  draft 12-9-2016 2 pm.xlsx
Nov Operational Cash forecast.xlsx
Oct 2017 Operational Cash forecast.xlsx
Oct Operational Cash forecast.xlsx
Operational Cashflows FY 2015 vs 7 months 2016.xlsx
Sept 2017 Operational Cash forecast.xlsx
Sept Operational Cash forecast draft 10-7.xlsx
Sept Operational Cash forecast.xlsx
AC neilson $22.5 153016821-attachments-9340085733 (1).pdf
Lieberman Research GSK 472-12-2-7758.doc
153016821-attachments-4072119943 - 1059509.pdf
153016821-attachments-4072119943 - 1059509.pdf.crdownload
153016821-attachments-4072120004 - 1059706.pdf
153016821-attachments-4072120004 - 1059706.pdf.crdownload
153016821-attachments-4072120302 - 1057677.pdf
153016821-attachments-4072121947 - 1060776.pdf
153016821-attachments-4072121963 - 1061518.pdf
153016821-attachments-4072121967 - 1062134.pdf
153016821-attachments-4072122087 - 1064356.pdf
153016821-attachments-4072122303 - 1065069.pdf
153016821-attachments-4072122304 - 1064853.pdf
153016821-attachments-4072122380 - 1064753.pdf
153016821-attachments-4072122037 - 1059509.pdf
153016821-attachments-4072122304 - 1064853.pdf.crdownload
153016821-attachments-4072123149.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123870.pdf.crdownload
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf
August Operational Cash forecast and actuals 8-14-2015.xlsx
August Operational Cash forecast and actuals 8-24-2015.xlsx
August Operational Cash forecast and actuals 8-31-2015.xlsx
August Operational Cash forecast and actuals 9-14-2015.xlsx
August Operational Cash forecast and actuals 9-18-2015.xlsx
Cash forecast and actuals 7-26-2015.xlsx

Cash forecast and actuals 7-30-2015.xlsx
Cash forecast and actuals 8-5-2015.xlsx
Dec Operational Cash forecast  12-15-2015.xlsx
Dec Operational Cash forecast  12-17-2015.xlsx
Dec Operational Cash forecast  12-21-2015.xlsx
Dec Operational Cash forecast  12-31-2015 interim.xlsx
Details of 6.1m in Fixed assets through AP.xlsx
January Cash items.xlsx
July 2015 details by account.xlsx
July 2015 details by account.xlsx.crdownload
July Operational Cash forecast and actuals 8-13-2015.xlsx
Nov Operational Cash forecast and actuals 11-16-2015.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final 12-10 10 am.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 prelim.xlsx
Oct  Operational Cash forecast and actuals 10-13-2015.xlsx
Oct  Operational Cash forecast and actuals 11-14-2015.xlsx
Oct  Operational Cash forecast and actuals 11-7-2015.xlsx
Sept Operational Cash forecast and actuals 10-13-2015.xlsx
2011 CM Income and EBITDA Stmts.xlsx
2014-2016 BS.xlsx
2014-2016 P&L.xlsx
ContextMedia 2014 Projection Model 36mo Version 10 111214.xlsx
ContextMedia 2014 Projection Model 36mo Version 11 112114.xlsx
ContextMedia 2014 Projection Model 36mo Version 12 112214.xlsx
ContextMedia 2014 Projection Model 36mo Version 13 112314.xlsx
ContextMedia 2014 Projection Model 36mo Version 14 121114.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia 2014 Projection Model 36mo Version 6 061014 (1).xlsx
ContextMedia 2014 Projection Model 36mo Version 7 10282014.xlsx
ContextMedia 2014 Projection Model 36mo Version 8 103014.xlsx
ContextMedia 2014 Projection Model 36mo Version 9 111114.xlsx
ContextMedia Financial Statements 2012 Projections Income Statement.pdf
ContextMedia Financial Statements FOR CASH FLOW PROJECTIONS ONLY July 2012.xlsx
ContextMedia Financial Statements July 2012 Actual With Full Year Projections.xlsx
ContextMedia FixedAsset Projections.xls
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-29 11 am.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-2 9 am.xlsx
ContextMedia Inc 2010  Financial Statements Budget v Projected (Actual Results Through July).xls
ContextMedia Inc 2010  Financial Statements Revised For Simponi.xls
ContextMedia Inc 2010 Budget Second  Draft 12242009.xls
ContextMedia Inc 2011 Financial Statement Projections.xls
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Five Year Financial Projections 2011-2015.xls
Difference in 5-29 vs 6-2 model.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
Q2'14 to Q4'14 Hiring Forecast.xlsx
12.15.15 AP Check Run (4).xlsx
AP forecast for Dec.xlsx
Borrowing Base AR balance as of 12-17-2015 and proj to 12-31-15.xlsx
Due From Rishi.xlsx
Due from Shradha A.xlsx
Financial Statements - Shortcut.lnk
Nates cash collection Dec and Jan.xls
Outform.xlsx
ContextMedia - 2015 Projections - 6.28.15.xlsx
ContextMedia Health LLC - Projection Model Working BP Edit.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-27.xlsx
Revenue_June 2015.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-10-2015.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-17-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5.xlsm
Financials results for LG  credit limit 2-3-2017.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016 linked on 10.5 model BP edits 1-24.xlsx

ContextMedia Projection Model - 10.5.15 - BP 1.24.15.xlsm
ContextMedia_December 2015_Financial Statements.xlsx
Hardware Capex - 2016 v2.xlsx
ContextMedia Health LLC - Detailed Projection - 1-21-2016.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Compare 1-21 to 1-24.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016.xlsx
ContextMedia 5 Year Projection Model - Edit - 1.xlsx
ContextMedia Health LLC - Projection Model  Jan 2016 actuals and forecast.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
ContextMedia_January 2016_Financial Statements -  FY 2015 topsides included.xlsx
ContextMedia Health LLC - Detailed Projection - 11-3-2015.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Hardware Capex - 2016 v2.xlsx
Actuals Aug on 8-4-2015.xlsx
ContextMedia Health LLC - Projection Model - 10-20-2015.xlsx
ContextMedia Health LLC - Projection Model Sept actuals and Q4 forecast as of 9-25-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-15-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-26-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-8-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 10 am -  Final.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 9 am.xlsx
ContextMedia Health LLC - Projection Model Working 8-11-2015.xlsx
ContextMedia Health LLC - Projection Model Working 8-19-2015.xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015 (Brad's changes 2015-08-05).xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-18-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-22-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-24 updated forecast for Q4.xlsx
ContextMedia Health LLC - Projection Model Working 9-8-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5 - Old.xlsm
Employee Head Count_Department.xls
Headcount summary for 2015.xlsx
20171103 DP Diligence Request Response_Private.xlsx
ContextMedia Financial Statements December 2012.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December 2014.pdf
ContextMedia_June 2015_Financial Statements Summary.pdf
ContextMedia_June 2015_Financial Statements Summary.xlsx
August 2014 Summary.docx
ContextMedia_August 2014 (1) (1).pdf
Cash forecast and actuals 7-26-2015.xlsx
Cash forecast and actuals 7-27.xlsx
Weekly dashboard 7-24-2015.xlsx
Weekly template for management.xlsx
DOJ-0003832077 - Restitution & Loss.pdf
DOJ-PROD-SS-0000000001-DOJ-PROD-SS-0000000025.pdf
DOJ-PROD-SS-0000000026-DOJ-PROD-SS-0000000051.pdf
DOJ-PROD-SS-0000000052-DOJ-PROD-SS-0000000053.pdf
DOJ-PROD-SS-0000000054-DOJ-PROD-SS-0000000095.pdf
DOJ-PROD-SS-0000000096-DOJ-PROD-SS-0000000101.pdf
DOJ-PROD-SS-0000000102-DOJ-PROD-SS-0000000108.pdf
DOJ-PROD-SS-0000000109-DOJ-PROD-SS-0000000115.pdf
DOJ-PROD-SS-0000000116-DOJ-PROD-SS-0000000116.pdf
DOJ-PROD-SS-0000000117-DOJ-PROD-SS-0000000117.pdf
DOJ-PROD-SS-0000000118-DOJ-PROD-SS-0000000118.pdf
DOJ-PROD-SS-0000000119-DOJ-PROD-SS-0000000120.pdf
DOJ-PROD-SS-0000000121-DOJ-PROD-SS-0000000124.pdf
Exhibit A.xlsx
Exhibit B.pdf
Exhibit C.pdf
Exhibit D.xlsx
GX1081.pdf
GX1973.pdf
GX997.pdf
AccessReport - Check.xls
AccessReport - View Date.xls

AccessReport.xls
WorkspaceUsersExport.xls
1.1.2 CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
1.1.3 CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
1.1.4 Context Media - Reorganizaton Agreement (executed) (1).pdf
1.1.6 ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
1.1.7 NY York Application.pdf
1.1.8 IL DBA Name.pdf
1.1.1.1 Articles of Incorporation.pdf
1.1.1.2 By-Laws.pdf
1.1.1.3 Articles of Merger.pdf
1.1.1.4 Articles of Amendment Oct 2009.pdf
1.1.1.5 Articles of Amendment Jan 2007.pdf
1.1.5.1 1. ContextMedia, Inc. - Written Consent of Directors.pdf
1.1.5.10 ContextMedia Health Holdings, LLC - IRS confirmation of FEIN 81-1911849.pdf
1.1.5.11 ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
1.1.5.12 ContextMedia Health LLC - Second A&R LLC.pdf
1.1.5.2 2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
1.1.5.3 3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
1.1.5.4 4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
1.1.5.5 5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
1.1.5.6 6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
1.1.5.7 7. Contribution Agreement.pdf
1.1.5.8 8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
1.1.5.9 ContextMedia Health Holdings, LLC - FILED Delaware Certificate of Formation V1.PDF
1.2.1 ContextMedia Health Holdings LLC Legal Chart (1).pdf
10.1 AccentHealth Metrics.xlsx
10.2 AccentHealth - FY 2015 Audited Financials.pdf
10.3 AccentHealth - FY 2014 Audited Financials.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
10.5 Project Almond Customer Satisfaction Interview Results - October 22 2016 - McKinsey.pdf
10.6 Membership Interest Purchase Agreement - Project Almond (Executed)_(4329....pdf
10.7 Disclosure Schedules - Project Almond (FINAL)_(44091348_15).pdf
Ratings Agency Model - 3 Statements.pdf
2.1.1.1 2014 and 2013 CMH Inc Audit Report.pdf
2.1.1.2 2014 management letter from Miller Cooper.pdf
2.1.1.3 ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
2.1.2.1 ContextMedia 2015 Audited Financials.pdf
2.1.2.2 Legal Rep letter to 2015 for D&T- Final.pdf
2.1.2.3 Representation letter 2015 to D&T - Final.pdf
2.1.2.4 2.10 D&T Results of Audit including controll related maters 3-17-2016.pdf
2.1.2.5 2.10 D&T Planning and Scope Letter to BOD 3-10-2016.pdf
2.1.3.1 CMH LLC Q4 2016 Operating Results MD&A.pdf
2.1.3.2 ContextMedia Health LLC - 2016 Audited Financials.pdf
2.2.1 ContextMedia Financial Statements - 9.30.16.xlsx
2.3.1 Maintenance Capex Aug 16 YTD.xlsx
2.4.1 AR 9-30.xlsx
2.5.1 Fixed Asset Schedule June 2016.xlsx
2.5.2 Assets in Field with location through 6.30.16.xlsx
3.1.1.1 2013 Revenue Detail.xlsx
3.1.1.2 2014 Revenue Detail.xlsx
3.1.1.3 2015 Revenue Detail.xlsx
3.1.1.4 Brand Renewal Detail_Revised.xlsx
3.1.1.5 Revenue by Category - FY14-FY16.xlsx
3.1.1.6 Revenue Waterfall_Aug 2016.xlsx
3.1.1.7.1.1 IMS_ContextMedia_Promo Return NRx_Anoro_Q1 FINAL.pdf
3.1.1.7.1.2 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015_Final.pdf
3.1.1.7.10.1 IMS_ContextMedia_Promo Return_Symbicort__Results.pdf
3.1.1.7.11.1 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015.pdf
3.1.1.7.11.2 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_May 2015.pdf
3.1.1.7.11.3 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_November 2015.pdf
3.1.1.7.13.1 IMS_CMH_Amgen Prolia 2015 Q2 Early Read_vSEND Deck (4).pdf
3.1.1.7.14.1 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_July 2015.pdf
3.1.1.7.14.2 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_September 2015_Final.pdf
3.1.1.7.15.1 IMS _ContextMedia_Promo Return_Simponi July 2014_Results_Updated.pdf
3.1.1.7.16.1 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015_Final.pdf
3.1.1.7.17.1 Tecfidera ROI.pdf

3.1.1.7.18.1 IMS_ContextMedia_Promo Return_Tirosint_May 2015_Results_November 2015.pdf
3.1.1.7.19.1 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.20.1 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pdf
3.1.1.7.2.1.1 IMS_ContextMedia_Promo Return_Xeljanz January 2014_Results_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.3.1 IMS_ContextMedia_Brintellix_Performance_v3.pdf
3.1.1.7.4.1 IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015 Final.pdf
3.1.1.7.5.1 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015_AD.pdf
3.1.1.7.6.1 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_June 2015_Final.pdf
3.1.1.7.6.2 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_October 2015_Final.pdf
3.1.1.7.6.3 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_September 2015_Final.pdf
3.1.1.7.7.1 IMS_ContextMedia_Promo Return NBRx_Invokana_2014 Final.pdf
3.1.1.7.7.2 IMS_ContextMedia_Promo Return NBRx_Invokana_2015 Results Final.pdf
3.1.1.7.8.1 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pdf
3.1.1.7.9.1 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pdf
3.1.1.7.9.2 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015_Final.pdf
3.1.2.1 HCP Cohort Churn.xlsx
3.1.2.2 US Physician Breakdown by Specialty.pdf
3.1.2.3 Specialty Counts Over Time.xlsx
3.1.2.4 Retention Rate Analysis.xlsx
3.1.2.5 CM Member Growth - Q3 2016.xlsx
3.2.1 Revenue Per Device By Category.xlsx
3.2.2 Hardware Cost Schedule vF.xlsx
3.2.3 Product Ad Utilization.xlsx
3.3.1 IHSMetricsCollateral.pdf
3.3.2 Wallboard Q3'16 Metrics.pdf
3.3.3 IMS Executive Summary 2016.pdf
3.3.4 CMH_CaseStudy_Dr.Baum_07.2016 (1).pdf
3.3.5 OH_Consulation_Messaging_Brochure.pdf
3.3.6 OH_Executive_Overview.pdf
3.3.7 OH_General_Brochure.pdf
3.4.1 CMH Headcount Rollforward - 2016-10-06 publish.xlsx
3.4.2 Headcount by department 9-30.xlsx
3.5.1 Outcome Health Overview Deck.pdf
4.1.12 Sanofi Terms  Conditions Digital OOH Media Final V.2014.pdf
4.1.13 IAB_4As-tsandcs-FINAL.pdf
4.1.3 151105_Anoro_Contract (4).pdf
4.1.4 151222 Gilead Harvoni Contract (3).pdf
4.1.5 160205_EliLilly_Trulicity_Contract_Executed (1).pdf
4.1.6 160310 Sanofi Praluent Incemental Contract Executed.pdf
4.1.7 Context Health 2016 IO Novolog.pdf
4.1.8 Context Health IO 2016 Victoza.pdf
4.1.9 Humira RA Spark CMH 2014 IO_AB 68223.pdf
4.1.1.1 Jardiance_April_2016 IO_Updated.pdf
4.1.1.10 Jardiance_September_2016 IO.pdf
4.1.1.2 Jardiance_August_2016 IO_Updated.pdf
4.1.1.3 Jardiance_December_2016 IO.pdf
4.1.1.4 Jardiance_July_2016 IO_Updated.pdf
4.1.1.5 Jardiance_June_2016 IO_Updated.pdf
4.1.1.6 Jardiance_March_2016 IO_Updated.pdf
4.1.1.7 Jardiance_May_2016 IO_Updated.pdf
4.1.1.8 Jardiance_November_2016 IO.pdf
4.1.1.9 Jardiance_October_2016 IO.pdf
4.1.10.1 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16 (2).pdf
4.1.10.10 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract (2).pdf
4.1.10.11 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16.pdf
4.1.10.12 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract.pdf
4.1.10.13 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract.pdf
4.1.10.14 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract.pdf
4.1.10.15 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract.pdf
4.1.10.16 232 160728_AbbVie_Creon_Contract_Signed.pdf
4.1.10.17 237 160706 2016 Viekira HCV POC_Executed 2016 - Context Media Health.pdf
4.1.10.18 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed.pdf
4.1.10.19 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract.pdf
4.1.10.2 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract (2).pdf
4.1.10.20 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract.pdf

4.1.10.3 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract (2).pdf
4.1.10.4 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract (2).pdf
4.1.10.5 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract (2).pdf
4.1.10.6 232 160728_AbbVie_Creon_Contract_Signed (2).pdf
4.1.10.7 237 160706 2016 Viekira HCV POC_Executed IO - Context Media Health (2).pdf
4.1.10.8 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed (2).pdf
4.1.10.9 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract (2).pdf
4.1.11.1 187 Jardiance Context Media Aug 2015 (2).pdf
4.1.11.10 188 Jardiance_November_2016 IO.pdf
4.1.11.100 629 Stiolto_Nov2016_IO_updated.pdf
4.1.11.11 188 Jardiance_October_2016 IO.pdf
4.1.11.12 188 Jardiance_September_2016 IO.pdf
4.1.11.13 192 Tradjenta_August_2016 IO (2).pdf
4.1.11.14 192 Tradjenta_December_2016 IO (2).pdf
4.1.11.15 192 Tradjenta_July_2016 IO (2).pdf
4.1.11.16 192 Tradjenta_November_2016 IO (2).pdf
4.1.11.17 192 Tradjenta_October_2016 IO (2).pdf
4.1.11.18 192 Tradjenta_September_2016 IO (2).pdf
4.1.11.19 214 151123_Pradaxa_IO_April_2016 (1) (2).pdf
4.1.11.2 188  Jardiance_March_2016 IO_Updated.pdf
4.1.11.20 214 151123_Pradaxa_IO_Feb_2016 (1) (2).pdf
4.1.11.21 214 151123_Pradaxa_IO_June_2016 (1) (2).pdf
4.1.11.22 214 151123_Pradaxa_IO_March_2016 (1) (2).pdf
4.1.11.23 214 151123_Pradaxa_IO_May_2016 (1) (2).pdf
4.1.11.24 310 BOE-STI-8 Apr16 (2).pdf
4.1.11.25 310 BOE-STI-8 Feb16 (2).pdf
4.1.11.26 310 BOE-STI-8 Jan16 (2).pdf
4.1.11.27 310 BOE-STI-8 Jun16 (2).pdf
4.1.11.28 310 BOE-STI-8 Mar16 (2).pdf
4.1.11.29 310 BOE-STI-8 May16 (2).pdf
4.1.11.3 188 Jardiance_April_2016 IO_Updated.pdf
4.1.11.30 310 Stiolto_CMH_August_2016 (2).pdf
4.1.11.31 310 Stiolto_CMH_Dec_2016 (2).pdf
4.1.11.32 310 Stiolto_CMH_July_2016 (2).pdf
4.1.11.33 310 Stiolto_CMH_Nov_2016 (2).pdf
4.1.11.34 310 Stiolto_CMH_Oct_2016 (2).pdf
4.1.11.35 310 Stiolto_CMH_Sept_2016 (2).pdf
4.1.11.36 490 BOE Spiriva_IO O-15BOE0031_February 2015 (2).pdf
4.1.11.37 490 BOE Spiriva_IO O-15BOE0032_March 2015 (2).pdf
4.1.11.38 490 BOE Spiriva_IO O-15BOE0033_April 2015 (2).pdf
4.1.11.39 490 BOE Spiriva_IO O-15BOE0034_May 2015 (2).pdf
4.1.11.4 188 Jardiance_August_2016 IO_Updated.pdf
4.1.11.40 490 BOE Spiriva_IO O-15BOE0035_June 2015 (2).pdf
4.1.11.41 490 BOE Spiriva_IO O-15BOE0036_July 2015 (2).pdf
4.1.11.42 490 BOE Spiriva_IO O-15BOE0037_August 2015 (2).pdf
4.1.11.43 490 BOE Spiriva_IO O-15BOE0038_September 2015 (2).pdf
4.1.11.44 490 BOE Spiriva_IO O-15BOE0039_October 2015 (2).pdf
4.1.11.45 490 BOE Spiriva_IO O-15BOE0040_November 2015 (2).pdf
4.1.11.46 490 BOE Spiriva_IO O-15BOE0041_December 2015 (2).pdf
4.1.11.47 490 Spiriva- CMH- January 2015 (2).pdf
4.1.11.48 540 Pradaxa_CMH_Oct_2016 (2).pdf
4.1.11.49 540 Pradaxa_CMH_Sept_2016 (2).pdf
4.1.11.5 188 Jardiance_December_2016 IO.pdf
4.1.11.50 593 Stiolto_Dec2016_IO_rev (2).pdf
4.1.11.51 593 Stiolto_Nov2016_IO_rev (2).pdf
4.1.11.52 593 Stiolto_Oct2016_IO_rev (2).pdf
4.1.11.53 628 FULLY EXECUTED_O-16BOE0173-REV001_revisedp (2).pdf
4.1.11.54 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp (2).pdf
4.1.11.55 629 Stiolto_Dec2016_IO_updated (2).pdf
4.1.11.56 629 Stiolto_Nov2016_IO_updated (2).pdf
4.1.11.57 192 Tradjenta_August_2016 IO.pdf
4.1.11.58 192 Tradjenta_December_2016 IO.pdf
4.1.11.59 192 Tradjenta_July_2016 IO.pdf
4.1.11.6 188 Jardiance_July_2016 IO_Updated.pdf
4.1.11.60 192 Tradjenta_November_2016 IO.pdf
4.1.11.61 192 Tradjenta_October_2016 IO.pdf
4.1.11.62 192 Tradjenta_September_2016 IO.pdf

4.1.11.63 214 151123_Pradaxa_IO_April_2016 (1).pdf
4.1.11.64 214 151123_Pradaxa_IO_Feb_2016 (1).pdf
4.1.11.65 214 151123_Pradaxa_IO_June_2016 (1).pdf
4.1.11.66 214 151123_Pradaxa_IO_March_2016 (1).pdf
4.1.11.67 214 151123_Pradaxa_IO_May_2016 (1).pdf
4.1.11.68 310 BOE-STI-8 Apr16.pdf
4.1.11.69 310 BOE-STI-8 Feb16.pdf
4.1.11.7 188 Jardiance_June_2016 IO_Updated.pdf
4.1.11.70 310 BOE-STI-8 Jan16.pdf
4.1.11.71 310 BOE-STI-8 Jun16.pdf
4.1.11.72 310 BOE-STI-8 Mar16.pdf
4.1.11.73 310 BOE-STI-8 May16.pdf
4.1.11.74 310 Stiolto_CMH_August_2016.pdf
4.1.11.75 310 Stiolto_CMH_Dec_2016.pdf
4.1.11.76 310 Stiolto_CMH_July_2016.pdf
4.1.11.77 310 Stiolto_CMH_Nov_2016.pdf
4.1.11.78 310 Stiolto_CMH_Oct_2016.pdf
4.1.11.79 310 Stiolto_CMH_Sept_2016.pdf
4.1.11.8 188 Jardiance_March_2016 IO_Updated.pdf
4.1.11.80 490 BOE Spiriva_IO O-15BOE0031_February 2015.pdf
4.1.11.81 490 BOE Spiriva_IO O-15BOE0032_March 2015.pdf
4.1.11.82 490 BOE Spiriva_IO O-15BOE0033_April 2015.pdf
4.1.11.83 490 BOE Spiriva_IO O-15BOE0034_May 2015.pdf
4.1.11.84 490 BOE Spiriva_IO O-15BOE0035_June 2015.pdf
4.1.11.85 490 BOE Spiriva_IO O-15BOE0036_July 2015.pdf
4.1.11.86 490 BOE Spiriva_IO O-15BOE0037_August 2015.pdf
4.1.11.87 490 BOE Spiriva_IO O-15BOE0038_September 2015.pdf
4.1.11.88 490 BOE Spiriva_IO O-15BOE0039_October 2015.pdf
4.1.11.89 490 BOE Spiriva_IO O-15BOE0040_November 2015.pdf
4.1.11.9 188 Jardiance_May_2016 IO_Updated.pdf
4.1.11.90 490 BOE Spiriva_IO O-15BOE0041_December 2015.pdf
4.1.11.91 490 Spiriva- CMH- January 2015.pdf
4.1.11.92 540 Pradaxa_CMH_Oct_2016.pdf
4.1.11.93 540 Pradaxa_CMH_Sept_2016.pdf
4.1.11.94 593 Stiolto_Dec2016_IO_rev.pdf
4.1.11.95 593 Stiolto_Nov2016_IO_rev.pdf
4.1.11.96 593 Stiolto_Oct2016_IO_rev.pdf
4.1.11.97 628 FULLY EXECUTED_O-16BOE0173-REV001_revisedp.pdf
4.1.11.98 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp.pdf
4.1.11.99 629 Stiolto_Dec2016_IO_updated.pdf
4.1.2.1 160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
4.1.2.2 160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
4.1.2.3 675 Context Media Health- Biogen Tecfidera ERT CC_signed JM 170106_SIGNED.pdf
4.1.2.4 676 Context Media Health- Biogen Tecfidera CC_signed JM 170106_SIGNED.pdf
4.2.1 CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
4.2.2 Group MA 2017.pdf
4.2.3 Form System Agreement 2017.pdf
4.3.4 Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
4.3.1.1 ContextMedia BSBA Fully Executed (5).pdf
4.3.1.2 Amendment to BSBA (2).pdf
4.3.2.1 dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx
4.3.2.2 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (2).pdf
4.3.2.3 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (3).pdf
4.3.3.1 Context Media Proposal - 07 23 2015 Final.pdf
4.3.3.2 DOC071315-07132015.pdf
4.3.3.3 Swank_Context_DealMemo.pdf
4.3.3.4 Swank HealthCare Agreement Executed.pdf
4.4.1.1 Pounce Wallboard SOW.pdf
4.4.1.2 Pounce Media Player SOW.pdf
4.4.1.3 Pounce Master Supplier Agreement.pdf
4.4.2.1 MSA ContextMedia 2013-03-18.pdf
4.4.2.10 ContextMedia_Yitoa_32inch Wallboard_Statement of Work_20160317_CMH signed.pdf
4.4.2.11 Wallboard_Appendix A_Cost Structure_v9 added 64gb eMMC Flash & 4gb RAM_signed.pdf
4.4.2.12 ASSENT TO TERMS AND CONDITIONS AGREEMENT (1).pdf
4.4.2.13 MASTER SUPPLIER AGREEMENT_MSA_ContextMedia_Yitoa_20160317_CMH signed.pdf
4.4.2.2 Master Supplier Agreement Form.pdf
4.4.2.3 ContextMedia-Yitoa 13inch Tablet Statement of Work.pdf

4.4.2.4 ContextMedia- Yitoa 32inch Wallboard Statement of Work.pdf
4.4.2.5 Yitoa ASSENT TO TERMS AND CONDITIONS AGREEMENT.pdf
4.4.2.6 32inch SOW.pdf
4.4.2.7 13.3inch.pdf
4.4.2.8 ContextMedia Media Player SOW yitoa signed.pdf
4.4.2.9 ContextMedia_Yitoa_13inch Tablet Statement of Work_20160317_CMH signed.pdf
4.5.1 Credit Agreement Executed (1).PDF
4.6.1 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
4.6.10 6.1.2 Agreement of Lease NYC.pdf
4.6.11 7.6.19 ESRT Lincoln NY Lease Amendment #1 02-21-12.pdf
4.6.12 #2236951v17_CHI1_ - ContextMedia Lease-c.docx
4.6.2 Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1) (1).pdf
4.6.3 P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
4.6.4 P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
4.6.5 Yodle Web.com Context Media Consent to Sublease Agreement.PDF
4.6.6 One Madison executed Renewal lease APP with signatures.pdf
4.6.7 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor - Fully Executed.pdf
4.6.8 6.1.4 Final Tampa Office Lease-Liberty 2013.pdf
4.6.9 6.1.1 Agreement of Lease First Amendment NYC.pdf
4.7.1 Gravitas Hardware - Intercompany Agreement (2).pdf
4.7.2 Gravitas Management - Intercompany Agreement (2).pdf
4.7.3 Gravitas Hardware - Intercompany Agreement.pdf
4.7.4 Gravitas Management - Intercompany Agreement.pdf
4.7.5 Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
4.7.6 Services Agreement (ContextMedia).pdf
4.8.1 2016 Revenue - Top 10 Brands.xlsx
4.8.10 Humira 199 a.pdf
4.8.11 Humira 199 b.pdf
4.8.12 Humira 199 c.pdf
4.8.13 Humira 200 a.pdf
4.8.14 Humira 200 b.pdf
4.8.15 Humira 242 a.pdf
4.8.16 Humira 242 b.pdf
4.8.17 Humira 601.pdf
4.8.18 Jardiance 187 a.pdf
4.8.19 Jardiance 187 b.pdf
4.8.2 Breo Asthma 273.pdf
4.8.20 Jardiance 188 a.pdf
4.8.21 Jardiance 188 b.pdf
4.8.22 Jardiance 188 c.pdf
4.8.23 Jardiance 188 d.pdf
4.8.24 Jardiance 188 e.pdf
4.8.25 Jardiance 188 f.pdf
4.8.26 Jardiance 188 g.pdf
4.8.27 Jardiance 188 h.pdf
4.8.28 Jardiance 188 i.pdf
4.8.29 Jardiance 188 j.pdf
4.8.3 Breo Asthma 344.pdf
4.8.30 Movantik 124.pdf
4.8.31 Movantik 295.pdf
4.8.32 Movantik 296.pdf
4.8.33 Movantik 297.pdf
4.8.34 Movantik 599.pdf
4.8.35 Movantik 600.pdf
4.8.36 Praluent 218.pdf
4.8.37 Reapatha 217.pdf
4.8.38 Reaptha 532, 533.pdf
4.8.39 Repatha 216.pdf
4.8.4 Dula (Trulicity) 181, 517.pdf
4.8.40 Tecfidera 225 a.pdf
4.8.41 Tecfidera 225 b.pdf
4.8.5 Entresto 283.pdf
4.8.6 Entresto 284.pdf
4.8.7 Harvoni 236.pdf
4.8.8 Harvoni 510.pdf
4.8.9 Harvoni 567.pdf
5.1 CM Holdings LLC W-9.pdf

5.2 CM Inc W-9.pdf
5.3 W-9 ContextMedia LLC.pdf
6.1 NonCompete NonSolicit (w arb).docx
6.10 Yieldbot - CMH answer.pdf
6.11 Yieldbot Inc._s Answer to ContextMedia Health, LLC_s Counterclaim.PDF
6.2 Litigation Summary for GS.docx
6.3 Settlement Agreement (6).pdf
6.4 Settlement Agreement-5.pdf
6.5 viani-settlementagreement.final.executed.pdf
6.6 CMH Signature Page (1).pdf.pdf
6.7 Summons and Complaint - Yieldbot v. Pierce et al. (Index No. 650518-2017).pdf
6.8 Yieldbot Ltr to Kristen Carlisle from Gerard D. O_Shea.PDF
6.9 Yieldbot  - Response Letter 3295_001.pdf
7.1 Axis -  D&O, E&O, Fiduciary and Crime 12-4-2015.pdf
7.10 ContextMedia P+ Binder 2017 D&O.pdf
7.11 ContextMedia Healt LLC-AXIS Insurance 2017 Policy.pdf
7.12 ContextMedia Package Policy 83UUNZH7490 16-17.pdf
7.13 ContextMedia Umbrella Policy 16-17.pdf
7.14 ContextMedia WC Policy 16-17.pdf
7.15 ContextMediaForeign Package Policy 16-17 (1).pdf
7.16 ContextMedia Heat LLC-Endt #8, #9 and #10.pdf
7.2 BV Settlement Attachments.pdf
7.3 ContextMedia Health Settlement Memo for BV.docx
7.4 ContextMedia.pdf
7.5 ContextMedia Package Policy 83UUNZH7490 16-17 (2).pdf
7.6 ContextMedia Umbrella Policy 16-17 (2).pdf
7.7 ContextMedia WC Policy 16-17 (2).pdf
7.8 ContextMediaForeign Package Policy 16-17 (1) (2).pdf
7.9 ContextMedia Health, LLC-AXIS Insurance 2015 Policy.pdf
8.1 ContextMedia Company Values.pdf
8.10 ContextMedia - 2016 Long Term Incentive Plan - Executed (2).pdf
8.11 ContextMedia - Restricted Incentive Award Agreement - Form Award (2).doc
8.12 RIA Detail as of 12310216 (1).xlsx
8.2 Employee Handbook and Personnel Policy Manual - (July 2016 Working Version).pdf
8.3 Org chart.pdf
8.4 Org chart 2.pdf
8.5 ContextMedia Offer Letter - Madan-signed.pdf
8.7 ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
8.8 ContextMedia - Restricted Incentive Award Agreement - Form Award.doc
8.9 Outcome Health Employment Letter - Shradha Agarwal (1).pdf
8.6.1 Rishi Note $55k 12-31-2016.pdf
8.6.2 Rishi Note $37k 12312014.pdf
8.6.3 Rishi Note $37k 12-31-2016.pdf
8.6.4 Shradha Note $41k 12312014.pdf
8.6.5 Shradha Note $41k through 12-31-2016.pdf
8.6.6 Affiliate Loan Note - ContextMedia and Jumpstart.pdf
8.6.7 Assignment and Assumption of Promissory Note.pdf
9.1 10.1 Active_49994466_1_SecurityRulePoliciesandProcedures-ContextMediaBPEdits.docx.docx
9.2 10.1 Security Control Assessment for Members.xlsx
9.3 Internal systems summary.docx
9.4 mdm-new-erd.png
9.5 As-Filed Documents.pdf
9.6 GS IP Summary.docx
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).pptx
LLC Agreement Pre-Deal.pdf
Outcome Inc Cap Table 09302017.xlsx
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45739662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Context - Revised Structure Chart (003).pdf
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF

Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc.- W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110051_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP_(EXECUTED)_(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_(EXECUTED)_(46747285_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(4674728(
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_
Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED)_(46747289_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED)_(46747290_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PI
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED
Project C 3.0 _ Joinder to Purchase Agreement Prudence_(EXECUTED)_(46747282_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Ulysses_(EXECUTED)_(46747283_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF

Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(469
Project C 3.0 _ Side Letter Emerson [Executed]_(CLOSING SET).pdf
Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF
Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF
Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF
Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF
Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF
Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF
Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF
Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF
Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF
Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF
Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF
Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF
Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF
Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF
Resolutions - Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF
Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45
Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PD
Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement (Executed)_(45729891_2).PDF
Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF
Resolutions - Outcome, Inc. BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4
Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF
Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF
Resolutions - Outcome, Inc. - Stockholders re Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF
GSOHDOJ00000144 (unredacted).pdf
1 SUMMONS AND VERIFIED COMPLAINT.PDF
2015 ROI Reports - GS Lawsuit Review.docx
2015 ROI Studies (ROI per JPM).docx
56- SUMMONS AND AMENDED COMPLAINT.PDF
74- AMENDED SUMMONS AND COMPLAINT.PDF
75- AMENDED COMPLAINT REDLINE VERSION.PDF
BL-1 Verified Complaint.pdf
SEC_DEF_EPROD-000002814.pdf
SEC_DEF_EPROD-000002831.pdf
SEC_DEF_EPROD-000002836.pdf
SEC_DEF_EPROD-000002880.pdf
SEC_DEF_EPROD-000002888.pdf
SEC_DEF_EPROD-000002895.pdf
SEC_DEF_EPROD-000007568.pdf
SEC_DEF_EPROD-000007738.pdf
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf
Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M - Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP - Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k - Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf

TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m - Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf
Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx
Debt Attachment  TLB.xlsx
Debt Attachment .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf
ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow _Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  -  Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf
private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf

ContextMedia - Reorg Documents.zip
NPA.Executed.Final.pdf
2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Govt Version Shah.v.2.pdf
RE 2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Shah_Ri_psr.recD.pdf
Supp Govt Version Shah.v.2.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
20171017 Outcome Health_Revised Harvest Plan_v3F.pptx
Draft Project Wildcat Report 2-26-15.pdf
Project Wildcat Report 11-2-2015 draft.pdf
2016 Live Programs.xlsx
Dropbox (Outcome Health) - Shortcut (2).lnk
Dropbox (Outcome Health) - Shortcut.lnk
FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
Harvoni.xls
Revenue Data - By Period.xlsx
2013 - 2016 Revenue Summary AH and OH.xlsx
Q3 2013 - Q1 2014 Acct 8140 Detail_Travel.xls
Sponsorship Q1 Updates - Analysis.xlsx
Timing of Orders.xlsx
YTD Booking by Month.xlsx
Legal Entity - Outcome Health, Q1 Revenue.xlsx
Brands with 2017 Contracted Revenue 2017.04.26.xlsx
Contracts.zip
205 Contract.pdf
234 Contract.pdf
554 Contract.pdf
599 Contract.pdf
600 Contract.pdf
613 Contract.pdf
617 Contract.pdf
621 Contract.pdf
650 Contract.pdf
655 Contract.pdf
657 Contract.pdf
700 Contract.pdf
723 Contract.pdf
725 Contract.pdf
726 Contract.pdf
727 Contract.pdf
729 Contract.pdf
743 Contract.pdf
755 Contract.pdf
764 Contract.pdf
BPA Audit Process_v6.docx
12.31.2017 ICOM0000257 Invoice Detail.xlsx
677 - Bayer - OneADay 09-2017.pdf
747 & 961 - Bayer - Claritin Peds 09-2017.pdf
Embrel Derm_PO_Â 7100215189_Signed 9_17_15.pdf
Embrel Derm_Signed 9_17_15.pdf
Enbrel Derm_SOW_Signed 9_17_15.docx
10_1-12_31_15_Amgen_Prolia_Contract_Expansion & Extension_Executed.pdf
CM_HorizonMedia Harvoni_Q2 April - June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July - September 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 October - December 2015_dated 05292015.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct - December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August - December 2015_with Jan 2016 value added_Signed 04162015.p
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
Gilenya_Contract_Extension_9_1-11_30_15.pdf
NNI 2015 POC Novo_Levemir_Hispanic_REVISED signed 05292015.pdf
NNI 2015 POC Novo_Levemir_Hispanic_signed 05292015.pdf
Novo Nordisk CMH Saxenda Contract #6345 in DoMedia-06-11-2015 (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Revised NEW Contract #794 Jan-Dec 2015 signed 03102015.pdf
Spark OOH Billing Guidelines Updated 7.17 (1) (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Jan-Dec 2015.pdf

151119_Bayer_Prenatal_Contract (2).pdf
2012-2015 Contract Archive.zip
ABT-ANG-CONTEXT-Shah-National-10-26-2012_129957505871775763.pdf
ASTRAZENECA Sponsorship Contract.pdf
KN-CM Advertising Agreement_KN Signed_092812.pdf
LifeScan Sponsorship Contract.pdf
Novo Nordisk Levemir Sponsorship Contract.pdf
Novo Nordisk NovoLog Sponsorship Contract.pdf
Simponi Sponsorship Contract 1.pdf
Simponi Sponsorship Contract 2.pdf
Target Health - Androgel Sponsorship Contract.pdf
Target Health - Listerine Sponsorship Contract.pdf
Xiaflex Sponsorship Contract.pdf
Advertising  Agreement - Viatech Nutritional Sciences 06242013.pdf
Androgel K1459-0001-0001 Q1 2013 - Fully Executed.pdf
Androgel K1459-0001-0004 Q2 2013 - Fully Executed.pdf
Bayer Aleve 2Q-4Q 2013 CHM fully executed.pdf
Bayer Aspirin - 1Q - Target Health - Contract Fully Executed 120612.pdf
Bayer Aspirin 2Q-4Q 2013 CHM fully executed.pdf
Bayer K1663-0001-0004.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1 UnSigned.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1_Signed.pdf
Context Media Insetion Order Victoza 082313.pdf
Context Media Order Victoza Hispanic IO 10222013.pdf
Direct Advantage (Novo Nordisk) 2013 DHN Order 10.16.12.pdf
Humira Contract 2013 before Incremental-signed (1).pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Feb 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Jan 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA March 2013.pdf
Lucentis Q4 - Context Media Health IO - Countersigned.pdf
Mediavest Walmart Contract Q1 2013 signed.pdf
Medtronic Context Media SOW $900K Fully Executed.pdf
OMA Contract - Benlysta Q4 2013 Fully Executed.pdf
Pradaxa Insertion Order O-13BOE0023 August 2013.pdf
Pradaxa Insertion Order O-13BOE0023 December 2013.pdf
Pradaxa Insertion Order O-13BOE0023 July 2013.pdf
Pradaxa Insertion Order O-13BOE0023 June 2013.pdf
Pradaxa Insertion Order O-13BOE0023 May 2013.pdf
Pradaxa Insertion Order O-13BOE0023 November 2013.pdf
Pradaxa Insertion Order O-13BOE0023 October 2013.pdf
Pradaxa Insertion Order O-13BOE0023 September 2013.pdf
Pradaxa Insertions Order O-13BOE0023 April 2013.pdf
Target Health - Androgel Contract - K1459-0001-0005 (Q3 13) & K1459-0001-0006 (Q4 13)  Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013 Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013_Version 2.pdf
Target Health  CVS Contract Q4 2013 Fully Executed - Revised 11012013.pdf
Target Health  CVS Contract Q4 2013 Fully Executed.pdf
Vivus Qsymia ContextMedia MSA-WO#1 11-21-2012 Fully Executed.pdf
Walmart #65664 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65683 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65736 Mediavest CMH Sept 2013.pdf
Walmart#64293 Mediavest CMH July - Aug 2013 signed.pdf
Xeljanz (Pfizer) Advertising Agreement Fully Executed 081213.pdf
2014 POP schedule .xlsx
Spark_Abbvie_AndroGel CMH 2014 IO_ABV 68219.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
Target Health_Allergan_Botox_April-Oct 2014_Incremental.pdf
Target Health_Allergan_Botox_April-Oct 2014_K3242-0001-0009.pdf
OMA_Astellas-Myrbetriq_May-Aug 2014.pdf
Mediavest_Astrazenca_Farxiga_Q4 2014_7-22-14.pdf
MediaVest_Astrazeneca_Farxiga Multicultural_Signed 10.03.14.pdf
Target Health_Bayer-Aleve Contract_April-Dec 2014.pdf
Target Health_Bayer-Aleve Tablet Spon Contract_Q1 2014_Signed 11.04.12_K4349-0001-0001.pdf
01 2014 IO BI PRADAXA O-14BOE0019.pdf
02 2014 IO for BI PRADAXA O-14BOE0020.pdf
03 2014 IO for BI Pradaxa O-14BOE0021.pdf
04 2014 IO for BI Pradaxa O-14BOE0022.pdf

05 2014 IO for BI Pradaxa O-14BOE0023.pdf
06 2014 IO for BI Pradaxa O-14BOE0024.pdf
07 2014 IO BI PRADAXA.pdf
08 2014 IO BI PRADAXA.pdf
09 2014 IO BI PRADAXA.pdf
10 2014 IO BI PRADAXA.pdf
11 2014 IO BI PRADAXA.pdf
12 2014 IO BI PRADAXA.pdf
Boston Scientific-Giant Creative-CMH 2014 -signed.pdf
Crescendo Bioscience_July - Dec 2014_Signed.pdf
Target Health_CVS Contract_May-July 2014.pdf
Target Health_CVS_Philadelphia_12-20-2013.pdf
GSW_2015_Q2_Endo Aveed_Executed Contract (1).pdf
GSW_Sumavel DosePro_11.2014-04.2015_signed.pdf
Underscore Marketing_Gilead Sciences Sovaldi_Aug 2014-Jan 2015.pdf
OMA_GSK_Benlysta_Jan-June 2014.pdf
OMA_GSK_Breo_Nov-Dec 2014_signed 10302014.pdf
OMA_GSK_Quad Flu_Oct through Dec 2014_Signed.pdf
CM Horizon Rayos_Nov 2014-Nov 2015_Signed.pdf
Insulet IO_Omnipod_Nov and Dec 2014.pdf
Invokana_June-Dec 2014_Signed_3-17-14.pdf
Invokana_June-Dec 2014_Updated Contract_7.30.14.pdf
OMG Invokana_Oct-Dec 2014 Signed 9.26.14.pdf
OMG Invokana_Oct-Dec 2014_Signed.pdf
OMG_J&J_Simponi UC_CR21921_9-30-14.pdf
2014 Direct Advantage - Novo Levemir (Nov-Dec).pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Merck_Januvia_Nov 2014 2014-Apr 2015 Contract_Signed 11042014.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
MediaVest_Otsuka Pharma Abilify Tablet Spon Contract_CY 2014_Signed 11.05.2013_OTSK 67664.pdf
Xeljanz Context Media English 2014 - 12.3.2013.pdf
Xeljanz ContextMedia Spanish 2014 - 12.3.2013.pdf
2014-2015_Simponi_Q4 and value add_signed 11252014.pdf
Fully Executed - Q3 UMJ3 Simponi UC Context Contract counter-signed_Value Add.pdf
UMJ3_Simponi_Jan-Dec 2014.pdf
Spark_Sunovion Latuda _Context Media #73726_Sept-Nov 2014.pdf
Tandem Diabetes-CMH 2014 Contract.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Signed.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Updated_Signed.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Direct Advantage_Victoza Hispanic IO_ Oct 2013-Jan 2014.pdf
Nov 2014 DA Novo Nordisk Victoza_Signed.pdf
2014 Amendment To Vivus Qsymia WO.pdf
Vivus Qsymia ContextMedia June-December 2014.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Revised Signed 03312015.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Signed 03272015.pdf
Bayer_Aleve_Contract_April - December REVISED 04202015.pdf
1Y5N2u_snfSM9YgECcJ-RIMGo5smpnWXMmo7pJ90wBWI5bX_eSr5Cz5IR6abcu_VlNY71zOhF7ls34VIqvRy39aH1OGuXu_z=s0-d-919662793-postmessagerelay.js
AlbEiAIAAABDCPuwzKf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWJmMWM4MjM3MzA1YmU2NzVml api.js

b4g_bookmarklet.js
b4g_launcher_light.png
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.html
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.pdf
bg_afternoon_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cb=gapi.loaded_3
cleardot.gif
core-rpc-shindig.random-shindig.sha1.js
extensionsafejqueryui.css
extensionsafestyle.css
frame.html

hovercard.html
hscv.html
icon_1_pdf_x32.png
logo(1).gif
logo.gif
no_photo.png
photo(1).jpg
photo(2).jpg
photo.jpg
postmessageRelay.html
profile_mask_2x.png
profile_mask2_27px_noborder.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AGLTcCMN7n9o6L0bajy20AeMUtwp_7HRiA
rs=AGLTcCNOvJh_Cl5STyPlO85QKabm08Bsgg
rs=AGLTcCOBAwr-VLfesYs1MqpSjOCv7vODRQ
rs=AHGWq9A7HoMc6JDtdo4agQNOpuF0XX1SZA.html
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A(1)
rs=AItRSTPuvSfL23EX884E8LdKrieasdPodA
saved_resource
saved_resource(1)
saved_resource(2)
tinyboomlogo.png
Bayer_Aspirin_Contract May - December signed 04212015.pdf
Bayer Claritin Contract_March-Oct 2015_signed 02122015.pdf
Bayer Claritin_Contract_Revised March - Oct 2015 signed 07062015.pdf
Bayer_Miralax_Jan-Dec 2015_Executed_Contract_Contract K8332-0001-0001_12232014.pdf
Bayer_OAD_Contract_June - October signed 04132015.pdf
Bayer_One A Day Prenatal_Apr 15 -Dec 2015_K7746-0001-0009 signed 04092015.pdf
Bayer_One A Day Prenatal_Jan-Dec 2015_K7746-0001-0007_12242014.pdf
Rephresh_April - June 2015 signed 03132015.pdf
J&J_CPG Division MSA_Fully Executed.pdf
J&J_Bandaid Wound Care Q1&Q2 2015 PO#993415587_12192014.html
J&J_Bandaid Wound Care Q1&Q2 2015 SOW_Signed 12172014.pdf
JHI_Care4Today_March-May 2015_signed 02192015.pdf
JHI_Care4Today_PO# 993440454.pdf
J&J_Rogaine March-May 2015_signed 01112015.pdf
J&J_Rogaine Mar-May 2015 PO#  993423780_Signed 01142015.html
115 Kovler U of Chgo_Pay Agreement_01152015.pdf
MedStar Pay for Service_Signed 02192015.pdf
Humira PsA contract  June - November signed 05052015 .pdf
AbbVie HCV Jan-Dec 2015 DoMedia Spark OOH Contract_signed 02032015.pdf
AbbVie HCV Revised contract# 848 to August-Dec 2015 DoMedia Spark_signed 07162015.pdf
AbbVie HCV Revised to contract # 6109 Jan-July 2015 DoMedia Spark_signed 07162016.pdf
AbbVie HCV Jan-Dec 2015 Spark OOH Contract_signed 12102014.pdf
Abbvie Humira Derm Contract #831_Do Media_Spark_Jan-Dec 2015_0131205.pdf
AbbVie Humira Derm Jan-Dec 2015 Spark OOH Contract_signed 12032014.pdf
Abbvie Revised Humira RA Contract #847_DoMedia_Spark_Jan-Dec 2015_02012015.pdf
AbbVie Humira RA Jan-Dec 2015 Spark OOH Contract_signed 11052014.pdf
150901_Acorda_Ampyra_Executed_Contract.pdf
Actavis Linzess_April - July 2015 signed 03132015.pdf
Actavis Namenda_April-June 2015_Signeds 02122015.pdf
Actavis Namenda_Feb-March 2015_Signeds 02122015.pdf
Actavis Namenda_July-Sept 2015_Signeds 02122015.pdf
Actavis Namenda_Oct-Dec 2015_Signeds 02122015.pdf
Akrimax Tirosint_signed 12242014.pdf
Akrimax_Tirosint_April - October signed 04172015.pdf
Allergan_Botoxx_Contract_April-December_signed 03312015.pdf
CM_Allergan Botox_Q1 2015_Signed 11172014.pdf
OLD_Prolia _April-September 2015 signed 03032015.pdf
Astellas_Myrbetriq_October - December signed 06232015.pdf
Astrazeneca Farxiga_Jan-Dec 2015 Contract_FullyExecuted 12082014.pdf
Astrazeneca Symbicort_April-Sept 2015 signed 02242015.pdf

Avanir Context Media - In Office Consumer Program - Exam Room iPads.pdf
Avanir Context Media - MSA In Office Consumer Program - Exam Room iPads.pdf
Biogen_Tecfidera_Reinstating 2nd Half REVISED Feb-December signed 06152015.pdf
2015_Jan_Tecfidera_Revised Contract_Signed 121012.pdf
Biogen_Tecfidera_Contract_Revised 06022015 February - June (July forward cancelled) .pdf
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_ER Feb-Dec 2015_CM Signed 01282015.pdf
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_WR Feb-Dec 2015_CM Signed 01282015.pdf
Jardiance Context Media 2015.08.pdf
Jardiance Context Media 2015.09.pdf
Jardiance Context Media 2015.10.pdf
Jardiance Context Media 2015.11.pdf
Jardiance Context Media 2015.12.pdf
Jardiance Context Media 2016.01.pdf
Jardiance_Contract Aug - Jan 2015 signed 07062015pdf.pdf
BOE Pradaxa_IO O-15BOE0006_January 2015.pdf
BOE Pradaxa_IO O-15BOE0007_February 2015.pdf
BOE Pradaxa_IO O-15BOE0008_March 2015.pdf
BOE Pradaxa_IO O-15BOE0009_April 2015.pdf
BOE Pradaxa_IO O-15BOE0010_May 2015.pdf
BOE Pradaxa_IO O-15BOE0011 _June 2015.pdf
BOE Pradaxa_IO O-15BOE0012_July 2015.pdf
BOE Pradaxa_IO O-15BOE0013_August 2015.pdf
BOE Pradaxa_IO O-15BOE0014_September 2015.pdf
BOE Pradaxa_IO O-15BOE0015 _October 2015.pdf
BOE Pradaxa_IO O-15BOE0016 _November 2015.pdf
BOE Pradaxa_IO O-15BOE0017_December 2015.pdf
BOE Spiriva_IO O-15BOE0030_January 2015.pdf
BOE Spiriva_IO O-15BOE0031_February 2015.pdf
BOE Spiriva_IO O-15BOE0032_March 2015.pdf
BOE Spiriva_IO O-15BOE0033_April 2015.pdf
BOE Spiriva_IO O-15BOE0034_May 2015.pdf
BOE Spiriva_IO O-15BOE0035_June 2015.pdf
BOE Spiriva_IO O-15BOE0036_July 2015.pdf
BOE Spiriva_IO O-15BOE0037_August 2015.pdf
BOE Spiriva_IO O-15BOE0038_September 2015.pdf
BOE Spiriva_IO O-15BOE0039_October 2015.pdf
BOE Spiriva_IO O-15BOE0040_November 2015.pdf
BOE Spiriva_IO O-15BOE0041_December 2015.pdf
Tradjenta- CMH- August 2015.pdf
Tradjenta- CMH- July 2015.pdf
Tradjenta- CMH- June 2015.pdf
Tradjenta- CMH- May 2015.pdf
Tradjenta- CMH- October 2015.pdf
Tradjenta- CMH- September 2015.pdf
141222_July-Dec 2015_BMS Atripla_Executed_Contract_Signed 12192014.pdf
Celegne Otezla_CMH revised signed 04202015.pdf
Celgene_Otezla_signed 03272015.pdf
Context Media PO_5_96846_Feb to June 2015.pdf
Context Media PO_5_96846_July 2015 to Jan 2016.pdf
Crescendo Bioscience MSA_January 2015_CM Signed01192015.pdf
Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015.pdf
DAI_Effient DTC_Contract_August - March 2016 signed 08-24-15.pdf
DAI_Effient_Contract_August - March 2016 signed 06292015.pdf
DAI_HTN_Contract_November - December signed 07242015.pdf
DAI_Savaysa contract August - March 2016 signed 07212015.pdf
DAI_Savaysa DTC contract October - March 2016 signed 08072015.pdf
Eli Lily_Dula_Sept-Dec Executed Contract_.pdf
Eli Lily_Humalog_Contract Sept - December revised 06232015.pdf
2015_Q2_Endo Aveed_Executed Contract.pdf
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
CM_HorizonMedia Harvoni_Q2 April - June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July - September 2015_dated 05292015 (1).pdf

CM_HorizonMedia Harvoni_Q3 October - December 2015_dated 05292015.pdf
Harvoni Incremental Contract 24592 Aug-15 Inv 1087.pdf
Harvoni Incremental July-15 Inv 1055.pdf
Harvoni Incremental Sep-15 Inv 1164.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct - December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August - December 2015_with Jan 2016 value added_Signed 04162015.p
Hologic_Contract_Revised_Aug - September signed 07152015.pdf
151124_GSK_Boostrix_Contract (1).pdf
GSK Boostrix June - December signed 04132015.pdf
GSK_QuadFlu_August 2015 - January 2016 signed 07272015.pdf
GSK Anoro_Jan-June 2015_REVISED signed 04042015.pdf
GSK Anoro_July-December 2015 signed 03022015.pdf
GSK Anoro_Jan-June 2015_Signed 11192014.pdf
GSK Anoro_Jan-March 2015_Signed 11112014.pdf
Tanzeum Incremental_ March - October 2015 revised 06232015.pdf
Tanzeum Incremental_Executed March - Sept 2015 revised 03112015.pdf
Tanzeum_Adjusted Launch_March-Sept 2015_Signed 02102015.pdf
Tanzeum_revised March - September 2015 signed 03032015.pdf
Horizon Pharma_Rayos Amendment_01142015.pdf
Horizon Pharma_Rayos Final Contract_02242015.pdf
Horizon Pharma_Rayos_2015 Contract_10272014.pdf
JDRF May 26 - August 25 dated 05192015.pdf
JMF contract August - December 2015 signed 06102015.pdf
JMF contract August - December 2015 signed 07202015.pdf
J&J Invokana_HISPANIC_Aug-Dec 2015_Signed 07232015.pdf
J&J Invokana_Jan-Dec 2015_Signed 11172014.pdf
JHI Care4Today Q1 2015_Signed 12192014.pdf
150903_J&J_Prezcobix_Revised_Contract_Executed (1).pdf
OLD_J&J_Prezcobix Revised to_September - Dec signed 5-27-15.pdf
OLD_J&J_Prezcobix_Contract_July - Dec 2015 signed 032015.pdf
SimponiAria_Jan-Dec 2015 Revised_Signed 12222014.pdf
Simponi UC_April - December Extension revised signed 07152015.pdf
Simponi UC_April-June 2015 signed 02262015.pdf
Simponi UC_April-September 2015 revised signed 05052015.pdf
Arbor_Edarbi_Contract_April - September.pdf
Medtronic_MiniMed Feb-Oct 2015 Contract_Signed 01152015.pdf
PNEUMOVAX 23_September 2015 - Feb. 2016 signed 07272015.pdf
Merck_Belsomra_BRANDED Revised to September - November Contract dated 07142015.pdf
Merck_Belsomra_BRANDED_Revised 05072015.pdf
Merck_Belsomra_BRANDED_signed 02242015.pdf
Merck_Belsomra_UNBRANDED_Revised signed 05072015.pdf
Merck_Belsomra_UNBRANDED_signed 02242015.pdf
150908_Merck_Januvia_Revised (2).pdf
Context Media 2014 Januvia ROI Terms_2 2 15 Rev.docx
Januvia 2014-2015 Billing.xlsx
OLD_Merck Januvia expansion contract_Jan-Dec 2015_signed 02132015.pdf
OLD_Merck Januvia expansion_Revised Jan-Dec 2015_signed 05072015.pdf
150908_Merck_Keytruda_Extension (2).pdf
OLD_Merck Keytruda Contract_April-Sept 2015_signed 02122015.pdf
OLD_Merck Keytruda Revised Contract_May-October 2015_signed 05012015.pdf
Zetia_June - December 2015 Revised_signed 05072015.pdf
Zetia_June - December 2015 signed 03132015.pdf
OLD_Gilyena extension.pdf
OLD_Novartis_Gilyena_Jan - June signed 11192014.pdf
Eliquis_April - December signed 03122015.pdf
Pfizer Pharma_Xeljanz Jan-Dec 2015_Signed 11102014.pdf
Publix Diabetes Campaign revised March 9-April 7 2015 03122015.pdf
Publix Diabetes Campaign_March 2015_Signed 02122015.pdf
DigitasHealth Auvi-Q Revised June- Sept signed 06102015.pdf
DigitasHealth Auvi-Q.pdf
Ooh Pitch Inc Praluent November - December 2015 signed 08072015.pdf
151020_Sanofi_Afrezza_Contract_Revised (1).pdf
OLD_150817_Sanofi_Afrezza_Executed_Contract.pdf
OLD_150901_Sanofi_Afrezza_Contract_Revised (Expansion).pdf
Aptiom_Revised Contract_9-18-2015.pdf
OLD_Aptiom_Revised Contract Exam Room.pdf

OLD_Sunovion_Aptiom_ER_Contract August - March 2015 signed 07132015.pdf
OLD_Sunovion_Aptiom_WR_Contract August - March 2015 signed 07132015.pdf
Brintellix .pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
Entivyo PO June 2015 - January 2015.pdf
Target Pharmacy_Revised Contract July-September signed 07062015.pdf
Target Pharmacy_signed 05272015.pdf
Humira_HPS_ContextMedia_tablet_IO_2016 - SIGNED (1).pdf
Humira_HPS_ContextMedia_video_IO_2016 - SIGNED (1).pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed (3).pdf
16107_AbbVie_HumiraPsA_Video_Contract_Signed (3).pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED (2).pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
160118_Akrimax_Tirosint_Contract_Signed (1).pdf
151216_Aczone_Contract_Executed.pdf
151203_Botox_Contract_Executed (2).pdf
160201_Amgen_EnbrelDerm_Contract_Executed (2).pdf
151203_Repatha_Contract_Executed (4).pdf
160115_Repatha_Incremental_Contract_Executed (1).pdf
160128_AstraZeneca_Bydureon_Contract_Executed (2).pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf
151207 Symbicort Contract Expansion & Extension (2).pdf
160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed (2).pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4 (2).pdf
160128_ClaritinBase_AprilMay_Contract (1).pdf
160128_ClaritinBase_March_Contract (1).pdf
2016_ClaritinPeds_AprilMay_Contract (3).pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract (3).pdf
151218_Bayer Contour Next_2016_Contract.pdf
151102_MiraFiber_Contract (1).pdf
151109_Miralax_Contract (2).pdf
160120_Biogen_Contract (4).docx
160203_Biogen_Plegridy_ERT_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
160203_Biogen_Zinbryta_ERT_Contract_Signed (1).pdf
160203_Biogen_Zinbryta_WR_Contract_Signed (2).pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf

Tradjenta_September_2016 IO.pdf
160316_BostonSci_Contract (1) (1).pdf
151201_Atripla_2016_Contract_Executed (3).pdf
160314_BMS Oncology_Pilot 1_Contract.pdf
160314_BMS Oncology_Pilot 1_Contract2.pdf
160127_Orencia_Contract_Updated (1).pdf
160204_OtezlaPsO_Contract_Executed (1).pdf
160204_OtezlaPsA_Contract_Executed (1).pdf
20160223_VectraDA_2016_Contract (2).pdf
PO_5_107616_0_US[1].pdf
160315_Effient HCP_Incremental_Contract (2).pdf
20160203_Welchol_Contract (4).pdf
160307_Dannon_Activia_Contract  (1).pdf
160225 EliLilly Glucagon Contract Executed (2).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160223_GoVeggie_Contract_Executed (3).pdf
151222 Gilead Harvoni Contract (3).pdf
151105_Anoro_Contract (4).pdf
151005_Contract_Breo (4).pdf
160331_Breo_Updated_Contract (1).pdf
151214_GSK HIV_2016_Contract (1).pdf
160111_Healthplans_Contract_Executed (2).pdf
160118_Horizon_Rayos_Work_Order_Form (5).docx
Horizon Rayos Billing Rev Update.xlsx
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
Jazz Pharma Amendment (1).docx
151218_Invokana_2016_Contract_Updated (2).pdf
160211_Invokana_2016_Contract_Executed (1).pdf
151214_2016_Prezcobix_Contract (1).pdf
2016 ContextMedia_SimponiAria (2).docx
20160129_Konsyl_Contract_Executed (2).pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed (1).pdf
2016_Entresto_151218_Contract (1).pdf
2016_Entresto_151218_Contract_Lit.pdf
2016_Entresto_160304_Contract_Incremental (2).pdf
151209_Gilenya_2016_Contract (1).pdf
Context Health 2016 IO Novolog.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
Context Health 2016 IO Tresiba.pdf
Context Health IO 2016 Victoza.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
151123_Rexulti_2016_Contract_Executed (3).pdf
20160104_Eliquis_2016_Contract_Updated_Executed (2).pdf
20160111_Eliquis_2016_Contract_Incremental (1).pdf
Eliquis Context Media Billing Schedule 1.13.16.xlsx
151110_Nexium_Contract_Executed (2).pdf
160212_PVC_2016_Contract_Executed (2).pdf
160106_Xeljanz_Contract_Updated_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160316_Aptiom_Contract.pdf
160203_Amitiza_Contract (1).pdf
160218_Amitiza_Incremental_Contract (2).pdf
ContextMedia Mail - Fwd_ Re_ Billing.pdf
160203_Dexilant_Contract (1).pdf
160218_Dexilant_Incremental_Contract (2).pdf
Absorb Q1 2017 contract.pdf
AH Dexcom 2017 contract.pdf
BCBS-AL Q1 2017 contract.pdf
Stelara Chrohns 2017.pdf
Contract Master.xlsx
Movantik Incremental Contract 7.25.2016.pdf
151218_Bayer Contour Next_2016_Contract.pdf
151218_Bayer Contour Next_2016_Contract_edit (1).pdf
151218_Bayer Contour Next_2016_Contract_edit.pdf
160128_EliLilly_Trulicity_Contract.pdf

160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160714 AZ Farxiga Revised Contract.pdf
160324 AZ Bydureon Revised Contract Executed.pdf
160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
160128_AstraZeneca_Bydureon_Contract_Executed.pdf
2016 Dexcom CMH Executed Contract 160606.pdf
160225 EliLilly Glucagon Contract Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
160211_Invokana_2016_Contract_Executed (1).pdf
160211_Invokana_2016_Contract_Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
Jardiance_April_2016 IO.pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
Jaridance Revenue Allocation.xlsx
160606_Medtronic_ClinicalTrials_Contract_Executed.pdf
160118_ Novo Nordisk_ NovoLog_IO (1).pdf
160118_ Novo Nordisk_ NovoLog_IO (2).pdf
160118_ Novo Nordisk_ NovoLog_IO (3).pdf
160118_ Novo Nordisk_ NovoLog_IO.pdf
160118_ Novo Nordisk_ NovoLog_IO.xlsx
160118_Novo Nordisk_ Tresiba_IO.pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (1).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract.pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (2).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Novolog Appendix A (1).pdf
Novolog Appendix A (2).pdf
Novolog Appendix A.pdf
Revenue Allocation.xlsx
Tresiba Appendix A.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf
160202 AstraZeneza Onglyza Contract Executed (2).pdf
160202 AstraZeneza Onglyza Contract Executed.pdf
160324 AZ Onglyza Revised Contract (1).pdf
160324 AZ Onglyza Revised Contract (2).pdf
160324 AZ Onglyza Revised Contract.pdf
160606 AZ Onglyza Revised Contract Executed.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf
Tradjenta_September_2016 IO.pdf
160118_Novo Nordisk_ Tresiba_IO (1).pdf

160118_Novo Nordisk_ Tresiba_IO.pdf
160118_Novo Nordisk_ Tresiba_IO.xlsx
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Tresiba Appendix A (1).pdf
Tresiba Appendix A.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160114_EliLilly_Humalog_Contract_Executed (1).pdf
160114_EliLilly_Humalog_Contract_Executed.pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed (1).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
Rev Allocation Calc.xlsx
160428_Valeritas_VGO_Contract - R1 (1) (1).pdf
160428_Valeritas_VGO_Contract - R1 (1) (1).pdf
160505_Valeritas_Vgo_SOW_Signed.pdf
160118_Novo Nordisk_ Victoza_IO.pdf
160118_Novo Nordisk_ Victoza_IO.xlsx
160628_Novo_Nordisk_Victoza_April-Dec_Contract.pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract.pdf
Allocation.xlsx
Victoza Appendix A.pdf
160118_Novo Nordisk_ Victoza_IO (1).pdf
160118_Novo Nordisk_ Victoza_IO (2).pdf
160628_Novo_Nordisk_Victoza_April-Dec_Contract (1).pdf
160628_Novo_Nordisk_Victoza_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (2).pdf
Victoza Appendix A (1).pdf
20160203_Welchol_Contract (1).pdf
20160203_Welchol_Contract.pdf
151009_EnbrelRA_Contract.pdf
160404_EnbrelRA_Contract_Executed (1).pdf
160404_EnbrelRA_Contract_Executed.pdf
151217 Humira RA POC Context Media Tablet 2016 IO.pdf
151217 Humira RA POC Context Media Waiting Room 2016 IO.pdf
151217 Humira RA POC Context Media Wallboard 2016 IO.pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED.pdf
160610_AbbVie_Humira_RA_Tablet_Contract (1).pdf
160610_AbbVie_Humira_RA_Tablet_Contract.pdf
160610_AbbVie_Humira_RA_WRTV_Contract (1).pdf
160610_AbbVie_Humira_RA_WRTV_Contract.pdf
160610_AbbVie_Humira_PsA_Tablet_Contract.pdf
160610_AbbVie_Humira_PsA_WRTV_Contract.pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed.pdf
151201_Orencia_Contract_Executed.pdf
160127_Orencia_Contract_Updated.pdf
Contract #8891 - ContextMedia-Health.pdf
160118_Horizon_Rayos_Work_Order_Form (1).docx
Rev Allocation.xlsx
151022_Simponi Aria_Contract 2016 (1).pdf
151022_Simponi Aria_Contract 2016 (2).pdf
151022_Simponi Aria_Contract 2016 (3).pdf
151022_Simponi Aria_Contract 2016 (4).pdf
151022_Simponi Aria_Contract 2016.pdf
2016 Simponi Aria CMH Executed Contract (1).pdf
2016 Simponi Aria CMH Executed Contract (2).pdf
2016 Simponi Aria CMH Executed Contract (3).pdf
2016 Simponi Aria CMH Executed Contract (4).pdf
2016 Simponi Aria CMH Executed Contract.pdf
151022_Simponi Aria_Contract 2016.pdf
160513 Stelara PsA J3 Signed Contract (1).pdf
160513 Stelara PsA J3 Signed Contract (2).pdf
160513 Stelara PsA J3 Signed Contract (3).pdf
160513 Stelara PsA J3 Signed Contract.pdf

Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015 (1).pdf
20160223_VectraDA_2016_Contract (1).pdf
20160223_VectraDA_2016_Contract.pdf
151223_Xeljanz_Contract_Executed.pdf
160106_Xeljanz_Contract_Updated_Executed.pdf
150623_Astellas_Myrbetriq_Contract_Executed (1).pdf
150623_Astellas_Myrbetriq_Contract_Executed.pdf
160410_Effient_DTC_Contract.pdf
160315_Effient_HCP_Incremental_Contract.pdf
20151223_Eliquis_2016_Contract_Executed.pdf
20151223_Eliquis_2016_Contract_Executed_Updated.pdf
20160104_Eliquis_2016_Contract_Updated_Executed.pdf
20160111_Eliquis_2016_Contract_Incremental.pdf
20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
DAI_HTN_Contract_November - December signed 07242015.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
151203_Repatha_Contract_Executed.pdf
151203_Repatha_Contract_Executed.pdf
160115_Repatha_Incremental_Contract_Executed.pdf
160518_Repatha_Incremental_Contract.pdf
160518_Repatha_Incremental_Contract_Extension.pdf
160518_Repatha_Incremental_Contract.pdf
151119_Praluent_Contract_Executed (1).pdf
151119_Praluent_Contract_Executed.pdf
160310 Sanofi Praluent Incemental Contract Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160606_Praluent_Incremental_Contract_Executed (1).pdf
160606_Praluent_Incremental_Contract_Executed (2).pdf
160606_Praluent_Incremental_Contract_Executed.pdf
150721_Savaysa_HCP_Contract.pdf
160226_Ampyra_2016_Contract.pdf
160316_Aptiom_Contract (1).pdf
160316_Aptiom_Contract.pdf
160401_Aptiom_Contract_ER_Executed.pdf
160401_Aptiom_Contract_WR_Executed.pdf
160531_Aptiom_ERT_Contract.pdf
160531_Aptiom_WR_Contract.pdf
151203_Botox_Contract_Executed.pdf
151209_Gilenya_2016_Contract.pdf
160623 Gilenya 2016 Rev Contract_2H allocation (1).pdf
160623 Gilenya 2016 Rev Contract_2H allocation.pdf
Rev Allocation.xlsx
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160511_Biogen_Interferons_ERT_Revised_Language_Contract_Signed (1).pdf
160511_Biogen_Interferons_WR_Revised Language_Contract_Signed (1) (1).pdf
160120_Biogen_Contract (6).docx
160203_Biogen_AboveMS_ERT_WB_Contract_Signed.pdf
160203_Biogen_AboveMS_WR_Contract_Signed.pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160428_Biogen_Tecfidera_ERT_WB_PMC_Revised_With Incremental_Contract_Signed - R1.pdf
160511_Biogen_AboveMS_ERT_WB_Revised Language_Contract_Signed (1).pdf
160511_Biogen_Tecfidera_WR_Revised_Language_With Incremental_Contract_Signed (1).pdf
Revenue Allocation.xlsx
150908_Vimpat_Contract.pdf
ContextMedia_UCB Vimpat Incremental_Executed SOW.5.24.16.pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed.pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed (1).pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed.pdf
160715 JazzPharma Xyrem Flight Amendment Executed (1).pdf
160715 JazzPharma Xyrem Flight Amendment Executed.pdf

160203_Biogen_Zinbryta_ERT_Contract_Signed.pdf
160203_Biogen_Zinbryta_WR_Contract_Signed.pdf
160623_Horizant_Unbranded_Contract.pdf
160623_Horizant_Unbranded_Contract.pdf
160218_Amitiza_Incremental_Contract (2).pdf
160203_Amitiza_Contract (1).pdf
160203_Amitiza_Contract_Executed (1).pdf
160203_Amitiza_Contract_Executed.pdf
160218_Amitiza_Incremental_Contract (1).pdf
160218_Amitiza_Incremental_Contract.pdf
160616_AbbVie_Creon_Revised Flight_Amendment (1).pdf
2016 Creon CMH IO - Final Signed 6.16.16 (1).pdf
160226 AbbVie Creon IO (1).pdf
160226 AbbVie Creon IO.pdf
160616_AbbVie_Creon_Revised Flight_Amendment.pdf
2016 Creon CMH IO - Final Signed 6.16.16.pdf
160218_Dexilant_Incremental_Contract.pdf
160623_Dexilant_Incremental_WR_Contract.pdf
Allocation.xlsx
160623_Dexilant_Incremental_ER_Contract.pdf
160203_Dexilant_Contract_Executed.pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
151222 Gilead Harvoni Contract (3).pdf
151222 Gilead Harvoni Contract.pdf
160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract.pdf
160628 Bulk Shipment Grid at Project Level and Inventory Update Signature Form.pdf
160628 Loose PI Shipment Grid and Inventory Update Signature Form_Viekira Pak_CMH_Sig.pdf
160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract (1).pdf
2016 Viekira HCV POC IO - Context Media Health 3.9.2016.pdf
160615 Allergan Aczone Revised Contract.pdf
151216_Aczone_Contract_Executed (1).pdf
160426 Aczone Revised Executed Contract.pdf
150921_Amgen_Enbrel_Derm_Campaign Overview.pdf
160201_Amgen_EnbrelDerm_Contract_Executed.pdf
160419_EnbrelDerm_Contract_Executed.pdf
160602_EnbrelDerm_Contract_Revised.pdf
160610_AbbVie_Humira_PsO_Tablet_Contract.pdf
160610_AbbVie_Humira_PsO_WRTV_Contract.pdf
151202_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsA_Contract_Executed.pdf
151105_Neulasta_SOW.pdf
150828_BMS_BMS Oncology_Contract.pdf
160506_Empliciti_Contract.pdf
160427_Opdivo_WR_Contract.pdf
160506_Empliciti_Contract (1).pdf
160510 Genentech Oncology Contract (1).pdf
160510 Genentech Oncology Contract.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed.pdf
160108 Merck Keytruda Lung Contract.pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160628_Merck_Keytruda_Lung_Contract_Signed.pdf
160408_BMS Oncology_Contract.pdf
160408_BMS Oncology_Contract.xlsx
160314_BMS Oncology_McKesson_Contract.pdf
160314_BMS Oncology_McKesson_Contract2.pdf
160408_BMS Oncology_Contract (1).pdf
160408_BMS Oncology_Contract (2).pdf
160408_BMS Oncology_Contract (3).pdf
160408_BMS Oncology_Contract (4).pdf
160427_Opdivo_WR_Contract.pdf
2016 Ibrance Executed Contract 160621.pdf
151201_Atripla_2016_Contract_Executed.pdf
160602_Atripla_Contract_Executed.pdf
151214_2016_Prezcobix_Contract.pdf
160506_Prezcobix_Contract.pdf
160623 Revised Prezcobix 2016 Contract.pdf

160623 Revised Prezcobix 2016 Contract.pdf
160623 Revised Prezcobix 2016 Contract (1).pdf
Prezcobix allocation.xlsx
150903_J&J_Prezcobix_Revised_Contract_Executed.pdf
151021_Grastek_Contract_Executed.pdf
151123 Grastek Incremental Contract.pdf
160202_Merck_Grastek_Incremental_Revised_Contract_Executed.pdf
160404_Merck_Ragwitek_Contract_Signed.pdf
160504 Merck Nexplanon Context Media ADDENDUM.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed.pdf
Nexplanon allocation.xlsx
160404_Merck_Nexplanon_Contract_Signed.pdf
160504_Merck_Nexplanon_Contract.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (1).pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (2).pdf
160212_PVC_2016_Contract (1).pdf
160212_PVC_2016_Contract.pdf
160212_PVC_2016_Contract_Executed.pdf
Premarin allocation.xlsx
160615 Bayer Skyla 2016 Executed Contract.pdf
160410_Effient_DTC_Contract (1).pdf
160410_Effient_DTC_Contract.pdf
160415_23&Me Executed Contract with Addendum (1).pdf
160415_23&Me Executed Contract with Addendum.pdf
160307_Dannon_Activia_Contract .pdf
160509 Activia Revised Executed Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed.pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4.pdf
151105_Anoro_Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (1).pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (2).pdf
160610 GSK Tdap Revised Contract_CR25788R.pdf
160316_BostonSci_Contract (1) (1).pdf
160316_BostonSci_Contract (1).pdf
151005_Contract_Breo (1).pdf
151005_Contract_Breo.pdf
160329_Breo_Wifi_Contract (1).pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract (1).pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606 (1).pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
Allocation.xlsx
Brintellix 2015-2016.pdf
Britellix allocation.xlsx
160503_Brintellix_Contract_Executed (1).pdf
160503_Brintellix_Contract_Executed (2).pdf
160503_Brintellix_Contract_Executed.pdf
2016_ClaritinPeds_AprilMay_Contract.pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract.pdf
151120_Claritin_2016_Contract.pdf
160128_ClaritinBase_AprilMay_Contract.pdf
160128_ClaritinBase_March_Contract.pdf
160506_Contrave_Contract_Executed.pdf
160715_Contrave_Amendment.pdf - 2016-07-18.pdf
160407_Horizon_Pharma_Duexis_Tablet_SOW_Signed.PDF
160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed.PDF
151110_Emisphere_Contract (1).pdf
151110_Emisphere_Contract (2).pdf
151110_Emisphere_Contract.pdf
160512 MerckEngage Contract Executed.pdf

160512 MerckEngage Contract.pdf
2016 Revised Entresto Contract  160303.pdf
2016 Entresto Original Contract 151218.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016_Entresto_151218_Contract_Lit.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016 GoodRx Sponsor Agreement_fully executed (1).pdf
2016 GoodRx Sponsor Agreement_fully executed (2).pdf
2016 GoodRx Sponsor Agreement_fully executed.pdf
160223_GoVeggie_Contract_Executed.pdf
160111_Healthplans_Contract_Executed (1).pdf
160111_Healthplans_Contract_Executed.pdf
151214_GSK HIV_2016_Contract.pdf
160610 GSK HIV Unbranded WR Contract_CR25895.pdf
2016 GSK HIV Incremental Executed Contract 160606.pdf
160413 JMF Executed Contract (1).pdf
160413 JMF Executed Contract (2).pdf
160413 JMF Executed Contract.pdf
20160129_Konsyl_Contract_Executed.pdf
160516_Shire_DryEye_Contract.pdf
151109_Miralax_Contract.pdf
1605010 Miralax ER Contract.pdf
151102_MiraFiber_Contract.pdf
160427 AZ Movantik Q2 Q3 2016 Contract (1).pdf
160427 AZ Movantik Q2 Q3 2016 Contract.pdf
151110_Nexium_Contract_Executed (1).pdf
151110_Nexium_Contract_Executed.pdf
Horizon_NSAID_Contract_signed 022415.pdf
151119_Bayer_Prenatal_Contract (2).pdf
151119_Bayer_Prenatal_Contract (1).pdf
151119_Bayer_Prenatal_Contract.pdf
20160418_Prevnar_2016_Contract_Executed.pdf
151123_Rexulti_2016_Contract_Executed.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
160628_Novo_Nordisk_Saxenda_April-Dec_Contract.pdf
160628_Novo_Nordisk_Saxenda_Jan-March_Contract.pdf
CMH_Terms_AppendixA.pdf
Device allocation.xlsx
160517 Sea-Band Signed Contract (1).pdf
160517 Sea-Band Signed Contract (2).pdf
160517 Sea-Band Signed Contract.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Stiolto_CMH_2016.08.pdf
Stiolto_CMH_2016.09.pdf
Stiolto_CMH_2016.10.pdf
Stiolto_CMH_2016.11.pdf
Stiolto_CMH_2016.12.pdf
151207 Symbicort Contract Expansion & Extension.pdf
160224 AstraZeneca Symbicort Contract.pdf
160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (3).pdf
160610_SynviscOne_Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (2).pdf
160610_SynviscOne_Contract.pdf
160118_Akrimax_Tirosint_Contract_Signed.pdf
160627_Akrimax_Tirosint_Amendment_Cancellation_Signed.pdf
160324_Horizon_Pharma_MSA_Vimovo_Wallboard_SOW_Signed (1).pdf
160411_Horizon_Pharma_Vimovo_Tablet_SOW_Signed.PDF
Xulane IO 07.2016 - 10.2016.pdf

160706_Lemtrada_Contract_Executed.pdf
160706 Simponi UC 2016 Executed Contract.pdf
160706 Stelara CD 2016 Executed Contract.pdf
UM Signed Agreement.pdf
2016 Replens Executed Contract 160715.pdf
160720 Xarelto 2016 Executed Contract.pdf
ContextMedia_Contract Addendum Template_01012015.docx
ContextMedia_Contract_Template_01012015.docx
160906_Belviq_Contract_Amendment.pdf
ContextMedia, Inc - PWO (Rozerem NPS Program)v3.docx
NPS Program Proposal.docx
NPS SOW (NPS Incentive).docx
NPS SOW Template.docx
Xarelto.pdf
CMH Abbvie HCV 2015 Office Locations.docx
CMH Abbvie HCV 2015 Office Locations.pdf
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira Derm 2015 Office Locations.docx
CMH Abbvie Humira Derm 2015 Office Locations.pdf
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira RA 2015 Office Locations.docx
CMH Abbvie Humira RA 2015 Office Locations.pdf
CMH Abbvie Humira RA 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie_Humira PsA Location list 2015.docx
CMH Levemir & Novolog Office Locations_Jan 2015.xlsx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH Novo Nordisk Levemir 2015 Office Locations.docx
CMH Novo Nordisk Levemir 2015 Office Locations.pdf
CMH Novo Nordisk NNI Hispanic Levemir 2015 Office Locations NEW CONTRACT#6148.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.pdf
CMH Novo Nordisk Novolog 2015 Office Locations.docx
CMH Novo Nordisk Novolog 2015 Office Locations.pdf
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH_AbbVie All Brands Location List_150204.xlsx
Novo Nordisk Saxenda Contract #6345 2015 Office locations.docx
2016 DTC National and 2015 PEPP National Sponsorship Contract-signed 9.22.15.pdf
EPharma Conference NYC Feb 2015.PDF
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2016.06.21.xlsx
2017.03.22.xlsx
2017.03.28.xlsx
2017.03.31.xlsx
2017.04.05 Period Revenue Flat File.xlsx
2017.04.12.xlsx
2017.04.19.xlsx
2017.04.21 Opportunity Review.xlsx
2017.04.26.xlsx
2017.05.03 Booking.xlsx
2017.05.03.xlsx
2017.05.10 Update.xlsx
2017.05.10.xlsx
2017.05.16.xlsx
2017.05.24.xlsx
2017.06.21.xlsx
2017.06.27.xlsx
2017.07.31.xlsx
2017.08.08.xlsx
2017.08.17.xlsx
2017.09.18 Q4 SSO to Rev.xlsx
2017.09.29 Revenue Pacing.xlsx
2017.10.. Revenue Pacing.xlsx
2017.10.09 Revenue Pacing.xlsx

2017.10.23 Revenue Pacing.xlsx
2017.11.06.xlsx
2017.11.29 Agency, Brand and Manuf (2016+2017).xlsx
2017.6.17.xlsx
2018 Pipeline 20171222 1500.xlsx
2018 Pipeline 20171224 0700.xlsx
3Q17 Revenue Delta from 8.17.2017.xlsx
4Q17 Walk 20170917 PM.xlsx
Revenue Pacing 2017.09.25.xlsx
RevenueFileBackfill.xlsx
CONTEXTMEDIA NNI-FLEXPEN 511-223-3 PO 13 9-30 -- to be signed.pdf
ContextMedia#964521-CIME-Novolog-V091913.pdf
IMS Research Study - Novo Nordisk Sample List and DHN List Summaries 100213.pdf
Nielsen Arbitron Research Agreement.pdf
SOW - Novolog Analysis August 2013 (1).pdf
ZS Associates_Qysmia_04172013.pdf
2014 Sponsorship Campaigns with Research Studies.xlsx
Caroll Media DOOH Audit July 2014 (revised 8-1-14).pdf
Carroll Media Simponi Aria Recheck-CM Agreement 10-2014-signed.pdf
ContextMedia#1023519-IMS Health HCP Patient Analysis_ signed 110314.pdf
Crossix NovoLog ReAnalysis 9.19.2013 964521.pdf
Crossix Victoza and Victoza Hispanic Mkt Research Study_Signed_Feb 2014.pdf
Crossix Victoza POC signed April 2014.pdf
IMS 1017970-Abilify  09-10-14-signed (1).pdf
IMS Bayer Contour Program 1.28.2014.pdf
IMS Invokana Digital Programming 1017128 9.2.2014.pdf
IMS Pradaxa 1014326 8.12.2014.pdf
IMS Pradaxa 991388 2.19.2014.pdf
IMS Pradaxa Local Subnational Consulting 1001809 .pdf
IMS Qsymia Prescriber Promotion response 3.20.2014.pdf
IMS Xeljanz 1014785 signed 8.2014.pdf
IMS Xeljanz Study SOW_Signed Jan 2014.pdf
Nielsen Benlysta Study SOW Contract 258532.pdf
Nielsen Simponi advertising effectivenice amendment Nov 2014.pdf
Symphony Health - Victoza (Novo Nordisk) Physician ROI SOW October 2014 Signed.pdf
Crossix Multiple POC reports 2015 signed 3.6.15.pdf
Crossix_ContextMedia Data Agreement - signed 3.9.15.pdf
Data use agreement Opp# 1068574 .pdf
Decode SOW - Apr 22 2015_Signed.pdf
IMS Opp# 1037087 2015.pdf
IMS Opp# 1055937.pdf
IMS Opp# 1056642-MediaInnovations V05142015.pdf
IMS Opp# 1059509 Rayos Opp V 061715.pdf
IMS Opp# 1060776-Januvia-R062515-udpated.pdf
IMS Opp# 1062134-Medtronic-updated time period.pdf
IMS Opp# 1064356-Anoro-0715.pdf
IMS Opp# 1064753-ROIs- v072415.pdf
IMS Opp# 1064853-Invokana.pdf
IMS Opp# 1065069-Symbicort0715.pdf
IMS Opp# 1065820 - Invokana15 IMS signed 8.26.15 (1).pdf
IMS Opp# 1068574 .docx
IMS Opp# 1077718 Signed 11.4.15.pdf
IMS Opp# 1079310-Eliquis Update-102815_SIGNED.pdf
IMS Opp# 1081985-HCPS_SIGNED.pdf
IMS Opp# 1084021_SIGNED 2015.pdf
IMS Opp# 1084249-Afrezza-113015_SIGNED.pdf
IMS Opp# 1085546-Anoro & Tanzeum -120415_SIGNED.pdf
IMS Opp# 1085588-Movantik-120415 (1)_SIGNED.pdf
IMS Opp# 1085591-Auvi-Q-120415_SIGNED.pdf
IMS Opp# 1085896-Atripla-120415_SIGNED.pdf
IMS Opp# 1086278-Edarbi-120715_SIGNED.pdf
IMS Opp# 1087197-Pradaxa-121615_SIGNED.pdf
IMS Opp# 1088495-Xeljanz-121615 (1)_SIGNED.pdf
IMS Opp# 1089230-Belsomra & Merck 12.28.15_SIGNED.pdf
IMS Opp#1055213 for invoice 4072118890 reports delivered in May.pdf
IMS Opp#1055937 (2) .pdf
IMS Opp#1061518-NamendaXR signed 6.30.15.pdf

IMS Opp#1068205- Belsomra Unbranded  082415-signed (1).pdf
IMS Opp#1071049 LTV Brillitex-092515-Signed.pdf
IMS Opp#1073682-Belsomra-100115 - add on to 1068205.pdf
IMS Opp#1073683-Tanzeum-100115_SIGNED (1).pdf
IMS Opp#1077869-Zetia-Vytorin-102115_SIGNED.pdf
IMS Opp#1078526-Tirosint-102315_SIGNED.pdf
IMS Opp#1079323-Farxiga-102815_SIGNED.pdf
IMS Opp#1081300-Prolia Update-111015_Signed.pdf
IMS Opp#1081857-Linzess-111315_SIGNED.pdf
Nielsen Simponi Aria renewal 8.5.15.pdf
TUV Rheinland quote 62108325.pdf
1061518 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pptx
1065090 Dec 2015 delv. IMS_ContextMedia_Promo Return_Simponi Aria_January 2015_Results_Dec 2015.pptx
1065090 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Simponi_Jan and Jul 2015_Results_December 2015.pptx
1065090 delivered Feb 2016 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Brintellix_ May 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Harvoni and Sovaldi_Jan-Jul 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Tecfidera_Jan-Jun 2015_Results_January 2016.pptx
1065090 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_January 2016…..pptx
1065090IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015.pptx
1079310 11.9.15 - IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_November 2015.pptx
1079323 11.11.15 - IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_November 2015.pptx
1084021 2015 Deliverable Tirosint Physician Research List_CMH_10.15.15.xlsx
1084248 Dec 15 Delv. Afrezza .pptx
1085546 Delivered 12.2015 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_December 2015.pptx
1085546 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_December 2015.pptx
1085588 Dec 15 - Movantik Deliverable.pptx
1085591 Dec 15 - IMS_ContextMedia_Promo Return_Auvi-Q_May-Oct 2015_Results_December 2015.pptx
1085896 Dec 15 - IMS_ContextMedia_Promo Return_Atripla_Jul 2015_Results_December 2015.pptx
1086278 Dec 15 - IMS_ContextMedia_Promo Return_Edarbi_July 2015_Results_December 2015.pptx
1087197 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (2).pptx
1089230 delivered 1.13.16 - IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Early Read Results_Janua..pptx
1.ContextMedia#1055213-WO-Anoro NRx.pdf
2.ContextMedia#1055213-WO-Invokana NRx- 6 month pretest.pdf
3.ContextMedia#1055213-WO-Levemir NRx.pdf
4.ContextMedia#1055213-WO-Farxiga NRx.pdf
5.ContextMedia#1055213-WO-Victoza NRx.pdf
6.ContextMedia#1055213-WO-Gilenya NRx 6 month pretest.pdf
7.ContextMedia#1055213-WO-Novolog NRx.pdf
8.ContextMedia#1055213-WO-Pradaxa NRx.pdf
9.ContextMedia#1055213-WO-Sovaldi-Harvoni NRx.pdf
2015 IMS Study Summary 8.24.15 R1.xlsx
IMS Opp# 1065090-ROIAnalysis Signed 8.24.15.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf

4072126329.pdf
4072126351.pdf
4072126409.pdf
4072126410.pdf
4072126412.pdf
4072126416.pdf
4072126971.pdf
4072126973.pdf
4072127215.pdf
4072127385.pdf
4072127387.pdf
4072127390.pdf
4072127391.pdf
4072127399.pdf
4072127860.pdf
4072128111.pdf
4072128215.pdf
4072128280.pdf
4072128299.pdf
4072128314.pdf
4072128521.pdf
4072128552_Context Media 1084021.pdf
4072128581.pdf
4072128844.pdf
4072128847.pdf
4072128848 (1).pdf
4072128848.pdf
4072128849.pdf
4072128850.pdf
4072128851.pdf
4072128852.pdf
4072128854.pdf
4072129077.pdf
4072129462.pdf
4072130279.pdf
IMS 7534 A membership expense.pdf
IMS invoices 10-1-15 to 1-24-2016.xlsx
IMS Membership Expense 7535.pdf
INVOICE-4072127016.pdf
1092035 - IMS Prolia-011416 (1)_SIGNED.pdf
1092036 IMS SOW - signed 1.18.16.pdf
1092037 IMS SOW signed 1.18.16.pdf
1092038 IMS SOW - signed 1.18.16.pdf
1092039 IMS SOW - signed 1.18.16.pdf
1092040 IMS SOW - signed 1.18.16.pdf
1092041 IMS SOW_SIGNED.pdf
1092042 IMS SOW - signed 1.18.16.pdf
1092070 IMS SOW - signed 1.18.16.pdf
1093533-Belsomra-010816_SIGNED.pdf
1096679 IMS SOW-HCPS-01.20.16.pdf
1096707 IMS SOW-Entyvio-011916_SIGNED.pdf
1098551 IMS SOW -Levemir-012716_SIGNED.pdf
1098595 IMS SOW -Movtantik-012816_Signed.pdf
1099644 IMS SOW Tanzeum-020216_SIGNED.pdf
1100271 IMS SOW-Zetia-Vytorin-020316_SIGNED.pdf
1100589 IMS SOW-Prezcobix-020416_SIGNED.pdf
1100589 Prezcobix Product List 2.8.16 vsend.xlsx
1116989-Jardiance-0416_filled.pdf
2016 SOW Listing.xlsx
Backfill Template.xlsx
Nielsen Contract 258532.pdf
Nielsen Contract 274540.pdf
TPA 44635.0 AbbVie-30064 SB1_2016-01-26.pdf
TPA Agreement No.- 00044635.0 IMS.pdf
1087197 - JAN 2016 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (1).pptx
1092036 IMS_ContextMedia_Promo Return_Brintellix_May 2015_Results_January 2016.pptx
1092037 IMS_ContextMedia_Promo Return_Entyvio_Sep 2015_Final Results_January 201....pptx

1092038 IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_January 2016.pptx
1092042 IMS_ContextMedia_Promo Return_Repatha_Oct 2015_Results_February 2016.pptx
1092070IMS_ContextMedia_Promo Return_Contrave_Nov 2015_Results_January 2016.pptx
1093533 IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Final Results_January 2016 (1).pptx
1098595 IMS_ContextMedia_Promo Return_Movantik_Sep-Oct 2015_Results_January 2016....pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.xlsm
IMS_ContextMedia Health_Promo Return_Synvisc-One_Oct 2015_Results_May 2016.pptx
ROI 01 Total Witers synvisc.xls
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.xlsm
1149366 - ContextMedia SOW HCPS Opp1149366 Oct2016 FE.pdf
1198289 - Outcomes Health SOW #1198289 June 2017-June 2018 FE SMART.PDF
1202093 - Outcome Health SOW #1202093 Pres Prof Jly-Spt 2017 FE.pdf
1208430 - Outcomes SMART Signed SOW Opp #1208430 -BO.pdf
150904_Takeda_Contrave_Contract_Executed.pdf
151105_Neulasta_SOW (1).pdf
ContextMedia#1120812-Vimovo-0516.pdf
ContextMedia#1129651-Nuedexta-0716.pdf
Source Healthcare Analytics - Context_Media_SHA_SOW_02 - CO 1 - Fully Signed.pdf
2017 Pause_Cancel Requests with Market Research Requirements.xlsx
YTD ROI Review (IMS) - August 2017.xlsx
YTD ROI Review (IMS) - July 2017.xlsx
YTD ROI Review (IMS) - June 2017.xlsx
YTD ROI Review (IMS) - September 2017.xlsx
1096 - SOW Myrbetriq- OP#1082783 - OH Contract # 1096- MH SIGNED - 10.30.17.pdf
275 - OutcomeHealth_1082783-Trintellix_XPO_PD_WO_12-12-17_v3-SIGNED.pdf
570 - IQVIA SOW - Rozerem 2017 NPS (fully executed}-signed.pdf
623 - SOW 1082783-WO-Pneumovax 23-1017 Signed .pdf
682 & 919 & 1187 - ContextMedia#1082783-WO-Pradaxa-1117-SIGNED.pdf
700 - SOW Breo 2H 2017 Opp 1082783-APPROVED SOW 10-6-17 .pdf
716 - SOW 1082783- Prezcobix-0917 - SIGNED SOW.pdf
718 - FULLY EXECUTED_SHA_MEDIA_Data_Access_Agmt_K -Kisqali (Ribo) (1).pdf
725 - 12.01.2017 OutcomeHealth #1082783 -Novolog Refresh WO 12-1-17-Signed.pdf
725 - OH#1082783 Novolog Phased Approach  09-21-17 Signed.pdf
726 - ContextMedia#1082783-WO-Victoza and Tresiba-1117 Signed.pdf
745 - Source Healthcare  SHA SOW 01 Media ROI Analysis 080817 CL-8.14.17 Signed RO.pdf
763 - Zostavax_signed_SOW_2017_12_04.pdf
793 - SOW 1082783-SOW-Promius Derm-0917.pdf
858 - Outcomehealth 1082783 - WO - Afrezza - Signed -First Read.pdf
876 - SOW 1082783- QIMS SOW-Relistor -Signed.pdf
904 - SOW OH Xifaxan 2017 OP 1082783 Contract # 904-Signed.pdf
956 - Dulera Signed WO - Source Analytics.pdf
1082783 - 12.07.2017 Full Instant Adherence Database 12-7-17.pdf
1082783 - Prescriber Profiler -WO-PP-0118-1218-Fully Executed.pdf
1082783 Health Ratings - Outcome Health Signed SOW - Dec'17 - OP# 1082783v2.pdf
1082783 Xponent Data Delivery - Signed SOW - Dec'17-OP#1082783v2 Executed.pdf
1222018 Prescriber Profiler - SOW Pres Prof Q42017 FE October 2017.pdf
1233630 - 12.01.2017 ContextMedia#1233630-Prof Matching Org Matching 1217_Signed.pdf
1005 - AccentHealth V8 Ad Impact report_Final 6.1.17 Follow Ups.pptx
1037 - Gerber Grow Up Results_8.18.17.pptx
1068 - LG Deck - Final.pptx
1096 - 12.31.2017 QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1096 - QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1132_1134 - Repatha_QIMS_Repatha_091817.pdf
127 - Vectra DA Final Results.pptx
1340 - Final Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2) (1).pdf
1340 - ROI Results Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2).pdf
1714 - MilkPEP Ad Effectiveness Report 12.7.17.pptx
180 - Contour_v1.pptx
208 - QuintilesIMS_Outcome Health_Promo Return_Xeljanz_Jan-Dec 2016_Results_June 2017 (1).pptx
231 - PACING Amitiza Raw IMS Results_QuintilesIMS_ContextMedia Health_Promo Return_Amitiza_Jul 2016_Results_Novemt
262 - IMS_ContextMedia Health_Promo Return_Premarin Vaginal Cream_Mar 2016_Results_September 2016 - Final.pdf

275 - Trintellix_030117.pptx
280 - Horizon - Vimovo _ Duexis Nov 2016 (2).pptx
491 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1) (2).pptx
570 - 09.28.2017 Rozerem Campaign Client Summary 9.28.17.pdf
570 - 12.2017 Results Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017.pdf
576 - Promius_Zembrace_DermFranchise_09052017.V3.pptx
617 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017.pdf
621 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
623 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
630 & 1108 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2 (1).pptx
655 - IQVIA_Outcome Health_Promo Return_Tradjenta_Jan-Oct 2017_Results_December 2017.pdf
657 - Omnipod Results_6.15.17.pptx
668 - Ibrance_OH_Ibrance_Update_091217_Carat_REV.pdf
682 - Pacing Pradaxa_050517 (1).pptx
682 - PACING Pradaxa_050517 (2).pptx
682 & 919 & 1187 - 12.2017 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.
684 & 999 - IQVIA_Outcome Health_Promo Return_Stiolto Respimat_Jan - May 2017_Results_December 2017.pdf
700 - QuintilesIMS_Outcome Health_PromoReturn_Breo Ellipta_Jan-Apr2017_Results_October 2017.pdf
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017.xlsx
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017_additionalslideV1.0-FINAL.pptx
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017 Updated ROI.pptx
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017.pdf
719 - Final Deck - Watchman.pdf
724 - December 2017 QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan - Jun 2017_Results_December 2017.pdf
724 - PACING Saxenda_QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 MH.pp
724 - QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 wVictoza-Tresiba FINAL.
726 - 11.2017 - QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_November 2017.pdf
726 - Victoza_QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
727 - Tresiba_QuintilesIMS_Outcome Health_Promo Return_Tresiba_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
733 - Trulicity_053017_vNH.pptx
735 - PACINGViberzi_OH_Viberzi_073117.pptx
747 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17.pptx
758 - QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
763 - IQVIA_Outcome Health_Promo Return_Zostavax_Aug 2016-Jul 2017_Results_December 2017.pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
819 - Aspercreme Results_8.18.17.pptx
827 - Celebrex - QuintilesIMS_Outcome Health_Promo Return_Celebrex_Feb 2017_Results_October 2017.pdf
827 - Norvasc - QuintilesIMS_Outcome Health_Promo Return_Norvasc_Feb 2017_Results_October 2017.pdf
858 - PACING Afrezza_090717.pptx
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
919 - Pradaxa_050517 (3).pptx
948 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1).pptx
961 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17 (1).pptx
974 - Dexcom Working 090717_Final.pdf
976 - Ibrance_OH_Ibrance_Update_091217_Carat_REV (1).pdf
980 - QuintilesIMS_Outcome Health_Promo Return_Jardiance_Feb - Jun 2017_Results_December_Jan 2018 Price Updates.pdf
982 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2.pptx
985 - AccentHealth Pedialyte Ad Impact report FINAL_3 22 17 rev.pptx
997 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017 (2).pdf
998 - Outcome Health_Stelara POC Feasibility.xlsx
QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
ANCOVA 00 Total HCPs Cloderm.xls
ANCOVA 01 Total Writers Cloderm hist.xls
OH Cloderm descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Promiseb and Promiseb Complete.xls
ANCOVA 01 Total Writers Promiseb hist.xls
OH Promiseb descriptive stat report_Update20170922.xlsx
ANCOVA 00 Total HCPs SERNIVO.xls
ANCOVA 01 Total Writers SERNIVO hist.xls
OH Sernivo descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Trianex.xls
ANCOVA 01 Total Writers Trianex hist.xls
OH Trianex descriptive stat report_update20170922.xlsx

ANCOVA 00 Total HCPs Zembrace Symtouch.xls
ANCOVA 01 Total NRx Writers histogram.xls
OH Zembrace descriptive stat report_update20170922.xlsx
12.2017 - Ad Awareness & Impact Research Project List .xlsx
09.05.2017 - OH Monthly Financial Report DELIVERED 5th Sep 2017_Claire Check_Final.xlsx
10.03.2017 - OH Monthly Financial Report DELIVERED Through September 10032017_10.9.17_Final Claire Check.xlsx
11.01.2017 - OH Monthly Financial Report - October 2017.xlsx
12.01.2017 - OH Monthly Financial Report November 2017 DELIVERED 12012017-MP Edits.xlsx
12.19.2017 - OH Monthly Financial Report DELIVERED 12192017.xlsx
12.28.2017 - OH Monthly Financial Report DELIVERED 12282017.xlsx
IMS Total Billings 10.01.2016-07.31.2017.xlsx
IMS Total Billings 10.01.2016-12.31.2017.xlsx
S-ContextMedia Health Reseller Agreement- vF RETAINER.pdf
S-ContextMedia Health#1082783-Blended Services and Xpo vF - RETAINER AGREEMENT.pdf
170711_BMS_Monthly Deployed Device Counts.xlsx
2013 - 2016 Revenue Summary (10.23).xlsx
2013 - 2016 Revenue Summary (12.12).xlsx
2013 - 2016 Revenue Summary (12.15).xlsx
2013 - 2016 Revenue Summary (4.10.2017).xlsx
2013 - 2016 Revenue Summary (Aug).xlsx
2014 - 2016 Revenue Summary AH and OH.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
All Memos as of 12.1.17.zip
BMS Credit Memo Calculation (Final).xlsx
DRAFT - TO BE UPDATED - AR as of 12-21_12.25.17.xlsx
Dykema Contract Review.zip
IMS Performance Measurment Rate Card.xlsx
Revenue - Fulfillment Requirement Overview.xlsx
Revenue - Period Data.xlsx
Target Health AR.xlsx
2014 sales.xlsx
Sponsorship Revenue 2014 _April.xlsx
Sponsorship Revenue 2014 _August.xlsx
Sponsorship Revenue 2014 _December.xlsx
Sponsorship Revenue 2014 _January-February.xlsx
Sponsorship Revenue 2014 _July.xlsx
Sponsorship Revenue 2014 _June.xlsx
Sponsorship Revenue 2014 _March.xlsx
Sponsorship Revenue 2014 _May.xlsx
Sponsorship Revenue 2014 _October.xlsx
Sponsorship Revenue 2014 _September.xlsx
Total Revenue by Billed Agency and Client_2014.xls
2015 Revenue Final Post Audit_3.23.2016.xlsx
2015 Revenue Final.xlsx
Billing & Revenue_11_November 2015.xls
Revenue YTD .xlsx
Revenue_01.0_January 2015.xlsx
Revenue_01.1_January 2015_v1.xlsx
Revenue_01.2_January 2015_v2.xlsx
Revenue_02_February 2015.xlsx
Revenue_03_March 2015.xlsx
Revenue_04_April 2015.xlsx
Revenue_05_May 2015.xlsx
Revenue_06_June 2015.xlsx
Revenue_07_July 2015.xlsx
Revenue_08_August 2015.xlsx
Revenue_09_September 2015.xlsx
Revenue_10_October 2015.xlsx
2015-11_November_Billing_Revenue_DR_2015.xls
2015-12_December_Billing_Revenue_DR_2015.xls
2016 - Combined Monthly Files - Brand and Manuf Scrub.xlsx
2016 Deferred Revenue - 2017 Recognition.xlsx
2016 Revenue - Prelim.xlsx
2016 Revenue By Device.xlsx
2016-01_January_Billing_Revenue_DR_2016.xls
2016-02_february_billing_revenue_dr_2016 (Brad Purdy's conflicted copy 2016-03-21).xls
2016-02_february_billing_revenue_dr_2016.xls

2016-03_March_billing_revenue_dr_2016.xls
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016.xlsx
2016-09_September_billing_revenue_dr_2016.xlsx
2016-10_October_billing_revenue_dr_2016.xlsx
2016-11_November_billing_revenue_dr_2016.xlsx
2016-12_December_billing_revenue_dr_2016 (Adam Nixon's conflicted copy 2017-01-05).xlsx
2016-12_December_billing_revenue_dr_2016.xlsx
Final 2016 - Tie Out DETAIL.xlsx
Final 2016 - Tie Out.xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2017-01-20).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Sean Alexander's conflicted copy 2017-01-23).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016.xlsx
Rejected Contracted Analysis.xlsx
2016 Contracted Revenue 2016.08.xlsx
2016-06_June_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2016-07-12).xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016 (V2).xlsx
2016-08_August_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016-NP COMMISSIONS.xlsx
2016-09_September_billing_revenue_dr_2016_Don't use.xlsx
Live Programs 2011.16.xlsx
2017_PVC Make Good_Context Media_Carat Signed_12.22.16.pdf
Contract 564 - 161014 Tysabri Infusion Site Roll-Out_for Biogen.xlsx
247 IMS_ContextMedia Health_Promo Return_Neulasta_Jan 2016_Results_June 2016.pdf
274 QuintilesIMS_ContextMedia Health_Promo Return_Trintellix_Jul 2016_Results_December 2016.pdf
2016-09_September_billing_revenue_dr_2016 (SS 10.11).xlsx
2016-09_September_billing_revenue_dr_2016.xlsx
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06 June Commercial Solutions Revenue.xlsx
2016-07 July Commercial Solutions Revenue.xlsx
2017 Deal Desk Log.xlsx
2017 Master Contract Requirements.xlsx
mid2017_contract_details - Revenue Close Out.xlsx
Revenue Reconciliation - 2017 Audit.xlsx
Revenue Reconciliation - OH and AH.xlsx
2017 January - Delivery Report.xlsx
Actual to Operational 2017.01.31.xlsx
Billing Revenue Deferred 2017.01.31 (Final).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP (Adam Nixon's conflicted copy 2017-03-24).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP.xlsx
Projected to Actual 2017.01.xlsx
Revenue Summary 2017.01 (2017.02.15).xlsx
BMS - Acceptance 2017.01.docx
BMS Calculation.xlsx
2017 Rev - jan Prelim.xlsx
Billing Revenue Deferred 2017.01.31 V2.xlsx
Billing Revenue Deferred 2017.01.31.xlsx
DON'T USE Billing Revenue Deferred 2017.01.xlsx
DONT USE_01-January-2017-Billing Revenue Deferred.xlsx
DONT USE_Billing Revenue Deferred 2017.01 (Adam Nixon's conflicted copy 2017-02-03).xlsx
2017 February - Final Delivery Report.xlsx
Actuals YTD.xlsx
Billing Revenue Deferred 2017.02.28 (Final).xlsx
Expected to Actual 2017.02.xlsx
Prelim Revenue 2017.02 V1.xlsx
www.dropbox.com.url
AH 2017 Pipeline Migration.xlsx
Billing Revenue Deferred 2017.02.28.xlsx
2017 March - Final Delivery Report.xlsx
783 - Neulasta Triggyr - Q1'17 - March Billing Detail.xlsx
Billing Revenue Deferred 2017.03.31 (Final).xlsx

Revenue By Device 2017.03.xlsx
BMS 3.31.xlsx
2017 April - Final Delivery Report.xlsx
April 2017 - Rev Rec Consolidation - 20170511.xlsx
April Revenue - By Opportunity Record Type.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
Digital Fulfillment Revenue Support 2017.04.xlsx
MoM - AH and OH.xlsx
MoM - OH.xlsx
2017 May - Final Delivery Report.xlsx
2017.05.24 Preliminary May VLP.xlsx
2017.6.17 VLP.xlsx
April-May MoM Change in Revenue.xlsx
Billing Revenue Deferred 2017.05.31 (Final).xlsx
BMS Credit Memo Calculation (Final).xlsx
BMS Credit Memo Calculation.xlsx
2017 June - Final Delivery Report 07.18.2017.xlsx
2017 June - Final Delivery Report.xlsx
880 - DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video, and Deskt
880 - OH Copaxone Actuals - April-June 2017.xlsx
AH Revenue Rec - 06.2017.xlsx
Billing Revenue Deferred OH & AH - 2017.06.30 (Final).xlsx
BMS Credit Memo Calculation.xlsx
Paused Campaigns with June Revenue - Language Review.xlsx
Pfizer Suspension 6-15-2017.xlsx
SF Report of Reserved Contracts - Contracted but not active June 2017.xlsx
2014-2016 Revenue Brand Analysis.xlsx
2017 Contract Close Out.xlsx
2017 July - Final Delivery Report.xlsx
2017.07.31 - V.LP .xlsx
Billing Revenue Deferred OH & AH - 2017.07.31 (Final).xlsx
BMS Credit Memo Calculation.pdf
BMS Credit Memo Calculation.xlsx
I&A Production Schedule for Sales - 08.10.2017.xlsx
Pfizer Open AR 8.1.17.xlsx
Takeda Revenue 2016-2017.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017 V2.xlsx
2017 August - Final Delivery Report.xlsx
aug_fullfillment_w_contract_no_rev - LP-09112017.xlsx
August 2017 Revenue - Manual Updates.xlsx
Billing Revenue Deferred OH & AH - 2017.08.31 (Final).xlsx
BMS Phase 1 and Phase 2.xlsx
Contracts Campaign Status Review - August 2017.xlsx
Pfizer YTD Fulfillment.xlsx
Revenue by Category - FY14-FY17 2017.08.xlsx
SSO - Summary Opportunities by Month - 8.15.2017.xlsx
Tecfidera 08.2017.xlsx
9.2017 Contract Setup Review.xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final) (Adam's changes 2017-11-14).xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final).xlsx
Billing Revenue Deferred OH & AH - Q4 Forecast.xlsx
BMS - Available to Actual.xlsx
BMS - The Many Flavor's of IRT Count.xlsx
BMS Deep Dive - MoM View (this data can be provided Daily, weekly, etc).xlsx
BMS IRT Exercise.xlsx
BMS Jun - Sep Analysis.xlsx
BMS Q3 Deep Dive (Display).xlsx
BMS Q3 Deep Dive Eligibility-Scheduling.xlsx
BMS Q3 Deep Dive v2.xlsx
BMS Q3 Deep Dive.xlsx
BMS Revenue Summary 2017.09.xlsx
BMS_Sales_Installs_20170929 (1).xlsx
Breo POC 2017 - Contract Set Up.xlsx
Cash Back Items Owed - 09.25.2017.xlsx
Contracts with Market Research Obligations - Audit 09.18.2017.xlsx
Contracts with Measurement Requirements.xlsx
IS Commissions Expense Analysis 20170927.xlsx

Manual Revenue Adjustment - September 2017.xlsx
Pfizer Analysis.xlsx
Pfizer Summary - LP.xlsx
Review of Contracts with Cancelled Campaigns 09.21.2017.xlsx
2017 September - Final Delivery Report.xlsx
September 2017 - Campaign Status Only.xlsx
Abbvie Contracted to Deployed Summary 2017.09.xlsx
Abbvie - October Reserve Calculation.xlsx
Billing 2017.10.xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final) (Jackie Mundrawala's conflicted copy).xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final).xlsx
BMS Revenue Summary 2017.10.xlsx
Cancel-Pause Requests.xlsx
Contracts with Market Research Obligations - 10.31.2017.xlsx
Genentech 10.20.17.xlsx
Measurement 2017 Brands.xlsx
Oct 2017 Revenue - 11.27 Updates.xlsx
October Reserve by Manufacturer.xlsx
Reserve Calculation - October 2017.xlsx
Reserve Summary 2017.10.xlsx
Revenue + Oct Reserve Detail V11.20.xlsx
Revenue by Brand 10.31.2017.xlsx
Revenue Reconciliation - 2017 Audit.xlsx
Topside Revenue Adjustment - 10.31.2017.xlsx
2017 October - Final Delivery Report.xlsx
camp_to_rev_120617 - Contract & Fulfillment thru 10.31.2017.xlsx
2018 Fully Executed Revenue.xlsx
Billing Revenue Deferred OH & AH - 2017.11.30 (Final).xlsx
BMS Revenue Summary 2017.11.xlsx
Cancel-Pause Requests & Makegood.xlsx
Contracted Fulfillment by Month V12.11.2017.xlsx
Contracts Sold or Extended for $0.xlsx
Contracts with Market Research Obligations - 11.30.2017 -MPerez Edits.xlsx
Contracts with Market Research Obligations - 11.30.2017.xlsx
GSK Refund Total 11.7.2017.xlsx
Requests for Pauses and Terminations (fka RAPT) V12.11.2017.xlsx
Source - Requests for Pauses and Terminations (fka RAPT).xlsx
2017 November - Final Delivery Report, no wifi.xlsx
2017 November - Final Delivery Report.(Revised 12.20.17)xlsx.xlsx
November 2017 Rev Calc Support V12202017.xlsx
November Revenue from Rev_Billing File.xlsx
AR Reserve Calculations 12.31.2017.xlsx
Billing Process Update Effective 10.01.2017.pdf
Billing Revenue Deferred OH & AH - 2017.12.31 (Final).xlsx
Contracts with Market Research Obligations - 12.31.2017.xlsx
November - Pauses and Cancellations - Manual Billing Adjustment Support.xlsx
180103_December_FulfillmentReport - do not use.xlsx
180103_December_FulfillmentReport - FINAL.xlsx
1841_Spiriva_YTDfulfillment.csv
dec17_clinics_per_contract.csv
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18 (RC Review) .xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18.xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support.xlsx
December 2017 Rev File Adjustment for Delivery.xlsx
December_FulfillmentReport - 12.31.2017.xlsx
fulfillment_718.csv
2016 NPS Contracts.zip
160505 Bayer Contour Contract Amendment - flight dates.pdf
Panasonic Healthcare US-Ascensia Diabetes Care-FULLY EXECUTED #SOW 180 8.3.16 .pdf
4100142295.PDF
Amitza and Dexilant Campaign Continuation Agreement 7.10.17 (1).pdf
Takeda-Brintellix-FULLY EXECUTED IO #275 8.4.16 .pdf
Trintellix Make Good Email Approval.pdf
Trintellix Make-Good Proposal 8.29 .17.pdf
Trintellix, Amitiza, Dexillent Make Good Approval from Ashik, 9.22.pdf
160506_Contrave_Contract_Executed.pdf
160616_Belviq_PO.pdf

160906_Belviq_Contract_Amendment.pdf
Belviq Cash Back Approval Chain.pdf
Belviq NPS Contract-min.pdf
Eisai Belviq Credit Memo Approval.pdf
OH SIGNED_Belviq 2016 NPS Credit_Memo (915).pdf
2017 Contract and Fulfillment by Product and Month.xlsx
2017 Jan to Sep Revenue Audit.xlsx
2017 Reconciliation - Avanir_Onzetra AN V2.xlsx
2017 Revenue and Billing Reconciliation.xlsx
2017_rev_by_master - working.xlsx
2017_rev_by_master.xlsx
978_invokana_fulfillment_revrec.xlsx
Kinetic-TargetHealth - Adam Nixon (V3 1.4.2018).xlsx
Kinetic-TargetHealth - Adam Nixon (V4 1.8.2018).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary (AN).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary.xlsx
REV REC Format Example - Abbvie and Northera.xlsx
Summary of the Revenue 2014-2017 (Adam Nixon's conflicted copy 2017-12-18).xlsx
Summary of the Revenue 2014-2017.xlsx
YTD Contracted Revenue to Fulfillment - 09.30.2017.xlsx
YTD Revenue Reconciliation 2017.09 - JACKIE.xlsx
YTD Revenue Reconciliation 2017.09 - LP.xlsx
YTD Revenue Reconciliation 2017.09.xlsx
1. Net Financial Position - FORMAT UPDATE.xlsx
2016 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Avanir_Onzetra AN.xlsx
2017 Reconciliation - Sebela, Brisdelle #1123.xlsx
2017 Reconciliation - Target Health (Jimmy).xlsx
2017 Reconciliation - Target Health (V2 2017.12.19).xlsx
2017 Reconciliation - Target Health (V3 2017.12.20).xlsx
2017 Reconciliation - Target Health.xlsx
2017 TEVA.xlsx
allergan_accounting_report.xlsx
Anthem_Parent_Accting_Report_20171101.xlsx
Atezolizumab_Accting_Report_110117.xlsx
atrium_accting_report_110117.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations2.xlsx
campbells_accting_report.xlsx
clovis_accting_report.xlsx
disneyland_accting_report.xlsx
drexel_accting_report_110117.xlsx
exagen_accting_report_110117.xlsx
genentech_accting_report.xlsx
goodrx_accounting_summary.xlsx
jennyslifeinsurance_accounting_report.xlsx
kaleo_accounting_summary.xlsx
leo_pharma_accounting_summary.xlsx
Matys_accting_report_110217.xlsx
mvp_healthcare_summary.xlsx
national_fuel_accting_report_110217.xlsx
otsuka_accounting_report.xlsx
panasonic_accounting_summary.xlsx
procure_accting_report.xlsx
roche_pharma_accounting_summary.xlsx
scriptdash_accting_report.xlsx
sun_dermatology_accounting_summary.xlsx
taiho_oncology_accounting_report.xlsx
abbott_accounting_report.xlsx
asset level detail - 1098.xlsx
asset level detail - 1189.xlsx
asset level detail - 986.xlsx
2017 Reconciliation - Abbvie (AN).xlsx
2017 Reconciliation - Abbvie.xlsx
Abbvie Payment History 2016-2017.xlsx
AbbVie YTD Manufacturuer Summary 09.30.2017.xlsx

Asset ID Fulfillment - 705.xlsx
Asset ID Fulfillment - 706.xlsx
Asset ID Fulfillment - 707.xlsx
Asset ID Fulfillment - 708.xlsx
Asset ID Fulfillment - 751.xlsx
Asset ID Fulfillment - 953.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
acadia_accounting_report.xlsx
asset level detail - 1704.xlsx
allergan_accounting_report.xlsx
asset level detail - 1163.xlsx
asset level detail - 669.xlsx
asset level detail - 735.xlsx
asset level detail - 852.xlsx
asset level detail - 993.xlsx
alzheimers_accounting_report.xlsx
asset level detail - 936.xlsx
asset level detail - 941.xlsx
amgen_accounting_report (1).xlsx
amgen_accounting_report.xlsx
asset detail contract 737.xlsx
asset level detail - 1094.xlsx
asset level detail - 1132.xlsx
asset level detail - 1134.xlsx
asset level detail - 739.xlsx
asset level detail - 740.xlsx
asset level detail - 989.xlsx
asset level detail - 992.xlsx
asset level detail 742.xlsx
asset level detail - 1096.xlsx
Astellas_Accting_Report.xlsx
2017 Reconciliation - AstraZeneca.xlsx
asset level detail - 1000.xlsx
asset level detail - 1082.xlsx
asset level detail - 599.xlsx
asset level detail - 600.xlsx
asset level detail - 801.xlsx
asset level detail - 849.xlsx
asset level detail - 901.xlsx
asset level detail - 928.xlsx
asset level detail - 958.xlsx
asset level detail - 960.xlsx
AstraZeneca 2017 Reconciliation V3 - LP.xlsx
AstraZeneca 2017 Reconciliation V3.xlsx
astrazeneca_accounting_summary (1).xlsx
astrazeneca_accounting_summary.xlsx
astrazeneca_asset_detail_779.xlsx
astrazeneca_asset_detail_785.xlsx
astrazeneca_asset_level_782.xlsx
astrazeneca_detail_778.xlsx
BPA Report Lynparza 09-2017.pdf
Dykema 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170315_FarxigaLitDistribution.xlsx

CM-FarxigaBroch031617-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
2017 Avanir Onzetra Delivery Report.xlsx
asset level detail - 1204.xlsx
avanir_accounting_summary.xlsx
asset level detail - 1689.xlsx
asset level detail - 643.xlsx
asset level detail - 677.xlsx
asset level detail - 711.xlsx
asset level detail - 825.xlsx
asset level detail - 961.xlsx
asset level detail - 965.xlsx
asset level detail - 966.xlsx
asset level detail - 970.xlsx
asset level detail 747.xlsx
Bayer 2017 Reconciliation V3.xlsx
Bayer Manuf Reconcilitin 2017.09.xlsx
AccentHealth Claritin Location List HIS PED.xlsx
AccentHealth Claritin Location List PED.xlsx
Context Media Locations.xlsx
ContextMediaMiralaxLocationList17vSend (3).xlsx
Miralax target list AH (1).xlsx
ContextMedia Targeting for McNerney (1)OAD.xlsx
Copy of AccentHealth OAD PNV Sep 2016 Direct Mail w Sample Targeting for McNerney CONFIDENTIAL 9.29.2016.xlsx
Audit Cover - Bayer OTC_Claritin Peds (AH).docx
Audit Cover - Bayer OTC_Claritin Peds (OH) .docx
Audit Cover - Bayer OTC_MiraLAX (AH) .docx
Audit Cover - Bayer OTC_MiraLAX (OH) .docx
Audit Cover - Bayer OTC_One-A-Day (AH).docx
Audit Cover - Bayer OTC_One-A-Day (OH).docx
2017_Bayer_OTC_Targeting_Delivery_Summary (4).xlsx
Bayer OTC Delivery Report 2017.xlsx
2017_Bayer_OTC_Clinic_Device_ID.xlsx
2017_TargetHealth_OH_BayerOTC_HCP_File_Client.xlsx
Bayer-Claritin-(OH)_MASTER - FULLY EXECUTED IO #747_ 2.1.17 .pdf
Bayer-Claritin_Peds_OH_Q2_2017_ADDENDUM FULLY EXECUTED (881).pdf
Bayer-Miralax (AH) 2017 (965).pdf
Bayer-Miralax (OH) FULLY EXECUTED IO #711 2.2.17 .pdf
Bayer-One-A-Day (OH) FULLY EXECUTED IO 677 .pdf
Children's Claritin 2017 (AH) IO rev 1 (961) (1).pdf
One A Day (AH) 2017 (970).pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
asset level detail - 127.xlsx
asset level detail - 784.xlsx
asset level detail - 807.xlsx
asset level detail - 838.xlsx
Biogen Pharma Reconciliation 2017.09 (1).xlsx
Biogen Pharma Reconciliation 2017.09.xlsx
Net Financial Position, Biogen Contract 127.xlsx
Tecfidera Reconciliation 2017.09.xlsx
asset level detail - 949.xlsx
blue_cross_accounting_summary.xlsx
Asset ID Fulfillment Support - 1187.xlsx
Asset ID Fulfillment Support - 1637.xlsx
Asset ID Fulfillment Support - 1796.xlsx
Asset ID Fulfillment Support - 617.xlsx

Asset ID Fulfillment Support - 655.xlsx
Asset ID Fulfillment Support - 682.xlsx
Asset ID Fulfillment Support - 684.xlsx
Asset ID Fulfillment Support - 980.xlsx
Asset ID Fulfillment Support - 997.xlsx
Asset ID Fulfillment Support - 999.xlsx
BOE Payment History 2016-2017.xlsx
Boehringer Ingelheim Reconciliation 2017.09.xlsx
Net Financial Position, Boehringer Ingelheim.xlsx
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
asset level detail - 757 .xlsx
Boiron - Manufacturer Reconciliations 2017.09.xlsx
2017 Reconciliation - Boston Scientific (AN).xlsx
asset level detail - 1004.xlsx
asset level detail - 719.xlsx
asset level detail - 750.xlsx
boston_scientific_accounting_report.xlsx
2017 Reconciliation - Bristol-Myers Squibb.xlsx
BMS Payment History 2016.xlsx
BMS Payment History 2017.xlsx
bms_accounting_report.xlsx
Office ID Support - 982.xlsx
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Contract 13823.pdf
982_983 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Contract 14316.pdf
982_983 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Contract 14318.pdf
982_983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Contract 14321.pdf
asset level detail - 1059.xlsx
asset level detail - 755.xlsx
cdc_accounting_report.xlsx
2017 Reconciliation - Celgene.xlsx
Asset ID Fulfillment - 619.xlsx
Asset ID Fulfillment - 620.xlsx
Asset ID Fulfillment - 971.xlsx
celgene_accounting_summary.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
asset level detail - 1029.xlsx
asset level detail - 1743.xlsx
centers_for_medicaid_accting_report_110117.xlsx

asset level detail - 1047.xlsx
Childrens_healthcare_of_atl_accting_report.xlsx
asset level detail - 1118.xlsx
covance_accting_report_110117.xlsx
asset level detail - 127.xlsx
asset level detail - 807.xlsx
crescendo_bioscience_accting_report_110117.xlsx
asset level detail - 1028.xlsx
asset level detail - 954.xlsx
cvs_accting_report.xlsx
asset level detail - 264.xlsx
asset level detail - 463.xlsx
daiichi_sankyo_accting_summary.xlsx
asset level detail - 1088.xlsx
asset level detail - 1191.xlsx
Delaware_dept_accting_report.xlsx
asset level detail - 974.xlsx
dexcom_accting_report.xlsx
asset level detail - 576.xlsx
dr_reddy_accting_report_110117.xlsx
asset level detail - 1023.xlsx
dyson_accting_report_110117.xlsx
Asset ID Fulfillment - 181.xlsx
Asset ID Fulfillment - 184.xlsx
Asset ID Fulfillment - 194.xlsx
Asset ID Fulfillment - 571.xlsx
Asset ID Fulfillment - 733.xlsx
Eli Lilly 2017 Reconciliation V2.xlsx
Eli Lilly 2017 Reconciliation V3.xlsx
Eli Lilly 2017 Reconciliation.xlsx
Eli Lilly Payment History.xlsx
eli_lilly_accting_report_110117.xlsx
Net Financial Position, Eli Lilly Contract 181.xlsx
Net Financial Position, Eli Lilly Contract 184.xlsx
Net Financial Position, Eli Lilly Contract 194.xlsx
Net Financial Position, Eli Lilly Contract 571.xlsx
Net Financial Position, Eli Lilly Contract 733.xlsx
181 - 160205_Eli Lilly_Trulicity_Contract_Executed.pdf
181 - 160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
181 - FULLY EXECUTED_160427_Eli_Lilly_Trulicity_Q.pdf
571 - 1051 - Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
571 - 1051 - OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17.pdf
571 - Eli Lily-Alimta-FULLY EXECUTED IO  #571 12.28.16 .pdf
733 - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071R_3-1-17.pdf
733 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
733 - FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
733 - NOT SIGNED - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071_12-22-16.pdf
Alimta Report - draft.pdf
Glucagon 9-16-draft report.pdf
Humalog CR - draft2017-11-10 (2).pdf
Trulicity 09-2017 - draft.pdf
Trulicity 2016-2017 BPA Audit Report.pdf
4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17 (1).pdf
4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16 (1).pdf
4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
asset level detail - 908.xlsx
ferring_accting_report.xlsx
brochure_fulfillment_summary.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170329_Brillinta_BrochureDistribution_AH.csv

CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_Lit Dist List_Cox Comm (1).xlsx
CM-CoxCommBrochure10252017-TrackingNo.xlsx
170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf
CM-GrastekLetter12142016-TrackingNo (1).xlsx
CM-GrastekLetter12142016-TrackingNo.xlsx

Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
170822_InvegaTrenza_BrochureDistribution.csv
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx

OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 Pl.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentaBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx

170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List_8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
asset_detail_irt.xls
asset_level_detail_791_to_951.csv
asset_level_detail_951_to_1100.csv
contracts_701_to_735.csv
details_contracts_1101_to_1796.csv
details_contracts_736_to_790.csv
details_contracts_790_to_1100.csv
detials_for_master_contract_700.csv
office_detail_greaterthan_760.csv
offices_contract_lessthan_760.csv
Asset ID Fulfillment Support - 1011.xlsx
Asset ID Fulfillment Support - 1749.xlsx
Asset ID Fulfillment Support - 712.xlsx
Asset ID Fulfillment Support - 713.xlsx
Asset ID Fulfillment Support - 975.xlsx
gilead_accounting_summary.xlsx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
asset level detail - 1050.xlsx
asset level detail - 1112.xlsx
asset level detail - 700.xlsx
asset level detail - 720.xlsx
asset level detail - 959.xlsx
GSK - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1064.xlsx
harmelin_accting_summary_110117.xlsx
asset level detail - 963.xlsx
home_instead_accting_report_110117.xlsx
asset level detail - 280.xlsx
horizon_accting_report_110217.xlsx
asset level detail - 657.xlsx
insulent_parent_accting_report_1102-17.xlsx
asset level detail - 1034.xlsx
jazz_accting_report_110217.xlsx
asset level detail - 716.xlsx

asset level detail - 721.xlsx
asset level detail - 723.xlsx
asset level detail - 977.xlsx
asset level detail - 978.xlsx
asset level detail - 998.xlsx
asset level detail -732.xlsx
Johnson & Johnson - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1723.xlsx
kentucky_dept_accting_report.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
asset level detail - 1068.xlsx
lg_accting_report_11217.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
2017 Reconciliation - Lundbeck Northera.xlsx
asset level detail - 969.xlsx
luneback_accting_report_110217.xlsx
asset level detail - 984.xlsx
Luxottica_accting_report_110217.xlsx
asset level detail - 858.xlsx
mannkind_corp_accting_report_110217.xlsx
asset level details - 189.xlsx
medtronic_pharma_accounting_report.xlsx
asset level detail - 115.xlsx
asset level detail - 1199.xlsx
asset level detail - 1639.xlsx
asset level detail - 165.xlsx
asset level detail - 491.xlsx
asset level detail - 621.xlsx
asset level detail - 758.xlsx
asset level detail - 759.xlsx
asset level detail - 763.xlsx
asset level detail - 948 .xlsx
asset level detail - 956.xlsx
asset level detail - 979.xlsx
BPA Audit Report - Januvia 09-2017-121917(1).pdf
BPA Audit Report - Nexplanon- CR draft-121917.pdf
Merck - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1714 .xlsx
milk_pep_accounting_summary.xlsx
asset level detail - 317.xlsx
mylan_accting_report.xlsx
nestle_accting_report_110217.xlsx
170427_GerberGuaranteed_LitDistribution.csv
asset level detail - 1049.xlsx
nima_accting_report_110217.xlsx
2017 Reconciliation - Novartis.xlsx
Novartis YTD Summary 09.30.2017.xlsx
Asset ID Fulfillment Support - 1158.xlsx
Asset ID Fulfillment Support - 664.xlsx
Asset ID Fulfillment Support - 717.xlsx
Asset ID Fulfillment Support - 718.xlsx
Asset ID Fulfillment Support - 789.xlsx
Asset ID Fulfillment Support - 794.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv

CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.xlsx
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
Asset ID Fulfillment Support - 1006.xlsx
asset level detail - 724.xlsx
asset level detail - 725.xlsx
Asset level detail - 727.xlsx
asset-office-level detail - 726.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09 copy.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09.xlsx
Office level detail - 995.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx

170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
asset level detail - 1171.xlsx
asset level detail - 1763.xlsx
NYC_state_dept_accting_report_110217.xlsx
asset level detail - 787.xlsx
NYU_accounting_summary.xlsx
asset level detail - 548.xlsx
omron_accounting_report.xlsx
asset level detail - 729.xlsx
perrigo_accting_report_110217.xlsx
Pfizer_accounting_report.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 PI.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
asset level detail - 1110.xlsx
pharmacyclics_accting_report.xlsx
asset level detail - 1010.xlsx
presbyterian_homes_accting_report.xlsx
asset level detail - 793.xlsx
promius_accounting_report.xlsx
asset level detail - 1078.xlsx
asset level detail - 565.xlsx
asset level detail - 990.xlsx
publix_accounting_summary.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
asset level detail - 1032.xlsx
asset level detail - 1041.xlsx
asset level detail - 991.xlsx
quest_diagnostics_accounting_summary.xlsx
radius_health_accounting_summary.xlsx
sanofi_accounting_summary.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
asset level detail - 917.xlsx
asset level detail - 918.xlsx
science37_accounting_summary.xlsx
asset level detail - 996.xlsx

scriptsave_accting_report.xlsx
asset level detail - 1651.xlsx
asset level detail - 1652.xlsx
seaband_accting_report.xlsx
asset level detail - 1123.xlsx
sebela_accting_report.xlsx
asset level detail - 659.xlsx
shire_pharmacy_accting_report.xlsx
smartypants_accounting_summary.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
2016 Takeda Delivery Report.xlsx
2017 Reconciliation V4 - Takeda.xlsx
Net Financial Position, Takeda - 1708.xlsx
Net Financial Position, Takeda - 1741.xlsx
Net Financial Position, Takeda - 231.xlsx
Net Financial Position, Takeda - 275.xlsx
Net Financial Position, Takeda - 570.xlsx
takeda_accounting_summary.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
asset level detail - 1062.xlsx
asset level detail - 880.xlsx
Teva Pharma - Manufacturer Reconciliations 2017.09.xlsx
teva_pharma_accounting_summary.xlsx
asset level detail - 650.xlsx
asset level detail - 667.xlsx
ucb_pharma_accting_report.xlsx
asset level detail - 876.xlsx
asset level detail - 904.xlsx
valeant_accounting_report.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
asset level detail - 1124.xlsx
veracyte_accting_report.xlsx
asset level detail - 1007.xlsx
wellcare_accounting_report.xlsx
asset level detail - 1193.xlsx
white_memorial_accting_report.xlsx
2014-2017 Rev by Network, Category, Manuf, Brand.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2017 Revenue by Type (Global, Mid-market, Emerging, Page Science).xlsx
Abbvie Reconciliation 2017.09.xlsx
Percentage of Revenue by Product 2017.xlsx
Sales Ops to Rev Accounting - Reconciliation 2017.05.22.xlsx
Tecfidera Adjustment.xlsx
Timing of Orders - Revenue with Executed Contract Date.xlsx
Xeljanz.xlsx
APRIL 3rd Party DDM 9466 Overview 20170401-20170430 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
JUNE 3rd Party DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
MAY 3rd Party DDM 9466 Overview 20170501-20170531 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
OH Copaxone April 2017 (Apr 1, 2017 - Apr 30, 2017) (1).xlsx
OH Copaxone June 2017 (Jun 1, 2017 - Jun 30, 2017) .xlsx
OH Copaxone May 2017 (May 1, 2017 - May 31, 2017) (4).xlsx
April rev details.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
2017 Measurement Requirements.xlsx
Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xls

Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xlsx
Contracts with Studies.xlsx
Digital Fulfillment - Example Request format.xlsx
digital_contract_close_out_details_08.11.xls
Market Research Obligations - not in queue 08.11.2017.xlsx
Revenue to Fulfillment 2017.08.xlsx
YTD Contract Revenue to Fulfillment - 09.30.2017.xlsx
Brochure Fulfillment Detail - 2017.xlsx
Absorb March Report v2.pdf
Absorb March Report.pdf
Absorb SPAR Report.xlsx
Absorb Tech Distribution Summary.pdf
Absorb Jan 2017 Mailing tracking.xls
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLlst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
Brilinta Mailing Tracking.xls
Chantix tracking.xls
CMS Medicare Mailing Tracking Report_June.xlsx
CMS Medicare Mailing Tracking.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_Lit Dist List_Cox Comm (1).xlsx
CM-CoxCommBrochure10252017-TrackingNo.xlsx
170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Eliquis Tracking.xls
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx

CM-EntrestoBroch022217-TrackingNo.xlsx
Farxiga and Mirena Mailing Tracking Feb 2017.xls
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf
CM-GrastekLetter12142016-TrackingNo (1).xlsx
CM-GrastekLetter12142016-TrackingNo.xlsx
Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
Home Instead February Report.pdf
Home Instead May Report.pdf
Home Instead Tracking Sep 2017.xls.xlsx
HomeInstead SPAR Report - Feb & May.xlsx
HomeInstead Tech Distribution Summary.pdf
Home Instead and Watchman Tracking Sep 2017.xls
161230_HumiraPsA_LitDistribution.xlsx
706 - CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Ibrance 1099 Delivery Affirmations - April 2017.pdf
Ibrance 1099 Delivery Affirmations - January 2017.pdf
Ibrance Tech Distribution Summary.pdf
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.csv
Invenga Trinza Tracking  .xls
Invenga Trinza, Spriva and Wellcare Tracking (1).xls
Invega Trinza April Report.pdf
Invega Trinza SPAR Report.xlsx
Invega Trinza Tech Distribution Summary.pdf
170822_InvegaTrenza_BrochureDistribution.csv
Contract 1637 - 170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
Contract 1637 CM-JardianceABroch071417-TrackingNo.xlsx

US v. Shah, et al.                                                                                      Appendix B

OH LitLetter Generic_summer (1).docx
Jardiance Mailing Tracking 1_18_17.xls
Jardiance Mailing Tracking Feb 2017.xls
Jardiance tracking.xls
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
Accent Health Kyleena Mailing Tracking.xls
Mirena Mailing Dec 2016 Tracking.xls
mirena mailing tracking 0417.xlsx
Mirena Tracking.xls
SEP 2017 KYLEENA MAILING.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo.xlsx
Contract # 966 CM-MirenaBroch09282017-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
June 2017 Nima Sensors Mailing Tracking for SF.xls
June 2017 Nima Sensors Mailing Tracking.xls
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
APRIL 2017 OPDIVO TRACKING.XLS
Opdivo January Affudavit Report.pdf
Opdivo July Affidavit Report.pdf
opdivo mailing tracking 0417.xlsx
Opdivo October Affidavit Report.pdf
APRIL 2017 OPDIVO TRACKING.XLS
opdivo mailing tracking 0417.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
Otezla PsA.textClipping
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx

CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
Otezla Tracking .xls
Pearle Vision and Otezla Tracking.xls
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 Pl.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
Prevnar Drop Tracking from CDA 1_24_17.xls
Prevnar Mailing Tracking 04-17.xls
Procure OKC April Report.pdf
Procure OKC SPAR Report.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
Saxenda Drop Tracking.xls
Saxenda mailing tracking (1).xlsx
SAXENDA MAILING tracking.xls
Saxenda mailing tracking.xlsx
SCRIPTSAVE MAILING tracking.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
CM-SmartyPantsGI_LitBrochure10312017-TrackingNo (1).xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
CM-SmartyPantsOBGYN_LitBrochure10312017.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
Stelara 1099 Delivery Affirmations - July 2017.pdf
Stelara 1099 Delivery Affirmations - October 2017.pdf
Stelara Tech Distribution Summary.pdf
Accent Health Stelara Mailing.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
Stiolto Mailing Tracking #2 1_18_17.xls
Stiolto Tracking.xls
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx

Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentaBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
June 2017 Victoza Saxenda Mailing Tracking (1).xlsx
Victoza Jan 2017 Mailing Tacking.xls
Victoza mailing tracking (1).xlsx
Victoza mailing tracking.xlsx
Accent Health Aug 2017 Watchmen Mailing Tracking.xls
June 2017 Watchemen Mailing.xls
SEP 2017 WATCHMAN  MAILING_Tracking.xls
September Mailing_Watchmen_Invega Trinza_8.23.2017.xlsx
Watchmen Tracking.xls
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List_8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
close_out_details_revised_08.07.17.xlsx
Contract Review - Accounting.xlsx
Executed Post 10-1 as of 2017.12.28.xlsx
Contract_with_fulfillment_10312017.xlsx
Jan-Nov Contracted Revenue with Fulfillment_20171214.xlsx
LIVE - Contracted Products and Revenue by month.xlsx
1805_1823_fulfillment_12212017.xlsx
712 - 2017 Fulfillment.xlsx
ytd_fulfillment - pulled 12212017.xlsx
2017 YTD Fulfillment Report - V012418 FINAL.xlsx
Wifi Delivery - Offices 02.05.18.xlsx
Wifi_Doubleclick_Delivery_2017 - 02.15.2018 via Johnny.xlsx
1051Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
1074 FULLY EXECUTED_Otezla_PsO_20.pdf
1096 Astellas_OUTCOME_CR27534_5-16-17.pdf
1096 OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1667 Outcome Health Mail - Approval Request for Extension of Trulicity ROFR.pdf
1668 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
1668 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1681 AH- LG Air Purifier, IO Partially Executed 08.11.17.pdf
1735 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 9.21.17.pdf
1744 AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1746 AbbVie-Mavyret-FULLY EXECUTED #IO 1746, 9.15.17.pdf
1760 Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1785 Outcome Health Mail - CMS Make Good and Next Steps.pdf
2017 Contract Lines with No Revenue Analysis.xlsx
725 Novo Nordisk-Novolog-FULLY EXECUTED IO #725, 2.22.17.pdf
732 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 3.23.17.pdf
736 Sanofi-Praulent-FULLY EXECUTED IO #736 5.18.17.pdf
771 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf

777 FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
870 AbbVie Pharma-Humira PsO-FULLY EXECUTED IO #870 3.6.17.pdf
1017 - Grow Up Plan 2017 (1017, 1037).pdf
1028 - FULLY EXECUTED -- CVS Equity Initiative Accent Health (1028).pdf
1032 - FULLY EXECUTED -- Quest Diagnostics -- HCV DTC-HCP Q3 2017 (1032).pdf
1032 - Publix Charlotte B2B IO 5.12.17.pdf
1033 - Signed OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
1036 - Lemtrada_Patient 2017_Context Media_IO (1) (1).pdf
1036 - Signed - OH_Lemtrada_Date Change Addendum IO-#1036, FULLY EXECUTED, 06.30.17 (1).pdf
1037 - Grow Up Plan 2017 (1017, 1037).pdf
1040 - FULLY EXECUTED BMS Oncology.pdf
1041 - FULLY EXECUTED -- Quest Diagnostics -- HIV DTC-HCP Q2-Q4 2017 (1041).pdf
1041 - Quest HIV Letter of Intent 4.21.17.pdf
1041 - Quest_OutcomeHealth_HIV_SOW 5.15.17.pdf
1045 - Signed Otezla PsO 2017 Jan-Feb - #1045 Fully Executed, 08.16.17.pdf
1050 - Corrected - GSK Nucala OUTCOME HEALTH CR27739 REV 5-23-17.pdf
1050 - GSK Nucala CONTEXTMEDIA CR27739 4-25-17.pdf
1050 - signed FULLY EXECUTED_Nucala_2017_Campaign_-_Master (1050).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1058 - Context Media revised contract for Merck Nexplanon.pdf
1058 - Signed FULLY EXECUTEd_Nexplanon_2017_Campaign_- Addendum (1058).pdf
1059 - CDC IO PN-CMH_ExamRoomWallboard Media IO_5.3.17 (1).pdf
1059 - CDC T&C1 CMH_Exam Room Advertising Ts&Cs_Signed (1).pdf
1059 - Signed FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf
1059 - Signed, FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf
1062 - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1062 - Signed - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1065 - 170516_BSC_Emblem S ICD_Contract.pdf
1065 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1066 - 170516_BSC_Emblem S ICD_Contract.pdf
1066 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1067 - Signed, FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
1067 - Symbicort OH Extension IO 5.25.2017.pdf
1077 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1078 - Publix Charlotte B2B IO 5.12.17.pdf
1078 - Signed, FULLY EXECUTED -- 2017 Publix Pharmacy B2B (1078).pdf
1082 - Lynpara IO 5.12.2017.pdf
1082 - Signed - Outcome Health- AZ Lynparza CC_#1082_FULLY EXECUTED,06.13.17.pdf
1084 - Signed Sanofi-Toujeo-OOH Pitch-IO-Fully Executed - #1084 07_25_2017.pdf
1094 - EnbrelRA Context Digital Exam Room Tablet Jun-Dec 2017.pdf
1095 - EnbrelRA Context Digital Wallboards Jun-Dec 2017.pdf
1095 - OH Only - OH-EnbrelRA_#1095,FULLY EXECUTED,06.15.17.pdf
1096 - Signed OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1097 - Email confirmation Outcome Health Mail - Re- 2017 Rozerem New Patient Start Program Amendment.pdf
1100 - Pearle Vision IO Luxottica_OUTCOME_CR27966_6-7-17.pdf
1100 - TCs signed - Accent Health  Luxotica Television Advertising revised 6.21.17 - OMG-OMA signed.pdf
1101 - Cancelation, Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1102 - Cancelation , Outcome Health - Stelara PsA Cancellation Signed.pdf
1102 - Cancelation signed FULLY EXECUTED -- Stelara PsA 2017 - Cancelation Letter (1102).pdf
1104 - Signed Evzio-SOW-Fully Executed - #1104 07_24_2017.pdf
1107 - Signed OH-Rubraca SOW-#1107-FULLY EXECUTED, 07.06.17.pdf
1108 - CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).pdf
1108 - SCHEDULE Copy of Exhibit C-D-E-F_Final 6-3-17.xlsx
1108 - Signed CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).pdf
1109 - 170522_Trumenba Contract_Draft.v1 (revised).docx
1110 - Signed OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
1112 - Anoro Contract 5.24.17.pdf
1112 - Signed FULLY EXECUTED -- Anoro 2017 Campaign (1112).pdf
1114 - Signed OH-Triumeq 2H Billing Entity Addendum-#1114-FULLY EXECUTED, 07.06.17.pdf
1118 - Signed 170928 Covance Q4 Brand Awareness Contract AR-Fully Executed, 09.29.17.pdf
1120 - Cancelation Nexplanon 2017 -- Cancellation (1120).pdf
1120 - Signed - OH-Nexplanon_2017_Cancellation-#1120, FULLY EXECUTED 06.15.17.pdf
1121 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1123 - OH_Sebela_Brisdelle_SOW (Sebela Signed) 6.5.17.pdf
1123 - Signed - Fully Executed -- OH and Sebella MSA 6.5.17.pdf
1124 - Signed Outcome_Health_Veracyte_SOW_SIGNED.pdf
1132 - Repatha_ContextMedia_ExamRoomWallunit_-Jul-Sept_2017.docx (1)[1].pdf

1132 - Signed OH_Repatha_#1132_FULLY EXECUTED-06.15.17.pdf
1134 - Repatha_ContextMedia_ExamRoomTablet_JULY-SEPT_2017[1][1].pdf
1134 - Signed OH_Repatha_#1134_FULLY EXECUTED,.pdf
1142 - HUMIRA Gastro Wallboard 2017 Revised IO 5.25.17.pdf
1142 - Signed Cancellation - FULLY EXECUTED -- Humira Crohn's WB 2017 - (7-21) Cancellation Addendum (1142).pdf
1143 - Signed FULLY EXECUTED -- Humira Crohn's ERT 2017 - (7-21) Cancellation Addendum (1143).pdf
1144 - HUMIRA Gastro Waiting Room TV 2017 Revised IO 5.30.17.pdf
1144 - Signed FULLY EXECUTED -- Humira Crohn's WRTV 2017 - (7-21) Cancellation Addendum (1144).pdf
1147 - Signed AH-Dupixent 2017 IO-#1147, FULLY EXECUTED,07.26.17.pdf
1148 - Signed Triumeq 1H.pdf
115 - Signed 08.26.2016 - 160826_Merck_Zostavax_Contract_Executed.pdf
1151 - ProAir Consumer - Triggyr May-June 2017 IO.pdf
1151 - Signed Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1152 - Signed ContextMedia Health LLC dba Outcome Health - AssigAssuConstRelsAgmt to MSA(10.01.14_51526) - 04.25.17_1(
1153 - Ribo Revised 6.6.2017.pdf
1153 - Signed - FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
1157 - Bevespi Incremental Contract 5.30.2017.pdf
1157 - Signed OH -Bevespi_Incremental_IO, #1157, FULLY EXECUTED 06.14.17.pdf
1158 - Signed Triggyr-Cosentyx PsA, #1158, Revised IO FULLY EXECUTED, 08.10.17.pdf
1161 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1161 - Signed FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1163 - Signed - OUTCOME HEALTH (ContextMedia) Botox Work Order (July-December 2017) (6.19.17) (002).pdf
1164 - Signed Triggyr-Viekira Pak, #1164, FULLY EXECUTED, 07.21.17 (1) (1).pdf
1167 - Contract-15980-ContextMediaHealth__LLC-Revision_6-2-2017_3-43-PM-EDT (1) (1).pdf
1167 - Signed OH-Atripla Q2 2017 ERT Addendum #1167-FULLY EXECUTED,06.22.17.pdf
1169 - Outcome Health revised contract-2.pdf
1169 - Signed Januvia Addendum-FULLY EXECUTED, 06.26.17.pdf
1181 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17.pdf
1183 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17 (1).pdf
1187 - Signed August Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed July Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed September Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1192 - Signed Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17 (1).pdf
1194 - Signed AH-Havroni Branded Addendum IO-#1194-FULLY EXECUTED, 07.06.17.pdf
1204 - Signed OH_Onzetra_#1204, FULLY EXECUTED, 07.18.17.pdf
1205 - Signed OH- Leo-Picato SOW, #1205, FULLY EXECUTED,07.24.17.pdf
1206 - RadiusPharma_2017_Consumer_Campaign_Outcome_RIO (SLD Signed).pdf
1208 - Signed Tecfidera 2017, FULLY EXECUTED Amended SOW #1654 #1208, 9.19.17
1208 - Tecfidera 2017 ERT, Partially Executed Revised IO 1208, 9.19.17.pdf
1211 - Signed OH-Lemtrada Amendment, #1211, FULLY EXECUTED, 07.12.17.pdf
1212 - Signed OH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
127 - Signed 08.03.2016 - 160803_VectraDA_Contract_Executed.pdf
127 - Signed 11.03.2016 - Vectra_T&C_Signed.pdf
1629 - Signed OH-Prepopik IO-#1629-FULLY EXECUTED,07.06.17 (2).pdf
1632 - Signed Injectafer 2017 - Fully Executed SOW #1632, 9.15.17.pdf
1636 - Signed OH- Atripla Q3 2017-Addendum, #1636, FULLY EXECUTED, 07.14.17 (1).pdf
1637 - Jardiance_Incremental_July'17.pdf
1637 - Signed OH-Jardiance IO-#1637, FULLY EXECUTED 08.01.17.pdf
1639 - Signed Nexplanon-IO-Fully Executed #1639_8.3.17.pdf
1642 - Signed OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17 (1).pdf
1646 - Partially Executed - Orencia Cancellation IO #1646, 10.3.17.pdf
1647 - Signed OH-BMS Oncology Pilot SOW, #1647, PARTIALLY EXECUTED, 07.24.17.pdf
165 - Signed 08.26.2016 - 160826_Merck_Grastek_Contract_Executed.pdf
1652 - Signed 8.7.2017 - Sea-Band-FULLY EXECUTED SOW #1652, 08.07.17 .pdf
1652 - Signed Triggyr-SeaBand SOW, #1652, FULLY EXECUTED, 08.07.17 .pdf
1654 - Signed Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
1661 - Signed Triggyr-Dupixent IO-#1661, FULLY EXECUTED, 08.07.17 (1).pdf
1662 - Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
1662 - Template Duzallo WO #1000008939 (rev.) (1).docx
1663 - Signed Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17 (1).pdf
1668 - Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1672 - Signed OH- Tanzeum 2017, #1672 #1673 #1674, FULLY EXECUTED, 08.08.17 (1).pdf
1684 - SignedOnzetra 2017 - Updated IO, FULLY EXECUTED #1684, 08.15.17.pdf
1685 - Signed Avise 2017, Fully Executed SOW #1685, 9.18.17.pdf
1688 - Signed Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17.pdf
1689 - Signed - Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (2).pdf
1691 - Signed Atripla 2017, Q4- FULLY EXECUTED IO #1691, 8.29.17.pdf

1692 - Signed - Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17.pdf
1692 - Signed Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (1).pdf
1697 - Casper Triggyr- FULLY EXECUTED SOW #1697, 11.20.17.pdf
1697 - Email addendum to PDF contract Casper Triggyr 11.20.17.pdf
1704 - Signed ACADIA, Nuplazid- Fully Executed Sow #1704, 8.31.17 (1).pdf
1707 - cancellation Injectafer 2017, Cancellation IO #1707, 11.29.17.pdf
1713 - Signed Breo 2017, Budget Cut Addendum, FULLY EXECUTED #1713, 8.29.17.pdf
1735 - Signed Invokana 2017- Market Access SOW, FULLY EXECUTED 9.21.17.pdf
1742 - Signed 12.22.2017 Takeda- Ninlaro- FULLY EXECUTED SOW #1742, 12.22.17.pdf
1744 - Signed AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1760 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1776 - Signed 01.31.2018 Gilead- HIV Truvada PrEP- FULLY EXECUTED SOW #1776, 1.31.18.pdf
1777 - Signed 01.18.2018 - CLS- Hizentra- FULLY EXECUTED SOW #1777, 1.18.18.pdf
1779 - Blink Health 2017, 2H - FULLY EXECUTED MAA #1779, 9.6.17.pdf
1783 - Signed 01.23.2018 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
1787 - Signed Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1788 - Signed 12.21.2017 Amgen- Enbrel Derm- Sept. FULLY EXECUTED IO #1788, 12.21.17.pdf
1789 - Signed 12.21.2017 Amgen- Enbrel_Derm- Nov. FULLY EXECUTED IO #1789, 12.21.17.pdf
1790 - Signed 12.21.2017 Amgen- Enbrel Derm- Dec. FULLY EXECUTED IO #1790, 12.21.17.pdf
1792 - Email cancellation - Re_ Notification- Cessation of Brisdelle program.pdf
1794 - Signed BMS Oncology Phase I Surplus Inventory, FULLY EXECUTED SOW #1794, 10.4.17.pdf
1796 - SIGNED - DEC BI-Pradaxa, FULLY EXECUTED Dec. IO #1796, 10.10.17.pdf
1796 - SIGNED - NOV BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 - SIGNED - OCT- BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1805 - Signed 12.21.2017 OH- Amgen- Repatha 2017 Q4, FULLY EXECUTED IO #1085, 12.21.17.pdf
1809 - Signed Alto Pharmacy- FULLY EXECUTED Pilot Agreement #1809, 10.13.17.pdf
1816 - SIGNED GSK- Anoro- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1817 - Signed GSK- Nucala- FULLY EXECUTED 2017 Q4 Cancellation IO #1817, 10.16.17.pdf
1818 - Signed GSK- Triumeq- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1819 - Signed GSK- Breo Asthma- FULLY EXECUTED 2017 Q4 Cancellation IO #1819, 10.16.17.pdf
1827 - Signed 12.22.2017 Celgene- Otezla PsO- FULLY EXECUTED IO #1827, 12.22.17.pdf
1828 - Celgene- Otezla PsA- FULLY EXECUTED IO #1828, 12.22.17.pdf
1829 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736).pdf
1830 - Signed Merck- Zepatier- FULLY EXECUTED Cancellation IO #1830, 10.25.17.pdf
1831 - GSK- Tanzeum 2017, Q4- FULLY EXECUTED Cancancellation IO #1831, #1825, 11.21.17.pdf
1833 - Fully Executed Sanofi- Toujeo- FULLY EXECUTED Cancellation IO #1833, 11.14.17.pdf
1838 - Signed 01.25.2018 Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
1839 - AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
1841 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1911 - Disney- Disneyland- Partially Executed Revised IO #1911, 11.1.17.pdf
1911 - Signed 12.07.2017 Disneyland- FULLY EXECUTED IO #1911, 12.7.17.pdf
1912 - Signed 01.26.18 BMS- Opdivo- FULLY EXECUTED IO #1912, 1.16.18.pdf
1917 - FULLY EXECUTED IO #1917, 11.17.17.pdf
1921 - Natera- Evercord- FULLY EXECUTED WO #1921, 12.21.17.pdf
1924 - Signed 01.22.2018 - Walmart Indio Fully Executed IO 1.23.18 (1) (1) (1).pdf
1932 - Humira PsA- Fully Executed WRTV Cancellation IO #1932, 12.4.17.pdf
1933 - Email Humira PsO- ERT Cancellation Addendum #1933, 12.1.17.pdf
1933 - Humira PsO- Fully Executed ERT Cancellation IO #1933, 12.4.17.pdf
1934 - Email Humira PsO- WRTV Cancellation Addendum #1934, 12.1.17.pdf
1934 - Humira PsO- Fully Executed WRTV Cancellation IO #1934, 12.5.17.pdf
1935 - Humira RA- Fully Executed ERT Cancellation IO #1935, 12.4.17.pdf
1936 - Email Humira RA- WRTV Cancellation Addendum #1936, 11.30.17.pdf
1936 - Humira RA- Fully Executed WRTV Cancellation IO #1936, 12.5.17.pdf
1940 - Signed 01.16.2018 Gilead- HIV Treatment- FULLY EXECUTED SOW #1940, 1.30.18.pdf
1942 - Signed 1.23.2018 Toy Association- FULLY EXECUTED SOW #1942 1.23.18.pdf
1943 - BMS Cancellation Notice, Dated 10.26.17.pdf
1945 - Signed 12.07.2017 Abbott- Pediasure- FULLY EXECUTED IO #1945, 12.7.17.pdf
1947 - Signed 01.18.2018 Walmart Sumter Fully Executed IO 1.18.18 .pdf
1950 - Signed 12.15.17 PepsiCo- Quaker 2018- Fully Executed IO, 12.15.17.pdf
1952 - Signed 12.08.2017 - Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
1953 - Signed 01.17.2018 Injectafer Triggyr- FULLY EXECUTED Cancellation IO #1953, 1.18.18.pdf
1956 - Signed 01.24.2018 Genetech- Tecintriq 2018- FULLY EXECUTED Make Good IO #1956, 1.25.18.pdf
1957 - Signed 12.08.2017 - Tecfidera- Fully Executed WRTV Vancellation IO, 12.8.2017.pdf
1959 - Signed 01.30.2018 OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
1960 - Signed 01.30.2018 AH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1960, 1.30.18.pdf
1978 - Imbruvica- FULLY EXECUTED IO #1978, Signed 12.22.17 (Final).pdf
1978 - Imbruvica Revised IO, 12.22.17.pdf

1984 - Botox Cosmetic Cancellation Notice, 12.14.17.pdf
1986 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
1993 - Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1996 - Clovis- Rubraca- Cancellation IO #1996, 12.21.17.pdf
1997 - Januvia WB Removal Email Notification (Legal Approved), 10.26.17.pdf
1998 - Gilead- Harvoni Branded 2018- FULLY EXECUTED IO #1998.pdf
1999 - Gilead- Harvoni Unbranded 2018- FULLY EXECUTED IO #1999.pdf
2013 - Signed 02.12.2018 Astellas- FULLY EXECUTED Clinical Trial SOW #2013, 2.13.18.pdf
2014 - Executed 02.01.2018 - Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
2015 - Addtl paper Quaker 2018 Q1- AV ERT Email Addendum Draft, 1.16.18.pdf
2015 - Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
2025 - Signed 01.24.2018 Takeda- Trintellix- FULLY EXECUTED Completion Agreement, 1.24.18.pdf
2026 - Gilead- Harvoni Branded- ERT Opt Out Email Confirmation, 1.23.18.pdf
2028 - 01.18.2018 client email confirmationSpiriva COPD- Date Change Client Confirmation Email, 1.18.18.pdf
2030 - 02.06.2018 Signed - Medisafe- FULLY EXECUTED IO #2030, 2.6.18.pdf
2030 - Medisafe Estimated Inventory Counts, 11.30.17.pdf
2033 - 02.06.2018 email approval - Pediasure- Launch without contract leadership approval email, 2.8.18.pdf
2033 - Outcome Health Mail - Re- Crossix & Pediasure (1).pdf
2037 - Signed 02.07.2018 CMH Healix- Tahio- Lonsurf- FULLY EXECUTED Completion Agreement, 2.5.18.pdf
231 - 160203_Amitiza_Contract_Executed (1).pdf
264 - Signed 160410_Effient_DTC_Contract.pdf
285 - Signed 6.14.16 - 2016 GoodRx Sponsor Agreement_fully executed.pdf
317 - signed 8.31.2016 - 160831_Xulane_Contract_Revised.pdf
463 - Signed 02.03.2016 - 20160203_Welchol_Contract (1).pdf
491 - Signed 08.26.2016 - 160826_Merck_Belsomra_Contract_Executed.pdf
536 - Signed 08.02.2016 - 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
548 - Signed 10.11.2016 - OmronContractSigned.pdf
565 - Signed 01.20.2017 - FULLY EXECUTED_Publix_Medicare_Part_D_2017.pdf
570 - Signed 1.10.2017 1000454104 2016 Rozerem New Patient Start Prgrm CS.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
576 - Signed - Please DocuSign_ 161030_Zembrace_MSA_PWO_Executed.pdf
612 - Signed 11.08.2016 - 161108 Atrium 2017 Executed Contract.pdf
616 - Signed 12.21.2016 - FULLY EXECUTED_Xeljanz_Context_Media_Q1_201.pdf
619 - Signed 2.23.2017 FULLY EXECUTED_Otelza_PsA_2017_(619).pdf
620 - Signed 2.23.2017 FULLY EXECUTED_Otezla PsO 2017 (620).pdf
621 - Signed 01.17.2017 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
630 - Signed 11.17.2017 - Context Media Health MSA eff 111616 FullyExecuted.pdf
632 - Signed 12.20.2016 - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
643 - Signed 12.12.2016 - FULLY EXECUTED_BYR-MIRENA-CONTEXT-Shah-Nati.pdf
650 - Signed 11.04.2016 - FULLY EXECUTED -- UCB Clinical Trials.pdf
655 - January - FULLY EXECUTED Tradjenta_2017_Jan_(655)pd.pdf
657 - Signed 10.17.2016 - ContextMedia MNDA 20161014 (1)-signed[1].pdf
657 - Signed 12.07.2016 - FULLY EXECUTED_CMH_Statement_of_Work1_12-07.pdf
659 - 11.18.2016 - 161118 Xiidra Fully Executed Contract.pdf
664 - Need client sign. FULLY EXECUTED_Cosentyx_PsO_2017_(664).pdf
665 - Signed 12.20.2016 - FULLY EXECUTED_Contract_665_--_2017_Xeljanz.pdf
667 - CMH SIGNED_ Briviact, POC.pdf
668 - Signed 12.27.2016 - FULLY EXECUTED_2017_Ibrance_Context_Media_C.pdf
669 - Signed 12.12.2016 - FULLY EXECUTED_AG1-BCM-CONTEXT-Tobin-Nation.pdf
670 - Signed 12.12.2016 - FULLY EXECUTED_Contract_13956_-_ContextMed.pdf
677 - Signed 02.01.2017 - FULLY EXECUTED_-_Bayer_OAD_2017.pdf
680 - Signed 11.18.2016 - FULLY EXECUTED -- SC1-464751 ContextMedia Amend Amitiza Waiting Room FY16 CS.pdf
681 - Signed 11.29.2016 - Amitiza 2017.pdf
682 - Signed 2.21.2017 - FULLY EXECUTED -- Pradaxa_2017_Jan_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Feb_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Mar_(682).pdf
684 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
692 - Signed 3.31.2017 - FULLY EXECUTED -- Orencia 2017 Q1 (692).pdf
700 - Signed 12.28.2016 - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2690.pdf
705 - Signed 01.20.2017 - FULLY EXECUTED_HPS_IO_WR_Video_2017.pdf
705 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
706 - Signed 01.31.2017 - FULLY EXECUTED_706_--_2017_PsA_CMH_Video_IO.pdf
706- Sponsor Signature - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
707 - Signed 01.20.2017 - FULLY EXECUTED_AS_Context_Tablet_(1).pdf
707 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
708 - Signed 1.31.2017 FULLY EXECUTED--_HUMIRA_Crohns_2017_TV.pdf

708 - Signed by Sponsor Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
709 - Signed 12.27.2016 - FULLY EXECUTED_2017_Eliquis_Context_Media_C.pdf
711 - Signed 02.02.2017 - FULLY EXECUTED_MiraLAX_2017.pdf
712 - Signed 02.01.2017 - FULLY EXECUTED_Harvoni_Branded_2017.pdf
713 - AD Signed 02.03.2017 - FULLY EXECUTED_Harvoni_Unbranded_2017.pdf
716 - Signed 01.03.2017 - FULLY EXECUTED_Prezcobix_-_2017_POC_Contrac.pdf
717 - Need client sign. - FULLY EXECUTED_Cosentyx_PsA_2017_(717).pdf
718 - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
718 - Signed - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
719 - Signed 03.06.2017 FULLY EXECUTEd_Watchman_AFIB_Device_2017 (719).pdf
720 - Signed - FULLY EXECUTEd -- Triumeq 2017 (720).pdf
720 - Signed 4.12.2017 FULLY EXECUTEd -- Triumeq 2017 (720).pdf
721 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
721 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
723 - Cancelation Outcome Health - Stelara PsA Cancellation Signed.pdf
723 - Signed 2.14.2017 FULLY EXECUTED_Stelara_PsA_2017_(723).pdf
724 - Signed 2.14.2017 FULLY EXECUTED_Saxenda_2017_(724).pdf
725 - Signed 2.22.2017 FULLY EXECUTED_Novolog_2017_Market_Access (725).pdf
726 - Signed 2.14.2017 FULLY EXECUTED_Victoza_2017_(726).pdf
727 - Signed 2.14.2017 FULLY EXECUTED_Tresiba_2017_(727).pdf
729 - Signed 01.18.2017 - FULLY EXECUTED_Perrigo_Infant_Formula_and_C.pdf
729 - Signed 01.29.2017 - FULLY EXECUTED_ContextMediaHealth_Sponsorsh.pdf
731 - Signed 01.05.2017 - Synvisc_2017_Jan-Jun_CMH_rev.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
735 - Signed 2.3.2017 CMH SIGNED_Viberzi_2017_Sponsorship_Agr[10].pdf
736 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736).pdf
736 - Signed Praluent Market Access 2017.pdf
737 - Signed 3.6.2017 FULLY EXECUTE_Repatha_2017_-_Feb-June_ERT (737).pdf
739 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_WR_(739).pdf
740 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_(740).pdf
742 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Derm_2017_(742).pdf
743 - Signed 01.08.2018 2017_PVC Make Good_Context Media_Fully Executed 1.8.18.pdf
745 - Signed 02.08.2017 - FULLY EXECUTED -- Tecentriq_2017_Lung.pdf
747 - Signed 2.1.2017 FULLY EXECUTED_-_Bayer_Claritin_2017.pdf
750 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf
751 - Signed 01.20.2017 - FULLY EXECUTED_Humira_RA_TV_Screens.pdf
755 - Signed 1.20.2017 FULLY EXECUTED_CDC_Chronic_Context_Media_He.pdf
757 - Signed 01.03.2017 - IO Context Media for Boiron.pdf
758 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
758 - Signed 2.1.2017 FULLY EXECUTED_Belsomra_2017.pdf
759 - Signed 2.14.2017 FULLY EXECUTED_Januvia_2017_(759).pdf
760 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
760 - Signed 2.1.2017 FULLY EXECUTED_Nexplanon_2017.pdf
762 - Signed 2.1.2017 FULLY EXECUTED_Zepatier_2017.pdf
762 - Signed AH- Zepatier, Fully Executed IO, #762 08.22.17.pdf
763 - Signed 2.1.2017 FULLY EXECUTED_Zostavax_2017.pdf
770 - Signed 01.20.2017 - FULLY EXECUTED-_Humira_RA_CMH_Tabl.pdf
770 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
771 - Signed 1.20.2017 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf
772 - Signed 01.20.2017 - FULLY EXECUTED_HPS_IO_Tablets_2017_.pdf
772 - Sponsor signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
773 - FULLY EXECUTED_-_Humira_PsO_CMH_WB_I.pdf
774 - Signed 01.31.2017 - FULLY EXECUTED_774_-_Humira_PsA_CMH_Tablet_.pdf
774 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
776 - Signed 01.31.2017 - FULLY EXECUTED_776_--_HUMIRA_Crohns_Tablet.pdf
776 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
777 - NOT SIGNED - Update - HUMIRA Crohn's CMH Wallboard 2017 Full Year IO 1.17.17 - To Be Signed.pdf
777 - Signed 01.31.2017 - FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
777 - Signed 1.31.2017 - FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
778 - No Signature Farxiga Contract 3.16.2017.pdf
778 - Signed - FULLY EXECUTED -- Farxiga 2017 (778).pdf
779 - Signed - FULLY EXECUTEd_Bydureon_2017_AH_(779).pdf
779 - Sponsor Signed 01.05.2017 - Bydureon 2017.pdf
779 - V.3.24.2017 - Bydureon Revised Contract w- makegood 4.12.2017.pdf
782 - No Signature Contract #14504 - Triggyr - Revised - 3.1.17.pdf
782 - Signed 4.25.2017 -FULLY EXECUTED_Farxiga_2017_Triggyr_(782).pdf
783 - Signed 2.13.2017 FULLY EXECUTED_Triggyr_Neulasta_Q1_2017_(78.pdf

784 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, ERT.pdf
785 - Signed 01.04.2017 - ContextMedia Movantik Sponsorship Jan 4 2017.pdf
787 - Signed 01.10.2017 - FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
788 - OH SIGNED_Lemtrada_2017_(788).pdf
788 - Signed FULLY EXECUTED Lemtrada 2017 (788).pdf
789 - No Signature Gilenya 2017 Contract 3.10.2017.pdf
793 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
794 - Signed - FULLY EXECUTED - Entresto NPS 2017 (794).pdf
801 - Not signed Symbicort contract 3.16.2017.pdf
801 - Not signed Symbicort Revised 2017 Contract 2.14.2017.pdf
801 - Signed 04.05.2017 - FULLY EXECUTED -- Symbicort 2017 (801).pdf
802 - Signed FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
807 - Signed 02.01.2017 - FULLY EXECUTED_Vectra_DA_2017.pdf
810 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
811 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
812 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
813 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
819 - Signed 3.5.2017 FULLY EXECUTED_Aspercreme_2017_(819).pdf
819 - Signed ASP Contact (TC).pdf
821 - Signed 2.15.2017 FULLY EXECUTED_Lonsurf 2017.pdf
822 - Signed 01.23.2017 FULLY EXECUTED_Xulane_2017.pdf
826 - Signed - FULLY EXECUTED_Tanzeum_2017_(826).pdf
826 - Tanzeum.2017.AH.pdf
827 - SIGNED, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
830 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_ERT_(830).pdf
833 - FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
833 - LOE Contract.pdf
834 - Signed FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
835 - Signed, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
836 - CMH SIGNED_Ibrance 2017, DWB Extension.pdf
837 - Signed 2.13.2017 FULLY EXECUTED_Atrium_2017_Addendum_(837)p.pdf
838 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, WR.pdf
840 - Signed 2.13.2017 FULLY EXECUTED_Harvoni_Unbranded_2017_(840).pdf
844 - Signed FULLY EXECUTED_Public_2017_Addendum_(844)p.pdf
847 - FULLY EXECUTED_Otezla_PsO_20.pdf
848 - Signed 2.28.17 FULLY EXECUTED_Otezla_PsA_20.pdf
849 - Signed -FULLY EXECUTED_Bevespi_2017_(849).pdf
851 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_Add_(851).pdf
852 - Signed 3.21.17 FULLY EXECUTED_Botox_CM_April_2017_(852).pdf
854 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Feb-June_DWB_(854).pdf
856 - Signed 3.6.2017 FULLY EXECUTED_Repatha_2017_-_Jan_Exam_Room (856).pdf
857 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Jan_DWB_(857).pdf
858 - Outcome Health NDA_Fully Executed_013017.pdf
858 - Signed 3.10.2017 MannKind_AFREZZA_Signed SOW 031317.pdf
859 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - NEEDS OH SIGNATURE Outcome Health revised contract.pdf
859 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - Signed FULLY EXECUTED -- Januvia 2017 Addendum (859).pdf
860 - Signed FULLY EXECUTED -- Saxenda_2017_ROI_Addendum_(860).pdf
870 - FULLY EXECUTED_Humira_PsO_2017_-_WB_Pilot (870).pdf
871 - Signed 4.18.17 - FULLY EXECUTED -- Eliquis 2017 Addendum (871).pdf
872 - Gerber Life.CMH Media Buying Guidelines doc 1.19.17.pdf
872 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
873 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
876 - PO - Outcome Health - PHMUS-31843.PDF
876 - Signed - OH_Relistor_SOW_Executed_28March2017.pdf
878 - OH SIGNED_Ibrance_2017_(878).pdf
878 - Signed 4.7.2017 - FULLY EXECUTED -- Ibrance addendum 2017 (878).pdf
879 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
880 - FULLY EXECUTED -- Copaxone_Triggyr_2017 (880).pdf
881 - Signed 3.22.17 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
883 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(883).pdf
884 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(884).pdf
885 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(885).pdf
886 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
887 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf

889 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
890 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
891 - Signed 1.20.2017 FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
893 - Completion Document (Novolog)-Fully Executed.pdf
893 - FULLY EXECUTED -- Novolog 2017 NPS (893).pdf
897 - OH SIGNED_Watchman_Device_2017_Add_(897).pdf
897 - Signed - BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
897 - Signed BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
899 - Signed 3.23.17 FULLY EXECUTED_Belsomra_2017_Renewal_-_Add (899).pdf
901 - Signed 03.29.2017 FULLY EXECUTED_Brilinta_2017_(901).pdf
904 - Signed SOW as of 06.23.2017.pdf
908 - Signed 3.21.17 FULLY EXECUTED_Prepopik_2017_(908).pdf
910 - Signed 4.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910).pdf
911 - Signed 04.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910, 911).pdf
916 - Signed FULLY EXECUTED_Otelza_PsA_2017_(619).pdf
917 - Signed - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science37_2017_(918).pdf
919 - AH April Pradaxa IO (1).pdf
919 - AH June Pradaxa IO.pdf
919 - Signed -FULLY EXECUTED,6.26.17.pdf
925 - BYR-KYL-CONTEXT-swap.pdf
925 - Signed, FULLY EXECUTED -- Kyleena 2017 (925).pdf
927 - GSK Breo CONTEXTMEDIA CR26906 REV 4-5-17 (3).pdf
927 - SIGNED - FULLY EXECUTED -- 2017 Breo Asthma Campaign - Q2 Optimizations - Addendum (927).pdf
928 - Signed - Brilinta- Triggyr, IO FULLY EXECUTED, #928 08.16.17.pdf
930 - FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
930 - Signed FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
932 - Signed 4.14.17 - FULLY EXECUTED -- Atripla Q2 2017 (932).pdf
934 - Notice of Cancellation Atrium POC Cancellation 2-21-17.pdf
934 - Signed FULLY EXECUTED -- Atrium 2017 Cancelation (934).pdf
936 - Signed 04.7.2017 - FULLY EXECUTED -- Alzheimers Association 2017 (936) .pdf
942 - 5882-9-29853 -- otsuka - abilify.pdf
944 - FULLY EXECUTED -- Lonsurf DTC 2017, Addendum (944).pdf
944 - Updated Lonsurf Campaign Dates_CONTEXT_MEDIA_HEALTH_from_ID_MEDIA 04.10.2017.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx

Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf

682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf

958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx

Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf
Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx

1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf
Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljanz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incemental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx

Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx

876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xifaxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf
1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Ensure.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_ page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
January 2018 Rev Calc Support - Ran 01.26.2018.xlsx
January 2018 Rev Calc Support - Ran 02.02.2018.xlsx
January 2018 Rev Calc Support - Revised 02.07.2018.xlsx
JAN2018_TPD_final - Remnant.xlsx
180207_January_2018_FulfillmentReport.xlsx
January 2018 Qualified Fulfillment - V021518.xlsx
February 2018 Rev Calc Support - Ran 02.12.2018.xlsx
01.12.2018 - CM-CasperLitDist_WR_ABrochuree-01122018-TrackingNo Contract # 1696.xlsx

01.12.2018 - CM-CasperLitDist_WR_BBrochuree-01122018-TrackingNo_MASTER CONTRACT#1696.xlsx
01.12.2018 CM-OtezlaPsABrochuree-01122018-TrackingNo_MASTER CONTRACT #1828.xlsx
01.23.2018 CM-OtezlaPsOLitBrochuree-01232018-TrackingNo #1827.xlsx
Contracted Products and Revenue - week 01.15.2018.xlsx
Contracted to Fulfillment - 2018.01.16.xlsx
2016 Revenue Contract Summary 2016.06.xlsx
Contract Master.xlsx
Device, Qty Dollars Status 2016.09.13.xlsx
June Revenue Questions - Support.xlsx
Rev Rec June.xlsx
2016-09_September_billing_revenue_dr_2016 (Working File).xlsx
2016-09_September_billing_revenue_dr_2016 (Working File)c.xlsx
Micensky VOE.pdf
Workbook2 (Added).xlsx
Workbook2.xlsx
Workbook5.xlsx
12.28.17 - Conversant Check.jpg
12.28.17 - Conversant Details.jpg
11.02.17 - Samba Check.jpg
11.02.17 - Samba Details.jpg
11.03.17 - Butler_Till Check.jpg
11.03.17 - Butler_Till Details.jpg
11.10.17 - Samba Check.jpg
11.10.17 - Samba Details.jpg
11.20.17 - Abbott Check.jpg
11.20.17 - Abbott Details.jpg
11.20.17 - Butler_Till Check.jpg
11.20.17 - Butler_Till Details.jpg
11.24.17 - Target Check.jpg
11.24.17 - Target Details.jpg
11.30.17 - Conversant Check.jpg
11.30.17 - Conversant Details.jpg
10.16.17 - KellyScottMadison Check.jpg
10.16.17 - KellyScottMadison Details.jpg
10.16.17 - Resources Check.jpg
10.16.17 - Resources Detail.jpg
10.16.17 - Target Check.jpg
10.16.17 - Target Details.jpg
10.17.17 - Butler_Till Check.jpg
10.17.17 - Butler_Till Details.jpg
10.19.17 - Intermark Check.jpg
10.19.17 - Intermark Details.jpg
10.25.17 - IPG Check.jpg
10.25.17 - IPG Details.jpg
10.27.17 - Conversant Check.jpg
10.27.17 - Conversant Details.jpg
10.30.17 - Harmelin Check.jpg
10.30.17 - Harmelin Details.jpg
JPM April 2017.pdf
JPM August 2017.pdf
JPM December 2017.pdf
JPM February 2017.pdf
JPM January 2017.pdf
JPM July 2017.pdf
JPM June 2017.pdf
JPM March 2017.pdf
JPM May 2017.pdf
JPM November 2017.pdf
JPM October 2017.pdf
JPM September 2017.pdf
Pages from JPM April 2017.pdf
Pages from JPM November 2017.pdf
Pages from JPM October 2017.pdf
Pages from JPM September 2017.pdf
Check# 0000007579.pdf
Check# 0000007580.pdf
Check# 0019139621.pdf

Check# 0110338998.pdf
Check# 0110340661.pdf
Check# 0110340809.pdf
Check# 0110340810.pdf
Check# 0110340811.pdf
Check# 0110340812.pdf
Check# 0110340813.pdf
Check# 0110340814.pdf
Check# 0110340815.pdf
Check# 0110340816.pdf
Check# 0110347403.pdf
Check# 0110347482.pdf
Check# 0110347504.pdf
Check# 0110347515.pdf
Check# 0110347536.pdf
Check# 0110353065.pdf
Check# 0110353201.pdf
Check# 102001.pdf
Check# 102106.pdf
Check# 134234.pdf
Check# 1690000307.pdf
Check# 1690000461.pdf
Check# 209719.pdf
Check# 209831.pdf
Check# 209832.pdf
Check# 209908.pdf
Check# 209909.pdf
Check# 209978.pdf
Check# 4000549747.pdf
Check# 400119148.pdf
Check# 400119884.pdf
Check# 400120476.pdf
Check# 40233.pdf
Check# 40495.pdf
Check# 5421.pdf
Check# 58300087.pdf
Check# 593381.pdf
Check# 593418.pdf
Check# 608411.pdf
Check# 84019.pdf
Check# 84053.pdf
Check# 844188.pdf
Check# 884182.pdf
Check# 90669.pdf
1.8.18 - Carat Check.jpg
1.8.18 - Carat Details.jpg
2017.pdf
2017-1 10.pdf
2017-1 13.pdf
2017-1 33.pdf
2017-1 34.pdf
2017-1 7.pdf
2017-10.pdf
2017-11.pdf
2017-12.pdf
2017-13.pdf
2017-14.pdf
2017-16.pdf
2017-17.pdf
2017-18 2.pdf
2017-2 13.pdf
2017-2 8.pdf
2017-2 9.pdf
2017-3 10.pdf
2017-3 11.pdf
2017-3 13.pdf
2017-3 14.pdf

2017-3 15.pdf
2017-3 2.pdf
2017-3 31.pdf
2017-3 6.pdf
2017-4 1.pdf
2017-4 18.pdf
2017-4 19.pdf
2017-4 20.pdf
2017-4 25.pdf
2017-4 26.pdf
2017-4 5.pdf
2017-4 6.pdf
2017-5 11.pdf
2017-5 3.pdf
2017-5 5.pdf
2017-5 8.pdf
2017-6.pdf
2017-7.pdf
2017-8.pdf
2017-9.pdf
2017-1 (Uploaded).pdf
2017-2.pdf
2017-3.pdf
2017-4.pdf
2017-5.pdf
(188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf
(242_) - 4835-1343-8039.1 - FINAL - Abbvie - Humira Derm (1.27.16).pdf
(852_) - 4836-7095-9446.1 - FINAL - Allergan - Botox - 12.12.16.pdf
(This one is very very wrong) 4844-2366-8311.1 - FINAL - Abbvie - Humira PSA - Tablet (1.27.16).pdf
___ - 4823-0606-0883.1 - FINAL - Amgen - Repatha - 5.18.16.pdf
1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf
1000- 4820-1199-3428.1 - FINAL - AstraZeneca (Symbicort) - Contract 14830.pdf
1005 - 4826-4566-9715.1 - FINAL - Campbell - V8 - 1.26.17.pdf
1006 - 4849-9244-6807.1 - REVISED - Victoza 11.22.16.pdf
1034 - 4815-2446-6519.1 - FINAL - Jazz Pharmaceutical - Xyrem - 5.4.17.pdf
1082 - 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
1082 - 4846-3048-3028.1 - FINAL - AstraZeneca - Lynparza - Contract 6428-9-36035.pdf
1094 - 4819-4377-2498.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Exam Roo....pdf
1094 - 4844-7968-8018.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Wallboar....pdf
1096 - 4835-3007-6503.1 - FINAL - Myrbetriq 6.22.17.pdf
1132 - 4852-4763-9890.1 - FINAL - Amgen - Repatha - July to Sept 2017 Wallboard....pdf
1134 - 4849-5855-9826.1 - FINAL - Amgen - Repatha - July to Sept Tablets.pdf
1147 - 4817-1982-5236.1 - FINAL - Sanofi (Dupixent) - 7-26-17.pdf
1158 - 4813-8991-7268.1 - FINAL - Novartis (Cosentyx Psoriatic Arthritis) 8-10-17.pdf
1187 - 4820-7033-8898.1 - FINAL - BI - Pradaxa - September 2017.pdf
1189 - 4813-3560-5075.1 - FINAL - Abbott - Ensure - 7.31.17.pdf
1689 - 4826-7203-1826.1 - Bayer Rx - Xofigo - 8.15.17.pdf
1706 - 4848-3116-0915.1 - FINAL - Novo Nordisk - Victoza - 11.22.16.pdf
1707 - 4816-3135-8548.1 - FINAL - Daiichi - Injectafer - 8.16.17.pdf
1772 - 4843-1210-9140.1 - FINAL - AstraZeneca - Lynparza - Contract 7770-11-37480.pdf
1788 (NOT FULLY EXECUTED) - 4824-1740-1170.1 - FINAL - Amgen - Enbrel Derm - Sept 2017 Tablets.pdf
1805 - 4823-9564-3986.1 - FINAL - Amgen - Repatha - Q4 2017.pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
188 - 4824-5479-4067.1 - FINAL - Jardiance - December 2016.pdf
190 - 4836-1970-5173.1 - FINAL - Novolog - 6.28.16.pdf
190 - 4838-0451-6693.1 - FINAL - Novolog - 9.13.16.pdf
192 - 4843-1417-8387.1 - FINAL - Tradjenta - July 2016.pdf
192 - 4848-1860-8979.1 - FINAL - Tradjenta - September 2016.pdf
192 - 4852-5344-0339.1 - FINAL - Tradjenta - December 2016.pdf
192 (OCTOBER) - 4824-0229-6659.1 - FINAL - Tradjenta - October 2016.pdf
192- 4814-9226-3763.1 - FINAL - Tradjenta - August 2016.pdf
193 - 4824-6306-0565.1 - FINAL - Tresiba - 7.20.16.pdf
194 - 4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
194 - 4838-5761-7750.1 - REVISED - Lilly - Humalog - Jan to June 2016.pdf

US v. Shah, et al.                                                                                                    Appendix B

194 -4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
196 - 4826-6484-5909.1 - FINAL - Victoza - 6.27.16.pdf
196 - 4850-6431-5477.1 - FINAL - Victoza - 7.20.16.pdf
197 - 4835-1775-5987.1 - FINAL - Amgen - Enbrel RA - 10.12.15.pdf
198 - 4835-0078-2163.1 - FINAL - Amgen - Enbrel RA - 4.4.16.pdf
199 - 4835-5066-3255.1 - FINAL - Abbvie - Humira Rheum - Tablet (1.27.16).pdf
199 - 4836-3232-0343.1 - FINAL - Abbvie - Humira Rheum (5.31.16).pdf
199 - 4845-7433-5575.1 - FINAL - Abbvie - Humira Rheum - Tablet (5.31.16).pdf
200 - 4825-5641-5831.1 - FINAL - Abbvie - Humira PSA (6.10.16).pdf
200 - 4851-5603-2343.1 - FINAL - Abbvie - Humira PSA (1.27.16).pdf
209 - 4823-7546-3255.1 - FINAL - Myrbetriq 6.23.15.pdf
214 - 4813-8937-2499.1 - FINAL - Pradaxa - February 2016.pdf
214 - 4836-2146-3123.1 - FINAL - Pradaxa - May 2016.pdf
214 - Apr - 4821-9428-5651.1 - FINAL - Pradaxa - April 2016.pdf
214 (JUNE) - 4828-4938-3507.1 - FINAL - Pradaxa - June 2016.pdf
216 - 4812-6554-5811.1 - FINAL - Amgen - Repatha 12.3.15.pdf
216 - 4826-4180-1811.1 - FINAL - Amgen - Repatha - 1.15.16.pdf
227 - 4816-6996-8727.1 - FINAL - Jazz - Xyrem 3.3.16.pdf
232 - 4830-0384-0852.1 - FINAL - Abbvie - EPI - 7.26.16.pdf
240 - 4833-3261-6787.1 - FINAL - Amgen - Enbrel Derm - 1.31.16.pdf
241 - 4848-4276-2835.1 - FINAL - Amgen - Enbrel Derm - 6.2.16.pdf
242 - 4847-0507-9127.1 - FINAL - Abbvie - Humira Derm (6.10.16).pdf
242 - 4849-9278-2935.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (1.27.16).pdf
242 (TABLET) - 4829-1280-1367.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (6.1.16).pdf
306 - 4816-0709-4869.1 - FINAL - Saxenda - Jan to March.pdf
306- 4810-5325-0133.1 - FINAL - Saxenda - April to Dec.pdf
310 - 4837-1013-5891.1 - FINAL - Stiolto - January 2016.pdf
310 - 4837-2645-4355.1 - FINAL - Stiolto - December 2016.pdf
310 - 4848-2136-4307.1 - FINAL - Stiolto - October 2016.pdf
310 - 4850-0466-8499.1 - FINAL - Stiolto - July 2016.pdf
342 - 4814-0635-8101.1 - FINAL - Tresiba - 11.22.16.pdf
4831-2338-9267.1 - FINAL - Tradjenta - November 2016.pdf
531 - 4828-3236-0790.1 - FINAL - Allergan - Botox - 12.16.16.pdf
540 - 4820-9512-9683.1 - FINAL - Pradaxa - October 2016.pdf
540 - 4842-2609-8259.1 - FINAL - Pradaxa - September 2016.pdf
542 - 4847-4275-4899.1 - FINAL - Amgen - Enbrel RA - 12.28.16.pdf
560 - 4818-3701-9731.1 - FINAL - Amgen - Prolia - 9.9.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
601 - 4849-7108-9751.1 - FINAL - Abbvie - Humira AS 3647 (12.15.16).pdf
617 - 4824-9146-5554.1 - FINAL - BI - Spiriva - October 2017.pdf
617 - 4834-4521-0962.1 - FINAL - BI - Spiriva - August 2017.pdf
617 - 4835-7903-5474.1 - FINAL - BI - Spiriva - April 2017.pdf
617 - 4838-1647-2402.1 - FINAL - BI - Spiriva - November 2017.pdf
617 - 4846-7040-6482.1 - FINAL - BI - Spiriva - February 2017.pdf
617 - Jan - 4820-1999-9570.1 - FINAL - BI - Spiriva - January 2017.pdf
617 - May - 4822-5599-4706.1 - FINAL - BI - Spiriva - May 2017.pdf
617 - Sept - 4818-8774-7922.1 - FINAL - BI - Spiriva - September 2017.pdf
617 (DECEMBER) - 4823-7166-5746.1 - FINAL - BI - Spiriva - December 2017.pdf
617 (JULY) - 4827-4181-3074.1 - FINAL - BI - Spiriva - July 2017.pdf
617- 4810-4757-6402.1 - FINAL - BI - Spiriva - June 2017.pdf
617- 4811-1488-1874.1 - FINAL - BI - Spiriva - March 2017.pdf
628 - 4843-2571-6051.1 - FINAL - Spiriva Asthma - November 2016.pdf
628 (DECEMBER) - 4831-1814-9715.1 - FINAL - Spiriva Asthma - December 2016.pdf
655 - 4835-6619-0162.1 - FINAL - BI - Tradjenta - March 2017.pdf
655 - 4841-8740-5906.1 - FINAL - BI - Tradjenta - September 2017.pdf
655 - 4842-7063-6626.1 - FINAL - BI - Tradjenta - June 2017.pdf
655 - 4845-3730-2610.1 - FINAL - BI - Tradjenta - April 2017.pdf
655 - 4849-7370-6834.1 - FINAL - BI - Tradjenta - August 2017.pdf
655 - 4852-0989-8578.1 - FINAL - BI - Tradjenta - July 2017.pdf
655 - Jan - 4816-8635-5538.1 - FINAL - BI - Tradjenta - January 2017.pdf
655 - May - 4818-8866-5170.1 - FINAL - BI - Tradjenta - May 2017.pdf
655 (FEBRUARY) - 4828-9372-5266.1 - FINAL - BI - Tradjenta - February 2017.pdf
664 - 4852-4913-5700.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
665 - 4844-3637-3847.1 - FINAL - Xeljanz 12.20.16.pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
682 - 4852-0682-6322.1 - FINAL - BI - Pradaxa - June 2017.pdf

682-682 - 4822-7140-3346.1 - FINAL - BI - Pradaxa - March 2017.pdf
684 - 4833-7686-3570.1 - FINAL - BI - Stiolto - February 2017.pdf
684 - 4836-4582-3314.1 - FINAL - BI - Stiolto - March 2017.pdf
684 - 4836-6273-1602.1 - FINAL - BI - Stiolto - May 2017.pdf
684 - 4841-1545-4290.1 - FINAL - BI - Stiolto - June 2017.pdf
684 - Jan 4811-2897-8770.1 - FINAL - BI - Stiolto - January 2017.pdf
684 (APRIL) - 4824-8747-4514.1 - FINAL - BI - Stiolto - April 2017.pdf
705 - 4831-4963-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3747.pdf
705 - 4844-4259-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - through Aug 31.pdf
705 (PLAYERS) - 4831-1515-8100.1 - FINAL - Abbvie - Humira Psoriasis - Order 3712.pdf
705-773 - 4830-1639-5604.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - Jan to June.pdf
706 - 4840-3338-8116.1 - FINAL - Abbvie (Humira PSA) - Order 4007.pdf
706 - 4845-3657-3524.1 - FINAL - Abbvie (Humira PSA) - Order 3820.pdf
706 - 4848-8876-3988.1 - FINAL - Abbvie (Humira PSA) - Order 3800.pdf
707 - 4827-1224-2772.1 - FINAL - Abbvie - Humira AS - Order 3986.pdf
708 - 4837-1592-6868.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3724.pdf
708 - 4838-4811-7844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3724.pdf
708 - 4840-6772-4116.1 - FINAL - Abbvie (Humira-Crohn's Disease)  - Order 3705.pdf
708 - 4841-8398-9844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3870.pdf
708 - 766 - 4822-0414-7284.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3705.pdf
708-777 - 4826-7449-4292.1 - FINAL - Abbvie (Humira - Crohn's Disease) Order 3870.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
712 - 4824-5692-4503.1 - REVISED - Harvoni 2.1.17.pdf
712 - 4834-8978-7731.1 - FINAL - Gilead - Harvoni Branded - 2.1.17.pdf
713 - 4849-0679-1255.1 - REVISED - Undiagnosed 2.13.17.pdf
713 - 4852-6063-6243.1 - FINAL - Gilead - Undiagnosed - 2.13.17.pdf
717 - 4825-4171-2212.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
724 - 4827-3421-1923.1 - FINAL - Novo Nordisk - Saxenda - 2.21.17.pdf
724 - 4852-0969-8647.1 - REVISED - Saxenda 2.21.17.pdf
725 - 4828-1081-8903.1 - REVISED - Novolog 2.22.17.pdf
725 - 4840-0115-3875.1 - FINAL - Novo Nordisk - Novolog - 2.22.17.pdf
726 - 4816-6230-5107.1 - FINAL - Novo Nordisk - Victoza - 2.10.17.pdf
726 - 4828-7746-9015.1 - REVISED - Victoza 2.10.17.pdf
727 - 4829-8868-8211.1 - FINAL - Novo Nordisk - Tresiba - 2.14.17.pdf
727 - 4842-2030-1655.1 - REVISED - Tresiba 2.14.17.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
733_882 - 4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17.pdf
737 - 4834-3104-7250.1 - FINAL - Amgen - Repatha - Feb to June Tablets.pdf
737- 4810-4199-8162.1 - FINAL - Amgen - Repatha - Feb to June 2017 Wallboards....pdf
739 - 4812-6173-9346.1 - FINAL - Amgen - Prolia - 2017 Waiting Room TV Spots.pdf
739 - 4821-7236-2322.1 - REVISED - Amgen - Prolia - 2017 Waiting Room TV Spots....pdf
739 - 4833-4198-3314.1 - REVISED Amgen - Prolia - Exam Room Tablets.pdf
739 - 4840-0494-4210.1 - FINAL Amgen - Prolia - Exam Room Tablets.pdf
740 - 4835-6395-4770.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Wallboard....pdf
740 (TABLETS) - 4831-1948-9618.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Tablets.pdf
742 - 4837-2202-7090.1 - FINAL - Amgen - Enbrel Derm - Dec 2017 Deliverables.pdf
742 - 4842-9946-4018.1 - FINAL - Amgen - Enbrel Derm - Nov 2017 Tablets.pdf
742 - 4853-2838-0242.1 - FINAL - Amgen - Enbrel Derm - Jan to Oct 2017 Tablets....pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
751 - 4836-3800-4564.1 - FINAL - Abbvie - Humira Rheumatology - Order 3973.pdf
751 - 4851-6446-9076.1 - FINAL - Abbvie - Humira Rheumatology - Order 3958.pdf
751 (ERT) - 4827-9121-3908.1 - FINAL -  Abbvie (Humira Rheumatology)- Order 4010.pdf
778 - 4824-9072-5204.1 - FINAL - AstraZeneca (Farxiga) 4-5-17.pdf
778 - 4838-4394-6836.1 - FINAL - AZ - Farxiga - Contract 14691.pdf
779 - 4823-4721-0068.1 - FINAL - AstraZeneca (Bydureon-Byetta) Contract 14511.pdf
779 - DUPLICATE 4823-8248-0980.1 - FINAL - Astra Zeneca (Bydureon Byetta) Contract 14511.pdf
782 - 4835-0102-8180.1 - FINAL - AstraZeneca (Farxiga) 4-25-17.pdf
784 - 4825-7523-3363.1 - FINAL - Biogen - Tecfidera ERT - 9.19.17.pdf
785 - 4831-1577-7876.1 - FINAL - AZ - Movantik - 1.3.17.pdf
789 - 4822-7930-6324.1 - FINAL - Novartis (Gileya) 3-27-17.pdf
794 - 4820-2968-6868.1 - FINAL - Novartis - Entresto New Patient Start Program - 3.10.17.pdf
801 - 4839-1177-6596.1 - FINAL - AZ - Symbicort - Contract 14828.pdf
825 - 4850-8742-6642.1 - Bayer Rx - Xofigo - 5.30.17.pdf
838 - 4828-2931-6435.1 - FINAL - Biogen - Tecfidera WRTV 9.19.17.pdf
849 - 4842-5196-0916.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 4 - 3.23.17.pdf
849 - 4847-8352-3412.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 5 - 6.14.17.pdf

849 - 4847-9642-1460.1 - FINAL - AstraZeneca (Bevespi) Contract 15230.pdf
856 - 4833-0004-0274.1 - FINAL - Amgen - Repatha - Jan 2017 Wallboards.pdf
856 - 4841-2094-2930.1 - FINAL Amgen - Repatha - Jan 2017 Exam Room Tablets.pdf
858 - 4813-9588-7700.1 - FINAL - MannKind - Afrezza - 3.13.17.pdf
876 - 4839-1726-3191.1 - REVISED - Relistor 3.28.17.pdf
876 - 4848-2934-4594.1 - Valeant-Relistor - April-December 2017.pdf
901 - 4822-0525-0388.1 - FINAL - AstraZeneca (Brilinta) 3-29-17.pdf
901 - 4830-7847-3300.1 - FINAL - AZ - Brilinta - Contract 15751 - 3.29.17.pdf
904 - 4824-7461-9223.1 - REVISED - Xifaxan 7.13.17.pdf
904- 4810-9575-8674.1 - Valeant-Xifaxan- July-December 2017.pdf
958 - 4817-8846-2676.1 - FINAL - AZ - Farxiga - Contract 14509.pdf
958 - 4832-8515-2852.1 - FINAL - AstraZeneca (Farxiga) 1-9-17.pdf
960 - 4840-7400-9684.1 - FINAL - AstraZeneca (Brilinta) 3-15-17.pdf
960 = 4816-1983-8548.1 - FINAL - AZ - Brilinta - Contract 15743 - 3.15.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
966 - 4816-8610-7986.1 - Bayer Rx - Mirena - 10.27.16.pdf
966-1111 - 4822-9434-7602.1 - Bayer Rx - Kyleena - 4.25.17.pdf
969 - 4823-1532-3987.1 - FINAL - Lundbeck - Northera - 9.13.17.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
975 - 4835-6253-3203.1 - FINAL - Gilead [Accent Health] 12.6.16.pdf
975 - 4842-5267-6439.1 - REVISED - Harvoni 12.6.16.pdf
981 - 4829-7662-4983.1 - FINAL - Myrbetriq 10.3.16.pdf
982 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Q2 Contract 14316.pdf
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Q1 Contract 13823.pdf
982 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Q3 Contract 14318.pdf
983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Q4 Contract 14321.pdf
985 - 4822-4196-7955.1 - FINAL - Abbott - Pedialyte - 12.15.16.pdf
985 - 4829-9740-1427.1 - FINAL - Abbott - Pedialyte - 5.4.17.pdf
995 - 4812-1744-2135.1 - REVISED - Saxenda 12.1.16.pdf
995 - 4821-1253-1027.1 - FINAL - Novo Nordisk - Saxenda - 12.1.16.pdf
Unknown - 4821-0513-4935.1 - FINAL - Abbvie - Humira Rheum (1.26.17).pdf
Unsure - 4813-7893-0519.1 - FINAL - Abbvie - Humira RA 3472 (5.31.16).pdf
Unsure - 4814-2537-9412.1 - FINAL - Janssen - Invokana - 12.19.16.pdf
Unsure - 4819-8389-3335.1 - FINAL - Abbvie - Humira RA 3472 (1.27.16).pdf
Unsure - 4821-9262-6263.1 - FINAL - Abbvie - Humira PSA - Tablet (6.1.16).pdf
ContextMedia_CIM_vF.PDF
ContextMedia_Revised LP_vF.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
2014 and 2013 CMH Inc Audit Report.pdf
2014 management letter from Miller Cooper.pdf
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
Legal Rep letter to 2015 for D&T- Final.pdf
Representation letter 2015 to D&T - Final.pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
Project Wildcat October Report - QOE report McGladrey.pdf
2013 - 2016 Revenue Summary.xlsx
CM Overview Deck - Q3 2016.pdf
151105_Anoro_Contract (4).pdf
151222 Gilead Harvoni Contract (3).pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
Context Health 2016 IO Novolog.pdf
Context Health IO 2016 Victoza.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
151218_Invokana_2016_Contract_Updated (2) - Shortcut.lnk
160211_Invokana_2016_Contract_Executed (1) - Shortcut.lnk
Jardiance_April_2016 IO_Updated.pdf

Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
Hong Kong Electron International Trading Co LTD.pdf
Pounce Master Supplier Agreement.pdf
Pounce Media Player SOW.pdf
Pounce Wallboard SOW.pdf
13.3inch.pdf
32inch SOW.pdf
MSA ContextMedia 2013-03-18.pdf
NPN - ContextMedia_Content License - Signed.pdf
Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
Amendment to BSBA (2).pdf
ContextMedia BSBA Fully Executed (5).pdf
dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx
dailyRx_ContextMedia Content License agreement FINAL_5.13.15.pdf
Screenfeed Order Form - Context Media Signed.pdf
Context Media Proposal - 07 23 2015 Final.pdf
DOC071315-07132015.pdf
Swank_Context_DealMemo.pdf
Context Media Executed Lease - 489 Fifth Ave.pdf
ContextMedia - Office Lease 330 N. Wabash Fully Executed.pdf
ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1).pdf
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Detail Headcount report through 8-22-2016.xls
Headcount info 7-31-2016.xlsx
Trade address.docx
CM Holdings LLC W-9.pdf
CM Inc W-9.pdf
W-9 ContextMedia LLC.pdf
Articles of Amendment Jan 2007.pdf
Articles of Amendment Oct 2009.pdf
Articles of Incorporation.pdf
Articles of Merger.pdf
By-Laws.pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia LLC Capitalization 6-30-2016.xlsx
Legal Entity Org chart.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
2016 annual compliance certificate - CMH LLC.pdf
2017 Budget vF.pdf
CMH LLC Q4 2016 Operating Results MD&A.pdf
ContextMedia Health LLC  - 2016 Audited Financials.pdf
Book6 (version 1).xlsb

Cap Table 12-31-2015.xlsx
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - 2014 IL Annual Report.pdf
ContextMedia 2009 Equity Incentive Plan.pdf
ContextMedia Accrued Salaries and Wages - Equity Compensation - December 31 2014 (1).xlsx
ContextMedia Annual Report (2016).pdf
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Health Holdings LLC Legal Chart 12-2016.pdf
ContextMedia Ownership Ledger_August 2014.xlsx
ContextMedia Valuation Summary FINAL 6-2014.pdf
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
POST REDEMPTION CAP TABLE.xlsx
SCorp CAP TABLE - 11.2.15.xlsx
Services Agreement (ContextMedia).pdf
Board Consent (Incentive Plan Split Option Grants) October 2009.doc
Consent for Stock Split.pdf
ContextMedia Amendment To Articles October 2009.pdf
ContextMedia Cap Table And October 2009 Valuation.xls
ContextMedia Equity Incentive Plan.doc
Shareholder Consent Amend Articles and Equity Plan October 2009.doc
Unanimous written consent in lieu of special meeting of BOD Oct 2009.pdf
Written Consent In Lieu Of Special Shareholders Meeting - October 2009.pdf
AJE 11 Warrant Support.xlsx
Cap Table 12-31-2015.xlsx
LLC 2.17.16.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Stock Options Conversion to Equity Rights Agreement.docx
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
Share termination agreement Travis Kemp.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible  Note Amendment - ContextMedia - 10.24.11 (1).pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media Inc  - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc  - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc  - Stock Option Cancellation Agreement(1) (1).docx
Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
2012.01.01 Notice re 2009 Equity Incentive Plan -  Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan-  Garms.pdf
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Restricted Stock Clarification - Dave.PDF
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
ContextMedia - Restricted Incentive Award Agreement - Final.doc
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
AJE 11 Warrant Support.xlsx
W-013_Sheehan_D (1).pdf

W-0808_Sergi (1).pdf
W-0808_Sergi (1).pdf.crdownload
Warrant Redemption FMV as of 12312015.xlsx
Warrant Redemption FMV.xlsx
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-12-01-10_Demas.pdf
ContextMedia - 2015 Long Term Incentive Plan(2118602_4_CH) (1).DOC
ContextMedia - Share Award Agreement(2118604_4_CH) (1).DOC
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Incentive Agreements - 2015 CMH LLC Long Term Incentive Plan.docx
Stock Options Conversion to Equity Rights Agreement.docx
CM Black Scholes Options (3).xlsx
Headcount  Turnover 2014-2015 .xlsx
Volatility Rate.xlsx
Warrant Redemption FMV.xlsx
CCo- Clear Channel Outdoor.txt
CCo- Clear Channel Outdoor.xlsx
Copy of Historical_Stock_Prices.xlsm
evdy- everyday health.txt
JCDXF - JCDecaux.txt
jcdxf.csv
JCDXF.xlsx
LAMR.txt
LAMR.xlsx
NCMI.txt
NCMI.xlsx
SAX ETF.xlsx
sax.csv
stoer dividend.pdf
Summary of volatility for 2015.xlsx
wbmd.csv
WBMD.xlsx
AJE 11 Warrant Support.xlsx
AJE 15 Warrant Support.xlsx
AJE 9 Options Support.xlsx
ContextMedia Capitalization Table 12312012 copy.xlsx
ContextMedia Capitalization Table 12312012.xlsx
ContextMedia Capitalization Table 12312013.xlsx
ContextMedia Capitalization Table 12-31-2015.xlsx
1.1 - 2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
1.2 - 2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
1.3 - 2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
1.4 - Warrant-004_Shah.pdf
1.5 - 2015.03.19 Restricted Stock Award Agrmt (1).pdf
1.6 Context Media - Equity Rights Grant Agreement (Shah).pdf
11.1 2012.01.01 Notice re 2009 Equity Plan- Garms.pdf
12.1 - Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
13.1 - CM Stock Option Silvia Velasquez.pdf
14.1 - Warrant-0701_Stewart.pdf
2.1 - 2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2.2 - 2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2.3 - 2015.03.19 Restricted Stock Award Agrmt.pdf
2.4.1 Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
2.4.2 - Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
3.1 - 2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
3.2.1 2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
3.2.2 - 2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
3.2.3 - 2014.10.07 Exercise Notice.pdf
3.3 - 2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
4.1 - W-013_Sheehan_D (1).pdf
4.3 Signed Documents - Sheehan.pdf
5.1.1 - 2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf

5.1.2 - 2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
5.2 - Warrant-12-01-10_Demas.pdf
6.1 - Warrant-015_Howerton.pdf
7.1 - Warrant-008_Duddy_M.pdf
8.1 - Warrant-007_Duddy_S.pdf
9.1 - Stock Option - Robert Mons 1.1.13.pdf
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1) 2.pdf
ContextMedia - LLC agreement (Executed) 54.pdf
ContextMedia Capitalization Table Tie Out 06012017.xlsx
ContextMedia Capitalization Table Tie Out 06302017.xlsx
ContextMedia Capitalization Table Tie Out 09302017 updated.xlsx
ContextMedia Capitalization Table Tie Out 09302017.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2015.xlsx
ContextMedia Capitalization Table Tie Out 12-31-2016.xlsx
ContextMedia Capitalization Table Tie Out 6-30-2016.xlsx
ContextMedia Health Holdings LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 06301017.xlsx
ContextMedia LLC Capitalization 1121017.xlsx
ContextMedia LLC Capitalization 6-30-2016.xlsx
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Delaware incorporation for ContextMedia Management LLC 1-23-2017.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
ContextMedia -- ContextMedia Management LLC Agreement.pdf - Adobe Acroba....pdf
ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
Cohn_Conversion Paperwork.pdf
Jeff Coney Conversion Docs - October 2010 ($25K Note).pdf
Marty Cohn - Conversion Docs - February 11 2013 ($25K Note).pdf
Marty Cohn Convertible Promissory Note Conversion Calculation 013113.xlsx
Mike Marasco Conversion Docs - October 2010 ($25K Note).pdf
Rishi Shah- Conversion Docs - January 1 2011 ($50K Note).pdf
Robert Shaw - Conversion Docs - October 2010 ($100K Note).pdf
Robert Shaw - Conversion Docs - September 2011 ($250K Note).pdf
Stock Redemption and Promissory Note Myrna Duddy Augus 8 2011.pdf
Stock Redemption and Promissory Note Scot Duddy Augus 8 2011.pdf
William White Conversion Docs - May 2010 ($100K Note).pdf
ContextMedia 2013 Shareholder Distributions copy.xlsx
ContextMedia 2013 Shareholder Distributions.xlsx
ContextMedia Common Stock Ownership  Dividend Distributions 2013.xlsx
MC 2013 Distribution True-up.xlsx
Adjusted Distribution - Cohn.docx
Adjusted Distribution - Freedman.docx
Adjusted Distribution - Shaw.docx
Adjusted Distribution - White.docx
Dividend Cover Letter April 2014 - Bob Shaw.docx
Dividend Cover Letter April 2014 - Jeff Coney.docx
Dividend Cover Letter April 2014 - Marty Cohn.docx
Dividend Cover Letter April 2014 - Mike Marasco.docx
Dividend Cover Letter April 2014 - Paul Freedman.docx
Dividend Cover Letter April 2014 - Rishi Shah.docx
Dividend Cover Letter April 2014 - Shradha Agarwal.docx
Dividend Cover Letter April 2014 - William White.docx
Dividend Cover Letter September 2013 - Bob Shaw.docx
Dividend Cover Letter September 2013 - Jeff Coney.docx
Dividend Cover Letter September 2013 - Marty Cohn.docx
Dividend Cover Letter September 2013 - Mike Marasco.docx
Dividend Cover Letter September 2013 - Paul Freedman.docx
Dividend Cover Letter September 2013 - William White.docx
ContextMedia 2014 Shareholder Distributions #2.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 03302015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions Updated 04022015.xlsx
ContextMedia Tax Year 2014 Shareholder Distributions.xlsx
2014 Dividend Cover Letter_April 2014_Bob Shaw.docx
2014 Dividend Cover Letter_April 2014_Jeff Coney.docx
2014 Dividend Cover Letter_April 2014_Marty Cohn.docx
2014 Dividend Cover Letter_April 2014_Mike Marasco.docx

2014 Dividend Cover Letter_April 2014_Paul Freedman.docx
2014 Dividend Cover Letter_April 2014_Rishi Shah.docx
2014 Dividend Cover Letter_April 2014_Shradha Agarwal.docx
2014 Dividend Cover Letter_April 2014_William White.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
ContextMedia Board Consent Shareholder Distribution Q1 2014 (041114).docx
2014 Dividend Cover Letter_Dec_ 2014_Bob Shaw.docx
ContextMedia Board Consent Shareholder Distribution Q4 2014 (121514).docx
Shaw Distribution Letter Signed - Q4 2014.pdf
2014 Dividend Cover Letter_June 2014_Bob Shaw.docx
2014 Dividend Cover Letter_June 2014_Jeff Coney.docx
2014 Dividend Cover Letter_June 2014_Marty Cohn.docx
2014 Dividend Cover Letter_June 2014_Mike Marasco.docx
2014 Dividend Cover Letter_June 2014_Paul Freedman.docx
2014 Dividend Cover Letter_June 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q2 2014 (061114).docx
2014 Dividend Cover Letter_Sept 2014_Bob Shaw.docx
2014 Dividend Cover Letter_Sept 2014_Jeff Coney.docx
2014 Dividend Cover Letter_Sept 2014_Marty Cohn.docx
2014 Dividend Cover Letter_Sept 2014_Mike Marasco.docx
2014 Dividend Cover Letter_Sept 2014_Paul Freedman.docx
2014 Dividend Cover Letter_Sept 2014_William White.docx
ContextMedia Board Consent Shareholder Distribution Q3 2014 (091014).docx
Dividend Cover Letter_April 2015_Bob Shaw.docx
$100k redemption Agreement Bob Shaw 4-27-2016.pdf
Bob Shaw $100k buyback.xlsx
Demas Redemption Agreement - Signed  12.23.16 (3).pdf
Intercompany Agreement between CMI and CMH LLC 4-29-2016.pdf
Intercompany Note CMH to CMI- v01.pdf
Intercompany Note Outcome to CMH- v01.pdf
Payments to Dave.xlsx
Sheehan Distribution Agreement 5-31-2017.pdf
CM Black Scholes Options.xlsx
CM Journal Entries (1).xlsx
Brotman - Cancellation Agreement [Executed]_(48597770_5).pdf
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).PPTX
Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
Item 9 - Project C equity raise.zip
LLC Agreement - Outcome Holdings, LLC (Executed)_(45802478_2).PDF
LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc. - W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF

Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1) (2).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110051_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44) (1).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP _(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_ (EXECUTED)_(46747285_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(4674728(
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_
Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED)_(46747289_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED)_(46747290_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PD
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED
Project C 3.0 _ Joinder to Purchase Agreement Prudence_ (EXECUTED)_(46747282_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Ulysses_ (EXECUTED)_(46747283_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF
Project C 3.0 _ Side Letter Emerson [Executed]_(46939102_2).PDF
Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF
Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF
Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF
Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF
Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF
Project C 3.0_Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(4693
Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF
Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF
Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF
Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF
Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF
Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF
Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF
Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF
Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF
Project C Ownership and Capitalization post-Round 3_(46780221_1).XLSX

US v. Shah, et al.                                                                                                    Appendix B

Reporting chart for the investors.docx
Resolutions -  Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF
Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45
Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PD
Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement_(45729891_2).PDF
Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Resolutions - Outcome Inc. - BOD re issuance of shares (Round 3) (Executed)_(46741832_5).pdf
Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF
Resolutions - Outcome, Inc. - BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4
Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF
Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF
Resolutions - Outcome, Inc. - Stockholders re Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF
SS4 - Gravitas Holdings, LLC (FILED) 17 Feb 2017_(45671125_5).PDF
SS4 - Outcome Health Investors, LLC (4-25-2017 FILED)_(46292019_3).PDF
SS4 - Outcome Holdings, LLC (FILED) 17 Feb 2017_(45671090_5).PDF
SS4 - Outcome, Inc. (FILED) 17 Feb 2017_(45671005_3).PDF
SS4 - Outcome, LLC (FILED) 17 Feb 2017_(45671117_5).PDF
Stock Certificate - Outcome, Inc. SC-1 and SC-2_(45919758_2).PDF
Stock Certificate #SC-10 - Outcome, Inc. (4-28-2017 EXECUTED)_(46747185_1).PDF
Stock Certificates - Outcome Inc. SC-3 - SC-8_(46153808_2).PDF
Stock Certificates #SC-10 to #SC-24- Outcome, Inc. (4-28-2017 EXECUTED)_(46749107_2).PDF
Company Stockholder Counterpart.pdf
Joinder Signature Pages.pdf
Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings AR LLC Agreement Agreed form_(45159779_31).pdf
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Stockholders Agreement [Final].DOCX.pdf
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_10).DOCX
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_13).DOCX
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Disclosure Schedules - (Final)_(45442761_13).DOCX
Project C _ Form of Lockup [Final Form]_(45484894_9).DOCX
Project C _ Form of Lockup Agarwal [Execution]_(45484894_10).PDF
Project C _ Form of Lockup -Shah[Execution]_(45907241_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_24).DOCX
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25).PDF
Project C _ NewCo LLC Agreement $$ [EXECUTION]_(45159779_21).DOCX
Project C _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_6).PDF
Project C _ NonCompete NonSolicit (Shah) [Executed]_(45790521_9).PDF
Project C _ Outcome Holdings A&R LLC Agreement [EXECUTION]_(45159779_22).PDF
Project C _ Outcome, Inc A&R Charter [Executed]_(45160010_19).PDF
Project C _ Registration Rights Agreement (Execution)_(45669223_8).PDF
Project C _ Registration Rights Agreement (Execution)_(45669223_7).DOCX
Project C _ Side Letter between TopCo and Holdings [Executed]_(45791930_7).PDF
Project C _ Side Letter between TopCo and Holdings [Final Form]_(45791930_6).DOCX
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Side Letter to Stockholder Agreement (Final)_(45815899_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_3).DOCX
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C _ Stockholders Agreement  [EXECUTION] [3_1]_(45484724_20).DOCX
Project C _ Stockholders Agreement  [EXECUTION] [3_1]_(45484724_21).PDF
Project C _ TopCo Charter [Final]_(45160010_18).DOCX
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF

Project C - Andersen Memo Post-Transaction (3).docx
Step plan from Anderson for Project C.pdf
2015.12.31 - 35746 Equity Units Award Agmt_Agarwal.pdf
Context Media - Equity Rights Grant Agreement - Sheehan.doc
Context Media - Equity Rights Grant Agreement (Agarwal) - Original.doc
Context Media - Equity Rights Grant Agreement (Agarwal)-signed (1).pdf
Context Media - Equity Rights Grant Agreement (Purdy)- Original.doc
Context Media - Equity Rights Grant Agreement (Purdy)- Signed.pdf
Context Media - Equity Rights Grant Agreement (Shah).doc
Context Media - Equity Rights Grant Agreement Shrada - Original.doc
Context Media - Equity Rights Grant Agreement Shrada 2-signed (1).pdf
Context Media Inc  - Board Consent (Deferred Compensation Approval) (2).doc
ContextMedia Inc  - Stock Option Cancellation Agreement (Shah) (1).docx
ContextMedia Inc  - Stock Option Cancellation Agreement(1) (1).docx
Equity - Shortcut.lnk
Signed Board Approval - SA_RS.pdf
Signed Documents - Sheehan.pdf
Signed Grant Agreement - Shah.pdf
Signed Option Cancellation - Shah.pdf
Stock Options Conversion to Equity Rights Agreement.docx
0AC36200
ContextMedia Accrued Salaries and Wages - Equity Compensation 2014.xlsx
Equity Rollforward Support - Updated 051215 (5).xlsx
Equity Rollforward_2012.xlsx
Equity Rollforward_2013.xlsx
Equity Rollforward_2014.xlsx
Hardware LLC Agreement.pdf
Management LLC Agreement.pdf
5th ave deferred.xls
CMH Chart of accounts.xlsx
ContextMediaBalanceSheetDetail625.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-305.xls
Gravitas Assets not yet in service roll foward as of 6.30.16 (1).xlsx
Gravitas DE incorp info.pdf
Gravitas Hardware EIN.pdf
Gravitas Management EIN.pdf
Gravitas Srvcs Signature (1).pdf
ID Commerce Warehousing and PO process between CMH and Gravitas.docx
Intercompany Services Agreement - Gravitas Hardware.doc
Power of Attorney for Gravitas -  US Consolidator.pdf
reprogressongravitasbankaccounts.zip
SD-1709322-v6 ns context  management services agreement.docx
SKU LIST.xlsx
Summary of intercompany due from Gravitas 1-1-2016 to 6-30-2016.xls
Executed Dave Holdco Signature.pdf
Executed Rishi Holdco Signatures.pdf
Executed Shradha Holdco Signatures.pdf
ContextMedia - Contribution Agreement V5.DOC
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement V7.DOC
ContextMedia Health Holdings, LLC - Written Consent authorizing Organization Resolutions and Contribution Agreement V5.D
ContextMedia Health Holdings, LLC - Written consent of managers electing officers V1.DOC
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement V5.DOC
ContextMedia Health, LLC - Written Consent approving Contribution Agreement V4.DOC
ContextMedia Health, LLC - Written Consent approving Third A&R LLC Agreement V4.DOC
ContextMedia, Inc. - Written Consent approving Contribution Agreement V3.DOC
Signature Packet for Dave Sheehan.pdf
Signature Packet for Rishi Shah.pdf
Signature Packet for Shradha Agarwal.pdf
2013 IL Cumulative Report of Changes (BCA 14.30).pdf
ContextMedia - 2013 Illinois Report Calculations.xlsx
2014 Illinois Annual Report Payments.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf
Active_62550841_1_ContextMedia, Inc. - 2015 IL Annual Report EDITS.pdf.crdownload
Active_62552280_1_ContextMedia, Inc. - 2014 IL Cumulative Report of Chan... EDITS.pdf
ContextMedia - 2014 Illinois Report Calculations.xlsx
Illinois Annual Report - Cumulative Changes.pdf
Illinois Annual Report - Cumulative Changes.pdf.crdownload

Illinois Annual Report 2014.pdf
Illinois Annual Report011 with EDITS.pdf
Returned Notice Letter (Missing Signature).pdf
2009.10.22 Notice re 2009 Equity Incentive Plan_Howerton.pdf
2010.09.10 Board Approval of Repurchase.pdf
2010.10.12 Redemption Agrmt.pdf
2010.10.12 Resignation.pdf
2011.04.27 - 100000 Promissory Note.pdf
2013.10.01 Storage Space Addendum Chicago.pdf
2013.10.01 Storage Space Addendum Chicago.pdf.crdownload
POST REDEMPTION CAP TABLE - 10.14.15.xlsx
Redemption Calculation Tables for Shaw.pdf
Share termination agreement Travis Kemp.pdf
Sheehan agreement.PDF
2007.01.24 - Cert 002 - 530550 Shares_Shah.pdf
2008.09.16 - Cert 008 - 18098 Shares_Shah.pdf
2009.10.20 - Cert 009 - 4774950 Shares_Shah.pdf
2009.10.20 - Cert 015 - 162882 Shares_Shah.pdf
2010.11.07 - Cert 019 - 328170 Shares_Shaw.pdf
2011.01.01 - Cert 021 - 167444 Shares_Shah.pdf
2011.01.28 - Cert 022 - 557733 Shares_Agarwal.pdf
2011.10.01 - Cert 023 - 385665 Shares_Shaw.pdf
2013.01.01 - Cert 025 - 18750 Shares_Demas.pdf
2013.01.01 - Cert 026 - 18750 Shares_Agarwal.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf
2013.01.01 - Cert 027 - 64286 Shares_Demas.pdf.crdownload
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf
2014.01.01 - Cert 030 - 13847 Shares_Purdy.pdf.crdownload
2014.01.01 - Cert 033 - 35746 shares.pdf
2014.01.01 - Cert 033 - 35746 shares.pdf.crdownload
2014.01.01 - Cert 034 - 2895519 shares.pdf
2007.01.24 - Cert 004 - 16667 Shares_Duddy_S.pdf
2007.01.24 - Cert 005 - 13889 Shares_Duddy_M.pdf
2008.01.31 - Cert 007 - 35587 Shares_Freedman.pdf
2009.10.20 - Cert 011 - 150003 Shares_Duddy_S.pdf
2009.10.20 - Cert 012 - 125001 Shares_Duddy_M.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf
2009.10.20 - Cert 014 - 322283 Shares_Freedman.pdf.crdownload
2009.10.20 - Cert 019 - 4500000 Shares_Moeller.pdf
2010.04.30 - Cert 016 - 284104 Shares_White.pdf
2010.09.30 - Cert 017 - 116608 Shares_Coney.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf
2010.09.30 - Cert 018 - 116608 Shares_Marasco.pdf.crdownload
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf
2013.02.11 - Cert 024 - 20532 Shares_Cohn.pdf.crdownload
2014.01.01 - Cert 031 - 16722 Shares_Patel.pdf
2014.01.01 - Cert 032 - 6688 Shares_Schwartz.pdf
2014.10.07 Exercise Notice.pdf
2014.10.07 Net Issue Election Notice for Warrant W-009.pdf
2014.10.07 Net Issue Election Notice for Warrant W-016.pdf
2015.03.19 Restricted Stock Award Agrmt_Agarwal.pdf
2015.03.19 Restricted Stock Award Agrmt_Shah.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan - Howerton.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf
2009.10.22 Notice re 2009 Equity Incentive Plan- Sheehan.pdf.crdownload
2012.01.01 Notice re 2009 Equity Incentive Plan - Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan- Garms.pdf
Stock Option - Robert Mons 1.1.13 (1).pdf
W-013_Sheehan_D.pdf
Warrants-0808_Sergi.pdf
W-013_Sheehan_D (1).pdf
W-0701_Stewart.pdf
W-0808_Sergi.pdf
Warrant-004_Shah.pdf
Warrant-007_Duddy_S.pdf
Warrant-008_Duddy_M.pdf
Warrant-008_Duddy_M.pdf.crdownload

Warrant-015_Howerton.pdf
Warrant-0701_Stewart.pdf
Warrant-0701_Stewart.pdf.crdownload
Warrant-12-01-10_Demas.pdf
Warrant -016_Shaw.pdf
Warrant-017_Shaw.pdf
Warrant-1000_Sheehan_M.pdf
Warrant-1003_Sheehan_M.pdf
Warrant-12-01-10_Demas.pdf.crdownload
ScriptDash - Cap Table 2017-03-14 (Post Series B).xlsx
ScriptDash - Series B - Side Letter (ContextMedia Health LLC).pdf
ScriptDash - Series B Closing Binder.zip
Affiliate Loan Note - ContextMedia and Jumpstart.pdf
Assignment and Assumption of Promissory Note.pdf
B. Purdy Amended and Restated Revolving Line of Credit Note.pdf
J. Demas Amended and Restated Revolving Line of Credit Note.pdf
R. Shah Amended and Restated Revolving Line of Credit Note.pdf
S. Agarwal Amended and Restated Revolving Line of Credit Note.pdf
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Board Approval for Amended LLC Agreement - RS_SA.pdf
ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
LLC 2.17.16.pdf
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
CM Stock Option Jeff Coney.pdf
CM Stock Option Matt Garms.pdf
CM Stock Option Ralph Rydholm.pdf
CM Stock Option Silvia Velasquez.pdf
CM Stock Option William White.pdf
Cohn_Warrant_5281.pdf
Coney_Warrant_3989.pdf
Consent for Stock Split.pdf
Derek Moeller Certificate.pdf
Derek Moeller Redemption Agreement FINAL EXECUTED October 12 2010.pdf
Duddy_Warrant_3989.pdf
Form Stock Option Agreemennt - 2009 Plan.pdf
Larry Grossman Redemption Agreement FINAL.pdf
Marasco_Warrant.pdf
Rishi Shah Certificate 2.pdf
Rishi Shah Certificates.pdf
Rishi Shah Common Stock Purchase.pdf
Shaw_Warrant_13812.pdf
Sheehan - Canceled Option.PDF
Sheehan_Warrant_13810 (August 2010).pdf
Sheehan_Warrant_13810 (Feb 2010).pdf
Sheehan_Warrant_13810 (May 2010).pdf
Sheehan_Warrant_4425.pdf
Stock Option - Robert Mons 1.1.13.pdf
Subscription Agreement - Larry Grossman.pdf
Subscription Agreement - Paul Freedman.pdf
Subscription Agreement - Shradha Agarwal.pdf
White_Warrant_11047.pdf
Black Scholes Phantom stock.xlsx
ContextMedia Capitalization Table 12312013 - With Pro Forma Buyback Calculations 072514.xlsx
ContextMedia Funding Summary Reconciliation - Credit Line and Operating Account Reimbursement October 8 2014.xlsx
ContextMedia Redemptions Reconciliation 2.26.15.xlsx

INVESTOR REDEMPTION SUMMARY - OCTOBER 2014.xlsx
2014 warrants redemption & S.O. JE support.xlsx
CM Stock Option William White.pdf
Context Media - Redemption Agreement White 081414.doc
Context Media - Redemption Agreement White 092514_Signed.pdf
ContextMedia - Redemption Calculation - William White.pdf
Convertible Note - Bill White October 11 2010.pdf
White_Warrant_11047.pdf
William White Common Stock Cert 016.pdf
William White common stock warrant (advisory board).pdf
Bob Shaw Buyback Calculations.xlsx
Bob Shaw Pro Forma Buyback Calculations 093014.pdf
Bob Shaw Redemption JEs.xlsx
Context Media -  Option and Warrants Exercise Notices Shaw 100714_Signed.pdf
Context Media - Redemption Agreement Shaw 100714_Signed.pdf
Pro Forma - LLC Ownership.xlsx
Pro Forma - Shaw LLC Ownership.pdf
Shaw 4272016 redemption.xlsx
Context Media - Redemption Agreement Sergi (1).pdf
Context Media - Sergi Consulting Agreement (1) (1).pdf
Dominic Sergi Pro Forma Buyback Calculations 083114.pdf
Sergi Convertible  Note Amendment - ContextMedia - 10.24.11 (1).pdf
CM Stock Option Jeff Coney.pdf
Coney common stock warrant (advisory board).pdf
Coney_Warrant_3989.pdf
Context Media - Redemption Agreement Coney 081414 (Kristy Peters's conflicted copy 2015-02-24).doc
Context Media - Redemption Agreement Coney 081414.doc
Context Media - Redemption Agreement Coney 092514_Signed.pdf
ContextMedia - Redemption Calculation - Bob Shaw.pdf
ContextMedia - Redemption Calculation - Jeff Coney.pdf
Convertible Note - Jeff Coney November 30 2010.pdf
Jeff Coney Common Stock Cert 017.pdf
Demas Redemption Agreement - Signed  12.23.16 (1).pdf
Cohn_Warrant_5281.pdf
Context Media - Redemption Agreement (M Cohn)_Signed_092414.pdf
Context Media - Redemption Agreement Martin Cohn 081714.doc
ContextMedia - Redemption Calculation - Marty Cohn.pdf
Marty Cohn - Common Stock Cert 024.pdf
Marty Cohn Pro Forma Buyback Calculations 080114.pdf
Context Media - Draft Stock Redemption Agreement (M Marasco).doc
Context Media - Redemption Agreement (M Marasco)_Signed_100214.pdf
Context Media - Redemption Agreement (Shaw)_Signed_100714.pdf
ContextMedia - Redemption Calculation - Mike Marasco.pdf
ContextMedia - Redemption Calculation - Mike Sheehan.pdf
Lost Stock Cert Affidavit - Michael Marasco.pdf
Mike Marasco Buyback Calculations.xlsx
Context Media - Draft Redemption Agreement (Sheehan) v1 082714.doc
ContextMedia_Redemption Agreement (Sheehan)_Signed 091614.pdf
Context Media - Redemption Agreement Freedman_Signed_093014.pdf
Context Media - Redemption Agreement Paul Freedman  091214.doc
ContextMedia - Redemption Calculation - Paul Freedman.pdf
freedmanincomingwireinstructions.pdf
Lost Stock Cert Affidavit - Paul Freedman.pdf
Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
Paul Freedman Consulting Agreement 10 1 2014.pdf
Paul Freedman Pro Forma Buyback Calculations 080114.pdf
Paul Freedman Reemption Agreement 093014.pdf
Ralph Rydholm Redemption Cover Letter.pdf
Rydholm Estate IRS Tax ID.pdf
Rydholm Redemption Agreement 10.27.14.pdf
Rydholm_Note Redemption_November 2014.xlsx
10.4.2017 Check Image.pdf
Check# 1196 Paperwork.pdf
J.Coney 9.29.14.pdf
M. Marasco 10.3.14.pdf
M. Marasco 10.3.14.xls
M. Marasco 10.6.14.pdf

M. Marasco 10.6.14.xls
P. Freedman 9.30.14.pdf
P. Freedman 9.30.14.xls
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia - Board Resolutions - Reorganization (2015).pdf
ContextMedia - Contribution of Assets - Notice of Dissenters' Rights (Executed an Fully Assembled).pdf
ContextMedia - LLC agreement (Executed).pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
2015.02.20 - All Shareholders - Consent Solicitation and Notice _102571_1.pdf
2015.03.08 Written Consent of Shareholders.pdf
2015.09.23 - Demas - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Kemp - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Letter enclosing Waiver of Notice.pdf
2015.09.23 - Purdy - Letter enclosing Waiver of Notice.pdf
2015.09.25 Shareholders Waiver of Notice.pdf
Bob Shaw Consent.pdf
Demas Consent.pdf
Purdy Consent.pdf
Purdy Waiver.pdf
2015.03.19 Restricted Stock Award Agrmt (1).pdf
2015.03.19 Restricted Stock Award Agrmt.pdf
Calc for Restrcited Shares.xlsx
Memo on Resticted Agreements granted 3-19-2015.docx
Restricted Stock Clarification - Dave.PDF
Restricted Stock Clarification - RS_SA.pdf
RSA RS_SA Board Consent - Executed.pdf
CMH Topco v02.docx
Equity Purchase Agreement (3).docx
Project C - Step-by-Step.pptx
Project C _ NewCo LLC Agreement [Draft]_(45159779_5).docx
Project C _ NewCo LLC Agreement Draft_v02.docx
Project C _ TopCo Charter$$_(45160010_3).docx
How To.docx
NS Subsidiary Heirarchy.xlsx
ContextMedia Inc 2009 Financial Statements.xls
CM Trial Balance 2010.xlsx
ContextMedia Financial Reporting Package 04 2010 Table of Contents.docx
ContextMedia Financial Reporting Package April 2010 - AB.PDF
ContextMedia Financial Reporting Package April 2010 - BOD.PDF
ContextMedia Financial Statement Commentary April 2010.docx
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
Key performance Indicators April 2010.xls
ContextMedia Financial Reporting Package 08 2010 Table of Contents.doc
ContextMedia Financial Reporting Package August 2010 - BOD.pdf
ContextMedia Financial Statement Commentary August 2010.doc
ContextMedia Inc Financial Statements August_2010.xls
Key performance Indicators August 2010.xls
Key performance Indicators September 2010.xls
ContextMedia 2010 Financial Statements.pdf
ContextMedia Financial Statements - December 2010.pdf
ContextMedia Financial Statements AB - December 2010.pdf
ContextMedia Inc 2009 Financial Statements.xls
ContextMedia Inc 2010 Financial Statements Without FAS 123.xls
ContextMedia Inc 2010 Quarterly Financial Statements.xls
ContextMedia Inc 2010 Summary Financial Statements.xls
ContextMedia Inc Financial Statements December 2010 FINAL.xls
ContextMedia Inc Financial Statements December 2010.xls
ContextMedia Financial Reporting Package July 2010 - BOD.pdf
ContextMedia Financial Statement Commentary July 2010.doc
ContextMedia Inc Financial Statements July 2010.xls
Key performance Indicators July 2010.xls
ContextMedia Accounts Payable Aging June 30 2010.xls
ContextMedia Accounts Receivable Aging June 30 2010.xls
ContextMedia Financial Reporting Package 06 2010 Table of Contents.doc
ContextMedia Financial Reporting Package June 2010 - BOD.pdf

ContextMedia Financial Statement Commentary June 2010.doc
ContextMedia Inc Financial Statements June 2010.xls
Key performance Indicators June 2010.xls
ContextMedia Inc Financial Statements March 2010.xls
ContextMedia Reporting Pkg - March 2010 - BOD.pdf
ContextMedia Financial Reporting Package 05 2010 Table of Contents.doc
ContextMedia Financial Statement Commentary May 2010.doc
ContextMedia Inc Financial Statements May 2010.xls
Key performance Indicators May 2010.xls
ContextMedia Financial Reporting Package 11 2010 Table of Contents.doc
ContextMedia Inc Financial Statements November 2010.xls
ContextMedia KPIs November 2010.xls
ContextMedia Reporting Pkg - November 2010 - AB.pdf
ContextMedia Reporting Pkg - November 2010 - BOD.pdf
ContextMedia 10 31 2010 Financial Statements.pdf
ContextMedia Financial Reporting Package October 2010 - BOD.pdf
ContextMedia Inc Financial Statements October 2010.xls
ContextMedia KPIs October 2010.xls
ContextMedia Financial Reporting Package 09 2010 Table of Contents.doc
ContextMedia Financial Reporting Package September 2010 - AB.pdf
ContextMedia Financial Statement Commentary September 2010.doc
ContextMedia Financial Statements September 2010.pdf
ContextMedia Inc Financial Statements September 2010.xls
ContextMedia Reporting Pkg - September 2010 - BOD.pdf
CM Trial Balance 2011.xlsx
ContextMedia April 2011 Financial Statements.xls
ContextMedia Financial Statements - April 2011 - AB.pdf
ContextMedia Financial Statements - April 2011.pdf
ContextMedia KPI Comparison April 2011.docx
ContextMedia KPIs April 2011.xls
KPI - April 2011 Service Call Price Breakdown.xls
ContextMedia August 2011 Financial Statements.xls
ContextMedia Financial Reporting Package August 2011 - BOD.pdf
ContextMedia KPIs August 2011.xls
Book2.pdf
ContextMedia 2011 Financial Statements.pdf
ContextMedia December 2011 Financial Statements.xls
ContextMedia Financial Reporting Package December 2011 - BOD.pdf
ContextMedia KPIs December 2011.xls
ContextMedia February 2011 Financial Statements.xls
ContextMedia Financial Statements - February 2011.pdf
ContextMedia Financial Statements AB - February 2011.pdf
ContextMedia KPI Comparison February 2011.doc
ContextMedia KPIs February 2011.xls
ContextMedia Financial Statements - January 2011.pdf
ContextMedia Financial Statements AB - January 2011.pdf
ContextMedia January 2011 Financial Statements FINAL.xls
ContextMedia KPI Comparison January 2011.docx
ContextMedia KPIs January 2011.pdf
ContextMedia KPIs January 2011.xls
Jan 2011 Summary Statement of Operations Corrected.pdf
ContextMedia Financial Reporting Package July 2011 - AB.pdf
ContextMedia Financial Reporting Package July 2011 - BOD.pdf
ContextMedia July2011 Financial Statements.xls
ContextMedia KPIs July 2011.xls
ContextMedia Financial Reporting Package June 2011 - AB.pdf
ContextMedia Financial Reporting Package June 2011 - BOD.pdf
ContextMedia Inc June 30 2011 Summary Financial Statements.xls
ContextMedia June 2011 Financial Statements MK 2.xls
ContextMedia June 2011 Financial Statements.xls
ContextMedia June 2011 Quarterly Financial Statements MK 2.xls
ContextMedia KPIs June 2011.xls
ContextMedia May 2011 Financial Statements MK 2.xls
ContextMedia Financial Statements - March 2011 AB.pdf
ContextMedia Financial Statements - March 2011.pdf
ContextMedia KPI Comparison March 2011.docx
ContextMedia KPIs March 2011.xls

ContextMedia March 2011 Financial Statements.xls
ContextMedia Financial Reporting Package May 2010 - BOD.pdf
ContextMedia Financial Reporting Package May 2011 - BOD.pdf
ContextMedia KPI Comparison May 2011.docx
ContextMedia KPIs May 2011.xls
ContextMedia May 2011 Financial Statements.xls
KPI - May 2011 Service Call Price Breakdown.xlsx
ContextMedia Financial Reporting Package November 2011 - AB.pdf
ContextMedia Financial Reporting Package November 2011 - BOD.pdf
ContextMedia Financial Statements November 2011.pdf
ContextMedia KPIs November 2011.xls
ContextMedia November 2011 Financial Statements.xls
ContextMedia Financial Reporting Package October 2011 - BOD.pdf
ContextMedia October 2011 Financial Statements.xls
ContextMedia Financial Reporting Package September 2011 - BOD.pdf
ContextMedia KPIs September 2011.xls
ContextMedia September 2011 Financial Statements.xls
CM Trial Balance 2012.xlsx
ContextMedia Financial Statements April 2012.pdf
ContextMedia Financial Statements April 2012.xlsx
ContextMedia Quickbooks Financial Statements April 2012.xlsx
ContextMedia Financial Statements August 2012 Draft v1 09042012.xlsx
ContextMedia Financial Statements August 2012 Draft vFinal 1 (1).xlsx
ContextMedia Financial Statements August 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Final INVESTOR ONLY.xlsx
ContextMedia Financial Statements December 2012 Final Revised (Post Close Adjustments).xlsx
ContextMedia Financial Statements December 2012 Final.xlsx
ContextMedia Financial Statements December 2012 Revised (Pre Audit Adjustments)_11.18.2013.xlsx
ContextMedia Financial Statements December 31 2012 (Post Close Adjs).pdf
ContextMedia Financial Statements December 31 2012 and 2011.pdf
ContextMedia Financial Statements December 31 2012.pdf
AP Aging February 29 2012.xlsx
AR Aging February 29 2012.xlsx
ContextMedia Financial Statements February 2012 - Tracked Changes.xlsx
ContextMedia Financial Statements February 2012.pdf
ContextMedia Financial Statements February 2012.xlsx
ContextMedia KPIs February 2012.xlsx
February 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements January 2012.pdf
ContextMedia Financial Statements January 2012.xlsx
ContextMedia KPIs January 2012.xlsx
January 2012 QuickBooks Financial Statements.xlsx
ContextMedia Financial Statements July 2012.pdf
ContextMedia Financial Statements July 2012.xlsx
Quickbooks Financial Statements July 2012.xlsx
ContextMedia Financial Statements June 2012.xlsx
ContextMedia Financial Statements June 30 2012.pdf
ContextMedia Summary Financial Statements June 30 2012.pdf
ContextMedia Financial Statements March 2012 Cap Ex Projections.xlsx
ContextMedia Financial Statements March 2012.pdf
ContextMedia Financial Statements March 2012.xlsx
March P&L worksheet(2).xlsx
March P&L worksheet.xlsx
ContextMedia Financial Statements May 2012 Final.xlsx
ContextMedia Quickbooks Financial Statements May 2012.xlsx
2013 Salary Projections.xlsx
ContextMedia Financial Statements November 2012 - Investor.xlsx
ContextMedia Financial Statements November 2012 and 2011.pdf
ContextMedia Financial Statements November 2012 Final.xlsx
ContextMedia Financial Statements November 2012.pdf
ContextMedia Financial Statements November 2012.xlsx
Quickbooks Financial Statements November 30 2012.xls
ContextMedia Financial Statements October 2012.pdf
ContextMedia Financial Statements October 2012.xlsx
QuickBooks Financial Statements October 2012.xlsx
ContextMedia Financial Statements September 2012  Investors.xlsx
ContextMedia Financial Statements September 2012 (1).pdf

ContextMedia Financial Statements September 2012.xlsx
ContextMedia Financial Statements September 30 2012.pdf
ContextMedia Financial Statements April 2013.pdf
ContextMedia Financial Statements April 2013.xlsx
ContextMedia Financial Statements April 30 2013.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.pdf
ContextMedia Financial Statements August 2013 Final (UPDATED and Final)_v2.xlsx
ContextMedia Financial Statements August 2013.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December Final_4.8.14.xlsx
ContextMedia Financial Statements December Final_Pre-Close Adj_01.13.14.xlsx
ContextMedia Financial Statements December_Summaries.pdf
Summary BS & IS_Signature Bank_2.24.14.xlsx
ContextMedia Financial Statements February 2013 FINAL.xlsx
ContextMedia Financial Statements February 2013.xlsx
ContextMedia Financial Statements January 2013 (1).pdf
ContextMedia Financial Statements January 2013 v1.xlsx
ContextMedia Financial Statements July 2013 Draft.xlsx
ContextMedia Financial Statements July 2013 Final.pdf
ContextMedia Financial Statements July 2013 Final.xlsx
ContextMedia Financial Statements June 2013 Final.xlsx
ContextMedia Financial Statements June 2013.pdf
ContextMedia Financial Statements March 2013 Final.pdf
ContextMedia Financial Statements March 2013 Final.xlsx
ContextMedia Financial Statements March 31 2013.pdf
Q1 2013 Analysis - Budget v Actual.xlsx
Accounts Payable May 31 2013.xlsx
Accounts Receivable Aging May 31 2013.xls
Accounts Receivable Aging May 31 2013.xlsx
ContextMedia Financial Statements May 2013 FINAL.xlsx
ContextMedia Financial Statements May 2013.pdf
ContextMedia Financial Statements May 2013.xlsx
P&L Monthly Detail May 31 2013.xls
ContextMedia Financial Statements November Final_12.16.13.pdf
ContextMedia Financial Statements November Final_12.16.13.xlsx
ContextMedia Financial Statements October Final_11.17.2013.pdf
ContextMedia Financial Statements October Final_11.17.2013.xlsx
ContextMedia Financial Statements September Final_11.7.2013.pdf
ContextMedia Financial Statements September Final_11.7.2013.xlsx
ContextMedia Financial Statements September_Pre Audit Adj_11.19.2013.xlsx
ContextMedia_April 2014.xlsx
ContextMedia_April 2014_Final.pdf
ContextMedia_Summaries April 2014.pdf
ContextMedia_August 2014.pdf
ContextMedia_August 2014.xlsx
ContextMedia_August 2014_Summaries.pdf
ContextMedia 14 np FINAL 5-22-15.pdf
ContextMedia 2014 Actuals and Projection Model 042315.xlsx
ContextMedia_December 2014 v2_02012015.xlsx
ContextMedia_December 2014 v3_02092015.xlsx
ContextMedia_December 2014 v4_02182015.xlsx
ContextMedia_December 2014 v5_02212015.xlsx
ContextMedia_December 2014.xlsx
ContextMedia_February 2014 Summaries.pdf
ContextMedia_February 2014.pdf
ContextMedia_February 2014.xlsx
ContextMedia_January 2014.xlsx
ContextMedia_July 2014 Final.pdf
ContextMedia_July 2014 Final_Summaries.pdf
ContextMedia_July 2014.xlsx
ContextMedia_June 2014.xlsx
ContextMedia_June 2014_Final.pdf
ContextMedia_Summaries June 2014.pdf
ContextMedia_March 2014_Final.pdf
ContextMedia_March 2014_Final.xlsx
ContextMedia_March 2014_Summaries.pdf
ContextMedia_May 2014 Final.pdf

ContextMedia_May 2014 Final.xlsx
ContextMedia_Summaries May 2014.pdf
ContextMedia_November 2014.pdf
ContextMedia_November 2014.xlsx
ContextMedia_November 2014_Summaries.pdf
ContextMedia_October 2014 Summaries.pdf
ContextMedia_October 2014.pdf
ContextMedia_October 2014.xlsx
B312F100
ContextMedia_September 2014 Summaries.pdf
ContextMedia_September 2014.pdf
ContextMedia_September 2014.xlsx
ContextMedia_January 2015_Financial Statements Draft v1.xlsx
ContextMedia_February 2015_Financial Statements Draft v1.xlsx
ContextMedia_March 2015_Financial Statements Draft v1.xlsx
Balance sheet 3-19 from QB v06252015.xlsx
IS for 3-19-15 from QB v06252015.xlsx
Items to complete open bs and IS.xlsx
3-31-2015 full month IS.xlsx
Balance sheet 3-19 from QB v06012015.xlsx
Balance sheet 3-19 from QB v06042015.xlsx
Balance sheet 3-19 from QB.xlsx
IS for 3-19-15 from QB v06012015.xlsx
IS for 3-19-15 from QB.xlsx
Opening balance sheet for LLC 3-20-2014 v06042015.xlsx
Opening balance sheet for LLC 3-20-2014.xlsx
April Cash flow template 5-11 7 pm.xlsx
ContextMedia_April 2015_Financial Statements Final 4-11 9 pm.xlsx
Entry to Equity correct GL to financial statements.xlsx
April Cash flow template (Recovered).xlsx
April Cash flow template.xlsx
ContextMedia_April 2015_Financial Statements Draft v1 8 am 5-9-14.xlsx
ContextMedia_April 2015_Financial Statements Draft v1.xlsx
ContextMedia_April 2015_Financial Statements Draft v2 8 am 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v3  7 pm 5-11.xlsx
ContextMedia_April 2015_Financial Statements Draft v4  8 pm 5-11.xlsx
ContextMedia_May 2015_Financial Statements 6-10 10 am.xlsx
May Cash flow template 6-10 10 am.xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (5).xlsx
JB version ContextMedia 2014 Projection Model 36mo Version 17 011415 - $45 mil (4).xlsx
ContextMedia_May 2015_Financial Statements 6-10 6 am.xlsx
ContextMedia_May 2015_Financial Statements 6-3 5 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 2 pm.xlsx
ContextMedia_May 2015_Financial Statements 6-9 9 am.xlsx
ContextMedia_May 2015_Financial Statements.xlsx
May Cash flow template 2pm 6-9.xlsx
May Cash flow template 6-10 6 am.xlsx
May Cash flow template.xlsx
2014 reclass of cf for shareholders.xlsx
ContextMedia_June 2015_Financial Statements  Final.xlsx
June Cash flow template.xlsx
Reclass of due to related party operating to investing.xlsx
ContextMedia_June 2015_Financial Statements 6-1 2 pm.xlsx
ContextMedia_June 2015_Financial Statements.xlsx
ContextMedia_July 2015_Financial Statements.xlsx
July Cash flow template.xlsx
August Cash flow template.xlsx
ContextMedia_August 2015_Financial Statements.xlsx
ContextMedia_September 2015_Financial Statements.xlsx
September Cash flow template.xlsx
ContextMedia_October 2015_Financial Statements.xlsx
October Cash flow template.xlsx
ContextMedia_November 2015_Financial Statements.xlsx
November Cash flow template.xlsx
ContextMedia 2015 FS Walkacross v 3212016.xlsx
ContextMedia_December 2015_Financial Statements -  Final audit topsides included.xlsx

December Cash flow template  - Final Audit 2015 adjustments included.xlsx
December Cash flow template  -v  Final Audit 2015 adjustments included.xlsx
Final Push Down JEs - 2015 Audit.xlsx
Context Media Health LLC - Dec monthly.xlsx
ContextMedia_December 2015_Financial Statements- Prelim for BP 1-13-2016 8 pm.xlsx
JE template for topsides 2-24-2015.xls
ContextMedia_December 2015_Financial Statements.xlsx
December Cash flow template.xlsx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template -  Topside adjustment 2-24-2016.xlsx
JE 800 CMH topsides 2-24-2016.xlsx
topside template for FY 2015 - 2-15-2016.xlsx
JE Topside Revenue Deferral and Recognition 2015.csv
JE Topside Revenue Deferral and Recognition 2015.xls
JE Topside Revenue Recognition January 2016.csv
JE Topside Revenue Recognition January 2016.xls
2015 TV vs Tablet revenue-  Updated 8-3.xlsx
2015 TV vs Tablet revenue.xlsx
CMH 2014 and April 2015 financials statement for Nextlink.pdf
CMH 2014 and April 2015 financials statement for Nextlink.xlsx
153016821-attachments-mcguire woods 91750924.pdf
Other item.xlsx
2014 sales.xlsx
Contract & ROI revenue review_2015 .xls
ContextMedia_Mar 2016_Financial Statements.xlsx
2016 - Shortcut (2).lnk
2016 - Shortcut.lnk
ContextMedia_Jan 2016_Financial Statements -  2-23-16 topsides included.xlsx
ContextMedia_January 2016_Financial Statements.xlsx
December Cash flow template.xlsx
Janaury Cash flow template -  FY 2015 topsides included.xlsx
ContextMedia_Jan 2016_Financial Statements -  Final audit topsides included.xlsx
Jan 2016 Cash flow template - Final Audit 2015 adjustments included.xlsx
ContextMedia_Jan 2016_Financial Statements - Gravitas reclass.xlsx
Jan 2016 Cash flow template - Gravitas reclass.xlsx
May 2016 summary.xlsx
ContextMedia_Feb 2016_Financial Statements - Final audit topsides included.xlsx
Feb 2016 Cash flow template  - Final Audit 2015 adjustments included.xlsx
Headcount summary as of 2-29-2016.xlsx
ContextMedia_Feb 2016_Financial Statements - Gravitas reclass.xlsx
Feb 2016 Cash flow template  - Gravitas adj.xlsx
ContextMedia_Mar 2016_Financial Statements.xlsx
Mar 2016 Cash flow template.xlsx
ContextMedia_March 2016_Financial Statements - Gravitas reclass.xlsx
Mar 2016 Cash flow template.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_Apr 2016_Financial Statements.xlsx
FCF Model.xlsx
April 2016 Cash flow template.xlsx
ContextMedia_April 2016_Financial Statements - Gravitas reclass.xlsx
ContextMedia_May 2016_Financial Statements.xlsx
May 2016 Cash flow template.xlsx
ContextMedia_May 2016_Financial Statements - Gravitas reclass.xlsx
May 2016 Cash flow template.xlsx
ContextMedia_June 2016_Financial Statements.xlsx
June 2016 Cash flow template.xlsx
ContextMedia_July 2016_Financial Statements.xlsx
July 2016 Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
August 2016 Cash flow template.xlsx
ContextMedia_Aug 2016_Financial Statements.xlsx
ContextMedia_Sept 2016_Financial Statements.xlsx
Gain loss on disposals.xlsx
Sept 2016 Cash flow template.xlsx
ContextMedia_Oct 2016_Financial Statements.xlsx
Oct 2016 Cash flow template.xlsx
Oct Asset write off.xlsx

ContextMedia_Nov_2016_Financial Statements.xlsx
Nov 2016 Cash flow template.xlsx
Nov asset write off -  11-29.xlsx
Nov asset write off -  12-7.xlsx
1.1.16-6.30.16 Legal Bills - Bp Edit first half.xlsx
ContextMedia_Dec_2016_Financial Statements - final.xlsx
ContextMedia_Dec_2016_Financial Statements.xlsx
Dec 2016 Cash flow template AH OB -  Final.xlsx
Dec 2016 Cash flow template AH OB.xlsx
Dec 2016 Cash flow template.xlsx
FA write off 1-18-2017.xlsx
FA write off 1-24-2017.xlsx
FA write off.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit (1).xlsx
1000 Cash GL Detail DEC 2016.xlsx
1100 AR GL Detail DEC 2016.xlsx
12-31-16 Trial Balance as of 1-23-17.xlsx
2000 AP  GL Detail DEC 2016.xlsx
AH Opening Balance Upload.xlsx
AH Opening BS 2.csv
AH Opening BS.csv
AH Opening BS.xlsx
AH P and L DEC and YTD and YE BS v2.xlsx
AH P and L DEC and YTD and YE BS v3.xlsx
CMH  AH cost center mapping.xlsx
December 2016 Allocation Review.xlsx
Journal entries 12 -23 thru 31.xlsx
TB 11-30-16.xlsx
AH Open BS V2.xlsx
AH Open BS V3.xlsx
JE Upload Template - Opening BS.xlsx
JE Upload Template - Stub.xlsx
Load Calc.xlsx
OpenBS.csv
Stub.csv
Accent Health Trial Balance Load.csv
ContextMedia_Jan_2017_Financial Statements.xlsx
Jan 2017 Cash flow template.xlsx
Accent Helath - January.xlsx
2017 - Shortcut.lnk
Accent Health 2017.02.xlsx
AH_Feb_Upload.csv
Capitalized Shipping Analysis.xlsx
Field Service - Quarterly Analysis.xlsx
Printing Expense Breakout.xlsx
Accent Health 2017.03.xlsx
AH_Mar_Upload.csv
AH_Mar_Upload2.csv
Integration Expense Reclass Entries.xlsx
Integration Expense Reclass Upload.csv
Integration Expense Summary.xlsx
Accent Health 2017.04.xlsx
AH_Apr_Upload.csv
ahapril2017financialreportingschedules.zip
Blackline Review Comments 2017.04.xlsx
April 2017  LLC Cash flow template.xlsx
Context Media Health LLC - April 2017 monthly- LLC.xlsx
Loss on disposal of assets.xlsx
04'17 BS_PL_TB.xlsx
04'17 Pand L By Month.xlsx
04'17 Programmatic BU  P and  L by Month 2016 2017.xlsx
2017  APR YTD Revenue by Client Brand F.xlsx
AH 0417 Financials.xlsx
Accent Health 2017.05.xlsx
AH May Upload.csv
AR Aging 2017.05.xlsx
May P&L review - OH.xlsx

MoM Revenue 2017.05.xlsx
Revenue Reconciliation - OH and AH.xlsx
Context Media Health LLC - May 2017 monthly- LLC.xlsx
JE_53288.xlsx
May 2017  LLC Cash flow template.xlsx
May 2017 Gain and loss.xlsx
2017 June YTD Revenue by Client Brand - AH.xlsx
AH & OH Q1-Q2 Change in Revenue.xlsx
AH AR Backfill Reversal.csv
AH AR Backfill Reversal.xlsx
AH Trial Balances YTD.xlsx
June Accrual reversal.xlsx
June AH Rec (Autosaved).xlsx
June AH Rec.xlsx
JuneAccrualReversal.csv
May-June MoM Change in Revenue.xlsx
Revese Import of JEs.xlsx
Unknown - Prior Status.xlsx
YTD ROI Review.xlsx
YTD ROI Review-TW.xlsx
Gravitas Holding Investments Detail.xlsx
June 2017  LLC Cash flow template.xlsx
June Gain loss on assets 7-18-2017.xlsx
June Gain loss on assets.xlsx
Outcome Inc - June 2017 monthly.xlsx
2017 MoM Review.xlsx
AH Assets at 6.30 Per AMS.xlsx
AH Bill Jan - Jul Summary.xlsx
AH Printing Review.xlsx
Import.csv
Import.xlsx
June - July MoM AH_OH Revenue.xlsx
Page Science YTD 2018.07.xlsx
Reallingment of entity strcuture to support Outcome LLC and Outcome Inc Audits.docx
Subsidary Update and IC Entry Cleanup.xlsx
Summary of Transactions Posted on 2017.08.01.pdf
Transactions 1.1.17 - 7.31.17.CSV
Transactions 1.1.17 - 7.31.17.xlsx
Transactions ALL.CSV
Gain loss July 8-17-2017.xlsx
July 2017  LLC Cash flow template.xlsx
July gain loss.xlsx
Outcome Inc - July 2017 monthly.xlsx
Network Install and Maintenance Cost 2017.08.xlsx
August 2017  LLC Cash flow template.xlsx
Gain loss on Augst disposals.xlsx
Outcome Inc - Aug 2017 monthly.xlsx
Capitalized Software - YTD Adjustment.xlsx
Gain loss in Sept on fixed assets.xlsx
GL 11060 Allowance for Doubtful Accounts - 09.30.2017.xlsx
Outcome Inc - Sept 2017 monthly.xlsx
Sept 2017  LLC Cash flow template.xlsx
YTD CapSof Audit 2017.09.xlsx
AMS to 3PL Reconciliation.xlsx
Assets Not In Service - September Analysis for October Recon.xlsx
Oct 2017  LLC Cash flow template.xlsx
Outcome Inc - Oct 2017 monthly.xlsx
2017 315 Analysis.xlsx
Gain loss disposal October 2017.xlsx
ISP Payment Breakout 2017.10.xlsx
Req pend approve, PO pend approve, Oct NS Bills.xlsx
Unknown Summary 2017.10.xlsx
Nov 2017  Inc Cash flow template.xlsx
Outcome Inc - Nov 2017 monthly.xlsx
10-31-2015 Financials for CMH.xlsx
11-30-2015 Financials for CMH.xlsx
12-31-2015 Financials for CMH.xlsx

2013 to 2016 Income Statements ContextMedia dba Outcome Health.pdf
2014 and 2013 CMH Inc Audit Report.docx
2014 and 2013 CMH Inc Audit Report.pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2014 and 2013 ContextMedia Inc Financials.pdf.crdownload
2014 management letter from Miller Cooper.pdf
2015 and 2014 Financials Statements.pdf
6-30-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf
8-31-2015 BS and Income Statement CMH LLC.pdf.crdownload
8-31-2015 Interim Financial Statement for ContextMedia Health LLC.pdf
CM Reorganization Letter.pdf
ContextMedia 13 Audit Report Final.pdf
ContextMedia 13 Audit Report Final.pdf.crdownload
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
ContextMedia 2015 Financials.pdf
Netsuite to Audited financials for 2014 and 2015 (2).xlsx
Oct 2016 CMH LLC Financials.pdf
Oct 2016 CMH LLC Financials.xlsx
2016-03-17, returned asset audit.xlsx
Legal Rep letter to 2015 for D&T- Final.pdf
Legal Rep letter to 2015 for D&T.pdf
Representation letter 2015 to D&T -  Final.pdf
Representation letter 2015 to D&T.pdf
2015 vs 2014 BS.xlsx
2016-02-05 Sidley Ltr to Deloitte re Context Media Inc (1).pdf
2016-02-09 Email to Deloitte Correcting Earlier Letter.pdf
CMH Inc Draft FS (2).doc
D&T Planning and Scope Letter to BOD 3-10-2016.pdf
D&T Results of Audit including control related maters 3-17-2016.pdf
FN  10 - Packback rent rebills.xls
FN12- 2015 statement 401-k statement.pdf
GL 15000 Accrued Interest from shareholders.xlsx
Interest payments in cash.xlsx
Option info.xlsx
Y-Y Income statement.xlsx
April Cash flow template 5-11 7 pm.xlsx
August Cash flow template.xlsx
December Cash flow template.xlsx
Feb Cash flow template.xlsx
FY 2014 Cash flow template.xlsx
FY 2014 CF Proof.xlsx
FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
FY 2015 Cash flow template.xlsx
Jan Cash flow template.xlsx
July Cash flow template.xlsx
June Cash flow template.xlsx
June Reclass of due to related party operating to investing.xlsx
March Cash flow template.xlsx
May Cash flow template 6-10 10 am.xlsx
November Cash flow template.xlsx
October Cash flow template.xlsx
September Cash flow template.xlsx
GL 32600 Accrued Interest- Dec 2015.xlsx
GL 33010-33100 and 35010-35030  and  25300-25500 CM Debt Rollforward_2015-Dec.xlsx
Substitute Revolving Note.pdf
Summary for debt footnote.xlsx
Accrued Interest Jumpstart.xlsx
GL 40000 Equity Rollforward Support - Dec 2015.xlsx
PB Note summary.docx
Private bank.docx
CM Chi Copier Lease Feb 2016 (1).pdf
Flatiron Lease for NYC (1).pdf
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Dec 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Dec  2015.xlsx

iD Logistics executed SOW.pdf
iD MSA - Context Media-1.doc
Summary Lease commitments.xlsx
CMH Inc Draft FS - 2-19-2016.docx
CMH Inc Draft FS (2 11 15) DT Comments.docx
ContextMedia_December 2015_Financial Statements.xlsx
2012.01.01 Notice re 2009 Equity Incentive Plan - Velazquez.pdf
2012.01.01 Notice re 2009 Equity Plan- Garms.pdf
AJE 9 Options Support.xlsx
CM Black Scholes Options (3).xlsx
Stock Option - Robert Mons 1.1.13 (1).pdf
CMH Inc Draft FS - 2-24-2016 - CMH topsides posted v1.docx
CMH Inc Draft FS - 2-24-2016 - CMH topsides posted.docx
ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.xlsx
December Cash flow template - Topside adjustment 2-24-2016.xlsx
FY 2015 Cash flow template - included 2-24 topsides.xlsx
JE-800 from NS for CMH topside.xls
JE-801 from NS for CMH topside Jan 2016.xls
topside template for FY 2015 - 2-15-2016.xlsx
Change in FN 6 LT debt.pdf
CMH Inc Draft FS - 2-29-2016 Updated.docx
CMH Inc Draft FS - 2-29-2016 Updated.pdf
CMH Inc Draft FS - 2-29-2016.docx
CMH Inc Draft FS - v3032016.docx
CMH Inc Draft FS - v3032016.pdf
CMH Inc Draft FS - v3042016.docx
A - CMH Inc Draft FS - v3042016.pdf
B - Tie out - BS ContextMedia_December 2015_Financial Statements.pdf
C - Updated P&L Tie out - ContextMedia_December 2015_Financial Statements 03032016.pdf
C1 Advertising Tie out - ContextMedia_December 2015_Financial Statements_2-24-2016 topsides included.pdf
D - FY 2015 Cash flow template - included 2-24 topsides- updated for loan amort movement (2).pdf
E - Fixed Asset rollforward summary 2015.xlsx
E1 - Attachment I - Change is estimated useful life.pdf
F - Debt Detail.xlsx
G - Summary Lease commitments.pdf
H - Warrant Redemption FMV as of 12312015.pdf
J - Deferred Revenue Rec and Detail_2015.xls
J1 2014 sales.xlsx
J3 - GL 11000 AR aging.xlsx
J4 - ContextMedia Health, LLC_ARAgingDetail 12-31-2014 (1).xlsx
Concluding Communications to Those Charged with Governance.pdf
ContextMedia Health LLC - 2016 Audited Financials.pdf
ContextMedia 2015 FS Appendix (no cf).xlsx
ContextMedia 2015 FS Appendix.pdf
ContextMedia 2015 FS Appendix.xlsx
ContextMedia 2015 FS Appendixv2.pdf
ContextMedia 2015 FS Appendixv2.xlsx
ContextMedia 2015 FS Appendixv3.xlsx
ContextMedia 2015 FS Appendixv4.xlsx
ContextMedia 2015 FS BS PL Appendixv2.xlsx
ContextMedia 2015 FS Split out.xlsx
ContextMedia_October 2015_Financial Statements.xlsx
Engagement letter 2017 D&T Outcome Inc and Bank interest(CMH LLC and AH LLC).pdf
2014 and 2013 ContextMedia Inc Financials.pdf
2015 Financials.xlsx
Summary CMH LLC 2010-2012 BS and IS.xlsx
ContextMedia Health, LLC_BalanceSheetSummary.xlsx
ContextMedia Health, LLC_ProfitandLoss.xlsx
Financial summary for 2013-2015.xlsx
CMH LLC Q1 financials.xlsx
2014 and 2015 balance sheet.xlsx
Income Statement Q1 2014 to Q4 2015.xlsx
Summary of fixed asset issues.pptx
November Income statement flux.xlsx
April income statement 5-11 630pm.xlsx
May income statement 6-10 noon (LP update).xlsx
June Balance sheet final.xlsx

June income statement final.xlsx
Headcount info.xlsx
July 2015 Operating Results -  updated 8-19-2015.docx
July balance sheet final 8-14-2015.xlsx
July income statement final as of 8-14-2015.xlsx
July 2015 Operating Results.docx
July income statement as of 8-11 7 pm.xlsx
August 2015 Operating Results- Final 9-21.docx
August 2015 Operating Results.docx
Balance Sheet Flux August 2015 Final.xlsx
Headcount info 8-31-2015- final.xlsx
Headcount info 8-31-2015.xlsx
Income Statement Flux August 2015 Final.xlsx
Balance Sheet Flux Sept 2015.xlsx
Headcount info 9-30.xlsx
Income Statement Flux Sept 2015.xlsx
Sept 2015 Operating Results.docx
Balance Sheet flux for October 2015.xlsx
Headcount info 10-31-2015.xlsx
Income Statement flux for October 2015.xlsx
Oct 2015 Operating Results.docx
Sep to Oct analysis.xlsx
11-30 AP aging.xlsx
Balance Sheet flux Nov 2015.xlsx
Headcount info 11-30-2015.xlsx
Income Statement flux Nov 2015.xlsx
Nov 2015 Operating Results.docx
Payroll by cost center summary Nov 2015.xlsx
Ar aging 12-31-2015.xlsx
Balance sheet flux (Brad's changes 2016-01-20).xlsx
Balance sheet flux.xlsx
Dec 2015 Operating Results.docx
Headcount info 12-31-2015.xlsx
Income Statement Flux Dec 2015.xlsx
Headcount info 12-31-2015.xlsx
Jan 2016 Operating Results.docx
Jan BS Flux analysis.xlsx
Jan IS flux.xlsx
A-PAgingusingPeriodEndDate-733.xls
AR aging final Feb 2015.xls
AR aging.xlsx
Feb  2016 Operating Results.docx
Feb 2016 Operating Results.docx
Feb Balance Sheet flux.xlsx
Feb Income Statement Flux.xls
Feb Income Statement Flux.xlsx
GL 30000 AP Aging - Feb 2016.xlsx
Headcount info 2-29-2016.xlsx
AR details.xlsx
Headcount from Paycom v2.xls
Headcount info 3-31-2016.xlsx
Mar 2016 Operating Results.docx
March Balance Sheet flux.xl_
March Balance Sheet Flux.xlsx
March Income Statement Flux.xlsx
Revenue summary.xlsx
20160502100504_Monthly head county reports for JB flux_d7446d15.xls
4-30 AR.xls
AP details 4-30-2016.xlsx
A-PAgingusingPeriodEndDate270.xls
Apr 2016 Operating Results.docx
April Balance Sheet flux analysis.xlsx
April Income Statement flux analysis.xlsx
April Revenue summary.xlsx
Headcount info 4-30-2016.xlsx
20160531170534_Monthly head county reports for JB flux_caf9741c.xls
A-PAgingDetailusingPeriodEndDate-632.xls

AR aging 5-31-2016.xlsx
CMH IS as of 6-2-2016.xls
CMH IS as of 6-9-2016.xls
Fixed Asset CF Change - May 2016 (1).xlsx
Headcount info 5-31-2016.xlsx
May  Revenue summary.xlsx
May 2016 Operating Results.docx
May Balance Sheet flux analysis.xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09) (Vishal's changes 2016-06-10).xlsx
May Income Statement flux analysis (Adam's changes 2016-06-09).xlsx
May Income Statement flux analysis (John's changes 2016-06-09).xlsx
May Income Statement flux analysis.xlsx
Summary financials.xlsx
Work Order analysis 05.31.2016.xlsx
20160629170605_Monthly head county reports for JB flux_91ec2eae.xls
A%2FPAgingusingPeriodEndDate-834.xls
A%2FRAgingDetailw%2FoAgency,Drug&Pharma-992.xls
AP details 6-30-2016.xlsx
Financials for the headcount info.xls
Headcount info 6-30-2016.xlsx
June 2016 Operating Results.docx
June Balance Sheet flux analysis.xlsx
June Income Statement flux analysis.xlsx
June Revenue summary.xlsx
MoM Revenue Analysis 2016.06.xlsx
Summary IS 6-30.xlsx
TSI Travel Analysis 2016.06 June.xls
2016.06 Income Statement (2016.07.11 V1).xlsx
2016.06 Income Statement CC (2016.07.11 V1).xlsx
2016.06 Income Statement CC (2016.07.11 V2).xlsx
July Balance Sheet flux analysis.xlsx
July Income Statement flux analysis.xlsx
Revenue YTD 2016.07.xlsx
Prepaid and Not in Service Summary 2016.07.xlsx
Prepaid and Not in Service Summary 2016.08.xlsx
20160801100843_Monthly head county reports for JB flux_b2e07802.xls
A%2FPAgingDetailByVendor-631.xls
AP details 7-31.xls
Condensed financials for mgmt write up 7-31-2016.xls
ContextMediaIncomeStatement_EBITDA746.xls
ContextMediaIncomeStatement_EBITDA-879.xls
ContextMediaIncomeStatement191.xls
ContextMedia-IncomeStatementbyCostCenter92.xls
Headcount info 7-31-2016.xlsx
IS as of 8-8 3pm.xlsx
Item used from Gravitas in July.xlsx
July 2016 Operating Results-  Final.docx
July 2016 Operating Results.docx
July Revenue summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
NS IS by cost center summary for HC info.xlsx
TSI Travel Analysis 2016.07 July.XLS
2013 - 2016 Revenue Summary.xlsx
2015 - 2016 Revenue Summary.xlsx
MoM Revenue Analysis 2016.07 0805.xlsx
MoM Revenue Analysis 2016.07.xlsx
Statements 01 0805.xlsx
Statements 02 0805.xlsx
August Balance Sheet flux analysis.xlsx
August Income Statement flux analysis (Adam's changes 2016-09-13).xlsx
August Income Statement flux analysis.xlsx
Prepaid and Not in Service Summary 2016.08 (Mid Month).xlsx
Prepaid and Not in Service Summary 2016.08.31.xlsx
Updated Revenue File as of 2016.08.15.xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1) (2).xlsx
20160831090826_Monthly_head_county_reports_for_JB_flux.xls
AP aging 8-31.xls

AP aging 8-31.xls.xlsx
AR 8-31.xlsx
Aug 2016 Operating Results.docx
Aug Revenue summary.xlsx
ContextMediaBalanceSheetDetail90.xls
ContextMediaConsolidatedBalanceSheetbyPeriod-139.xls
Cost for for HC at 8-31-2016.xlsx
Gravitas activity.xls
Headcount info 8-31-2016.xlsx
IncomeStatementDetailwithNames-947.xl_
IncomeStatementDetailwithNames-947.xls
Legal expense for Aug.xlsx
Recruiting cost 8-31.xls
Recruiting cost 8-31.xls.xlsx
Recruting cost 8-31
Recruting cost.xlsx
Sept 2016 Operating Results.docx
Software cost Aug.xls.xlsx
Summary financials for August.xls
2016 Contracted Revenue MoM Change 2016.08 (Updated 8.31).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.1).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.12).xlsx
2016 Contracted Revenue MoM Change 2016.08 (Updated 9.2).xlsx
2016 Contracted Revenue MoM Change 2016.08.xlsx
Mastercard data 1-1 to 9-30-2016.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Sep Balance Sheet Flux Analysis.xlsx
Sep Income Statement flux analysis.xlsx
BS and IS 2016.10.06 0755.xlsx
BS and IS 2016.10.10 0908.xlsx
20160928160959_Monthly head county reports for JB flux_30b0b2d5.xls
AP 9-30.xlsx
AR 9-30.xlsx
Due ot Gravitas.xlsx
HC cost at 9-30.xlsx
Headcount info 9-30-2016.xlsx
Legal bills in Sept.xlsx
Prepaid and Not in Service Summary 2016.09.30.xlsx
Recruiting cost for Sept through 10-10.xlsx
Recruiting cost for Sept through 10-11 final.xlsx
Recruiting cost for Sept through 10-11.xlsx
Recruiting cost for Sept through 10-4.xlsx
Recruiting cost for Sept through 9-28.xlsx
Sept 2016 Operating Results.docx
Sept Revenue summary.xlsx
Summary IS 4 pm 10-11.xlsx
2016 Contracted Revenue MoM Change 2016.09 V2.xlsx
2016 Contracted Revenue MoM Change 2016.09 V3.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.xlsx
2016 Contracted Revenue MoM Change 2016.09 V4.zip
2016 Contracted Revenue MoM Change 2016.09.xlsx
2016 Contracted Revenue MoM Change 2016.10 V2.xlsx
2016 Contracted Revenue MoM Change 2016.10 V3.xlsx
2016 Contracted Revenue MoM Change 2016.10 V4.xlsx
2016 Contracted Revenue MoM Change 2016.10 V5.xlsx
2016 Contracted Revenue MoM Change 2016.10 V6.xlsx
2016 Contracted Revenue MoM Change 2016.10.xlsx
Gravitas Prepaid and Not in Service Summary 2016.10.31.xlsx
Oct Balance Sheet Flux Analysis.xlsx
Oct Income Statement Flux Analysis.xlsx
20161031121049_Monthly head county reports for JB flux_4514187e.xls
AP 10-31-2016.xlsx
AR 13-31-2016.xlsx
Conference expense.xlsx
Consulting details.xlsx
Due to Gravitas.xlsx
GL 20900 Assets not yet in service - October 2016.xlsx

Headcount info 10-31-2016.xlsx
Oct 2016 Operating Results.docx
Oct Revenue summary.xlsx
October payroll by cost center.xlsx
Recruiting cost as of 11-10-2016.xlsx
Recruiting cost as of 11-7-2016.xlsx
Samsung Tablet Asset Register - 15mo Useful Life Update.xlsx
Summary IS for Oct final.xlsx
Summary IS for OCt.xlsx
CMH 2016 NYC Sublease Accounting Memo (2).docx
D&T Valaution SOW- Executed 11-11-2016.pdf
l.html
NYC Sublease Loss Analysis (2).pdf
favicons
favicons(1)
favicons(2)
favicons(3)
favicons(4)
favicons(5)
favicons(6)
favicons(7)
googlelogo_color_272x92dp.png
single.html
BS and IS 2016.11.11 0637.xlsx
Gravitas Prepaid and Not in Service Summary 2016.11.30.xlsx
MoM Revenue - V5 Walk from 12.6.xlsx
MoM Revenue 2016.11 V1.xlsx
MoM Revenue 2016.11 V2.xlsx
MoM Revenue 2016.11 V3.xlsx
MoM Revenue 2016.11 V4.xlsx
MoM Revenue 2016.11 V5.xlsx
MoM Revenue 2016.11 V6.xlsx
Nov 2016 Operating Results.docx
Nov Balance Sheet Flux Analysis.xlsx
Nov Income Statement Flux Analysis.xlsx
TTM 2016.09.xlsx
20161129151121_Monthly head county reports for JB flux_a3ef1ae8.xls
AP 11-30.xlsx
AR 11-30.xlsx
Detail by cost center for.xlsx
Headcount info 11-30-2016.xlsx
IS for Flux.xlsx
Nov Revenue summary.xlsx
Professional Fees 12-7.xlsx
Professional Fees 12-9.xlsx
Professional fees.xlsx
Recruiting as of 11-28-2016.xlsx
Recruiting as of 12-5-2016.xlsx
Recruiting as of 12-7-2016.xlsx
Recruiting as of 12-9-2016.xlsx
BS and IS as of 2016.12.14 0747.xlsx
Flux Analysis Balance Sheet 2016.12.xlsx
Flux Analysis Income Statement 2016.12.xlsx
Gravitas Prepaid and Not in Service Summary 2016.12.31.xlsx
MoM Revenue 2016.12 V1.xlsx
MoM Revenue 2016.12 V2.xlsx
MoM Revenue 2016.12 V3.xlsx
12_2016 Debt Rllfwd - TLB INT Accrual (2).pdf
12-31 headcount salary info.xlsx
20170106100100_Monthly head county reports for JB flux_2e1e6f16.xls
ACP calculation background info.pdf
AP detail;s.xlsx
AR details.xlsx
Consulting details 12-31-2016.xlsx
Consulting.xlsx
ContextMedia Health, LLC  - FS - YE 12-31 SHELL.docx
Dec 2016 Operating Results.docx

Dec Revenue summary.xlsx
Headcount info 12-31-2016.xlsx
Healthcare cost Nov vs Dec.xlsx
IS summary - 1-24 7 pm.xlsx
IS summary.xlsx
Nov and Dec Software cost 64040.xlsx
Recruiting summary 1-13-2017.xlsx
Recruiting summary 1-14-2017.xlsx
Software liscence.xlsx
NS BS and IS 20170116 0755.xlsx
NS BS and IS 20170118 0748.xlsx
Headcount info 11-30-2017.xlsx
20170405090405_Monthly head count report_d342a246.xlsx
Headcount info 1-31-2017.xlsx
Headcount salary info Jan.xlsx
Jan 2017 Consulting cost GL 62050 BP edits.xlsx
Jan 2017 Consulting cost GL 62050.xlsx
Recruiting cost 2-16-2017 - BP Edit.xlsx
Recruiting cost 2-16-2017.xlsx
20171101111155_Monthly head count report_aefe7cb2.xlsx
CMH payroll info.xlsx
Headcount info 10-31-2017.xlsx
Sep-Oct MoM Revenue AH&OH 2017.xlsx
YTD Revenue AH&OH 10.31.2017.xlsx
20171206104346_Monthly head count report_1ab82a42.xls
Headcount info 11-30-2017.xlsx
Oct-Nov MoM Revenue AH&OH 2017.xlsx
20180102170240_Monthly head count report_ce9e5791.xlsx
Headcount info 12-31-2017.xlsx
Oct-Nov MoM Revenue AH&OH 2017.xlsx
Recruiting Feb 2017.xlsx
20170301170349_Monthly head count report_ee188b08.xls
AH cost report Jan and Feb 2017.xlsx
Consulting details.xlsx
Consulting Feb 2017 (BP edits).xlsx
Consulting Feb 2017.xlsx
Consulting.xlsx
Headcount details from paycom.xlsx
Headcount info 2-28-2017.xlsx
OH Cost Center report Jan and Feb 2017.xlsx
OH Feb 2017 Income statment with CC on top.xlsx
OH Jan 2017 Income statment with CC on top.xlsx
Payroll cost center for Feb.xlsx
Recruiting Feb 2017 3-20-2017.xlsx
Recruiting Feb 2017 3-6-2017.xlsx
20170405090405_Monthly head count report_d342a246.xls
20170405090405_Monthly head count report_d342a246.xlsx
Air Travel Q1.xlsx
AR 3-31-2017.xlsx
Conculting March 2017.xlsx
Conferences March 2017.xlsx
Headcount info 3-31-2017.xlsx
Headcount info 4-30-2017.xlsx
Legal Q1 4-19-2017.xlsx
Legal Q1.xlsx
Media cost by cost center 4-19-2017.xlsx
Media cost by cost center.xlsx
Netsuite March 2017 salary by cost center.xlsx
Q1 Transactional data.xlsx
Finger_3394916_394775-000007_35422 (2).pdf
Finger_3420506_394775-000002_35422 (2).pdf
Finger_3420507_394775-000007_35422 (2).pdf
Finger_3420508_394775-000010_35422 (2).pdf
ONETIME GL ACCT Invoice 1700500205 thru December 31, 2016 dated 1-20-17 (0004) (1) (1).pdf
PUT TO ACCRUAL Invoice 1700500708 thru January 31, 2017 dated 2-24-17 (0004).pdf
20170428150406_Monthly head count report_bb26ac1e.xlsx
April accounts analysis.xlsx

April Management Summary - 5-16 noon.docx
April Management Summary - Draft 5-15 6 pm.docx
April Management Summary.docx
April payroll info.xlsx
April Recruiting details 5-8-2017.xlsx
April Recruiting details.xlsx
April Revenue summary.xlsx
Ar 4-30-2017.xlsx
GL 12700 Prepaid Advance Equip. March 2017.xlsx
GL 20900 Assets not yet in service - April 2017.xlsx
Headcount info 4-30-2017.xlsx
March vs April summary IS.xlsx
May Revenue summary.xlsx
Summary IS  April 2017.xlsx
20170531150528_Monthly head count report_28a72131.xlsx
April-May MoM Change in Revenue (1).xlsx
AR details 5-31-2017.xlsx
Headcount info 5-31-2017.xlsx
May Management Summary.docx
May Payroll by cost center.xlsx
May Revenue summary.xlsx
MoM Revenue 2017.05.xlsx
Non recurring recruiting.xlsx
Summary IS April to May.xlsx
20170705140720_Monthly head count report_b8aeefc4.xlsx
AH & OH Q1-Q2 Change in Revenue (1).xlsx
Headcount cost for June 2017.xlsx
Headcount info 6-30-2017.xlsx
May-June MoM Change in Revenue.xlsx
Operating Results Q2 2017.docx
Q2 recruiting.xlsx
Recruiting cost 7-10-2017.xlsx
Recruiting cost 7-6-2017.xlsx
20170731160718_Monthly head count report_19df9c9f.xls
20170731160718_Monthly head count report_19df9c9f.xlsx
Headcount info 7-31-2017.xlsx
IS by cost center 7-31-2017.xlsx
July Outcome Inc summary.xlsx
June - July MoM AH_OH Revenue (1).xlsx
June to Juy expense flux.xlsx
Operating Results Q2 2017.docx
Outcome Inc Operating Results July 2017.docx
Recruting cost for July 8-17-2017.xlsx
Recruting cost for July.xlsx
20170831090855_Monthly head count report_29ff8bd1.xlsx
8-31-2017 payroll by cost center.xlsx
CapSof Count 8.31.17.xlsx
Cost center analysis for Aug.xlsx
Headcount info 8-31-2017.xlsx
July - August MoM AH_OH Revenue 9-14-2017.xlsx
July - August MoM AH_OH Revenue.xlsx
Legal and consulting in Aug 2017 (1).xlsx
Legal and consulting in Aug 2017.xlsx
Outcome Inc Operating Results August 2017.docx
Recruiting August.xlsx
Summary EBITDA.xlsx
20171005091020_Monthly head count report_3a12b5da.xlsx
AUG-SEPT MoM AH_OH Revenue V10202017.xlsx
Headcount info 9-30-2017.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Sept Payroll by cost center.xlsx
YTD MoM AH_OH Revenue V12.06.2017.xlsx
Summary of LC's 2-24-2016.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Customer Transaction Template (Blank).doc
Fixed Charge Calculation - BP Edit.xlsx
Fixed Charge Calculation  Q3 2016.xlsx

Fixed Charge Coverage Ratio.xlsx
Total Leverage Ratio 3-31-2016 hypothetical.xlsx
Total Leverage Ratio.xlsx
ContextMedia - Financial Covenant Worksheets V1D.DOC
Fixed Charge Coverage Ratio 4-30-2016.xlsx
Total Leverage Ratio 4-30-2016.xlsx
Fixed Charge Coverage Ratio 5-31-2016 as of 6-22.xlsx
Fixed Charge Coverage Ratio 5-31-2016.xlsx
PB Interest in April 2015.xlsx
Total Leverage Ratio 5-31-2016 as of 6-22.xlsx
Total Leverage Ratio 5-31-2016.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 6-30-2016.docx
Fixed Charge Calculation  June 2016.xlsx
Schedule I - JPM Compliance Certificate.pdf
Total Leverage Ratio as of 6-30-2016.xlsx
CMH LLC Compliance Certificate Exhibit D for 6-30-2016.pdf
Context Media Health LLC - June 2016 monthly.xlsx
Fixed Charge Calculation  June 2016.xlsx
Total Leverage Ratio as of 6-30-2016.xlsx
August 2016 Debt Int Fcst.pdf
Fixed Charge Calculation  Sept 2016 -  Final 10-12.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-12.xlsx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.docx
COMPLIANCE CERTIFICATE -  Exhibit D for 9-30-2016.pdf
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Fixed Charge Calculation as of 9-30-2016.xlsx
Shinzstop Payment_Details_10_14_2016_14_35.pdf
Total Leverage Ratio as of 9-30-2016.xlsx
Fixed Charge Calculation  Sept 2016 -  Draft 10-10.xlsx
Fixed Charge Calculation  Sept 2016 -  Draft 9-23.xlsx
Fixed Charge Calculation  Sept 2016 -  Final 10-11.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 10-10.xlsx
Total Leverage Ratio as of 9-30-2016-  Draft 9-23.xlsx
Total Leverage Ratio as of 9-30-2016-  Final 10-11.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
12-26-2017 Draw Request.doc
12-26-2017 Draw Request.pdf
12-27-2017 Draw Request.doc
12-27-2017 Draw Request.pdf
Base Rate Borrowing Request  12-26-2017.doc
12-27-2016 Draw request.jpg
Base Rate Borrowing Request  (Revolver).doc
12-29-2016 Base Rate Borrowing request.pdf
Base Rate Borrowing Request  12-29-2016.doc
Base Rate Borrowing Request  1-27-2016.doc
Base Rate Draw CMH LLC 1-27-2017.pdf
Base Rate Borrowing Request  2-14-2017.doc
Base Rate Borrowing Request 2-14-2017.pdf
2-24-2017 Baase Rate Draw Notice for $3.0M.pdf
Base Rate Borrowing Request  2-24-2017.doc
CMH Optional Prepayment Notice 3-21-2017.pdf
Repayment notice 3-21-2017.doc
4-27-2016 Draw Request.doc
4-27-2016 Draw Request.pdf
5-3-2016 Libor Draw Request.pdf
Fixed Charge Coverage Ratio 3-31-2016.xlsx
Total Leverage Ratio 3-31-2016.xlsx
ContextMedia Health Revolver Prepayment 5-1-2017.pdf
Repayment notice 5-1-2017.doc
Repayment notice 5-24-2017.doc
Repayment notice 5-24-2017.pdf
7-12-2016 Draw Request.doc
7-12-2016 Draw Request.pdf

8-23-2016 Draw Request.docx
8-23-2016 Draw Request.pdf
April 2015 LLC Cash flow template.xlsx
Aug 2015 LLC Cash flow template.xlsx
Dec 2015 LLC Cash flow template.xlsx
Feb 2016 LLC Cash flow template.xlsx
Jan 2016 LLC Cash flow template.xlsx
July 2015 LLC Cash flow template.xlsx
June 2015 LLC Cash flow template.xlsx
May 2015 LLC Cash flow template.xlsx
Nov 2015 LLC Cash flow template.xlsx
Oct 2015 LLC Cash flow template.xlsx
Sept2015 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template -  GV adj.xlsx
Feb 2016 LLC Cash flow template - GV adj.xlsx
Jan 2016 LLC Cash flow template -  GV adj.xlsx
Mar 2016 LLC Cash flow template -  GV adj.xlsx
May 2016 LLC Cash flow template -  GV adj.xlsx
May 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - March 2016 monthly- LLC roll up.xlsx
Mar 2016 LLC Cash flow template.xlsx
April 2016 LLC Cash flow template.xlsx
JP Morgan Compliance for Context Media Health LLC - April 2016 monthly- LLC roll up.xlsx
Context Media Health LLC - May 2016 monthly- LLC roll up 6-20.xlsx
JP Morgan Compliance for Context Media Health LLC - May 2016 monthly- LLC roll up.xlsx
May 2016 LLC Cash flow template.xlsx
Context Media Health LLC - June 2016 monthly- LLC.xlsx
June 2016 LLC Cash flow template.xlsx
Context Media Health LLC - July 2016 monthly- LLC.xlsx
July 2016 LLC Cash flow template.xlsx
Asset Write Off - 2016.08.31.xlsx
Aug 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Aug 2016 monthly- LLC.xlsx
Context Media Health LLC - Sept 2016 monthly- LLC.xlsx
Sept 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Oct 2016 monthly- LLC.xlsx
Oct 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Nov 2016 monthly- LLC.xlsx
Nov 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC -  Final.xlsx
Dec 2016 LLC Cash flow template -  Final.xlsx
Quarterly CMH LC financials 2-3-2017.xlsx
Quarterly CMH LC financials 2-5-2017.xlsx
Quarterly report 12-31-2016.xlsx
Context Media Health LLC - Dec 2016 monthly- LLC.xlsx
Dec 2016 LLC Cash flow template.xlsx
Context Media Health LLC - Jan 2017 monthly- LLC.xlsx
Gains loss on disposal of assets Jan 2017.xlsx
Jan 2017  LLC Cash flow template.xlsx
Context Media Health LLC - Feb 2017 monthly- LLC.xlsx
Feb 2017  LLC Cash flow template.xlsx
Gain loss Feb 2017 fixed assets.xlsx
03.2017 Disposal Import.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-10-2017 3 pm.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-18 noon.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-19 8 am.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly 5-20.xlsx
Bank compliance - Context Media Health LLC - Mar 2017 monthly.xlsx
Context Media Health LLC - Mar 2017 monthly- LLC.xlsx
Mar 2017  LLC Cash flow template.xlsx
Apr 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - April 2017.xlsx
Bank compliance - Outcome LLC - May 2017.xlsx
May 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - June 2017.xlsx
June 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - July 2017.xlsx

July 2017  Outcome LLC Cash flow template.xlsx
Aug 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Aug 2017.xlsx
Gain loss on Augst disposals.xlsx
Bank compliance - Outcome LLC - Sept 2017.xlsx
Sept 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Oct 2017.xlsx
Oct 2017  Outcome LLC Cash flow template.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Bank compliance - Outcome LLC - Nov 2017 version 2.xlsx
Bank compliance - Outcome LLC - Nov 2017.xlsx
Detail gain loss on FA.xlsx
Nov 2017  Outcome LLC Cash flow template.xlsx
Nov 2017 Gain loss.xlsx
Bank compliance - Outcome LLC - Dec 2017.xlsx
Dec 2017  Outcome LLC Cash flow template.xlsx
Legal Expenses 7.1.16 - 12.31.16 - BP Edit.xlsx
Q3 2016.xlsx
CMH LLC Q1 2016 Operating Results.docx
Revenue summary q1 2016.xlsx
CMH LLC Q2 2016 Operating Results.docx
Revenue summary q2 2016.xlsx
CMH LLC Q3 2016 Operating Results.docx
Revenue summary q3 2016.xlsx
CMH LLC Q4 2016 Operating Results - Edit v1 (1).docx
CMH LLC Q4 2016 Operating Results - Edit vF 2.docx
CMH LLC Q4 2016 Operating Results.docx
cost center quarterly report.xlsx
Revenue summary q4 2016.xlsx
Available Amount Calculation - ContextMedia Health LLC 3.31.17.xlsx
CMH LLC Q1 2017 Operating Results - BP Edit JB 5-11 10 am.docx
CMH LLC Q1 2017 Operating Results - BP Edit.docx
CMH LLC Q1 2017 Operating Results.docx
Leverage Covenant Test - ContextMedia Health LLC 3.31.17.xlsx
MDA Q1 - v2.docx
MDA Q1 - v3.docx
Q4 vs Q1 IS flux.xlsx
Revenue summary Q1 2017.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
AH & OH Q1-Q2 Change in Revenue.xlsx
Change in Accrued other CF impacts.xlsx
Headcount Q2 2017.xlsx
Outcome LLC Q2 2017 Operating Results -draft.docx
Q1 vs q2.xlsx
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
20171005091020_Monthly head count report_3a12b5da.xlsx
Cost center changes 10-5-2017 10am.xlsx
Headcount Q3 2017.xlsx
Outcome LLC Q3 2017 Operating Results -draft.docx
Q2 vs Q3 cost center.xlsx
Q2-Q3 AH_OH Revenue Summary.xlsx
Severance for 9-28 RIF (1).xlsx
Discussion topics with D&T.docx
July Close.xlsx
ContextMedia Financial Statements December 2012, 2011 & 2010.pdf
ContextMedia Financial Statements December 2012, 2011 & 2010.xlsx
Logistics 2013.xlsx
Media 2013.xlsx
MO 2013.xlsx

MS 2013.xlsx
NetOps 2013.xlsx
Product Dev 2013.xlsx
Sponsorship 2013.xlsx
Q1 2014_Marketing.xlsx
Q1 2014_NetOps.xlsx
Q1 2014_Spon.xlsx
Q3 2013 - Q1 2014 (Kristy Peters's conflicted copy 2014-05-07).xls
Q3 2013 - Q1 2014.xls
ContextMedia 2014 $45m Private bank model 17 011415.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-2 1 pm.xlsx
2016 budget for travel -TSI.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
Expense from 2015.xlsx
Recruiting cost  through Oct 2015.xlsx
All cost centers.xlsx
Development and Media.xlsx
Finance and Admin.xlsx
Integrated Health Systems.xlsx
Member operations.xlsx
Member Services.xlsx
Product Operations.xlsx
Sponsorship.xlsx
Talent and Marketing.xlsx
2015 headcount and 2016 forecast.xlsx
GL 33860 - 489 Fifth Ave. Deferred Rent Schedule -  Nov 2015.xlsx
GL 34810 and 33840 - Current 330 N. Wabash Deferred Rent Schedule Nov  2015.xlsx
Apr Operational Cash forecast.xlsx
April 2017 Operational Cash forecast.xlsx
Aug 2017 Operational Cash forecast.xlsx
August Operational Cash forecast - draft 9-7.xlsx
August Operational Cash forecast.xlsx
Dec Operational Cash forecast  12-31-2015 final.xlsx
Dec Operational Cash forecast  1-31-2016 interim.xlsx
Dec Operational Cash forecast .xlsx
Feb 2017 Operational Cash forecast.xlsx
Feb Operational Cash forecast.xlsx
Jan 2017 Operational Cash forecast.xlsx
Jan Operational Cash forecast.xlsx
July 2017 Operational Cash forecast.xlsx
July Operational Cash forecast.xlsx
June 2017 Operational Cash forecast.xlsx
June Operational Cash forecast.xlsx
Mar Operational Cash forecast.xlsx
March 2017 Operational Cash forecast.xlsx
May 2017 Operational Cash forecast.xlsx
May Operational Cash forecast.xlsx
Nov 2017 Operational Cash forecast.xlsx
Nov Operational Cash forecast -  draft 12-9-2016 2 pm.xlsx
Nov Operational Cash forecast.xlsx
Oct 2017 Operational Cash forecast.xlsx
Oct Operational Cash forecast.xlsx
Operational Cashflows FY 2015 vs 7 months 2016.xlsx
Sept 2017 Operational Cash forecast.xlsx
Sept Operational Cash forecast draft 10-7.xlsx
Sept Operational Cash forecast.xlsx
AC neilson $22.5 153016821-attachments-9340085733 (1).pdf
Lieberman Research GSK 472-12-2-7758.doc
153016821-attachments-4072119943 - 1059509.pdf
153016821-attachments-4072119943 - 1059509.pdf.crdownload
153016821-attachments-4072120004 - 1059706.pdf
153016821-attachments-4072120004 - 1059706.pdf.crdownload
153016821-attachments-4072120302 - 1057677.pdf
153016821-attachments-4072121947 - 1060776.pdf
153016821-attachments-4072121963 - 1061518.pdf
153016821-attachments-4072121967 - 1062134.pdf
153016821-attachments-4072122087 - 1064356.pdf

153016821-attachments-4072122303 - 1065069.pdf
153016821-attachments-4072122304 - 1064853.pdf
153016821-attachments-4072122380 - 1064753.pdf
153016821-attachments-4072122037 - 1059509.pdf
153016821-attachments-4072122304 - 1064853.pdf.crdownload
153016821-attachments-4072123149.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123870.pdf.crdownload
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf
August Operational Cash forecast and actuals 8-14-2015.xlsx
August Operational Cash forecast and actuals 8-24-2015.xlsx
August Operational Cash forecast and actuals 8-31-2015.xlsx
August Operational Cash forecast and actuals 9-14-2015.xlsx
August Operational Cash forecast and actuals 9-18-2015.xlsx
Cash forecast and actuals 7-26-2015.xlsx
Cash forecast and actuals 7-30-2015.xlsx
Cash forecast and actuals 8-5-2015.xlsx
Dec Operational Cash forecast  12-15-2015.xlsx
Dec Operational Cash forecast  12-17-2015.xlsx
Dec Operational Cash forecast  12-21-2015.xlsx
Dec Operational Cash forecast  12-31-2015 interim.xlsx
Details of 6.1m in Fixed assets through AP.xlsx
January Cash items.xlsx
July 2015 details by account.xlsx
July 2015 details by account.xlsx.crdownload
July Operational Cash forecast and actuals 8-13-2015.xlsx
Nov Operational Cash forecast and actuals 11-16-2015.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final 12-10 10 am.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 final.xlsx
Nov Operational Cash forecast and actuals 11-30-2015 prelim.xlsx
Oct  Operational Cash forecast and actuals 10-13-2015.xlsx
Oct  Operational Cash forecast and actuals 11-14-2015.xlsx
Oct  Operational Cash forecast and actuals 11-7-2015.xlsx
Sept Operational Cash forecast and actuals 10-13-2015.xlsx
2011 CM Income and EBITDA Stmts.xlsx
2014-2016 BS.xlsx
2014-2016 P&L.xlsx
ContextMedia 2014 Projection Model 36mo Version 10 111214.xlsx
ContextMedia 2014 Projection Model 36mo Version 11 112114.xlsx
ContextMedia 2014 Projection Model 36mo Version 12 112114.xlsx
ContextMedia 2014 Projection Model 36mo Version 13 112314.xlsx
ContextMedia 2014 Projection Model 36mo Version 14 121114.xlsx
ContextMedia 2014 Projection Model 36mo Version 18 042315.xlsx
ContextMedia 2014 Projection Model 36mo Version 6 061014 (1).xlsx
ContextMedia 2014 Projection Model 36mo Version 7 10282014.xlsx
ContextMedia 2014 Projection Model 36mo Version 8 103014.xlsx
ContextMedia 2014 Projection Model 36mo Version 9 111114.xlsx
ContextMedia Financial Statements 2012 Projections Income Statement.pdf
ContextMedia Financial Statements FOR CASH FLOW PROJECTIONS ONLY July 2012.xlsx
ContextMedia Financial Statements July 2012 Actual With Full Year Projections.xlsx
ContextMedia FixedAsset Projections.xls
ContextMedia Health LLC - Projection Model Working JB changes 5-18 8 am.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 5-29 11 am.xlsx

ContextMedia Health LLC - Projection Model Working JB changes 6-2 9 am.xlsx
ContextMedia Inc 2010  Financial Statements Budget v Projected (Actual Results Through July).xls
ContextMedia Inc 2010  Financial Statements Revised For Simponi.xls
ContextMedia Inc 2010 Budget Second  Draft 12242009.xls
ContextMedia Inc 2011 Financial Statement Projections.xls
ContextMedia Inc Financial Statements April 2010.xls
ContextMedia Inc Five Year Financial Projections 2011-2015.xls
Difference in 5-29 vs 6-2 model.xlsx
Private Bank Compliance for Context Media Health LLC - Final April 2015 Monthly.xlsx
Q2'14 to Q4'14 Hiring Forecast.xlsx
12.15.15 AP Check Run (4).xlsx
AP forecast for Dec.xlsx
Borrowing Base AR balance as of 12-17-2015 and proj to 12-31-15.xlsx
Due From Rishi.xlsx
Due from Shradha A.xlsx
Financial Statements - Shortcut.lnk
Nates cash collection Dec and Jan.xls
Outform.xlsx
ContextMedia - 2015 Projections - 6.28.15.xlsx
ContextMedia Health LLC - Projection Model Working BP Edit.xlsx
ContextMedia Health LLC - Projection Model Working JB changes 6-27.xlsx
Revenue_June 2015.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4- 12-8 changes.xlsx
ContextMedia Health LLC - Projection Model  Nov Actual and updated Q4.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-10-2015.xlsx
ContextMedia Health LLC - Projection Model  Oct Actual and updated Q4 - 11-17-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5.xlsm
Financials results for LG  credit limit 2-3-2017.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016 linked on 10.5 model BP edits 1-24.xlsx
ContextMedia Projection Model - 10.5.15 - BP 1.24.15.xlsm
ContextMedia_December 2015_Financial Statements.xlsx
Hardware Capex - 2016 v2.xlsx
ContextMedia Health LLC - Detailed Projection - 1-21-2016.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Compare 1-21 to 1-24.xlsx
ContextMedia Health LLC - Detailed Projection - 1-24-2016.xlsx
ContextMedia 5 Year Projection Model - Edit - 1.xlsx
ContextMedia Health LLC - Projection Model  Jan 2016 actuals and forecast.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
ContextMedia_January 2016_Financial Statements -  FY 2015 topsides included.xlsx
ContextMedia Health LLC - Detailed Projection - 11-3-2015.xlsx
ContextMedia Projection Model - 10.5.15.xlsm
Hardware Capex - 2016 v2.xlsx
Actuals Aug on 8-4-2015.xlsx
ContextMedia Health LLC - Projection Model - 10-20-2015.xlsx
ContextMedia Health LLC - Projection Model Sept actuals and Q4 forecast as of 9-25-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-15-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-26-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - 10-8-2015.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 10 am -  Final.xlsx
ContextMedia Health LLC - Projection Model Sept forecast and updated Q4 - change as of 9-24 9 am.xlsx
ContextMedia Health LLC - Projection Model Working 8-11-2015.xlsx
ContextMedia Health LLC - Projection Model Working 8-19-2015.xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015 (Brad's changes 2015-08-05).xlsx
ContextMedia Health LLC - Projection Model Working 8-3-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-18-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-22-2015.xlsx
ContextMedia Health LLC - Projection Model Working 9-24 updated forecast for Q4.xlsx
ContextMedia Health LLC - Projection Model Working 9-8-2015.xlsx
ContextMedia Projection Model - 10.8.15 - v5 - Old.xlsm
Employee Head Count_Department.xls
Headcount summary for 2015.xlsx
20171103 DP Diligence Request Response_Private.xlsx
ContextMedia Financial Statements December 2012.pdf
ContextMedia Financial Statements December 2013.pdf
ContextMedia Financial Statements December 2014.pdf
ContextMedia_June 2015_Financial Statements Summary.pdf

ContextMedia_June 2015_Financial Statements Summary.xlsx
August 2014 Summary.docx
ContextMedia_August 2014 (1) (1).pdf
Cash forecast and actuals 7-26-2015.xlsx
Cash forecast and actuals 7-27.xlsx
Weekly dashboard 7-24-2015.xlsx
Weekly template for management.xlsx
DOJ-0003832077 - Restitution & Loss.pdf
DOJ-PROD-SS-0000000001-DOJ-PROD-SS-0000000025.pdf
DOJ-PROD-SS-0000000026-DOJ-PROD-SS-0000000051.pdf
DOJ-PROD-SS-0000000052-DOJ-PROD-SS-0000000053.pdf
DOJ-PROD-SS-0000000054-DOJ-PROD-SS-0000000095.pdf
DOJ-PROD-SS-0000000096-DOJ-PROD-SS-0000000101.pdf
DOJ-PROD-SS-0000000102-DOJ-PROD-SS-0000000108.pdf
DOJ-PROD-SS-0000000109-DOJ-PROD-SS-0000000115.pdf
DOJ-PROD-SS-0000000116-DOJ-PROD-SS-0000000116.pdf
DOJ-PROD-SS-0000000117-DOJ-PROD-SS-0000000117.pdf
DOJ-PROD-SS-0000000118-DOJ-PROD-SS-0000000118.pdf
DOJ-PROD-SS-0000000119-DOJ-PROD-SS-0000000120.pdf
DOJ-PROD-SS-0000000121-DOJ-PROD-SS-0000000124.pdf
Exhibit A.xlsx
Exhibit B.pdf
Exhibit C.pdf
Exhibit D.xlsx
GX1081.pdf
GX1973.pdf
GX997.pdf
AccessReport - Check.xls
AccessReport - View Date.xls
AccessReport.xls
WorkspaceUsersExport.xls
1.1.2 CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
1.1.3 CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
1.1.4 Context Media - Reorganizaton Agreement (executed) (1).pdf
1.1.6 ContextMedia -- Subscription Agreement.pdf - Adobe Acrobat Pro.pdf
1.1.7 NY York Application.pdf
1.1.8 IL DBA Name.pdf
1.1.1.1 Articles of Incorporation.pdf
1.1.1.2 By-Laws.pdf
1.1.1.3 Articles of Merger.pdf
1.1.1.4 Articles of Amendment Oct 2009.pdf
1.1.1.5 Articles of Amendment Jan 2007.pdf
1.1.5.1 1. ContextMedia, Inc. - Written Consent of Directors.pdf
1.1.5.10 ContextMedia Health Holdings, LLC - IRS confirmation of FEIN V1 81-1911849.pdf
1.1.5.11 ContextMedia -- Amendment No. 1 to LLC Agreement of ContextMedia Health ....pdf
1.1.5.12 ContextMedia Health LLC - Second  A&R LLC.pdf
1.1.5.2 2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
1.1.5.3 3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
1.1.5.4 4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
1.1.5.5 5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
1.1.5.6 6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
1.1.5.7 7. Contribution Agreement.pdf
1.1.5.8 8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
1.1.5.9 ContextMedia Health Holdings, LLC - FILED Delaware Certificate of Formation V1.PDF
1.2.1 ContextMedia Health Holdings LLC Legal Chart (1).pdf
10.1 AccentHealth Metrics.xlsx
10.2 AccentHealth - FY 2015 Audited Financials.pdf
10.3 AccentHealth - FY 2014 Audited Financials.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
10.5 Project Almond Customer Satisfaction Interview Results - October 22 2016 - McKinsey.pdf
10.6 Membership Interest Purchase Agreement - Project Almond (Executed)_(4329....pdf
10.7 Disclosure Schedules - Project Almond (FINAL)_(44091348_15).pdf
Ratings Agency Model - 3 Statements.pdf
2.1.1.1 2014 and 2013 CMH Inc Audit Report.pdf
2.1.1.2 2014 management letter from Miller Cooper.pdf
2.1.1.3 ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
2.1.2.1 ContextMedia 2015 Audited Financials.pdf

2.1.2.2 Legal Rep letter to 2015 for D&T- Final.pdf
2.1.2.3 Representation letter 2015 to D&T - Final.pdf
2.1.2.4 2.10 D&T Results of Audit including controll related maters 3-17-2016.pdf
2.1.2.5 2.10 D&T Planning and Scope Letter to BOD 3-10-2016.pdf
2.1.3.1 CMH LLC Q4 2016 Operating Results MD&A.pdf
2.1.3.2 ContextMedia Health LLC - 2016 Audited Financials.pdf
2.2.1 ContextMedia Financial Statements - 9.30.16.xlsx
2.3.1 Maintenance Capex Aug 16 YTD.xlsx
2.4.1 AR 9-30.xlsx
2.5.1 Fixed Asset Schedule June 2016.xlsx
2.5.2 Assets in Field with location through 6.30.16.xlsx
3.1.1.1 2013 Revenue Detail.xlsx
3.1.1.2 2014 Revenue Detail.xlsx
3.1.1.3 2015 Revenue Detail.xlsx
3.1.1.4 Brand Renewal Detail_Revised.xlsx
3.1.1.5 Revenue by Category - FY14-FY16.xlsx
3.1.1.6 Revenue Waterfall_Aug 2016.xlsx
3.1.1.7.1.1 IMS_ContextMedia_Promo Return NRx_Anoro_Q1 FINAL.pdf
3.1.1.7.1.2 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015_Final.pdf
3.1.1.7.10.1 IMS_ContextMedia_Promo Return_Symbicort__Results.pdf
3.1.1.7.11.1 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015.pdf
3.1.1.7.11.2 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_May 2015.pdf
3.1.1.7.11.3 IMS_ContextMedia_Promo Return NRx_Pradaxa_January 2015_Results_November 2015.pdf
3.1.1.7.13.1 IMS_CMH_Amgen Prolia 2015 Q2 Early Read_vSEND Deck (4).pdf
3.1.1.7.14.1 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_July 2015.pdf
3.1.1.7.14.2 IMS_ContextMedia_Promo Return _Rayos_January 2015_Results_September 2015_Final.pdf
3.1.1.7.15.1 IMS _ContextMedia_Promo Return_Simponi July 2014_Results_Updated.pdf
3.1.1.7.16.1 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015_Final.pdf
3.1.1.7.17.1 Tecfidera ROI.pdf
3.1.1.7.18.1 IMS_ContextMedia_Promo Return_Tirosint_May 2015_Results_November 2015.pdf
3.1.1.7.19.1 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.20.1 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pdf
3.1.1.7.21.1 IMS_ContextMedia_Promo Return_Xeljanz January 2014_Results_Final.pdf
3.1.1.7.2.1 Merck Belsomra Unbranded IMS Results CMH (2).pdf
3.1.1.7.3.1 IMS_ContextMedia_Brintellix_Performance_v3.pdf
3.1.1.7.4.1 IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015 Final.pdf
3.1.1.7.5.1 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015_AD.pdf
3.1.1.7.6.1 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_June 2015_Final.pdf
3.1.1.7.6.2 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_October 2015_Final.pdf
3.1.1.7.6.3 IMS_ContextMedia_Promo Return NRx_Gilenya_January 2015_Results_September 2015_Final.pdf
3.1.1.7.7.1 IMS_ContextMedia_Promo Return NBRx_Invokana_2014 Final.pdf
3.1.1.7.7.2 IMS_ContextMedia_Promo Return NBRx_Invokana_2015 Results Final.pdf
3.1.1.7.8.1 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pdf
3.1.1.7.9.1 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pdf
3.1.1.7.9.2 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015_Final.pdf
3.1.2.1 HCP Cohort Churn.xlsx
3.1.2.2 US Physician Breakdown by Specialty.pdf
3.1.2.3 Specialty Counts Over Time.xlsx
3.1.2.4 Retention Rate Analysis.xlsx
3.1.2.5 CM Member Growth - Q3 2016.xlsx
3.2.1 Revenue Per Device By Category.xlsx
3.2.2 Hardware Cost Schedule vF.xlsx
3.2.3 Product Ad Utilization.xlsx
3.3.1 IHSMetricsCollateral.pdf
3.3.2 Wallboard Q3'16 Metrics.pdf
3.3.3 IMS Executive Summary 2016.pdf
3.3.4 CMH_CaseStudy_Dr.Baum_07.2016 (1).pdf
3.3.5 OH_Consulation_Messaging_Brochure.pdf
3.3.6 OH_Executive_Overview.pdf
3.3.7 OH_General_Brochure.pdf
3.4.1 CMH Headcount Rollforward - 2016-10-06 publish.xlsx
3.4.2 Headcount by department 9-30.xlsx
3.5.1 Outcome Health Overview Deck.pdf
4.1.12 Sanofi Terms  Conditions Digital OOH Media Final V.2014.pdf
4.1.13 IAB_4As-tsandcs-FINAL.pdf
4.1.3 151105_Anoro_Contract (4).pdf

4.1.4 151222 Gilead Harvoni Contract (3).pdf
4.1.5 160205_EliLilly_Trulicity_Contract_Executed (1).pdf
4.1.6 160310 Sanofi Praluent Incemental Contract Executed.pdf
4.1.7 Context Health 2016 IO Novolog.pdf
4.1.8 Context Health IO 2016 Victoza.pdf
4.1.9 Humira RA Spark CMH 2014 IO_AB 68223.pdf
4.1.1.1 Jardiance_April_2016 IO_Updated.pdf
4.1.1.10 Jardiance_September_2016 IO.pdf
4.1.1.2 Jardiance_August_2016 IO_Updated.pdf
4.1.1.3 Jardiance_December_2016 IO.pdf
4.1.1.4 Jardiance_July_2016 IO_Updated.pdf
4.1.1.5 Jardiance_June_2016 IO_Updated.pdf
4.1.1.6 Jardiance_March_2016 IO_Updated.pdf
4.1.1.7 Jardiance_May_2016 IO_Updated.pdf
4.1.1.8 Jardiance_November_2016 IO.pdf
4.1.1.9 Jardiance_October_2016 IO.pdf
4.1.10.1 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16 (2).pdf
4.1.10.10 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract (2).pdf
4.1.10.11 199 160610_AbbVie_Humira_RA_Digital Wallboard_With Research Language_Contract 5.31.16.pdf
4.1.10.12 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract.pdf
4.1.10.13 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract.pdf
4.1.10.14 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract.pdf
4.1.10.15 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract.pdf
4.1.10.16 232 160728_AbbVie_Creon_Contract_Signed.pdf
4.1.10.17 237 160706 2016 Viekira HCV POC_Executed IO - Context Media Health.pdf
4.1.10.18 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed.pdf
4.1.10.19 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract.pdf
4.1.10.2 199 160610_AbbVie_Humira_RA_Tablet_With Research Language_Contract (2).pdf
4.1.10.20 242 160610_AbbVie_Humira_PsO_WRTV_With Research Language_Contract.pdf
4.1.10.3 199 160610_AbbVie_Humira_RA_WRTV_With Research Language_Contract (2).pdf
4.1.10.4 200 160610_AbbVie_Humira_PsA_Tablet_With Research Language_Contract (2).pdf
4.1.10.5 200 160610_AbbVie_Humira_PsA_WRTV_With Research Language_Contract (2).pdf
4.1.10.6 232 160728_AbbVie_Creon_Contract_Signed (2).pdf
4.1.10.7 237 160706 2016 Viekira HCV POC_Executed IO - Context Media Health (2).pdf
4.1.10.8 242 151223_AbbVie_HumiraDerm_Video_Contract_Signed (2).pdf
4.1.10.9 242 160610_AbbVie_Humira_PsO_Tablet_With Research Language_Contract (2).pdf
4.1.11.1 187 Jardiance Context Media Aug 2015 (2).pdf
4.1.11.10 188 Jardiance_November_2016 IO.pdf
4.1.11.100 629 Stiolto_Nov2016_IO_updated.pdf
4.1.11.11 188 Jardiance_October_2016 IO.pdf
4.1.11.12 188 Jardiance_September_2016 IO.pdf
4.1.11.13 192 Tradjenta_August_2016 IO (2).pdf
4.1.11.14 192 Tradjenta_December_2016 IO (2).pdf
4.1.11.15 192 Tradjenta_July_2016 IO (2).pdf
4.1.11.16 192 Tradjenta_November_2016 IO (2).pdf
4.1.11.17 192 Tradjenta_October_2016 IO (2).pdf
4.1.11.18 192 Tradjenta_September_2016 IO (2).pdf
4.1.11.19 214 151123_Pradaxa_IO_April_2016 (1) (2).pdf
4.1.11.2 188  Jardiance_March_2016 IO_Updated.pdf
4.1.11.20 214 151123_Pradaxa_IO_Feb_2016 (1) (2).pdf
4.1.11.21 214 151123_Pradaxa_IO_June_2016 (1) (2).pdf
4.1.11.22 214 151123_Pradaxa_IO_March_2016 (1) (2).pdf
4.1.11.23 214 151123_Pradaxa_IO_May_2016 (1) (2).pdf
4.1.11.24 310 BOE-STI-8 Apr16 (2).pdf
4.1.11.25 310 BOE-STI-8 Feb16 (2).pdf
4.1.11.26 310 BOE-STI-8 Jan16 (2).pdf
4.1.11.27 310 BOE-STI-8 Jun16 (2).pdf
4.1.11.28 310 BOE-STI-8 Mar16 (2).pdf
4.1.11.29 310 BOE-STI-8 May16 (2).pdf
4.1.11.3 188 Jardiance_April_2016 IO_Updated.pdf
4.1.11.30 310 Stiolto_CMH_August_2016 (2).pdf
4.1.11.31 310 Stiolto_CMH_Dec_2016 (2).pdf
4.1.11.32 310 Stiolto_CMH_July_2016 (2).pdf
4.1.11.33 310 Stiolto_CMH_Nov_2016 (2).pdf
4.1.11.34 310 Stiolto_CMH_Oct_2016 (2).pdf
4.1.11.35 310 Stiolto_CMH_Sept_2016 (2).pdf
4.1.11.36 490 BOE Spiriva_IO O-15BOE0031_February 2015 (2).pdf

4.1.11.37 490 BOE Spiriva_IO O-15BOE0032_March 2015 (2).pdf
4.1.11.38 490 BOE Spiriva_IO O-15BOE0033_April 2015 (2).pdf
4.1.11.39 490 BOE Spiriva_IO O-15BOE0034_May 2015 (2).pdf
4.1.11.4 188 Jardiance_August_2016 IO_Updated.pdf
4.1.11.40 490 BOE Spiriva_IO O-15BOE0035_June 2015 (2).pdf
4.1.11.41 490 BOE Spiriva_IO O-15BOE0036_July 2015 (2).pdf
4.1.11.42 490 BOE Spiriva_IO O-15BOE0037_August 2015 (2).pdf
4.1.11.43 490 BOE Spiriva_IO O-15BOE0038_September 2015 (2).pdf
4.1.11.44 490 BOE Spiriva_IO O-15BOE0039_October 2015 (2).pdf
4.1.11.45 490 BOE Spiriva_IO O-15BOE0040_November 2015 (2).pdf
4.1.11.46 490 BOE Spiriva_IO O-15BOE0041_December 2015 (2).pdf
4.1.11.47 490 Spiriva- CMH- January 2015 (2).pdf
4.1.11.48 540 Pradaxa_CMH_Oct_2016 (2).pdf
4.1.11.49 540 Pradaxa_CMH_Sept_2016 (2).pdf
4.1.11.5 188 Jardiance_December_2016 IO.pdf
4.1.11.50 593 Stiolto_Dec2016_IO_rev (2).pdf
4.1.11.51 593 Stiolto_Nov2016_IO_rev (2).pdf
4.1.11.52 593 Stiolto_Oct2016_IO_rev (2).pdf
4.1.11.53 628 FULLY EXECUTED_O-16BOE0173-REV001_revisedp (2).pdf
4.1.11.54 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp (2).pdf
4.1.11.55 629 Stiolto_Dec2016_IO_updated (2).pdf
4.1.11.56 629 Stiolto_Nov2016_IO_updated (2).pdf
4.1.11.57 192 Tradjenta_August_2016 IO.pdf
4.1.11.58 192 Tradjenta_December_2016 IO.pdf
4.1.11.59 192 Tradjenta_July_2016 IO.pdf
4.1.11.6 188 Jardiance_July_2016 IO_Updated.pdf
4.1.11.60 192 Tradjenta_November_2016 IO.pdf
4.1.11.61 192 Tradjenta_October_2016 IO.pdf
4.1.11.62 192 Tradjenta_September_2016 IO.pdf
4.1.11.63 214 151123_Pradaxa_IO_April_2016 (1).pdf
4.1.11.64 214 151123_Pradaxa_IO_Feb_2016 (1).pdf
4.1.11.65 214 151123_Pradaxa_IO_June_2016 (1).pdf
4.1.11.66 214 151123_Pradaxa_IO_March_2016 (1).pdf
4.1.11.67 214 151123_Pradaxa_IO_May_2016 (1).pdf
4.1.11.68 310 BOE-STI-8 Apr16.pdf
4.1.11.69 310 BOE-STI-8 Feb16.pdf
4.1.11.7 188 Jardiance_June_2016 IO_Updated.pdf
4.1.11.70 310 BOE-STI-8 Jan16.pdf
4.1.11.71 310 BOE-STI-8 Jun16.pdf
4.1.11.72 310 BOE-STI-8 Mar16.pdf
4.1.11.73 310 BOE-STI-8 May16.pdf
4.1.11.74 310 Stiolto_CMH_August_2016.pdf
4.1.11.75 310 Stiolto_CMH_Dec_2016.pdf
4.1.11.76 310 Stiolto_CMH_July_2016.pdf
4.1.11.77 310 Stiolto_CMH_Nov_2016.pdf
4.1.11.78 310 Stiolto_CMH_Oct_2016.pdf
4.1.11.79 310 Stiolto_CMH_Sept_2016.pdf
4.1.11.8 188 Jardiance_March_2016 IO_Updated.pdf
4.1.11.80 490 BOE Spiriva_IO O-15BOE0031_February 2015.pdf
4.1.11.81 490 BOE Spiriva_IO O-15BOE0032_March 2015.pdf
4.1.11.82 490 BOE Spiriva_IO O-15BOE0033_April 2015.pdf
4.1.11.83 490 BOE Spiriva_IO O-15BOE0034_May 2015.pdf
4.1.11.84 490 BOE Spiriva_IO O-15BOE0035_June 2015.pdf
4.1.11.85 490 BOE Spiriva_IO O-15BOE0036_July 2015.pdf
4.1.11.86 490 BOE Spiriva_IO O-15BOE0037_August 2015.pdf
4.1.11.87 490 BOE Spiriva_IO O-15BOE0038_September 2015.pdf
4.1.11.88 490 BOE Spiriva_IO O-15BOE0039_October 2015.pdf
4.1.11.89 490 BOE Spiriva_IO O-15BOE0040_November 2015.pdf
4.1.11.9 188 Jardiance_May_2016 IO_Updated.pdf
4.1.11.90 490 BOE Spiriva_IO O-15BOE0041_December 2015.pdf
4.1.11.91 490 Spiriva- CMH- January 2015.pdf
4.1.11.92 540 Pradaxa_CMH_Oct_2016.pdf
4.1.11.93 540 Pradaxa_CMH_Sept_2016.pdf
4.1.11.94 593 Stiolto_Dec2016_IO_rev.pdf
4.1.11.95 593 Stiolto_Nov2016_IO_rev.pdf
4.1.11.96 593 Stiolto_Oct2016_IO_rev.pdf
4.1.11.97 628 FULLY EXECUTED_O-16BOE0173-REV001_revisedp.pdf

4.1.11.98 628 FULLY EXECUTED_O-16BOE0174-REV001_revisedp.pdf
4.1.11.99 629 Stiolto_Dec2016_IO_updated.pdf
4.1.2.1 160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
4.1.2.2 160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
4.1.2.3 675 Context Media Health- Biogen Tecfidera ERT CC_signed JM 170106_SIGNED.pdf
4.1.2.4 676 Context Media Health- Biogen Tecfidera CC_signed JM 170106_SIGNED.pdf
4.2.1 CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
4.2.2 Group MA 2017.pdf
4.2.3 Form System Agreement 2017.pdf
4.3.4 Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
4.3.1.1 ContextMedia BSBA Fully Executed (5).pdf
4.3.1.2 Amendment to BSBA (2).pdf
4.3.2.1 dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx
4.3.2.2 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (2).pdf
4.3.2.3 dailyRx_ContextMedia Content License agreement FINAL_5.13.15 (3).pdf
4.3.3.1 Context Media Proposal - 07 23 2015 Final.pdf
4.3.3.2 DOC071315-07132015.pdf
4.3.3.3 Swank_Context_DealMemo.pdf
4.3.3.4 Swank HealthCare Agreement Executed.pdf
4.4.1.1 Pounce Wallboard SOW.pdf
4.4.1.2 Pounce Media Player SOW.pdf
4.4.1.3 Pounce Master Supplier Agreement.pdf
4.4.2.1 MSA ContextMedia 2013-03-18.pdf
4.4.2.10 ContextMedia_Yitoa_32inch Wallboard_Statement of Work_20160317_CMH signed.pdf
4.4.2.11 Wallboard_Appendix A_Cost Structure_v9 added 64gb eMMC Flash & 4gb RAM_signed.pdf
4.4.2.12 ASSENT TO TERMS AND CONDITIONS AGREEMENT (1).pdf
4.4.2.13 MASTER SUPPLIER AGREEMENT_MSA_ContextMedia_Yitoa_20160317_CMH signed.pdf
4.4.2.2 Master Supplier Agreement Form.pdf
4.4.2.3 ContextMedia-Yitoa 13inch Tablet Statement of Work.pdf
4.4.2.4 ContextMedia- Yitoa 32inch Wallboard Statement of Work.pdf
4.4.2.5 Yitoa ASSENT TO TERMS AND CONDITIONS AGREEMENT.pdf
4.4.2.6 32inch SOW.pdf
4.4.2.7 13.3inch.pdf
4.4.2.8 ContextMedia Media Player SOW yitoa signed.pdf
4.4.2.9 ContextMedia_Yitoa_13inch Tablet Statement of Work_20160317_CMH signed.pdf
4.5.1 Credit Agreement Executed (1).PDF
4.6.1 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
4.6.10 6.1.2 Agreement of Lease NYC.pdf
4.6.11 7.6.19 ESRT Lincoln NY Lease Amendment #1 02-21-12.pdf
4.6.12 #2236951v17_CHI1_ - ContextMedia Lease-c.docx
4.6.2 Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1) (1).pdf
4.6.3 P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
4.6.4 P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
4.6.5 Yodle Web.com Context Media Consent to Sublease Agreement.PDF
4.6.6 One Madison executed Renewal lease APP with signatures.pdf
4.6.7 ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor -  Fully Executed.pdf
4.6.8 6.1.4 Final Tampa Office Lease-Liberty 2013.pdf
4.6.9 6.1.1 Agreement of Lease First Amendment NYC.pdf
4.7.1 Gravitas Hardware - Intercompany Agreement (2).pdf
4.7.2 Gravitas Management - Intercompany Agreement (2).pdf
4.7.3 Gravitas Hardware - Intercompany Agreement.pdf
4.7.4 Gravitas Management - Intercompany Agreement.pdf
4.7.5 Paul Freedman Consulting Agreement 10 1 2014 (1).pdf
4.7.6 Services Agreement (ContextMedia).pdf
4.8.1 2016 Revenue - Top 10 Brands.xlsx
4.8.10 Humira 199 a.pdf
4.8.11 Humira 199 b.pdf
4.8.12 Humira 199 c.pdf
4.8.13 Humira 200 a.pdf
4.8.14 Humira 200 b.pdf
4.8.15 Humira 242 a.pdf
4.8.16 Humira 242 b.pdf
4.8.17 Humira 601.pdf
4.8.18 Jardiance 187 a.pdf
4.8.19 Jardiance 187 b.pdf
4.8.2 Breo Asthma 273.pdf
4.8.20 Jardiance 188 a.pdf

4.8.21 Jardiance 188 b.pdf
4.8.22 Jardiance 188 c.pdf
4.8.23 Jardiance 188 d.pdf
4.8.24 Jardiance 188 e.pdf
4.8.25 Jardiance 188 f.pdf
4.8.26 Jardiance 188 g.pdf
4.8.27 Jardiance 188 h.pdf
4.8.28 Jardiance 188 i.pdf
4.8.29 Jardiance 188 j.pdf
4.8.3 Breo Asthma 344.pdf
4.8.30 Movantik 124.pdf
4.8.31 Movantik 295.pdf
4.8.32 Movantik 296.pdf
4.8.33 Movantik 297.pdf
4.8.34 Movantik 599.pdf
4.8.35 Movantik 600.pdf
4.8.36 Praluent 218.pdf
4.8.37 Reapatha 217.pdf
4.8.38 Reaptha 532, 533.pdf
4.8.39 Repatha 216.pdf
4.8.4 Dula (Trulicity) 181, 517.pdf
4.8.40 Tecfidera 225 a.pdf
4.8.41 Tecfidera 225 b.pdf
4.8.5 Entresto 283.pdf
4.8.6 Entresto 284.pdf
4.8.7 Harvoni 236.pdf
4.8.8 Harvoni 510.pdf
4.8.9 Harvoni 567.pdf
5.1 CM Holdings LLC W-9.pdf
5.2 CM Inc W-9.pdf
5.3 W-9 ContextMedia LLC.pdf
6.1 NonCompete NonSolicit (w arb).docx
6.10 Yieldbot - CMH answer.pdf
6.11 Yieldbot Inc._s Answer to ContextMedia Health, LLC_s Counterclaim.PDF
6.2 Litigation Summary for GS.docx
6.3 Settlement Agreement (6).pdf
6.4 Settlement Agreement-5.pdf
6.5 viani-settlementagreement.final.executed.pdf
6.6 CMH Signature Page (1).pdf.pdf
6.7 Summons and Complaint - Yieldbot v. Pierce et al. (Index No. 650518-2017).pdf
6.8 Yieldbot Ltr to Kristen Carlisle from Gerard D. O_Shea.PDF
6.9 Yieldbot  - Response Letter 3295_001.pdf
7.1 Axis -  D&O, E&O, Fiduciary and Crime 12-4-2015.pdf
7.10 ContextMedia P+ Binder 2017 D&O.pdf
7.11 ContextMedia Healt LLC-AXIS Insurance 2017 Policy.pdf
7.12 ContextMedia Package Policy 83UUNZH7490 16-17.pdf
7.13 ContextMedia Umbrella Policy 16-17.pdf
7.14 ContextMedia WC Policy 16-17.pdf
7.15 ContextMediaForeign Package Policy 16-17 (1).pdf
7.16 ContextMedia Healt LLC-Endt #8, #9 and #10.pdf
7.2 BV Settlement Attachments.pdf
7.3 ContextMedia Health Settlement Memo for BV.docx
7.4 ContextMedia.pdf
7.5 ContextMedia Package Policy 83UUNZH7490 16-17 (2).pdf
7.6 ContextMedia Umbrella Policy 16-17 (2).pdf
7.7 ContextMedia WC Policy 16-17 (2).pdf
7.8 ContextMediaForeign Package Policy 16-17 (1) (2).pdf
7.9 ContextMedia Health, LLC-AXIS Insurance 2015 Policy.pdf
8.1 ContextMedia Company Values.pdf
8.10 ContextMedia - 2016 Long Term Incentive Plan - Executed (2).pdf
8.11 ContextMedia - Restricted Incentive Award Agreement - Form Award (2).doc
8.12 RIA Detail as of 12310216 (1).xlsx
8.2 Employee Handbook and Personnel Policy Manual - (July 2016 Working Version).pdf
8.3 Org chart.pdf
8.4 Org chart 2.pdf
8.5 ContextMedia Offer Letter - Madan-signed.pdf
8.7 ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf

8.8 ContextMedia - Restricted Incentive Award Agreement - Form Award.doc
8.9 Outcome Health Employment Letter - Shradha Agarwal (1).pdf
8.6.1 Rishi Note $55k 12-31-2016.pdf
8.6.2 Rishi Note $37k 12312014.pdf
8.6.3 Rishi Note $37k 12-31-2016.pdf
8.6.4 Shradha Note $41k 12312014.pdf
8.6.5 Shradha Note $41k through 12-31-2016.pdf
8.6.6 Affiliate Loan Note - ContextMedia and Jumpstart.pdf
8.6.7 Assignment and Assumption of Promissory Note.pdf
9.1 10.1 Active_49994466_1_SecurityRulePoliciesandProcedures-ContextMediaBPEdits.docx.docx
9.2 10.1 Security Control Assessment for Members.xlsx
9.3 Internal systems summary.docx
9.4 mdm-new-erd.png
9.5 As-Filed Documents.pdf
9.6 GS IP Summary.docx
ContextMedia_Outcome Structure Chart as of March 24 2017_(45933970_3).pptx
LLC Agreement Pre-Deal.pdf
Outcome Inc Cap Table 09302017.xlsx
Certificate of Formation - Gravitas Holdings, LLC (FILED) 31 Jan 2017_(45440790_2).PDF
Certificate of Formation - Outcome Health Investors, LLC (FILED) 29 Mar 2017_(46269393_3).PDF
Certificate of Formation - Outcome Holdings, LLC (FILED) 31 Jan 2017_(45440783_2).PDF
Certificate of Formation - Outcome, LLC (FILED) 17 Feb 2017_(45440755_2).PDF
Certificate of Incorporation - Outcome, Inc. (FILED) 26 Jan 2017_(45398112_2).PDF
Closing Certificate - Outcome Holdings LLC [Executed]_(45793662_4).PDF
Company Secretary Certificate - Outcome Holdings, LLC (Final)_(45789541_3).PDF
Context - Revised Structure Chart (003).pdf
ContextMedia Health Holdings LLC - IRS confirmation of FEIN V1 81-1911849_(45676750_1).PDF
ContextMedia Health Holdings, LLC - Limited Liability Company Agreement_(45799444_1).PDF
ContextMedia Health, LLC - Third Amended and Restated LLC Agreement_(45802464_1).PDF
Form 8822B - Gravitas Holdings, LLC (Executed)_(45729916_2).PDF
Form 8822B - Outcome Holdings, LLC (Executed)_(45729927_2).PDF
Form 8822B - Outcome, LLC (Executed)_(45729921_2).PDF
IRS Notice - 8822Bs - CM entities (Executed)_(45730703_2).PDF
LLC Agreement - Outcome, LLC (Executed)_(45666770_5).PDF
LLC Agreement (member managed) - Gravitas Holdings, LLC (Executed 2_27)_(45698162_5).PDF
Outcome Inc. - W-9 (4_25_17)_(46678607_1).PDF
Outcome Inc.-DE-Amendment_(45903769_1).PDF
Outcome, Inc. - Stock Certificates (GPOP) (3_1)_(45950557_1).PDF
Project C _ A&R Bylaws of Outcome, Inc. [Final]_(45443204_11).PDF
Project C _ Contribution Agreement to FutureCo [Executed]_(45728725_3).PDF
Project C _ Contribution and Redemption Agreement [3_1]_(45529669_14).PDF
Project C _ Disclosure Schedules - (Final Form)_(45442761_14).PDF
Project C _ Lease Side Letter Agreement (Executed)_(45802191_2).PDF
Project C _ Master Transaction and Equity Purchase Agreement [EXECUTION]_(45382734_25) (2).PDF
Project C _ Outcome Holdings LLC - Notice of Director Appointment [Executed 3_17]_(45976199_3).PDF
Project C _ Outcome, Inc - Notice of Director Appointment [Executed 3_17]_(45976538_3).PDF
Project C _ Side Letter to Stockholder Agreement (Executed)_(45815899_4).PDF
Project C _ Stockholder Agreement - Exhibit C - Exempted Transactions (2-27-17)_(45910652_4).PDF
Project C 2.0 _ A&R Registration Rights Agreement [Exectued]_(45669223_16).PDF
Project C 2.0 _ Amendment No. 1 to Purchase Agreement [Executed]_(46105906_4).PDF
Project C 2.0 _ Amendment No. 1 to Redemption Agreement [Executed]_(45968047_3).PDF
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Corporate Opportunities Side Letter - Google [Executed]_(46048656_3).PDF
Project C 2.0 _ Executed Stockholder Counterparts_(46551533_1).PDF
Project C 2.0 _ Joinder to Purchase Agreement - BAM_(46139796_3).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Google_(46113350_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I_(46113354_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Juna I-A_(46113353_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - Marshfield_(46113345_4).PDF
Project C 2.0 _ Joinder to Purchase Agreement - NVP_(46113346_2).PDF
Project C 2.0 _ Joinder to Purchase Agreement - PGVC_(46113347_2).PDF
Project C 2.0 _ Lock-Up Agreement (Agarwal) [Executed]_(46117609_1).PDF
Project C 2.0 _ Lock-Up Agreement (Shah) [Executed]_(46117622_1).PDF
Project C 2.0 _ Marshfield Side Letter [Executed]_(46020357_4).PDF
Project C 2.0 _ NonCompete NonSolicit (Agarwal) [Executed]_(45881138_8).PDF
Project C 2.0 _ NonCompete NonSolicit (Shah) [Executed]_(45790521_11).PDF
Project C 2.0 _ Outcome Holdings A&R LLC Agreement [Agreed form]_(45159779_32).PDF

Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
Project C 2.0 _ Side Letter - Juna [Executed]_(46110051_4).PDF
Project C 2.0 _ Side Letter BAM [Executed]_(46146147_3).PDF
Project C 2.0 _ Side Letter Google [Executed]_(46114440_1).PDF
Project C 2.0 _ Side Letter NVP [Executed]_(46045750_19).PDF
Project C 2.0 _ Stockholders Agreement [Final]_(45484724_44).PDF
Project C 3.0 _ Joinder to Purchase Agreement AVP_ (EXECUTED)_(46747284_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Emerson_ (EXECUTED)_(46747285_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Coinvestment Fund III Holdings-2 LP (EXECUTED)_(4674728(
Project C 3.0 _ Joinder to Purchase Agreement HL_ Hamilton Lane Private Equity Fund IX Holdings LP (EXECUTED)_(46747287_
Project C 3.0 _ Joinder to Purchase Agreement LTP_(46725199_11) (2) (EXECUTED)_(46747288_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VI, L.P. (EXECUTED)_(46747289_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Buyout Core Fund VII, L.P. (EXECUTED)_(46747290_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VI, L.P. (EXECUTED)_(46747291_1).PI
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Core Fund VII, L.P. (EXECUTED)_(46747280_1).P
Project C 3.0 _ Joinder to Purchase Agreement Northern Trust_ Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED
Project C 3.0 _ Joinder to Purchase Agreement Prudence_ (EXECUTED)_(46747282_1).PDF
Project C 3.0 _ Joinder to Purchase Agreement Ulysses_ (EXECUTED)_(46747283_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - AVP_(46939108_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Emerson_(46939111_2).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund III_(46939105_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - HL Fund IX_(46939106_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - LTP_(46939110_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Prudence_(46939107_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement - Ulysses_(46939109_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VI, L.P. (EXECUTED)_(46934413_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Buyout Core Fund VII, L.P. (EXECUTED)_(46934362_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Core Fund VI, L.P. (EXECUTED)_(46934389_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity core Fund VII, L.P. (EXECUTED)_(46934457_1).PDF
Project C 3.0 _ Joinder to Registration Rights Agreement_Private Equity Strategic Opportunities Fund III, L.P. (EXECUTED)_(469
Project C 3.0 _ Side Letter Emerson [Executed]_(CLOSING SET).pdf
Project C 3.0 _ Side Letter Hamilton Lane [Executed]_(46901201_1).PDF
Project C 3.0 _ Side Letter Leerink [Executed]_(46718207_4).PDF
Project C 3.0 _ Side Letter Northern Trust [Executed]_(46721829_3).PDF
Project C 3.0 _ Side Letter Ulysses - R&W Bringdown [Executed]_(46901202_1).PDF
Project C 3.0 _ Side Letter Ulysses [Executed]_(46726940_7).PDF
Project C 4.0 - Joinder to Registration Rights - Avatar Capital Outcome Health_(47837078_2).PDF
Project C 4.0 - Joinder to Registration Rights - AVP_(47837073_2).PDF
Project C 4.0 - Joinder to Registration Rights - LTP_(47837082_2).PDF
Project C 4.0 - Joinder to Registration Rights - Outcome Health Investors_(47837075_2).PDF
Project C 4.0 _ Class A Investor Rights Agreement [Executed]_(47382197_8).PDF
Project C 4.0 _ Disclosure Schedules - (Execution Version)_(47710087_3).PDF
Project C 4.0 _ Outcome Health Investors LLC - Service Provider Agreement with iCapital [Executed]_(47700349_5).PDF
Project C 4.0 _ Placement Agent Agreement [Executed]_(47049053_8).PDF
Project C 4.0 _ Purchase Agreement [Executed]_(47298244_11).PDF
Resolutions - Outcome, Inc. - BOD re Organizational Matters (Executed)_(45668867_2).PDF
Resolutions - ContexMedia Health Holdings, LLC - BOM re Amendment No. 1 to Contribution and Redemption Agreement_(45
Resolutions - ContexMedia Health Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780235_2).PI
Resolutions - ContextMedia Health Holdings, LLC - BOM re Contribution Agreement (Executed)_(45729891_2).PDF
Resolutions - Outcome Holdings, LLC - BOM re Amendment No. 1 to Contribution and Purchase Agmnt_(45975680_3).PDF
Resolutions - Outcome Holdings, LLC - BOM re Purchase Agreement and Transaction Agreements_(45780132_2).PDF
Resolutions - Outcome LLC - Member re Contribution Agreement (Executed)_(45692767_2).PDF
Resolutions - Outcome, Inc. - BOD re A&R Reg Rights, Contribution, Stockholder Agmt, Charter, Purchase Agmnt_(45974424_4
Resolutions - Outcome, Inc. - Purchase Agreement and Transaction Agreements_(45780434_2).PDF
Resolutions - Outcome, Inc. - Stockholders re directors_(45890670_3).PDF
Resolutions - Outcome, Inc. - Stockholders re Reg. Rights, Stockholder Agmt, Charter_(46113094_2).PDF
GSOHDOJ00000144 (unredacted).pdf
1 SUMMONS AND VERIFIED COMPLAINT.PDF
2015 ROI Reports - GS Lawsuit Review.docx
2015 ROI Studies (ROI per JPM).docx
56- SUMMONS AND AMENDED COMPLAINT.PDF
74- AMENDED SUMMONS AND COMPLAINT.PDF
75- AMENDED COMPLAINT REDLINE VERSION.PDF
BL-1 Verified Complaint.pdf
SEC_DEF_EPROD-000002814.pdf
SEC_DEF_EPROD-000002831.pdf
SEC_DEF_EPROD-000002836.pdf

SEC_DEF_EPROD-000002880.pdf
SEC_DEF_EPROD-000002888.pdf
SEC_DEF_EPROD-000002895.pdf
SEC_DEF_EPROD-000007568.pdf
SEC_DEF_EPROD-000007738.pdf
#89159381v1 - (UCC-1 Drafts).PDF
#89233012v1 - (File Stamped UCC3s).PDF
#89233019v1 - (File Stamped UCC1s).PDF
AccentHealth - Almond - Closing Statement (Final - A&B 12-22-16) - (with....xlsx
ContextMedia_Funds Flow_vF with reference info.xlsx
ContextMedia_Funds Flow_vF.xlsx
Debt Assignment 1-25-2017 Column Park to JPM.pdf
Term Loan B Amortization Schedule.xlsx
Wire Instructions JD.docx
Copyright Security Agreement.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
Patent Security Agreement.PDF
Trademark Security Agreement.PDF
AH Holding LLC $1M -  Payment_Details_12_23_2016_11_28.pdf
AH LLC $1.333M Payment_Details_12_23_2016_11_26.pdf
Alston Bird 1.2M - Payment_Details_12_23_2016_11_26.pdf
Antares Capital LP -  Loan Admin $44.234M Payment_Details_12_23_2016_11_32.pdf
ContextMedia - Closing Fee Invoice - DRAFT.PDF
Davis Polk $785k -  Payment_Details_12_23_2016_11_31.pdf
Hunton Williams $8.5k Payment_Details_12_23_2016_11_30.pdf
Moelis $4.930 M Payment_Details_12_23_2016_11_30.pdf
Ridgemont $100.6k - Payment_Details_12_23_2016_11_28.pdf
Rishi Sub debt $4m - Payment_Details_12_23_2016_11_27.pdf
TAC Partners $119.6k Payment_Details_12_23_2016_11_29.pdf
US Bank $154.8 M Payment_Details_12_23_2016_11_33.pdf
US Bank $1m - Payment_Details_12_23_2016_11_33.pdf
US Bank $2.69M Payment_Details_12_23_2016_11_29.pdf
Wells Fargo $36k Payment_Details_12_23_2016_11_25.pdf
ContextMedia Health Holdings, LLC - Written Consent of Managers and Clas....pdf
ContextMedia Health, LLC - Written Consent of Sole Member approving Dist....pdf
ContextMedia_ 2016 Amended and Restated Fee Letter (Executed) (2).pdf
ContextMedia_ 2016 Collateral Assignment of Business Interruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Fee Letter (Citizens) (Executed).pdf
ContextMedia_ 2016 Revolving Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Revolving Loan Note (PrivateBank) (Executed).PDF
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia_ 2016 Side Letter re Deposit Accounts (Executed) (2).pdf
ContextMedia_ 2016 Term Loan Note (Citizens) (Executed) (2).PDF
ContextMedia_ 2016 Term Loan Note (PrivateBank) (Executed).PDF
ContextMedia_Funds Flow Wire Summary.pdf
contextmediaexecuteddocuments.zip
Debt Attachment  (Autosaved).xlsx
Debt Attachment  TLB.xlsx
Debt Attachment .xlsx
Debt Attachment Final.xlsx
EXHIBIT D.docx
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
contextmediafinallenderpresentation.zip
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter (1).DOC
CHICAGO-#2830300-v3-private-contextmedia-payoff_letter.DOC
Citizens legal bill Invoice April 2016.pdf
ContextMedia -42427-102311-102344-TERM A-letter.pdf
ContextMedia -42433-RLOC -letter.pdf
ContextMedia -43206-105368105375-TERM B-letter.pdf
ContextMedia -44836-110067-110076-TERM C-letter.pdf
ContextMedia -48691-122497-TERM D-letter.pdf

ContextMedia JPM Closing Wire Instructions.pdf
ContextMedia_Funds Flow_Draft.pdf
ContextMedia_Funds Flow_Final.pdf
ContextMediaConsolidatedBalanceSheetbyPeriod686.xls
Distribution instructions and amounts for RS and SA.docx
Funds flow for JPM Deal  -  Final.xlsx
Funds flow for JPM Deal - BP Edit.xlsx
Funds flow for JPM Deal v462016 2 pm.xlsx
Funds flow for JPM Deal v472016 1pm.xlsx
Funds flow for JPM Deal v482016 1 pm.xlsx
Funds flow for JPM Deal v482016 8am.xlsx
Officer's_Certificate_(ContextMedia_Health, LLC).pdf
Payoff Aggregates.xlsx
Private Bank Payoff Release Arrrangement 4-8-2016 executed CMH.pdf
private-contextmedia-payoff letter V3.DOC
Side letter 4-7-2016.pdf
Sidley Austin Legal bill for JPM CMH.pdf
Sidley wires for JPM deal fees.zip
Summary of all the wires from 4-8-2016 for JPM loans.pdf
Wire Advice for Sidley legal fees.txt
Wire advice from PB for incoming JPM.txt
1. ContextMedia, Inc. - Written Consent of Directors.pdf
2. ContextMedia Health, LLC - Written Consent of the Managers and Members.pdf
3. ContextMedia Health, LLC - Written Consent of Sole Member.pdf
4. ContextMedia Health, LLC - Third Amended and Restated LLC Agreement.pdf
5. ContextMedia Health Holdings, LLC - Written Consent of the Members.pdf
6. ContextMedia Health Holdings, LLC - Limited Liability Company Agreement.pdf
7. Contribution Agreement.pdf
8. ContextMedia Health Holdings, LLC - Written Consent of Managers.pdf
ContextMedia - Reorg Documents.zip
14 Superseding Indictment.pdf
2nd Supp Govt Version - Shah.pdf
2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Govt Version Shah.v.2.pdf
RE 2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Shah_Ri_psr.recD.pdf
Supp Govt Version Shah.v.2.pdf
Supplement Exhibits.zip
1L investor proposal.pdf
20171017 Outcome Health_Revised Harvest Plan_v3F.pptx
GSOHDOJ00000144 (unredacted).pdf
OH 2019 Forecast 20190115s.pdf
Outcome - Restructuring Term Sheet-4841-0412-4553-v14.docx
Project C 2.0 _ Backup Contribution Letter between TopCo and Holdings [Executed]_(45791930_14).PDF
Project C 2.0 _ Outcome, Inc Second A&R Charter [EXECUTED]_(45160010_25).PDF
NPA.Executed.Final.pdf
2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Govt Version Shah.v.2.pdf
RE 2nd Supplement to Govt Version - US v. Shah 19-CR-864.msg
Shah_Ri_psr.recD.pdf
Supp Govt Version Shah.v.2.pdf
10.4 Project Almond - DRAFT QoE Report September 22 2016 (2).pdf
20171017 Outcome Health_Revised Harvest Plan_v3F.pptx
Draft Project Wildcat Report 2-26-15.pdf
Project Wildcat Report 11-2-2015 draft.pdf
2016 Live Programs.xlsx
Dropbox (Outcome Health) - Shortcut (2).lnk
Dropbox (Outcome Health) - Shortcut.lnk
FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
Harvoni.xls
Revenue Data - By Period.xlsx
2013 - 2016 Revenue Summary AH and OH.xlsx
Q3 2013 - Q1 2014 Acct 8140 Detail_Travel.xls
Sponsorship Q1 Updates - Analysis.xlsx
Timing of Orders.xlsx
YTD Booking by Month.xlsx
Legal Entity - Outcome Health, Q1 Revenue.xlsx

Brands with 2017 Contracted Revenue 2017.04.26.xlsx
Contracts.zip
205 Contract.pdf
234 Contract.pdf
554 Contract.pdf
599 Contract.pdf
600 Contract.pdf
613 Contract.pdf
617 Contract.pdf
621 Contract.pdf
650 Contract.pdf
655 Contract.pdf
657 Contract.pdf
700 Contract.pdf
723 Contract.pdf
725 Contract.pdf
726 Contract.pdf
727 Contract.pdf
729 Contract.pdf
743 Contract.pdf
755 Contract.pdf
764 Contract.pdf
BPA Audit Process_v6.docx
12.31.2017 ICOM0000257 Invoice Detail.xlsx
677 - Bayer - OneADay 09-2017.pdf
747 & 961 - Bayer - Claritin Peds 09-2017.pdf
Embrel Derm_PO_Â 7100215189_Signed 9_17_15.pdf
Embrel Derm_Signed 9_17_15.pdf
Enbrel Derm_SOW_Signed 9_17_15.docx
10_1-12_31_15_Amgen_Prolia_Contract_Expansion & Extension_Executed.pdf
CM_HorizonMedia Harvoni_Q2 April - June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July - September 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 October - December 2015 dated 05292015.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct - December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August – December 2015_with Jan 2016 value added_Signed 04162015.p
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
Gilenya_Contract_Extension_9_1-11_30_15.pdf
NNI 2015 POC Novo_Levemir_Hispanic_REVISED signed 05292015.pdf
NNI 2015 POC Novo_Levemir_Hispanic_signed 05292015.pdf
Novo Nordisk CMH Saxenda Contract #6345 in DoMedia-06-11-2015 (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Revised NEW Contract #794 Jan-Dec 2015 signed 03102015.pdf
Spark OOH Billing Guidelines Updated 7.17 (1) (1).pdf
Novo Nordisk_Levemir, Novolog, Victoza Jan-Dec 2015.pdf
151119_Bayer_Prenatal_Contract (2).pdf
2012-2015 Contract Archive.zip
ABT-ANG-CONTEXT-Shah-National-10-26-2012_129957505871775763.pdf
ASTRAZENECA Sponsorship Contract.pdf
KN-CM Advertising Agreement_KN Signed_092812.pdf
LifeScan Sponsorship Contract.pdf
Novo Nordisk Levemir Sponsorship Contract.pdf
Novo Nordisk NovoLog Sponsorship Contract.pdf
Simponi Sponsorship Contract 1.pdf
Simponi Sponsorship Contract 2.pdf
Target Health - Androgel Sponsorship Contract.pdf
Target Health - Listerine Sponsorship Contract.pdf
Xiaflex Sponsorship Contract.pdf
Advertising  Agreement - Viatech Nutritional Sciences 06242013.pdf
Androgel K1459-0001-0001 Q1 2013 - Fully Executed.pdf
Androgel K1459-0001-0004 Q2 2013 - Fully Executed.pdf
Bayer Aleve 2Q-4Q 2013 CHM fully executed.pdf
Bayer Aspirin - 1Q - Target Health - Contract Fully Executed 120612.pdf
Bayer Aspirin 2Q-4Q 2013 CHM fully executed.pdf
Bayer K1663-0001-0004.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1 UnSigned.pdf
BBV-HRA-CONTEXT-Shah-National-1-30-2013_K1422-0001-0010-v1_Signed.pdf
Context Media Insetion Order Victoza 082313.pdf

Context Media Order Victoza Hispanic IO 10222013.pdf
Direct Advantage (Novo Nordisk) 2013 DHN Order 10.16.12.pdf
Humira Contract 2013 before Incremental-signed (1).pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Feb 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA Jan 2013.pdf
Insertion Order for - CONTEXTMEDIA-ASTRAZENECA March 2013.pdf
Lucentis Q4 - Context Media Health IO - Countersigned.pdf
Mediavest Walmart Contract Q1 2013 signed.pdf
Medtronic Context Media SOW $900K Fully Executed.pdf
OMA Contract - Benlysta Q4 2013 Fully Executed.pdf
Pradaxa Insertion Order O-13BOE0023 August 2013.pdf
Pradaxa Insertion Order O-13BOE0023 December 2013.pdf
Pradaxa Insertion Order O-13BOE0023 July 2013.pdf
Pradaxa Insertion Order O-13BOE0023 June 2013.pdf
Pradaxa Insertion Order O-13BOE0023 May 2013.pdf
Pradaxa Insertion Order O-13BOE0023 November 2013.pdf
Pradaxa Insertion Order O-13BOE0023 October 2013.pdf
Pradaxa Insertion Order O-13BOE0023 September 2013.pdf
Pradaxa Insertions Order O-13BOE0023 April 2013.pdf
Target Health - Androgel Contract - K1459-0001-0005 (Q3 13) & K1459-0001-0006 (Q4 13)  Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013 Fully Executed.pdf
Target Health  CVS - Philadelphia Offices Contract Q4 2013_Version 2.pdf
Target Health  CVS Contract Q4 2013 Fully Executed - Revised 11012013.pdf
Target Health  CVS Contract Q4 2013 Fully Executed.pdf
Vivus Qsymia ContextMedia MSA-WO#1 11-21-2012 Fully Executed.pdf
Walmart #65664 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65683 Mediavest CMH Sept 2013 Signed.pdf
Walmart #65736 Mediavest CMH Sept 2013.pdf
Walmart#64293 Mediavest CMH July - Aug 2013 signed.pdf
Xeljanz (Pfizer) Advertising Agreement Fully Executed 081213.pdf
2014 POP schedule .xlsx
Spark_Abbvie_AndroGel CMH 2014 IO_ABV 68219.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
Target Health_Allergan_Botox_April-Oct 2014_Incremental.pdf
Target Health_Allergan_Botox_April-Oct 2014_K3242-0001-0009.pdf
OMA_Astellas-Myrbetriq_May-Aug 2014.pdf
Mediavest_Astrazenca_Farxiga_Q4 2014_7-22-14.pdf
MediaVest_Astrazeneca_Farxiga Multicultural_Signed 10.03.14.pdf
Target Health_Bayer-Aleve Contract_April-Dec 2014.pdf
Target Health_Bayer-Aleve Tablet Spon Contract_Q1 2014_Signed 11.04.12_K4349-0001-0001.pdf
01 2014 IO IO PRADAXA O-14BOE0019.pdf
02 2014 IO for BI PRADAXA O-14BOE0020.pdf
03 2014 IO for BI Pradaxa O-14BOE0021.pdf
04 2014 IO for BI Pradaxa O-14BOE0022.pdf
05 2014 IO for BI Pradaxa O-14BOE0023.pdf
06 2014 IO for BI Pradaxa O-14BOE0024.pdf
07 2014 IO BI PRADAXA.pdf
08 2014 IO BI PRADAXA.pdf
09 2014 IO BI PRADAXA.pdf
10 2014 IO BI PRADAXA.pdf
11 2014 IO BI PRADAXA.pdf
12 2014 IO BI PRADAXA.pdf
Boston Scientific-Giant Creative-CMH 2014 -signed.pdf
Crescendo Bioscience_July - Dec 2014_Signed.pdf
Target Health_CVS Contract_May-July 2014.pdf
Target Health_CVS_Philadelphia_12-20-2013.pdf
GSW_2015_Q2_Endo Aveed_Executed Contract (1).pdf
GSW_Sumavel DosePro_11.2014-04.2015_signed.pdf
Underscore Marketing_Gilead Sciences Sovaldi_Aug 2014-Jan 2015.pdf
OMA_GSK_Benlysta_Jan-June 2014.pdf
OMA_GSK_Breo_Nov-Dec 2014_signed 10302014.pdf
OMA_GSK_Quad Flu_Oct through Dec 2014_Signed.pdf
CM Horizon Rayos_Nov 2014-Nov 2015_Signed.pdf
Insulet IO_Omnipod_Nov and Dec 2014.pdf
Invokana_June-Dec 2014_Signed_3-17-14.pdf
Invokana_June-Dec 2014_Updated Contract_7.30.14.pdf
OMG Invokana_Oct-Dec 2014_Signed 9.26.14.pdf

OMG Invokana_Oct-Dec 2014_Signed.pdf
OMG_J&J_Simponi UC_CR21921_9-30-14.pdf
2014 Direct Advantage - Novo Levemir (Nov-Dec).pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Merck_Januvia_Nov 2014 2014-Apr 2015 Contract_Signed 11042014.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
MediaVest_Otsuka Pharma Abilify Tablet Spon Contract_CY 2014_Signed 11.05.2013_OTSK 67664.pdf
Xeljanz Context Media English 2014 - 12.3.2013.pdf
Xeljanz ContextMedia Spanish 2014 - 12.3.2013.pdf
2014-2015_Simponi_Q4 and value add_signed 11252014.pdf
Fully Executed - Q3 UMJ3 Simponi UC Context Contract counter-signed_Value Add.pdf
UMJ3_Simponi_Jan-Dec 2014.pdf
Spark_Sunovion Latuda _Context Media #73726_Sept-Nov 2014.pdf
Tandem Diabetes-CMH 2014 Contract.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Signed.pdf
Razorfish_Tecfidera_Aug-Dec 2014_Updated_Signed.pdf
2014 Direct Advantage - Victoza (Jan-Oct), NovoLog, Levemir (May-Sept).pdf
Direct Advantage_Victoza Hispanic IO_ Oct 2013-Jan 2014.pdf
Nov 2014 DA Novo Nordisk Victoza_Signed.pdf
2014 Amendment To Vivus Qysmia WO.pdf
Vivus Qsymia ContextMedia June-December 2014.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Revised Signed 03312015.pdf
Bayer_Aleve April - December 2015 POC (Target Health)_Signed 03272015.pdf
Bayer_Aleve_Contract_April - December REVISED 04202015.pdf
1Y5N2u_snfSM9YgECcJ-RIMGo5smpnWXMmo7pJ90wBWl5bX_eSr5Cz5IR6abcu_VlNY71zOhF7ls34VIqvRy39aH1OGuXu_z=s0-d-919662793-postmessagerelay.js
AlbEiAlAAABDCPuwzKf-h9aCKyILdmNhcmRfcGhvdG8qKGZmMmU3NGUwYTRlZGYyZDViMWWJmMWM4MjM3MzA1YmU2NzVml
api.js
b4g_bookmarklet.js
b4g_launcher_light.png
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.html
Bayer_Aleve Jan-Mar 2015 POC (Target Health)_Signed 11032014.pdf
bg_afternoon_2560x1600.jpg
canvas.html
cb=gapi(1).loaded_0
cb=gapi.loaded_0
cb=gapi.loaded_1
cb=gapi.loaded_2
cb=gapi.loaded_3
cleardot.gif
core-rpc-shindig.random.shindig.sha1.js
extensionsafejqueryui.css
extensionsafestyle.css
frame.html
hovercard.html
hscv.html
icon_1_pdf_x32.png
logo(1).gif
logo.gif
no_photo.png
photo(1).jpg
photo(2).jpg
photo.jpg
postmessageRelay.html
profile_mask_2x.png
profile_mask2_27px_noborder.png
proxy(1).html
proxy.html
recentposts.html
rpc.js
rs=AGLTcCMN7n9o6L0bajy20AeMUtwp_7HRiA
rs=AGLTcCNOvJh_Cl5STyPlO85QKabm08Bsgg
rs=AGLTcCOBAwr-VLfesYs1MqpSjOCv7vODRQ
rs=AHGWq9A7HoMc6JDtdo4agQNOpuF0XX1SZA.html
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A
rs=AItRSTOlX0YCaQmKijyj5lpKQ5AVm7UE6A(1)
rs=AItRSTPuvSfL23EX884E8LdKrieasdPodA

saved_resource
saved_resource(1)
saved_resource(2)
tinyboomlogo.png
Bayer_Aspirin_Contract May - December signed 04212015.pdf
Bayer Claritin Contract_March-Oct 2015_signed 02122015.pdf
Bayer Claritin_Contract_Revised March - Oct 2015 signed 07062015.pdf
Bayer_Miralax_Jan-Dec 2015_Executed_Contract_Contract K8332-0001-0001_12232014.pdf
Bayer_OAD_Contract_June - October signed 04132015.pdf
Bayer_One A Day Prenatal_Apr 15 -Dec 2015_K7746-0001-0009 signed 04092015.pdf
Bayer_One A Day Prenatal_Jan-Dec 2015_K7746-0001-0007_12242014.pdf
Rephresh_April - June 2015 signed 03132015.pdf
J&J_CPG Division MSA_Fully Executed.pdf
J&J_Bandaid Wound Care Q1&Q2 2015 PO#993415587_12192014.html
J&J_Bandaid Wound Care Q1&Q2 2015 SOW_Signed 12172014.pdf
JHI_Care4Today_March-May 2015_signed 02192015.pdf
JHI_Care4Today_PO# 993440454.pdf
J&J_Rogaine March-May 2015_signed 01112015.pdf
J&J_Rogaine Mar-May 2015 PO#  993423780_Signed 01142015.html
115 Kovler U of Chgo_Pay Agreement_01152015.pdf
MedStar Pay for Service_Signed 02192015.pdf
Humira PsA contract  June - November signed 05052015 .pdf
AbbVie HCV Jan-Dec 2015 DoMedia Spark OOH Contract_signed 02032015.pdf
AbbVie HCV Revised contract# 848 to August-Dec 2015 DoMedia Spark_signed 07162015.pdf
AbbVie HCV Revised to contract # 6109 Jan-July 2015 DoMedia Spark_signed 07162016.pdf
AbbVie HCV Jan-Dec 2015 Spark OOH Contract_signed 12102014.pdf
Abbvie Humira Derm Contract #831_Do Media_Spark_Jan-Dec 2015_0131205.pdf
AbbVie Humira Derm Jan-Dec 2015 Spark OOH Contract_signed 12032014.pdf
Abbvie Revised Humira RA Contract #847_DoMedia_Spark_Jan-Dec 2015_02012015.pdf
AbbVie Humira RA Jan-Dec 2015 Spark OOH Contract_signed 11052014.pdf
150901_Acorda_Ampyra_Executed_Contract.pdf
Actavis Linzess_April - July 2015 signed 03132015.pdf
Actavis Namenda_April-June 2015_Signeds 02122015.pdf
Actavis Namenda_Feb-March 2015_Signeds 02122015.pdf
Actavis Namenda_July-Sept 2015_Signeds 02122015.pdf
Actavis Namenda_Oct-Dec 2015_Signeds 02122015.pdf
Akrimax Tirosint_signed 12242014.pdf
Akrimax_Tirosint_April - October signed 04172015.pdf
Allergan_Botxox_Contract_April-December_signed 03312015.pdf
CM_Allergan Botox_Q1 2015_Signed 11172014.pdf
OLD_Prolia _April-September 2015 signed 03032015.pdf
Astellas_Myrbetriq_October - December signed 06232015.pdf
Astrazeneca Farxiga_Jan-Dec 2015 Contract_FullyExecuted 12082014.pdf
Astrazeneca Symbicort_April-Sept 2015 signed 02242015.pdf
Avanir Context Media - In Office Consumer Program - Exam Room iPads.pdf
Avanir Context Media - MSA In Office Consumer Program - Exam Room iPads.pdf
Biogen_Tecfidera_Reinstating 2nd Half REVISED Feb-December signed 06152015.pdf
2015_Jan_Tecfidera_Revised Contract_Signed 121012.pdf
Biogen_Tecfidera_Contract_Revised 06022015 February - June (July forward cancelled) .pdf
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_ER Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_ER Feb-Dec 2015_CM Signed 01282015.pdf
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.docx
ContextMeda_Compas Biogen_WR Billing Addendum_01192015.pdf
ContextMeda_Compas Biogen_WR Feb-Dec 2015_CM Signed 01282015.pdf
Jardiance Context Media 2015.08.pdf
Jardiance Context Media 2015.09.pdf
Jardiance Context Media 2015.10.pdf
Jardiance Context Media 2015.11.pdf
Jardiance Context Media 2015.12.pdf
Jardiance Context Media 2016.01.pdf
Jardiance_Contract Aug - Jan 2015 signed 07062015pdf.pdf
BOE Pradaxa_IO O-15BOE0006_January 2015.pdf
BOE Pradaxa_IO O-15BOE0007_February 2015.pdf
BOE Pradaxa_IO O-15BOE0008_March 2015.pdf
BOE Pradaxa_IO O-15BOE0009_April 2015.pdf
BOE Pradaxa_IO O-15BOE0010_May 2015.pdf

BOE Pradaxa_IO O-15BOE0011 _June 2015.pdf
BOE Pradaxa_IO O-15BOE0012_July 2015.pdf
BOE Pradaxa_IO O-15BOE0013_August 2015.pdf
BOE Pradaxa_IO O-15BOE0014_September 2015.pdf
BOE Pradaxa_IO O-15BOE0015 _October 2015.pdf
BOE Pradaxa_IO O-15BOE0016 _November 2015.pdf
BOE Pradaxa_IO O-15BOE0017_December 2015.pdf
BOE Spiriva_IO O-15BOE0030_January 2015.pdf
BOE Spiriva_IO O-15BOE0031_February 2015.pdf
BOE Spiriva_IO O-15BOE0032_March 2015.pdf
BOE Spiriva_IO O-15BOE0033_April 2015.pdf
BOE Spiriva_IO O-15BOE0034_May 2015.pdf
BOE Spiriva_IO O-15BOE0035_June 2015.pdf
BOE Spiriva_IO O-15BOE0036_July 2015.pdf
BOE Spiriva_IO O-15BOE0037_August 2015.pdf
BOE Spiriva_IO O-15BOE0038_September 2015.pdf
BOE Spiriva_IO O-15BOE0039_October 2015.pdf
BOE Spiriva_IO O-15BOE0040_November 2015.pdf
BOE Spiriva_IO O-15BOE0041_December 2015.pdf
Tradjenta- CMH- August 2015.pdf
Tradjenta- CMH- July 2015.pdf
Tradjenta- CMH- June 2015.pdf
Tradjenta- CMH- May 2015.pdf
Tradjenta- CMH- October 2015.pdf
Tradjenta- CMH- September 2015.pdf
141222_July-Dec 2015_BMS Atripla_Executed_Contract_Signed 12192014.pdf
Celegne Otezla_CMH_revised signed 04202015.pdf
Celgene_Otezla_signed 03272015.pdf
Context Media PO_5_96846_Feb to June 2015.pdf
Context Media PO_5_96846_July 2015 to Jan 2016.pdf
Crescendo Bioscience MSA_January 2015_CM Signed01192015.pdf
Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015.pdf
DAI_Effient DTC_Contract_August - March 2016 signed 08-24-15.pdf
DAI_Effient_Contract_August - March 2016 signed 06292015.pdf
DAI_HTN_Contract_November - December signed 07242015.pdf
DAI_Savaysa contract August - March 2016 signed 07212015.pdf
DAI_Savaysa DTC contract October - March 2016 signed 08072015.pdf
Eli Lily_Dula_Sept-Dec Executed Contract_.pdf
Eli Lily_Humalog_Contract Sept - December revised 06232015.pdf
2015_Q2_Endo Aveed_Executed Contract.pdf
CM_Gilead Sciences Harvoni_January-December 2015_Signed 10172014.pdf
CM_HorizonMedia Harvoni_Q2 April - June 2015_dated 05292015.pdf
CM_HorizonMedia Harvoni_Q3 July - September 2015_dated 05292015 (1).pdf
CM_HorizonMedia Harvoni_Q3 October - December 2015_dated 05292015.pdf
Harvoni Incremental Contract 24592 Aug-15 Inv 1087.pdf
Harvoni Incremental July-15 Inv 1055.pdf
Harvoni Incremental Sep-15 Inv 1164.pdf
HarvoniExpansion_Contract_Q3 July-September signed 06252015.pdf
HarvoniExpansion_Contract_Q4 Oct - December signed 06252015.pdf
Incremental Horizon Media_Gilead Sciences Harvoni_August - December 2015_with Jan 2016 value added_Signed 04162015.p
Hologic_Contract_Revised_Aug - September signed 07152015.pdf
151124_GSK_Boostrix_Contract (1).pdf
GSK Boostrix June - December signed 04132015.pdf
GSK_QuadFlu_August 2015 - January 2016 signed 07272015.pdf
GSK Anoro_Jan-June 2015_REVISED Signed 04042015.pdf
GSK Anoro_July-December 2015 signed 03022015.pdf
GSK Anoro_Jan-June 2015_Signed 11192014.pdf
GSK Anoro_Jan-March 2015_Signed 11112014.pdf
Tanzeum Incremental_ March - October 2015 revised 06232015.pdf
Tanzeum Incremental_Executed March - Sept 2015 revised 03112015.pdf
Tanzeum_Adjusted Launch_March-Sept 2015_Signed 02102015.pdf
Tanzeum_revised March - September 2015 signed 03032015.pdf
Horizon Pharma_Rayos Amendment_01142015.pdf
Horizon Pharma_Rayos Final Contract_02242015.pdf
Horizon Pharma_Rayos_2015 Contract_10272014.pdf
JDRF May 26 - August 25 dated 05192015.pdf

JMF contract August - December 2015 signed 06102015.pdf
JMF contract August - December 2015 signed 07202015.pdf
J&J Invokana_HISPANIC_Aug-Dec 2015_Signed 07232015.pdf
J&J Invokana_Jan-Dec 2015_Signed 11172014.pdf
JHI Care4Today Q1 12192014.pdf
150903_J&J_Prezcobix_Revised_Contract_Executed (1).pdf
OLD_J&J_Prezcobix Revised to_September - Dec signed 5-27-15.pdf
OLD_J&J_Prezcobix_Contract_July - Dec 2015 signed 032015.pdf
SimponiAria_Jan-Dec 2015 Revised_Signed 12222014.pdf
Simponi UC_April - December Extension revised signed 07152015.pdf
Simponi UC_April-June 2015 signed 02262015.pdf
Simponi UC_April-September 2015 revised signed 05052015.pdf
Arbor_Edarbi_Contract_April - September.pdf
Medtronic_MiniMed Feb-Oct 2015 Contract_Signed 01152015.pdf
PNEUMOVAX 23_September 2015 - Feb. 2016 signed 07272015.pdf
Merck_Belsomra_BRANDED Revised to September - November Contract dated 07142015.pdf
Merck_Belsomra_BRANDED_Revised 05072015.pdf
Merck_Belsomra_BRANDED_signed 02242015.pdf
Merck_Belsomra_UNBRANDED_Revised signed 05072015.pdf
Merck_Belsomra_UNBRANDED_signed 02242015.pdf
150908_Merck_Januvia_Revised (2).pdf
Context Media 2014 Januvia ROI Terms_2 2 15 Rev.docx
Januvia 2014-2015 Billing.xlsx
OLD_Merck Januvia expansion contract_Jan-Dec 2015_signed 02132015.pdf
OLD_Merck Januvia expansion_Revised Jan-Dec 2015_signed 05072015.pdf
150908_Merck_Keytruda_Extension (2).pdf
OLD_Merck Keytruda Contract_April-Sept 2015_signed 02122015.pdf
OLD_Merck Keytruda Revised Contract_May-October 2015_signed 05012015.pdf
Zetia_June - December 2015 Revised_signed 05072015.pdf
Zetia_June - December 2015 signed 03132015.pdf
OLD_Gilyena extension.pdf
OLD_Novartis_Gilenya_Jan - June signed 11192014.pdf
Eliquis_April - December signed 03122015.pdf
Pfizer Pharma_Xeljanz Jan-Dec 2015_Signed 11102014.pdf
Publix Diabetes Campaign revised March 9-April 7 2015 03122015.pdf
Publix Diabetes Campaign_March 2015_Signed 02122015.pdf
DigitasHealth Auvi-Q Revised June- Sept signed 06102015.pdf
DigitasHealth Auvi-Q.pdf
Ooh Pitch Inc Praluent November - December 2015 signed 08072015.pdf
151020_Sanofi_Afrezza_Contract_Revised (1).pdf
OLD_150817_Sanofi_Afrezza_Executed_Contract.pdf
OLD_150901_Sanofi_Afrezza_Contract_Revised (Expansion).pdf
Aptiom_Revised Contract_9-18-2015.pdf
OLD_Aptiom_Revised Contract Exam Room.pdf
OLD_Sunovion_Aptiom_ER_Contract August - March 2015 signed 07132015.pdf
OLD_Sunovion_Aptiom_WR_Contract August - March 2015 signed 07132015.pdf
Brintellix .pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
Entivyo PO June 2015 - January 2015.pdf
Target Pharmacy_Revised Contract July-September signed 07062015.pdf
Target Pharmacy_signed 05272015.pdf
Humira_HPS_ContextMedia_tablet_IO_2016 - SIGNED (1).pdf
Humira_HPS_ContextMedia_video_IO_2016 - SIGNED (1).pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed (3).pdf
16107_AbbVie_HumiraPsA_Video_Contract_Signed (3).pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED (2).pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
160118_Akrimax_Tirosint_Contract_Signed (1).pdf
151216_Aczone_Contract_Executed.pdf
151203_Botox_Contract_Executed (2).pdf
160201_Amgen_EnbrelDerm_Contract_Executed (2).pdf
151203_Repatha_Contract_Executed (4).pdf
160115_Repatha_Incremental_Contract_Executed (1).pdf
160128_AstraZeneca_Bydureon_Contract_Executed (2).pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf

151207 Symbicort Contract Expansion & Extension (2).pdf
160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed (2).pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4 (2).pdf
160128_ClaritinBase_AprilMay_Contract (1).pdf
160128_ClaritinBase_March_Contract (1).pdf
2016_ClaritinPeds_AprilMay_Contract (3).pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract (3).pdf
151218_Bayer Contour Next_2016_Contract.pdf
151102_MiraFiber_Contract (1).pdf
151109_Miralax_Contract (2).pdf
160120_Biogen_Contract (4).docx
160203_Biogen_Plegridy_ERT_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
160203_Biogen_Zinbryta_ERT_Contract_Signed (1).pdf
160203_Biogen_Zinbryta_WR_Contract_Signed (2).pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf
Tradjenta_September_2016 IO.pdf
160316_BostonSci_Contract (1) (1).pdf
151201_Atripla_2016_Contract_Executed (3).pdf
160314_BMS Oncology_Pilot 1_Contract.pdf
160314_BMS Oncology_Pilot 1_Contract2.pdf
160127_Orencia_Contract_Updated (1).pdf
160204_OtezlaPsO_Contract_Executed (1).pdf
160204_OtezlaPsA_Contract_Executed (1).pdf
20160223_VectraDA_2016_Contract (2).pdf
PO_5_107616_0_US[1].pdf
160315_Effient HCP_Incremental_Contract (2).pdf
20160203_Welchol_Contract (4).pdf
160307_Dannon_Activia_Contract  (1).pdf
160225 EliLilly Glucagon Contract Executed (2).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160223_GoVeggie_Contract_Executed (3).pdf
151222 Gilead Harvoni Contract (3).pdf
151105_Anoro_Contract (4).pdf
151005_Contract_Breo (4).pdf
160331_Breo_Updated_Contract (1).pdf
151214_GSK HIV_2016_Contract (1).pdf
160111_Healthplans_Contract_Executed (2).pdf

160118_Horizon_Rayos_Work_Order_Form (5).docx
Horizon Rayos Billing Rev Update.xlsx
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
Jazz Pharma Amendment (1).docx
151218_Invokana_2016_Contract_Updated (2).pdf
160211_Invokana_2016_Contract_Executed (1).pdf
151214_2016_Prezcobix_Contract (1).pdf
2016 ContextMedia_SimponiAria (2).docx
20160129_Konsyl_Contract_Executed (2).pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed (1).pdf
2016_Entresto_151218_Contract (1).pdf
2016_Entresto_151218_Contract_Lit.pdf
2016_Entresto_160304_Contract_Incremental (2).pdf
151209_Gilenya_2016_Contract (1).pdf
Context Health 2016 IO Novolog.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
Context Health 2016 IO Tresiba.pdf
Context Health IO 2016 Victoza.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
151123_Rexulti_2016_Contract_Executed (3).pdf
20160104_Eliquis_2016_Contract_Updated_Executed (2).pdf
20160111_Eliquis_2016_Contract_Incremental (2).pdf
Eliquis Context Media Billing Schedule 1.13.16.xlsx
151110_Nexium_Contract_Executed (2).pdf
160212_PVC_2016_Contract_Executed (2).pdf
160106_Xeljanz_Contract_Updated_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160316_Aptiom_Contract.pdf
160203_Amitiza_Contract (1).pdf
160218_Amitiza_Incremental_Contract (2).pdf
ContextMedia Mail - Fwd_ Re_ Billing.pdf
160203_Dexilant_Contract (1).pdf
160218_Dexilant_Incremental_Contract (2).pdf
Absorb Q1 2017 contract.pdf
AH Dexcom 2017 contract.pdf
BCBS-AL Q1 2017 contract.pdf
Stelara Chrohns 2017.pdf
Contract Master.xlsx
Movantik Incremental Contract 7.25.2016.pdf
151218_Bayer Contour Next_2016_Contract.pdf
151218_Bayer Contour Next_2016_Contract_edit (1).pdf
151218_Bayer Contour Next_2016_Contract_edit.pdf
160128_EliLilly_Trulicity_Contract.pdf
160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
160119_AstraZeneca_Farxiga_Contract_Signed.pdf
160714 AZ Farxiga Revised Contract.pdf
160324 AZ Bydureon Revised Contract Executed.pdf
160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
160128_AstraZeneca_Bydureon_Contract_Executed.pdf
2016 Dexcom CMH Executed Contract 160606.pdf
160225 EliLilly Glucagon Contract Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
160211_Invokana_2016_Contract_Executed (1).pdf
160211_Invokana_2016_Contract_Executed.pdf
151210_Invokana_2016_Contract.pdf
151214_Invokana_2016_Contract.pdf
151218_Invokana_2016_Contract_Updated.pdf
Jardiance_April_2016 IO.pdf
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf

Jardiance_June_2016 IO.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
Jaridance Revenue Allocation.xlsx
160606_Medtronic_ClinicalTrials_Contract_Executed.pdf
160118_Novo Nordisk_ NovoLog_IO (1).pdf
160118_Novo Nordisk_ NovoLog_IO (2).pdf
160118_Novo Nordisk_ NovoLog_IO (3).pdf
160118_Novo Nordisk_ NovoLog_IO.pdf
160118_Novo Nordisk_ NovoLog_IO.xlsx
160118_Novo Nordisk_ Tresiba_IO.pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (1).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_NovoLog_April-Dec_Contract.pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract (2).pdf
160628_Novo_Nordisk_Novolog_Jan-March_Contract.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Novolog Appendix A (1).pdf
Novolog Appendix A (2).pdf
Novolog Appendix A.pdf
Revenue Allocation.xlsx
Tresiba Appendix A.pdf
160202 AstraZeneza Onglyza Contract Executed (1).pdf
160202 AstraZeneza Onglyza Contract Executed (2).pdf
160202 AstraZeneza Onglyza Contract Executed.pdf
160324 AZ Onglyza Revised Contract (1).pdf
160324 AZ Onglyza Revised Contract (2).pdf
160324 AZ Onglyza Revised Contract.pdf
160606 AZ Onglyza Revised Contract Executed.pdf
Tradjenta_August_2016 IO.pdf
Tradjenta_December_2016 IO.pdf
Tradjenta_July_2016 IO.pdf
Tradjenta_November_2016 IO.pdf
Tradjenta_October_2016 IO.pdf
Tradjenta_September_2016 IO.pdf
160118_Novo Nordisk_ Tresiba_IO (1).pdf
160118_Novo Nordisk_ Tresiba_IO.pdf
160118_Novo Nordisk_ Tresiba_IO.xlsx
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract_Duplicate #1.pdf
Tresiba Appendix A (1).pdf
Tresiba Appendix A.pdf
160628_Novo_Nordisk_Tresiba_With Incremental_Contract #1.pdf
160114_EliLilly_Humalog_Contract_Executed (1).pdf
160114_EliLilly_Humalog_Contract_Executed.pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed (1).pdf
160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
Rev Allocation Calc.xlsx
160428_Valeritas_VGO_Contract - R1 (1) (1).pdf
160428_Valeritas_VGO_Contract - R1 (1).pdf
160505_Valeritas_Vgo_SOW_Signed.pdf
160118_Novo Nordisk_ Victoza_IO.pdf
160118_Novo Nordisk_ Victoza_IO.xlsx
160628_Novo_Nordisk_Victoza_April-Dec_Contract.pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract.pdf
Allocation.xlsx
Victoza Appendix A.pdf
160118_Novo Nordisk_ Victoza_IO (1).pdf
160118_Novo Nordisk_ Victoza_IO (2).pdf

160628_Novo_Nordisk_Victoza_April-Dec_Contract (1).pdf
160628_Novo_Nordisk_Victoza_April-Dec_Contract (2).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (1).pdf
160628_Novo_Nordisk_Victoza_Jan-March_Contract (2).pdf
Victoza Appendix A (1).pdf
20160203_Welchol_Contract (1).pdf
20160203_Welchol_Contract.pdf
151009_EnbrelRA_Contract.pdf
160404_EnbrelRA_Contract_Executed (1).pdf
160404_EnbrelRA_Contract_Executed.pdf
151217 Humira RA POC Context Media Tablet 2016 IO.pdf
151217 Humira RA POC Context Media Waiting Room 2016 IO.pdf
151217 Humira RA POC Context Media Wallboard 2016 IO.pdf
151223 Humira RA POC Context Media Tablet 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Video 2016 IO - SIGNED.pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED (1).pdf
151223 Humira RA POC Context Media Wallboard 2016 IO - SIGNED.pdf
160610_AbbVie_Humira_RA_Tablet_Contract (1).pdf
160610_AbbVie_Humira_RA_Tablet_Contract.pdf
160610_AbbVie_Humira_RA_WRTV_Contract (1).pdf
160610_AbbVie_Humira_RA_WRTV_Contract.pdf
160610_AbbVie_Humira_PsA_Tablet_Contract.pdf
160610_AbbVie_Humira_PsA_WRTV_Contract.pdf
16107_AbbVie_HumiraPsA_Tablet_Contract_Signed.pdf
151201_Orencia_Contract_Executed.pdf
160127_Orencia_Contract_Updated.pdf
Contract #8891 - ContextMedia-Health.pdf
160118_Horizon_Rayos_Work_Order_Form (1).docx
Rev Allocation.xlsx
151022_Simponi Aria_Contract 2016 (1).pdf
151022_Simponi Aria_Contract 2016 (2).pdf
151022_Simponi Aria_Contract 2016 (3).pdf
151022_Simponi Aria_Contract 2016 (4).pdf
151022_Simponi Aria_Contract 2016.pdf
2016 Simponi Aria CMH Executed Contract (1).pdf
2016 Simponi Aria CMH Executed Contract (2).pdf
2016 Simponi Aria CMH Executed Contract (3).pdf
2016 Simponi Aria CMH Executed Contract (4).pdf
2016 Simponi Aria CMH Executed Contract.pdf
151202_Simponi Aria_Contract 2016.pdf
160513 Stelara PsA J3 Signed Contract (1).pdf
160513 Stelara PsA J3 Signed Contract (2).pdf
160513 Stelara PsA J3 Signed Contract (3).pdf
160513 Stelara PsA J3 Signed Contract.pdf
Crescendo Bioscience_Vectra SOW_Feb-June 2015_CM Signed 01192015.pdf
Crescendo Bioscience_Vectra SOW_July 2015-Jan 2016_CM Signed 01192015 (1).pdf
20160223_VectraDA_2016_Contract (1).pdf
20160223_VectraDA_2016_Contract.pdf
151223_Xeljanz_Contract_Executed.pdf
160106_Xeljanz_Contract_Updated_Executed.pdf
150623_Astellas_Myrbetriq_Contract_Executed (1).pdf
150623_Astellas_Myrbetriq_Contract_Executed.pdf
160410_Effient_DTC_Contract.pdf
160315_Effient HCP_Incremental_Contract.pdf
20151223_Eliquis_2016_Contract_Executed.pdf
20151223_Eliquis_2016_Contract_Executed_Updated.pdf
20160104_Eliquis_2016_Contract_Updated_Executed.pdf
20160111_Eliquis_2016_Contract_Incremental.pdf
20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
DAI_HTN_Contract_November - December signed 07242015.pdf
151123_Pradaxa_IO_April_2016 (1).pdf
151123_Pradaxa_IO_Feb_2016 (1).pdf
151123_Pradaxa_IO_June_2016 (1).pdf
151123_Pradaxa_IO_March_2016 (1).pdf
151123_Pradaxa_IO_May_2016 (1).pdf
151203_Repatha_Contract_Executed.pdf
151203_Repatha_Contract_Executed.pdf

160115_Repatha_Incremental_Contract_Executed.pdf
160518_Repatha_Incremental_Contract.pdf
160518_Repatha_Incremental_Contract_Extension.pdf
160518_Repatha_Incremental_Contract.pdf
151119_Praluent_Contract_Executed (1).pdf
151119_Praluent_Contract_Executed.pdf
160310 Sanofi Praluent Incemental Contract Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
160606_Praluent_Incremental_Contract_Executed (1).pdf
160606_Praluent_Incremental_Contract_Executed (2).pdf
160606_Praluent_Incremental_Contract_Executed.pdf
150721_Savaysa_HCP_Contract.pdf
160226_Ampyra_2016_Contract.pdf
160316_Aptiom_Contract (1).pdf
160316_Aptiom_Contract.pdf
160401_Aptiom_Contract_ER_Executed.pdf
160401_Aptiom_Contract_WR_Executed.pdf
160531_Aptiom_ERT_Contract.pdf
160531_Aptiom_WR_Contract.pdf
151203_Botox_Contract_Executed.pdf
151209_Gilenya_2016_Contract.pdf
160623 Gilenya 2016 Rev Contract_2H allocation (1).pdf
160623 Gilenya 2016 Rev Contract_2H allocation.pdf
Rev Allocation.xlsx
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160511_Biogen_Interferons_ERT_Revised_Language_Contract_Signed (1).pdf
160511_Biogen_Interferons_WR Revised Language Contract_Signed (1) (1).pdf
160120_Biogen_Contract (6).docx
160203_Biogen_AboveMS_ERT_WB_Contract_Signed.pdf
160203_Biogen_AboveMS_WR_Contract_Signed.pdf
160203_Biogen_Plegridy_WR_Contract_Signed (1).pdf
160203_Biogen_Plegridy_WR_Contract_Signed.pdf
160428_Biogen_Tecfidera_ERT_WB_PMC_Revised_With_Incremental_Contract_Signed - R1.pdf
160511_Biogen_AboveMS_ERT_WB_Revised Language_Contract_Signed (1).pdf
160511_Biogen_Tecfidera_WR_Revised_Language_With_Incremental_Contract_Signed (1).pdf
Revenue Allocation.xlsx
150908_Vimpat_Contract.pdf
ContextMedia_UCB Vimpat Incremental_Executed SOW.5.24.16.pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed (1).pdf
160316_Jazz_Pharma_Xyrem_Contract_Signed.pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed (1).pdf
160331_Jazz_Pharma_Xyrem_Revised_Contract_Signed.pdf
160715 JazzPharma Xyrem Flight Amendment Executed (1).pdf
160715 JazzPharma Xyrem Flight Amendment Executed.pdf
160203_Biogen_Zinbryta_ERT_Contract_Signed.pdf
160203_Biogen_Zinbryta_WR_Contract_Signed.pdf
160623_Horizant_Unbranded_Contract.pdf
160623_Horizant_Unbranded_Contract.pdf
160218_Amitiza_Incremental_Contract (2).pdf
160203_Amitiza_Contract (1).pdf
160203_Amitiza_Contract_Executed (1).pdf
160203_Amitiza_Contract_Executed.pdf
160218_Amitiza_Incremental_Contract (1).pdf
160218_Amitiza_Incremental_Contract.pdf
160616_AbbVie_Creon_Revised Flight_Amendment (1).pdf
2016 Creon CMH IO - Final Signed 6.16.16 (1).pdf
160226 AbbVie Creon IO (1).pdf
160226 AbbVie Creon IO.pdf
160616_AbbVie_Creon_Revised Flight_Amendment.pdf
2016 Creon CMH IO - Final Signed 6.16.16.pdf
160218_Dexilant_Incremental_Contract.pdf
160623_Dexilant_Incremental_WR_Contract.pdf
Allocation.xlsx
160623_Dexilant_Incremental_ER_Contract.pdf
160203_Dexilant_Contract_Executed.pdf
Entivyo June 2015 - January 2015 contract signed 06012015.pdf
151222 Gilead Harvoni Contract (3).pdf

151222 Gilead Harvoni Contract.pdf
160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract.pdf
160628 Bulk Shipment Grid at Project Level and Inventory Update Signature Form.pdf
160628 Loose PI Shipment Grid and Inventory Update Signature Form_Viekira Pak_CMH_Sig.pdf
160628_AbbVie_Viekira Pak_Revised per Cancellation_Contract (1).pdf
2016 Viekira HCV POC IO - Context Media Health 3.9.2016.pdf
160615 Allergan Aczone Revised Contract.pdf
151216_Aczone_Contract_Executed (1).pdf
160426 Aczone Revised Executed Contract.pdf
150921_Amgen_Enbrel_Derm_Campaign Overview.pdf
160201_Amgen_EnbrelDerm_Contract_Executed.pdf
160419_EnbrelDerm_Contract_Executed.pdf
160602_EnbrelDerm_Contract_Revised.pdf
160610_AbbVie_Humira_PsO_Tablet_Contract.pdf
160610_AbbVie_Humira_PsO_WRTV_Contract.pdf
151202_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsO_Contract_Executed.pdf
160204_OtezlaPsA_Contract_Executed.pdf
151105_Neulasta_SOW.pdf
150828_BMS_BMS Oncology_Contract.pdf
160506_Empliciti_Contract.pdf
160427_Opdivo_WR_Contract.pdf
160506_Empliciti_Contract (1).pdf
160510 Genentech Oncology Contract (1).pdf
160510 Genentech Oncology Contract.pdf
160107_Merck_Keytruda_Melanoma_Contract_Signed.pdf
160108 Merck Keytruda Lung Contract.pdf
160202_Merck_Keytruda_Lung_Revised_Contract_Executed.pdf
160628_Merck_Keytruda_Lung_Contract_Signed.pdf
160408_BMS Oncology_Contract.pdf
160408_BMS Oncology_Contract.xlsx
160314_BMS Oncology_McKesson_Contract.pdf
160314_BMS Oncology_McKesson_Contract2.pdf
160408_BMS Oncology_Contract (1).pdf
160408_BMS Oncology_Contract (2).pdf
160408_BMS Oncology_Contract (3).pdf
160408_BMS Oncology_Contract (4).pdf
160427_Opdivo_WR_Contract.pdf
2016 Ibrance Executed Contract 160621.pdf
151201_Atripla_2016_Contract_Executed.pdf
160602_Atripla_Contract_Executed.pdf
151214_2016_Prezcobix_Contract.pdf
160506_Prezcobix_Contract.pdf
160623 Revised Prezcobix 2016 Contract.pdf
160623 Revised Prezcobix 2016 Contract.pdf
160623 Revised Prezcobix 2016 Contract (1).pdf
Prezcobix allocation.xlsx
150903_J&J_Prezcobix_Revised_Contract_Executed.pdf
151021_Grastek_Contract_Executed.pdf
151123 Grastek Incremental Contract.pdf
160202_Merck_Grastek_Incremental_Revised_Contract_Executed.pdf
160404_Merck_Ragwitek_Contract_Signed.pdf
160504 Merck Nexplanon Context Media ADDENDUM.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed.pdf
Nexplanon allocation.xlsx
160404_Merck_Nexplanon_Contract_Signed.pdf
160504_Merck_Nexplanon_Contract.pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (1).pdf
160520_Merck_Nexplanon_Revised_Contract_Signed (2).pdf
160212_PVC_2016_Contract (1).pdf
160212_PVC_2016_Contract.pdf
160212_PVC_2016_Contract_Executed.pdf
Premarin allocation.xlsx
160615 Bayer Skyla 2016 Executed Contract.pdf
160410_Effient_DTC_Contract (1).pdf
160410_Effient_DTC_Contract.pdf
160415_23&Me Executed Contract with Addendum (1).pdf

160415_23&Me Executed Contract with Addendum.pdf
160307_Dannon_Activia_Contract .pdf
160509 Activia Revised Executed Contract.pdf
151201_Bayer_Aleve_2016_Contract_Executed.pdf
160225_Bayer_Aleve_2016_Contract_Q2_Q4.pdf
151105_Anoro_Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract.pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (1).pdf
160524 AR Dept of Health-Stamp Out Smoking - Executed Contract (2).pdf
160610 GSK Tdap Revised Contract_CR25788R.pdf
160316_BostonSci_Contract (1) (1).pdf
160316_BostonSci_Contract (1).pdf
151005_Contract_Breo (1).pdf
151005_Contract_Breo.pdf
160329_Breo_Wifi_Contract (1).pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract (1).pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606 (1).pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
160329_Breo_Wifi_Contract.pdf
160331_Breo_Updated_Contract.pdf
160614 GSK Breo Revised Q3-Q4 Contract_25460-R.pdf
2016 GSK Breo Q3 Revised Contract 160606.pdf
Allocation.xlsx
Brintellix 2015-2016.pdf
Britellix allocation.xlsx
160503_Brintellix_Contract_Executed (1).pdf
160503_Brintellix_Contract_Executed (2).pdf
160503_Brintellix_Contract_Executed.pdf
2016_ClaritinPeds_AprilMay_Contract.pdf
2016_ClaritinPeds_MarchAugSeptOct_Contract.pdf
151120_Claritin _2016_Contract.pdf
160128_ClaritinBase_AprilMay_Contract.pdf
160128_ClaritinBase_March_Contract.pdf
160506_Contrave_Contract_Executed.pdf
160715_Contrave_Amendment.pdf - 2016-07-18.pdf
160407_Horizon_Pharma_Duexis_Tablet_SOW_Signed.PDF
160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed.PDF
151110_Emisphere_Contract (1).pdf
151110_Emisphere_Contract (2).pdf
151110_Emisphere_Contract.pdf
160512 MerckEngage Contract Executed.pdf
160512 MerckEngage Contract.pdf
2016 Revised Entresto Contract  160303.pdf
2016 Entresto Original Contract 151218.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016_Entresto_151218_Contract_Lit.pdf
2016 Incremental Entresto Incremental Contract 160420.pdf
2016 GoodRx Sponsor Agreement_fully executed (1).pdf
2016 GoodRx Sponsor Agreement_fully executed (2).pdf
2016 GoodRx Sponsor Agreement_fully executed.pdf
160223_GoVeggie_Contract_Executed.pdf
160111_Healthplans_Contract_Executed (1).pdf
160111_Healthplans_Contract_Executed.pdf
151214_GSK HIV_2016_Contract.pdf
160610 GSK HIV Unbranded WR Contract_CR25895.pdf
2016 GSK HIV Incremental Executed Contract 160606.pdf
160413 JMF Executed Contract (1).pdf
160413 JMF Executed Contract (2).pdf
160413 JMF Executed Contract.pdf
20160129_Konsyl_Contract_Executed.pdf
160516_Shire_DryEye_Contract.pdf
151109_Miralax_Contract.pdf
1605010 Miralax ER Contract.pdf
151102_MiraFiber_Contract.pdf

160427 AZ Movantik Q2 Q3 2016 Contract (1).pdf
160427 AZ Movantik Q2 Q3 2016 Contract.pdf
151110_Nexium_Contract_Executed (1).pdf
151110_Nexium_Contract_Executed.pdf
Horizon_NSAID_Contract_signed 022415.pdf
151119_Bayer_Prenatal_Contract (2).pdf
151119_Bayer_Prenatal_Contract (1).pdf
151119_Bayer_Prenatal_Contract.pdf
20160418_Prevnar_2016_Contract_Executed.pdf
151123_Rexulti_2016_Contract_Executed.pdf
160115_Novo_Nordisk_Saxenda_Contract_Signed.pdf
160628_Novo_Nordisk_Saxenda_April-Dec_Contract.pdf
160628_Novo_Nordisk_Saxenda_Jan-March_Contract.pdf
CMH_Terms_AppendixA.pdf
Device allocation.xlsx
160517 Sea-Band Signed Contract (1).pdf
160517 Sea-Band Signed Contract (2).pdf
160517 Sea-Band Signed Contract.pdf
160322_NYSCC_OpAd_Executed Contract.pdf
BOE-STI-8 2016.01.pdf
BOE-STI-8 2016.02.pdf
BOE-STI-8 2016.03.pdf
BOE-STI-8 2016.04.pdf
BOE-STI-8 2016.05.pdf
BOE-STI-8 2016.06.pdf
Stiolto_CMH_2016.08.pdf
Stiolto_CMH_2016.09.pdf
Stiolto_CMH_2016.10.pdf
Stiolto_CMH_2016.11.pdf
Stiolto_CMH_2016.12.pdf
151207 Symbicort Contract Expansion & Extension.pdf
160224 AstraZeneca Symbicort Contract.pdf
160323 AZ Symbicort Revised 2nd Flight (Feb) Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (3).pdf
160610_SynviscOne_Contract.pdf
160610_SynviscOne_Contract (1).pdf
160610_SynviscOne_Contract (2).pdf
160610_SynviscOne_Contract.pdf
160118_Akrimax_Tirosint_Contract_Signed.pdf
160627_Akrimax_Tirosint_Amendment_Cancellation_Signed.pdf
160324_Horizon_Pharma_MSA_Vimovo_Wallboard_SOW_Signed (1).pdf
160411_Horizon_Pharma_Vimovo_Tablet_SOW_Signed.PDF
Xulane IO 07.2016 - 10.2016.pdf
160706_Lemtrada_Contract_Executed.pdf
160706 Simponi UC 2016 Executed Contract.pdf
160706 Stelara CD 2016 Executed Contract.pdf
UM Signed Agreement.pdf
2016 Replens Executed Contract 160715.pdf
160720 Xarelto 2016 Executed Contract.pdf
ContextMedia_Contract Addendum Template_01012015.docx
ContextMedia_Contract_Template_01012015.docx
160906_Belviq_Contract_Amendment.pdf
ContextMedia, Inc - PWO (Rozerem NPS Program)v3.docx
NPS Program Proposal.docx
NPS SOW (NPS Incentive).docx
NPS SOW Template.docx
Xarelto.pdf
CMH Abbvie HCV 2015 Office Locations.docx
CMH Abbvie HCV 2015 Office Locations.pdf
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie HCV 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira Derm 2015 Office Locations.docx
CMH Abbvie Humira Derm 2015 Office Locations.pdf
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.docx
CMH Abbvie Humira Derm 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie Humira RA 2015 Office Locations.docx

CMH Abbvie Humira RA 2015 Office Locations.pdf
CMH Abbvie Humira RA 2015 Office Locations_Jan-Feb Old Contract #.pdf
CMH Abbvie_Humira PsA Location list 2015.docx
CMH Levemir & Novolog Office Locations_Jan 2015.xlsx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Levemir 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH Novo Nordisk Levemir 2015 Office Locations.docx
CMH Novo Nordisk Levemir 2015 Office Locations.pdf
CMH Novo Nordisk NNI Hispanic Levemir 2015 Office Locations NEW CONTRACT#6148.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.docx
CMH Novo Nordisk Novolog 2015 Office Locations NEW CONTRACT # NNI 794.pdf
CMH Novo Nordisk Novolog 2015 Office Locations.docx
CMH Novo Nordisk Novolog 2015 Office Locations.pdf
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.docx
CMH Novo Nordisk Victoza 2015 Office Locations NEW CONTRACT# NNI 794.pdf
CMH_AbbVie All Brands Location List_150204.xlsx
Novo Nordisk Saxenda Contract #6345 2015 Office locations.docx
2016 DTC National and 2015 PEPP National Sponsorship Contract-signed 9.22.15.pdf
EPharma Conference NYC Feb 2015.PDF
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2016.06.21.xlsx
2017.03.22.xlsx
2017.03.28.xlsx
2017.03.31.xlsx
2017.04.05 Period Revenue Flat File.xlsx
2017.04.12.xlsx
2017.04.19.xlsx
2017.04.21 Opportunity Review.xlsx
2017.04.26.xlsx
2017.05.03 Booking.xlsx
2017.05.03.xlsx
2017.05.10 Update.xlsx
2017.05.10.xlsx
2017.05.16.xlsx
2017.05.24.xlsx
2017.06.21.xlsx
2017.06.27.xlsx
2017.07.31.xlsx
2017.08.08.xlsx
2017.08.17.xlsx
2017.09.18 Q4 SSO to Rev.xlsx
2017.09.29 Revenue Pacing.xlsx
2017.10.. Revenue Pacing.xlsx
2017.10.09 Revenue Pacing.xlsx
2017.10.23 Revenue Pacing.xlsx
2017.11.06.xlsx
2017.11.29 Agency, Brand and Manuf (2016+2017).xlsx
2017.6.17.xlsx
2018 Pipeline 20171222 1500.xlsx
2018 Pipeline 20171224 0700.xlsx
3Q17 Revenue Delta from 8.17.2017.xlsx
4Q17 Walk 20170917 PM.xlsx
Revenue Pacing 2017.09.25.xlsx
RevenueFileBackfill.xlsx
CONTEXTMEDIA NNI-FLEXPEN 511-223-3 PO 13 9-30 -- to be signed.pdf
ContextMedia#964521-CIME-Novolog-V091913.pdf
IMS Research Study - Novo Nordisk Sample List and DHN List Summaries 100213.pdf
Nielsen Arbitron Research Agreement.pdf
SOW - Novolog Analysis August 2013 (1).pdf
ZS Associates_Qysmia_04172013.pdf
2014 Sponsorship Campaigns with Research Studies.xlsx
Caroll Media DOOH Audit July 2014 (revised 8-1-14).pdf
Carroll Media Simponi Aria Recheck-CM Agreement 10-2014-signed.pdf
ContextMedia#1023519-IMS Health HCP Patient Analysis_ signed 110314.pdf
Crossix NovoLog ReAnalysis 9.19.2013 964521.pdf
Crossix Victoza and Victoza Hispanic Mkt Research Study_Signed_Feb 2014.pdf
Crossix Victoza POC signed April 2014.pdf

IMS 1017970-Abilify  09-10-14-signed (1).pdf
IMS Bayer Contour Program 1.28.2014.pdf
IMS Invokana Digital Programming 1017128 9.2.2014.pdf
IMS Pradaxa 1014326 8.12.2014.pdf
IMS Pradaxa 991388 2.19.2014.pdf
IMS Pradaxa Local Subnational Consulting 1001809 .pdf
IMS Qsymia Prescriber Promotion response 3.20.2014.pdf
IMS Xeljanz 1014785 signed 8.2014.pdf
IMS Xeljanz Study SOW_Signed Jan 2014.pdf
Nielsen Benlysta Study SOW Contract 258532.pdf
Nielsen Simponi advertising effectivenice amendment Nov 2014.pdf
Symphony Health - Victoza (Novo Nordisk) Physician ROI SOW October 2014 Signed.pdf
Crossix Multiple POC reports 2015 signed 3.6.15.pdf
Crossix_ContextMedia Data Agreement - signed 3.9.15.pdf
Data use agreement Opp# 1068574 .pdf
Decode SOW - Apr 22 2015_Signed.pdf
IMS Opp# 1037087 2015.pdf
IMS Opp# 1055937.pdf
IMS Opp# 1056642-MediaInnovations V05142015.pdf
IMS Opp# 1059509 Rayos Opp V 061715.pdf
IMS Opp# 1060776-Januvia-R062515-udpated.pdf
IMS Opp# 1062134-Medtronic-updated time period.pdf
IMS Opp# 1064356-Anoro-0715.pdf
IMS Opp# 1064753-ROIs- v072415.pdf
IMS Opp# 1064853-Invokana.pdf
IMS Opp# 1065069-Symbicort0715.pdf
IMS Opp# 1065820 - Invokana15 IMS signed 8.26.15 (1).pdf
IMS Opp# 1068574 .docx
IMS Opp# 1077718 Signed 11.4.15.pdf
IMS Opp# 1079310-Eliquis Update-102815_SIGNED.pdf
IMS Opp# 1081985-HCPS_SIGNED.pdf
IMS Opp# 1084021_SIGNED 2015.pdf
IMS Opp# 1084249-Afrezza-113015_SIGNED.pdf
IMS Opp# 1085546-Anoro & Tanzeum -120415_SIGNED.pdf
IMS Opp# 1085588-Movantik-120415 (1)_SIGNED.pdf
IMS Opp# 1085591-Auvi-Q-120415_SIGNED.pdf
IMS Opp# 1085896-Atripla-120415_SIGNED.pdf
IMS Opp# 1086278-Edarbi-120715_SIGNED.pdf
IMS Opp# 1087197-Pradaxa-121615_SIGNED.pdf
IMS Opp# 1088495-Xeljanz-121615 (1)_SIGNED.pdf
IMS Opp# 1089230-Belsomra & Merck 12.28.15_SIGNED.pdf
IMS Opp#1055213 for invoice 4072118890 reports delivered in May.pdf
IMS Opp#1055937 (2) .pdf
IMS Opp#1061518-NamendaXR signed 6.30.15.pdf
IMS Opp#1068205- Belsomra Unbranded  082415-signed (1).pdf
IMS Opp#1071049 LTV Brillitex-092515-Signed.pdf
IMS Opp#1073682-Belsomra-100115 - add on to 1068205.pdf
IMS Opp#1073683-Tanzeum-100115_SIGNED (1).pdf
IMS Opp#1077869-Zetia-Vytorin-102115_SIGNED.pdf
IMS Opp#1078526-Tirosint-102315_SIGNED.pdf
IMS Opp#1079323-Farxiga-102815_SIGNED.pdf
IMS Opp#1081300-Prolia Update-111015_Signed.pdf
IMS Opp#1081857-Linzess-111315_SIGNED.pdf
Nielsen Simponi Aria renewal 8.5.15.pdf
TUV Rheinland quote 62108325.pdf
1061518 IMS_ContextMedia_Promo Return NRx_Namenda XR_February 2015_Results_July 2015.pptx
1065090 Dec 2015 delv. IMS_ContextMedia_Promo Return_Simponi Aria_January 2015_Results_Dec 2015.pptx
1065090 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Jan and Jul 2015_Results_December 2015.pptx
1065090 delivered Feb 2016 IMS_ContextMedia_Promo Return_Namenda XR_Feb-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Brintellix_May 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Harvoni and Sovaldi_Jan-Jul 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Levemir_January-April 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_NovoLog_January 2015_Results_September 2015 (1).pptx
1065090 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_October 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_September 2015.pptx

1065090 IMS_ContextMedia_Promo Return_Tecfidera_Jan-Jun 2015_Results_January 2016.pptx
1065090 IMS_ContextMedia_Promo Return_Tradjenta_May 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Victoza_January 2015_Results_September 2015.pptx
1065090 IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_January 2016.....pptx
1065090IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_September 2015.pptx
1079310 11.9.15 - IMS_ContextMedia_Promo Return_Eliquis_April 2015_Results_November 2015.pptx
1079323 11.11.15 - IMS_ContextMedia_Promo Return_Farxiga_January 2015_Results_November 2015.pptx
1084021 2015 Deliverable Tirosint Physician Research List_CMH_10.15.15.xlsx
1084248 Dec 15 Delv. Afrezza .pptx
1085546 Delivered 12.2015 IMS_ContextMedia_Promo Return_Tanzeum_April 2015_Results_December 2015.pptx
1085546 Delivered Dec 2015 IMS_ContextMedia_Promo Return_Anoro Ellipta_Jan-Apr 2015_Results_December 2015.pptx
1085588 Dec 15 - Movantik Deliverable.pptx
1085591 Dec 15 - IMS_ContextMedia_Promo Return_Auvi-Q_May-Oct 2015_Results_December 2015.pptx
1085896 Dec 15 - IMS_ContextMedia_Promo Return_Atripla_Jul 2015_Results_December 2015.pptx
1086278 Dec 15 - IMS_ContextMedia_Promo Return_Edarbi_July 2015_Results_December 2015.pptx
1087197 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (2).pptx
1089230 delivered 1.13.16 - IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Early Read Results_Janua..pptx
1.ContextMedia#1055213-WO-Anoro NRx.pdf
2.ContextMedia#1055213-WO-Invokana NRx- 6 month pretest.pdf
3.ContextMedia#1055213-WO-Levemir NRx.pdf
4.ContextMedia#1055213-WO-Farxiga NRx.pdf
5.ContextMedia#1055213-WO-Victoza NRx.pdf
6.ContextMedia#1055213-WO-Gilenya NRx 6 month pretest.pdf
7.ContextMedia#1055213-WO-Novolog NRx.pdf
8.ContextMedia#1055213-WO-Pradaxa NRx.pdf
9.ContextMedia#1055213-WO-Sovaldi-Harvoni NRx.pdf
2015 IMS Study Summary 8.24.15 R1.xlsx
IMS Opp# 1065090-ROIAnalysis Signed 8.24.15.pdf
4072123061.pdf
4072123062.pdf
4072123063.pdf
4072123496.pdf
4072123780.pdf
4072123869.pdf
4072123870.pdf
4072123949.pdf
4072123979.pdf
4072124176.pdf
4072124192.pdf
4072124364_Context Media 1071221.pdf
4072124570.pdf
4072124590.pdf
4072124704.pdf
4072126174.pdf
4072126329.pdf
4072126351.pdf
4072126409.pdf
4072126410.pdf
4072126412.pdf
4072126416.pdf
4072126971.pdf
4072126973.pdf
4072127215.pdf
4072127385.pdf
4072127387.pdf
4072127390.pdf
4072127391.pdf
4072127399.pdf
4072127860.pdf
4072128111.pdf
4072128215.pdf
4072128280.pdf
4072128299.pdf
4072128314.pdf
4072128521.pdf
4072128552_Context Media 1084021.pdf
4072128581.pdf

4072128844.pdf
4072128847.pdf
4072128848 (1).pdf
4072128848.pdf
4072128849.pdf
4072128850.pdf
4072128851.pdf
4072128852.pdf
4072128854.pdf
4072129077.pdf
4072129462.pdf
4072130279.pdf
IMS 7534 A membership expense.pdf
IMS invoices 10-1-15 to 1-24-2016.xlsx
IMS Membership Expense 7535.pdf
INVOICE-4072127016.pdf
1092035 - IMS Prolia-011416 (1)_SIGNED.pdf
1092036 IMS SOW - signed 1.18.16.pdf
1092037 IMS SOW signed 1.18.16.pdf
1092038 IMS SOW - signed 1.18.16.pdf
1092039 IMS SOW - signed 1.18.16.pdf
1092040 IMS SOW - signed 1.18.16.pdf
1092041 IMS SOW_SIGNED.pdf
1092042 IMS SOW - signed 1.18.16.pdf
1092070 IMS SOW - signed 1.18.16.pdf
1093533-Belsomra-010816_SIGNED.pdf
1096679 IMS SOW-HCPS-01.20.16.pdf
1096707 IMS SOW-Entyvio-011916_SIGNED.pdf
1098551 IMS SOW -Levemir-012716_SIGNED.pdf
1098595 IMS SOW -Movtantik-012816_Signed.pdf
1099644 IMS SOW Tanzeum-020216_SIGNED.pdf
1100271 IMS SOW-Zetia-Vytorin-020316_SIGNED.pdf
1100589 IMS SOW-Prezcobix-020416_SIGNED.pdf
1100589 Prezcobix Product List 2.8.16 vsend.xlsx
1116989-Jardiance-0416_filled.pdf
2016 SOW Listing.xlsx
Backfill Template.xlsx
Nielsen Contract 258532.pdf
Nielsen Contract 274540.pdf
TPA 44635.0 AbbVie-30064 SB1_2016-01-26.pdf
TPA Agreement No.- 00044635.0 IMS.pdf
1087197 - JAN 2016 IMS_ContextMedia_Promo Return_Pradaxa_Jan-Jun 2015_Results_January 2016 (1).pptx
1092036 IMS_ContextMedia_Promo Return_Brintellix_May 2015_Results_January 2016.pptx
1092037 IMS_ContextMedia_Promo Return_Entyvio_Sep 2015_Final Results_January 201....pptx
1092038 IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_January 2016.pptx
1092042 IMS_ContextMedia_Promo Return_Repatha_Oct 2015_Results_February 2016.pptx
1092070IMS_ContextMedia_Promo Return_Contrave_Nov 2015_Results_January 2016.pptx
1093533 IMS_ContextMedia_Promo Return_Belsomra_Sep 2015_Final Results_January 2016 (1).pptx
1098595 IMS_ContextMedia_Promo Return_Movantik_Sep-Oct 2015_Results_January 2016....pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.pptx
IMS_ContextMedia Health_Promo Return_Grastek_Nov 2015_Results_May 2016.xlsm
IMS_ContextMedia Health_Promo Return_Synvisc-One_Oct 2015_Results_May 2016.pptx
ROI 01 Total Witers synvisc.xls
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Eliquis_Apr 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Jardiance_Sep 2015_Results_May 2016.xlsm
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.pptx
IMS_ContextMedia_Promo Return_Xeljanz_Jan-Mar 2015_Results_May 2016.xlsm
1149366 - ContextMedia SOW HCPS Opp1149366 Oct2016 FE.pdf
1198289 - Outcomes Health SOW #1198289 June 2017-June 2018 FE SMART.PDF
1202093 - Outcome Health SOW #1202093 Pres Prof Jly-Spt 2017 FE.pdf
1208430 - Outcomes SMART Signed SOW Opp #1208430 -BO.pdf
150904_Takeda_Contrave_Contract_Executed.pdf
151105_Neulasta_SOW (1).pdf
ContextMedia#1120812-Vimovo-0516.pdf
ContextMedia#1129651-Nuedexta-0716.pdf

Source Healthcare Analytics - Context_Media_SHA_SOW_02 - CO 1 - Fully Signed.pdf
2017 Pause_Cancel Requests with Market Research Requirements.xlsx
YTD ROI Review (IMS) - August 2017.xlsx
YTD ROI Review (IMS) - July 2017.xlsx
YTD ROI Review (IMS) - June 2017.xlsx
YTD ROI Review (IMS) - September 2017.xlsx
1096 - SOW Myrbetriq- OP#1082783 - OH Contract #1096- MH SIGNED - 10.30.17.pdf
275 - OutcomeHealth_1082783-Trintellix_XPO_PD_WO_12-12-17_v3-SIGNED.pdf
570 - IQVIA SOW - Rozerem 2017 NPS (fully executed)-signed.pdf
623 - SOW 1082783-WO-Pneumovax 23-1017 Signed .pdf
682 & 919 & 1187 - ContextMedia#1082783-WO-Pradaxa-1117-SIGNED.pdf
700 - SOW Breo 2H 2017 Opp 1082783-APPROVED SOW 10-6-17 .pdf
716 - SOW 1082783- Prezcobix-0917 - SIGNED SOW.pdf
718 - FULLY EXECUTED_SHA_MEDIA_Data_Access_Agmt_K -Kisqali (Ribo) (1).pdf
725 - 12.01.2017 OutcomeHealth #1082783 -Novolog Refresh WO 12-1-17-Signed.pdf
725 - OH#1082783 Novolog Phased Approach  09-21-17 Signed.pdf
726 - ContextMedia#1082783-WO-Victoza and Tresiba-1117 Signed.pdf
745 - Source Healthcare  SHA SOW 01 Media ROI Analysis 080817 CL-8.14.17 Signed RO.pdf
763 -Zostavax_signed_SOW_2017_12_04.pdf
793 - SOW 1082783-SOW-Promius Derm-0917.pdf
858 - Outcomehealth 1082783 - WO - Afrezza - Signed -First Read.pdf
876 - SOW 1082783- QIMS SOW-Relistor -Signed.pdf
904 - SOW OH Xifaxan 2017 OP 1082783 Contract # 904-Signed.pdf
956 - Dulera Signed WO - Source Analytics.pdf
1082783 - 12.07.2017 Full Instant Adherence Database 12-7-17.pdf
1082783 - Prescriber Profiler -WO-PP-0118-1218-Fully Executed.pdf
1082783 Health Ratings - Outcome Health Signed Sow - Dec'17 - OP# 1082783v2.pdf
1082783 Xponent Data Delivery - Signed SOW - Dec'17-OP#1082783v2 Executed.pdf
1222018 Prescriber Profiler - SOW Pres Prof Q42017 FE October 2017.pdf
1233630 - 12.01.2017 ContextMedia#1233630-Prof Matching Org Matching 1217_Signed.pdf
1005 - AccentHealth V8 Ad Impact report_Final 6.1.17 Follow Ups.pptx
1037 - Gerber Grow Up Results_8.18.17.pptx
1068 - LG Deck - Final.pptx
1096 - 12.31.2017 QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1096 - QuintilesIMS_Outcome Health_Promo Return_Myrbetriq_Jul 2017_Results_December 2017.pdf
1132_1134 - Repatha_QIMS_Repatha_091817.pdf
127 - Vectra DA Final Results.pptx
1340 - Final Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2) (1).pdf
1340 - ROI Results Xeljanz_QuintilesIMS_AccentHealth_Promo Return_Xeljanz_Jan - Dec 2016_Results_FINAL (2).pdf
1714 - MilkPEP Ad Effectiveness Report 12.7.17.pptx
180 - Contour_v1.pptx
208 - QuintilesIMS_Outcome Health_Promo Return_Xeljanz_Jan-Dec 2016_Results_June 2017 (1).pptx
231 - PACING Amitiza Raw IMS Results_QuintilesIMS_ContextMedia Health_Promo Return_Amitiza_Jul 2016_Results_Novemb
262 - IMS_ContextMedia Health_Promo Return_Premarin Vaginal Cream_Mar 2016_Results_September 2016 - Final.pdf
275 - Trintellix_030117.pptx
280 - Horizon - Vimovo _ Duexis Nov 2016 (2).pptx
491 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1) (2).pptx
570 - 09.28.2017 Rozerem Campaign Client Summary 9.28.17.pdf
570 - 12.2017 Results Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017.pdf
576 - Promius_Zembrace_DermFranchise_09052017.V3.pptx
617 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017.pdf
621 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
623 - QuintilesIMS_Outcome Health_Promo Return_Pneumovax 23_Feb - Mar 2017_Results_November 2017.pdf
630 & 1108 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2 (1).pptx
655 - IQVIA_Outcome Health_Promo Return_Tradjenta_Jan-Oct 2017_Results_December 2017.pdf
657 - Omnipod Results_6.15.17.pptx
668 - Ibrance_OH_Ibrance_Update_091217_Carat_REV.pdf
682 - Pacing Pradaxa_050517 (1).pptx
682 - PACING Pradaxa_050517 (2).pptx
682 & 919 & 1187 - 12.2017 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan – Sept 2017_Results_December 2017.
684 & 999 - IQVIA_Outcome Health_Promo Return_Stiolto Respimat_Jan - May 2017_Results_December 2017.pdf
700 - QuintilesIMS_Outcome Health_PromoReturn_Breo Ellipta_Jan-Apr2017_Results_October 2017.pdf
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017.xlsx
716 - OH_Prezcobix_ROI_Calc_Jan_Aug2017_additionalslideV1.0-FINAL.pptx
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017 Updated ROI.pdf
716 - QuintilesIMS_Outcome Health_Promo Return_Prezcobix_Jan-Apr 2017_Results_October 2017.pdf
719 - Final Deck - Watchman.pdf

724 - December 2017 QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan - Jun 2017_Results_December 2017.pdf
724 - PACING Saxenda_QuintilesIMS Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 MH.pp
724 - QuintilesIMS_Outcome Health_Promo Return_Saxenda_Jan-Jun 2017_Results_September 2017 wVictoza-Tresiba FINAL.
726 - 11.2017 - QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_November 2017.pdf
726 - Victoza_QuintilesIMS_Outcome Health_Promo Return_Victoza_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
727 - Tresiba_QuintilesIMS_Outcome Health_Promo Return_Tresiba_Jan 2017_Follow-up Results_July 2017 FINAL.pdf
733 - Trulicity_053017_vNH.pptx
735 - PACINGViberzi_OH_Viberzi_073117.pptx
747 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17.pptx
758 - QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
763 - IQVIA_Outcome Health_Promo Return_Zostavax_Aug 2016-Jul 2017_Results_December 2017.pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
819 - Aspercreme Results_8.18.17.pptx
827 - Celebrex - QuintilesIMS_Outcome Health_Promo Return_Celebrex_Feb 2017_Results_October 2017.pdf
827 - Norvasc - QuintilesIMS_Outcome Health_Promo Return_Norvasc_Feb 2017_Results_October 2017.pdf
858 - PACING Afrezza_090717.pptx
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
919 - Pradaxa_050517 (3).pptx
948 - Copy of QuintilesIMS_BOTH_AH_OH_Belsomra_071917(1).pptx
961 - AccentHealth Claritin Kids Ad Impact_Final 6.25.17 (1).pptx
974 - Dexcom Working 090717_Final.pdf
976 - Ibrance_OH_Ibrance_Update_091217_Carat_REV (1).pdf
980 - QuintilesIMS_Outcome Health_Promo Return_Jardiance_Feb - Jun 2017_Results_December_Jan 2018 Price Updates.pdf
982 - BMS_Future Growth Opti Plans_BMS_8.31_NH edits v2.pptx
985 - AccentHealth Pedialyte Ad Impact report FINAL_3 22 17 rev.pptx
997 - IQVIA_Outcome Health_Promo Return_Spiriva_Jan - Jun 2017_Results_December 2017 (2).pdf
998 - Outcome Health_Stelara POC Feasibility.xlsx
QuintilesIMS_Outcome Health_Promo Return_Belsomra_Jan - Jul 2017_Results_October 2017.pptx
ANCOVA 00 Total HCPs Cloderm.xls
ANCOVA 01 Total Writers Cloderm hist.xls
OH Cloderm descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Promiseb and Promiseb Complete.xls
ANCOVA 01 Total Writers Promiseb hist.xls
OH Promiseb descriptive stat report_Update20170922.xlsx
ANCOVA 00 Total HCPs SERNIVO.xls
ANCOVA 01 Total Writers SERNIVO hist.xls
OH Sernivo descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Trianex.xls
ANCOVA 01 Total Writers Trianex hist.xls
OH Trianex descriptive stat report_update20170922.xlsx
ANCOVA 00 Total HCPs Zembrace Symtouch.xls
ANCOVA 01 Total NRx Writers histogram.xls
OH Zembrace descriptive stat report_update20170922.xlsx
12.2017 - Ad Awareness & Impact Research Project List .xlsx
09.05.2017 - OH Monthly Financial Report DELIVERED 5th Sep 2017_Claire Check_Final.xlsx
10.03.2017 - OH Monthly Financial Report DELIVERED Through September 10032017_10.9.17_Final Claire Check.xlsx
11.01.2017 - OH Monthly Financial Report - October 2017.xlsx
12.01.2017 - OH Monthly Financial Report November 2017 DELIVERED 12012017-MP Edits.xlsx
12.19.2017 - OH Monthly Financial Report DELIVERED 12192017.xlsx
12.28.2017 - OH Monthly Financial Report DELIVERED 12282017.xlsx
IMS Total Billings 10.01.2016-07.31.2017.xlsx
IMS Total Billings 10.01.2016-12.31.2017.xlsx
S-ContextMedia Health Reseller Agreement- vF RETAINER.pdf
S-ContextMedia Health#1082783-Blended Services and Xpo vF - RETAINER AGREEMENT.pdf
170711_BMS_Monthly Deployed Device Counts.xlsx
2013 - 2016 Revenue Summary (10.23).xlsx
2013 - 2016 Revenue Summary (12.12).xlsx
2013 - 2016 Revenue Summary (12.15).xlsx
2013 - 2016 Revenue Summary (4.10.2017).xlsx
2013 - 2016 Revenue Summary (Aug).xlsx
2014 - 2016 Revenue Summary AH and OH.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
All Memos as of 12.1.17.zip

BMS Credit Memo Calculation (Final).xlsx
DRAFT - TO BE UPDATED - AR as of 12-21_12.25.17.xlsx
Dykema Contract Review.zip
IMS Performance Measurment Rate Card.xlsx
Revenue - Fulfillment Requirement Overview.xlsx
Revenue - Period Data.xlsx
Target Health AR.xlsx
2014 sales.xlsx
Sponsorship Revenue 2014 _April.xlsx
Sponsorship Revenue 2014 _August.xlsx
Sponsorship Revenue 2014 _December.xlsx
Sponsorship Revenue 2014 _January-February.xlsx
Sponsorship Revenue 2014 _July.xlsx
Sponsorship Revenue 2014 _June.xlsx
Sponsorship Revenue 2014 _March.xlsx
Sponsorship Revenue 2014 _May.xlsx
Sponsorship Revenue 2014 _October.xlsx
Sponsorship Revenue 2014 _September.xlsx
Total Revenue by Billed Agency and Client_2014.xls
2015 Revenue Final Post Audit_3.23.2016.xlsx
2015 Revenue Final.xlsx
Billing & Revenue_11_November 2015.xls
Revenue YTD .xlsx
Revenue_01.0_January 2015.xlsx
Revenue_01.1_January 2015_v1.xlsx
Revenue_01.2_January 2015_v2.xlsx
Revenue_02_February 2015.xlsx
Revenue_03_March 2015.xlsx
Revenue_04_April 2015.xlsx
Revenue_05_May 2015.xlsx
Revenue_06_June 2015.xlsx
Revenue_07_July 2015.xlsx
Revenue_08_August 2015.xlsx
Revenue_09_September 2015.xlsx
Revenue_10_October 2015.xlsx
2015-11_November_Billing_Revenue_DR_2015.xls
2015-12_December_Billing_Revenue_DR_2015.xls
2016 - Combined Monthly Files - Brand and Manuf Scrub.xlsx
2016 Deferred Revenue - 2017 Recognition.xlsx
2016 Revenue - Prelim.xlsx
2016 Revenue By Device.xlsx
2016-01_January_Billing_Revenue_DR_2016.xlsx
2016-02_february_billing_revenue_dr_2016 (Brad Purdy's conflicted copy 2016-03-21).xls
2016-02_february_billing_revenue_dr_2016.xls
2016-03_March_billing_revenue_dr_2016.xls
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016.xlsx
2016-09_September_billing_revenue_dr_2016.xlsx
2016-10_October_billing_revenue_dr_2016.xlsx
2016-11_November_billing_revenue_dr_2016.xlsx
2016-12_December_billing_revenue_dr_2016 (Adam Nixon's conflicted copy 2017-01-05).xlsx
2016-12_December_billing_revenue_dr_2016.xlsx
Final 2016 - Tie Out DETAIL.xlsx
Final 2016 - Tie Out.xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2017-01-20).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016 (Sean Alexander's conflicted copy 2017-01-23).xlsx
FINAL_2016-12_December_billing_revenue_dr_2016.xlsx
Rejected Contracted Analysis.xlsx
2016 Contracted Revenue 2016.08.xlsx
2016-06_June_billing_revenue_dr_2016 (Mike McHugh's conflicted copy 2016-07-12).xlsx
2016-06_June_billing_revenue_dr_2016.xlsx
2016-07_July_billing_revenue_dr_2016.xlsx
2016-08_August_billing_revenue_dr_2016 (V2).xlsx
2016-08_August_billing_revenue_dr_2016.xlsx

2016-08_August_billing_revenue_dr_2016-NP COMMISSIONS.xlsx
2016-09_September_billing_revenue_dr_2016_Don't use.xlsx
Live Programs 2011.16.xlsx
2017_PVC Make Good_Context Media_Carat Signed_12.22.16.pdf
Contract 564 - 161014 Tysabri Infusion Site Roll-Out_for Biogen.xlsx
247 IMS_ContextMedia Health_Promo Return_Neulasta_Jan 2016_Results_June 2016.pdf
274 QuintilesIMS_ContextMedia Health_Promo Return_Trintellix_Jul 2016_Results_December 2016.pdf
2016-09_September_billing_revenue_dr_2016 (SS 10.11).xlsx
2016-09_September_billing_revenue_dr_2016.xlsx
2016-04_April_billing_revenue_dr_2016.xls
2016-05_May_billing_revenue_dr_2016.xlsx
2016-06 June Commercial Solutions Revenue.xlsx
2016-07 July Commercial Solutions Revenue.xlsx
2017 Deal Desk Log.xlsx
2017 Master Contract Requirements.xlsx
mid2017_contract_details - Revenue Close Out.xlsx
Revenue Reconciliation - 2017 Audit.xlsx
Revenue Reconciliation - OH and AH.xlsx
2017 January - Delivery Report.xlsx
Actual to Operational 2017.01.31.xlsx
Billing Revenue Deferred 2017.01.31 (Final).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP (Adam Nixon's conflicted copy 2017-03-24).xlsx
Final_Billing Revenue Deferred 2017.01.31_NP.xlsx
Projected to Actual 2017.01.xlsx
Revenue Summary 2017.01 (2017.02.15).xlsx
BMS - Acceptance 2017.01.docx
BMS Calculation.xlsx
2017 Rev - jan Prelim.xlsx
Billing Revenue Deferred 2017.01.31 V2.xlsx
Billing Revenue Deferred 2017.01.31.xlsx
DON'T USE Billing Revenue Deferred 2017.01.xlsx
DONT USE_01-January-2017-Billing Revenue Deferred.xlsx
DONT USE_Billing Revenue Deferred 2017.01 (Adam Nixon's conflicted copy 2017-02-03).xlsx
2017 February - Final Delivery Report.xlsx
Actuals YTD.xlsx
Billing Revenue Deferred 2017.02.28 (Final).xlsx
Expected to Actual 2017.02.xlsx
Prelim Revenue 2017.02 V1.xlsx
www.dropbox.com.url
AH 2017 Pipeline Migration.xlsx
Billing Revenue Deferred 2017.02.28.xlsx
2017 March - Final Delivery Report.xlsx
783 - Neulasta Triggyr - Q1'17 - March Billing Detail.xlsx
Billing Revenue Deferred 2017.03.31 (Final).xlsx
Revenue By Device 2017.03.xlsx
BMS 3.31.xlsx
2017 April - Final Delivery Report.xlsx
April 2017 - Rev Rec Consolidation - 20170511.xlsx
April Revenue - By Opportunity Record Type.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
Digital Fulfillment Revenue Support 2017.04.xlsx
MoM - AH and OH.xlsx
MoM - OH.xlsx
2017 May - Final Delivery Report.xlsx
2017.05.24 Preliminary May VLP.xlsx
2017.6.17 VLP.xlsx
April-May MoM Change in Revenue.xlsx
Billing Revenue Deferred 2017.05.31 (Final).xlsx
BMS Credit Memo Calculation (Final).xlsx
BMS Credit Memo Calculation.xlsx
2017 June - Final Delivery Report 07.18.2017.xlsx
2017 June - Final Delivery Report.xlsx
880 - DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video, and Deskt
880 - OH Copaxone Actuals - April-June 2017.xlsx
AH Revenue Rec - 06.2017.xlsx
Billing Revenue Deferred OH & AH - 2017.06.30 (Final).xlsx
BMS Credit Memo Calculation.xlsx

Paused Campaigns with June Revenue - Language Review.xlsx
Pfizer Suspension 6-15-2017.xlsx
SF Report of Reserved Contracts - Contracted but not active June 2017.xlsx
2014-2016 Revenue Brand Analysis.xlsx
2017 Contract Close Out.xlsx
2017 July - Final Delivery Report.xlsx
2017.07.31 - V.LP .xlsx
Billing Revenue Deferred OH & AH - 2017.07.31 (Final).xlsx
BMS Credit Memo Calculation.pdf
BMS Credit Memo Calculation.xlsx
I&A Production Schedule for Sales - 08.10.2017.xlsx
Pfizer Open AR 8.1.17.xlsx
Takeda Revenue 2016-2017.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017 V2.xlsx
2017 August - Final Delivery Report.xlsx
aug_fullfillment_w_contract_no_rev - LP-09112017.xlsx
August 2017 Revenue - Manual Updates.xlsx
Billing Revenue Deferred OH & AH - 2017.08.31 (Final).xlsx
BMS Phase 1 and Phase 2.xlsx
Contracts Campaign Status Review - August 2017.xlsx
Pfizer YTD Fulfillment.xlsx
Revenue by Category - FY14-FY17 2017.08.xlsx
SSO - Summary Opportunities by Month - 8.15.2017.xlsx
Tecfidera 08.2017.xlsx
9.2017 Contract Setup Review.xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final) (Adam's changes 2017-11-14).xlsx
Billing Revenue Deferred OH & AH - 2017.09.30 (Final).xlsx
Billing Revenue Deferred OH & AH - Q4 Forecast.xlsx
BMS - Available to Actual.xlsx
BMS - The Many Flavor's of IRT Count.xlsx
BMS Deep Dive - MoM View (this data can be provided Daily, weekly, etc).xlsx
BMS IRT Exercise.xlsx
BMS Jun - Sep Analysis.xlsx
BMS Q3 Deep Dive (Display).xlsx
BMS Q3 Deep Dive Eligibility-Scheduling.xlsx
BMS Q3 Deep Dive v2.xlsx
BMS Q3 Deep Dive.xlsx
BMS Revenue Summary 2017.09.xlsx
BMS_Sales_Installs_20170929 (1).xlsx
Breo POC 2017 - Contract Set Up.xlsx
Cash Back Items Owed - 09.25.2017.xlsx
Contracts with Market Research Obligations - Audit 09.18.2017.xlsx
Contracts with Measurement Requirements.xlsx
IS Commissions Expense Analysis 20170927.xlsx
Manual Revenue Adjustment - September 2017.xlsx
Pfizer Analysis.xlsx
Pfizer Summary - LP.xlsx
Review of Contracts with Cancelled Campaigns 09.21.2017.xlsx
2017 September - Final Delivery Report.xlsx
September 2017 - Campaign Status Only.xlsx
Abbvie Contracted to Deployed Summary 2017.09.xlsx
Abbvie - October Reserve Calculation.xlsx
Billing 2017.10.xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final) (Jackie Mundrawala's conflicted copy).xlsx
Billing Revenue Deferred OH & AH - 2017.10.31 (Final).xlsx
BMS Revenue Summary 2017.10.xlsx
Cancel-Pause Requests.xlsx
Contracts with Market Research Obligations - 10.31.2017.xlsx
Genentech 10.20.17.xlsx
Measurement 2017 Brands.xlsx
Oct 2017 Revenue - 11.27 Updates.xlsx
October Reserve by Manufacturer.xlsx
Reserve Calculation - October 2017.xlsx
Reserve Summary 2017.10.xlsx
Revenue + Oct Reserve Detail V11.20.xlsx
Revenue by Brand 10.31.2017.xlsx
Revenue Reconciliation - 2017 Audit.xlsx

Topside Revenue Adjustment - 10.31.2017.xlsx
2017 October - Final Delivery Report.xlsx
camp_to_rev_120617 - Contract & Fulfillment thru 10.31.2017.xlsx
2018 Fully Executed Revenue.xlsx
Billing Revenue Deferred OH & AH - 2017.11.30 (Final).xlsx
BMS Revenue Summary 2017.11.xlsx
Cancel-Pause Requests & Makegood.xlsx
Contracted Fulfillment by Month V12.11.2017.xlsx
Contracts Sold or Extended for $0.xlsx
Contracts with Market Research Obligations - 11.30.2017 -MPerez Edits.xlsx
Contracts with Market Research Obligations - 11.30.2017.xlsx
GSK Refund Total 11.7.2017.xlsx
Requests for Pauses and Terminations (fka RAPT) V12.11.2017.xlsx
Source - Requests for Pauses and Terminations (fka RAPT).xlsx
2017 November - Final Delivery Report, no wifi.xlsx
2017 November - Final Delivery Report.(Revised 12.20.17)xlsx.xlsx
November 2017 Rev Calc Support V12202017.xlsx
November Revenue from Rev_Billing File.xlsx
AR Reserve Calculations 12.31.2017.xlsx
Billing Process Update Effective 10.01.2017.pdf
Billing Revenue Deferred OH & AH - 2017.12.31 (Final).xlsx
Contracts with Market Research Obligations - 12.31.2017.xlsx
November - Pauses and Cancellations - Manual Billing Adjustment Support.xlsx
180103_December_FulfillmentReport - do not use.xlsx
180103_December_FulfillmentReport - FINAL.xlsx
1841_Spiriva_YTDfulfillment.csv
dec17_clinics_per_contract.csv
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18 (RC Review) .xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support as of 02.06.18.xlsx
December 2017 Contracted with Fulfillment - Rev Calc Support.xlsx
December 2017 Rev File Adjustment for Delivery.xlsx
December_FulfillmentReport - 12.31.2017.xlsx
fulfillment_718.csv
2016 NPS Contracts.zip
160505 Bayer Contour Contract Amendment - flight dates.pdf
Panasonic Healthcare US-Ascensia Diabetes Care-FULLY EXECUTED #SOW 180 8.3.16 .pdf
4100142295.PDF
Amitza and Dexilant Campaign Continuation Agreement 7.10.17 (1).pdf
Takeda-Brintellix-FULLY EXECUTED IO #275 8.4.16 .pdf
Trintellix Make Good Email Approval.pdf
Trintellix Make-Good Proposal 8.29 .17.pdf
Trintellix, Amitiza, Dexillent Make Good Approval from Ashik, 9.22.pdf
160506_Contrave_Contract_Executed.pdf
160616_Belviq_PO.pdf
160906_Belviq_Contract_Amendment.pdf
Belviq Cash Back Approval Chain.pdf
Belviq NPS Contract-min.pdf
Eisai Belviq Credit Memo Approval.pdf
OH SIGNED_Belviq 2016 NPS Credit_Memo (915).pdf
2017 Contract and Fulfillment by Product and Month.xlsx
2017 Jan to Sep Revenue Audit.xlsx
2017 Reconciliation - Avanir_Onzetra AN V2.xlsx
2017 Revenue and Billing Reconciliation.xlsx
2017_rev_by_master - working.xlsx
2017_rev_by_master.xlsx
978_invokana_fulfillment_revrec.xlsx
Kinetic-TargetHealth - Adam Nixon (V3 1.4.2018).xlsx
Kinetic-TargetHealth - Adam Nixon (V4 1.8.2018).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary (AN).xlsx
Opdivo BMS_AccentHealth+OutcomeHealth_MonthlySummary.xlsx
REV REC Format Example - Abbvie and Northera.xlsx
Summary of the Revenue 2014-2017 (Adam Nixon's conflicted copy 2017-12-18).xlsx
Summary of the Revenue 2014-2017.xlsx
YTD Contracted Revenue to Fulfillment - 09.30.2017.xlsx
YTD Revenue Reconciliation 2017.09 - JACKIE.xlsx
YTD Revenue Reconciliation 2017.09 - LP.xlsx
YTD Revenue Reconciliation 2017.09.xlsx

1. Net Financial Position - FORMAT UPDATE.xlsx
2016 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Abbvie.xlsx
2017 Reconciliation - Avanir_Onzetra AN.xlsx
2017 Reconciliation - Sebela, Brisdelle #1123.xlsx
2017 Reconciliation - Target Health (Jimmy).xlsx
2017 Reconciliation - Target Health (V2 2017.12.19).xlsx
2017 Reconciliation - Target Health (V3 2017.12.20).xlsx
2017 Reconciliation - Target Health.xlsx
2017 TEVA.xlsx
allergan_accounting_report.xlsx
Anthem_Parent_Accting_Report_20171101.xlsx
Atezolizumab_Accting_Report_110117.xlsx
atrium_accting_report_110117.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations.xlsx
BLANK TEMPLATE - Manufacturer Reconciliations2.xlsx
campbells_accting_report.xlsx
clovis_accting_report.xlsx
disneyland_accting_report.xlsx
drexel_accting_report_110117.xlsx
exagen_accting_report_110117.xlsx
genentech_accounting_report.xlsx
goodrx_accounting_summary.xlsx
jennyslifeinsurance_accounting_report.xlsx
kaleo_accounting_summary.xlsx
leo_pharma_accounting_summary.xlsx
Matys_accting_report_110217.xlsx
mvp_healthcare_summary.xlsx
national_fuel_accting_report_110217.xlsx
otsuka_accounting_report.xlsx
panasonic_accounting_summary.xlsx
procure_accting_report.xlsx
roche_pharma_accounting_summary.xlsx
scriptdash_accting_report.xlsx
sun_dermatology_accounting_summary.xlsx
taiho_oncology_accounting_report.xlsx
abbott_accounting_report.xlsx
asset level detail - 1098.xlsx
asset level detail - 1189.xlsx
asset level detail - 986.xlsx
2017 Reconciliation - Abbvie (AN).xlsx
2017 Reconciliation - Abbvie.xlsx
Abbive Payment History 2016-2017.xlsx
AbbVie YTD Manufacturuer Summary 09.30.2017.xlsx
Asset ID Fulfillment - 705.xlsx
Asset ID Fulfillment - 706.xlsx
Asset ID Fulfillment - 707.xlsx
Asset ID Fulfillment - 708.xlsx
Asset ID Fulfillment - 751.xlsx
Asset ID Fulfillment - 953.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
acadia_accounting_report.xlsx
asset level detail - 1704.xlsx
allergan_accounting_report.xlsx
asset level detail - 1163.xlsx
asset level detail - 669.xlsx
asset level detail - 735.xlsx
asset level detail - 852.xlsx
asset level detail - 993.xlsx
alzheimers_accounting_report.xlsx
asset level detail - 936.xlsx
asset level detail - 941.xlsx
amgen_accounting_report (1).xlsx
amgen_accounting_report.xlsx

asset detail contract 737.xlsx
asset level detail - 1094.xlsx
asset level detail - 1132.xlsx
asset level detail - 1134.xlsx
asset level detail - 739.xlsx
asset level detail - 740.xlsx
asset level detail - 989.xlsx
asset level detail - 992.xlsx
asset level detail 742.xlsx
asset level detail - 1096.xlsx
Astellas_Accting_Report.xlsx
2017 Reconciliation - AstraZeneca.xlsx
asset level detail - 1000.xlsx
asset level detail - 1082.xlsx
asset level detail - 599.xlsx
asset level detail - 600.xlsx
asset level detail - 801.xlsx
asset level detail - 849.xlsx
asset level detail - 901.xlsx
asset level detail - 928.xlsx
asset level detail - 958.xlsx
asset level detail - 960.xlsx
AstraZeneca 2017 Reconciliation V3 - LP.xlsx
AstraZeneca 2017 Reconciliation V3.xlsx
astrazeneca_accounting_summary (1).xlsx
astrazeneca_accounting_summary.xlsx
astrazeneca_asset_detail_779.xlsx
astrazeneca_asset_detail_785.xlsx
astrazeneca_asset_level_782.xlsx
astrazeneca_detail_778.xlsx
BPA Report Lynparza 09-2017.pdf
Dykema 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
2017 Avanir Onzetra Delivery Report.xlsx
asset level detail - 1204.xlsx
avanir_accounting_summary.xlsx
asset level detail - 1689.xlsx
asset level detail - 643.xlsx
asset level detail - 677.xlsx
asset level detail - 711.xlsx
asset level detail - 825.xlsx
asset level detail - 961.xlsx
asset level detail - 965.xlsx
asset level detail - 966.xlsx
asset level detail - 970.xlsx
asset level detail 747.xlsx
Bayer 2017 Reconciliation V3.xlsx
Bayer Manuf Reconciliation 2017.09.xlsx
AccentHealth Claritin Location List HIS PED.xlsx
AccentHealth Claritin Location List PED.xlsx
Context Media Locations.xlsx
ContextMediaMiralaxLocationList17vSend (3).xlsx
Miralax target list AH (1).xlsx

ContextMedia Targeting for McNerney (1)OAD.xlsx
Copy of AccentHealth OAD PNV Sep 2016 Direct Mail w Sample Targeting for McNerney CONFIDENTIAL 9.29.2016.xlsx
Audit Cover - Bayer OTC_Claritin Peds (AH).docx
Audit Cover - Bayer OTC_Claritin Peds (OH) .docx
Audit Cover - Bayer OTC_MiraLAX (AH) .docx
Audit Cover - Bayer OTC_MiraLAX (OH) .docx
Audit Cover - Bayer OTC_One-A-Day (AH).docx
Audit Cover - Bayer OTC_One-A-Day (OH).docx
2017_Bayer_OTC_Targeting_Delivery_Summary (4).xlsx
Bayer OTC Delivery Report 2017.xlsx
2017_Bayer_OTC_Clinic_Device_ID.xlsx
2017_TargetHealth_OH_BayerOTC_HCP_File_Client.xlsx
Bayer-Claritin-(OH)_MASTER - FULLY EXECUTED IO #747_ 2.1.17 .pdf
Bayer-Claritin_Peds_OH_Q2_2017_ADDENDUM FULLY EXECUTED (881).pdf
Bayer-Miralax (AH) 2017 (965).pdf
Bayer-Miralax (OH) FULLY EXECUTED IO #711 2.2.17 .pdf
Bayer-One-A-Day (OH) FULLY EXECUTED IO 677 .pdf
Children's Claritin 2017 (AH) IO rev 1 (961) (1).pdf
One A Day (AH) 2017 (970).pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
asset level detail - 127.xlsx
asset level detail - 784.xlsx
asset level detail - 807.xlsx
asset level detail - 838.xlsx
Biogen Pharma Reconciliation 2017.09 (1).xlsx
Biogen Pharma Reconciliation 2017.09.xlsx
Net Financial Position, Biogen Contract 127.xlsx
Tecfidera Reconciliation 2017.09.xlsx
asset level detail - 949.xlsx
blue_cross_accounting_summary.xlsx
Asset ID Fulfillment Support - 1187.xlsx
Asset ID Fulfillment Support - 1637.xlsx
Asset ID Fulfillment Support - 1796.xlsx
Asset ID Fulfillment Support - 617.xlsx
Asset ID Fulfillment Support - 655.xlsx
Asset ID Fulfillment Support - 682.xlsx
Asset ID Fulfillment Support - 684.xlsx
Asset ID Fulfillment Support - 980.xlsx
Asset ID Fulfillment Support - 997.xlsx
Asset ID Fulfillment Support - 999.xlsx
BOE Payment History 2016-2017.xlsx
Boehringer Ingelheim Reconciliation 2017.09.xlsx
Net Financial Position, Boehringer Ingelheim.xlsx
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv

CM-TradjentaBroch032917-TrackingNo.xlsx
asset level detail - 757 .xlsx
Boiron - Manufacturer Reconciliations 2017.09.xlsx
2017 Reconciliation - Boston Scientific (AN).xlsx
asset level detail - 1004.xlsx
asset level detail - 719.xlsx
asset level detail - 750.xlsx
boston_scientific_accounting_report.xlsx
2017 Reconciliation - Bristol-Myers Squibb.xlsx
BMS Payment History 2016.xlsx
BMS Payment History 2017.xlsx
bms_accounting_report.xlsx
Office ID Support - 982.xlsx
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Contract 13823.pdf
982_983 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Contract 14316.pdf
982_983 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Contract 14318.pdf
982_983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Contract 14321.pdf
asset level detail - 1059.xlsx
asset level detail - 755.xlsx
cdc_accounting_report.xlsx
2017 Reconciliation - Celgene.xlsx
Asset ID Fulfillment - 619.xlsx
Asset ID Fulfillment - 620.xlsx
Asset ID Fulfillment - 971.xlsx
celgene_accounting_summary.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
asset level detail - 1029.xlsx
asset level detail - 1743.xlsx
centers_for_medicaid_accting_report_110117.xlsx
asset level detail - 1047.xlsx
Childrens_healthcare_of_atl_accting_report.xlsx
asset level detail - 1118.xlsx
covance_accting_report_110117.xlsx
asset level detail - 127.xlsx
asset level detail - 807.xlsx
crescendo_bioscience_accting_report_110117.xlsx
asset level detail - 1028.xlsx
asset level detail - 954.xlsx
cvs_accting_report.xlsx
asset level detail - 264.xlsx
asset level detail - 463.xlsx
daiichi_sankyo_accting_summary.xlsx
asset level detail - 1088.xlsx
asset level detail - 1191.xlsx
Delaware_dept_accting_report.xlsx
asset level detail - 974.xlsx
dexcom_accting_report.xlsx
asset level detail - 576.xlsx
dr_reddy_accting_report_110117.xlsx
asset level detail - 1023.xlsx
dyson_accting_report_110117.xlsx
Asset ID Fulfillment - 181.xlsx

Asset ID Fulfillment - 184.xlsx
Asset ID Fulfillment - 194.xlsx
Asset ID Fulfillment - 571.xlsx
Asset ID Fulfillment - 733.xlsx
Eli Lilly 2017 Reconciliation V2.xlsx
Eli Lilly 2017 Reconciliation V3.xlsx
Eli Lilly 2017 Reconciliation.xlsx
Eli Lilly Payment History.xlsx
eli_lilly_accting_report_110117.xlsx
Net Financial Position, Eli Lilly Contract 181.xlsx
Net Financial Position, Eli Lilly Contract 184.xlsx
Net Financial Position, Eli Lilly Contract 194.xlsx
Net Financial Position, Eli Lilly Contract 571.xlsx
Net Financial Position, Eli Lilly Contract 733.xlsx
181 - 160205_Eli Lilly_Trulicity_Contract_Executed.pdf
181 - 160427 Eli Lilly Trulicity Q3-Q4 Contract.pdf
181 - FULLY EXECUTED_160427_Eli_Lilly_Trulicity_Q.pdf
571 - 1051 - Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
571 - 1051 - OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17.pdf
571 - Eli Lily-Alimta-FULLY EXECUTED IO  #571 12.28.16 .pdf
733 - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071R_3-1-17.pdf
733 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
733 - FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
733 - NOT SIGNED - Eli Lilly_CONTEXTMEDIAHEALTH_CR27071_12-22-16.pdf
Alimta Report - draft.pdf
Glucagon 9-16-draft report.pdf
Humalog CR - draft2017-11-10 (2).pdf
Trulicity 09-2017 - draft.pdf
Trulicity 2016-2017 BPA Audit Report.pdf
4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17 (1).pdf
4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16 (1).pdf
4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
asset level detail - 908.xlsx
ferring_accting_report.xlsx
brochure_fulfillment_summary.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170920_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_.lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_Lit Dist List_Cox Comm (1).xlsx

CM-CoxCommBrochure10252017-TrackingNo.xlsx
170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf
CM-GrastekLetter12142016-TrackingNo (1).xlsx
CM-GrastekLetter12142016-TrackingNo.xlsx
Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
161230_HumiraPsA_LitDistribution.xlsx
CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx

170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
170822_InvegaTrenza_BrochureDistribution.csv
170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx
170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo (1).xlsx
CM-MirenaBroch09282017-TrackingNo.xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042617-TrackingNo.xlsx
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 Pl.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx

170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.csv
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeLIst.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List _8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
asset_detail_irt.xls
asset_level_detail_791_to_951.csv
asset_level_detail_951_to_1100.csv
contracts_701_to_735.csv

details_contracts_1101_to_1796.csv
details_contracts_736_to_790.csv
details_contracts_790_to_1100.csv
detials_for_master_contract_700.csv
office_detail_greaterthan_760.csv
offices_contract_lessthan_760.csv
Asset ID Fulfillment Support - 1011.xlsx
Asset ID Fulfillment Support - 1749.xlsx
Asset ID Fulfillment Support - 712.xlsx
Asset ID Fulfillment Support - 713.xlsx
Asset ID Fulfillment Support - 975.xlsx
gilead_accounting_summary.xlsx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_HarvoniB_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
asset level detail - 1050.xlsx
asset level detail - 1112.xlsx
asset level detail - 700.xlsx
asset level detail - 720.xlsx
asset level detail - 959.xlsx
GSK - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1064.xlsx
harmelin_accting_summary_110117.xlsx
asset level detail - 963.xlsx
home_instead_accting_report_110117.xlsx
asset level detail - 280.xlsx
horizon_accting_report_110217.xlsx
asset level detail - 657.xlsx
insulent_parent_accting_report_1102-17.xlsx
asset level detail - 1034.xlsx
jazz_accting_report_110217.xlsx
asset level detail - 716.xlsx
asset level detail - 721.xlsx
asset level detail - 723.xlsx
asset level detail - 977.xlsx
asset level detail - 978.xlsx
asset level detail - 998.xlsx
asset level detail -732.xlsx
Johnson & Johnson - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1723.xlsx
kentucky_dept_accting_report.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
asset level detail - 1068.xlsx
lg_accting_report_11217.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
2017 Reconciliation - Lundbeck Northera.xlsx
asset level detail - 969.xlsx

luneback_accting_report_110217.xlsx
asset level detail - 984.xlsx
Luxottica_accting_report_110217.xlsx
asset level detail - 858.xlsx
mannkind_corp_accting_report_110217.xlsx
asset level details - 189.xlsx
medtronic_pharma_accounting_report.xlsx
asset level detail - 115.xlsx
asset level detail - 1199.xlsx
asset level detail - 1639.xlsx
asset level detail - 165.xlsx
asset level detail - 491.xlsx
asset level detail - 621.xlsx
asset level detail - 758.xlsx
asset level detail - 759.xlsx
asset level detail - 763.xlsx
asset level detail - 948 .xlsx
asset level detail - 956.xlsx
asset level detail - 979.xlsx
BPA Audit Report - Januvia 09-2017-121917(1).pdf
BPA Audit Report - Nexplanon- CR draft-121917.pdf
Merck - Manufacturer Reconciliations 2017.09.xlsx
asset level detail - 1714 .xlsx
milk_pep_accounting_summary.xlsx
asset level detail - 317.xlsx
mylan_accting_report.xlsx
nestle_accting_report_110217.xlsx
170427_GerberGuaranteed_LitDistribution.csv
asset level detail - 1049.xlsx
nima_accting_report_110217.xlsx
2017 Reconciliation - Novartis.xlsx
Novartis YTD Summary 09.30.2017.xlsx
Asset ID Fulfillment Support - 1158.xlsx
Asset ID Fulfillment Support - 664.xlsx
Asset ID Fulfillment Support - 717.xlsx
Asset ID Fulfillment Support - 718.xlsx
Asset ID Fulfillment Support - 789.xlsx
Asset ID Fulfillment Support - 794.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosynixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
CM-EntrestoBroch022217-TrackingNo.xlsx
Entreso AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entreso AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv

CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
Asset ID Fulfillment Support - 1006.xlsx
asset level detail - 724.xlsx
asset level detail - 725.xlsx
Asset level detail - 727.xlsx
asset-office-level detail - 726.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09 copy.xlsx
Novo Nordisk - Manufacturer Reconciliations 2017.09.xlsx
Office level detail - 995.xlsx
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
asset level detail - 1171.xlsx
asset level detail - 1763.xlsx
NYC_state_dept_accting_report_110217.xlsx
asset level detail - 787.xlsx
NYU_accounting_summary.xlsx
asset level detail - 548.xlsx
omron_accounting_report.xlsx
asset level detail - 729.xlsx
perrigo_accting_report_110217.xlsx
Pfizer_accounting_report.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx

161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 PI.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv
CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
asset level detail - 1110.xlsx
pharmacyclics_accting_report.xlsx
asset level detail - 1010.xlsx
presbyterian_homes_accting_report.xlsx
asset level detail - 793.xlsx
promius_accounting_report.xlsx
asset level detail - 1078.xlsx
asset level detail - 565.xlsx
asset level detail - 990.xlsx
publix_accounting_summary.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
asset level detail - 1032.xlsx
asset level detail - 1041.xlsx
asset level detail - 991.xlsx
quest_diagnostics_accounting_summary.xlsx
radius_health_accounting_summary.xlsx
sanofi_accounting_summary.xlsx
170425_Aspercreme_Lit_DistributionList.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
asset level detail - 917.xlsx
asset level detail - 918.xlsx
science37_accounting_summary.xlsx
asset level detail - 996.xlsx
scriptsave_accting_report.xlsx
asset level detail - 1651.xlsx
asset level detail - 1652.xlsx
seaband_accting_report.xlsx
asset level detail - 1123.xlsx
sebela_accting_report.xlsx
asset level detail - 659.xlsx
shire_pharmacy_accting_report.xlsx
smartypants_accounting_summary.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
OH LitLetter_NO_BOR (10).docx
2016 Takeda Delivery Report.xlsx
2017 Reconciliation V4 - Takeda.xlsx
Net Financial Position, Takeda - 1708.xlsx
Net Financial Position, Takeda - 1741.xlsx
Net Financial Position, Takeda - 231.xlsx
Net Financial Position, Takeda - 275.xlsx
Net Financial Position, Takeda - 570.xlsx
takeda_accounting_summary.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx

170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
asset level detail - 1062.xlsx
asset level detail - 880.xlsx
Teva Pharma - Manufacturer Reconciliations 2017.09.xlsx
teva_pharma_accounting_summary.xlsx
asset level detail - 650.xlsx
asset level detail - 667.xlsx
ucb_pharma_accting_report.xlsx
asset level detail - 876.xlsx
asset level detail - 904.xlsx
valeant_accounting_report.xlsx
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv
CM-RelistorBroch033117-TrackingNo.xlsx
asset level detail - 1124.xlsx
veracyte_accting_report.xlsx
asset level detail - 1007.xlsx
wellcare_accounting_report.xlsx
asset level detail - 1193.xlsx
white_memorial_accting_report.xlsx
2014-2017 Rev by Network, Category, Manuf, Brand.xlsx
2014-2017 Revenue Brand Analysis - 08.30.2017.xlsx
2017 Revenue by Type (Global, Mid-market, Emerging, Page Science).xlsx
Abbvie Reconciliation 2017.09.xlsx
Percentage of Revenue by Product 2017.xlsx
Sales Ops to Rev Accounting - Reconciliation 2017.05.22.xlsx
Tecfidera Adjustment.xlsx
Timing of Orders - Revenue with Executed Contract Date.xlsx
Xeljanz.xlsx
APRIL 3rd Party DDM 9466 Overview 20170401-20170430 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
JUNE 3rd Party DDM 9466 Overview 20170601-20170630 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
MAY 3rd Party DDM 9466 Overview 20170501-20170531 MRC Accredited Metrics- Impressions(Desktop Video, Mobile Video,
OH Copaxone April 2017 (Apr 1, 2017 - Apr 30, 2017) (1).xlsx
OH Copaxone June 2017 (Jun 1, 2017 - Jun 30, 2017) .xlsx
OH Copaxone May 2017 (May 1, 2017 - May 31, 2017) (4).xlsx
April rev details.xlsx
Billing Revenue Deferred 2017.04.30 (Final).xlsx
2017 Measurement Requirements.xlsx
Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xls
Contracts with Rev in 2017, All Contracted Fulfillment By Month, All Actuals for 2017.xlsx
Contracts with Studies.xlsx
Digital Fulfillment - Example Request format.xlsx
digital_contract_close_out_details_08.11.xls
Market Research Obligations - not in queue 08.11.2017.xlsx
Revenue to Fulfillment 2017.08.xlsx
YTD Contract Revenue to Fulfillment - 09.30.2017.xlsx
Brochure Fulfillment Detail - 2017.xlsx
Absorb March Report v2.pdf
Absorb March Report.pdf
Absorb SPAR Report.xlsx
Absorb Tech Distribution Summary.pdf
Absorb Jan 2017 Mailing tracking.xls
ADDYI_BrochureList.csv
CM-AddyiBroch10202017-TrackingNo.xlsx
170425_Aspercreme_Lit_DistributionLIst.csv
CM-AspercremeBroch042717-TrackingNo.xlsx
170623_Brillinta_Brochure_List.csv
170323_Brillinta_BrochureDistributionList.csv
CM-BrillintaBroch032717-TrackingNo.xlsx
170920_BrochureDistributionList_OH.csv
CM-BrilintaBackfill09262017-TrackingNo.xlsx
CM-BrilintaOH09262017-TrackingNo (1).xlsx

170329_Brillinta_BrochureDistribution_AH.csv
CM-BrilintaBroch033017-TrackingNo.xlsx
170920_BrochureDistributionList (1).csv
brilinta_lit (1).docx
CM-BrilintaAH09252017-TrackingNo.xlsx
Brilinta Mailing Tracking.xls
Chantix tracking.xls
CMS Medicare Mailing Tracking Report_June.xlsx
CMS Medicare Mailing Tracking.xlsx
170821_CosentyxPsA_AdditionalOffices.csv
CM- Cosentyx PsA Brochures08222017-TrackingNo.xlsx
170629_Cosentyx_PsA_LitDistribution (1).csv
170629_Cosentyx_PsA_LitDistribution.csv
CM-CosentyxPsABroch063017-TrackingNo.xlsx
170113_CosentyxPsA_LitDistribution.csv
CM-ConsentyxPSABroch031317-TrackingNo.xlsx
170724_CosentyxPsO_rematch_brochures (1).csv
CM-CosentyxBroch072517-TrackingNo.xlsx
170626_CosentyxPsO_LitDistribution.csv
CM-CosyntixPsOBroch032817-TrackingNo.xlsx
CosyntixPsO_LitDistributionList.csv
20171018_ Lit Dist List_Cox Comm (1).xlsx
CM-CoxCommBrochure10252017-TrackingNo.xlsx
170925_Dexilant_WR_LitDistribution.csv
CM-DexilantBroch09272017-TrackingNo.xlsx
170109_Eliquis_LitDistribution.xlsx
CM-EliquisBroch01162017-TrackingNo.xlsx
170302 Eliquis Incremental Campaign_2017_lit list.xlsx
CM-EliquisBroch033017-TrackingNo.xlsx
Eliquis Tracking.xls
CM-EntrestoBroch022217-TrackingNo.xlsx
Entresto AH Offices for Mailing 021517.xlsx
Lit distribution letter_AH-OH Cross Network Campaigns.pdf
CM-EntrestoBroch060517-TrackingNo.xlsx
Entresto AH Offices for Mailing 060117.xlsx
170424_Entresto_LitDistributionList.csv
CM-EntrestoSurvey042517-TrackingNo.xlsx
170131_EntrestoNPS_LitDistribution.xlsx
CM-EnstretoBroch02022017-TrackingNo.xlsx
170711_Entresto_LitDistribution.csv
CM-EntrestoBroch071717-TrackingNo.xlsx
170925_Entresto_BrochureList.xlsx
CM-EntrestoBroch09292017-TrackingNo.xlsx
OH LitLetter_NO_BOR (6).docx
CM-EntrestoBroch022217-TrackingNo.xlsx
Farxiga and Mirena Mailing Tracking Feb 2017.xls
170315_FarxigaLitDistribution.xlsx
CM-FarxigaBroch031617-TrackingNo (1).xlsx
170427_GerberGuaranteed_LitDistribution.csv
CM-GilenyaBroch031717-TrackingNo.xlsx
LC_OH_Gilenya_032017.xlsx
170428_Gilenya_OH_MailingList.csv
CM-GilenyaBroch050317-TrackingNo.xlsx
170620_Gilenya_LitDistribution.csv
170301_Gilenya_LitDistribution.csv
170307_Gilenya_AdditionalOffices_LitDistribution.xlsx
170327_Gilenya_incremental_lit.csv
CM-GilenyaBroch030117-TrackingNo.xlsx
CM-GilenyaBroch030817-TrackingNo.xlsx
CM-GilenyaBroch032917-TrackingNo.xlsx
CM-GilenyaBroch051817-TrackingNo (1).xlsx
CM-GilenyaBroch051817-TrackingNo (2).xlsx
LC_OH_Gilenya_052017 for Lit.xlsx
170927_Gilenya_LitDistribution.csv
CM-GilenyaBroch10062017-TrackingNo.xlsx
161118 Grastek literature_vsend (1) (1).xlsx
161215 Merck Grastek Removal Letter (v.2).pdf

CM-GrastekLetter12142016-TrackingNo (1).xlsx
CM-GrastekLetter12142016-TrackingNo.xlsx
Grastek Removal Letter (v.1) (1) (1).docx
170823_Harvoni_B_opt_brochures.csv
170823_Harvoni_B_opt_brochures08242017-TrackingNo.xlsx
170607_HarvoniUB_lit.csv
CM-HarvoniUBBroch061317-TrackingNo.xlsx
OH LitLetter_NO_BOR (2) (2).docx
170116_HarvoniUnbranded_LitDistributionList.xlsx
170316_HarvoniB_Realignment_NEWBrochures - PR Tracking Report.xlsx
170316_Harvoni_B_Realignment_NEWBrochures.csv
2017 Brochure Removal Letter_Harvoni.docx
CM-HarvoniBrandedLetter032017-TrackingNo.xlsx
CM-HarvoniUNBC4251-030817-TrackingNo.xlsx
170922_Harvoni_Branded_LitDistribution.csv
CM-HarvoniAHBroch09272017-TrackingNo.xlsx
CM-HarvoniBroch09272017-TrackingNo.xlsx
CM-HarvoniUnbrandedBroch10032017-TrackingNo.xlsx
Home Instead February Report.pdf
Home Instead May Report.pdf
Home Instead Tracking Sep 2017.xls.xlsx
HomeInstead SPAR Report - Feb & May.xlsx
HomeInstead Tech Distribution Summary.pdf
Home Instead and Watchman Tracking Sep 2017.xls
161230_HumiraPsA_LitDistribution.xlsx
706 - CM-HumiraPSA01032017-TrackingNo.xlsx
170103_HumiraRA_LitDistributionList.xlsx
CM-HumiraRABroch01042017-TrackingNo.xlsx
Ibrance 1099 Delivery Affirmations - April 2017.pdf
Ibrance 1099 Delivery Affirmations - January 2017.pdf
Ibrance Tech Distribution Summary.pdf
Winter_LitLetter_NO_BOR.docx
161222 Ibrance 2017 WR Brochure List Tracking Report.xlsx
161222 Ibrance 2017 WR Brochure List.xlsx
170227 Lit List for 2 Incremental Ibrance Offices_vSEND - Tracking Report.xlsx
170228 Lit List for 10 Incremental Ibrance Offices_vSEND.xlsx
Invenga Trinza Tracking  .xls
Invenga Trinza, Spriva and Wellcare Tracking (1).xls
Invega Trinza April Report.pdf
Invega Trinza SPAR Report.xlsx
Invega Trinza Tech Distribution Summary.pdf
170822_InvegaTrenza_BrochureDistribution.csv
Contract 1637 - 170712_Jardiance_Endo_Market_CV_BrochureAddresses.csv
Contract 1637 CM-JardianceABroch071417-TrackingNo.xlsx
OH LitLetter Generic_summer (1).docx
Jardiance Mailing Tracking 1_18_17.xls
Jardiance Mailing Tracking Feb 2017.xls
Jardiance tracking.xls
170905_KY Commonwealth Smoking Cessation_Fulfillment Form.pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List.xlsx
CM-KYQuitNowBroch09082017-TrackingNo.xlsx
170905_KY Commonwealth Smoking Cessation_Fulfillment Form (1).pdf
170905_KY Commonwealth Smoking Cessation_Lit Distribution List (1).xlsx
CM-KYQuitNowBrochAdd09122017-TrackingNo.xlsx
161227_Mirena Kyleena_WR_BrochureMailingList.xlsx
CM-KyleenaBroch033117-TrackingNo.xlsx
Accent Health Kyleena Mailing Tracking.xls
Mirena Mailing Dec 2016 Tracking.xls
mirena mailing tracking 0417.xlsx
Mirena Tracking.xls
SEP 2017 KYLEENA MAILING.xlsx
CM-LGAirPurifierCA08102017-TrackingNo.xlsx
LG Air Purifier - CA_Lit Distribution List (1).xlsx
CM-LGAirPurifierTX08092017-TrackingNo.xlsx
LG Air Purifier - TX_Lit Distribution List.xlsx
161227_Mirena_WR_BrochureMailingList.xlsx
161227_Mirena-WR-BrochureMailingList Tracking Report.xlsx

170922_Mirena_Kyleena_OH_LitDistribution.csv
CM-MirenaBroch09282017-TrackingNo.xlsx
Contract # 966 CM-MirenaBroch09282017-TrackingNo (1).xlsx
170207_Movantik_LitDistributionList.xlsx
CM-MovantikBroch02092017-TrackingNo.xlsx
June 2017 Nima Sensors Mailing Tracking for SF.xls
June 2017 Nima Sensors Mailing Tracking.xls
SKM_C554e17021312140.pdf
170317_Novo_BrochureDistributionList.csv
170103_Novolog_LitDistribution.xlsx
170105_Novolog_LitDistribution_v2.xlsx
170109_Novolog_LitDistribution_AdditionsOnly.xlsx
CM-NovologBroch01062017-TrackingNo.xlsx
170612_Novolog_BrochureAddresses.csv
CM-NovologBroch061317-TrackingNo.xlsx
170317_Novo_BrochureDistributionList (1).csv
CM-NovologBroch032317-TrackingNo.xlsx
171025_Novolog 2017_BrochureDistribution.csv
CM-NovologBrochure10262017-TrackingNo.xlsx
170920 Novolog Lit Dist List.pdf
170920_BrochureDistributionList (3).csv
CM-Novolog09222017-TrackingNo.xlsx
APRIL 2017 OPDIVO TRACKING.XLS
Opdivo January Affudavit Report.pdf
Opdivo July Affidavit Report.pdf
opdivo mailing tracking 0417.xlsx
Opdivo October Affidavit Report.pdf
APRIL 2017 OPDIVO TRACKING.XLS
opdivo mailing tracking 0417.xlsx
170403_OtezlaPsA_BrochureDeployment.csv
CM-OtezlaBroch042417-TrackingNo.xlsx
Otezla PsA.textClipping
CM-OtezlaPsABroch09062017-TrackingNo.xlsx
OtezlaPsA_Brochure_List.xlsx
170621_OtezlaPsA_BrochureDistribution.csv
CM-OtezlaPSABroch062317-TrackingNo.xlsx
170403_OtezlaPsO_LitDistribution.csv
CM-OtezlaBroch040317-TrackingNo.xlsx
OH LitLetter Generic_summer.docx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
July 2017 WRN Lit Mailing_Otezla Derm_6.22.2017.xlsx
170621_OtezlaPsO_LitDistributionList.xlsx
CM-OtezlaPSOBroch062617-TrackingNo.xlsx
170901_OtezlaPsOAH_Brochure_List.xlsx
CM-OtezlaPsOBroch09062017-TrackingNo.xlsx
CM-OtezlaPsOAHBroch09062017-TrackingNo.xlsx
CM-OtezlaPSOBroch062917-TrackingNo.xlsx
Otezla Tracking .xls
Pearle Vision and Otezla Tracking.xls
170412_Praluent_litDistributionList.csv
CM-PraluentBroch041317-TrackingNo.xlsx
161230_Praluent_BrochureDistributionList.xlsx
CM-PraluentBroch01032017-TrackingNo.xlsx
161229_PVC Brochure List_Jan 2017.xlsx
CMH 12-31 PI.xls
CM-PremarinBroch01042017-TrackingNo copy.xlsx
CM-PremarinBroch01042017-TrackingNo.xlsx
Prevnar Drop Tracking from CDA 1_24_17.xls
Prevnar Mailing Tracking 04-17.xls
Procure OKC April Report.pdf
Procure OKC SPAR Report.xlsx
20161229_Publix_WR_LitDistributionList.xlsx
CM-PublixBroch01042017-TrackingNo.xlsx
170828_Relistor_LitAddresses.xlsx
170828_Relistor_LitAddresses08312017_TrackingNo.xlsx
OH LitLetter Relistor Final.docx
170330_Relistor_LitAddresses.csv

CM-RelistorBroch033117-TrackingNo.xlsx
170511_Rozerem_LitDistribution (1).csv
170511_Rozerem_LitDistribution_TrackingNo 083017.xlsx
170511_Rozerem_LitDistribution.csv
CM-RozeremBroch051217-TrackingNo.xlsx
170823_Saxenda_BrochureDistribution.csv
CM-Saxenda Brochures08232017-TrackingNo.xlsx
170308_Saxenda_LitDistributionList.csv
CM-SaxendaBroch030917-TrackingNo.xlsx
170523_Saxenda_BrochureDistributionList.csv
CM-SaxendaBroch052417-TrackingNo.xlsx
170526_Saxenda_NewOffices_BrochureDistributionList.xlsx
CM-SaxendaBroch053117-TrackingNo.xlsx
170918_Saxenda_AH_moving_188_Offices_AddressList.csv
170918_Saxenda_AH_moving_188_Offices_AddressList.xlsx
OH LitLetter_NO_BOR (2) (4).docx
Saxenda Drop Tracking.xls
Saxenda mailing tracking (1).xlsx
SAXENDA MAILING tracking.xls
Saxenda mailing tracking.xlsx
SCRIPTSAVE MAILING tracking.xlsx
20171017_SmartyPants GI_Lit Distribution List.xlsx
CM-SmartyPantsGI_LitBrochure10312017-TrackingNo (1).xlsx
OH LitLetter_NO_BOR (9).docx
20171017_SmartyPants OBGYN_Lit Distribution List.xlsx
CM-SmartyPantsOBGYN_LitBrochure10312017.xlsx
OH LitLetter_NO_BOR (10).docx
161230_SpirivaAsthma_BrochureDistributionList Tracking Report.xlsx
161230_SpirivaAsthma_BrochureDistributionList.xlsx
CM-SpirivaBrochure10262017-TrackingNo.xlsx
SpirivaCOPD_Brochures.xlsx
Stelara 1099 Delivery Affirmations - July 2017.pdf
Stelara 1099 Delivery Affirmations - October 2017.pdf
Stelara Tech Distribution Summary.pdf
Accent Health Stelara Mailing.xlsx
170322_Stiolto_Lit_replenishment.csv
CM-StioltoBroch032717-TrackingNo.xlsx
Stiolto Mailing Tracking #2  1_18_17.xls
Stiolto Tracking.xls
170413_Tecentriq_LitDistributionList.csv
CM-TecentriqBroch041417-TrackingNo.xlsx
170512_Toujeo_BrochureDistributionList.csv
CM-ToujeoBroch051517-TrackingNo.xlsx
CM-ToujeoBroch061217-TrackingNo.xlsx
Toujeo Account List for Lit Distribution - 5.12.17 (1).xlsx
170816_Tradjenta_Brochure_Address_List (1).xlsx
CM-TradjentaBroch08172017-TrackingNo.xlsx
170117_TradjentaLitDistributionList.xlsx
CM-TradjentalBroch01182017-TrackingNo.xlsx
Tradjenta PC-TJ-0067-CONS Back - 5 Pack With Holder.png
Tradjenta PC-TJ-0067-CONS Front - 5 Pack With Holder.png
170619_Tradjenta_Lit_Distribution.csv
CM-TradjentaBroch062117-TrackingNo.xlsx
170328_Tradjenta_BrochureList.csv
CM-TradjentaBroch032917-TrackingNo.xlsx
June 2017 Victoza Saxenda Mailing Tracking (1).xls
Victoza Jan 2017 Mailing Tacking.xls
Victoza mailing tracking (1).xlsx
Victoza mailing tracking.xlsx
Accent Health Aug 2017 Watchmen Mailing Tracking.xls
June 2017 Watchemen Mailing.xls
SEP 2017 WATCHMAN  MAILING_Tracking.xls
September Mailing_Watchmen_Invega Trinza_8.23.2017.xlsx
Watchmen Tracking.xls
170110_Xeljanz_Hispanic_LitDistribution (1).xlsx
CM-XeljanzSpanishBroch01112017-TrackingNo.xlsx
170620_Xeljanz_Hispanic_BrochureDistribution.csv

CM-XeljanzBroch062217-TrackingNo.xlsx
170109_Xeljanz_2017_LitDistribution.xlsx
CM-XeljanzBroch01092017-TrackingNo.xlsx
171003_Xeljanz_WR_OfficeList.xlsx
CM-XeljanzLetter10202017-TrackingNo.xlsx
CM-XifaxanBroch08152017-TrackingNo.xlsx
Xifaxan Distribution List_8.14.17 vFinal (1).xlsx
CM-XifaxanBroch08182017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18.xlsx
CM-Xifaxan Additional Offices Scoped08282017-TrackingNo.xlsx
Xifaxan Additional Offices Scoped_8.17.18 (1).xlsx
CM-XulotphyBroch10062017-TrackingNo.xlsx
Xulotphy 2017 - Lit Distribution (no BOR) (1).csv
Xulotphy 2017 - Lit Distribution (no BOR).csv
close_out_details_revised_08.07.17.xlsx
Contract Review - Accounting.xlsx
Executed Post 10-1 as of 2017.12.28.xlsx
Contract_with_fulfillment_10312017.xlsx
Jan-Nov Contracted Revenue with Fulfillment_20171214.xlsx
LIVE - Contracted Products and Revenue by month.xlsx
1805_1823_fulfillment_12212017.xlsx
712 - 2017 Fulfillment.xlsx
ytd_fulfillment - pulled 12212017.xlsx
2017 YTD Fulfillment Report - V012418 FINAL.xlsx
Wifi Delivery - Offices 02.05.18.xlsx
Wifi_Doubleclick_Delivery_2017 - 02.15.2018 via Johnny.xlsx
1051Eli Lilly_OUTCOME_CR26374_5-3-17.pdf
1074 FULLY EXECUTED_Otezla_PsO_20.pdf
1096 Astellas_OUTCOME_CR27534_5-16-17.pdf
1096 OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1667 Outcome Health Mail - Approval Request for Extension of Trulicity ROFR.pdf
1668 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
1668 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1681 AH- LG Air Purifier, IO Partially Executed 08.11.17.pdf
1735 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 9.21.17.pdf
1744 AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1746 AbbVie-Mayvret-FULLY EXECUTED #IO 1746, 9.15.17.pdf
1760 Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1785 Outcome Health Mail - CMS Make Good and Next Steps.pdf
2017 Contract Lines with No Revenue Analysis.xlsx
725 Novo Nordisk-Novolog-FULLY EXECUTED IO #725, 2.22.17.pdf
732 Johnson & Johnson-Invokana-FULLY EXECUTED IO #732, 3.23.17.pdf
736 Sanofi-Praulent-FULLY EXECUTED IO #736 5.18.17.pdf
771 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf
777 FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
870 AbbVie Pharma-Humira PsO-FULLY EXECUTED IO #870 3.6.17.pdf
1017 - Grow Up Plan 2017 (1017, 1037).pdf
1028 - FULLY EXECUTED -- CVS Equity Initiative Accent Health (1028).pdf
1032 - FULLY EXECUTED -- Quest Diagnostics -- HCV DTC-HCP Q3 2017 (1032).pdf
1032 - Publix Charlotte B2B IO 5.12.17.pdf
1033 Signed OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
1036 - Lemtrada_Patient 2017_Context Media Health_IO (1) (1).pdf
1036 - Signed - OH_Lemtrada_Date Change Addendum IO-#1036, FULLY EXECUTED, 06.30.17 (1).pdf
1037 - Grow Up Plan 2017 (1017, 1037).pdf
1040 - FULLY EXECUTED BMS Oncology.pdf
1041 - FULLY EXECUTED -- Quest Diagnostics -- HIV DTC-HCP Q2-Q4 2017 (1041).pdf
1041 - Quest HIV Letter of Intent 4.21.17.pdf
1041 - Quest_OutcomeHealth_HIV_SOW 5.15.17.pdf
1045 - Signed Otezla PsO 2017 Jan-Feb - #1045 Fully Executed, 08.16.17.pdf
1050 - Corrected - GSK Nucala OUTCOME HEALTH CR27739 REV 5-23-17.pdf
1050 - GSK Nucala CONTEXTMEDIA CR27739 4-25-17.pdf
1050 - signed FULLY EXECUTED_Nucala_2017_Campaign_-_Master (1050).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1058 - Context Media revised contract for Merck Nexplanon.pdf
1058 - Signed FULLY EXECUTEd_Nexplanon_2017_Campaign_- Addendum (1058).pdf
1059 - CDC IO PN-CMH_ExamRoomWallboard Media IO_5.3.17 (1).pdf
1059 - CDC T&C1 CMH_Exam Room Advertising Ts&Cs_Signed (1).pdf

1059 - Signed FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf
1059 - Signed, FULLY EXECUTED -- CDC 2017 HPV 2Dose Wallboard HCP Provider Outreach - Master (1059).pdf
1062 - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1062 - Signed - ProAir IO_from_HEALIX_Healix_5.5.17.pdf
1065 - 170516_BSC_Emblem S ICD_Contract.pdf
1065 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1066 - 170516_BSC_Emblem S ICD_Contract.pdf
1066 - Signed - FULLY EXECUTED -- S ICD & ICD awareness DTC 2017 - Addendum (1065,1066).pdf
1067 - Signed, FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
1067 - Symbicort OH Extension IO 5.25.2017.pdf
1077 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1078 - Publix Charlotte B2B IO 5.12.17.pdf
1078 - Signed, FULLY EXECUTED -- 2017 Publix Pharmacy B2B (1078).pdf
1082 - Lynpara IO 5.12.2017.pdf
1082 - Signed - Outcome Health- AZ Lynparza CC_#1082_FULLY EXECUTED,06.13.17.pdf
1084 - Signed Sanofi-Toujeo-OOH Pitch-IO-Fully Executed - #1084 07_25_2017.pdf
1094 - EnbrelRA Context Digital Exam Room Tablet Jun-Dec 2017.pdf
1095 - EnbrelRA Context Digital Wallboards Jun-Dec 2017.pdf
1095 - OH Only - OH-EnbrelRA_#1095,FULLY EXECUTED,06.15.17.pdf
1096 - Signed OH -Astellas Myrbetriq Market Access SOW 27534_#1096_FULLY EXECUTED, 06.22.17.pdf
1097 - Email confirmation Outcome Health Mail - Re- 2017 Rozerem New Patient Start Program Amendment.pdf
1100 - Pearle Vision IO Luxottica_OUTCOME_CR27966_6-7-17.pdf
1100 - TCs signed - Accent Health  Luxotica Television Advertising revised 6.21.17 - OMG-OMA signed.pdf
1101 - Cancelation, Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1102 - Cancelation , Outcome Health - Stelara PsA Cancellation Signed.pdf
1102 - Cancelation signed FULLY EXECUTED -- Stelara PsA 2017 - Cancelation Letter (1102).pdf
1104 - Signed Evzio-SOW-Fully Executed - #1104 07_24_2017.pdf
1107 - Signed OH-Rubraca SOW-#1107-FULLY EXECUTED, 07.06.17.pdf
1108 - CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).pdf
1108 - SCHEDULE Copy of Exhibit C-D-E-F_Final 6-3-17.xlsx
1108 - Signed CW2551743 - OutcomesHealth Phase 1 Extension SOW Updated.doc - signed (1).pdf
1109 - 170522_Trumenba Contract_Draft.v1 (revised).docx
1110 - Signed OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
1112 - Anoro Contract 5.24.17.pdf
1112 - Signed FULLY EXECUTED -- Anoro 2017 Campaign (1112).pdf
1114 - Signed OH-Triumeq 2H Billing Entity Addendum-#1114-FULLY EXECUTED, 07.06.17.pdf
1118 - Signed 170928 Covance Q4 Brand Awareness Contract AR-Fully Executed, 09.29.17.pdf
1120 - Cancelation Nexplanon 2017 -- Cancellation (1120).pdf
1120 - Signed - OH-Nexplanon_2017_Cancellation-#1120, FULLY EXECUTED 06.15.17.pdf
1121 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
1123 - OH_Sebela_Brisdelle_SOW (Sebela Signed) 6.5.17.pdf
1123 - Signed - Fully Executed -- OH and Sebella MSA 6.5.17.pdf
1124 - Signed Outcome_Health_Veracyte_SOW_SIGNED.pdf
1132 - Repatha_ContextMedia_ExamRoomWallunit_-Jul-Sept_2017.docx (1)[1].pdf
1132 - Signed OH_Repatha_#1132_FULLY EXECUTED-06.15.17.pdf
1134 - Repatha_ContextMedia_ExamRoomTablet_JULY-SEPT_2017[1][1].pdf
1134 - Signed OH_Repatha_#1134_FULLY EXECUTED,.pdf
1142 - HUMIRA Gastro Wallboard 2017 Revised IO 5.25.17.pdf
1142 - Signed Cancellation - FULLY EXECUTED -- Humira Crohn's WB 2017 - (7-21) Cancellation Addendum (1142).pdf
1143 - Signed FULLY EXECUTED -- Humira Crohn's ERT 2017 - (7-21) Cancellation Addendum (1143).pdf
1144 - HUMIRA Gastro Waiting Room TV 2017 Revised IO 5.30.17.pdf
1144 - Signed FULLY EXECUTED -- Humira Crohn's WRTV 2017 - (7-21) Cancellation Addendum (1144).pdf
1147 - Signed AH-Dupixent 2017 IO-#1147, FULLY EXECUTED,07.26.17.pdf
1148 - Signed Triumeq 1H.pdf
115 - Signed 08.26.2016 - 160826_Merck_Zostavax_Contract_Executed.pdf
1151 - ProAir Consumer - Triggyr May-June 2017 IO.pdf
1151 - Signed Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1152 - Signed ContextMedia Health LLC dba Outcome Health - AssigAssuConstRelsAgmt to MSA(10.01.14_51526) - 04.25.17_1(
1153 - Ribo Revised 6.6.2017.pdf
1153 - Signed - FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
1157 - Bevespi Incremental Contract 5.30.2017.pdf
1157 - Signed OH -Bevespi_Incremental_IO, #1157, FULLY EXECUTED 06.14.17.pdf
1158 - Signed Triggyr-Cosentyx PsA, #1158, Revised IO FULLY EXECUTED, 08.10.17.pdf
1161 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1161 - Signed FULLY EXECUTED_Praluent_2017_--_Market_Access (736, 1161).pdf
1163 - Signed - OUTCOME HEALTH (ContextMedia) Botox Work Order (July-December 2017) (6.19.17) (002).pdf
1164 - Signed Triggyr-Viekira Pak, #1164, FULLY EXECUTED, 07.21.17 (1) (1).pdf

1167 - Contract-15980-ContextMediaHealth__LLC-Revision_6-2-2017_3-43-PM-EDT (1) (1).pdf
1167 - Signed OH-Atripla Q2 2017 ERT Addendum #1167-FULLY EXECUTED,06.22.17.pdf
1169 - Outcome Health revised contract-2.pdf
1169 - Signed Januvia Addendum-FULLY EXECUTED, 06.26.17.pdf
1181 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17.pdf
1183 - Signed OH-Gerber Guaranteed Life-#1181, FULLY EXECUTED 07.11.17 (1).pdf
1187 - Signed August Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed July Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1187 - Signed September Pradaxa IO-#1187-FULLY EXECUTED, 07.06.17.pdf
1192 - Signed Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17 (1).pdf
1194 - Signed AH-Havroni Branded Addendum IO-#1194-FULLY EXECUTED, 07.06.17.pdf
1204 - Signed OH_Onzetra_#1204, FULLY EXECUTED, 07.18.17.pdf
1205 - Signed OH- Leo-Picato SOW, #1205, FULLY EXECUTED,07.24.17.pdf
1206 - RadiusPharma_2017_Consumer_Campaign_Outcome_RIO (SLD Signed).pdf
1208 - Signed Tecfidera 2017, FULLY EXECUTED Amended SOW #1654 #1208, 9.19.17
1208 - Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
1211 - Signed OH-Lemtrada Amendment, #1211, FULLY EXECUTED, 07.12.17.pdf
1212 - Signed OH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
127 - Signed 08.03.2016 - 160803_VectraDA_Contract_Executed.pdf
127 - Signed 11.03.2016 - Vectra_T&C_Signed.pdf
1629 - Signed OH-Prepopik IO-#1629-FULLY EXECUTED,07.06.17 (2).pdf
1632 - Signed Injectafer 2017 - Fully Executed SOW #1632, 9.15.17.pdf
1636 - Signed OH- Atripla Q3 2017-Addendum, #1636, FULLY EXECUTED, 07.14.17 (1).pdf
1637 - Jardiance_Incremental_July'17.pdf
1637 - Signed OH-Jardiance IO-#1637, FULLY EXECUTED 08.01.17.pdf
1639 - Signed Nexplanon-IO-Fully Executed #1639_8.3.17.pdf
1642 - Signed OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17 (1).pdf
1646 - Partially Executed - Orencia Cancellation IO #1646, 10.3.17.pdf
1647 - Signed OH-BMS Oncology Pilot SOW, #1647, PARTIALLY EXECUTED, 07.24.17.pdf
165 - Signed 08.26.2016 - 160826_Merck_Grastek_Contract_Executed.pdf
1652 - Signed 8.7.2017 - Sea-Band-FULLY EXECUTED SOW #1652, 08.07.17 .pdf
1652 - Signed Triggyr-SeaBand SOW, #1652, FULLY EXECUTED, 08.07.17.pdf
1654 - Signed Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
1661 - Signed Triggyr-Dupixent IO-#1661, FULLY EXECUTED, 08.07.17 (1).pdf
1662 - Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
1662 - Template Duzallo WO #1000008939 (rev.) (1).docx
1663 - Signed Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17 (1).pdf
1668 - Tradjenta 2017 Q4 - Market Access Approval Email.pdf
1672 - Signed OH- Tanzeum 2017, #1672 #1673 #1674, FULLY EXECUTED, 08.08.17 (1).pdf
1684 - SignedOnzetra 2017 - Updated IO, FULLY EXECUTED #1684, 08.15.17.pdf
1685 - Signed Avise 2017, Fully Executed SOW #1685, 9.18.17.pdf
1688 - Signed Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17.pdf
1689 - Signed – Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (2).pdf
1691 - Signed Atripla 2017, Q4- FULLY EXECUTED IO #1691, 8.29.17.pdf
1692 - Signed – Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17.pdf
1692 - Signed Anoro 2017 - Revised IO, FULLY EXECUTED #1692, 08.15.17 (1).pdf
1697 - Casper Triggyr- FULLY EXECUTED SOW #1697, 11.20.17.pdf
1697 - Email addendum to PDF contract Casper Triggyr 11.20.17.pdf
1704 - Signed ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17 (1).pdf
1707 - cancellation Injectafer 2017, Cancellation IO #1707, 11.29.17.pdf
1713 - Signed Breo 2017, Budget Cut Addendum, FULLY EXECUTED #1713, 8.29.17.pdf
1735 - Signed Invokana 2017- Market Access SOW, FULLY EXECUTED 9.21.17.pdf
1742 - Signed 12.22.2017 Takeda- Ninlaro- FULLY EXECUTED SOW #1742, 12.22.17.pdf
1744 - Signed AZ- Brilinta Triggyr- FULLY EXECUTED IO #1744, 10.16.17.pdf
1760 - Takeda- Amitiza 1760 and Dexilant 1077- EXECUTED IO, 11.15.17.pdf
1776 - Signed 01.31.2018 Gilead- HIV Truvada PrEP- FULLY EXECUTED IO #1776, 1.31.18.pdf
1777 - Signed 01.18.2018 - CLS- Hizentra- FULLY EXECUTED SOW #1777, 1.18.18.pdf
1779 - Blink Health 2017, 2H - FULLY EXECUTED MAA #1779, 9.6.17.pdf
1783 - Signed 01.23.2018 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
1787 - Signed Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1788 - Signed 12.21.2017 Amgen- Enbrel Derm- Sept. FULLY EXECUTED IO #1788, 12.21.17.pdf
1789 - Signed 12.21.2017 Amgen- Enbrel_Derm- Nov. FULLY EXECUTED IO #1789, 12.21.17.pdf
1790 - Signed 12.21.2017 Amgen- Enbrel Derm- Dec. FULLY EXECUTED IO #1790, 12.21.17.pdf
1792 - Email cancellation - Re_ Notification- Cessation of Brisdelle program.pdf
1794 - Signed BMS Oncology Phase I Surplus Inventory, FULLY EXECUTED SOW #1794, 10.4.17.pdf
1796 - SIGNED - DEC BI-Pradaxa, FULLY EXECUTED Dec. IO #1796, 10.10.17.pdf
1796 - SIGNED - NOV BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf

1796 - SIGNED - OCT- BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1805 - Signed 12.21.2017 OH- Amgen- Repatha 2017 Q4, FULLY EXECUTED IO #1085, 12.21.17.pdf
1809 - Signed Alto Pharmacy- FULLY EXECUTED Pilot Agreement #1809, 10.13.17.pdf
1816 - SIGNED GSK- Anoro- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1817 - Signed GSK- Nucala- FULLY EXECUTED 2017 Q4 Cancellation IO #1817, 10.16.17.pdf
1818 - Signed GSK- Triumeq- FULLY EXECUTED 2017 Q4 Cancellation IO, 10.16.17.pdf
1819 - Signed GSK- Breo Asthma- FULLY EXECUTED 2017 Q4 Cancellation IO #1819, 10.16.17.pdf
1827 - Signed 12.22.2017 Celgene- Otezla PsO- FULLY EXECUTED IO #1827, 12.22.17.pdf
1828 - Celgene- Otezla PsA- FULLY EXECUTED IO #1828, 12.22.17.pdf
1829 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736).pdf
1830 - Signed Merck- Zepatier- FULLY EXECUTED Cancellation #1830, 10.25.17.pdf
1831 - GSK- Tanzeum 2017, Q4- FULLY EXECUTED Cancancellation IO #1831, #1825, 11.21.17.pdf
1833 - Fully Executed Sanofi- Toujeo- FULLY EXECUTED Cancellation IO #1833, 11.14.17.pdf
1838 - Signed 01.25.2018 Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
1839 - AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
1841 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Oct IO #1841, 1.18.18.pdf
1911 - Disney- Disneyland- Partially Executed Revised IO #1911, 11.1.17.pdf
1911 - Signed 12.07.2017 Disneyland- FULLY EXECUTED IO #1911, 12.7.17.pdf
1912 - Signed 01.26.18 BMS- Opdivo- FULLY EXECUTED IO #1912, 1.16.18.pdf
1917 - FULLY EXECUTED IO #1917, 11.17.17.pdf
1921 - Natera- Evercord- FULLY EXECUTED WO #1921, 12.21.17.pdf
1924 - Signed 01.22.2018 - Walmart Indio Fully Executed IO 1.23.18 (1) (1) (1).pdf
1932 - Humira PsA- Fully Executed WRTV Cancellation IO #1932, 12.4.17.pdf
1933 - Email Humira PsO- ERT Cancellation Addendum #1933, 12.1.17.pdf
1933 - Humira PsO- Fully Executed ERT Cancellation IO #1933, 12.4.17.pdf
1934 - Email Humira PsO- WRTV Cancellation Addendum #1934, 12.1.17.pdf
1934 - Humira PsO- Fully Executed WRTV Cancellation IO #1934, 12.5.17.pdf
1935 - Humira RA- Fully Executed ERT Cancellation IO #1935, 12.4.17.pdf
1936 - Email Humira RA- WRTV Cancellation Addendum #1936, 11.30.17.pdf
1936 - Humira RA- Fully Executed WRTV Cancellation IO #1936, 12.5.17.pdf
1940 - Signed 01.16.2018 Gilead- HIV Treatment- FULLY EXECUTED SOW #1940, 1.30.18.pdf
1942 - Signed 1.23.2018 Toy Association- FULLY EXECUTED SOW #1942 1.23.18.pdf
1943 - BMS Cancellation Notice, Dated 10.26.17.pdf
1945 - Signed 12.07.2017 Abbott- Pediasure- FULLY EXECUTED IO #1945, 12.7.17.pdf
1947 - Signed 01.18.2018 Walmart Sumter Fully Executed IO 1.18.18 .pdf
1950 - Signed 12.15.17 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
1952 - Signed 12.08.2017 - Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
1953 - Signed 01.17.2018 Injectafer Triggyr- FULLY EXECUTED Cancellation IO #1953, 1.18.18.pdf
1956 - Signed 01.24.2018 Genetech- Tecentriq 2018- FULLY EXECUTED Make Good #1956, 1.25.18.pdf
1957 - Signed 12.08.2017 - Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
1959 - Signed 01.30.2018 OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
1960 - Signed 01.30.2018 AH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1960, 1.30.18.pdf
1978 - Imbruvica- FULLY EXECUTED IO #1978, Signed 12.22.17 (Final).pdf
1978 - Imbruvica Revised IO, 12.22.17.pdf
1984 - Botox Cosmetic Cancellation Notice, 12.14.17.pdf
1986 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 - Signed 01.18.2018 - Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
1993 - Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1996 - Clovis- Rubraca- Cancellation IO #1996, 12.21.17.pdf
1997 - Januvia WB Removal Email Notification (Legal Approved), 10.26.17.pdf
1998 - Gilead- Harvoni Branded 2018- FULLY EXECUTED IO #1998.pdf
1999 - Gilead- Harvoni Unbranded 2018- FULLY EXECUTED IO #1999.pdf
2013 - Signed 02.12.2018 Astellas- FULLY EXECUTED Clinical Trial SOW #2013, 2.13.18.pdf
2014 - Executed 02.01.2018 - Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
2015 - Addtl paper Quaker 2018 Q1- AV ERT Email Addendum Draft, 1.16.18.pdf
2015 - Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
2025 - Signed 01.24.2018 Takeda- Trintellix- FULLY EXECUTED Completion Agreement, 1.24.18.pdf
2026 - Gilead- Harvoni Branded- ERT Opt Out Email Confirmation, 1.23.18.pdf
2028 - 01.18.2018 client email confirmationSpiriva COPD- Date Change Client Confirmation Email, 1.18.18.pdf
2030 - 02.06.2018 Signed - Medisafe- FULLY EXECUTED IO #2030, 2.6.18.pdf
2030 - Medisafe Estimated Inventory Counts, 11.30.17.pdf
2033 - 02.06.2018 email approval - Pediasure- Launch without contract leadership approval email, 2.8.18.pdf
2033 - Outcome Health Mail - Re- Crossix & Pediasure (1).pdf
2037 - Signed 02.07.2018 CMH Healix- Tahio- Lonsurf- FULLY EXECUTED Completion Agreement, 2.5.18.pdf
231 - 160203_Amitiza_Contract_Executed (1).pdf
264 - Signed 160410_Effient_DTC_Contract.pdf
285 - Signed 6.14.16 - 2016 GoodRx Sponsor Agreement_fully executed.pdf

317 - signed 8.31.2016 - 160831_Xulane_Contract_Revised.pdf
463 - Signed 02.03.2016 - 20160203_Welchol_Contract (1).pdf
491 - Signed 08.26.2016 - 160826_Merck_Belsomra_Contract_Executed.pdf
536 - Signed 08.02.2016 - 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
548 - Signed 10.11.2016 - OmronContractSigned.pdf
565 - Signed 01.20.2017 - FULLY EXECUTED_Publix_Medicare_Part_D_2017.pdf
570 - Signed 1.10.2017 1000454104 2016 Rozerem New Patient Start Prgrm CS.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
576 - Please DocuSign_ 161030_Zembrace_MSA_PWO_Executed.pdf
612 - Signed 11.08.2016 - 161108 Atrium 2017 Executed Contract.pdf
616 - Signed 12.21.2016 - FULLY EXECUTED_Xeljanz_Context_Media_Q1_201.pdf
619 - Signed 2.23.2017 FULLY EXECUTED_Otelza_PsO_2017_(619).pdf
620 - Signed 2.23.2017 FULLY EXECUTED_Otezla PsO 2017 (620).pdf
621 - Signed 01.17.2017 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
630 - Signed 11.17.2017 - Context Media Health MSA eff 111616 FullyExecuted.pdf
632 - Signed 12.20.2016 - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
643 - Signed 12.12.2016 - FULLY EXECUTED_BYR-MIRENA-CONTEXT-Shah-Nati.pdf
650 - Signed 11.04.2016 - FULLY EXECUTED -- UCB Clinical Trials.pdf
655 - January - FULLY EXECUTED Tradjenta_2017_Jan_(655)pd.pdf
657 - Signed 10.17.2016 - ContextMedia MNDA 20161014 (1)-signed[1].pdf
657 - Signed 12.07.2016 - FULLY EXECUTED_CMH_Statement_of_Work1_12-07.pdf
659 - 11.18.2016 - 161118 Xiidra Fully Executed Contract.pdf
664 - Need client sign. FULLY EXECUTED_Cosentyx_PsO_2017_(664).pdf
665 - Signed 12.20.2016 - FULLY EXECUTED_Contract_665_--_2017_Xeljanz.pdf
667 - CMH SIGNED_ Briviact, POC.pdf
668 - Signed 12.27.2016 - FULLY EXECUTED_2017_Ibrance_Context_Media_C.pdf
669 - Signed 12.12.2016 - FULLY EXECUTED_AG1-BCM-CONTEXT-Tobin-Nation.pdf
670 - Signed 12.12.2016 - FULLY EXECUTED_Contract_13956_-_ContextMed.pdf
677 - Signed 02.01.2017 - FULLY EXECUTED_-_Bayer_OAD_2017.pdf
680 - Signed 11.18.2016 - FULLY EXECUTED -- SC1-446751 ContextMedia Amend Amitiza Waiting Room FY16 CS.pdf
681 - Signed 11.29.2016  - Amitiza 2017.pdf
682 - Signed 2.21.2017 - FULLY EXECUTED -- Pradaxa_2017_Jan_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Feb_(682).pdf
682 - Signed 2.21.2017 FULLY EXECUTED -- Pradaxa_2017_Mar_(682).pdf
684 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
692 - Signed 3.31.2017 - FULLY EXECUTED -- Orencia 2017 Q1 (692).pdf
700 - Signed 12.28.2016 - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2690.pdf
705 - Signed 01.20.2017 - FULLY EXECUTED_HPS_IO_WR_Video_2017.pdf
705 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
706 - Signed 01.31.2017 - FULLY EXECUTED_706_--_2017_PsA_CMH_Video_IO.pdf
706- Sponsor Signature - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
707 - Signed 01.20.2017 - FULLY EXECUTED_AS_Context_Tablet_(1).pdf
707 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
708 - Signed 1.31.2017 FULLY EXECUTED--_HUMIRA_Crohns_2017_TV.pdf
708 - Signed by Sponsor Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
709 - Signed 12.27.2016 - FULLY EXECUTED_2017_Eliquis_Context_Media_C.pdf
711 - Signed 02.02.2017 - FULLY EXECUTED_MiraLAX_2017.pdf
712 - Signed 02.01.2017 - FULLY EXECUTED_Harvoni_Branded_2017.pdf
713 - AD Signed 02.03.2017 - FULLY EXECUTED_Harvoni_Unbranded_2017.pdf
716 - Signed 01.03.2017 - FULLY EXECUTED_Prezcobix_-_2017_POC_Contrac.pdf
717 - Need client sign. FULLY EXECUTED_Cosentyx_PsA_2017_(717).pdf
718 - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
718 - Signed - O-NSSJ-R3_for_CONTEXTMEDIA_HEALTH_LLC_from_PUBLICIS_HEALTH_MEDIA.pdf
719 - Signed 03.06.2017 FULLY EXECUTED_Watchman_AFIB_Device_2017 (719).pdf
720 - Signed - FULLY EXECUTEd -- Triumeq 2017 (720).pdf
720 - Signed 4.12.2017 FULLY EXECUTEd -- Triumeq 2017 (720).pdf
721 - Cancelation Context Media - Simponi Aria Cancellation Contract - Signed.pdf
721 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
723 - Cancelation Outcome Health - Stelara PsA Cancellation Signed.pdf
723 - Signed 2.14.2017 FULLY EXECUTED_Stelara_PsA_2017_(723).pdf
724 - Signed 2.14.2017 FULLY EXECUTED_Saxenda_2017_(724).pdf
725 - Signed 2.22.2017 FULLY EXECUTED_Novolog_2017_Market_Access (725).pdf
726 - Signed 2.14.2017 FULLY EXECUTED_Victoza_2017_(726).pdf
727 - Signed 2.14.2017 FULLY EXECUTED_Tresiba_2017_(727).pdf
729 - Signed 01.18.2017 - FULLY EXECUTED_Perrigo_Infant_Formula_and_C.pdf
729 - Signed 01.29.2017 - FULLY EXECUTED_ContextMediaHealth_Sponsorsh.pdf
731 - Signed 01.05.2017 - Synvisc_2017_Jan-Jun_CMH_rev.pdf

733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
735 - Signed 2.3.2017 CMH SIGNED_Viberzi_2017_Sponsorship_Agr[10].pdf
736 - FULLY EXECUTED_Praluent_2017_--_Market_Access (736).pdf
736 - Signed Praluent Market Access 2017.pdf
737 - Signed 3.6.2017 FULLY EXECUTE_Repatha_2017_-_Feb-June_ERT (737).pdf
739 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_WR_(739).pdf
740 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_(740).pdf
742 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Derm_2017_(742).pdf
743 - Signed 01.08.2018 2017_PVC Make Good_Context Media_Fully Executed 1.8.18.pdf
745 - Signed 02.08.2017 - FULLY EXECUTED -- Tecentriq_2017_Lung.pdf
747 - Signed 2.1.2017 FULLY EXECUTED_-_Bayer_Claritin_2017.pdf
750 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf
751 - Signed 01.20.2017 - FULLY EXECUTED_Humira_RA_TV_Screens.pdf
755 - Signed 1.20.2017 FULLY EXECUTED_CDC_Chronic_Context_Media_He.pdf
757 - Signed 01.03.2017 - IO Context Media for Boiron.pdf
758 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
758 - Signed 2.1.2017 FULLY EXECUTED_Belsomra_2017.pdf
759 - Signed 2.14.2017 FULLY EXECUTED_Januvia_2017_(759).pdf
760 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
760 - Signed 2.1.2017 FULLY EXECUTED_Nexplanon_2017.pdf
762 - Signed 2.1.2017 FULLY EXECUTED_Zepatier_2017.pdf
762 - Signed AH- Zepatier, Fully Executed IO, #762 08.22.17.pdf
763 - Signed 2.1.2017 FULLY EXECUTED_Zostavax_2017.pdf
770 - Signed 01.20.2017 - FULLY EXECUTED-_Humira_RA_CMH_Tabl.pdf
770 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
771 - Signed 1.20.2017 FULLY EXECUTED_-_RA_CMH_Wallboard_IO.pdf
772 - Signed 01.20.2017 FULLY EXECUTED_HPS_IO_Tablets_2017_.pdf
772 - Sponsor signed Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
773 - FULLY EXECUTED_-_Humira_PsO_CMH_WB_I.pdf
774 - Signed 01.31.2017 - FULLY EXECUTED_774_-_Humira_PsA_CMH_Tablet_.pdf
774 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
776 - Signed 01.31.2017 FULLY EXECUTED_776_--_HUMIRA_Crohns_Tablet.pdf
776 - Sponsor Signed - Humira - Sponsorship Terms and Conditions Addendum (1).docx.pdf
777 - NOT SIGNED - Update - HUMIRA Crohn's CMH Wallboard 2017 Full Year IO 1.17.17 - To Be Signed.pdf
777 - Signed 01.31.2017 - FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
777 - Signed 1.31.2017 FULLY EXECUTED_777_-_HUMIRA_Crohns_CMH_Wal.pdf
778 - No Signature Farxiga Contract 3.16.2017.pdf
778 - Signed - FULLY EXECUTED -- Farxiga 2017 (778).pdf
779 - Signed - FULLY EXECUTEd_Bydureon_2017_AH_(779).pdf
779 - Sponsor Signed 01.05.2017 - Bydureon 2017.pdf
779 - V.3.24.2017 - Bydureon Revised Contract w- makegood 4.12.2017.pdf
782 - No Signature Contract #14504 - Triggyr - Revised - 3.1.17.pdf
782 - Signed 4.25.2017 -FULLY EXECUTED_Farxiga_2017_Triggyr_(782).pdf
783 - Signed 2.13.2017 FULLY EXECUTED_Triggyr_Neulasta_Q1_2017_(78.pdf
784 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, ERT.pdf
785 - Signed 01.04.2017 - ContextMedia Movantik Sponsorship Jan 4 2017.pdf
787 - Signed 01.10.2017 - FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
788 - OH SIGNED_Lemtrada_2017_(788).pdf
788 - Signed FULLY EXECUTED Lemtrada 2017 (788).pdf
789 - No Signature Gilenya 2017 Contract 3.10.2017.pdf
793 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
794 - Signed - FULLY EXECUTED - Entresto NPS 2017 (794).pdf
801 - Not signed Symbicort contract 3.16.2017.pdf
801 - Not signed Symbicort Revised 2017 Contract 2.14.2017.pdf
801 - Signed 04.05.2017 - FULLY EXECUTED -- Symbicort 2017 (801).pdf
802 - Signed FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
807 - Signed 02.01.2017 - FULLY EXECUTED_Vectra_DA_2017.pdf
810 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
811 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
812 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
813 - Signed 2.21.2017 FULLY EXECUTED_Promius 2017.pdf
819 - Signed 3.5.2017 FULLY EXECUTED_Aspercreme_2017_(819).pdf
819 - Signed ASP Contact (TC).pdf
821 - Signed 2.15.2017 FULLY EXECUTED_Lonsurf 2017.pdf
822 - Signed 01.23.2017 FULLY EXECUTED_Xulane_2017.pdf
826 - Signed - FULLY EXECUTED_Tanzeum_2017_(826).pdf
826 - Tanzeum.2017.AH.pdf

827 - SIGNED, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
830 - Signed 2.14.2017 FULLY EXECUTED_Prolia_2017_ERT_(830).pdf
833 - FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
833 - LOE Contract.pdf
834 - Signed FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
835 - Signed, FULLY EXECUTED -- Pfizer LOE 2017 (827, 833, 834, 835).pdf
836 - CMH SIGNED_Ibrance 2017, DWB Extension.pdf
837 - Signed 2.13.2017 FULLY EXECUTED_Atrium_2017_Addendum_(837)p.pdf
838 - Signed 2.15.2017 FULLY EXECUTED -- Tecfidera 2017, WR.pdf
840 - Signed 2.13.2017 FULLY EXECUTED_Harvoni_Unbranded_2017_(840).pdf
844 - Signed FULLY EXECUTED_Public_2017_Addendum_(844)p.pdf
847 - FULLY EXECUTED_Otezla_PsO_20.pdf
848 - Signed 2.28.17 FULLY EXECUTED_Otezla_PsA_20.pdf
849 - Signed -FULLY EXECUTED_Bevespi_2017_(849).pdf
851 - Signed 2.14.2017 FULLY EXECUTED_Enbrel_Rheum_2017_Add_(851).pdf
852 - Signed 3.21.17 FULLY EXECUTED_Botox_CM_April_2017_(852).pdf
854 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Feb-June_DWB_(854).pdf
856 - Signed 3.6.2017 FULLY EXECUTED_Repatha_2017_-_Jan_Exam_Room (856).pdf
857 - Signed 2.21.2017 FULLY EXECUTED -- Repatha_2017_Jan_DWB_(857).pdf
858 - Outcome Health NDA_Fully Executed_013017.pdf
858 - Signed 3.10.2017 MannKind_AFREZZA_Signed SOW 031317.pdf
859 - Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - NEEDS OH SIGNATURE Outcome Health revised contract.pdf
859 - Signed 1.19.2017 Merck-INI Version of CMH TsandCs (Executed 1.19.17).pdf
859 - Signed FULLY EXECUTED -- Januvia 2017 Addendum (859).pdf
860 - Signed FULLY EXECUTED -- Saxenda_2017_ROI_Addendum_(860).pdf
870 - FULLY EXECUTED_Humira_PsO_2017_-_WB_Pilot (870).pdf
871 - Signed 4.18.17 - FULLY EXECUTED -- Eliquis 2017 Addendum (871).pdf
872 - Gerber Life.CMH Media Buying Guidelines doc 1.19.17.pdf
872 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
873 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
876 - PO - Outcome Health - PHMUS-31843.PDF
876 - Signed - OH_Relistor_SOW_Executed_28March2017.pdf
878 - OH SIGNED_Ibrance_2017_(878).pdf
878 - Signed 4.7.2017 - FULLY EXECUTED -- Ibrance addendum 2017 (878).pdf
879 - OH SIGNED Only _Grow_Up_Plan_2017_(873_879).pdf
880 - FULLY EXECUTED -- Copaxone_Triggyr_2017 (880).pdf
881 - Signed 3.22.17 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
883 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(883).pdf
884 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(884).pdf
885 - Signed 3.15.2017 FULLY EXECUTED_Humira_Crohn_(885).pdf
886 - OH SIGNED Only _Guaranteed_Life_2017_(872_886).pdf
887 - Signed 2.21.2017 FULLY EXECUTED -- Emblem_S_ICD_2017_(750).pdf
889 - Signed 2.21.2017 FULLY EXECUTED -- Stiolto_2017_Jan_(684.pdf
890 - Signed 2.14.2017 FULLY EXECUTED_Simponi_Aria_2017_(721).pdf
891 - Signed 1.20.2017 FULLY EXECUTED_O-PC1G-R7_for_CONTEXTMEDIA_f.pdf
893 - Completion Document (Novolog)-Fully Executed.pdf
893 - FULLY EXECUTED -- Novolog 2017 NPS (893).pdf
897 - OH SIGNED_Watchman_Device_2017_Add_(897).pdf
897 - Signed - BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
897 - Signed BSC DTP 2017 Outcome Health SOW 4.13.17.pdf
899 - Signed 3.23.17 FULLY EXECUTED_Belsomra_2017_Renewal_-_Add (899).pdf
901 - Signed 03.29.2017 FULLY EXECUTED_Brilinta_2017_(901).pdf
904 - Signed SOW as of 06.23.2017.pdf
908 - Signed 3.21.17 FULLY EXECUTED_Prepopik_2017_(908).pdf
910 - Signed 4.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910).pdf
911 - Signed 04.24.2017 FULLY EXECUTED_Otezla_PsA_TH_Cutoff_AH_(910, 911).pdf
916 - Signed FULLY EXECUTED_Otelza_PsA_2017_(619).pdf
917 - Signed - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science_37_MSA.pdf
918 - FULLY EXECUTED_Science37_2017_(918).pdf
919 - AH April Pradaxa IO (1).pdf
919 - AH June Pradaxa IO.pdf
919 - Signed -FULLY EXECUTED,6.26.17.pdf
925 - BYR-KYL-CONTEXT-swap.pdf
925 - Signed, FULLY EXECUTED -- Kyleena 2017 (925).pdf

927 - GSK Breo CONTEXTMEDIA CR26906 REV 4-5-17 (3).pdf
927 - SIGNED - FULLY EXECUTED -- 2017 Breo Asthma Campaign - Q2 Optimizations - Addendum (927).pdf
928 - Signed - Brilinta- Triggyr, IO FULLY EXECUTED, #928 08.16.17.pdf
930 - FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
930 - Signed FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
932 - Signed 4.14.17 - FULLY EXECUTED -- Atripla Q2 2017 (932).pdf
934 - Notice of Cancellation Atrium POC Cancellation 2-21-17.pdf
934 - Signed FULLY EXECUTED -- Atrium 2017 Cancelation (934).pdf
936 - Signed 04.7.2017 - FULLY EXECUTED -- Alzheimers Association 2017 (936) .pdf
942 - 5882-9-29853 -- otsuka - abilify.pdf
944 - FULLY EXECUTED -- Lonsurf DTC 2017, Addendum (944).pdf
944 - Updated Lonsurf Campaign Dates_CONTEXT_MEDIA_HEALTH_from_ID_MEDIA 04.10.2017.pdf
2017 Close Out.xlsx
2017 Recs - LP Tracker.xlsx
2017 YTD Fulfillment Report (Downloaded 1.29).xlsx
2017 YTD Fulfillment Report (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report AH (Downloaded 2.8).xlsx
2017 YTD Fulfillment Report Health Panel Fulfillment (Downloaded 2018.02.14).xlsx
2017 YTD Fulfillment Report Wifi_Doubleclick_Delivery_2017.xlsx
Billed_And_Payments_-_Detailed_data (2018.02.13.txt
Billed_And_Payments_-_Detailed_data (2018.02.13.xlsx
Cash back list through 10.25.17.png
Contract Refund Details.xlsx
Completion Agreement 2017 20180215.xlsx
Resources Collection Analysis 20170215.xlsx
Cash back due - #721 0117-051.pdf
Cash back due - #721 CM_0117-051.pdf
Cash back due - #721 FULLY EXECUTED -- Simponi Aria 2017 - Cancelation (1101,1121).pdf
Allergan-Viberzi-FULLY EXECUTED IO #735 2.22.17 .pdf
OH_Viberzi_073117-CLIENT DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--ORIGINAL RAW IMS DECK.pptx
QuintilesIMS_Outcome Health_Promo Return_Viberzi_Jan-May 2017_Results_July 2017--UPDATED RAW IMS DECK.pdf
Viberzi 2017 BPA Report.pdf
Viberzi Completion Agreement - Reconciliation 2017.xlsx
Amgen Completion Agreement 12.20.17-final.docx
Amgen Reconciliation Contracted Details.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v2.xlsx
Completion Agreement - Media Edge Amgen (Final Draft) v3.xlsx
Completion Agreement - Media Edge Amgen (Final Draft).xlsx
Media Edge - Amgen 2017 Reconciliation.xlsx
BPA.zip
Completion Agreement - Assembly Boehringer Ingelheim V2.xlsx
Completion Agreement - Assembly Boehringer Ingelheim V3.xlsx
Completion Agreement - Assembly Boehringer Ingelheim.xlsx
Contracts.zip
Measurement.zip
BPA 617 Spiriva Asthma-2017 (1) (1).pdf
BPA 655 Tradjenta 10-2017.pdf
BPA 682, 1187, 1796 Pradaxa-2017.pdf
BPA 684, 999 Stiolto 06-2017.pdf
BPA 980, 1637 Jardiance-2017 CR draft.pdf
BPA 997 Spiriva Asthma-2017.pdf
1187 Boehringer Ingelheim-Pradaxa-Aug. FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-July FULLY EXECUTED IO #1187 07.06.17.pdf
1187 Boehringer Ingelheim-Pradaxa-Sept. FULLY EXECUTED IO #1187 07.06.17.pdf
1637 Boehringer Ingelheim-Jardiance-FULLY EXECUTED IO #1637, 8.01.17.pdf
1637 Jardiance_Incremental_August'17.pdf
1637 Jardiance_Incremental_Dec'17.pdf
1637 Jardiance_Incremental_July'17.pdf
1637 Jardiance_Incremental_Nov'17.pdf
1637 Jardiance_Incremental_Oct'17.pdf
1637 Jardiance_Incremental_Sept'17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Nov. IO #1796, 10.10.17.pdf
1796 BI-Pradaxa, FULLY EXECUTED Oct. IO #1796, 10.10.17.pdf
1796 OH Dec Pradaxa IO.pdf
1841 EnPlay IO_Outcome Health_Q4 2017 Spiriva COPD_10.20.17.pdf
1841 Spiriva COPD- EXECUTED Oct IO #1841, 1.18.18.pdf

1986 Spiriva COPD- FULLY EXECUTED Nov IO #1986, 1.18.18.pdf
1987 Spiriva COPD- FULLY EXECUTED Dec IO #1987, 1.18.18.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Nov. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Oct. IO #617, 2.15.17.pdf
617 Boehringer Ingelheim Pharma-Spiriva-FULLY EXECUTED Sept IO #617, 2.15.17.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, April.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, August.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, December.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, February.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, January.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, July.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, June.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, March.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, May.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, November.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, October.pdf
617 FULLY EXECUTED -- Spiriva Asthma 2017, September'.pdf
617 Spiriva IO (revised) - 1.2017.pdf
617 Spiriva IO (revised) - 10.2017.pdf
617 Spiriva IO (revised) - 11.2017.pdf
617 Spiriva IO (revised) - 12.2017.pdf
617 Spiriva IO (revised) - 2.2017.pdf
617 Spiriva IO (revised) - 3.2017.pdf
617 Spiriva IO (revised) - 4.2017.pdf
617 Spiriva IO (revised) - 5.2017.pdf
617 Spiriva IO (revised) - 6.2017.pdf
617 Spiriva IO (revised) - 7.2017.pdf
617 Spiriva IO (revised) - 8.2017.pdf
617 Spiriva IO (revised) - 9.2017.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Apr. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Aug. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Feb. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jan. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jul. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Jun. IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED March IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED May IO #655, 2.21.17.pdf
655 Boehringer Ingelheim-Tradjenta-FULLY EXECUTED Sept. IO #655, 2.21.17.pdf
655 Tradjenta 2017 -- ROI approval.pdf
655 Tradjenta 2017 Q4 - Extension Amendment Email 9.20.17.pdf
655 Tradjenta 2017 Q4 - Market Access Approval Email.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Apr. IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Feb. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED Jan. IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED June IO #919, 6.26.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED March IO #682, 2.21.17.pdf
682 Boehringer Ingelheim-Pradaxa-FULLY EXECUTED May IO #919, 6.26.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Apr. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Feb. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jan. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED Jun. IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED March IO #684, 2.21.17.pdf
684 Boehringer Ingelheim-Stiolto-FULLY EXECUTED May IO #684, 2.21.17.pdf
980 Jardiance 2017 (980).pdf
997 Spirivia Asthma 2017 (997).pdf
1678 Outcome Health_Promo Return_Pradaxa_thru_September__2017_12_08.pdf
655 IQVIA_Outcome Health_Promo Return_Rozerem_Jun-Oct 2017_Results_December 2017 (1).pdf
655 Outcome Health_Promo Return_Tradjenta_Results_Dec292017_FINAL.pdf
682, 1187, 1796 QuintilesIMS_Outcome Health_Promo Return_Pradaxa_Jan - Sept 2017_Results_December 2017.pdf
Assembly Boehringer Ingelheim Reconciliation 2017.xlsx
Assembly Boehringer Ingelheim Reconciliation.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
2016 Delivery Report Movantik.xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V2).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017 (V3).xlsx
AstraZeneca Completion Agreement - Reconciliation 2017.xlsx

Fwd_ Quick Clarification on the AZ Audit Reports (90 Percent Client Approval).pdf
MediaVest-AstraZeneca 2017 Reconciliation.xlsx
AstraZeneca Payment History 2016.xlsx
AstraZeneca Payment History 2017.xlsx
785 AstraZeneca-Movantik-FULLY EXECUTED IO #785, 01.14.17.pdf
785 ContextMedia Amendment Movantik March 27 2017.pdf
AstraZeneca-AstraZeneca 2017 Reconciliation.xlsx
Completion Agreement - AstraZeneca - AstraZeneca.xlsx
Completion Agreement - Reconciliation 2017 Movantik V2.xlsx
Bevespi 09-2017.pdf
Brilinta 10-2017.pdf
Bydureon 09-2017.pdf
Farxiga 09-2017.pdf
Farxiga09-2017.pdf
Lynparza 09-2017.pdf
Movantik 09-2017 DONE.pdf
Symbicort 09-2017.pdf
AZ- Lynparza- FULLY EXECUTED #1082, 6.13.17.pdf
Compas - AstraZeneca Completion Agreement - Reconciliation 2017.xlsx
Completion Agreement - Compas - AstraZeneca 2017 (Final).xlsx
Lynparza 09-2017(3).pdf
Lynparza Completion Agreement v2 (1).pdf
AstraZeneca Payment History 2016.xlsx
AZ - Spark Under Delivery Math.xlsx
Completion Agreement - Media Vest AstraZeneca V2.xlsx
Completion Agreement - Media Vest AstraZeneca V3.xlsx
Completion Agreement - Media Vest AstraZeneca V4.xlsx
Completion Agreement - Media Vest AstraZeneca.xlsx
Outcome Health Mail - AZ 2016 Audit Information for Under Delivery Calculation.pdf
Outcome Health Mail - Fwd_ 2017 Outcome Health_AZ_Spark Under-Delivery Analysis.pdf
Outcome Health Mail - Outcome Health 2017_2018 Acadia Contract Cancellation Nuplazid.pdf
Bydureon 09.2016.pdf
Farxiga 12-2016.pdf
Movantik 01-2018.pdf
Onglyza 09.2016.pdf
Symbicort 03-2016.pdf
1000 FULLY EXECUTED -- Symbicort, Accent Health Migration, 2017, WR - Addendum (1126).pdf
778 AZ- Farxiga- FULLY EXECUTED IO #778, 4.5.17.pdf
779 AZ- Bydureon- FULLY EXECUTED IO #779, 4.24.17.pdf
782 AstraZeneca-Farxiga-FULLY EXECUTED IO #782, 4.25.17.pdf
801 FULLY EXECUTED -- Symbicort 2017 - Addendum (1067).pdf
849 AZ- Bevespi- FULLY EXECUTED IO #1783, 1.23.18.pdf
901 AZ- Brilinta- FULLY EXECUTED IO #901, 3.23.17.pdf
928 AstraZeneca-Brilinta-FULLY EXECUTED IO #928 8.16.17.pdf
958 AZ- Farxiga- FULLY EXECUTED IO #958, 4.12.17.pdf
960 AZ- Brilinta- FULLY EXECUTED IO #960, 4.12.17.pdf
124 160803 AZ Movantik 2H Incremental Contract Executed.pdf
182 160119_AstraZeneca_Farxiga_Contract_Signed.pdf
183 160714 AZ Bydureon Revised Contract Executed (Budget Cut).pdf
191 160606 AZ Onglyza Revised Contract Executed.pdf
297 FULLY EXECUTED_160427_AZ_Movantik_Q2_Q3_201.pdf
599 AstraZeneca-Movantik-FULLY EXECUTED IO #1157, 10.11.16.pdf
600 AstraZeneca-Movantik-FULLY EXECUTED IO #600, 10.11.16.pdf
Pfizer Change (3).xlsx
CM_1017-200 (1).pdf
Refund by Master Contract# JE_63786 - pymt 10.10.2018.xlsx
AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
GSK Outcome Completion Agreement.pdf
969 Northera-Lundbeck- FULLY EXECUTED IO #1676, 9.13.17.pdf
Completion Agreement - Global Media Services, LLC - Lundbeck.xlsx
boston_scientific_reconcilliation.xlsx
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
Watchman Campaign Executive Summary 1.31.18.xlsx
Watchman Campaign Proposal Summary 12.11.17.docx
Watchman Campaign Proposal Summary 12.11.17.pdf
1004 Watchman 2017 (1004).pdf

719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17.pdf
719 OH SIGNED_Watchman_Device_2017_Add_(897).pdf
Horizon-Gilead 2017 Reconciliation.xlsx
Completion Agreement - Horizon Media - Horizon.xlsx
280 (535) 160411_Horizon_Pharma_Duexis_Wallboard_SOW_Signed (1).PDF
280 (536) 160803_Horizon_Duexis_Amendment to DWB SOW_Signed (1).pdf
280 (536) 160803_Horizon_Duexis_Amendment to ERT SOW_Signed.pdf
280 Horizon-Duexis-FULLY EXECUTED SOW #280 8.5.16 .pdf
Lonsurf Completion Agreement - Reconciliation 2017 v2.xlsx
Lonsurf Completion Agreement - Reconciliation 2017.xlsx
Lonsurf Completion Agreement (OH Rev 02.05.2018).docx
Lonsurf Completion Agreement (OH Rev 02.05.2018).pdf
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).docx
Lonsurf Completion Agreement (OH Rev 02.06.2018 Clean).pdf
lonsurf_fulfillment (Jackie).xlsx
Scanned from a Xerox Multifunction Device.pdf
2017 Reconciliation - Avanir_Onzetra (For Completion Agreement).xlsx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT V2.docx
4832-1897-0457.1 - Completion Agreement - ID Media-Avanir v2 AN DRAFT.docx
Scanned from a Xerox Multifunction Device.pdf
Completion Agreement - ID Media - Teva Manufacturer Parent.xlsx
1052 (1053) FULLY EXECUTED -- QVAR, Accent Health Migration, August 2017 Health Panel (1053).pdf
1052 (1054) FULLY EXECUTED -- QVAR, Accent Health Migration, September 2017 Health Panel (1054).pdf
1052 FULLY EXECUTED -- QVAR, Accent Health Migration, July 2017 Health Panel (1052).pdf
1062 (1151) Triggyr-ProAir_Consumer Addendum, #1151-FULLY EXECUTED, 06.15.17.pdf
1062 (1192) Triggyr-Healix Pro Air IO-#1192-FULLY EXECUTED, 07.06.17.pdf
1062 (1663) Teva Pharma-ProAir-Healix-Revised IO, Fully Executed #1663, 07.31.17.pdf
1062 Teva-ProAir-FULLY EXECUTED IO #1062, 5.22.17
880 Teva-Copaxone-FULLY EXECUTED IO #880 5.23.17 .pdf
952 (1633) AH-Copaxone Q3 IO Incremental-#952, FULLY EXECUTED, 07.11.17.pdf
952 (1734) AH- Copaxone, Fully Executed IO #1734, 9.8.17.pdf
952 Teva-Copaxone-FULLY EXECUTED IO #952 4.12.17 .pdf
Cosentyx Completion Agreement (1).docx
Cosentyx Completion AgreementV2.docx
Cosentyx PsA 10.2017.pdf
Cosentyx PsO 10-2017.pdf
Novartis Cosentryx Completion Agreement - Reconciliation 2017.xlsx
Cash back due - Bayer Contour contract # 180 (2).pdf
Cash back due - Bayer Contour contract # 180.pdf
Initiative - Outcome Health BPA Summary (Merck provided by Customer.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft) v2.xlsx
Merck Completion Agreement - Reconciliation 2017 (Final Draft).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2) (Adam Nixon's conflicted copy 2018-01-29).xlsx
Merck Completion Agreement - Reconciliation 2017 (V2).xlsx
Merck Completion Agreement - Reconciliation 2017 (V3).xlsx
Merck Completion Agreement - Reconciliation 2017 (V4).xlsx
Merck Completion Agreement - Reconciliation 2017.xlsx
Merck Completion Agreement v1.docx
Merck Payment History 2017 V2.xlsx
Merck_4Q2017_Delivery_Data (Nov and Dec Prelim BPA).xlsx
Belsomra 03-2017.pdf
Belsomra 08-2017.pdf
Dulera 10.2017.pdf
Grastek 12-2016.pdf
Januvia 09-2017.pdf
Keytruda 12-2016.pdf
Nexplanon 10-2017 (1).pdf
Nexplanon 10-2017.pdf
Pneumovax P23 09-2017.pdf
Ragwitek 05-2016.pdf
Zostavax 01-2017.pdf
Zostavax 10-2017.pdf
Duzallo Cancelation Agreement - Reconciliation 2017 V2.xlsx
Duzallo Cancelation Agreement - Reconciliation 2017.xlsx
Ironwood- Duzallo- FULLY EXECUTED SOW #1662, 11.3.18.pdf
Ironwood - Allergan 2017 Reconciliation.xlsx
Cash back due - # 750 - CM_0917-200.pdf

Cash back due - #750 Copy of fully executed contract.pdf
Cash back due - #750 Outcome Health Mail - Re_ Final Emblem S-ICD Metrics - July.pdf
1104 Context-Outcome_PO1695_PWhite_01Aug17.pdf
1104 Evzio Inventory LOI_exp date of 7_14 07.10.2017.pdf
1104 Kaleo- Evzio- FULLY EXECUTED SOW #1104, 7.24.17.pdf
Completion Agreement - Kaleo Pharma - Kaleo Pharma Parent.xlsx
Completion Agreement - Marcus Thomas - Dexcom (Manufacturer).xlsx
1944 Dexcom CGM- FULLY EXECUTED Revised IO #1944 12.15.17.pdf
974 (1693) Dexcom 2017, Q4 - FULLY EXECUTED Amendment #1693, 10.17.17.pdf
974 Dexcom 2017- FULLY EXECUTED IO #974, 2.6.17.pdf
974 - Dexcom Working 090717_Final.pdf
4831-8992-6490.1 - Opdivo - Completion Agreement and Release - AN Revised 1.9.2018.docx
BMS Opdivo Settlement Agreement - 2017 Reconciliation.xlsx
Exhibit A - Invoices and Credit Memo.pdf
Opdivo - Completion Agreement and Release (OH Rev 01.29.18) (1).docx
Completion Agreement - MediaVest - Bristol-Myers Squibb (Orencia).xlsx
Proposed Termination Agreement (v. 7.20.17) OH Executed, 1.25.18.pdf
692 BMS-Orencia-FULLY EXECUTED IO #692, 3.31.17.pdf
692 FULLY EXECUTED -- Orencia 2017, Q2 Addendum (802).pdf
Completion Agreement - Allergan - Allergan.xlsx
1649 Allergan-Botox Chronic Migraine OH- BCM Revised Contract Email Confirmation - #1642, FULLY EXECUTED, 07.10.17.pdf
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16 .pdf
852 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17 .pdf
994 Allergan - Restasis Q2 2017.pdf
Completion Agreement - Compas - Biogen.xlsx
784 (1208) Tecfidera 2017 ERT, Partially Executed Revised IO #1208, 9.19.17.pdf
784 (1952)Tecfidera- Fully Executed ERT Cancellation IO #1952, 12.8.17.pdf
784 Biogen-Tecfidera-FULLY EXECUTED IO #784 2.15.17 .pdf
838 (1654) Tecfidera 2017 WRTV, Partially Executed Revised IO #1654, 9.19.17.pdf
838 (1957) Tecfidera- Fully Executed WRTV Cancellation IO, 12.8.2017.pdf
838 Biogen-Tecfidera-FULLY EXECUTED IO #838 5.22.17 .pdf
Completion Agreement - Crescendo Bioscience - Crescendo Bioscience (Manufacturer).xlsx
807 Crescendo Bioscience-Vectra DA-FULLY EXECUTED SOW #807 2.1.17 .pdf
Completion Agreement - Heartbeat Ideas - Boston Scientific.xlsx
1004 - Boston Scientific Watchman 2017.pdf
1004 (1720) Boston Scientific- The Watchman Device- FULLY EXECUTED Amendment_10.9.17.pdf
719 (1033) OH-Watchman AFIB Device DTC, #1033, FULLY EXECUTED, 07.14.17.pdf
719 (897) BSC DTP 2017 Outcome Health SOW 4.13.17 (2).pdf
719 Boston Scientific-The Watchman Device AFIB-FULLY EXECUTED IO #719 3.6.17 .pdf
Completion Agreement - Heartbeat Ideas - Pharmacyclics.xlsx
1110 (1976) Imbrucia $0 Extension Agreement.pdf
1110 (1978) Imbruvica- FULLY EXECUTED IO #1978, 12.22.17 (Final).pdf
1110 OH-Imbruvica SOW-#1110, FULLY EXECUTED, 07.18.17.pdf
Completion Agreement - HSAD North America - LG.xlsx
1068 (1681) 20170815 LG Air Signed Addendum.pdf
1068 LG Air Purifiers- FULLY EXECUTED IO #1068, 6.5.17.pdf
Completion Agreement - Intouch Solutions - Sanofi (Manufacturer).xlsx
788 (1036) Sanofi-Lemtrada-FULLY EXECUTED IO #1036, 6.30.17 .pdf
788 (1211) Sanofi-Lemtrada-FULLY EXECUTED IO #1211, 7.12.17 .pdf
788 Sanofi-Lemtrada-FULLY EXECUTED IO #788, 3.20.17 .pdf
Completion Agreement - Kelly Scott Madison - Jazz.xlsx
1034 Jazz Pharma- Xyrem- FULLY EXECUTED IO #1034, 4.18.17.pdf
Completion Agreement - KWG Advertising - Sanofi (Manufacturer).xlsx
819 (930) FULLY EXECUTED - Aspercreme 2017, Addendum (930).pdf
819 Sanofi-Aspercreme-FULLY EXECUTED IO #819, 3.15.17 .pdf
Completion Agreement - Novartis - Novartis.xlsx
794 Novartis-Entresto-FULLY EXECUTED SOW #794 3.17.17 .pdf
794 - Email - Entresto results.pdf
794 - Entresto_NPS_092017v2_Final Results.pdf
794 - FINAL IQVIA_Outcome Health_Promo Return_Entresto_Feb-Sep 2017_Results_December 2017.pdf
Eli 2016 and 2017 Deliverable Summary.xlsx
Eli Lilly Example of Settlement 01.02.2018.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - JPM Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb) Unsigned.pdf
OMG - Eli Lilly 2017 Reconciliation.xlsx
SIGNED - Eli Lilly Completion Agreement 12.29.17.pdf

Completion Agreement - Outdoor Media Group - PepsiCo.xlsx
1791 Pepsi- Quaker- FULLY EXECUTED IO #1791, 11.16.17.pdf
1950 (2015) Quaker 2018, Q1- AV ERT Email Amendment, 1.17.18.pdf
1950 PepsiCo- Quaker 2018- Fully Executed IO #1950, 12.15.17.pdf
Completion Agreement - Outdoor Media Group - Roche.xlsx
745 (1839) OH- Genentech- Tecentriq- Revised IO (OMA Paper) #1839, 10.19.17.pdf
745 (1959) OH- Genetech- Tecentriq 2017 Dec.- FULLY EXECUTED Make Good IO #1959, 1.30.18.pdf
745 (CASH PAYMENT) AH&OH- Genentech- Tecentriq 2017, FULLY EXECUTED Amendment Summary, 10.20.17.pdf
745 Roche-Tecentriq-FULLY EXECUTED IO #745 2.8.17 .pdf
Contract Refund Details.xlsx
PHD GlaxoSmithKline 2017 Reconciliation.xlsx
Completion Agreement - PUBLICIS HEALTH MEDIA - NOVARTIS.xlsx
Kisqali 10.2017.pdf
718 (1153) FULLY EXECUTED - Ribo 2017 Addendum (1153) 06.13.17.pdf
718 (1688) Kisqali Ribo 2017 -  Fully Executed IO #1688, 9.11.17 (1).pdf
718 (1838) Novartis- Afinitor Kisqali- FULLY EXECUTED Cancellation IO #1838, 1.25.18.pdf
718 Novartis-Afinitor-Kisqali-FULLY EXECUTED IO #718 5.22.17 .pdf
Completion Agreement - Publicis Health Media - Sanofi (Manufacturer).xlsx
731 (1212) AH- Synvisc-IO-FULLY_EXECUTED_-#1212_07_21_2017.pdf
731 Sanofi-Synvisc-FULLY EXECUTED IO #731, 3.20.17 .pdf
Genentech-Amendments and Completion Agreement (fully executed) (3).pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
Outcome Completion Agreement -  GSK Breo and HIV.pdf
Questions for SAB 108 memos.docx
SAB 108 - Revenue adjustment 10-6-2017.xlsx
SAB 108 - Revenue adjustment 9-28-2017.xlsx
SAB 108 - Xeljianz (4).xlsx
Summary of give backs.xlsx
wk.6 Flash ending 2.9.2018.xlsx
2016 Contracts for D&T Tracker.xlsx
208-591 Xeljanz - Revised Contract Q4 Incremental_Executed 161006.pdf
208-615 Xeljanz - FULLY EXECUTED_Xeljanz_Context_Media_Q4_201.pdf
212-432 Eliquis - 20160111_Eliquis_2016_Contract_Incremental_Executed.pdf
250-250 Genentech - 160510 Genentech Oncology Contract.pdf
262-262 Premarin PVC - 160212_PVC_2016_Contract_Executed.pdf
262-568 Premarin PVC - Q4 2016 PVC Executed Contract.pdf
273-273 GSK Breo - 151005_Contract_Breo.pdf
288-460 GSK HIV - 2016 GSK HIV Incremental Executed Contract 160606.pdf
288-461 GSK HIV - 160610 Unbranded WR Contract_CR25895.pdf
314-314 Trumenba - 2016 Signed Contract.pdf
344-715 GSK Breo - FULLY EXECUTED_GSK_Breo_CONTEXTMEDIA_CR2546.pdf
445-445 Ibrance - 2016 Executed Contract 160621.pdf
632-632 Xeljanz - FULLY EXECUTED_Contract_632_--_Xeljanz_Cont.pdf
Eli Lilly Reconciliation.xlsx
Eli Lilly Settlement $1m wire - Transaction_Details_12_29_2017_12_17.pdf
Lilly_Completion_Agreement_v2_(Finalgb).pdf
1051 - Signed OH-Eli Lilly CR26374-#1051-FULLY EXECUTED, 07.06.17 (1).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).pdf
1667 - Outcome Health Mail - Approval Request for Extension of Trulicity ROFR (5).zip
181 - 160128_EliLilly_Trulicity_Contract.pdf
184 - 160225 EliLilly Glucagon Contract Executed.pdf
194 - 160321 EliLilly Humalog 2015 Q2 Contract Executed.pdf
571 - Signed 12.28.2016 - FULLY EXECUTED_Eli_Lilly_CONTEXTMEDIA_CR263.pdf
733 - Signed 01.20.2017 - FULLY EXECUTED -- Trulicity, 1H 2017.pdf
882 - Signed 3.20.17 FULLY EXECUTED_Eli_Lilly_Trulicity_(882).pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.zip
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
Genentech Overview.docx
Genentech-Amendments and Completion Agreement (fully executed).pdf
Tecentriq 2017 - Delivery Summary.xlsx

Tecentriq 2017 Review.pptx
GSK Overview.docx
GSK Reconciliation.xlsx
Outcome Completion Agreement.pdf
170830_Xeljanz_2016_PlayData.xlsx
CM_0617-005.pdf
CM_0817-200.pdf
CM_1017-200.pdf
Pfizer Monthly Delivery 2016 - 2017.xlsx
Pfizer Overview.docx
Pfizer Reconciliation.xlsx
Xeljanz Invoices.pdf
170830_Xeljanz_2016_PlayData.xlsx
Pfizer Monthly Delivery 2016 - 2017.xlsx
Tecentriq 2017 - Delivery Summary.xlsx
Tecentriq 2017 Review.pptx
Completion Agreement - Silverlight Digital - Radius Health (Manufacturer).xlsx
1206 (1787) Radius Health- Tymlos- FULLY EXECUTED IO #1787, 10.17.17.pdf
1206 (1993) Tymlos- Extension to 1.12.18 Email Amendment, 12.22.17.pdf
1206 OH-RadiusPharma IO- #1206, FULLY EXECUTED, 06.30.17.pdf
Abbvie Open AR 1.2.18.xlsx
All AbbVie Contracts 01022018.xlsx
All Abbvie Contracts.xlsx
Spark-Abbvie 2017 Reconciliation.xlsx
Spark-Novo Nordisk 2017 Reconciliation.xlsx
2017 Acadia Nuplazid Delivery Report (1).xlsx
ACADIA, Nuplazid- Fully Executed SOW #1704, 8.31.17.pdf
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals (V2).xlsx
Completion Agreement - SSCG Media Group - Acadia Pharmaceuticals 2017.xlsx
Outcome Health Mail - Re_ Outcome Health 2017_2018 Acadia Contract Cancellation (2).pdf
Takeda_Completion_Agreement_FullySigned.pdf
Assembly Boehringer Ingelheim Reconciliation 2017 RC&LP - OS ITEM.xlsx
AstraZeneca-AstraZeneca 2017 Reconciliation_RC&LP - DONE.xlsx
Horizon-Gilead 2017 Reconciliation - RC&LP - DONE.xlsx
Ironwood - Allergan 2017 Reconciliation_RC&LP - DONE.xlsx
MediaVest-AstraZeneca 2017 Reconciliation_RC&LP - OS ITEM.xlsx
OMG - Eli Lilly 2017 Reconciliation_RC&LP - OS ITEM.xlsx
PHD-GlaxoSmithKline 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Abbvie 2017 Reconciliation_RC&LP - DONE.xlsx
Spark-Novo Nordisk 2017 Reconciliation_RC&LP - DONE.xlsx
Target Health - Bayer 2017 Reconciliation_RC&LP - DONE.xlsx
Underscore - Celgene 2017 Reconciliation_RC&LP.xlsx
Underscore - Celgene 2017 Reconciliation.xlsx
Completion Agreement - Valeant Pharmaceuticals - Valeant (Manufacturer).xlsx
876 Salix-Relistor_FULLY EXECUTED SOW #876 3.28.17 .pdf
904 (2014) Valeant- Xifaxan- Email Amendment, 2.1.18.pdf
904 Valeant-Xiafxan-FULLY EXECUTED SOW #904, 07.13.17.pdf
876 - QuintilesIMS_Outcome Health_Promo Return_Relistor_Apr-Aug 2017_Results_October 2017.pdf
876 - Update - IQVIA_Outcome Health_Promo Return_Relistor_Apr-Oct 2017_Results_December 2017.pdf
904 - QuintilesIMS_Outcome Health_Promo Return_Xifaxan_Aug 2017_Results_December 2017.pdf
Completion Agreement - Wilson Media Group - Gilead.xlsx
Gilead-HIV-Wilson Media-Revised IO-Fully Executed #1655 08.3.17.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #1014, 5.14.7.pdf
985 Abbott-Pedialyte-FULLY EXECUTED IO #985, 4.17.17.pdf
Target Health - Abbott - Pedialyte.xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V1).xlsx
Kinetic-TargetHealth - Adam Nixon (Month Cap - V2).xlsx
Outcome Health Makegood Resolution- TH (1)REVISED (1).xlsx
Target Health - Bayer 2017 Reconciliation.xlsx
Target Health - Bayer OTC - Reconciliation Jan - Sep.xlsx
Target Health AR.xlsx
Target Health Billing & Payments.xlsx
TargetHealth AR Summary 010918.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary (1).xlsx
OneADay 12-2017.pdf
WPP plc  Kinetic Worldwide  Target Health - Bayer.xlsx
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881) (1).pdf

1189 AH-Abbott Ensure IO-#1189-FULLY EXECUTED,07.31.17.pdf
Abbot Nutrition - Ensure BPA Report_FINAL 171205.pdf
Completion Agreement - Target Health - Abbott - Enusre.xlsx
669 Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #669 12.13.16.pdf
852  Allergan-Botox Chronic Migraine-FULLY EXECUTED IO #852 3.21.17.pdf
993 Restasis Q2 2017 (994).pdf
Target Health - Allergan.xlsx
Target Health - Abbott - Bayer.xlsx
2017_Bayer_OTC_Targeting_Delivery_Summary.xlsx
825, 1689 Xofigo 11-2017.pdf
961, 747 Claritin Peds 10-2017.pdf
966, 643 Mirena-Kyleena 12-2017.pdf
961, 747 Claritin Peds 09-2017.pdf
965, 711 Miralax 12-2017.pdf
970, 677OneADay 12-2017.pdf
643 Bayer-Mirena_FULLY EXECUTED IO #643, 12.12.16.pdf
677 Bayer-One-A-Day-FULLY EXECUTED IO #2.1.17.pdf
711 Bayer-Miralax-FULLY EXECUTED IO #711 2.2.17.pdf
747 FULLY EXECUTED_Claritin_Peds_Q2_2017_(881).pdf
961 Bayer-Claritin Peds-FULLY EXECUTED IO #961, 4.12.17.pdf
965 Miralax 2017 (965).pdf
966 BYR-KYL-ACCENT-O'Malley-National-4-25-2017_K14888-0001-0002-v2.pdf
966 Mirena 2017 (966).pdf
970 One A Day 2017 (970).pdf
Campbells - V8 Delivery Report_FINAL 171205.pdf
Campbell's Soup- V8- FULLY EXECUTED IO #1005, 1.26.17.pdf
Completion Agreement - Target Campell's Soup.xlsx
619 Context Otezla PsA Final Contract_041917.pdf
620 CGN-OPS-CONTEXT-Valente-National-2-24-2017_K14206-0001-0001-v7 (2).pdf
Target Health - Celgene.xlsx
TCs_ page 2.jpg
TCs_page 1.jpg
Dyson- FULLY EXECUTED IO #1023, 4.20.17.pdf
Target Health - Dyson.xlsx
1795 Valeant- Addyi- FULLY EXECUTED IO #1795, 10.16.17.pdf
Target Health - Valeant.xlsx
January 2018 Rev Calc Support - Ran 01.26.2018.xlsx
January 2018 Rev Calc Support - Ran 02.02.2018.xlsx
January 2018 Rev Calc Support - Revised 02.07.2018.xlsx
JAN2018_TPD_final - Remnant.xlsx
180207_January_2018_FulfillmentReport.xlsx
January 2018 Qualified Fulfillment - V021518.xlsx
February 2018 Rev Calc Support - Ran 02.12.2018.xlsx
01.12.2018 - CM-CasperLitDist_WR_ABrochuree-01122018-TrackingNo Contract # 1696.xlsx
01.12.2018 - CM-CasperLitDist_WR_BBrochuree-01122018-TrackingNo_MASTER CONTRACT#1696.xlsx
01.12.2018 CM-OtezlaPsABrochuree-01122018-TrackingNo_MASTER CONTRACT 1828.xlsx
01.23.2018 CM-OtezlaPsOLitBrochuree-01232018-TrackingNo #1827.xlsx
Contracted Products and Revenue - week 01.15.2018.xlsx
Contracted to Fulfillment - 2018.01.16.xlsx
2016 Revenue Contract Summary 2016.06.xlsx
Contract Master.xlsx
Device, Qty Dollars Status 2016.09.13.xlsx
June Revenue Quetions - Support.xlsx
Rev Rec June.xlsx
2016-09_September_billing_revenue_dr_2016 (Working File).xlsx
2016-09_September_billing_revenue_dr_2016 (Working File)c.xlsx
Micensky VOE.pdf
Workbook2 (Added).xlsx
Workbook2.xlsx
Workbook5.xlsx
12.28.17 - Conversant Check.jpg
12.28.17 - Conversant Details.jpg
11.02.17 - Samba Check.jpg
11.02.17 - Samba Details.jpg
11.03.17 - Butler_Till Check.jpg
11.03.17 - Butler_Till Details.jpg
11.10.17 - Samba Check.jpg

11.10.17 - Samba Details.jpg
11.20.17 - Abbott Check.jpg
11.20.17 - Abbott Details.jpg
11.20.17 - Butler_Till Check.jpg
11.20.17 - Butler_Till Details.jpg
11.24.17 - Target Check.jpg
11.24.17 - Target Details.jpg
11.30.17 - Conversant Check.jpg
11.30.17 - Conversant Details.jpg
10.16.17 - KellyScottMadison Check.jpg
10.16.17 - KellyScottMadison Details.jpg
10.16.17 - Resources Check.jpg
10.16.17 - Resources Detail.jpg
10.16.17 - Target Check.jpg
10.16.17 - Target Details.jpg
10.17.17 - Butler_Till Check.jpg
10.17.17 - Butler_Till Details.jpg
10.19.17 - Intermark Check.jpg
10.19.17 - Intermark Details.jpg
10.25.17 - IPG Check.jpg
10.25.17 - IPG Details.jpg
10.27.17 - Conversant Check.jpg
10.27.17 - Conversant Details.jpg
10.30.17 - Harmelin Check.jpg
10.30.17 - Harmelin Details.jpg
JPM April 2017.pdf
JPM August 2017.pdf
JPM December 2017.pdf
JPM February 2017.pdf
JPM January 2017.pdf
JPM July 2017.pdf
JPM June 2017.pdf
JPM March 2017.pdf
JPM May 2017.pdf
JPM November 2017.pdf
JPM October 2017.pdf
JPM September 2017.pdf
Pages from JPM April 2017.pdf
Pages from JPM November 2017.pdf
Pages from JPM October 2017.pdf
Pages from JPM September 2017.pdf
Check# 0000007579.pdf
Check# 0000007580.pdf
Check# 0019139621.pdf
Check# 0110338998.pdf
Check# 0110340661.pdf
Check# 0110340809.pdf
Check# 0110340810.pdf
Check# 0110340811.pdf
Check# 0110340812.pdf
Check# 0110340813.pdf
Check# 0110340814.pdf
Check# 0110340815.pdf
Check# 0110340816.pdf
Check# 0110347403.pdf
Check# 0110347482.pdf
Check# 0110347504.pdf
Check# 0110347515.pdf
Check# 0110347536.pdf
Check# 0110353065.pdf
Check# 0110353201.pdf
Check# 102001.pdf
Check# 102106.pdf
Check# 134234.pdf
Check# 1690000307.pdf
Check# 1690000461.pdf
Check# 209719.pdf

Check# 209831.pdf
Check# 209832.pdf
Check# 209908.pdf
Check# 209909.pdf
Check# 209978.pdf
Check# 4000549747.pdf
Check# 400119148.pdf
Check# 400119884.pdf
Check# 400120476.pdf
Check# 40233.pdf
Check# 40495.pdf
Check# 5421.pdf
Check# 58300087.pdf
Check# 593381.pdf
Check# 593418.pdf
Check# 608411.pdf
Check# 84019.pdf
Check# 84053.pdf
Check# 844188.pdf
Check# 884182.pdf
Check# 90669.pdf
1.8.18 - Carat Check.jpg
1.8.18 - Carat Details.jpg
2017.pdf
2017-1 10.pdf
2017-1 13.pdf
2017-1 33.pdf
2017-1 34.pdf
2017-1 7.pdf
2017-10.pdf
2017-11.pdf
2017-12.pdf
2017-13.pdf
2017-14.pdf
2017-16.pdf
2017-17.pdf
2017-18 2.pdf
2017-2 13.pdf
2017-2 8.pdf
2017-2 9.pdf
2017-3 10.pdf
2017-3 11.pdf
2017-3 13.pdf
2017-3 14.pdf
2017-3 15.pdf
2017-3 2.pdf
2017-3 31.pdf
2017-3 6.pdf
2017-4 1.pdf
2017-4 18.pdf
2017-4 19.pdf
2017-4 20.pdf
2017-4 25.pdf
2017-4 26.pdf
2017-4 5.pdf
2017-4 6.pdf
2017-5 11.pdf
2017-5 3.pdf
2017-5 5.pdf
2017-5 8.pdf
2017-6.pdf
2017-7.pdf
2017-8.pdf
2017-9.pdf
2017-1 (Uploaded).pdf
2017-2.pdf
2017-3.pdf

2017-4.pdf
2017-5.pdf
(188_) - 4845-8510-7283.1 - FINAL - Jardiance - March 2016.pdf
(242_) - 4835-1343-8039.1 - FINAL - Abbvie - Humira Derm (1.27.16).pdf
(852_) - 4836-7095-9446.1 - FINAL - Allergan - Botox - 12.12.16.pdf
(This one is very very wrong) 4844-2366-8311.1 - FINAL - Abbvie - Humira PSA - Tablet (1.27.16).pdf
___ - 4823-0606-0883.1 - FINAL - Amgen - Repatha - 5.18.16.pdf
1000 - 4831-0686-3444.1 - FINAL - AZ - Symbicort - Contract 14830.pdf
1000- 4820-1199-3428.1 - FINAL - AstraZeneca (Symbicort) - Contract 14830.pdf
1005 - 4826-4566-9715.1 - FINAL - Campbell - V8 - 1.26.17.pdf
1006 - 4849-9244-6807.1 - REVISED - Victoza 11.22.16.pdf
1034 - 4815-2446-6519.1 - FINAL - Jazz Pharmaceutical - Xyrem - 5.4.17.pdf
1082 - 4844-9188-4371.1 - FINAL - AstraZeneca - Lynparza - 6.8.17.pdf
1082 - 4846-3048-3028.1 - FINAL - AstraZeneca - Lynparza - Contract 6428-9-36035.pdf
1094 - 4819-4377-2498.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Exam Roo....pdf
1094 - 4844-7968-8018.1 - FINAL - Amgen - Enbrel RA - 2017 Incremental Wallboar....pdf
1096 - 4835-3007-6503.1 - FINAL - Myrbetriq 6.22.17.pdf
1132 - 4852-4763-9890.1 - FINAL - Amgen - Repatha - July to Sept 2017 Wallboard....pdf
1134 - 4849-5855-9826.1 - FINAL - Amgen - Repatha - July to Sept Tablets.pdf
1147 - 4817-1982-5236.1 - FINAL - Sanofi (Dupixent) - 7-26-17.pdf
1158 - 4813-8991-7268.1 - FINAL - Novartis (Cosentyx Psoriatic Arthritis) 8-10-17.pdf
1187 - 4820-7033-8898.1 - FINAL - BI - Pradaxa - September 2017.pdf
1189 - 4813-3560-5075.1 - FINAL - Abbott - Ensure - 7.31.17.pdf
1689 - 4826-7203-1826.1 - Bayer Rx - Xofigo - 8.15.17.pdf
1706 - 4848-3116-0915.1 - FINAL - Novo Nordisk - Victoza - 11.22.16.pdf
1707 - 4816-3135-8548.1 - FINAL - Daiichi - Injectafer - 8.16.17.pdf
1772 - 4843-1210-9140.1 - FINAL - AstraZeneca - Lynparza - Contract 7770-11-37480.pdf
1788 (NOT FULLY EXECUTED) - 4824-1740-1170.1 - FINAL - Amgen - Enbrel Derm - Sept 2017 Tablets.pdf
1805 - 4823-9564-3986.1 - FINAL - Amgen - Repatha - Q4 2017.pdf
181 - 4831-7427-4134.1 - REVISED - Lilly - Trulicity 2016.pdf
181 - 4837-1343-8035.1 - FINAL - Lilly - Trulicity 2016 Campaign Rev. 4.7.16.pdf
184 - 4824-5134-5747.1 - FINAL - Lilly - Glucagon (June 2016) 2.26.16.pdf
184 (DUPLICATE) - 4826-3170-1334.1 - REVISED - Lilly - Glucagon - June to Sept 2016.pdf
188 - 4824-5479-4067.1 - FINAL - Jardiance - December 2016.pdf
190 - 4836-1970-5173.1 - FINAL - Novolog - 6.28.16.pdf
190 - 4838-0451-6693.1 - FINAL - Novolog - 9.13.16.pdf
192 - 4843-1417-8387.1 - FINAL - Tradjenta - July 2016.pdf
192 - 4848-1860-8979.1 - FINAL - Tradjenta - September 2016.pdf
192 - 4852-5344-0339.1 - FINAL - Tradjenta - December 2016.pdf
192 (OCTOBER) - 4824-0229-6659.1 - FINAL - Tradjenta - October 2016.pdf
192- 4814-9226-3763.1 - FINAL - Tradjenta - August 2016.pdf
193 - 4824-6306-0565.1 - FINAL - Tresiba - 7.20.16.pdf
194 - 4815-7945-4803.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 3.23.16.pdf
194 - 4838-5761-7750.1 - REVISED - Lilly - Humalog - Jan to June 2016.pdf
194 -4811-4364-0403.1 - FINAL - Lilly - Humalog U200 (Jan 2016) 1.14.16.pdf
196 - 4826-6484-5909.1 - FINAL - Victoza - 6.27.16.pdf
196 - 4850-6431-5477.1 - FINAL - Victoza - 7.20.16.pdf
197 - 4835-1775-5987.1 - FINAL - Amgen - Enbrel RA - 10.12.15.pdf
198 - 4835-0078-2163.1 - FINAL - Amgen - Enbrel RA - 4.4.16.pdf
199 - 4835-5066-3255.1 - FINAL - Abbvie - Humira Rheum - Tablet (1.27.16).pdf
199 - 4836-3232-0343.1 - FINAL - Abbvie - Humira Rheum (5.31.16).pdf
199 - 4845-7433-5575.1 - FINAL - Abbvie - Humira Rheum - Tablet (5.31.16).pdf
200 - 4825-5641-5831.1 - FINAL - Abbvie - Humira PSA (6.10.16).pdf
200 - 4851-5603-2343.1 - FINAL - Abbvie - Humira PSA (1.27.16).pdf
209 - 4823-7546-3255.1 - FINAL - Myrbetriq 6.23.15.pdf
214 - 4813-8937-2499.1 - FINAL - Pradaxa - February 2016.pdf
214 - 4836-2146-3123.1 - FINAL - Pradaxa - May 2016.pdf
214 - Apr - 4821-9428-5651.1 - FINAL - Pradaxa - April 2016.pdf
214 (JUNE) - 4828-4938-3507.1 - FINAL - Pradaxa - June 2016.pdf
216 - 4812-6554-5811.1 - FINAL - Amgen - Repatha 12.3.15.pdf
216 - 4826-4180-1811.1 - FINAL - Amgen - Repatha - 1.15.16.pdf
227 - 4816-6996-8727.1 - FINAL - Jazz - Xyrem 3.3.16.pdf
232 - 4830-0384-0852.1 - FINAL - Abbvie - EPI - 7.26.16.pdf
240 - 4833-3261-6787.1 - FINAL - Amgen - Enbrel Derm - 1.31.16.pdf
241 - 4848-4276-2835.1 - FINAL - Amgen - Enbrel Derm - 6.2.16.pdf
242 - 4847-0507-9127.1 - FINAL - Abbvie - Humira Derm (6.10.16).pdf
242 - 4849-9278-2935.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (1.27.16).pdf

US v. Shah, et al.                                                                                    Appendix B

242 (TABLET) - 4829-1280-1367.1 - FINAL - Abbvie - Humira Psoriasis - Tablet (6.1.16).pdf
306 - 4816-0709-4869.1 - FINAL - Saxenda - Jan to March.pdf
306- 4810-5325-0133.1 - FINAL - Saxenda - April to Dec.pdf
310 - 4837-1013-5891.1 - FINAL - Stiolto - January 2016.pdf
310 - 4837-2645-4355.1 - FINAL - Stiolto - December 2016.pdf
310 - 4848-2136-4307.1 - FINAL - Stiolto - October 2016.pdf
310 - 4850-0466-8499.1 - FINAL - Stiolto - July 2016.pdf
342 - 4814-0635-8101.1 - FINAL - Tresiba - 11.22.16.pdf
4831-2338-9267.1 - FINAL - Tradjenta - November 2016.pdf
531 - 4828-3236-0790.1 - FINAL - Allergan - Botox - 12.16.16.pdf
540 - 4820-9512-9683.1 - FINAL - Pradaxa - October 2016.pdf
540 - 4842-2609-8259.1 - FINAL - Pradaxa - September 2016.pdf
542 - 4847-4275-4899.1 - FINAL - Amgen - Enbrel RA - 12.28.16.pdf
560 - 4818-3701-9731.1 - FINAL - Amgen - Prolia - 9.9.16.pdf
571 - 4824-1674-2739.1 - FINAL - Lilly - Alimta (Oct 2016-Feb 2017) 9.13.16.pdf
571 - 4845-1323-9894.1 - REVISED - Lilly - Alimta - Oct 2016 to June 2017.pdf
601 - 4849-7108-9751.1 - FINAL - Abbvie - Humira AS 3647 (12.15.16).pdf
617 - 4824-9146-5554.1 - FINAL - BI - Spiriva - October 2017.pdf
617 - 4834-4521-0962.1 - FINAL - BI - Spiriva - August 2017.pdf
617 - 4835-7903-5474.1 - FINAL - BI - Spiriva - April 2017.pdf
617 - 4838-1647-2402.1 - FINAL - BI - Spiriva - November 2017.pdf
617 - 4846-7040-6482.1 - FINAL - BI - Spiriva - February 2017.pdf
617 - Jan - 4820-1999-9570.1 - FINAL - BI - Spiriva - January 2017.pdf
617 - May - 4822-5599-4706.1 - FINAL - BI - Spiriva - May 2017.pdf
617 - Sept - 4818-8774-7922.1 - FINAL - BI - Spiriva - September 2017.pdf
617 (DECEMBER) - 4823-7166-5746.1 - FINAL - BI - Spiriva - December 2017.pdf
617 (JULY) - 4827-4181-3074.1 - FINAL - BI - Spiriva - July 2017.pdf
617- 4810-4757-6402.1 - FINAL - BI - Spiriva - June 2017.pdf
617- 4811-1488-1874.1 - FINAL - BI - Spiriva - March 2017.pdf
628 - 4843-2571-6051.1 - FINAL - Spiriva Asthma - November 2016.pdf
628 (DECEMBER) - 4831-1814-9715.1 - FINAL - Spiriva Asthma - December 2016.pdf
655 - 4835-6619-0162.1 - FINAL - BI - Tradjenta - March 2017.pdf
655 - 4841-8740-5906.1 - FINAL - BI - Tradjenta - September 2017.pdf
655 - 4842-7063-6626.1 - FINAL - BI - Tradjenta - June 2017.pdf
655 - 4845-3730-2610.1 - FINAL - BI - Tradjenta - April 2017.pdf
655 - 4849-7370-6834.1 - FINAL - BI - Tradjenta - August 2017.pdf
655 - 4852-0989-8578.1 - FINAL - BI - Tradjenta - July 2017.pdf
655 - Jan - 4816-8635-5538.1 - FINAL - BI - Tradjenta - January 2017.pdf
655 - May - 4818-8866-5170.1 - FINAL - BI - Tradjenta - May 2017.pdf
655 (FEBRUARY) - 4828-9372-5266.1 - FINAL - BI - Tradjenta - February 2017.pdf
664 - 4852-4913-5700.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
665 - 4844-3637-3847.1 - FINAL - Xeljanz 12.20.16.pdf
677 - 4839-1700-1811.1 - FINAL - Bayer OTC - One A Day - 2.1.17.pdf
682 - 4852-0682-6322.1 - FINAL - BI - Pradaxa - June 2017.pdf
682-682 - 4822-7140-3346.1 - FINAL - BI - Pradaxa - March 2017.pdf
684 - 4833-7686-3570.1 - FINAL - BI - Stiolto - February 2017.pdf
684 - 4836-4582-3314.1 - FINAL - BI - Stiolto - March 2017.pdf
684 - 4836-6273-1602.1 - FINAL - BI - Stiolto - May 2017.pdf
684 - 4841-1545-4290.1 - FINAL - BI - Stiolto - June 2017.pdf
684 - Jan 4811-2897-8770.1 - FINAL - BI - Stiolto - January 2017.pdf
684 (APRIL) - 4824-8747-4514.1 - FINAL - BI - Stiolto - April 2017.pdf
705 - 4831-4963-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3747.pdf
705 - 4844-4259-0036.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - through Aug 31.pdf
705 (PLAYERS) - 4831-1515-8100.1 - FINAL - Abbvie - Humira Psoriasis - Order 3712.pdf
705-773 - 4830-1639-5604.1 - FINAL - Abbvie - Humira Psoriasis - Order 3989 - Jan to June.pdf
706 - 4840-3338-8116.1 - FINAL - Abbvie (Humira PSA) - Order 4007.pdf
706 - 4845-3657-3524.1 - FINAL - Abbvie (Humira PSA) - Order 3820.pdf
706 - 4848-8876-3988.1 - FINAL - Abbvie (Humira PSA) - Order 3800.pdf
707 - 4827-1224-2772.1 - FINAL - Abbvie - Humira AS - Order 3986.pdf
708 - 4837-1592-6868.1 - FINAL - Abbvie (Humira-Crohn's Disease) - Order 3724.pdf
708 - 4838-4811-7844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3724.pdf
708 - 4840-6772-4116.1 - FINAL - Abbvie (Humira-Crohn's Disease) - Order 3705.pdf
708 - 4841-8398-9844.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3870.pdf
708 - 766 - 4822-0414-7284.1 - FINAL - Abbvie (Humira Crohn's Disease) - Order 3705.pdf
708-777 - 4826-7449-4292.1 - FINAL - Abbvie (Humira - Crohn's Disease) Order 3870.pdf
711 - 4843-8637-0643.1 - FINAL - Bayer OTC - Miralax - 2.2.17.pdf
712 - 4824-5692-4503.1 - REVISED - Harvoni 2.1.17.pdf

712 - 4834-8978-7731.1 - FINAL - Gilead - Harvoni Branded - 2.1.17.pdf
713 - 4849-0679-1255.1 - REVISED - Undiagnosed 2.13.17.pdf
713 - 4852-6063-6243.1 - FINAL - Gilead - Undiagnosed - 2.13.17.pdf
717 - 4825-4171-2212.1 - FINAL - Novartis (Cosentyx) 3-23-17.pdf
724 - 4827-3421-1923.1 - FINAL - Novo Nordisk - Saxenda - 2.21.17.pdf
724 - 4852-0969-8647.1 - REVISED - Saxenda 2.21.17.pdf
725 - 4828-1081-8903.1 - REVISED - Novolog 2.22.17.pdf
725 - 4840-0115-3875.1 - FINAL - Novo Nordisk - Novolog - 2.22.17.pdf
726 - 4816-6230-5107.1 - FINAL - Novo Nordisk - Victoza - 2.10.17.pdf
726 - 4828-7746-9015.1 - REVISED - Victoza 2.10.17.pdf
727 - 4829-8868-8211.1 - FINAL - Novo Nordisk - Tresiba - 2.14.17.pdf
727 - 4842-2030-1655.1 - REVISED - Tresiba 2.14.17.pdf
733 - 4840-9787-2982.1 - REVISED - Lilly - Trulicity 2017.pdf
733 - 4842-1465-7363.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 1.11.17.pdf
733_882 - 4816-3240-7891.1 - FINAL - Lilly - Trulicity POC (JAN 2017) 3.1.17.pdf
737 - 4834-3104-7250.1 - FINAL - Amgen - Repatha - Feb to June Tablets.pdf
737- 4810-4199-8162.1 - FINAL - Amgen - Repatha - Feb to June 2017 Wallboards....pdf
739 - 4812-6173-9346.1 - FINAL - Amgen - Prolia - 2017 Waiting Room TV Spots.pdf
739 - 4821-7236-2322.1 - REVISED - Amgen - Prolia - 2017 Waiting Room TV Spots....pdf
739 - 4833-4198-3314.1 - REVISED Amgen - Prolia - Exam Room Tablets.pdf
739 - 4840-0494-4210.1 - FINAL Amgen - Prolia - Exam Room Tablets.pdf
740 - 4835-6395-4770.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Wallboard....pdf
740 (TABLETS) - 4831-1948-9618.1 - FINAL - Amgen - Enbrel RA - Jan to Dec 2017 Tablets.pdf
742 - 4837-2202-7090.1 - FINAL - Amgen - Enbrel Derm - Dec 2017 Deliverables.pdf
742 - 4842-9946-4018.1 - FINAL - Amgen - Enbrel Derm - Nov 2017 Tablets.pdf
742 - 4853-2838-0242.1 - FINAL - Amgen - Enbrel Derm - Jan to Oct 2017 Tablets....pdf
747 - 4816-1930-9651.1 - FINAL - Bayer OTC - Claritin - 3.22.17.pdf
751 - 4836-3800-4564.1 - FINAL - Abbvie - Humira Rheumatology - Order 3973.pdf
751 - 4851-6446-9076.1 - FINAL - Abbvie - Humira Rheumatology - Order 3958.pdf
751 (ERT) - 4827-9121-3908.1 - FINAL -  Abbvie (Humira Rheumatology)- Order 4010.pdf
778 - 4824-9072-5204.1 - FINAL - AstraZeneca (Farxiga) 4-5-17.pdf
778 - 4838-4394-6836.1 - FINAL - AZ - Farxiga - Contract 14691.pdf
779 - 4823-4721-0068.1 - FINAL - AstraZeneca (Bydureon-Byetta) Contract 14511.pdf
779 - DUPLICATE 4823-8248-0980.1 - FINAL - Astra Zeneca (Bydureon Byetta) Contract 14511.pdf
782 - 4835-0102-8180.1 - FINAL - AstraZeneca (Farxiga) 4-25-17.pdf
784 - 4825-7523-3363.1 - FINAL - Biogen - Tecfidera ERT - 9.19.17.pdf
785 - 4831-1577-7876.1 - FINAL - AZ - Movantik - 1.3.17.pdf
789 - 4822-7930-6324.1 - FINAL - Novartis (Gileya) 3-27-17.pdf
794 - 4820-2968-6868.1 - FINAL - Novartis - Entresto New Patient Start Program - 3.10.17.pdf
801 - 4839-1177-6596.1 - FINAL - AZ - Symbicort - Contract 14828.pdf
825 - 4850-8742-6642.1 - Bayer Rx - Xofigo - 5.30.17.pdf
838 - 4828-2931-6435.1 - FINAL - Biogen - Tecfidera WRTV 9.19.17.pdf
849 - 4842-5196-0916.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 4 - 3.23.17.pdf
849 - 4847-8352-3412.1 - FINAL - AZ - Bevespi - Contract 15230 Rev. 5 - 6.14.17.pdf
849 - 4847-9642-1460.1 - FINAL - AstraZeneca (Bevespi) Contract 15230.pdf
856 - 4833-0004-0274.1 - FINAL - Amgen - Repatha - Jan 2017 Wallboards.pdf
856 - 4841-2094-2930.1 - FINAL Amgen - Repatha - Jan 2017 Exam Room Tablets.pdf
858 - 4813-9588-7700.1 - FINAL - MannKind - Afrezza - 3.13.17.pdf
876 - 4839-1726-3191.1 - REVISED - Relistor 3.28.17.pdf
876 - 4848-2934-4594.1 - Valeant-Relistor - April-December 2017.pdf
901 - 4822-0525-0388.1 - FINAL - AstraZeneca (Brilinta) 3-29-17.pdf
901 - 4830-7847-3300.1 - FINAL - AZ - Brilinta - Contract 15751 - 3.29.17.pdf
904 - 4824-7461-9223.1 - REVISED - Xifaxan 7.13.17.pdf
904- 4810-9575-8674.1 - Valeant-Xifaxan- July-December 2017.pdf
958 - 4817-8846-2676.1 - FINAL - AZ - Farxiga - Contract 14509.pdf
958 - 4832-8515-2852.1 - FINAL - AstraZeneca (Farxiga) 1-9-17.pdf
960 - 4840-7400-9684.1 - FINAL - AstraZeneca (Brilinta) 3-15-17.pdf
960 = 4816-1983-8548.1 - FINAL - AZ - Brilinta - Contract 15743 - 3.15.17.pdf
961 - 4850-9238-9971.1 - FINAL - Bayer OTC - Claritin - 3.9.17.pdf
965 - 4846-5500-2707.1 - FINAL - Bayer OTC - Miralax - 12.12.16.pdf
966 - 4816-8610-7986.1 - Bayer Rx - Mirena - 10.27.16.pdf
966-1111 - 4822-9434-7602.1 - Bayer Rx - Kyleena - 4.25.17.pdf
969 - 4823-1532-3987.1 - FINAL - Lundbeck - Northera - 9.13.17.pdf
970 - 4822-5638-5107.1 - FINAL - Bayer OTC - One A Day - 12.5.16.pdf
975 - 4835-6253-3203.1 - FINAL - Gilead [Accent Health] 12.6.16.pdf
975 - 4842-5267-6439.1 - REVISED - Harvoni 12.6.16.pdf
981 - 4829-7662-4983.1 - FINAL - Myrbetriq 10.3.16.pdf

982 - 4814-7408-2902.1 - FINAL - BMSC - Opdivo - Q2 Contract 14316.pdf
982 - 4831-3830-3830.1 - FINAL - BMSC - Opdivo - Q1 Contract 13823.pdf
982 - 4834-6991-6246.1 - FINAL - BMSC - Opdivo - Q3 Contract 14318.pdf
983 - 4853-0007-4582.1 - FINAL - BMSC - Opdivo - Q4 Contract 14321.pdf
985 - 4822-4196-7955.1 - FINAL - Abbott - Pedialyte - 12.15.16.pdf
985 - 4829-9740-1427.1 - FINAL - Abbott - Pedialyte - 5.4.17.pdf
995 - 4812-1744-2135.1 - REVISED - Saxenda 12.1.16.pdf
995 - 4821-1253-1027.1 - FINAL - Novo Nordisk - Saxenda - 12.1.16.pdf
Unknown - 4821-0513-4935.1 - FINAL - Abbvie - Humira Rheum (1.26.17).pdf
Unsure - 4813-7893-0519.1 - FINAL - Abbvie - Humira RA 3472 (5.31.16).pdf
Unsure - 4814-2537-9412.1 - FINAL - Janssen - Invokana - 12.19.16.pdf
Unsure - 4819-8389-3335.1 - FINAL - Abbvie - Humira RA 3472 (1.27.16).pdf
Unsure - 4821-9262-6263.1 - FINAL - Abbvie - Humira PSA - Tablet (6.1.16).pdf
ContextMedia_CIM_vF.PDF
ContextMedia_Revised LP_vF.PDF
Credit Agreement Executed.PDF
Guarantee and Collateral Agreement.PDF
2014 and 2013 CMH Inc Audit Report.pdf
2014 management letter from Miller Cooper.pdf
ContextMedia 14 SAS np FINAL 5-26-15 (2).pdf
ContextMedia 2015 Audited Financials.pdf
Legal Rep letter to 2015 for D&T- Final.pdf
Representation letter 2015 to D&T - Final.pdf
ContextMedia_ 2016 Collateral Assignment of Business Inturruption Insura....pdf
ContextMedia_ 2016 Confirmatory Grant of SI in Trademarks (ContextMedia)....pdf
ContextMedia_ 2016 Credit Agreement (Executed) (2).docx
ContextMedia_ 2016 Credit Agreement (Executed) (2).PDF
ContextMedia_ 2016 Equity Pledge Agreement (Executed) (2).pdf
ContextMedia_ 2016 Security Agreement (Executed) (2).pdf
ContextMedia Lender Presentation_03.15.16_Final.pdf
ContextMedia_CIM_vProposed Final_03.17.16 (250pm).pdf
Project Wildcat October Report - QOE report McGladrey.pdf
2013 - 2016 Revenue Summary.xlsx
CM Overview Deck - Q3 2016.pdf
151105_Anoro_Contract (4).pdf
151222 Gilead Harvoni Contract (3).pdf
160205_EliLilly_Trulicity_Contract_Executed (1).pdf
160310 Sanofi Praluent Incemental Contract Executed.pdf
Context Health 2016 IO Novolog.pdf
Context Health IO 2016 Victoza.pdf
Humira RA Spark CMH 2014 IO_AB 68223.pdf
151218_Invokana_2016_Contract_Updated (2) - Shortcut.lnk
160211_Invokana_2016_Contract_Executed (1) - Shortcut.lnk
Jardiance_April_2016 IO_Updated.pdf
Jardiance_August_2016 IO_Updated.pdf
Jardiance_December_2016 IO.pdf
Jardiance_July_2016 IO_Updated.pdf
Jardiance_June_2016 IO_Updated.pdf
Jardiance_March_2016 IO_Updated.pdf
Jardiance_May_2016 IO_Updated.pdf
Jardiance_November_2016 IO.pdf
Jardiance_October_2016 IO.pdf
Jardiance_September_2016 IO.pdf
160203_Biogen_Tecfidera_ERT_WB_PMC_Contract_Signed (2).pdf
160203_Biogen_Tecfidera_WR_Contract_Signed (2).pdf
CMH HCA MEMBERSHIP AGREEMENT FINAL 2.pdf
Hong Kong Electron International Trading Co LTD.pdf
Pounce Master Supplier Agreement.pdf
Pounce Media Player SOW.pdf
Pounce Wallboard SOW.pdf
13.3inch.pdf
32inch SOW.pdf
MSA ContextMedia 2013-03-18.pdf
NPN - ContextMedia_Content License - Signed.pdf
Wovenmedia Executed Licensing Agreement_12-13-11 Fully Executed.pdf
Amendment to BSBA (2).pdf
ContextMedia BSBA Fully Executed (5).pdf

**US v. Shah, et al.**                                                                                     **Appendix B**

dailyRx_ContextMedia Content License agreement FINAL_5.13.15.docx
dailyRx_ContextMedia Content License agreement FINAL_5.13.15.pdf
Screenfeed Order Form - Context Media Signed.pdf
Context Media Proposal - 07 23 2015 Final.pdf
DOC071315-07132015.pdf
Swank_Context_DealMemo.pdf
Context Media Executed Lease - 489 Fifth Ave.pdf
ContextMedia - Office Lease 330 N. Wabash Fully Executed.pdf
ContextMedia Health, LLC Lease Execution Version 114 West 41st NY, NY 10th floor.pdf
P+W - ContextMedia - Execution Version - Consent 35th floor 330 Wabash - Copy.pdf
P+W - ContextMedia - Execution Version - Sublease 35th floor 330 Wabash - Copy.pdf
Standard Condo Form Lease (REBNY) ONE - signed MADISON-8A) v3 (002) (1) (1).pdf
ContextMedia - 2016 Long Term Incentive Plan - Executed.pdf
Detail Headcount report through 8-22-2016.xls
Headcount info 7-31-2016.xlsx
Trade address.docx
CM Holdings LLC W-9.pdf
CM Inc W-9.pdf
W-9 ContextMedia LLC.pdf
Articles of Amendment Jan 2007.pdf
Articles of Amendment Oct 2009.pdf
Articles of Incorporation.pdf
Articles of Merger.pdf
By-Laws.pdf
CONTEXTMEDIA HEALTH LLC DE - CERTIFICATE OF FORMATION (filed).pdf
CONTEXTMEDIA HEALTH, LLC- IL- QUALIFICATION.PDF
Context Media - Reorganizaton Agreement (executed) (1).pdf
ContextMedia LLC Capitalization 6-30-2016.xlsx
Legal Entity Org chart.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q1 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q1 2017 Financials.xlsx
ContextMedia Health LLC - Q1 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
Available Amount Calculation - ContextMedia Health LLC.pdf
ContextMedia Health LLC - Q2 2017 Compliance Certificate.pdf
ContextMedia Health LLC - Q2 2017 Financial Statements - vF.xlsx
ContextMedia Health LLC - Q2 2017 MD&A.pdf
Leverage Covenant Test - ContextMedia Health LLC.pdf
2016 annual compliance certificate - CMH LLC.pdf
2017 Budget vF.pdf
CMH LLC Q4 2016 Operating Results MD&A.pdf
ContextMedia Health LLC  - 2016 Audited Financials.pdf