IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RISHI SHAH, et al.,<br>Defendants. | Case No. 19 CR 864<br>Judge Thomas M. Durkin |

**UNOPPOSED MOTION TO SUSPEND DEADLINES RELATED TO GOVERNMENT'S MOTION TO REVOKE BAIL PENDING APPEAL**

COME NOW Defendants Rishi Shah and Shradha Agarwal, by and through their undersigned counsel, and without opposition from the Government, and respectfully request this Court to suspend the deadlines set in the Court's recent order until after Mr. Shah and Ms. Agarwal's petition for rehearing and rehearing *en banc* is decided. In support of this request, the parties submit the following:

1. Following briefing and oral argument, the Court granted Mr. Shah and Ms. Agarwal's requests for bail pending appeal on September 16, 2024. Order (Doc. #882).

2. Following briefing and oral argument, the Seventh Circuit Court of Appeals issued an opinion affirming Mr. Shah and Ms. Agarwal's convictions on August 6, 2026. Opinion (Appeal Doc. #79).

3. On August 13, 2026, Mr. Shah and Ms. Agarwal filed a motion to extend the time to file a petition for rehearing. Mot. (Appeal Doc. #81).

4. The next day, the Seventh Circuit granted Defendants' requests and extended the deadline to file their petition for rehearing until September 3, 2026. Order (Appeal Doc. #83).

5. On August 18, 2026, counsel for the Government filed a motion to revoke Defendants' bail pending appeal. Mot. (Doc. #1043).

6. Later the same day, this Court ordered Defendants to file responses to the Government's motion on or before September 8, 2026. Minute Entry (Doc. #1044). Likewise, the Government's reply is due by September 22, 2026. *Id.*

7. Since the entry of the briefing schedule, the parties have conferred and agree that it would be more efficient for the parties to file any subsequent briefing on the Government's motion after the Seventh Circuit has made a decision on Defendants' petition for rehearing.

8. Requiring the parties to proceed with briefing as currently scheduled would require the parties and the Court to speculate about a forthcoming ruling from the Seventh Circuit on Defendants' petition for rehearing.

9. The parties believe that they would each benefit from having a decision on the rehearing petition from the Seventh Circuit prior to briefing arguments related to the Government's motion.

10. Mr. Shah and Ms. Agarwal have complied with all conditions of their release, and they will continue to do so while their rehearing petition is pending.

WHEREFORE Mr. Shah and Ms. Agarwal respectfully request that this Court amend its prior order to permit Defendants to respond to the Government's motion within ten (10) days following the Seventh Circuit's ruling on Defendants' pending petition for rehearing, and further request that the Government be granted an additional ten (10) days thereafter to file its reply, and that the Court grant such other relief as the Court deems just and proper.

Dated: August 25, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*

RICHARD E. FINNERAN
HANNAH E. DEMAND
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2368
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorney for Defendant Rishi Shah*

BLEGEN & ASSOCIATES

*/s/ Patrick W. Blegen*

PATRICK W. BLEGEN
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Tel: (312) 957-0100
*pblegen@blegenlaw.com*

*Attorney for Defendant Shradha Agarwal*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN