IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RISHI SHAH, et al.,<br>Defendants. | Case No. 19 CR 864<br>Judge Thomas M. Durkin |

**JOINT STATUS REPORT REGARDING LENDER LOSS**

COME NOW, Defendants Rishi Shah, Shradha Agarwal, and Brad Purdy ("Defendants"), by and through their undersigned counsel, and the United States of America, by and through Assistant United States Attorney Jason Yonan (together, the "Parties"), and provide the following update regarding the Parties' ongoing discussions related to the losses allegedly suffered by lenders MJX Asset Management, Column Park Asset Management, and JPMorgan Chase Bank (the "Three Lenders"):

1. On August 19, 2026, this Court issued a Memorandum and Order ("Order") regarding restitution owed to various categories of victims, including lenders. Order (Doc. #1045).

2. In that Order, the Court ordered the Parties to confer and "calculate the offset due" to the Three Lenders as a result of their decision "to keep their interests in Outcome after the revelation of the fraud and settlement." Order (Doc. #1045) at 31–32.

3. Pursuant to the Court's Order, the Parties conferred regarding the possibility of a resolution or stipulation regarding the amount of any restitution owed to the Three Lenders. The Parties were unable to reach a resolution prior to the Court's September 4, 2026, deadline.

4. On September 4, 2026, the Government submitted its position on the amount of any restitution owed to the Three Lenders. Gov. Pos. (Doc. #1048) ¶¶ 2–3.

5. Following the Government's submission, the Parties continued to confer regarding Defendants' concerns about the Government's proposed restitution amount and the methodology by which that amount was calculated.

6. As the Parties were unable to reach an agreement regarding any proposed adjustments to the Government's calculations, Defendants submitted their Joint Response in Opposition to the Government's Position on Lender Loss on September 11, 2026 (Doc. #1050), in which Defendants indicated that they would provide a status report on or before September 25, 2026 as to any whether the Parties had been able to reach a resolution on the issue.

7. Following Defendants' submission, the Parties have again conferred but have not been successful in reaching a resolution or stipulation regarding the amount of any restitution owed to the Three Lenders.

WHEREFORE, as the Parties have been unable to reach a resolution or stipulation regarding the amount of any restitution owed to the Three Lenders, the Parties submit their previously stated positions to the Court for its consideration.

Dated: September 27, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Richard E. Finneran*

Richard E. Finneran
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Counsel for Defendant Rishi Shah*

*/s/ Patrick W. Blegen*

Patrick W. Blegen
BLEGEN & ASSOCIATES

*Counsel for Shradha Agarwal*

*/s/ Theodore T. Poulos*

Theodore T. Poulos
John N. Pavletic, Jr.
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
55 E. Monroe St., Ste. 3250
Chicago, IL 60603

*Counsel for Brad Purdy*

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Jason Yonan*

JASON YONAN
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-2050