**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:19−cr−00864
Honorable Thomas M. Durkin
, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable Thomas M. Durkin as to Rishi Shah, Shradha Agarwal: The motion by Defendants Shah and Agarwal for extension of time [1058] is denied. Under 18 U.S.C. 3143(b)(1)(B), the Court "shall" order a defendant detained "unless" the Court finds that the appeal "raises a substantial question of law or fact likely to result in reversal [or] an order for a new trial." The Court found such a substantial question existed when the Court delayed Defendants' detention pending appeal to the Seventh Circuit. Because the Seventh Circuit has affirmed Defendants' conviction, the basis for delaying Defendants' detention no longer exists. The government argued as much in the currently pending motion to revoke bond [1043]. And the government's apparent agreement to Defendants' motion for an extension does not change the fact that the Court's original basis for delaying Defendants' detention no longer exists. The Court previously set a deadline of ten days after the Seventh Circuit denied rehearing for Defendants to respond to the government's motion to revoke bond [1047]. The Seventh Circuit denied rehearing on October 1, 2026, which would have made Defendants' response brief due on October 12, because October 11 is a Sunday. However, the Court resets the deadline for Defendants to respond to the government's motion to revoke bond [1043] to 10/14/2026. No reply should be filed unless the Court orders it. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.