# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 9, 2026

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 24-2230 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br>v.<br>RISHI SHAH, Defendant - Appellant |
| No. 24-2236 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br>v.<br>SHRADHA AGARWAL, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cr-00864-1<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |
| **Originating Case Information:** | |
| District Court No: 1:19-cr-00864-2<br>Northern District of Illinois, Eastern Division | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned

This notice sent to:

[ ] United States Probation Officer

form name: **c7_Mandate** (form ID: **135**)