# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

October 1, 2026

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

Nos. 24-2230 & 24-2236

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

RISHI SHAH and SHRADHA AGARWAL,
*Defendants-Appellants.*

Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:19-cr-00864

Thomas M. Durkin,
*Judge.*

**O R D E R**

Defendants-Appellants filed a petition for rehearing and rehearing en banc on September 14, 2026. No judge[*] in regular active service has requested a vote on the petition for rehearing en banc, and all the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

[*]Circuit Judge Ripple and Circuit Judge Maldonado did not participate in the consideration of this petition.