# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

August 6, 2026

Before
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| Nos. 24-2230 & 24-2236 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>RISHI SHAH and SHRADHA AGARWAL<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:19-cr-00864-1 & 2<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

The judgment of the District Court is AFFIRMED, in accordance with the decision of this court entered on this date.

Clerk of Court